DOCKET COPY

# Pro Hac Vice Receipt Copy

```
DUPLICATE

Court Name: TEXAS WESTERN
Division: 5
Receipt Number: 500050662
Cashier ID: fsweeney
Transaction Date: 08/28/2019
Payer Name: WILLKIE FARR AND GALLAGHER
--------------------------------
PRO HAC VICE
  For: PAUL MAXWELL GRIFFITH
  Case/Party: D-TXW-5-08-LB-000000-001
  Amount:        $100.00
--------------------------------
PAPER CHECK
  Check/Money Order Num: 35224
  Amt Tendered:  $100.00
--------------------------------
Total Due:       $100.00
Total Tendered:  $100.00
Change Amt:      $0.00

PRO HAC VICE FOR PAUL MAXWELL
GRIFFITH ON CASE 5:19-CV-963,
GEORGE RICHARDSON, ET AL. V. TEXAS
SECRETARY OF STATE, ET AL.
```