UNITED STATES DISTRICT COURT

Western District of Texas

## Alternative Dispute Resolution Summary

1. Style of case: Dr. George Richardson, et. al. v. Texas Secretary of State, et. al.

2. Civil action number: SA-19cv-00963-OLG

3. Nature of suit: Texas Election Code

4. Date of Mediation: March 9, 2020

5. When did the case settle? ☐ Before ADR   ☐ In ADR   ☒ Did Not Settle

6. What was your total fee? $ $2,000.00   or   ☐ Pro Bono

7. How was this Mediation initiated? ☐ by court order   or   ☒ agreement of the parties

8. Please provide the names, addresses, and telephone numbers of counsel:

| | |
|---|---|
| Name: Hani Mirza | Name: Bob Bass |
| Address: 1405 Metropolis Drive, Austin, Texas 78741 | Address: 402 W. 12th Street, Austin, Texas 78701 |
| Phone: 512-474-5073 | Phone: 512-482-0701 |
| Name: Anne Marie Mackin | Name: Isaac Tawil |
| Address: PO Box 12548, Capitol Station, Austin, Texas 78711 | Address: PO Box 220, McAllen, Texas 78505 |
| Phone: 512-463-2798 | Phone: 956-681-1090 |

9. Additional comments: The parties continued negotiations after the formal session by emails through the mediator which is why this report is being filed after the 5-day deadline.

Signature of Neutral

Stephen R. Fogle
Address

10001 Reunion Place, Ste. 600, SA, TX 78216

March 23, 2020
Date

210-503-6736
Phone

*Neutral must file completed form in duplicate with the U.S. District Clerk within 5 days after completion of ADR or, if settlement occurs prior to session, within 5 days of neutral's notice by the parties of settlement.*