UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GEORGE RICHARDSON, ROSALIE WEISFELD, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS, AUSTIN JUSTICE COALITION, AMERICAN GI FORUM OF TEXAS, INC., COALITION OF TEXANS WITH DISABILITIES | § § § § § § § § § | NO: SA:19-CV-00963-OLG |
| vs. | § § | |
| TEXAS SECRETARY OF STATE, TRUDY HANCOCK, PERLA LARA | § § | |

**AMENDED SCHEDULING ORDER**

Pursuant to the Joint Motion to Extend the Scheduling Order Deadlines, the Court issues the following Amended Scheduling Order:

1. The parties shall complete all discovery on or before **Friday, May 22, 2020.** Counsel may by agreement continue discovery beyond the deadline, but there will be no intervention by the Court except in extraordinary circumstances, and no trial setting will be vacated because of information obtained in post-deadline discovery.

2. All dispositive motions shall be filed no later than **Monday, June 22, 2020.** Dispositive motions as defined in Local Rule CV-7(h) and responses to dispositive motions shall be limited to 20 pages in length.

3. This case is set for **pretrial conference on Wednesday, September 23, 2020 at 9:30 a.m.** The parties should consult Local Rule CV-16(e) regarding matters to be filed in advance of a pretrial conference and/or trial.

4. This case is set for **jury selection and trial** on **Monday, September 28, 2020 at 9:30 a.m**.

**SIGNED AND ENTERED** this 1st day of April, 2020.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE