IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DEVELOPERS SURETY AND INDEMNITY COMPANY, § § § Plaintiff, § § V. § § § CASE NO. 5:17-cv-00963-OLG § BLACKHAWK VENTURES, LLC, MAPCO, § INC., PADRON ENTERPRISES, INC., WPS § GROUP, LLC D/B/A FEDERAL § MANAGEMENT SOLUTIONS, RUBEN § VILLARREAL, MICHAEL A. PADRON, § AND MANUELITA MANRIQUE § VILLARREAL, § § Defendants. § | |

*Agreed Order Lifting Abatement and Dismissing Case*

Came on this day for consideration the Joint Motion to Lift Abatement and Dismiss Case [Doc. 20] ("Motion") filed by Plaintiff, Developers Surety and Indemnity Company ("Plaintiff"), and Defendants, Blackhawk Ventures, LLC, MAPCO, Inc., Padron Enterprises, Inc., WPS Group, LLC d/b/a Federal Management Solutions, Ruben Villarreal, Michael A. Padron, and Manuelita Manrique Villarreal ("Defendants") (collectively referred to herein as the "Parties"), in the above-styled and numbered cause. The Court, having reviewed the Motion, acknowledged the fulfillment of the settlement by Defendants, and considered the Parties' joint request to lift the abatement of this case entered on January 14, 2019, and dismiss this case with prejudice, is of opinion and hereby finds that good cause exists to lift said abatement and dismiss this case with prejudice per Rule 41(a)(ii) of the Federal Rules of Civil Procedure. It is, therefore,

ORDERED that the abatement of this case previously entered on January 14, 2019, is hereby

lifted and this case is reinstated in order to finally dispose of same. It is further

ORDERED that this case is hereby dismissed, in its entirety, with prejudice to the right to refile same per Rule 41(a)(ii) of the Federal Rules of Civil Procedure. This is a final and appealable order that resolves all claims and all parties.

SIGNED this __29th__ day of _____April_____, 2020.

_____
ORLANDO L. GARCIA
CHIEF U.S. DISTRICT JUDGE

***Agreed as to Form and Content:***

*/s/ Robert M. Fitzgerald*
Robert M. Fitzgerald
Texas Bar No. 07088900
Law Offices of Robert M. Fitzgerald
1219 FM 314
Van, Texas 75790
(903) 963-7550
(903) 963-7551 (Fax)
Email: rfitzgerald@rmflaw.net
*Attorneys for Plaintiff, Developers Surety and Indemnity Company*

and

PLUNKETT GRIESENBECK & MIMARI, INC.

Catholic Life Insurance Building
1635 N.E. Loop 410, Suite 900
San Antonio, TX 78209
(210) 734-7092
(210) 734-0379 (Fax)
By: */s/ Scott M. Noel*
       Scott M. Noel
       State Bar No. 00797158
       Email: snoel@pg-law.com
*Attorneys for Defendants*