UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS, and AMERICAN GI FORUM OF TEXAS, INC., <br><br> *Plaintiffs* <br><br> v. <br><br> TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY, <br><br> *Defendants*. | Civil Case No. 5:19-cv-00963 |

## STIPULATION OF DISMISSAL OF PLAINTIFF AMERICAN GI FORUM OF TEXAS, INC.'S CLAIMS

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, Plaintiff American GI Forum of Texas, Inc. ("AGIF"), and Defendants Texas Secretary of State, Trudy Hancock in her official capacity as Brazos County Elections Administrator, and Perla Lara in her official capacity as City of McAllen, Texas Secretary, through counsel, hereby jointly stipulate to the dismissal of AGIF's claims *only*. No other Plaintiff's claims are dismissed. The dismissal of AGIF's claims is with prejudice, and the parties will bear their own costs and fees with respect to AGIF's claims.

Dated: May 19, 2020                                       Respectfully submitted,


/s/ *Hani Mirza*

**TEXAS CIVIL RIGHTS PROJECT**

Mimi M.D. Marziani
Texas Bar No. 24091906
mimi@texascivilrightsproject.org
Rebecca Harrison Stevens
Texas Bar No. 24065381
beth@texascivilrightsproject.org
Hani Mirza
Texas Bar No. 24083512
hani@texascivilrightsproject.org
Ryan V. Cox
Texas Bar No. 24074087
ryan@texascivilrightsproject.org
Zachary D. Dolling
Texas Bar No. 24105809
zachary@texascivilrightsproject.org

1405 Montopolis Drive
Austin, Texas 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)

**WILLKIE FARR & GALLAGHER LLP**

Richard Mancino (NY Bar No. 1852797)
Samuel Kalar (NY Bar No. 5360995)
JoAnna Suriani (NY Bar No. 5706395)

787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: rmancino@willkie.com
skalar@willkie.com
jsuriani@willkie.com

-AND-

Jennifer J. Hardy (TX Bar No. 24096068)
Denis A. Fallon (TX Bar No. 24059731)
Garrett Johnston (TX Bar No. 24087812)
Audra White (TX Bar No. 24098608)

600 Travis Street, Suite 2100
Houston, Texas 77002
Telephone: (713) 510-1700
Facsimile: (713) 510-1799
Email: jhardy2@willkie.com
afallon@willkie.com

gjohnston@willkie.com
awhite@willkie.com

**ATTORNEYS FOR PLAINTIFFS**

Kevin D Pagan
City Attorney of McAllen, Texas

/s/ *Isaac J Tawil*
Isaac Tawil
*Attorney-in-Charge*
State Bar No. 24013605
Federal ID No. 29804
Attorney-in-Charge
Assistant City Attorney
1300 Houston Avenue
McAllen, Texas 78501
Telephone: (956) 681-1090
Facsimile: (956) 681-1099
Email: itawil@mcallen.net

Austin Stevenson
State Bar No. 24085961
Federal ID No. 3157070
Assistant City Attorney
Email: astevenson@mcallen.net

BICKERSTAFF HEATH
DELGADO ACOSTA LLP
3711 South MoPac Expressway
Building One, Suite 300
Austin, Texas 78746
(512) 472-8021 (Telephone)
(512) 320-5638 (Facsimile)

C. Robert Heath
*Local Counsel*
Texas State Bar No. 09347500
bheath@bickerstaff.com

Gunnar P. Seaquist
*Local Counsel*
Texas State Bar No. 24043358
gseaquist@bickerstaff.com

**ATTORNEYS FOR DEFENDANT**

5

**PERLA LARA, IN HER OFFICIAL CAPACITY AS MCALLEN CITY SECRETARY**

*/s/Anne Marie Mackin*
ANNE MARIE MACKIN
Texas Bar No. 24078898
Assistant Attorney General
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2798 | FAX: (512) 320-0667
anna.mackin@oag.texas.gov
ATTORNEY FOR DEFENDANT
TEXAS SECRETARY OF STATE

/s/ *J. Eric Magee*

**ALLISON, BASS & MAGEE, L.L.P.**

J. Eric Magee
Texas Bar No. 24007585
e.magee@allison-bass.com

A.O. Watson House
402 W. 12th Street
Austin, Texas 78701
(512) 482-0701 telephone
(512) 480-0902 facsimile

**ATTORNEYS FOR BRAZOS COUNTY ELECTIONS ADMINISTRATOR TRUDY HANCOCK**