# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,    *
ROSALIE WEISFELD, AUSTIN  *
JUSTICE COALITION,        *
COALITION OF TEXANS WITH  *
DISABILITIES, MOVE TEXAS  *
CIVIC FUND, LEAGUE OF     *
WOMEN VOTERS OF TEXAS,    *
and AMERICAN GI FORUM OF  *
TEXAS, INC.,              *
                         *
        Plaintiffs,      *
                         *          CIVIL ACTION NUMBER
VS.                      *          5:19-cv-0963
                         *
TEXAS SECRETARY OF        *
STATE, TRUDY HANCOCK, IN  *
HER OFFICIAL CAPACITY AS  *
BRAZOS COUNTY ELECTIONS   *
ADMINISTRATOR, AND PERLA  *
LARA IN HER OFFICIAL      *
CAPACITY AS CITY OF       *
McALLEN, TEXAS            *
SECRETARY,               *
                         *
        Defendants.      *


Remote Oral Deposition of

Austin Justice Coalition,

By and through their Designated Representative,

LARISSA RODIONOV

May 20, 2020

10:16 a.m.


Reported by:

Micheal A. Johnson, RDR, CRR

Austin Justice Coalition - 5/20/2020

25



1

2        Q.     Has AJC had any prior dealings with the

3   Texas Secretary of State's office?

4        A.     No.

5        Q.     How about Perla Lara, the McAllen city

6   secretary?

7        A.     No.

8        Q.     And how about Trudy Hancock, the Brazos

9   County election administrator?

10        A.     No.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

1   

2

3

4

5

6

7

8

9      Q.    Do you know if you ever -- if the Austin

10  Justice Coalition ever assisted a voter to register

11  to vote in a McAllen election?

12               MR. KALAR:   Object to form.

13  BY MR. TAWIL:

14      Q.    Let me limit that in time.   Since 2017?

15               MR. KALAR:   Same objection.

16      A.    In McAllen, specifically for a McAllen

17  city election?

18  BY MR. TAWIL:

19      Q.    Any election in McAllen.

20      A.    Again, I can't say for certain.   I don't

21  know where all the people have come from.

22      Q.    Has anybody that voted by mail in an

23  election in McAllen ever reached out to the Austin

24  Justice Coalition for assistance as a result of any

25  issue related to the ballot by mail that they cast?

```
 1                    MR. KALAR:  Objection to form.

 2        A.    No.

 3                    THE WITNESS:  Sorry.

 4        A.    No.

 5   BY MR. TAWIL:

 6        Q.    Has the Austin Justice Coalition ever

 7   visited a detention facility in McAllen, Texas?

 8        A.    No.

 9        Q.    Has the Austin Justice Coalition ever

10   visited a detention facility in Hidalgo County?

11        A.    No.

12        Q.    Do you know if the Austin Justice

13   Coalition has ever had any interaction with Perla

14   Lara, who is the city secretary of the City of

15   McAllen, since 2017?

16        A.    No.

17        Q.    Has the Austin Justice Coalition

18   communicated with the City of McAllen city

19   secretary's office since 2017 regarding mail-in

20   ballots?

21        A.    No.

22

23

24

25
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,    *
ROSALIE WEISFELD, AUSTIN *
JUSTICE COALITION,        *
COALITION OF TEXANS WITH  *
DISABILITIES, MOVE TEXAS  *
CIVIC FUND, LEAGUE OF     *
WOMEN VOTERS OF TEXAS,    *
and AMERICAN GI FORUM OF  *
TEXAS, INC.,              *
                          *
         Plaintiffs,      *
                          *        CIVIL ACTION NUMBER
VS.                       *        5:19-cv-0963
                          *
TEXAS SECRETARY OF        *
STATE, TRUDY HANCOCK, IN  *
HER OFFICIAL CAPACITY AS  *
BRAZOS COUNTY ELECTIONS   *
ADMINISTRATOR, AND PERLA  *
LARA IN HER OFFICIAL      *
CAPACITY AS CITY OF       *
McALLEN, TEXAS            *
SECRETARY,                *
                          *
         Defendants.      *


Remote Oral Deposition of

Coalition of Texans with Disabilities,

By and through their Designated Representative,

CHASE BEARDEN

May 19, 2020

10:05 a.m.


Reported by:

Micheal A. Johnson, RDR, CRR

24



23        Q.    Okay.    That's fine.    All right.    Has the

24  Coalition of Texans With Disabilities had any prior

25  dealings with Perla Lara or the McAllen city

1 | secretary?

2 |     A.    No.





1

2

3

4

5

6

7

8     Q.    Any of the individuals you mentioned in

9     response to Mr. Magee's questions, do any of them

10    vote in McAllen elections, McAllen city elections?

11    A.    No.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,      )
ROSALIE WEISFELD, AUSTIN    )
JUSTICE COALITION,          )
COALITION OF TEXANS WITH    )
DISABILITIES, MOVE TEXAS    )
CIVIC FUND, LEAGUE OF       )
WOMEN VOTERS OF TEXAS, and)
AMERICAN GI FORUM OF        )
TEXAS, INC.,                )
    Plaintiffs,            )
                               )
vs.                         )   CASE NO. 5:19-cv-00963
                               )
TEXAS SECRETARY OF STATE,   )
TRUDY HANCOCK, IN HER       )
OFFICIAL CAPACITY AS        )
BRAZOS COUNTY ELECTIONS     )
ADMINISTRATOR, AND PERLA    )
LARA IN HER OFFICIAL        )
CAPACITY AS CITY OF         )
MCALLEN, TEXAS SECRETARY,   )
    Defendants.            )

ORAL AND VIDEO DEPOSITION

DR. GEORGE RICHARDSON

MAY 13, 2020

(REPORTED REMOTELY)

1   

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23       Q.   Have you had any prior dealings with Perla Lara

24   or the McAllen city secretary?

25       A.   City of Bryan or College Station?

1     Q.   So I was going to ask that one next, but I'm

2   just -- I just want to cover all the defendants in this

3   lawsuit.  So Perla Lara is the City of McAllen, Texas,

4   secretary.  And so --

5     A.   Oh.

6     Q.   -- I was wondering if you had familiarity with

7   her or with that office.

8     A.   Okay.  No.  No.



George Richardson - 5/13/2020

51



```
22      Q.   (BY MR. TAWIL)  Dr. Richardson, my name is
23   Isaac Tawil.  I'm an attorney representing Perla Lara in
24   this lawsuit.  You don't have any complaints about Perla
25   Lara or the City of McAllen, do you?
```

1    A.   Who are you?

2    **Q.   I'm an attorney representing the City of**

3    **McAllen --**

4    A.   Okay.

5    **Q.   -- and Perla Lara, who is a defendant in this**

6    **lawsuit.  You don't have any complains about Perla Lara,**

7    **do you --**

8                    MR. MIRZA:  Objection.

9    A.   No.

10   **Q.   (BY MR. TAWIL)  -- as it relates to your --**

11   **your ballot?**

12                   MR. MIRZA:  Objection.

13                   Go ahead.  You can answer.

14   A.   I don't think so.  No.



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,       )
ROSALIE WEISFELD, AUSTIN     )
JUSTICE COALITION,           )
COALITION OF TEXANS WITH     )
DISABILITIES, MOVE TEXAS     )
CIVIC FUND, LEAGUE OF        )
WOMEN VOTERS OF TEXAS, and)
AMERICAN GI FORUM OF         )
TEXAS, INC.,                 )
    Plaintiffs,          )
                      )
vs.                          )  CASE NO. 5:19-cv-00963
                      )
TEXAS SECRETARY OF STATE,    )
TRUDY HANCOCK, IN HER        )
OFFICIAL CAPACITY AS         )
BRAZOS COUNTY ELECTIONS      )
ADMINISTRATOR, AND PERLA     )
LARA IN HER OFFICIAL         )
CAPACITY AS CITY OF          )
MCALLEN, TEXAS SECRETARY,    )
    Defendants.          )

ORAL AND VIDEO DEPOSITION

ROSALIE WEISFELD

MAY 13, 2020

(REPORTED REMOTELY)

Rosale Weisfeld - 5/13/2020

63



```
1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
```

21    Q.   And why didn't you send a copy of this e-mail

22  to anyone at the City of McAllen Secretary's Office?

23    A.   The only thing I can remember is that after I

24  became a client of the Texas Civil Rights Project they

25  said they would take care of -- they -- they would --

1 they would represent me and communicate with those --

2 they would communicate as necessary with -- regarding

3 the case, regarding what happened to me.



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,      *
ROSALIE WEISFELD, AUSTIN    *
JUSTICE COALITION,          *
COALITION OF TEXANS WITH    *
DISABILITIES, MOVE TEXAS    *
CIVIC FUND, LEAGUE OF       *
WOMEN VOTERS OF TEXAS,      *
and AMERICAN GI FORUM OF    *
TEXAS, INC.,                *
                            *
          Plaintiffs,       *
                            *          CIVIL ACTION NUMBER
VS.                         *          5:19-cv-0963
                            *
TEXAS SECRETARY OF          *
STATE, TRUDY HANCOCK, IN    *
HER OFFICIAL CAPACITY AS    *
BRAZOS COUNTY ELECTIONS     *
ADMINISTRATOR, AND PERLA    *
LARA IN HER OFFICIAL        *
CAPACITY AS CITY OF         *
McALLEN, TEXAS              *
SECRETARY,                  *
                            *
          Defendants.       *


Remote Oral Deposition of

League of Women Voters of Texas,

By and through their Designated Representative,

GRACE CHIMENE

May 18, 2020

10:08 a.m.


Reported by:

Micheal A. Johnson, RDR, CRR

League of Women Voters of Texas -- 5/18/2020

25



```
1
2
3
4
5
6       Q.    And how about -- to your knowledge, has
7   the League of Women Voters of Texas had any prior
8   dealings with the City of McAllen's secretary?
9       A.    No.
10      Q.    What about the --
11      A.    No.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
              IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
                     SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,    *
ROSALIE WEISFELD, AUSTIN  *
JUSTICE COALITION,        *
COALITION OF TEXANS WITH  *
DISABILITIES, MOVE TEXAS  *
CIVIC FUND, LEAGUE OF     *
WOMEN VOTERS OF TEXAS,    *
and AMERICAN GI FORUM OF  *
TEXAS, INC.,              *
                          *
         Plaintiffs,      *
                          *       CIVIL ACTION NUMBER
VS.                       *       5:19-cv-0963
                          *
TEXAS SECRETARY OF        *
STATE, TRUDY HANCOCK, IN  *
HER OFFICIAL CAPACITY AS  *
BRAZOS COUNTY ELECTIONS   *
ADMINISTRATOR, AND PERLA  *
LARA IN HER OFFICIAL      *
CAPACITY AS CITY OF       *
McALLEN, TEXAS            *
SECRETARY,                *
                          *
         Defendants.      *
```

              Remote Oral Deposition of

               MOVE Texas Civic Fund,

   By and through their Designated Representative,

               HILLIARD DREW GALLOWAY

                    May 22, 2020

                     10:02 a.m.

Reported by:

Micheal A. Johnson, RDR, CRR



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22      Q.    Has the -- has MOVE Texas Civic Fund had

23 any prior dealings with Perla Lara or the McAllen

24 city secretary?

25      A.    No, not to my knowledge.



1    ████   ███████████████████████

2   ████████████████████████████████

3   ████████

4        Q.    Do you have volunteers at Hidalgo County?

5   I know you said there's not a physical presence as

6   in an office, but do you send volunteers down on an

7   occasional basis?

8        A.    To my knowledge, we have not -- we do not

9   volunteer in Hidalgo County at this time.

10       Q.    Okay.  Has MOVE Civic Fund had any

11   contact or communication with Perla Lara in her

12   official capacity as the McAllen city secretary?

13       A.    Not to my knowledge.

14   ████   █████████████████████████████

15  ███████████████████████████████████

16  ██████████

17           ███████████   ███████████████

18   ████   ██████████████████████████████████

19  █████████████████████████████████████

20  ███████████████████████████████████████

21  ███████████████████████

22  █████████████████

23   ████   ████████   █████████████   ███████████████

24  ████████████████████████████████████

25   ████   ███████████████████████████   █