# EXHIBIT B

Page 1

```
 1                UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;              )
     ROSALIE WEISFELD; AUSTIN JUSTICE    )
 4   COALITION; COALITION OF TEXANS      )
     WITH DISABILITIES; MOVE TEXAS       )
 5   CIVIC FUND; LEAGUE OF WOMEN         )
     VOTERS OF TEXAS; and AMERICAN GI    )
 6   FORUM OF TEXAS, INC.,               )
                                         )
 7            Plaintiffs,                )
                                         )Civil Case No.
 8   v.                                  )5:19-cv-00963-OLG
                                         )
 9   TEXAS SECRETARY OF STATE; TRUDY     )
     HANCOCK, in her official            )
10   capacity as BRAZOS COUNTY           )
     ELECTIONS ADMINISTRATOR; and        )
11   PERLA LARA, in her official         )
     capacity as CITY OF McALLEN,        )
12   TEXAS, SECRETARY,                   )
                                         )
13            Defendants.                )

14           **********************************
                 REMOTE VIDEOTAPED DEPOSITION OF
15                    BRIAN KEITH INGRAM
                        May 11, 2020
16           **********************************

17        REMOTE VIDEOTAPED DEPOSITION OF BRIAN KEITH

18    INGRAM, produced as a witness at the instance of

19    the Plaintiffs, and duly sworn, was taken in the

20    above-styled and numbered cause on May 11, 2020,

21    from 9:32 a.m. to 12:38 p.m., remotely before

22    Rebecca A. Graziano, CSR, RPR, CRR, in and for the

23    State of Texas, reported by machine shorthand,

24    pursuant to the Federal Rules of Civil Procedure

25    and the provisions stated on the record.
```

CERTIFIED TRANSCRIPT

Page 32

1   the changes for those.

[redacted]

13   Q    Okay.  And are local elections officials
14   required to use these forms?
15   A    So some yes, some no.  Mostly -- mostly
16   they're not required, and if they want to modify
17   it, they send the modification list to us to
18   review and see if it complies with the law.  So
19   they can do that with any of the forms, modify
20   them and get it -- get it approved by our office.
21             Applications for ballot-by-mail do not
22   have to follow any particular form.  Those
23   are -- those can be handwritten.  They can do
24   anything.  They just have to have the required
25   material, and they do not need prior approval for

