# EXHIBIT C

STATE OF TEXAS      §
HIDALGO COUNTY      §

## AFFIDAVIT OF ISAAC TAWIL

Before me, the undersigned notary, on this day personally appeared Isaac Tawil, the affiant, a person whose identity is known to me. After I administered an oath, affiant testified as follows"

1. "My name is Isaac Tawil. I am competent to make this affidavit. The facts stated in this affidavit are within my personal knowledge and are true and correct.

2. The exhibits attached to Defendant City of McAllen's Motion for Summary Judgment are true and correct copies of the original records.

3. As an attorney for the City of McAllen, I have reviewed the documents in their entirety and am familiar with the material contained therein.

Further, affiant sayeth not."

Isaac Tawil

SWORN TO and SUBSCRIBED before me by Isaac Tawil on June 22, 2020.

Notary Public in and for
the State of Texas

ALMA VILLARREAL
Notary Public
STATE OF TEXAS
Notary ID# 12474934-4
My Comm. Exp. 11-17-2023