IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS<br><br>　　*Plaintiffs*<br><br>VS.<br><br>TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official Capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR and PERLA LARA in her official Capacity as CITY OF MCALLEN, TEXAS SECRETARY,<br>　　*Defendants* | Civil Case No. 5:19-cv-00963 |

## ORDER GRANTING DEFENDANT PERLA LARA'S, IN HER OFFICIAL CAPACITY AS CITY OF MCALLEN CITY SECRETARY, MOTION FOR SUMMARY JUDGMENT

On _____, 2020, the Court considered Defendant Perla Lara's, in her official capacity as City of McAllen City Secretary, Motion for Summary Judgment.

After due consideration of the motion, replies and responses, if any, and the arguments of counsel, the Court hereby **GRANTS** the motion.

Done at McAllen, Texas, this _____ day of _____, 2020.

　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　United States District Judge