UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS, and AMERICAN GI FORUM OF TEXAS, INC., | § § § § § § § § | |
| | § | |
| *Plaintiffs* | § § | |
| v. | § § | Civil Case No. 5:19-cv-00963-OG |
| TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY, | § § § § § § § | |
| | § | |
| *Defendants*. | § § | |

## APPENDIX TO PLAINTIFFS' MOTION FOR SUMMARY JUDGMENT

## TABLE OF CONTENTS

1. Texas Secretary of State 30(b)(6) Deposition Transcript Excerpts .....................5
2. Deposition of Keith Ingram Transcript Excerpts.........................................23
3. Keith Ingram Deposition Exhibit 2: Application for Ballot by Mail.................53
4. Early Voting Ballot Board & Signature Verification Committee Handbook for Election Judges and Clerks (2020 Edition) ...........................…....56
5. Texas Secretary of State Election Advisory No. 2020-07 ...........................…..107
6. Application for Ballot by Mail ……………………………………………...113
7. Texas Secretary of State, Dear Voter Letter …………………………………...116
8. Texas Secretary of State Webpage regarding Application for Ballot by Mail …………………………………………………………………....…118
9. Brazos County Elections Administrator 30(b)(6) Deposition Transcript Excerpts ……………………………………………………………120
10. Deposition of Trudy Hancock Transcript Excerpts   …………………………137
11. City of McAllen City Secretary 30(b)(6) Deposition Transcript Excerpts ……………………………………………………………………..180
12. Deposition of Perla Lara Transcript Excerpts …………………………………198

13. Perla Lara Deposition Exhibit 5: Roster for Early Voting by Mail – June 22, 2019 Run-off Election for District 5 and Associated Applications and Carrier Envelopes ……………………………………...246
14. Expert Report of Dr. Linton A. Mohammed ……………………………405
15. Deposition of Dr. Linton A. Mohammed Transcript Excerpts ………………....463
16. Declaration of Chris Rainbolt ……………………………………………489
17. Deposition of Dr. George Richardson Transcript Excerpts ………………….493
18. Dr. George Richardson Deposition Exhibit 2: Signed Ballot by Mail Request Form for Dr. George Richardson ……………………………………..520
19. Dr. George Richardson Deposition Exhibit 3: Signed Carrier Envelope for Dr. George Richardson………………………………………..522
20. Dr. George Richardson Deposition Exhibit 4: Notice of Rejected Ballot for Dr. George Richardson …………………………………………..525
21. Declaration of Dr. George Richardson ……………………………………..527
22. "Letters to the Editor" of The Eagle (Print Version) ………………………….530
23. Texas Medical Board License of Dr. George Richardson ………………………532
24. "Letters to the Editor" of The Eagle (Online Version) …………………………...534
25. Notice of Rejected Ballot for Dr. George Richardson ………………………538
26. Deposition of Rosalie Weisfeld Transcript Excerpts ……………………………543
27. Rosalie Weisfeld Deposition Exhibit 2: Signed Application for Ballot by Mail for Rosalie Weisfeld …………………………………….....573
28. Rosalie Weisfeld Deposition Exhibit 3: Rosalie Weisfeld Carrier Envelope Stamped by McAllen City Secretary's Office …………….….…...575
29. Rosalie Weisfeld Deposition Exhibit 4: Notice of Rejected Ballot for Rosalie Weisfeld ………………………………………………578
30. Declaration of Rosalie Weisfeld ………………………………………580
31. Signed Application for Ballot by Mail for Rosalie Weisfeld …………………….584
32. Signed Carrier Envelope for Rosalie Weisfeld ……………………………………586
33. Notice of Rejected Ballot for Rosalie Weisfeld ……………………………………588
34. Austin Justice Coalition 30(b)(6) Deposition Transcript Excerpts ………………591
35. Declaration of Larissa Rodionov …………………………………………614
36. Austin Justice Coalition-Project Orange Volunteer Reminder Sheet ……………619
37. Coalition of Texans with Disabilities 30(b)(6) Deposition Transcript Excerpts………………………………………………………………...622
38. Declaration of Chase Bearden …………………………………………659
39. Disability Rights Texas Voting Notice Encouraging Those Displaced by Hurricane Harvey to Vote-by-Mail……………………………………662
40. Coalition of Texans with Disabilities Facebook Post Reminders of Vote-by-Mail Deadlines …………………………………………666
41. Coalition of Texans with Disabilities Electronic Newsletters ………………669
42. Coalition of Texans with Disabilities 2019 Annual Report (print) ………………674
43. Coalition of Texans with Disabilities 2019 Annual Report (online) ……………683
44. Coalition of Texans with Disabilities "Voting" Webpage ………………………689
45. Coalition of Texans with Disabilities "About Us" Webpage ……………………695
46. Coalition of Texans with Disabilities Facebook Post ……………………………700
47. Coalition of Texans with Disabilities Facebook Post …………………………..703
48. MOVE Texas Civic Fund 30(b)(6) Deposition Transcript Excerpts ……………706

49. Declaration of Drew Galloway …………………………………………...728
50. MOVE Texas Civic Fund Internal Email Correspondence I …………………736
51. MOVE Texas Civic Fund External Email Correspondence ………………….…740
52. MOVE Texas Volunteer Phone and Voicemail Scripts …………………….…744
53. MOVE Texas Civic Fund Internal Email Correspondence II …………………750
54. MOVE Texas Civic Fund Social Media Links ………………………………754
55. MOVE Texas Civic Fund Social Media Posts I ……………………………756
56. MOVE Texas Civic Fund Mass Text Message …………………………….…762
57. MOVE Texas Civic Fund Social Media Posts II ……………………………764
58. MOVE Texas Civic Fund Organizational Slides (Document Filed
    Separately Under Seal) …………………………………………………...766
59. League of Women Voters of Texas 30(b)(6) Deposition Transcript
    Excerpts…………………………………………………………………...768
60. Declaration of Grace Chimene   ……………………………………………796
61. League of Women Voters of Texas "Get in the Game" Powerpoint ……………802
62. League of Women Voters of Texas "Vote by Mail: Step by Step"
    Powerpoint ………………………………………………………………….827
63. League of Women Voters of Texas "Vote by mail" Webpage………………….852
64. League of Women Voters of Texas Youtube Screen Capture I ………………….858
65. League of Women Voters of Texas Internal Email Correspondence I
    (Document Filed Separately Under Seal) ……………………………………860
66. League of Women Voters of Texas Youtube Screen Capture II ……………….862
67. League of Women Voters of Texas Internal Email Correspondence II
    (Document Filed Separately Under Seal) ……………………………........864
68. League of Women Voters of Texas Internal Voluntary Survey
    (Document Filed Separately Under Seal) …………………………………...866
69. Perla Lara Deposition Exhibit 8: June 2019 Texas Secretary of State
    Inspector Report …………………………………………………………868

Dated: June 22, 2020                              Respectfully submitted,

                                                 /s/  Hani Mirza

**TEXAS CIVIL RIGHTS PROJECT**

Mimi M.D. Marziani
Texas Bar No. 24091906
mimi@texascivilrightsproject.org
Hani Mirza
Texas Bar No. 24083512
hani@texascivilrightsproject.org
Ryan V. Cox
Texas Bar No. 24074087
ryan@texascivilrightsproject.org
Zachary D. Dolling
Texas Bar No. 24105809

zachary@texascivilrightsproject.org

1405 Montopolis Drive
Austin, Texas 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)

**WILLKIE FARR & GALLAGHER LLP**

Richard Mancino (NY Bar No. 1852797)
Samuel Kalar (NY Bar No. 5360995)
JoAnna Suriani (NY Bar No. 5706395)

787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: rmancino@willkie.com
        skalar@willkie.com
        jsuriani@willkie.com

-AND-

Jennifer J. Hardy (TX Bar No. 24096068)
Denis A. Fallon (TX Bar No. 24059731)
Garrett Johnston (TX Bar No. 24087812)
Audra White (TX Bar No. 24098608)

600 Travis Street, Suite 2100
Houston, Texas 77002
Telephone: (713) 510-1700
Facsimile: (713) 510-1799
Email: jhardy2@willkie.com
        afallon@willkie.com
        gjohnston@willkie.com
        awhite@willkie.com

*COUNSEL FOR PLAINTIFFS*

**CERTIFICATE OF SERVICE**

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record on June 22, 2020 through the Electronic Case File System of the Western District of Texas.

/s/  Hani Mirza

# Exhibit 1

Page 1

```
1              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF TEXAS
2                 SAN ANTONIO DIVISION

3   DR. GEORGE RICHARDSON;           )
    ROSALIE WEISFELD; AUSTIN JUSTICE )
4   COALITION; COALITION OF TEXANS   )
    WITH DISABILITIES; MOVE TEXAS    )
5   CIVIC FUND; LEAGUE OF WOMEN      )
    VOTERS OF TEXAS; and AMERICAN GI )
6   FORUM OF TEXAS, INC.,            )
                                     )
7          Plaintiffs,               )
                                     )Civil Case No.
8   v.                               )5:19-cv-00963-OLG
                                     )
9   TEXAS SECRETARY OF STATE; TRUDY  )
    HANCOCK, in her official         )
10  capacity as BRAZOS COUNTY        )
    ELECTIONS ADMINISTRATOR; and     )
11  PERLA LARA, in her official      )
    capacity as CITY OF McALLEN,     )
12  TEXAS, SECRETARY,                )
                                     )
13         Defendants.               )
           *****************************************
14      REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF
                    BRIAN KEITH INGRAM
15                   May 11, 2020
           *****************************************
16      REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF

17   BRIAN KEITH INGRAM, produced as a witness at the

18   instance of the Plaintiffs, and duly sworn, was

19   taken in the above-styled and numbered cause on

20   May 11, 2020, from 1:37 p.m. to 4:17 p.m.,

21   remotely before Rebecca A. Graziano, CSR, RPR,

22   CRR, in and for the State of Texas, reported by

23   machine shorthand, pursuant to the Federal Rules

24   of Civil Procedure and the provisions stated on

25   the record.
```

**CERTIFIED TRANSCRIPT**

Page 2

```
 1              A P P E A R A N C E S

 2

 3    REPRESENTING THE PLAINTIFFS:

 4     Mr. Ryan Cox (via videoconference)
       Mr. Hani Mirza (via videoconference)
 5     Mr. Zachary D. Dolling (via videoconference)
       TEXAS CIVIL RIGHTS PROJECT
 6     1405 Montopolis Drive
       Austin, Texas  78741
 7     (512) 474-5073
       ryan@texascivilrightsproject.org
 8     hani@texascivilrightsproject.org
       zachary@texascivilrightsproject.org
 9
            and
10
11     Mr. Samuel Kalar (via videoconference)
       Ms. Joanna Suriani (via videoconference)
12     WILLKIE FARR & GALLAGHER, LLP
       787 Seventh Avenue
13     New York City, New York  10019
       (212) 728-8000
14     skalar@willkie.com
       jsuriani@willkie.com

15
      REPRESENTING THE DEFENDANT, TEXAS SECRETARY OF
16    STATE:

17     Ms. Anna Mackin (via videoconference)
       OFFICE OF THE ATTORNEY GENERAL
18     300 West 15th Street
       Austin, Texas  78701
19     (512) 463-2100
       anna.mackin@texasattorneygeneral.gov
20
      REPRESENTING THE DEFENDANT, TRUDY HANCOCK, in her
21    official capacity as BRAZOS COUNTY ELECTIONS
      ADMINISTRATOR:
22
       Mr. J. Eric Magee (via videoconference)
23     ALLISON, BASS & MAGEE, LLP
       402 West 12th Street
24     Austin, Texas  78701
       (512) 482-0701
25     e.magee@allison-bass.com
```



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

Page 3

 1              A P P E A R A N C E S

 2

 3    REPRESENTING THE DEFENDANT, PERLA LARA, in her
      official capacity as CITY OF McALLEN, TEXAS,
 4    SECRETARY:

 5      Mr. Isaac J. Tawil (via videoconference)
        Mr. Austin W. Stevenson (via videoconference)
 6      CITY OF McALLEN CITY ATTORNEY'S OFFICE
        1300 Houston Avenue, Second Floor
 7      McAllen, Texas  78501
        (956) 681-3111
 8      itawil@mcallen.net
        astevenson@mcallen.net

 9

10    VIDEOCONFERENCE TECHNICIAN:

11      Ms. Maygun Flanagan

12

13

14

15

16

17

18

19

20

21

22

23

24

25



```
                                                    Page 4
 1                          INDEX
                                                    PAGE
 2

 3      EXAMINATION BY MR. MIRZA.........................  8

 4

 5                        EXHIBITS

 6     NUMBER           DESCRIPTION                     PAGE

 7     Exhibit 1        Notice of Deposition................ 10

 8     Exhibit 2        Email Chain; Bates SOS_001316

 9                      through 001318...................... 40

10     Exhibit 3        Survey Responses; Bates SOS_001336... 41

11     Exhibit 4        Survey Responses; Bates SOS_001392... 42

12     Exhibit 5        Survey Responses; Bates SOS_001408... 44

13     Exhibit 6        Survey Responses; Bates SOS_001411... 46

14     Exhibit 7        Inspector Report for Early Voting

15                      Ballot Board Meeting; Bates

16                      SOS_001935 through 001937........... 47

17     Exhibit 8        Inspector Report for Early Voting

18                      Ballot Board Meeting;

19                      Bates SOS_004398.................... 50

20     Exhibit 9        Election Advisory; Bates SOS_025088

21                      through 025095...................... 56

22     Exhibit 10       Email Chain; Bates SOS_034540

23                      through 034541...................... 59

24

25
```



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

Page 5

EXHIBITS

| 1 | | | |
| --- | --- | --- | --- |
| 2 | NUMBER | DESCRIPTION | PAGE |

```
 1                         EXHIBITS
 2   NUMBER         DESCRIPTION                      PAGE
 3   Exhibit 11     Email Chain with Attachment;
 4                  Bates SOS_034653 through 034662
 5                  **CONFIDENTIAL DOCUMENT**........... 62
 6   Exhibit 12     Operating Budget for Fiscal Year
 7                  2020 (no Bates range)............... 71
 8   Exhibit 13     Training Manual for Voting History
 9                  in TEAM; Bates SOS_035102 through
10                  035124 - ATTORNEYS' EYES ONLY........ 81
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

Page 6

1                   PROCEEDINGS

2          (On the record at 1:37 p.m.)

3          THE VIDEOGRAPHER:  We are going on

4  the video record.  Today is May 11th,

5  2020.  The time is 1:37 p.m.

6          The civil action number is

7  5:19-cv-00963-OLG in the matter of

8  Dr. George Richardson, et al., versus

9  Texas Secretary of State.  The deponent is

10 Texas Secretary of State 30(b)(6), Keith

11 Ingram.  The video deposition is requested

12 by the plaintiffs' counsel, Texas Civil

13 Rights Project, Austin.

14         My name is Maygun Flanagan.  I'm

15 the videographer.  The court reporter

16 today is Becky Graziano.  We are both

17 representing HG Litigation Services.

18         Would counsel like to state their

19 appearances on the record or transcript?

20         MR. MIRZA:  Hello.  Can you hear

21 me?

22         THE VIDEOGRAPHER:  Yes.

23         MR. MIRZA:  Oh, you can hear me?

24 Okay.

25         I'd like to -- we can state it on



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

Page 7

```
 1   the record.  My name is Hani Mirza.  I'm
 2   with the Texas Civil Rights Project, and
 3   I'm representing plaintiffs.
 4        MR. COX:  Ryan Cox, also with the
 5   Texas Civil Rights Project on behalf of
 6   the plaintiffs.
 7        MS. MACKIN:  Anna Mackin with the
 8   Texas Office of the Attorney General,
 9   representing the defendant Texas Secretary
10   of State, in her official capacity.
11        MR. MAGEE:  This is Eric Magee.
12   I'm here on behalf of defendant Trudy
13   Hancock, the Brazos County
14   electric -- elections administrator, in
15   her official capacity.
16        MR. TAWIL:  Isaac Tawil on behalf
17   of Perla Lara, City of McAllen city
18   secretary.
19        MR. KALAR:  On behalf of
20   plaintiffs, Samuel Kalar of the law firm
21   Willkie Farr & Gallagher.
22        MS. SURIANI:  And Joanna Suriani
23   from the law firm Willkie Farr & Gallagher
24   on behalf of plaintiff.
25        THE VIDEOGRAPHER:  The deponent may
```



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

1          now be sworn in.

2                (Witness duly sworn.)

3                    BRIAN KEITH INGRAM,

4     being first duly sworn, testified as follows:

5                         EXAMINATION

6     BY MR. MIRZA:

7      Q     Okay.  Welcome back, Mr. Ingram.  I'm

8     going -- can you please state your full name for

9     the record?

10     A     Brian Keith Ingram.

11     Q     And do you remember the general guidelines

12    I spoke about for depositions this morning?

13     A     Yes.

14     Q     Are your responses to those

15    questions -- to the questions related to those

16    guidelines the same?

17     A     Yes.

18     Q     And you are the director of elections,

19    correct, for the Secretary of State?

20     A     I am.

21     Q     Okay.  And what did you do to prepare for

22    this deposition?

23     A     Well, I reviewed some documents and I met

24    with my attorneys.

25     Q     Okay.  Did you review -- did you review



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

Page 49

1          **Why is that an improper action?**

2    A      The ballot board is there to look at what

3    they've got.  They're not there to get more

4    evidence.  They don't have any statutory ability

5    or requirement that they review more evidence

6    other than other signatures by the same voter.

7              In 2014, they can only review other

8    signatures to help the voter.  They couldn't use

9    it to disqualify a ballot.  Now, then they can use

10   it to help or hurt the voter.  But that's the only

11   additional information they get, are signatures

12   from the last six years.

13   **Q      Okay.  And we talked about this in the**

14   **other deposition regarding signatures that they**

15   **can use for the last six years.  One of those**

16   **signatures is the signature on the voter**

17   **registration application, if that's available;**

18   **correct?**

19   A      If it's available, yes.

20   **Q      What other documents generally are on file**

21   **for the voter where the voter signature are -- is**

22   **included?**

23   A      Past ballots-by-mail carrier envelopes,

24   applications for ballot-by-mail, and voter

25   registration signatures.



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

Page 50

```
 1    Q      Have you seen anything else being used to
 2   make a signature verification determination?
 3    A      I don't know what else there would be.
 4    Q      Okay.  Okay.  This exhibit -- I think
 5   we're at Exhibit 8 -- starts at SOS_4398.  I think
 6   we'll just mark 4398.
 7           (Exhibit 8 marked.)
 8   BY MR. MIRZA:
 9    Q      I want to let you review this document.
10   Let me know when you want me to scroll down.
11    A      Go down.  Okay.
12    Q      It's the end of the page.
13           We'll mark this, I think, as -- I
14   mentioned this before, but Exhibit 8.
15           Does this appear to be an inspector
16   report for early voting ballot board meeting for
17   the City of Crystal City?
18    A      Yes.
19    Q      Okay.  If I could direct your attention to
20   Item Number 24, do you see that?
21    A      I do.
22    Q      Can you read that statement?
23    A      "There were three poll watchers.  All of
24   the poll watchers were harassing the board
25   regarding signature rejections."
```



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

Page 64

1    okay.

2          Do you agree with the point that

3    Genevieve is making here?

4          MS. MACKIN:  Objection; form.

5    BY MR. MIRZA:

6    Q    You can answer the question.

7    A    I did.  Yes, I agree with her.

8    Q    Oh.  Oh, okay.

9          Okay.  Okay.  So I want to talk about

10   the process a voter goes through to submit a

11   mail-in ballot.

12         So the first thing they do is submit

13   an application for ballot by mail; correct?

14   A    That is correct.

15   Q    And then what materials are sent to the

16   voter if their application is accepted by the

17   early voting clerk?

18   A    The blank ballot, carrier envelope,

19   secrecy envelope, instructions to the voter, a

20   "Dear Voter" letter, possibly a notice of ID

21   required, and possibly a notice of that you need

22   to update your address -- what do they call

23   it -- notice of -- notice to suspense voter is

24   what I think it's called, but it requires that

25   they do a statement of residence.  So they also



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

Page 65

1   get the statement of residence in their mail

2   packet.

3   **Q      Okay.  What is included in the "Dear**

4   **Voter" letter?**

5    A      The "Dear Voter" letter is a letter from

6   the secretary that talks about their rights as a

7   voter and voting by mail.

8   **Q      Okay.  Does the "Dear Voter" letter**

9   **mention anything about the signature verification**

10  **procedure?**

11   A      I don't know.

12  **Q      Okay.  Is that something the SOS can get**

13  **information on?**

14   A      Yes.  I can look it up.

15  **Q      Okay.**

16  **And before you answer the question,**

17  **please just state what document you're -- you're**

18  **looking at.**

19   A      What I'm looking at right now is Form

20  Number 5-35.  It's not the "Dear Voter" letter,

21  but it mentions the "Dear Voter" letter.

22  **Q      Okay.**

23   A      It looks like 5-35 is an earlier version

24  of 5-22b that I mentioned earlier.

25  **Q      Okay.**



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

Page 66

```
1    A      I can't find it.

2    Q      Okay.

3           MR. MIRZA:  Anna, would it be

4      possible to get -- I don't -- I'm not sure

5      if the "Dear Voter" letter was provided in

6      the discovery responses.  If you could

7      either -- if it was, like, if you could

8      tell me the Bates number or if you could

9      supplement.

10          I think you're on mute.

11          MS. MACKIN:  Sorry.  That would

12     have been, I think, one of the publicly

13     available forms on the SOS website.  I can

14     provide you a link to that.

15          MR. MIRZA:  Okay.  The "Dear Voter"

16     letter specifically?

17          MS. MACKIN:  Yes.

18          MR. MIRZA:  Okay.  Okay.  Sounds

19     good.

20   BY MR. MIRZA:

21   Q      And then, Mr. Ingram, you mentioned

22   another document that provides instructions to the

23   voter?

24   A      Yes.  It's 5-22b.

25   Q      Does that mention the signature
```



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

Page 67

1    verification procedure?

2    A      It does not.  I thought it did, but it

3    doesn't.

4    Q      Okay.

5    A      It's probably a good thing to add, though,

6    so we'll probably be adding it in a future

7    version.

8    Q      Okay.  Do any of the materials you

9    mentioned that are sent to the voter mention the

10   signature verification procedure?

11   A      I don't know about the "Dear Voter"

12   letter.  That's what I would like to read.

13              I stink.  Busted link.

14              I'm writing an email to Christina

15   Adkins right quick to point me to the "Dear Voter"

16   letter.

17   Q      Okay.  I do want to remind you that any

18   documents you have opened, any, like,

19   communications during the deposition, we would

20   have -- are discoverable in our opinion.

21   A      Okay.  I just sent her an email saying:

22   "Can you point me to the 'Dear Voter' letter."

23   Q      Okay.  But besides the "Dear Voter"

24   letter, which you don't know about whether it

25   mentions the verification procedure, do any of the



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

Page 68

1    other materials that are -- ballot materials that

2    are sent to the voter, do any of them mention the

3    signature verification procedure?

4    A      No.

5    Q      Okay.

6           MR. MIRZA:  Okay.  I think this is

7        a good time to take a, let's say,

8        15-minute break.  We can get -- come back

9        on the record at 3:40, if that works for

10       everyone.

11          MS. MACKIN:  That's fine, but

12       before we go off, I would like to

13       please -- I didn't notice this when we

14       produced it, but it appears that 34658

15       through 34662 has some personal

16       information of someone who participated in

17       the address confidentiality program

18       because she was a victim of domestic

19       violence; and so I'd like to designate

20       those pages as confidential, just in the

21       interest of protecting that individual's

22       privacy.

23          MR. MIRZA:  And that is fine with

24       us.

25          MS. MACKIN:  Thank you.



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

Page 87

```
 1                    UNITED STATES DISTRICT COURT
                      WESTERN DISTRICT OF TEXAS
 2                       SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;            )
     ROSALIE WEISFELD; AUSTIN JUSTICE  )
 4   COALITION; COALITION OF TEXANS    )
     WITH DISABILITIES; MOVE TEXAS     )
 5   CIVIC FUND; LEAGUE OF WOMEN       )
     VOTERS OF TEXAS; and AMERICAN GI  )
 6   FORUM OF TEXAS, INC.,             )
                                       )
 7            Plaintiffs,              )
                                       )Civil Case No.
 8   v.                                )5:19-cv-00963-OLG
                                       )
 9   TEXAS SECRETARY OF STATE; TRUDY   )
     HANCOCK, in her official          )
10   capacity as BRAZOS COUNTY         )
     ELECTIONS ADMINISTRATOR; and      )
11   PERLA LARA, in her official       )
     capacity as CITY OF McALLEN,      )
12   TEXAS, SECRETARY,                 )
                                       )
13            Defendants.              )

14
                      REPORTER'S CERTIFICATION
15            REMOTE VIDEOTAPED DEPOSITION OF
                       BRIAN KEITH INGRAM
16                       May 11, 2020

17            I, Rebecca A. Graziano, Certified Shorthand

18      Reporter in and for the State of Texas, hereby

19      certify to the following:

20            That the witness, BRIAN KEITH INGRAM, was

21      duly sworn and that the transcript of the oral

22      deposition is a true record of the testimony given

23      by the witness;

24            I further certify that pursuant to FRCP Rule

25      30(f)(1) that the signature of the deponent:
```



1          ____ was requested by the deponent or a

2     party before the completion of the deposition and

3     returned within 30 days from date of receipt of

4     the transcript.  If returned, the attached Changes

5     and Signature Page contains any changes and the

6     reasons therefor.

7          ____ was not requested by the deponent or a

8     party before the completion of the deposition.

9          I further certify that I am neither attorney

10    nor counsel for, related to, nor employed by any

11    of the parties to the action in which this

12    testimony was taken.

13          Further, I am not a relative or employee of

14    any attorney of record in this cause, nor do I

15    have a financial interest in the action.

16          Subscribed and sworn to on this ___ day of

17    _____, 2020.

18

19

20

21    _____

22    Rebecca A. Graziano, CSR, RPR, CRR
      Texas CSR No. 9306
23    Expiration Date:  07/31/22

24

25

# Exhibit 2

APPX-000023

RICHARDSON: BRIAN KEITH INGRAM

Page 1

```
 1                UNITED STATES DISTRICT COURT
                  WESTERN DISTRICT OF TEXAS
 2                   SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;        )
     ROSALIE WEISFELD; AUSTIN JUSTICE )
 4   COALITION; COALITION OF TEXANS )
     WITH DISABILITIES; MOVE TEXAS )
 5   CIVIC FUND; LEAGUE OF WOMEN    )
     VOTERS OF TEXAS; and AMERICAN GI )
 6   FORUM OF TEXAS, INC.,         )
                                   )
 7           Plaintiffs,           )
                                   )Civil Case No.
 8   v.                            )5:19-cv-00963-OLG
                                   )
 9   TEXAS SECRETARY OF STATE; TRUDY )
     HANCOCK, in her official      )
10   capacity as BRAZOS COUNTY     )
     ELECTIONS ADMINISTRATOR; and  )
11   PERLA LARA, in her official   )
     capacity as CITY OF McALLEN,  )
12   TEXAS, SECRETARY,             )
                                   )
13           Defendants.           )

14          *********************************
                  REMOTE VIDEOTAPED DEPOSITION OF
15                    BRIAN KEITH INGRAM
                        May 11, 2020
16          *********************************

17        REMOTE VIDEOTAPED DEPOSITION OF BRIAN KEITH

18    INGRAM, produced as a witness at the instance of

19    the Plaintiffs, and duly sworn, was taken in the

20    above-styled and numbered cause on May 11, 2020,

21    from 9:32 a.m. to 12:38 p.m., remotely before

22    Rebecca A. Graziano, CSR, RPR, CRR, in and for the

23    State of Texas, reported by machine shorthand,

24    pursuant to the Federal Rules of Civil Procedure

25    and the provisions stated on the record.
```

**CERTIFIED TRANSCRIPT**

**hg**

Page 2

```
 1               A P P E A R A N C E S

 2

 3   REPRESENTING THE PLAINTIFFS:

 4   Mr. Hani Mirza (via videoconference)
     Mr. Ryan Cox (via videoconference)
 5   Mr. Zachary D. Dolling (via videoconference)
     TEXAS CIVIL RIGHTS PROJECT
 6   1405 Montopolis Drive
     Austin, Texas  78741
 7   (512) 474-5073
     hani@texascivilrightsproject.org
 8   ryan@texascivilrightsproject.org
     zachary@texascivilrightsproject.org
 9
            and
10
     Mr. Samuel Kalar (via videoconference)
11   Ms. Joanna Suriani (via videoconference)
     WILLKIE FARR & GALLAGHER, LLP
12   787 Seventh Avenue
     New York City, New York  10019
13   (212) 728-8000
     skalar@willkie.com
14   jsuriani@willkie.com

15
     REPRESENTING THE DEFENDANT, TEXAS SECRETARY OF
16   STATE:

17   Ms. Anna Mackin (via videoconference)
     OFFICE OF THE ATTORNEY GENERAL
18   300 West 15th Street
     Austin, Texas  78701
19   (512) 463-2100
     anna.mackin@texasattorneygeneral.gov
20
     REPRESENTING THE DEFENDANT, TRUDY HANCOCK, in her
21   official capacity as BRAZOS COUNTY ELECTIONS
     ADMINISTRATOR:
22
     Mr. J. Eric Magee (via videoconference)
23   ALLISON, BASS & MAGEE, LLP
     402 West 12th Street
24   Austin, Texas  78701
     (512) 482-0701
25   e.magee@allison-bass.com
```



RICHARDSON: BRIAN KEITH INGRAM

Page 3

```
 1              A P P E A R A N C E S

 2

 3    REPRESENTING THE DEFENDANT, PERLA LARA, in her
      official capacity as CITY OF McALLEN, TEXAS,
 4    SECRETARY:

 5      Mr. Isaac J. Tawil (via videoconference)
        Mr. Austin W. Stevenson (via videoconference)
 6      CITY OF McALLEN CITY ATTORNEY'S OFFICE
        1300 Houston Avenue, Second Floor
 7      McAllen, Texas  78501
        (956) 681-3111
 8      itawil@mcallen.net
        astevenson@mcallen.net

 9

10    VIDEOCONFERENCE TECHNICIAN:

11      Ms. Maygun Flanagan

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



RICHARDSON: BRIAN KEITH INGRAM

Page 4

```
 1                        INDEX
                                                 PAGE
 2

 3    EXAMINATION BY MR. MIRZA........................  7

 4

 5                       EXHIBITS

 6    NUMBER          DESCRIPTION                    PAGE

 7    Exhibit 1    Notice of Deposition................ 11

 8    Exhibit 2    Application for Ballot by Mail....... 33

 9    Exhibit 3    Carrier Envelope; Bates

10                 WEISFELD-00000002................... 35

11    Exhibit 4    Early Voting Ballot Board &

12                 Signature Verification Committee

13                 Handbook for Election Judges and

14                 Clerks, 2020; Bates SOS_000428

15                 through 000477...................... 58

16    Exhibit 5    Election Inspector Handbook; Bates

17                 SOS_001005 through 001029........... 69

18    Exhibit 6    Email with Election Advisory

19                 Attachment; Bates SOS_000737

20                 through 000741...................... 84

21

22

23

24

25
```



RICHARDSON: BRIAN KEITH INGRAM

Page 5

```
 1                 PROCEEDINGS
 2          (On the record at 9:32 a.m.)
 3          THE VIDEOGRAPHER:  We are going on
 4   the video record.  Today is May 11th,
 5   2020.  The time is approximately 9:32 a.m.
 6          The civil action number is
 7   5:19-cv-00963-OLG in the matter of
 8   Dr. George Richardson, et al., versus
 9   Texas Secretary of State.  The deponent is
10   Keith Ingram.  The video deposition is
11   requested by the plaintiffs' counsel,
12   Texas Civil Rights Project, Austin.
13          My name is Maygun Flanagan.  I'm
14   the videographer.  The court reporter
15   today is Becky Graziano.  We are both
16   representing HG Litigation Services.
17          Would counsel like to state their
18   appearances on the record or transcript?
19          MR. MIRZA:  On the record works.
20          My name is Hani Mirza.  I'm
21   representing the plaintiffs in this case.
22          MR. COX:  Ryan Cox, also on behalf
23   of plaintiffs.
24          MS. MACKIN:  Anna Mackin with the
25   Texas Attorney General's office on behalf
```



RICHARDSON: BRIAN KEITH INGRAM

 1        of the defendants.

 2              MR. TAWIL:  Isaac Tawil

 3        representing Perla Lara in her capacity as

 4        city secretary of the City of McAllen.

 5              MS. MACKIN:  And I'm sorry.  Let me

 6        clarify.  On behalf of defendant -- this

 7        is Anna Mackin on behalf of defendant Ruth

 8        Hughs in her official capacity as

 9        Secretary of State of Texas.

10              MR. MAGEE:  And this is Eric Magee

11        on behalf of defendant Trudy Hancock in

12        her official capacity as the Brazos County

13        elections administrator.

14              MR. KALAR:  And also for

15        plaintiffs, Samuel Kalar with the law firm

16        Willkie Farr & Gallagher.

17              MS. SURIANI:  I'm Joanna Suriani of

18        the law firm Willkie Farr & Gallagher,

19        also on behalf of plaintiffs.

20              THE VIDEOGRAPHER:  Okay.  The

21        deponent may now be sworn in.

22           (Witness duly sworn.)

23              BRIAN KEITH INGRAM,

24     being first duly sworn, testified as follows:

25



RICHARDSON: BRIAN KEITH INGRAM

Page 32

1    the changes for those.

2    Q        And besides the forms that you listed,

3    what other information does the Secretary of State

4    provide on its website to voters who wish to vote

5    by mail?

6    A        Okay.  So votetexas.gov has a whole

7    vote-by-mail section that you can go read at your

8    leisure.

9    Q        What does it generally explain to voters?

10   A        That they need to apply for a ballot, and

11   that they need to mail it back in after they mark

12   it.  They need to sign the carrier envelope.

13   Q        Okay.  I'm going to pull a document.

14            MR. MIRZA:  Anna, can you still

15       hear us?  I just saw your message.

16            MS. MACKIN:  Yes.  Yes.  It cut out

17       for maybe ten seconds, but --

18            MR. MIRZA:  Okay.

19            MS. MACKIN:  I'm good now.  Thank

20       you.

21   BY MR. MIRZA:

22   Q        Did you receive the link I just sent,

23   Mr. Ingram?

24   A        Yes.

25   Q        I'm going to mark this link, which is an



RICHARDSON: BRIAN KEITH INGRAM

1    application for ballot-by-mail, as Exhibit 2.

2              (Exhibit 2 marked.)

3    BY MR. MIRZA:

4     Q      Okay.  Are you familiar with this

5    document?

6     A      I am.

7     Q      Okay.  And this document allows voters to

8    provide their telephone number and email address

9    if they wish to; correct?

10    A      Yes.

11    Q      And can you discuss -- does this document

12   explain in any way how a voter -- wait.  Let me

13   rephrase that question.

14             And so Section 10 is where the voter

15   signs the document; correct?

16    A      Yes.

17    Q      And what happens if the voter is not able

18   to sign?

19    A      They can have a witness sign for them.

20    Q      Does it -- does the -- does this form

21   provide any instructions with regard to

22   Section 10, besides instructions on when you're

23   allowed to have a signature -- so when you're

24   allowed to have a witness sign for you and under

25   what conditions?



Page 34

1           MS. MACKIN:  I'm going to object to

2       the form of the question, and also I

3       believe the document speaks for itself as

4       to what instructions it provides.

5           But, Keith, you can answer.

6           THE WITNESS:  Yeah, I don't really

7       understand the question.

8    BY MR. MIRZA:

9     Q     Let me try to rephrase it.

10          Does this -- does this document

11   mention -- provide any instructions -- or let me

12   rephrase the question.

13          Does this document explain to voters

14   that the signature could be used during the

15   signature verification process?

16          MS. MACKIN:  Same objection.

17          You can answer if you understand,

18       Keith.

19          THE WITNESS:  It doesn't -- I mean,

20       I can read these directions.  The

21       instructions are on the back of the form,

22       and it does tell the witness -- the person

23       they can sign or have a witness sign it.

24   BY MR. MIRZA:

25    Q     But does it -- does it inform the voter



RICHARDSON: BRIAN KEITH INGRAM

Page 35

1   that the signature can be -- will be used during

2   the signature verification process?

3   A      It doesn't -- it doesn't talk about how

4   this is processed, no.

5   Q      Okay.  I'm going to provide another link.

6          Did you receive my link?  It was just

7   sent.

8   A      Yes.

9   Q      Okay.  I'd like to mark this as Exhibit 3.

10         (Exhibit 3 marked.)

11  BY MR. MIRZA:

12  Q      Does this document look familiar,

13  generally speaking?

14  A      It looks like a carrier envelope.

15  Q      Okay.  And on -- is it correct that the

16  voter is required to sign on -- over the flap of

17  the envelope on a carrier envelope?

18  A      Yes.

19  Q      And is it true that when they sign,

20  generally the signature will most -- will -- half

21  the signature will be on the flap of the envelope

22  and the other half will be on the envelope itself?

23  A      That's ideal, yes.

24         MS. MACKIN:  Objection; form.

25  BY MR. MIRZA:



RICHARDSON: BRIAN KEITH INGRAM

Page 44

1   at some point that's required to take place;

2   correct?

3    A      If you're talking about the processing of

4   a mail ballot by the ballot board, yes.

5    Q      Okay.  And the ballot board is responsible

6   for that process; correct?

7    A      Yes.  They can -- a county or another

8   election-holding entity can have a signature

9   verification committee that takes a first crack at

10   them.  But generally, a ballot board is going to

11   have the final say.

12   Q      And the -- who creates the signature

13   verification committee?  Is it the early voting

14   clerk who has that responsibility?

15   A      It's the early voting clerk that can

16   decide whether to or not, yes.

17   Q      Did you catch my question?  Sorry.  Hello?

18   A      It's the early voting clerk that can

19   decide whether to or not, yes.

20          Hello.  I'm here.

21   Q      Can you hear me?  Yeah.

22          And if the early voting clerk

23   disagrees with the signature determination by the

24   early voting ballot board, what actions can they

25   take to overturn that determination?



RICHARDSON: BRIAN KEITH INGRAM

Page 45

```
 1    A       87.127 of the election code creates a
 2   procedure where if a -- if an early voting clerk
 3   believes a ballot board wrongfully accepted or
 4   rejected mail-in ballots or provisional ballots,
 5   then they've got the opportunity to take that
 6   determination to district court and get a judge to
 7   look at it.
 8    Q       During your time as -- sorry.  Let me
 9   rephrase that.
10            Are you aware of any local election
11   official -- sorry.
12            Are you aware of any early voting
13   clerk taking that type of action?
14    A       Yes.
15    Q       Tell me which early voting clerks have
16   taken that action from -- based on your knowledge?
17    A       Well, the one that I know did it was in
18   Caldwell County.
19    Q       Do you know of any other instance where
20   that action has been taken by an early voting
21   clerk?
22    A       No.  We've talked to some early voting
23   clerks and reminded them that it's an
24   available -- that it's an available option for
25   them.  I don't know whether they actually went to
```



RICHARDSON: BRIAN KEITH INGRAM

Page 46

1  court or not.

2  Q      Okay.  And what happened after -- what

3  happened -- what was the result of the Caldwell

4  County case?

5  A      I don't remember precisely the details.

6  It seems like it was, like, five or six ballots

7  that she thought had been rejected incorrectly,

8  and so she took those to district court.  The

9  Court agreed with the early voting clerk that all

10  but one of those were rejected incorrectly but

11  that the last one was properly rejected.

12         The one that the district court upheld

13  the rejection on, that voter complained to our

14  office because she felt like her ballot had been

15  wrongfully rejected by both the ballot board and

16  the district court judge.

17  Q      Can you explain to me generally the duties

18  of the early voting ballot board?

19  A      So the early voting ballot board, their

20  primary responsibility is to deal with the

21  processing and counting of mail ballots.  They

22  have a secondary responsibility to

23  determine -- make determinations on provisional

24  ballots.

25  Q      And how often does the early voting ballot



RICHARDSON: BRIAN KEITH INGRAM

Page 48

1  legislation.

2  **Q      Are the members of the early voting ballot**

3  **board required to undergo any training?**

4  A      They're not required to undergo training.

5  We recommend that they have training.

6  **Q      And can you describe the trainings that**

7  **you recommend?**

8  A      Well, we recommend that the early voting

9  clerk go through the ballot board handbook with

10  them before they start.

11  **Q      And why do you recommend the early voting**

12  **clerk do that?**

13  A      So that they've got a sense of what their

14  about to undertake.

15  **Q      And why -- why do you recommend that the**

16  **early voting clerk and not somebody else take that**

17  **action?**

18  A      Well, I mean, anybody can do it, and you

19  can read the ballot board handbook on your own.

20  The main thing is to become familiar with the

21  ballot board handbook.  I don't know why you want

22  to get hung up on who familiarizes them with it.

23  **Q      I'm just asking why the recommendation**

24  **is --**

25  A      We don't --



RICHARDSON: BRIAN KEITH INGRAM

1    **Q        -- for the early voting clerk.**

2    A        "Recommendation" might be too strong a

3    word, and it might be that you're getting hung up

4    on recommending that the early voting clerk do it.

5    It doesn't matter who does it.  We would recommend

6    that the ballot board read the book before they

7    start work.

8    **Q        Okay.  Is any training provided on how**

9    **signatures should be compared?**

10   A        It's in the ballot board handbook, yes.

11   **Q        Can you generally describe the training on**

12   **that specific topic?**

13   A        So "Section 84.- -- 87.041(c) [sic]

14   provides that the board/committee may compare

15   signatures with any two or more signatures of the

16   voter made within the preceding six years and on

17   file with the voter registrar, clerk, or elections

18   administrators.  These additional signatures may

19   be used to confirm that the signatures are either

20   those or are not those of the same person."

21            If there's no signature, the ballot

22   must be rejected.  If the voter was unable to sign

23   his or her name on the application and/or carrier

24   envelope, then they have to be signed by a

25   witness, and since different people can witness



RICHARDSON: BRIAN KEITH INGRAM

Page 50

1    those, then the ballot is accepted.

2    **Q       Is there any training -- so you mentioned**

3    **that they can -- that the types of signatures that**

4    **they are supposed to compare -- or the**

5    **signatures -- the documents with the signatures**

6    **that they're supposed to compare.  Can you -- do**

7    **you know of any standards that SOS recommends or**

8    **how those signatures should be compared?**

9    A       Our standard is could they have been made

10   by the same person.

11   **Q       Okay.  And what kind of -- did -- what**

12   **kind of recommendation -- let me rephrase that.**

13              **Does SOS help local -- the EVBB**

14   **members or SVC members -- scratch that.**

15              **Are there any guidelines on how to**

16   **determine whether a signature was signed by the**

17   **same person or not, that the SOS provides?**

18   A       So it is at the discretion of the

19   committee members to use their best judgment and

20   to verify that the signatures are made by the same

21   person.  The committee members must use their best

22   judgment if the signatures match, and they can

23   look at other signatures on file from the same

24   voter in the past six years, either from other

25   applications and carrier envelopes or voter



RICHARDSON: BRIAN KEITH INGRAM

Page 51

1   registration.  And then they have to decide by a

2   majority vote that the signatures are of the same

3   person or of not the same person, and the standard

4   has to be whether or not the two signatures could

5   have been made by the same person.

6   Q        And so...

7            **Who appoints the EVBB presiding judge?**

8   A        Well, it depends upon the election.  But

9   in a general election for state and county

10  officers, it would be the political party whose

11  candidate won the governor in the last race -- in

12  the last gubernatorial election.

13  **Q        Okay.  And who appoints the EVBB members?**

14  A        So then there's lists provided by both

15  parties, assuming we're talking about state and

16  county officer elections, and you have to select a

17  member from each list.

18  **Q        Okay.  Do early voting clerks ever appoint**

19  **early voting ballot board members?**

20  A        Yes.  I mean, the entity elections, they

21  do.

22  **Q        And what document are you -- are you**

23  **looking at a document right now to --**

24  A        Yes, I'm looking at the election code.

25           Anyway, we've got nice fancy charts in



RICHARDSON: BRIAN KEITH INGRAM

Page 52

1   our training materials from the summer election

2   seminar and the one that we do for city, school,

3   and other political subdivisions.

4           Yeah, so the entity ordering the

5   election can appoint the early voting ballot board

6   under 87.004.

7   **Q      Okay.  Is there any requirement for an**

8   **early voting ballot board presiding judge or**

9   **member or anybody in the SVC to be a handwriting**

10  **expert or a document examiner?**

11  A      No.  No, we do not expect them to be

12  handwriting experts or document examiners.

13  **Q      Can you go through the requirements of the**

14  **signature verification committee generally?**

15          MS. MACKIN:  Objection; form.

16          THE WITNESS:  Well --

17          MS. MACKIN:  You can answer if you

18      understand.

19          THE WITNESS:  I don't know what

20      that means.  The requirements for what

21      they do or the requirements for who they

22      are?

23  BY MR. MIRZA:

24  **Q      What they do.**

25  A      So the signature verification committee is



RICHARDSON: BRIAN KEITH INGRAM

Page 76

1    Q      Okay.  Can you review this page?  And let
2    me know when you would like me to scroll down to
3    the rest of it.
4    A      All right.  Go to Number 4.
5             It looks like we got a typo in there.
6    Okay.
7    Q      Are you familiar with this page?
8    A      I'm -- I don't know if I've ever seen it,
9    but I'm familiar with the content, yes.
10   Q      I'd like you to look at Item 2.  After
11   reviewing that, I wanted to ask, is it -- is it
12   possible for signatures to not match but still be
13   signed by the same voter?
14   A      Is that possible?
15   Q      Yes.
16   A      So what the ballot board determines is
17   could the signatures have been made by the same
18   person.  They can definitely -- it's certainly
19   possible that a ballot board could reject
20   signatures that were, in fact, made by the same
21   person that they didn't believe were made by the
22   same person that -- using their best judgment.
23   Q      Okay.  But what I'm asking is:  Is it
24   possible for signatures to match -- sorry.
25             Is it possible for signatures to not



RICHARDSON: BRIAN KEITH INGRAM

Page 77

1  match but still be signed by the same voter?

2   A     What I said, it is reasonable for a ballot

3  board -- and possibly happens for a ballot board

4  using their best judgment -- to have signatures

5  that were, in fact, made by the same person that

6  they reject because they do not believe they were

7  made by the same person.

8   Q     Okay.  So I'm not asking about the ballot

9  board.  I'm just asking, based on your knowledge

10  and experience, is it possible for signatures to

11  not match and still be signed by the same voter?

12   A     And what I'm telling you is the ballot

13  board can possibly make a determination that if

14  signatures were not made by the same person when,

15  in fact, they were made by the same person.

16         I'm going to answer it the same way

17  every time.

18   Q     Okay.  But you're not answering my

19  question.  It's a yes-or-no question.

20   A     Yes, I am.  I am -- I'm definitely

21  answering your question.

22   Q     Can you explain how you're answering my

23  question?

24         MS. MACKIN:  Why don't --

25         THE WITNESS:  What you want to do



RICHARDSON: BRIAN KEITH INGRAM

Page 95

1    A      I don't think so.  I don't think it needs

2  to be anywhere else.  I'm not sure what you're

3  getting at.

4    **Q      And what -- why do you believe it doesn't**

5  **have to be mentioned anywhere else?**

6    A      Because this is the form that the voters

7  get that -- upon which they need to take action.

8  I don't know -- I really don't understand what

9  your point is.

10   **Q      So there's no other SOS guidance**

11 **allowing -- just, like, I guess, you know --**

12 **scratch that.**

13             **Okay.  Is your office expecting an**

14 **increase in the use of mail-in ballots by voters**

15 **for the next elections, specifically the runoff**

16 **primary and the general election, due to concerns**

17 **about COVID-19?**

18             MS. MACKIN:  I'm going to object to

19        the form and also to the extent that this

20        question asks for attorney-client

21        communications between the office of the

22        Secretary of State, its personnel, and

23        their counsel regarding the upcoming

24        election.

25             And to the extent that you can



RICHARDSON: BRIAN KEITH INGRAM

Page 96

1    answer without revealing attorney-client
2    privileged information, Keith, you can do
3    so.
4         THE WITNESS:  So we do believe that
5    mail ballot use is going to increase this
6    year, yes.
7  BY MR. MIRZA:
8    **Q      Okay.  What preparation --**
9    A      Let me rephrase that.  Let me rephrase
10  that.
11         We believe it's a possibility that
12  mail ballot use is going to increase this year,
13  and we have advised the counties to prepare for
14  that fact -- to prepare for that expectation.
15  **Q      I didn't catch the -- I didn't catch the**
16  **last part of that answer.**
17  A      So we believe it's conceivable that mail
18  ballot use could increase this year, and we have,
19  in our COVID Advisory 2020-14, advised the
20  counties to prepare for increased mail ballot use.
21  **Q      Okay.  Has your office taken any**
22  **other -- made any other preparations for this**
23  **possible increase?**
24         MS. MACKIN:  And same instruction
25    with respect to attorney-client privileged



RICHARDSON: BRIAN KEITH INGRAM

Page 97

1      information.

2           To the extent that you can answer

3      without revealing that information, please

4      do so.

5           THE WITNESS:  We have convened an

6      advisory group of counties -- about, I

7      don't know, 22, 23 counties -- that we're

8      having biweekly phone calls with to talk

9      about ways to prepare for -- one of the

10     things we're talking about is ways to

11     prepare for increased mail ballot usage

12     and whether or not any of the mail ballot

13     forms should be revised, especially the

14     size of the envelopes or their appearance

15     of the envelopes, in order to facilitate

16     better transmission through the postal

17     system and cheaper.

18  BY MR. MIRZA:

19   Q      And what actions have you recommended

20  local elections officials take specifically to

21  manage for an increase in applications?

22   A      Well, it's in our 2020-14 advisory.

23   Q      Can you generally explain to me what --

24  what that said?

25   A      It says to prepare for an increase.



RICHARDSON: BRIAN KEITH INGRAM

Page 98

```
 1    Q      But how -- does it explain how they should
 2    explain -- prepare for an increase?
 3    A      Let's just go read it.
 4    Q      If you could just tell me based on --
 5    A      Yeah, I can tell you after I read it.
 6    Thank you.
 7             "Because there may be a higher volume
 8    of ballot-by-mail requests in 2020, we strongly
 9    recommend that you review your current supply of
10    applications, balloting materials, and ballot
11    stock for future elections.  It's important that
12    you have the necessary supply on hand to meet
13    increased requests that you may receive."
14    Q      Okay.  Okay.  So during this deposition,
15    you've reviewed the COVID-19 advisory, the forms
16    page, and the election -- specific sections of the
17    election code.  Was there anything else you
18    reviewed while this deposition was going on?
19    A      No.
20    Q      Have you taken any notes during this
21    deposition?
22    A      I have not.
23    Q      Okay.  Okay.  Let's see.
24             Okay.  I'd like to turn back to -- I
25    think this was 1, 2 -- 1, 2, 3, 4 -- Exhibit 4.
```



RICHARDSON: BRIAN KEITH INGRAM

1    whether -- like, how to --

2    A       They don't call about --

3    Q       -- verify signatures?

4    A       No.  That's not what I said, sir.

5    Q       Okay.

6    A       They don't call about what a particular

7    paragraph in the handbook means.  They call about

8    a particular signature on a particular carrier

9    envelope and whether to accept it or not.

10   Q       Okay.  But what advice do you generally

11   give to them in that case?

12   A       What we tell them is you're not

13   handwriting experts, nobody expects you to be a

14   handwriting expert; that your determination has to

15   be whether or not they could have been made by the

16   same person.

17           Now, it could have been made by the

18   same person.  Sometimes I write my signature in a

19   hurry; sometimes I write it more formally.  But

20   they're pretty clearly both my signature, even

21   though they're a lot different, but they're

22   recognizably made by the same person.  I said if

23   you're looking at that, then you should accept it.

24   You should not be hypertechnical.  You should not

25   expect the signatures to be an exact match.



RICHARDSON: BRIAN KEITH INGRAM

1  materials.

2  Q      Okay.  And so when a -- when somebody who

3  requests a mail-in ballot receives the ballot

4  materials, what are included in those materials?

5  A      They get a "Dear Voter" letter.  They get

6  instructions.  They -- if they need to have a

7  statement of residence, they get a statement of

8  residence form.  If they need to have an ID

9  provided when they return it, they get a notice to

10 ID voters.  They get the carrier envelope, and

11 they get a secrecy envelope.  I don't know of

12 anything else.

13 Q      And so that mentioned signature comparison

14 is made in which document out of all those

15 documents?

16 A      The carrier envelope and the application.

17 Q      The carrier envelope?  Oh, sorry.  You cut

18 out for a second.  Can you repeat the answer?

19 A      The carrier envelope and the application.

20 Q      The carrier envelope and the application,

21 I think there might be some confusion.

22         The carrier envelope and the

23 application mention signature -- the signature

24 verification procedure?

25 A      No.



RICHARDSON: BRIAN KEITH INGRAM

Page 106

1   Q      Okay.  So what I'm asking is which one of
2   the documents that you just listed that a person
3   who's requested a mail-in ballot receives includes
4   the mention of the signature verification
5   procedure?
6   A      I believe it's on the instructions, but
7   let me find it.
8            If we can take a break a minute, I've
9   got to make a phone call to figure out where these
10  are.
11  Q      Who are you planning to make a phone call
12  to?
13  A      Christina Adkins.
14  Q      And the sole purpose of that call is to
15  figure out where that document is?
16  A      So that I can read it.
17  Q      Okay.  How much of a break will you need?
18  A      I don't know.  I mean, it's 12:30.  I was
19  hoping I would get to eat sometime today.
20  Q      We're pretty close to the end.
21            MS. MACKIN:  Hani, what if we just
22       cover this in the 30(b)(6)?
23            MR. MIRZA:  Sure.  I think -- I
24       think that should work.
25            MS. MACKIN:  And that way, you



RICHARDSON: BRIAN KEITH INGRAM

Page 109

1              UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF TEXAS
2                 SAN ANTONIO DIVISION

3    DR. GEORGE RICHARDSON;          )
     ROSALIE WEISFELD; AUSTIN JUSTICE )
4    COALITION; COALITION OF TEXANS   )
     WITH DISABILITIES; MOVE TEXAS    )
5    CIVIC FUND; LEAGUE OF WOMEN      )
     VOTERS OF TEXAS; and AMERICAN GI )
6    FORUM OF TEXAS, INC.,            )
                                      )
7            Plaintiffs,              )
                                      )Civil Case No.
8    v.                              )5:19-cv-00963-OLG
                                      )
9    TEXAS SECRETARY OF STATE; TRUDY  )
     HANCOCK, in her official         )
10   capacity as BRAZOS COUNTY        )
     ELECTIONS ADMINISTRATOR; and     )
11   PERLA LARA, in her official      )
     capacity as CITY OF McALLEN,     )
12   TEXAS, SECRETARY,                )
                                      )
13           Defendants.              )

14

                 REPORTER'S CERTIFICATION
15         REMOTE VIDEOTAPED DEPOSITION OF
                   BRIAN KEITH INGRAM
16                  May 11, 2020

17          I, Rebecca A. Graziano, Certified Shorthand

18     Reporter in and for the State of Texas, hereby

19     certify to the following:

20          That the witness, BRIAN KEITH INGRAM, was

21     duly sworn and that the transcript of the oral

22     deposition is a true record of the testimony given

23     by the witness;

24          I further certify that pursuant to FRCP Rule

25     30(f)(1) that the signature of the deponent:



1        ____ was requested by the deponent or a

2   party before the completion of the deposition and

3   returned within 30 days from date of receipt of

4   the transcript.  If returned, the attached Changes

5   and Signature Page contains any changes and the

6   reasons therefor.

7        ____ was not requested by the deponent or a

8   party before the completion of the deposition.

9        I further certify that I am neither attorney

10  nor counsel for, related to, nor employed by any

11  of the parties to the action in which this

12  testimony was taken.

13       Further, I am not a relative or employee of

14  any attorney of record in this cause, nor do I

15  have a financial interest in the action.

16       Subscribed and sworn to on this ___ day of

17  _____, 2020.

18

19

20

21  _____

    Rebecca A. Graziano, CSR, RPR, CRR

22  Texas CSR No. 9306

    Expiration Date:  07/31/22

23

24

25

# Exhibit 3

APPX-000053

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.     DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

## Application for Ballot by Mail

| Prescribed by the Office of the Secretary of Texas | For Official Use Only |
|---|---|
| A5-15 12/17 | VUID #, County Election Precinct #, Statement of Residence, etc. |

**1** | Last Name (Please print information) | Suffix (Jr., Sr., III, etc) | First Name | Middle Initial

**2** | Residence Address: See back of this application for instructions. | City ,TX | ZIP Code

**3** | Mail my ballot to: If mailing address differs from residence address, please complete Box # 7. | City | State | ZIP Code

**4** | Date of Birth (mm/dd/yyyy) (Optional) | Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has ques ions.

**5** | Reason for Voting by Mail:
☐ 65 years of age or older. **(Complete Box #6a)**

☐ Disability. **(Complete Box #6a)**

☐ Expected absence from the county. **(Complete Box #6b and Box #8)**
You will receive a ballot for he upcoming election **only**

☐ Confinement in jail. **(Complete Box #6b)**
You will receive a ballot for he upcoming election **only**

**7** | If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.

☐ Mailing Address as listed on my voter registration certificate          ☐ Address of the jail

☐ Nursing home, assisted living facility, or long term care facility          ☐ Relative; relationship _____

☐ Hospital          ☐ Address outside the county (see Box #8)

☐ Retirement Center

**6a** | ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in he calendar year, select "Annual Application."

☐ Annual Application

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other ____

Primary Elections:
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary

☐ Any Resulting Runoff

**8** | If you selected "expected absence from the county," see reverse for instructions

Date you can begin to receive mail at this address          Date of return to residence address

**9** | Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:

_____          _____
(early voting clerk's e-mail address)          (early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**6b** | ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other ____

Primary Elections:
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary

☐ Any Resulting Runoff

**10** | "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

➡ **X**          Date

**SIGN HERE**
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

**If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.**

**11** | See back for Witness and Assistant definitions.

If applicant is unable to mark Box #10 and you are acting as a **Witness** to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an **Assistant** and sign below. ☐

★If you are ac ing as Witness **and** Assistant, please check **both boxes**. Failure to complete this informa ion is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing he application.

**X** _____          **X** _____
Signature of Witness /Assistant          Printed Name of Witness/Assistant

_____          _____
Street Address          Apt Number (if applicable)          City          **Witness' Relationship to Applicant**
(Refer to Instructions on back for clarification)

_____          _____
State          ZIP Code

*Este formulario está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaria de Votación por Adelantado.*

APPX-000054

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

DO NOT REMOVE PERFORATED TABS. Moisten tab and fold top to bottom to seal.

FROM: _____

_____

_____

**AFFIX FIRST CLASS POSTAGE**

**AFFIX LABEL HERE OR ADDRESS**
**TO:  EARLY VOTING CLERK**


OFFICIAL ELECTION MAIL™
Authorized by the U.S. Postal Service

---

## Instructions for Application for Ballot by Mail

**Residence Address** - Give full address as shown on your voter registration certificate. If you have moved within the county but not yet changed your voter registration address with the voter registrar, indicate your new residence address.

**Mail Ballot To** - Give full address where you wish to have ballot mailed, if the address is different from your residence address.

**Mailing Ballot to a Different Address** - Your ballot must be mailed to your home where you live or to your mailing address on your voter registration certificate. There are some exceptions that allow you to have your ballot mailed to a different location as specified below.

| Reason for voting by mail | Location to mail ballot |
|---|---|
| 65 or disabled | Nursing home, assisted living/retirement center, relative, hospital |
| In jail | Address of jail or relative |
| Absent from county | Address located outside of county |

**Expected Absence from County** - If you chose expected absence from county, you must expect to be absent from the county on election day and during the hours of early voting in person or for the remainder of the early voting period after you submit your application. Your ballot must be mailed to an address outside the county. Important: Give date you can begin to receive mail at the address given.

**Annual Application** - If you are 65 years of age or older, or disabled you may apply to receive all ballots by mail for a calendar year. If you do not select any elections in Box 6a, your application will be considered an Annual Application. If you submit an annual application for a ballot by mail, your application may be forwarded to other entities holding elections where you are a qualified voter. This means that you may receive a ballot for those elections in addition to the ballot(s) you requested with this application.

### Submitting Application

**1.** Sign and date your application - If unable to sign, please go to Witness/Address boxes (11 on reverse) and have a person witness your mark. Witness/Assistant instructions follow below.

**2. Deliver to Early Voting Clerk** - You may submit your application via these methods:

In Person: Only the applicant may submit their application in person to the Early Voting Clerk until the early voting period begins. However, after the early voting period begins for an election, the applicant may only submit their application via mail, common contract carrier, fax, or e-mail.

By Mail: You may mail your application via the U.S. Postal Service.

By Common Contract Carrier: You may submit via a common or contract carrier which is a bona fide, for profit carrier.

By Fax: You may fax your application to the Early Voting Clerk. Please contact your Early Voting Clerk  or the Secretary of State's Office for fax numbers.

By E-Mail: You may e-mail a signed, scanned image of your application to  the Early Voting Clerk. Please contact your Early Voting Clerk, or the Secretary of State's Office for e-mail addresses.

**IF YOU FAX OR E-MAIL YOUR APPLICATION TO THE EARLY VOTING CLERK, YOU MUST ALSO MAIL THE APPLICATION SO THAT THE CLERK RECEIVES IT NO LATER THAN THE FOURTH BUSINESS DAY AFTER THE DAY THE CLERK RECEIVED YOUR FAXED OR EMAILED APPLICATION.** If you fax or e-mail your application by the deadline noted below, your application will be considered complete and timely as long as the original is received by the early voting clerk by the fourth business day after it was submitted by fax or e-mail.

### Deadline

Your application must be received by the early voting clerk of the local entity conducting the election not later than the 11th day before election day. If the 11th day is a weekend or holiday, the deadline is the first preceding business day. You may submit an application throughout the calendar year, beginning January 1. Please remember that the application must be received not later than the 11th day before the first election in which you seek to vote by mail.

If you submit an Annual Application for Ballot by Mail within 60 days before an election that takes place in the following calendar year, your application will be valid for any election that takes place in the following calendar year, regardless of the fact that your application was submitted prior to the end of the preceding calendar year. This applies to Annual Applications only and not to a regular application for ballot by mail.

### Witness/Assistant Section

**Witness:** If you are unable to sign your name (due to a physical disability or illiteracy), the application may be signed at Box #11 for you by a Witness. You must affix your mark to the application in Box #10 or, if you are unable to make a mark, then the Witness must check the appropriate box in 11 indicating the inability to make a mark. The Witness must state his/her name in printed form and indicate his/her relationship to you or, if unrelated, state that fact. The Witness must sign and provide his or her printed name and residence address. Unless the Witness is a close relative of the voter (parent, grandparent, spouse, child or sibling), it is a Class B misdemeanor for a person to witness more than one application for ballot by mail.

**Assistant:** If a person (other than a close relative or person registered to vote at the same address) assists you in completing this application in your presence or mails/faxes/e-mails this application on your behalf, then that person must complete Box #11. The Assistant must sign, provide his or her printed name, and his or her residence address. A person commits a Class A misdemeanor if the person provides assistance without providing the information described above unless a close relative or registered of your address.

**If you have further questions or need additional assistance, please contact your Early Voting Clerk or The Secretary of State's office at 1-800-252-8683 or www.sos.state.tx.us.**

[ Print ]   [ Reset ]

# Exhibit 4

APPX-000056

# EARLY VOTING BALLOT BOARD & SIGNATURE VERIFICATION COMMITEE

## Handbook for Election Judges and Clerks 2020

### FOR USE IN GENERAL, PRIMARY, AND
#### OTHER POLITICAL SUBDIVISION ELECTIONS



**Issued by**

The Office of the Texas Secretary of State, Elections Division
1-800-252-VOTE(8683) or (512) 463-5650

SOS_000428

APPX 000057

www.sos.state.tx.us
www.VoteTexas.gov

# TABLE OF CONTENTS

**INTRODUCTON**                                                                    i

**CHAPTER 1 – CREATION OF THE EARLY VOTING BALLOT BOARD & SIGNATURE
         VERIFICATION COMMITEE**                                                   1

   SECTION A.  COMPOSITION OF THE EVBB                                 1
   SECTION B.  COMPOSITION OF A SIGNATURE VERIFICATION COMMITTEE        2

**CHAPTER 2 — SIGNATURE VERIFICATION COMMITTEE CONVENES**                          1

   SECTION A.   Convening the Signature Verification Committee          4
   SECTION B.   Delivery Of Materials To The Committee                  4
   SECTION C.   Receipt For Delivery                                    5
   SECTION D.   Security Of Early Voting Ballots                        6

**CHAPTER 3  — THE EARLY VOTING BALLOT BOARD CONVENES**                            7

   SECTION A.   Convening the Early Voting Ballot Board                 7
   SECTION B.   Delivery of Materials to the Board                      8
   SECTION C.   Receipt for Delivery                                    9
   SECTION D.   Security of Early Voting Ballots                        10

**CHAPTER 4  — QUALIFYING BALLOTS VOTED BY MAIL OR VOTED USING MAIL
         PROCEDURES**                                                              11

   SECTION A.   Types Of Early Voting Ballot Applications               11
   SECTION B.   Valid Reasons For Voting Early By Mail                  11
   SECTION C.   Qualifying Early Voting Ballots Voted By Mail           12
   SECTION D.   Qualifying Signatures for the Signature Verification Committee   15
   SECTION E.   Accepted Ballots                                       16
   SECTION F.   Rejected Ballots                                       18

**CHAPTER 5 — COUNTING HAND-COUNTED PAPER BALLOTS**                                19

   SECTION A.   Establishing The Counting Teams                        19
   SECTION B.   Opening The Ballot Box Containing Hand-Counted Paper Ballots   19
   SECTION C.   Rules Governing The Counting Procedure                 20
   SECTION D.   The Counting Procedure                                 20
   SECTION E.   Rules For Counting Manually-Cast Or Hand-Counted Optical Scan Ballots   21
   SECTION F.   Handling The Election Returns For Paper Ballots        24
   SECTION G.   Reporting Early Votes                                  27

**CHAPTER 6 — EXAMINING, PREPARING, AND COUNTING VOTED OPTICAL
         SCAN BALLOTS**                                                            28

APPX-000058                                              SOS_000429

SECTION A.   Processing Ballots Counted At Central Counting Station                28
SECTION B.   Delivery Of Ballot Box                                                28

**CHAPTER 7 — RECONVENING EARLY VOTING BALLOT BOARD**                             29

SECTION A.   Establishing The Early Voting Ballot Board To Review Provisional Ballots   29
SECTION B.   Reconvening For Qualifying Late Early Ballots By Mail                  33

**APPENDIX A.  Signature Verification Committee**                                   39
SECTION A.   Questions in Regards to Verifying Signatures                           39
SITUATIONS.                                                                         41

**APPENDIX B.  Early Voting Ballot Board**                                          44
SECTION A.   Questions in Regards to Board                                          44
SITUATIONS.                                                                         48

SOS_000430

APPX-000059

# INTRODUCTION

The Elections Division of the Secretary of State's Office has prepared this handbook for an overview of the Early Voting Ballot Board and Signature Verification Committee.  This handbook contains a thorough outline of who is able to serve as part of the Early Voting Ballot Board, who is able to serve on the Signature Verification Committee, convening the board/committee, qualifying ballots and counting ballot procedures for the Early Voting Ballot Board and Signature Verification Committee.  It incorporates changes in election laws through the regular session of the 86th Texas Legislature (2019).

The handbook starts at the selection process of the Early Voting Ballot Board and Signature Verification Committee, whether it is for a Primary, General, or a Political Subdivisions Election. Throughout the handbook, references are made to the appropriate section in the Texas Election Code or the Texas Administrative Code, unless otherwise indicated.  Information in *italics* relates to primary elections.

The Elections Division of the Secretary of State's Office is open during the hours that the polls are open for voting on all uniform election dates.  Answers to questions on election law and procedures may be obtained by telephoning the Elections Division toll-free at 1-800-252-2216 or (512) 463-5650.

Please visit us at our Internet home page for additional election information at http://www.sos.state.tx.us.

The Office of the Secretary of State does not discriminate on the basis of race, color, national origin, sex, religion, age, or disability in employment or the provision of services.

APPX-000060

SOS_000431

# CHAPTER 1

## CREATION OF THE EARLY VOTING BALLOT BOARD & SIGNATURE VERIFICATION COMMITTEE

### SECTION A.  COMPOSITION OF THE EVBB

1. An early voting ballot board (EVBB) shall be created in each election to process early voting results from the territory served by the early voting clerk. [87.001] No matter what type of election an entity is having, they must have an early voting ballot board.

2. The EVBB consists of a presiding judge and at least two other members. The presiding judge of the EVBB is appointed in the same manner as a presiding election judge. Except in the general election for state and county officers, each county chair of a political party with nominees on the general election ballot shall submit to the county election board a list of names of persons eligible to serve on the early voting ballot board. The county election board shall appoint at least one person from each list to serve as a member of the early voting ballot board. The same number of members must be appointed from each list. The other members are appointed by the presiding judge in the same manner as the precinct election clerks. In addition to the members appointed under the general election, the county election board shall appoint the presiding judge from the list provided under that subsection by the political party whose nominee for governor received the most votes in the county in the most recent gubernatorial general election. [87.002]

**NOTE:** If the county has an elections administrator, or if commissioner's court has transferred the election duties of the county clerk to the county tax assessor collector, he/she will serve as the county election board chair in place of the county clerk. (31.043, 31.072 & 31.073)

**Recommend: We recommend that the county election board appoint the members of the early voting ballot board for the November 3, 2020 no later than October 1, 2020, to allow time for notice requirements.**

| Type of Election | Presiding Judge | EVBB Clerks |
|---|---|---|
| General Election for State and County Officers | County Election Board --from list provided by political party whose nominee for Gov received the most votes in the county | County Election Board -- from lists provided by political parties (same number from each list) |
| Primary Elections | County Chair of Political Party with approval of County Executive Committee | Presiding Judge of EVBB |
| All Other County ordered elections | Commissioner's Court if no County Election Board is established | Presiding Judge of EVBB |
| All other Elections | Authority ordering election | Presiding Judge of EVBB |

SOS_000432

3. To be eligible for appointment to the early voting ballot board, a person must meet the requirements for eligibility for service as a presiding election judge, [32.051] except that the appointee must be a qualified voter of the territory served by the early voting clerk and is not required to be a qualified voter of any other particular territory. [87.003]

4. An EVBB member would be ineligible if, they hold public elective office, opposed candidate in election on the same day, related to an opposed candidate within 2nd degree by blood or marriage, or serving as campaign treasurer/campaign manager for candidate in election.

5. Required Oaths by Early Voting Ballot Board Members: All EVBB members should recite this oath, prior to beginning service on the Board. [87.006]

   For use in Joint Primary Elections, General Election for State and County Officers, Elections ordered by the Governor:

   "I swear (or affirm) that I will objectively work to be sure every eligible voter's vote is accepted and counted, and that only the ballots of those voters who violated the Texas Election Code will be rejected. I will make every effort to correctly reflect the voter's intent when it can be clearly determined. I will not work alone when ballots are present and will work only in the presence of a member of a political party different from my own. I will faithfully perform my duty as an officer of the election and guard the purity of the election."

   For use in all Separate Primary Elections and Other Elections that do not contain Party Affiliation:

   "I swear (or affirm) that I will objectively work to be sure every eligible voter's vote is accepted and counted, and that only the ballots of those voters who violated the Texas Election Code will be rejected. I will make every effort to correctly reflect the voter's intent when it can be clearly determined. I will not work alone when ballots are present. I will faithfully perform my duty as an officer of the election and guard the purity of the election. "

## SECTION B.  COMPOSITION OF A SIGNATURE VERIFICATION COMMITTEE

1. Unlike an EVBB that is mandatory, a Signature Verification Committee (SVC) may be created. There are two ways for this committee to be created. The first way is through the early voting clerk. The early voting clerk has authority for determining whether a signature verification committee is needed. The second way is through a petition that is submitted to the early voting clerk. The petition must contain at least 15 registered voters in the territory in order for the committee to be created. The SVC must consist of not fewer than five members. If more than 12 members are appointed to serve on the signature verification committee, the early voting clerk may designate two or more subcommittees of not less than six members. [87.027]

2. In an election in which party alignment is indicated on the ballot, each county chair of a political party with a nominee or aligned candidate on the ballot shall submit to the appointing authority a list of names of persons eligible to serve on the signature verification committee. The authority shall appoint at least two persons from each list to serve as members of the committee. The same number of members must be appointed from each list. The authority shall appoint the chair of the committee from the list provided by the political party whose nominee for governor received the most votes in the county in the most recent gubernatorial general election. [87.027(d)]

2

SOS_000433

3. The signature verification committee is a group that meets prior to election day to compare the signatures on the applications for ballot by mail to the corresponding carrier envelopes. (87.027) If the early voting clerk determines that a signature verification committee is desirable **or** if the clerk receives a petition signed by 15 registered voters, the clerk shall issue a written order creating the committee. The deadline to submit a petition requesting creation of a signature verification committee for the November 3, 2020 is October 1, 2020. (87.027, 1.006) A request submitted by mail is considered submitted at the time of its receipt by the early voting clerk. The early voting clerk determines the number of members on the committee, providing for a minimum of five (the committee chair and four members). The county election board appoints the members. The party chairs, including the county chairs of the Libertarian and Green Party of Texas, submit lists of eligible persons for appointment to the committee.

4. In order to serve on the committee, a person must be a qualified voter of the entity. **IT is NOT RECOMMENDED that members that serve on the EVBB serve on the SVC. This creates a conflict because if a SVC has determined that the signatures are not those of the same person, the EVBB may make a determination that the signatures are those of the same person by a majority vote of the board's membership. [87.027(j)]**

The county chairs' lists for the appointment of the signature verification committee members are not subject to the June 30th or the July 30th deadline. The county elections board shall appoint the members of the signature verification committee not later than the 5th day after the date the early voting clerk issues the order calling for the creation of the committee OR not later than October 15, 2020, if the committee is created after a valid petition was submitted requesting its creation. We recommend that the signature verification committee be appointed (if needed) by October 10, 2020, to allow time for all necessary notice requirements. Therefore, we recommend that the parties submit the lists to the chair of the county elections board (county clerk or elections administrator) by August 29, 2020, to allow for appointment during the month of September or no later than the October 10, 2020 recommended date. The chair of the signature verification committee is appointed from the list of the party whose candidate for governor received the highest vote in the 2018 gubernatorial election countywide. For the remaining members, the county election board must select at least two qualified individuals from each chair's list. If clerks beyond the minimum requirement are ordered, an equal number must be chosen from each list.

| Type of Election | Chair | SVC Clerks |
| --- | --- | --- |
| General Election for State and County Officers | County Election Board appoints who is the chair, in an election for which the board is established -- from list provided by the county chairs | County Election Board appoints, in an election for which the board is established --from list provided by the county chairs |
| Primary Elections | County Chair of Political Party with approval of County Executive Committee | County Chair of Political Party with approval of County Executive Committee |
| All Other County ordered elections | Commissioner's Court | Commissioner's Court |
| All other Elections | Authority ordering election | Authority ordering election |

APPX-000063

SOS_000434

# CHAPTER 2

## SIGNATURE VERIFICATION COMMITTEE CONVENES

### SECTION A.  CONVENING THE SIGNATURE VERIFICATION COMMITTEE

1. The early voting clerk shall determine the place, day or days, and hours of operation of the signature verification committee and shall state that information in the order calling for the committee's appointment. A committee may not begin operating before the 20th day before election day. [87.027(f)]

2. The early voting clerk shall post a copy of the order calling for the appointment of the signature verification committee. The copy must remain posted continuously for at least 10 days before the first day the committee meets. [ Sec. 87.027(g)]

3. The committee must complete the following tasks:
   (a) Compare the signature on each carrier envelope certificate (except those signed for a voter by a witness, with the signature on the voter's ballot application to determine whether the signatures are those of the voter). [87.027(i)] The signature verification committee may use electronic copies of the mail ballot application and carrier envelope certificate for comparing signatures.
   (b) The committee may also compare the signatures with any two or more signatures of the voter made within the preceding six years and on file with the county clerks or voter registrar to determine whether the signatures are those of the voter. If ballot materials or ballot applications are recorded electronically as provided by Section 87.126, the signature verification committee may use an electronic copy of a carrier envelope certificate or the voter's ballot application in making the comparison under Section 87.027(i).
   (c) Rejection of signatures must be made by a majority vote of the committee. [87.027(i)]
   (d) The only purpose of the SVC is to compare signatures the EVBB will count the ballot. **THE SVC SHOULD NOT BE COUNTING BALLOTS. [87.027(j)]**

### SECTION B.  DELIVERY OF MATERIALS TO THE COMMITTEE

1. If a signature verification committee is appointed for the election, the early voting clerk shall deliver the jacket envelopes containing the early voting ballots voted by mail to the committee instead of to the early voting ballot board. [Sec. 87.027(h)]

2. The following notices must be posted on an entity's website if available: (HB 933 86R)
   a. Copy of order calling for the appointment
   b. EV Clerk's notice of names and addresses of members
   c. Notice of delivery of ballots

3. Deliveries may be made only during the period of the committee's operation at times scheduled in advance of delivery by the early voting clerk. The clerk shall post notice of the time of each delivery. The notice must remain posted continuously for at least two days before the date of the delivery. [87.027(h)]

4. Postings shall be made on the bulletin board used for posting notice of meetings of the commissioners court, in an election for which the county election board is established or a primary election, or of the governing body of the political subdivision in other elections. [Sec. 87.027(k)]

5. The committee chair or committee members may request from the voter registrar, county clerk, or election administrator ahead of time signatures that are on file from the past six years. This does not have to be done ahead of time, however our office recommends in order to give the voter registrar, county clerk or election administrator ample time. This may be provided electronically.

6. In 2017, SB 5 85 R removed the prohibition against the committee using the registration application signature to determine that the signatures are not those of the same person. The bill authorizes the early voting ballot board or signature verification committee to compare a voter's signature on a ballot application or carrier envelope certificate with two or more signatures of the voter made within the preceding six years and on file with the county clerk, in addition to the board's existing authority to make such a comparison with signatures on file with the voter registrar, to determine whether the signatures are those of the same person. The bill removes the prohibition against the board using such signatures on file to determine that the signatures are not those of the same person. The board or the committee may now use the signatures to determine if they are or if they are not that of the same person.

7. The committee compares signatures on applications and corresponding carrier envelopes only to determine that the signatures on these documents are of the same person or not. [Sec. 87.027(i)]. The signature verification committee may use electronic copies of the mail ballot application and carrier envelope certificate for comparing signatures. The standard should be whether the two signatures could have been made by the same person. If using electronic signatures to compare, please have a plan in place and use that procedure throughout the duration.

8. The committee places carrier envelopes and applications that are the signatures of the same person in one container and those that are not of the same person in another separate container.

9. Committee chair delivers sorted materials to the Board as directed by the presiding judge of the Board.

10. If the signature verification committee has decided that the signatures are from the same person, the Board may not override the committee's decision.  If the signature verification committee has decided that the signatures are not from the same person, the Board may override the committee's decision that the signatures are of the same person by a majority vote of the Board. [Sec. 87.027(j)]

11. A determination that signatures are not from the same person must be made by a majority vote of the committee or subcommittee as applicable.  If the early voting clerk has designated subcommittees within the signature verification committee, the subcommittee makes its signature determinations by a majority vote of the subcommittee members.  [Sec. 87.027(l)] There is nothing in the Election Code that states what constitutes a majority vote. This may be something that is discussed among the committee to determine what constitutes a majority vote. Please note that if the committee has determined what constitutes a majority vote, that the committee use that process throughout the entire process.

12. The Board makes a determination if the signature verification committee cannot determine whether the signatures are made by the same person.

13. **Convening the Committee after election day**. The early voting clerk may determine whether or not the committee will need to reconvene after election day to verify signatures or leave that authority with the early voting ballot board. We recommend that this decision be done prior to election day. If the authority is left with the committee we recommend that the committee coordinates with the board and the early voting clerk for delivery of the jacket envelope ballots by mail.

SOS_000436

APPX-000065

## SECTION C. RECEIPT FOR DELIVERY

1.  Upon delivery of a sealed early voting ballot box, the committee chair of the signature verification committee must inspect the box to determine whether the seals on the box are intact, and whether the numbers on the seals correspond to the numbers indicated on the record of serial numbers prepared by the early voting clerk.  [Secs. 87.062(b), 127.068]

2.  If the seals are intact and the numbers match, the committee chair should accept the ballot box and so indicate on the receipt.

3.  If the seals are not intact or the numbers do not match, the committee chair should accept the ballot box, but note any discrepancies on the receipt and in his or her records.

## SECTION D. SECURITY OF EARLY VOTING BALLOTS

1.  The voted early voting ballots must be secured from the last day of voting by personal appearance at a polling place until the day the ballots are counted.  [T.A.C. Sec. 81.34]

    a.  If the signature verification meets before election day, the committee chair shall, upon each adjournment of the board, lock and seal each ballot box prior to delivering the boxes back to the custodian of records.  The chair shall complete a ballot box security form indicating each serial number used to seal each box.  The form shall be signed by the chair and another committee member who has witnessed the procedure.  In a general election for state and county officers, the committee member must be from a different political party than the judge.  The custodian of records shall also sign the form.

    b.  The committee chair shall deliver the key(s) used to lock the ballot box(es) to the custodian.  The key shall be retained by the authority designated in accordance with Section 66.060(a) of the Code:

        (1)  the sheriff for an election ordered by the governor or county authority or *a primary election*, except that in a year when the office of sheriff is on the ballot, the key shall be delivered to the county judge.  When both these offices are on the ballot, the key shall be delivered to the county auditor or to a designated member of the commissioners court who is not on the ballot and who is appointed by the court, if the county does not have an auditor;

        (2)  the chief of police or city marshal for an election ordered by a city authority; or

        (3)  the constable of the justice precinct in which the office of the political subdivision is located, or if the office of constable is vacant, the sheriff of the county in which the political subdivision is located if the election is ordered by an authority of a political subdivision other than a city or county**.**

    c.  Upon reconvening the committee, the chair shall ensure that each ballot box is intact.  The chair shall follow these procedures each day except upon final delivery to the custodian of records or delivery to the central counting station.

    d.  If it is impracticable for the chair to deliver the ballot boxes each day upon adjournment, the authority conducting the election shall submit an alternate security procedure to the Secretary of State for approval.

# CHAPTER 3

## THE EARLY VOTING BALLOT BOARD CONVENES

### SECTION A.  CONVENING THE EARLY VOTING BALLOT BOARD

1. The Early Voting Ballot Board (the "Board") generally meets twice during an election.  First, the Board meets to qualify ballots by mail on election day or after the last day to vote early by personal appearance.  Second, the Board meets after election day to review any provisional ballots and to qualify any mail-in ballots received by the 5th and 6th day after election day from voters casting a ballot from outside the U.S. or military voters who located outside the voter's home county and is on active duty or a spouse of a military person on active duty .

2. The board must convene to complete the following tasks:
    (a) Qualify and Process Regular Ballots by Mail
    (b) Qualify and Process Late Ballots (old and new categories)
    (c) Qualify and Process Provisional Ballots

3. Convening the Board on election day or after early voting by personal appearance ends.

Except as provided below, the Board may meet to qualify and accept ballots at any time after the end of the early voting by personal appearance, but <u>may not count</u> votes until the polls open on election day.  [Secs. 87.024-87.0241]

**NOTES**:

- General rule: May convene at the end of Early Voting by Personal Appearance (3rd day before) to <u>qualify</u> ballots.
- In elections conducted by a county with a population of 100,000 or more <u>and elections held jointly with such a county</u>, the Board may meet to <u>qualify and accept</u> voted mail ballots beginning the end of the 9th day before the last day of the period of early voting.
- If there is a central counting station that has been established, then the ballots will not be sent to the ballot board, but rather to central count.
- The Board like the Committee may also compare signatures with any two or more signatures of the voter made within the preceding six years and on file with the voter registrar.

    In 2017, SB 5 85 R removed the prohibition against the board using the registration application signature to determine that the signatures are not those of the same person. The bill authorizes the early voting ballot board or signature verification committee to compare a voter's signature on a ballot application or carrier envelope certificate with two or more signatures of the voter made within the preceding six years and on file with the county clerk, in addition to the board's existing authority to make such a comparison with signatures on file with the voter registrar, to determine whether the signatures are those of the same person. The bill removes the prohibition against the board using such signatures on file to determine that the signatures are not those of the same person. The board or the committee may now use the signatures to determine if they are or if they are not that of the same person.

4. Convening the Board after election day.

APPX-000067

SOS_000438

a. The Board cannot convene until the 6th day after an election because voters that did not have a valid form of identification when voting have 6 days to: (1) present to the voter registrar a valid photo identification, (2) complete one of the two curing affidavits set out in Section 65.054(b)(2)(B) (consistent religious objection to photographs) or Section 65.054(b)(2)(C) (identification unavailable due to declared natural disaster), or (3) apply for and receive a disability exemption. A board may convene earlier but continue on a rolling basis until the 6th day.

b. In an election held on the date of the general election for state and county officers, the Board must convene no later than the 13th day after the date of the election to count provisional ballots.

c. In all other elections held on dates other than the date of the general election for state and county officers, the Board must convene no later than the 9th day to complete the review of provisional ballots.

d. The Board shall convene on the 9th day after election day or earlier if the early voting clerk certifies that all ballots from outside of the U.S. have been received and all provisional ballots have been processed by the voter registrar. [Sec. 87.125]  If this date falls on a Saturday, Sunday, or legal state or national holiday, the Board convenes on the next regular business day. [Sec. 87.125(c)].

e. *For Primary and Primary Runoff Elections-not earlier than 6 p.m. on the second Tuesday or later than 1 p.m. on the second Friday after election day at the hour specified by the county chair.*

**NOTE**: From time to time, the office of the Secretary of State will amend this time period by administrative rule.  *See* T.A.C. Sec. 81.33.

SEE CHAPTER 7 FOR RECONVENING OF BALLOT BOARD FOR THE PROCESSING AND COUNTING OF PROVISIONAL AND OVERSEAS LATE BALLOTS.

## SECTION B. DELIVERY OF MATERIALS TO THE BOARD

1. The board should obtain from the authority conducting the election a package of supplies, including the following forms:

   a. Oath of Election Judges and Clerks; [Sec. 62.003]

   "I swear (or affirm) that I will not in any manner request or seek to persuade or induce any voter to vote for or against any candidate or measure to be voted on, and that I will faithfully perform my duty as an officer of the election and guard the purity of the election."

   b. Poll List of Early Voting by Mail Voters or Voters Voting by Mail Procedure; [Sec. 87.021]

   c. List of Early Voting Provisional Voters; [T.A.C. Sec. 81.172 – 81.174]

   d. List of Provisional Voters Who Presented Proper Identification to Voter Registrar; [Sec. 65.0541]

   e. Envelope for Rejected Early Voting Ballots; [Sec. 87.043]

   f. Tally Sheets; [Sec. 65.004]

   g. Return Sheets; [Sec. 65.014]

   h. Envelopes for distribution of returns and election records; [Sec. 66.003]

   i. Statement of Compensation; [Sec. 32.094]

   j. List of "ID" Voters; and

   k. Notice of Delivery of Ballots Voted by Mail (if delivered prior to the opening of the polls.

2. The early voting clerk delivers to the board:

SOS_000439

    a.  Each ballot box containing ballots voted by personal appearance;

    b.  List of Declared Write-In Candidates (if applicable);

    c.  The early voting clerk's key to each ballot box;

    d.  The jacket envelopes containing ballots voted by mail and the corresponding applications;

    e.  The list of registered voters, containing voters' permanent and mailing addresses of record, used in conducting early voting;

    f.  Notice of Rejection of Early Voted Ballots (to be completed by Judge of Ballot Board);

    g.  The ballot transmittal form for early voted ballots; and

    h.  Receipt for each ballot box, to be completed when box received.

3.  The custodian of the key to the second lock on the ballot boxes containing ballots voted by personal appearance must deliver his or her key to the presiding officer of the early voting ballot board at his or her request if the Board will be hand counting personal appearance ballots.  [Sec. 87.025]

4.  If ballots will be counted electronically at the central counting station, then:

- The key and the unopened ballot box should be delivered to the central counting station at the direction of the presiding judge of the central counting station and not to the ballot board, since the law prohibits the ballot board judge from opening the early voting by personal appearance ballot boxes containing ballots that are to be counted by automatic tabulating equipment at a central counting station.  [Sec. 87.101]

- If accessible voting equipment (such as direct record electronic equipment ("DREs")) or precinct count optical scan equipment was used for early voting, the ballot board should not process the early voting by personal appearance ballot boxes or voting machines.

5.  The custodian of the key is:

    --  for county elections, the county sheriff, unless the sheriff is on the ballot, in which case the key is kept by the county judge.  If both the sheriff and the county judge are on the ballot, the key is kept by the county auditor, or if there is no county auditor, by a member of the commissioners court, named by the court, who is not on the ballot.

    --  for city elections, the chief of police or city marshal.

    --  for elections of other political subdivisions, the constable of the justice precinct in which the office of the political subdivision's governing body is located, or if there is no constable in that precinct, the sheriff.  [Sec. 66.060(a)]

6.  Notice of each delivery to be made prior to the time the polls open on election day must be posted at the main early voting polling place for at least 24 hours immediately preceding the delivery.  [Secs. 87.023(b), 87.024(b)]

7.  In the general election for state and county officers, if ballots are to be delivered before election day, the early voting clerk must notify the county chair of each political party with a nominee on the ballot at least 24 hours before the first delivery is made.  [Secs. 87.023(c), 87.024(c)]

## SECTION C. RECEIPT FOR DELIVERY

1.  Upon delivery of a sealed early voting ballot box, the presiding judge of the early voting ballot board must inspect the box to determine whether the seals on the box are intact, and whether the numbers on the seals

APPX-000069

SOS_000440

correspond to the numbers indicated on the record of serial numbers prepared by the early voting clerk. [Secs. 87.062(b), 127.068]

2.  If the seals are intact and the numbers match, the presiding judge should accept the ballot box and so indicate on the receipt.

3.  If the seals are not intact or the numbers do not match, the presiding judge should accept the ballot box, but note any discrepancies on the receipt and in his or her records.


## SECTION D. SECURITY OF EARLY VOTING BALLOTS

1.  The voted early voting ballots must be secured from the last day of voting by personal appearance at a polling place until the day the ballots are counted.  [T.A.C. Sec. 81.34]

    a.  If the early voting ballot board convenes before election day, the presiding judge shall, upon each adjournment of the board, lock and seal each ballot box prior to delivering the boxes back to the custodian of records.  The judge shall complete a ballot box security form indicating each serial number used to seal each box.  The form shall be signed by the judge and another early voting ballot board member who has witnessed the procedure.  In a general election for state and county officers, the early voting ballot board member must be from a different political party than the judge.  The custodian of records shall also sign the form.

    c.  The presiding judge shall deliver the key(s) used to lock the ballot box(es) to the custodian.  The key shall be retained by the authority designated in accordance with Section 66.060(a) of the Code:

        (1)  the sheriff for an election ordered by the governor or county authority or *a primary election*, except that in a year when the office of sheriff is on the ballot, the key shall be delivered to the county judge. When both these offices are on the ballot, the key shall be delivered to the county auditor or to a designated member of the commissioners court who is not on the ballot and who is appointed by the court, if the county does not have an auditor;

        (2)  the chief of police or city marshal for an election ordered by a city authority; or

        (3)  the constable of the justice precinct in which the office of the political subdivision is located, or if the office of constable is vacant, the sheriff of the county in which the political subdivision is located if the election is ordered by an authority of a political subdivision other than a city or county.

    c.  Upon reconvening the ballot board, the presiding judge shall ensure that each ballot box is intact.  The presiding judge shall follow these procedures each day except upon final delivery to the custodian of records.

    e.  If it is impracticable for the ballot board judge to deliver the ballot boxes each day upon adjournment, the authority conducting the election shall submit an alternate security procedure to the Secretary of State for approval.

SOS_000441

# CHAPTER 4

## QUALIFYING BALLOTS VOTED BY MAIL OR VOTED USING MAIL PROCEDURES

### SECTION A. TYPES OF EARLY VOTING BALLOT APPLICATIONS

The early voting ballot board may encounter several types of applications for early voting ballots. There is not only one form that may be used. They include:

1. The "Application for Ballot by Mail" prescribed by the Secretary of State.  [Secs. 84.001(a), 84.011]

2. An informal application for a ballot by mail, which is a written request by the applicant that is not made on the official application form prescribed by the Secretary of State.  This application must comply with the statutory requirements for applying for a ballot by mail.  [Sec. 84.001(c)]

3. The "Application for Limited Ballot" prescribed by the Secretary of State.  [Sec. 112.005]

4. The "Federal Post Card Application" (FPCA) used by military and overseas citizen voters.  [Sec. 101.003]

5. The "Application for Presidential Ballot" prescribed by the Secretary of State (only applicable in elections held in November of the presidential election year).  [Sec. 113.003]

6. The "Application for Emergency Late Ballot Due to Sickness or Physical Disability" prescribed by the Secretary of State.  [Sec. 102.002]

7. The "Application for Emergency Late Ballot Due to Death" prescribed by the Secretary of State.  [Sec. 103.002]

8. The "Affidavit for Voting at Main Early Voting Place on Election Day" prescribed by the Secretary of State for voting by disabled voters when electronic voting equipment is being used at the precinct polling place. [Sec. 104.002]

### SECTION B. VALID REASONS FOR VOTING EARLY BY MAIL

Only the following persons may vote early by mail:

1. Persons who are 65 years of age or older on election day. [Sec. 82.003]

2. Persons who have a sickness or physical condition that prevents them from appearing at the polling place on election day without a likelihood of needing personal assistance or injuring their health.  Expected or likely confinement for childbirth on election day is sufficient cause to entitle a voter to vote early by mail on the ground of disability. [Sec. 82.002]

3. Persons who are confined in jail at the time the application is submitted must be either:

   a. serving a misdemeanor sentence that ends on or after election day; or

   b. pending trial or appeal after denial of bail or if release on bail is unlikely until after election day. [Sec. 82.004]

4. Persons who expect to be absent from the county on election day and during regular early voting hours for that part of the period for early voting remaining after the application is made. [Sec. 82.001]  If this reason for voting early is checked, the address to which the ballot was mailed must be an address outside the county. [Sec. 86.003(c)(1)]

5. Persons who are certified for participation in the address confidentiality program.

   a. An application for ballot by mail submitted by a person eligible under Section 82.007 must include:

11

SOS_000442

i. the name and address at which the person is registered to vote;

ii.    the substitute post office box designated by the attorney general for the person's use in place of the true residential address; and

iii.    an indication for each election for which the person is applying for a ballot.

b.   The information on an application for ballot by mail submitted by a voter related to the **address at which the voter is registered is confidential**, except that it must be disclosed if requested by a law enforcement agency or required under a court order. This application is good for 3 years.

## SECTION C. QUALIFYING EARLY VOTING BALLOTS VOTED BY MAIL

1.   Each jacket envelope will contain:

a. an application for an early ballot to be voted by mail (or one of the other application procedures in Section A above that uses mail procedures) [Secs. 86.011(b), (c)];  If FPCA was submitted, jacket envelope must include a copy of the FPCA and the signature cover sheet.

b. the envelope in which the application was delivered to the early voting clerk, if applicable; and

c. the carrier envelope, which will contain:

-- a ballot envelope with the ballot inside; and

-- statements of residence, copy of identification, or other requested items, if applicable. [Sec. 86.002]

2.   Remove the application and carrier envelope from the jacket envelope.

3.   Check the voter's application to be sure that it states a legal ground for voting early by mail (See Section B above).  [Sec. 87.041(b)(3)]

4.   If the reason for voting early by mail is absence from the county, the application must show an address outside the county to which the ballot was mailed.  [Sec. 87.041(b)(5)]

**NOTE**:   If the application was submitted after the period for early voting by personal appearance began, the application must show that the voter was absent from the county when the application was submitted.  A voter checking expected absence from county and providing an out of county address on the official application is sufficient.

5.   If the grounds for voting by mail is either being 65 or over, or disability, and the applicant has not provided his or her official mailing address as shown on the list of registered voters as the address for mailing his or her ballot, the address provided must be that of a hospital, nursing home, other long term care facility, retirement center, or the address of a relative within the second degree of affinity or third degree of consanguinity with whom the applicant is living.  [Sec. 86.003(c)(3)]

6.   If the reason for voting early by mail is confinement in jail, the address to which the balloting materials must be addressed is that of the jail facility or a relative within the second degree of affinity or third degree of consanguinity.  [Sec. 86.003(c)(2)]

7.   Check to make sure that the address to which the ballot was mailed is one of the following:

a. the voter's residence or mailing address indicated on the voter's registration record;

b. the facility that the voter is residing at if the voter has indicated on his or her application to vote by mail that the reason for voting is 65 years of age or older or disability and has provided a mailing address that does <u>not</u> match the voter's official residence or mailing address; the facility must be one of the following:

(1) hospital;

12

SOS_000443

(2) nursing home or long-term care facility;

(3) retirement center; or

(4) relative that is related to the voter by 2nd degree of affinity (by marriage) or the 3rd degree of consanguinity.  Relatives include: parent, child, brother, sister, grandparent, grandchild, great-grandchild, great-grandparent, uncle, aunt, nephew, niece, spouse, spouse's parent, son-in-law, daughter-in-law, brother's spouse, sister's spouse, spouse's brother, spouse's sister and spouse's grandparent.

c. the jail facility, if the reason for voting by mail is confinement in jail, or the address of a relative listed in Section C. 7. b. above.

d. an address outside of the county, if the reason for voting by mail is expected absence from the county.

e. the voter's new address as provided on the enclosed statement of residence if the voter has moved within the county but has failed to update his address with the county voter registrar and is having a ballot mailed to a new residence address. [Secs. 84.002, 86.002, 86.003, 87.041

**NOTE**: Please note that all though you will be looking to ensure that the ballot was mailed to an address, you will not be determining where the voter mails back their ballot. You should not be looking at the delivery postmark.

8. Check the list of registered voters to ensure applicant is a registered voter. [Sec. 87.041(b)(4)]

**Note:** Due to various address confidentiality laws, some voters will not have a residential address next to their name on the list of registered voters.

a. If an "S" notation appears next to a voter's name on the list of registered voters, or if the residence address on the application for ballot by mail does not match the residence address on the list of registered voters, the carrier envelope will be stamped "STATEMENT ENCLOSED."  The voter's ballot may NOT be accepted UNLESS a completed, signed Statement of Residence is included in the carrier envelope.  If a completed Statement of Residence is not enclosed, the ballot must be rejected. [Sec. 87.041(b)(6)]

b. If an "ID" notation appears next to a voter's name on the list of registered voters, the voter's ballot may NOT be accepted unless the voter encloses a copy of one of the documents listed below that establishes the voter's identity:

(1) Texas Driver's License issued by the Department of Public Safety ("DPS");

(2) Texas Election Certificate issued by DPS;

(3) Texas Personal Identification Card issued by DPS;

(4) Texas Handgun License issued by DPS;

(5) United States Military Identification Card containing the person's photograph;

(6) United States Citizenship Certificate containing the person's photograph; or

(7) United States Passport.

**NOTE:** For voter's who are between 18-60 the above ID's may be expired for up to 4 years. For a voter who is 70 years of age or older the above ID may be more 4 years old. Please note some ID's do not have expiration dates such as a Texas Identification Cards for persons aged 60 or older may be permanent and marked "INDEF;"Texas Election Identification Certificates (EIC) for persons aged 70 or older are permanent cards; Some military ID cards are permanent, including Uniformed Services ID cards and Veterans Affairs ID cards.  These

are usually marked "INDEF;" and Certificates of Naturalization and Certificates of Citizenship do not expire.

**If a voter does not possess, and cannot reasonably obtain one of the above acceptable forms of photo identification, the voter may also enclose a copy of one of the supporting forms of identification listed below that establishes the voter's identity along with a signed Reasonable Impediment Declaration:**

- copy or original of a government document that shows the voter's name and an address, including the voter's voter registration certificate (other examples of government documents include, but are not limited to: driver's licenses from other states, ID cards issued by federally recognized Native American tribes (if the ID card contains an address), DPS Receipts (without a photo), expired voter registration certificates, and, for voters aged 18-69, expired Texas DPS-issued driver licenses or personal ID cards);
- copy of or original current utility bill;
- copy of or original bank statement;
- copy of or original government check;
- copy of or original paycheck; or
- copy of or original of (a) a certified domestic (from a U.S. state or territory) birth certificate or (b) a document confirming birth admissible in a court of law which establishes the voter's identity (which may include a foreign birth document).

**NOTE: The address on either a supporting form of ID or an acceptable photo identification does not need to match the address on the list of registered voters.**

**\*If a voter does not have a valid form of photo identification, they may apply for a free election identification certificate at their local Texas Department of Public Safety office. Reminder: (a) if a voter does not possess one of the seven (7) acceptable forms of photo identification, which, for voters aged 18-69, is not expired for more than four years, or, for voters aged 70 and older, may be expired for any length of time but is otherwise valid, and the voter can reasonably obtain one of these forms of identification or (b) if the voter possesses, but did not bring to the polling place, one of the seven forms of acceptable photo identification, which, for voters aged 18-69, is not expired for more than four years, or, for voters aged 70 and older, may be expired for any length of time but is otherwise valid, or (c) if the voter does not possess one of the seven forms of acceptable photo identification, which, for voters aged 18-69, is not expired for more than four years, or, for voters aged 70 and older, may be expired for any length of time but is otherwise valid, could otherwise not reasonably obtain one, but did not bring a supporting form of identification to the polling place; and the voter does not have a permanent disability exemption indicated on their voter registration certificates, the voter may cast a provisional ballot at the polls.**

**Exemption**: Voters with a disability may apply with the county voter registrar for a permanent exemption. The application must contain written documentation from either the U.S. Social Security Administration evidencing the applicant's disability, or from the U.S. Department of Veterans Affairs evidencing a disability rating of at least 50 percent. In addition, the applicant must state that he or she has no valid form of photo identification. Those who obtain a disability exemption will be allowed to vote by presenting a voter registration certificate reflecting the exemption.

**Provisional Voting:** If a voter (a) does not possess one of the seven (7) acceptable forms of photo

SOS_000445

identification, which, for voters aged 18-69, is not expired for more than four years, or, for voters aged 70 and older, may be expired for any length of time but is otherwise valid, and the voter can reasonably obtain one of these forms of identification or (b) possesses, but did not bring to the polling place, one of the seven forms of acceptable photo identification, which, for voters aged 18-69, is not expired for more than four years, or, for voters aged 70 and older, may be expired for any length of time but is otherwise valid, or (c) if the voter does not possess one of the seven forms of acceptable photo identification, which, for voters aged 18-69, is not expired for more than four years, or, for voters aged 70 and older, may be expired for any length of time but is otherwise valid, could otherwise not reasonably obtain one, but did not bring a supporting form of identification to the polling place; and the voter did not present a voter registration certificate with a permanent disability exemption indicated on their voter registration certificate, the voter may cast a provisional ballot at the polls.

The voter will have six (6) calendar days after election day (1) present to the voter registrar an acceptable form of photo identification; (2) if the voter does not possess and cannot reasonably obtain one of the acceptable forms of photo identification, execute a Reasonable Impediment Declaration and present to the voter registrar an acceptable form of supporting identification; (3) complete one of the curing affidavits (consistent religious objection to being photographed or natural disaster exception), if applicable or (4) qualify for a permanent disability exemption, if applicable.

c.  An application from a voter who is accepted into the Address Confidentiality Program must also include their substitute P.O. Box designated by the Attorney General and an indication for each election for which the person is applying for a ballot.  This application is good for 3 years, unlike a regular ABBM application.

d.  Certain persons may vote even though they are not registered to vote in your county and their names do not appear on your list of registered voters.  They are:

(1) Persons applying on Federal Post Card Applications.  The FPCA may be used by persons who are registered voters of your county or who are not registered voters of your county since the federal post card application acts as a temporary registration pending permanent voter registration status (see note below).  [Sec. 101.001]

(2) Persons applying for limited ballots.  A person who moves from one county to another, and the person is either still registered in the former county of residence or was registered in the former county of residence when the person applied to register in the new county of residence.  He or she may vote in their new county of residence, on offices or propositions that are on the ballot in both their new county and the county of his or her former residence.  [Sec. 112.002]

f.  If the voter's name does not appear on the list of registered voters and he or she is not categorized in the group of voters listed in "d" above, the presiding judge must refer to the registration correction list, if provided, to see if the voter's name appears on that form.

## SECTION D: QUALIFYING SIGNATURES FOR THE SIGNATURE VERIFICATION COMMITTEE

1.  Check to see that the certificate on the carrier envelope was properly executed.  The certificate is the statement the voter signs and may include portions filled out by assistants or witnesses.  [Sec. 87.041(b)(1)

SOS_000446

2. Check the signatures of the applicant on the application and on the carrier envelope to confirm that both signatures have been executed by the voter, unless either document was signed by a witness. [Sec. 87.041(b)(2)]

3. A voter may use different witnesses/assistants on their application for ballot by mail and on their certificate. If a voter uses a witness, you would not compare signatures and the ballot should be accepted pending all other qualifications.

4. Section 87.041(e) provides that the Board/Committee may compare signatures with any two or more signatures of the voter made within the preceding six years and on file with the voter registrar, county clerk or elections administrator.  These additional signatures may be used to confirm that the signatures are either those are not those of the same person.   SB 5 (85th Legislature, 1, 2017) This bill removed the prohibition against the committee using the registration application signature to determine that the signatures are not those of the same person. The bill authorizes the early voting ballot board or signature verification committee to compare a voter's signature on a ballot application or carrier envelope certificate with two or more signatures of the voter made within the preceding six years and on file with the county clerk, in addition to the board's existing authority to make such a comparison with signatures on file with the voter registrar, to determine whether the signatures are those of the same person. The bill removes the prohibition against the board using such signatures on file to determine that the signatures are not those of the same person. The board or the committee may now use the signatures to determine if they are or if they are not that of the same person.

5. If there is no signature on the carrier envelope (by voter or witness), the ballot must be rejected (see Section F of this chapter for disposition of rejected ballots). [Sec. 87.041(d)] If the signature is not on the certificate but elsewhere on envelope, our office has said the signature is valid.

 -- **EXCEPTIONS**:

a. If the voter was unable to sign his or her name, the application and/or carrier envelope must each be signed by a witness.  Different people may have witnessed the voter's mark on the application and on the carrier envelope.  If the voter was unable to sign the application and/or carrier envelope himself or herself and one or both were signed by witnesses, then the signature will not be compared.  [Sec. 87.041(b)(2)]

b. If the voter applied for an early voting ballot on the Application for Late Emergency Ballot Due to Death or the Affidavit for Voting at Early Voting Place on Election Day, the certificate on the carrier envelope does not need to be signed by the applicant.  The carrier envelope will have a notation "103" or "104" written on it by the early voting clerk when the voter applies under these procedures.  [Secs. 103.004(c), 104.004(c)]

   **NOTE:**   A voter's witnessed application or witnessed carrier envelope are not invalid merely because there is no explanation of the voter's inability to make his or her mark. A ballot may not be rejected merely because the voter signed either the application or the carrier envelope and the other document was witnessed.

c. If the voter applied for a ballot on the Application for Late Emergency Ballot Due to Sickness or Disability, the name, address, and signature of the representative who delivered the application to the early voting clerk must appear on the application and on the carrier envelope containing the voted ballot.  The same representative who submitted the voter's application must deliver the voter's ballot back to the early voting clerk, and the same representative's name must appear on both the application and the carrier envelope. [Secs. 102.002, 102.004(b), 102.006(a), (b)]

d. Applicants applying for a limited ballot or a presidential ballot also known as a restricted ballot must have two applications if voting this procedure by mail (i.e., the application for early ballot by

mail and the application for the "restricted" ballot) enclosed in the jacket envelope.   [Secs. 111.004, 112.005, 113.003]

6.   **Signatures that have been either accepted or rejected need to be separated. If the committee has determined that the signatures are not those of the same person, the board may make a determination that the signatures are those of the same person by a majority vote of the board's membership.**

## SECTION E. ACCEPTED BALLOTS

1.   If the applicant has met all the requirements discussed above, the ballot must be accepted for voting.

2.   Open the carrier envelope without defacing the certificate on the carrier envelope and remove the ballot envelope.   [Sec. 87.042(a)]

   a.   A ballot is considered valid even if it is not enclosed in a ballot secrecy envelope; the voter simply loses his/her secrecy of the votes cast.   [Secs. 86.005(d), 87.042(d)]

   b.   If the front of the carrier envelope has "Statement Enclosed" stamped on it, check to see that the statement of residence form is enclosed.   If the applicant's name appears on the list of registered voters with an "S" notation beside it, the applicant is required to complete the statement of residence prior to voting.   If the completed, signed statement is not enclosed, the ballot must be rejected.   (See Section E of this chapter for disposition of rejected early voting ballots.)   [Sec. 87.041(d)]

   NOTE: It is the position of the Office of the Secretary of State that the lack of a statement of residence form included in the envelope of an FPCA voter does not result in a rejected ballot since the FPCA would act as a temporary registration that would prevail the residence address provided on any previous registration applications already on file.

   c.   If the applicant's name appears on the list of registered voters with an "ID" notation beside it, an applicant who possesses an acceptable form of photo identification is required to submit a copy of acceptable photo identification (or, if the voter does not possess, and cannot reasonably obtain an acceptable form of photo ID, a signed Declaration of Reasonable Impediment (see Form 5-22a) and an acceptable form of supporting documentation, or, if the voter has a voter registration certificate with an "E" notation on it, that), along with their mail ballot, unless the voter checks one of the "Exemptions (If Applicable" boxes on Form 5-22a.

3.   Place the unopened ballot envelope in a ballot box or other safe container.   [Sec. 87.042(b)]

4.   Enter the voter's name on the poll list for early voters voting by mail or list for voters using other mail procedures such as limited ballot.   [Secs. 87.041(c); 102.008; 103.005, 104.006]

   a.   If the voter is an FPCA voter, place a check in the "FPCA" column on the poll list next to the voter's name.   [Sec. 101.004]

   b.   If the voter applied for a limited ballot, place a check in the column marked "Limited Ballot" on the poll list next to the voter's name.   [Sec. 111.008]

   c.   In presidential general elections, if the voter applied for a presidential ballot only, place a check in the column marked "Pres. Ballot" on the poll list next to the voter's name.   [Sec. 111.008]

   d.   If the voter is an overseas citizen voter eligible only for a federal ballot, place a check in the column "Overseas Citizen" on the poll list next to the voter's name.   (Only applicable in *primary* and general elections for state and county officers since these voters are limited to federal offices only.)   [Sec. 111.008]

SOS_000448

5.  Place the application for the early voting ballot and the envelope that was used to mail the application (if applicable), the carrier envelope, and any accompanying papers back into the jacket envelope.  (If the jacket envelope is to be used in a subsequent election, the early voting clerk may provide another envelope to be used in lieu of the jacket envelope.)   Place any affidavits, statements of residence, and copies of identification in Envelope No. 4 to be delivered to the Voter Registrar.  [Sec. 87.044(a)]

6.  At least 10 early voting ballots voted by mail must be qualified before the ballots may be counted.  Ballots may be removed for manual, hand counting at any time when there are at least 10 ballot envelopes containing ballots that have been qualified in the ballot box (or other safe container).  If ballots are to be counted by electronic equipment, the general custodian of election must transmit the accepted by mail ballots to the presiding judge of the central counting station in a locked and sealed ballot box or other container approved by the Secretary of State.

## SECTION F. REJECTED BALLOTS

1.  If the application and carrier envelope do not meet the requirements discussed above, the ballot must be rejected and may not be counted.  [Sec. 87.041(d)]

2.  Write the word "rejected" on the carrier envelope.  [Sec. 87.041(d)]

3.  Write the word "rejected" on the corresponding jacket envelope.  [Sec. 87.041(d)]

4.  Place the unopened carrier envelopes containing rejected ballots in the large envelope or container marked "Rejected Early Voting Ballots."  [Sec. 87.043(b)]

5.  The "Rejected Early Voting Ballot" envelope must be sealed and signed by the presiding judge, and the date and nature of the election must be written on the envelope.  More than one envelope may be used if necessary.  Record the number of rejected ballots, which are placed in the envelope for rejected ballots.  [Secs. 87.043(a), (b)]

6.  If the ballot was rejected after the carrier envelope was opened, the presiding judge should make a note on the carrier envelope of the reason the carrier envelope was opened and then rejected.

7.  Place the application, the envelope used to mail the application to the early voting clerk (if applicable), and any accompanying papers or affidavits in the corresponding jacket envelope.  (If the jacket envelope is to be used in a subsequent election, the early voting clerk may provide another envelope to be used in lieu of the jacket envelope.)  [Sec. 87.044(a)]

**NOTE**:   The Early Voting Ballot Board judge must deliver written notice to the voter of the reason for the rejection of his or her ballot no later than the 10th day after election day.  [Sec. 87.0431]  If this is not done within 10 days and the ballots have been sent back and placed in a ballot box, a court order will be needed to reopen the ballot box. Please contact our office for sample court orders if needed.

SOS_000449

# CHAPTER 5

## COUNTING HAND-COUNTED PAPER BALLOTS

### SECTION A. ESTABLISHING THE COUNTING TEAMS

1. There may be more than one counting team to tally the early voting ballots. [Secs. 81.002, 65.001]

2. Each counting team must consist of two or more early voting ballot board members. [Secs. 81.002, 65.001]

   a. One member will be designated the reader.

   b. The reader may also keep a tally list.

   c. If there are only two members on a team, one member will keep two tally lists, and the reader will keep one tally list in addition to reading the ballots.

3. If there is more than one counting team, after all ballots have been counted, the votes for each candidate and/or proposition must be added together with the tallies of the other counting teams, and the totals must be placed on the return sheet.

4. A member of a counting team may not be replaced after the vote tallying is begun unless each existing discrepancy among the three tally lists is corrected before the replacement is made. [Secs. 81.002, 65.006(a)]

5. If a counting member is replaced, he or she must certify the accuracy of the tally list as of the time he or she was replaced. [Secs. 81.002, 65.006(b)]

### SECTION B. OPENING THE BALLOT BOX CONTAINING HAND-COUNTED PAPER BALLOTS

   **NOTE**: ELECTRONIC BALLOTS CAST IN PERSON ARE NOT TABULATED BY THE EARLY VOTING BALLOT BOARD, BUT RATHER AT A CENTRAL COUNTING STATION.

1. Open the double-locked ballot box containing the ballots voted by personal appearance. [Sec. 87.062]

   **NOTE**:   The early voting clerk will deliver one key to the ballot box when he or she delivers the ballots. The custodian of the second key will deliver the second key at the time specified by the early voting ballot board's presiding judge. [Secs. 87.021(1), 87.025]

2. After the presiding judge opens the ballot box, the judge shall remove any provisional ballots and verify the number of provisional ballots in the ballot box, which is reflected on the Early Voting List of Provisional Voters.

3. The provisional ballots shall be prepared for delivery to the voter registrar and placed in a closed and sealed box for delivery by the general custodian of election records to the voter registrar. [T.A.C. Sec. 81.174]

4. All early voting ballots must be sorted by precinct before they are counted so that a separate total of early voting votes cast in each precinct may be obtained. [Sec. 87.1231]

5. For political subdivisions using hand-counted paper ballots, early voting ballots cast by personal appearance may be counted while the ballots cast by mail are being qualified if the early voting ballot board consists of enough members.

6. When at least 10 early voting ballots cast by mail have been qualified and placed in the ballot box or other container, the ballot envelopes may be removed from the box or container, opened, the ballots removed, the ballot envelopes discarded, and the ballots counted. This process may be repeated any time there are at least 10 ballot envelopes in the box or container. [Sec. 87.062(a)]

APPX-000079

SOS_000450

**NOTE**: If there is more than one ballot in a ballot envelope, neither ballot may be counted. The presiding judge must make notation on the back of each ballot of the reason the ballot was not counted. These ballots are then placed with the voted ballots in the early voting ballot box. [Sec. 65.010(a)(2)]

## SECTION C. RULES GOVERNING THE COUNTING PROCEDURE

1. The ballots must be counted separately by precinct. [Sec. 87.1231]

2. Three original tally lists are required for each precinct. [Secs. 65.004, 87.1231] A separate page of the same tally book may be used for each precinct's tally list. These tally lists should be completely filled out, and include the following:

   -- Names and offices of candidates; and/or

   -- Propositions;

   -- Date;

   -- Precinct number;

   -- Type of election;

   -- Name of presiding judge; and

   -- Signature of the person keeping the tally list.

3. Before the counting begins, the early voting Ballot Box should be inspected to ensure that it is empty. It should then be locked and remain locked (except as authorized by the presiding judge), and within view of the counting officials. [Sec. 65.003(c)]

4. No marks should be made on any ballot by an election official, except that if a ballot is not counted because the judge determines it was not provided by the early voting clerk or because two or more ballots were folded together, an election official must indicate on the back of the ballot the reason for not counting it. [Sec. 65.010(c)]

## SECTION D. THE COUNTING PROCEDURE

1. The reader must read and distinctly announce to the officials keeping the tally lists each name of a candidate or proposition for which there is a vote. [Sec. 65.005(a)]

2. The intent of the voter in marking the ballot may be determined by:

   a. a distinguishing mark adjacent to the name of a candidate or voting choice associated with a proposition;

   b. an oval, box, or similar marking clearly drawn around the name of a candidate or a voting choice associated with a proposition;

   c. a line drawn through;

      (1) the names of all candidates in a manner that indicates a preference for the candidate not marked if the names of the candidates not marked do not exceed the number of persons that may be elected to that office;

      (2) a voting choice associated with a proposition in a manner that clearly indicates a preference for the other voting choice associated with the proposition; or

   d. any other evidence that clearly indicates the intent of the voter in choosing a candidate or deciding on a proposition. [Sec. 65.009]

SOS_000451

3. As each vote is read, a tally mark is made by the corresponding name or number on the tally lists.  [Sec. 65.005(a)]

4. The tally lists should be compared periodically and any errors or discrepancies corrected.  [Sec. 65.005(b)]

5. When the reader has completely read and announced all the votes on the ballot, he or she deposits the ballot in the locked early voting ballot box.

6. Any voted ballot that is not counted is also deposited in the box containing the counted ballots.  [Sec. 65.012(b)]

   **NOTE**: A ballot that was not counted should contain a clear notation on the back that it was not counted to avoid an accidental counting during a recount, etc.  [Sec. 65.010(c)]

## SECTION E. RULES FOR COUNTING MANUALLY-CAST OR HAND-COUNTED OPTICAL SCAN BALLOTS

(See generally, Chapter 65 and Secs. 64.003-64.006)

1. The voter should mark his or her ballot by placing an "X" or other mark in the square beside each candidate, proposition, or party column for which he or she wishes to vote (See Figure 1).  [Sec. 64.003]

---

*(Primary Election Ballot)*

For Governor

☐ Candidate A

☐ Candidate B

*☒ Candidate C

---

(General Election Ballot)

| Candidates for | ☐ PARTY A | ☐ PARTY B | ☐ PARTY C | ☐ Independent | ☐ Write-In |
|---|---|---|---|---|---|
| Governor | ☐ Candidate A | ☐ Candidate B | *☒ Candidate C | | |

---

**Figure 1.  Illustrations of marked ballots.**
**(The asterisks indicate the candidates for whom the ballot is counted.)**

2. Election officials shall not refuse to count a ballot because the voter marked his or her ballot by scratching out the names of candidates for whom, or the statement of propositions for which, he or she did not want to vote (See Figure 2). [Sec. 65.009(b)]

| Candidates for | ☐ PARTY A | ☐ PARTY B | ☐ ~~PARTY C~~ | ☐ INDEPENDENT | ☐WRITE-IN |
|---|---|---|---|---|---|
| First Office | ☐~~Candidate~~ | ☐~~Candidate~~ | ☐~~Candidate~~ | ☐~~Candidate~~ | ☐_____ |
| Second Office | * ☐ Candidate | ☐~~Candidate~~ | | ☐~~Candidate~~ | ☐_____ |
| Third Office | * ☐ Candidate | ☐~~Candidate~~ | | ☐~~Candidate~~ | ☐_____ |
| Fourth Office | * ☐ Candidate | ☐~~Candidate~~ | | | |
| Fifth Office | * ☐ Candidate | | | | |
| Sixth Office | * ☐ Candidate | | | | |
| Seventh Office | * ☐ Candidate | ☐~~Candidate~~ | | | |

SOS_000452

| Eighth Office | * ☐ Candidate | ☐ ~~Candidate~~ | | ☐ ~~Candidate~~ | |
| Etc. | | | | | |

**Figure 2.  Illustration of the scratch method.**
**(The asterisks indicate the candidates for whom the ballot is counted.)**

3. **Figure 2.  Illustration of Guideline No. 1.**
   **Two party squares marked and individual candidates also marked in one or more columns.**
   **(The asterisks indicate the candidates for whom the ballot is counted.)**

| Candidates for | ☐ PARTY A | ☐ PARTY B | ☐ PARTY C | ☐ INDEPENDENT | ☐ WRITE-IN |
|---|---|---|---|---|---|
| First Office | * ☒ Candidate | * ☒ Candidate | ☐ Candidate | ☐ Candidate | ☐ _____ |
| Second Office | ☐ Candidate | * ☒ Candidate | | ☐ Candidate | ☐ _____ |
| Third Office | * ☒ Candidate | Candidate | | ☐ Candidate | ☐ _____ |
| Fourth Office | ☐ Candidate | ☐ Candidate | | | |
| Fifth Office | ☐ Candidate | | | | |
| Sixth Office | * ☒ Candidate | | | | |
| Seventh Office | ☐ Candidate | ☐ Candidate | | | |
| Eighth Office | ☐ Candidate | * ☒ Candidate | | ☐ Candidate | |
| Etc. | | | | | |

Guideline No. 1.  Where more than one candidate square is marked, those votes may not be tallied, and the ballot may be counted only for candidates individually marked, if any. (If there are no candidates individually marked, no portion of the ballot is counted.) [Sec. 65.007(d)]

b.  An entire ballot cannot be voided if the intent of the voter can be determined for any one race or proposition on the ballot. [Sec. 65.009(c)]

c.  <u>An individual vote</u> is not counted in the following situations:

   (1)  <u>An individual vote</u> is not counted if the intent of the voter cannot be determined. [Sec. 65.009(c)]

   (2)  <u>An individual vote</u> is not counted if the voter marked more than one candidate for one race ("overvote").

   In municipal, school board, or other political subdivision elections where it is possible to vote for more than one candidate in the same race, a ballot may not be counted if a voter has marked more candidates than are to be elected. [Sec. 65.011]   A ballot is not invalid if the voter has marked fewer candidates than the number to be elected ("undervote"). [Sec. 65.009]

VOTE FOR NONE, ONE, TWO, OR THREE
☒ Candidate
☒ Candidate

SOS_000453

APPX-000082

☐ Candidate

☐ Candidate

☒ Candidate

☒ Candidate

**Figure 3.  Illustration of overvoting; voter has voted for more candidates than are to be elected.  (No portion of this ballot is counted.)**

VOTE FOR NONE, ONE, TWO, OR THREE

\*☒ Candidate

☐ Candidate

\*☒ Candidate

☐ Candidate

☐ Candidate

☐ Candidate

**Figure 4.  Illustration of undervoting; voter has voted for fewer candidates than are to be elected.  (A vote is counted for each candidate receiving a vote.)**

(3)  <u>An individual vote</u> is not counted in the following write-in voting situations:

    (a)  The voter used a sticker or rubber stamp with the name of a write-in candidate printed or written on it. [Sec. 65.008(b)]

    (b)  *The election is the primary election for the office of precinct chair or county chair*, a November general election, city council officer elections, an independent or common school district trustee election, special elections for state representative and state senator, or other elections where declaration of write-in is required and the voter writes in the name of a person whose name is not on the list of declared write-in candidates.  [Secs. 144.006, 146.031(d), 146.054, 146.055, 146.082, 171.0231 Election Code; Secs. 11.056(c), 11.304, 130.081, 130.0825, Education Code; Sec. 285.131, Health and Safety Code; Secs. 326.0431 & 326.0432, Local Government Code; Secs. 36.059, 49.101, 63.0945, Water Code]

    (c)  *The election is a primary and the voter writes in a vote for a candidate for public office; only write-in votes for declared candidates for party officer of county chair and precinct chair may be counted. [Sec. 172.112]*

    (d)  The election is a runoff election and a voter writes in any candidate's name; no write-in votes may be counted at a runoff election. [Sec. 146.002]

    (e)  The voter voted for the presidential candidate of one party and the vice-presidential candidate of another party or voted for the presidential or vice-presidential candidate of one party and wrote in the name of a candidate he or she desires to vote for instead of that candidate's running mate. [Sec. 192.037]

  d.  A <u>ballot</u> is not counted in the following situations:

    (1)  A <u>ballot</u> is not counted if the intent of the voter cannot be determined. [Sec. 65.009] (See Figure 8).

| Candidates for | ☐ PARTY A | ☐ PARTY B | ☐ PARTY C | ☐ INDEPENDENT | ☐ WRITE-IN |
|---|---|---|---|---|---|

SOS_000454

| First Office | ☒ Candidate | ☐ Candidate | ☒ Candidate | ☐ Candidate | ☐ _____ |
| Second Office | ☒ Candidate | ☒ Candidate | | ☐ Candidate | ☐ _____ |
| Third Office | ☐ Candidate | ☒ Candidate | | ☒ Candidate | ☒ *John Smith* |
| Fourth Office | ☒ Candidate | ☒ Candidate | | | |
| Fifth Office | ☒ Candidate | | ☒ Candidate | | |
| Sixth Office | ☐ Candidate | ☒ Candidate | ☒ Candidate | | |
| Seventh Office | ☒ Candidate | ☒ Candidate | | | |
| Eighth Office | ☒ Candidate | ☒ Candidate | | ☐ Candidate | |
| Etc. | | | | | |

**Figure 5.  Illustration of lack of knowledge of intent of voter.**
**(No portion of this ballot is counted.)**

(2)  A <u>ballot</u> is not counted if two or more ballots are folded together in a manner that indicates they were folded together when deposited in the ballot box by the voter.  [Sec. 65.010(a)(2)]

(3)  A <u>ballot</u> is not counted if the ballot is not numbered or not signed by the judge and the judge determines that this ballot was not provided at the polling place.  However, this ballot may be counted if the judge determines that it was provided at the polling place.  [Secs. 65.010(a)(1), (b)]

(4)  A provisional ballot found by an election worker not contained within the provisional voter affidavit envelope.  [T.A.C. §§ 81.172-81.174]

Guideline No. 6.  Where the voter marks a candidate but writes in a declared write-in, the write-in vote is counted.

| Candidates for | ☐   PARTY A | ☐   PARTY B | ☐ PARTY C | ☐ INDEPENDENT | ☐ WRITE-IN |
| First Office | ☐ Candidate | * ☒ Candidate | ☐ Candidate | | *  ☐ *John Smith* |
| Second Office | ☐ Candidate | * ☒ Candidate | | | ☐ _____ |
| Third Office | ☐ Candidate | * ☐ Candidate | | | ☐ _____ |
| Fourth Office | ☒ Candidate | ☒ Candidate | | | |
| Fifth Office | ☐ Candidate | | | | |
| Sixth Office | ☐ Candidate | | | | |
| Seventh Office | ☐ Candidate | * ☐ Candidate | | | |
| Eighth Office | ☐ Candidate | * ☐ Candidate | | | |
| Etc. | | | | | |

**Figure 6.  Casting a write-in vote.  Illustration of Guideline No. 6.**
**(The asterisks indicate the candidates for whom the ballot is counted.)**

Guideline No. 6.  Where voter fails to properly mark an "X" in the write-in box, the write-in vote may be counted if the presiding judge can determine the intent of the voter. [Secs. 52.070(e), 65.009]

## SECTION F. HANDLING THE ELECTION RETURNS FOR PAPER BALLOTS

1.  Making out the returns.

SOS_000455

a. After all ballots are counted, the tally list, including separate totals for precincts, must be totaled and signed by the counting officer keeping it. If more than one officer has kept one particular list, each officer signs the list upon finishing. [Sec. 65.005(c)]

b. Total each tally list to obtain the total number of votes cast for each candidate and/or for or against each proposition. [Sec. 65.005(c)]

c. The presiding judge must make out and sign all copies of the returns. [Sec. 65.014(c)]

d. A separate return sheet must be made for each precinct. [Sec. 87.1231]

e. Election officials should also prepare a summary return sheet to show complete early voting returns for all precincts.

2. Distribution of election returns, poll lists, and tally lists.

a. There must be four copies of the returns for each precinct. [Secs. 65.014(c), 87.1231]

b. There must be three copies of the poll list (or four copies of the combination form). [Sec. 63.003(b)]

c. There must be three originals of the tally list for each precinct. [Secs. 65.004, 87.1231]

3. Five envelopes for distribution of election records are furnished with the supplies.

a. Envelope No. 1 is addressed to the presiding officer of the local canvassing authority. [Sec. 66.003(b)(1)]

-- County judge (general election for state and county officers or election held by the county).

-- *County chair (primary election).*

-- Mayor (municipal election).

-- Presiding officer of the governing board (other elections).

b. Envelope No. 2 is addressed to the general custodian of election records. [Secs. 66.001, 66.003(b)(2)]

-- County clerk or county elections administrator (general election for state and county officers, election held by the county, *primary election*).

-- City clerk or secretary (municipal election).

-- Secretary of the governing board, or if none, the presiding officer of the governing board (other elections).

c. Envelope No. 3 is addressed to the early voting ballot board judge. [Sec. 66.003(b)(3)]

d. Envelope No. 4 is addressed to the Voter Registrar. [Sec. 66.003(b)(4)]

e. *Envelope No. 5 is addressed to the County Chair.*

4. The records of the election must be distributed as follows:

a. Contents of Envelope No. 1. [Sec. 66.022]

(1) The original of the election returns of early voting ballots for each precinct.

(2) One copy of the tally list for each precinct (from each counting team, if applicable).

b. Contents of Envelope No. 2. [Sec. 66.023]

(1) A copy of the returns of the early voting ballots for each precinct and the summary return.

(2) A copy of the tally list for each precinct (from each counting team, if applicable).

APPX-000085

SOS_000456

(3)  The original of the poll list of early voting voters voting by personal appearance and by mail.

(4)  The signature roster.

(5)  The precinct early voting list

(6)  An affidavits completed at the polling place.

(7)  Any certificates of appointment of poll watchers.

c.  Contents of Envelope No. 3. [Sec. 66.024]

(1)  A copy of the returns of early voting ballots for each precinct and the summary return.

(2)  A copy of the poll list of early voters voting by personal appearance and by mail.

(3)  A copy of the ballot register.

d.  Contents of Envelope No. 4. [Sec. 66.0241]

(l)  The precinct list of registered voters.

(2)  The registration correction list, if any.

(3)  Any Statements of Residence completed at the polling place or by mail or copies of identification submitted by mail.

(4)  List of "ID" Voters.

(5)  Copy of Combination Form, if used instead of individual affidavits.

e.  *Contents of Envelope No. 5.*

--  *Original of the Statement of Compensation, in a primary election.*

f.  Contents of early voting ballot box. [Sec. 66.025]

(1)  The voted ballots.

(2)  A copy of the early voting returns for each precinct and the summary return.

(3)  A copy of the tally list for each precinct.

(4)  A copy of the poll list of early voters voting by personal appearance and by mail.

5.  Manner and time of delivery of records.

a.  The presiding judge must deliver Envelope No. 1 in person to the presiding officer of the local canvassing authority, or if that officer is unavailable, to the general custodian of election records. [Sec. 66.051(a)]

b.  The presiding judge must deliver Envelope No. 2 and Ballot Box No. 3, the rejected ballot envelope, the jacket envelopes containing the carrier envelopes and applications, and all unused supplies in person to the general custodian of election records. [Sec. 66.051(b)]

c.  The presiding judge retains Envelope No. 3. [Sec. 66.051(c)]

d.  The presiding judge must deliver Envelope No. 4 in person to the voter registrar, or if that officer is unavailable, to the general custodian of election records for later delivery to the voter registrar. [Sec. 66.051(d)]

e.  The judge delivers the keys to the Ballot Box to:

APPX-000086

SOS_000457

(1) The sheriff for an election ordered by the governor or a county authority or *for a primary election*, unless the sheriff is on the ballot, in which case the keys are delivered to the county judge.  If both the sheriff and the county judge are on the ballot, the keys are delivered to the county auditor, or, if there is no county auditor, to a member of the commissioners court, named by the court, who is not on the ballot. [Sec. 66.060(a)(1)]

(2) The chief of police or city marshal for an election ordered by a city authority. [Sec. 66.060(a)(2)]

(3) The constable of the justice precinct in which the governing body's office is located, or if the constable's office is vacant, to the sheriff of the county, for an election ordered by a political subdivision other than a county or city. [Sec. 66.060(a)(3)]

f.  *Envelope No. 5 is delivered to the County Chair.*

g.  Time.

(1) Records must be delivered to the appropriate authority immediately after the returns are completed. [Secs. 66.053(a), 87.063]

(2) If the judge determines that the ballots will not be counted in time to permit delivery of the records by 2:00 a.m. of the day following the election, he or she must notify the general custodian of election records by telephone between midnight of election day and 1:00 a.m. of the following day of:

-- The vote totals tallied for each candidate and for and against each measure at the time of notification.

-- The expected time of finishing the count. [Secs. 66.053(b), 87.063]

(3) In every election, the early voting ballot board records must be delivered to the appropriate authorities not later than 24 hours after the polls close. [Secs. 66.053(c), 87.063]

6.  At the time the early voting ballot board records are delivered, supplies shall be returned to the authority responsible for providing such supplies.  The presiding judge shall follow the instructions of such authority regarding the storage or return of empty ballot boxes and their keys and other equipment. [Sec. 87.123]

## SECTION G. REPORTING EARLY VOTES

1.  The presiding judge of the Board must deliver the counted ballots, the early voting election returns, other early voting election records, and ballot box keys to the appropriate authorities.  [Sec. 87.063]

2.  The early voting totals must reflect the number of early votes for each candidate or measure by election precinct.  [Secs. 67.004(c), 87.1231]

SOS_000458

APPX-000087

# CHAPTER 6

## EXAMINING, PREPARING, AND COUNTING VOTED OPTICAL SCAN BALLOTS

### SECTION A. PROCESSING BALLOTS COUNTED AT CENTRAL COUNTING STATION

**NOTE**:    If the ballots are to be delivered to the central counting station before the time the polls are closed on election day, the intervals during the day at which the ballots are to be delivered must be stated in the resolution, order, or other official action authorizing the early deliveries. [Sec. 127.124]

1. The early voting clerk shall deliver the early voting ballots to the central counting station. This should include the container for the early voting electronic system ballots that are to be counted by automatic tabulating equipment at a central counting station.  This shall be done without opening the container.

2. The early voting electronic system ballots counted at a central counting station shall be tabulated separately from the ballots cast at precinct polling places and shall be separately reported on returns. [Sec. 87.103]

3. The general custodian of records shall post a guard to ensure the security of ballot boxes containing voted ballots throughout the period of tabulation at the central counting station. [Sec. 127.1232]

### SECTION B. DELIVERY OF BALLOT BOX.

1. Poll watchers may accompany election officials delivering ballot container after optical scan mail ballots are qualified. [Sec. 33.060]

    If delivery is made in a vehicle, it is sufficient to allow the watchers to follow in a different vehicle and to drive in such a manner that the watchers are able to keep the delivery vehicle in sight.

2. The officers must present the ballot box to the presiding judge of the counting station or his or her designee.

3. The delivering officers must then exchange the ballot box for a signed receipt. [Sec. 127.068(a)]

4. The rejected ballot envelopes, jacket envelopes containing the carrier envelopes, and any unused supplies are returned to the general custodian of election records.

SOS_000459

# CHAPTER 7

## RECONVENING EARLY VOTING BALLOT BOARD

The early voting ballot board must reconvene after the election to review and qualify provisional ballots and to qualify ballots that were cast from outside the United States on or before election day and that are received by the sixth day after election day. The early voting clerk may determine whether or not the committee will need to reconvene after election day to verify signatures or leave that authority with the early voting ballot board. We recommend that this decision be done prior to the election day. If the authority is left with the committee we recommend that the committee coordinates with the board and the early voting clerk for delivery of the jacket envelope ballots by mail. If there is a SVC, the SVC must verify the signatures before the EVBB meets. The SVC would follow the same procedures of when they first convene.

## SECTION A. ESTABLISHING THE EARLY VOTING BALLOT BOARD TO REVIEW PROVISIONAL BALLOTS

The authority appointing the early voting ballot board may determine which members of the board will review and count the provisional ballots. The entire ballot board is not required to be present. A minimum of three members of the board is required to conduct the review.

1. Convening Early Voting Ballot Board.

   a. The presiding judge of the early voting ballot board may convene the board as soon as practicable after the voter registrar has completed the review of the provisional ballots, **or if the voter registrar reviews the provisional ballots in "batches" and releases completed "batches" sequentially, the presiding judge may convene the board as soon as practicable after the voter registrar has completed one or more "batches."** The judge must post a notice on the bulletin board used for posting notices of meetings of the governing body ordering the election no later than 24 hours before each time the board is scheduled to meet. The board may also convene while the voter registrar continues the review.

   b. The early voting ballot board cannot convene a final time until after the 6th day after the election due to Voter ID verification. We recommend to review provisional ballots on a rolling basis.

2. Delivery of Materials To Early Voting Ballot Board.

   a. The board should obtain from the authority conducting the election a package of supplies, including the:

      (1) Return sheets;

      (2) Tally sheets; and

      (3) Envelopes for Accepted and Rejected Ballots.

   b. The general custodian will deliver to the early voting ballot board the Lists of Provisional Voters from each precinct.

3. Delivery of Provisional Ballots.

   a. The early voting ballot board presiding judge shall take receipt of (1) the provisional ballots directly from the voter registrar or the custodian of election records and (2) List of List of Provisional Voters Who Presented Proper Identification to Voter Registrar at a time and place to be determined by the presiding judge and; [Sec. 65.0541]

   b. The presiding judge completes the Verification of Provisional Ballots and Serial Numbers Form by signing at the time of receipt that the seal(s) were intact, the serial numbers of the seal(s) were accurately reflected, and the number of provisional ballots received.

29

SOS_000460

4.   Review of Provisional Ballots.

The early voting ballot board shall review both the election judge's and the voter registrar's notation on each Provisional Ballot Affidavit Envelope to determine whether or not the ballot should be counted as indicated below.

a.   Provisional ballots to be counted:

(1) The ballot shall be counted if the voter failed to submit identification at the polling place, but the voter registrar indicated the voter presented an acceptable form of identification in person at the registrar's office within six calendar days after the date of the election and the voter was otherwise eligible to vote in the election.

(2) The ballot shall be counted if the voter failed to submit identification at the polling place, but the voter registrar indicated on the Provisional Ballot Affidavit Envelope that the voter applied for and received the disability exemption under Section 13.002(i) of the Election Code by the sixth day after election day and the voter was otherwise eligible to vote in the election.

(3) The ballot shall be counted if the voter failed to submit identification at the polling place, but the voter registrar indicated the voter completed one of the two curing affidavits set out in Section 65.054(b)(2)(B) (consistent religious objection to photographs) or 65.054(b)(2)(C) (identification unavailable due to declared natural disaster) no later than the sixth day after election day.

(4) If the election judge indicated that the reason for casting a provisional ballot was that the voter appeared on the list of registered voters as having cast a ballot by mail, and the voter claimed that he never received the mail ballot, or would like to cancel his or her mail ballot, the provisional ballot shall be counted if the voter's mail ballot has not already been received.

(5) If the voter registrar indicated that the provisional voter is registered to vote in the territory holding the election, the ballot shall be counted.

(6) If the voter registrar indicated that the provisional voter is registered to vote, but was erroneously listed in the wrong precinct, the ballot shall be counted.

(7) If the voter was erroneously removed from the voter registration list and is otherwise qualified to vote, the ballot shall be counted.

(8) The voter registrar has information in the office that the voter did complete an application, and the voter is otherwise qualified, the ballot shall be counted.  (For example, evidence that the voter submitted and application at a DPS office or via a volunteer deputy registrar.)

b.   Provisional ballots not to be counted:

(1)   If the election judge indicated that the voter did not provide an acceptable form of identification and the voter registrar noted that the voter did not (1) present an acceptable form of identification to the voter registrar, (2) complete one of the curing affidavits set out in Section 65.054(b)(2)(B), or (3) apply for and receive a disability exemption by the sixth day after election day, then the ballot shall not be counted.

(2)   If the election judge indicated that a voter with a permanent disability exemption to the identification requirements did not submit the registration certificate at the polling place, and the voter registrar notes that the voter failed to (1) present their registration certificate with exemption, (2) present another form of acceptable identification, or (3) apply for and receive a permanent disability exemption by the sixth day after election day, the ballot shall not be counted.

APPX-000090

SOS_000461

(3) If a voter voted provisionally due to having an outstanding mail ballot that has not yet been cancelled, the provisional ballot shall not be counted <u>if the provisional voter has already voted</u>.

(4) If the voter registrar indicated that the provisional voter is not registered to vote in the territory holding the election or the registration was not effective in time for the election, the ballot shall not be counted.

(5) If the voter registrar indicated that the provisional voter is registered to vote at a different precinct other than the one the voter voted in, the ballot shall not be counted. This is not the case if the county that is part of the countywide polling place program.

(6) If the election judge indicated that the voter was on the list of registered voters, but the voter's registered residence address is outside the political subdivision, the ballot shall not be counted.

(7) If the voter registrar indicated that an incomplete application was received from the provisional voter but the required additional information was not returned, the ballot shall not be counted.

5. Disposition of Accepted or Rejected Ballots.

   a. The presiding judge shall indicate the disposition of each ballot on the provisional voter affidavit envelope.

   b. The presiding judge shall also indicate the disposition of each ballot on the List of Provisional Voters for that precinct.

   c. The ballots to be counted shall be removed from their provisional ballot envelopes (which are sealed in a secrecy envelope).  After at least 10 secrecy envelopes have been removed from the provisional ballot envelopes and placed in a separate container, the secrecy envelopes are opened, and the ballots are counted under the normal procedure for counting ballots by mail in an election either by hand counting or by central counting station [See Chapters 5 and 6].  The presiding judge of the early voting ballot board or central counting station shall complete a return sheet of the votes and record them by precinct. The Provisional Voter Affidavit Envelopes are placed in the Envelope for Accepted Voters and delivered to the general custodian of election records.

   d. The Provisional Voter Affidavits Envelopes that are not counted are placed in the Envelope for Rejected Provisional Ballots and delivered to the general custodian of election records.

   e. Rejected Provisional Ballot Affidavit Envelopes may not be opened except by court order. [T.A.C. Sec.81.176 (14)]

6. Counting Paper Ballot Provisional Ballots.

   a. See Chapters 5 and 6 for counting rules.

   b. Once counted, the provisional ballots shall be re-locked and returned to the custodian of election records. The key shall be delivered to the custodian of the key.

   c. If a DRE system is used for provisional voting, the entity conducting the election will direct how provisional ballots are processed.

7. Counting of Provisional Ballots Electronically (optical scan).

   a. The manager of the central counting station shall decide whether the ballot board shall manually count the ballots with the totals manually added to the computer count for a canvass total or whether the central counting station shall reconvene.

b. The manager shall send notice to the presiding judge of the ballot board prior to reconvening the board as to whether the ballots are to be counted manually by the board or whether the ballots are to be prepared for delivery to the central counting station.

c. If the ballots are to be counted by the central counting station, the manager must post notice at least 24 hours prior to reconvening the central counting station.  Section 1.006 does not apply.

d. A ballot transmittal form must be completed by the presiding judge of the ballot board.  The transmittal form will accompany the accepted provisional ballots.

e. Prior to the beginning of the count at a central counting station, the manager shall run the required second logic and accuracy test using the same test deck as on Election Day. After the count is complete, the manager shall run the required third logic and accuracy test. If the test is not successful, the count is void.

f. The central counting manager may add the provisional ballots to the original returns by hand in order to provide one complete return sheet, may enter the provisional ballots directly on the electronic voting system to have one final electronic return sheet or may provide a separate return sheet with just provisional ballot vote totals. The return sheets are placed in Envelope No. 2 and delivered to the custodian of election records.

g. The counted provisional ballots and other election materials are returned to the custodian of election records and retained for the appropriate preservation period.

NOTE:    Since provisional ballots will probably be processed and counted at the same time as the late early voting by mail ballots, additional procedures relating to late ballots pursuant to T.A.C. Sec. 81.37 may also apply.

8. Notice to Provisional Voters.

Not later than the 10th day after the local canvass, the early voting ballot board's presiding judge shall deliver written notice regarding whether the provisional ballot was counted to the provisional voter, and if the ballot was not counted, the reason the ballot was not counted. The presiding judge shall use the information provided on the affidavit to obtain the proper mailing address for the voter and the final resolution of the provisional ballot.

9. Distribution of Provisional Voting Records.

a. Custodian of election records receives:

(1) Lists of Provisional Voters;

(2) Return sheets;

(3) Tally Sheets;

(4) Envelopes for Accepted and Rejected Provisional Ballot Affidavit Envelopes;

(5) Counted Ballots; and

(6) Verification of Provisional Ballots and Serial Numbers.

b. Custodian of the key receives the key to the ballot box after it has been locked.

c. Presiding officer of the canvassing authority receives:

(1) Return sheets; and

(2) Tally Sheets.

APPX-000092

SOS_000463

## SECTION B. RECONVENING FOR QUALIFYING LATE EARLY BALLOTS BY MAIL

1. Requirements for ballots to be counted late.

   The Board must reconvene to count mail ballots which were:

   a. arrived by 5pm on the day after election and bears a cancellation mark of a common or contract carrier or courier indicting a time not later than 7pm at the location of the election on election day.

   b. cast from outside the United States;

   c. placed in delivery before the polls closed; and

   d. which arrived not later than the 5th day (non military overseas) and 6th day (military) after election day. [Sec. 86.007(d)]

   > **NOTE**: If the 5th of 6th day falls on a weekend day, federal or state holiday, this deadline is extended to the next regular business day.

2. When should the board reconvene?

   a. The general rule is on the 9th day after election day or earlier, if the early voting clerk can determine that all ballots cast from outside the United States have been received.  [Sec. 87.125(a)].

   b. For a general election for state and county officers the date moves to the 13th day after election day, or earlier if the early voting clerk can determine that all ballots cast from outside the United States have been received.  [Sec. 87.125(a-1)].

3. The Carrier Envelope must be:

   a. timely submitted;

   b. properly addressed with postage (no postage is required for FPCA carrier envelopes); and

   c. bear a cancellation mark from a postal service before the polls close or a receipt mark from a common or contract carrier indicating the ballot was received before the polls closed.

4. Additional general provisions.

   a. The presiding judge shall notify the early voting clerk as to the time and place where the board will reconvene.  The notice must be made in time so the early voting clerk may give proper notice of the delivery.  The early voting clerk must post notice of delivery of jacket envelopes and any other accompanying papers to the early voting ballot board at least 24 hours prior to the delivery.  The notice shall be posted at the main early voting polling place.  Section 1.006 does not apply.

   b. The presiding judge shall send notice to the custodian of the key and the custodian of election records to redeliver the ballot box containing the counted ballots and the key to the box.  After the late ballots have been counted, the presiding judge shall lock the late counted ballots in the ballot box.  The presiding judge shall deliver the ballot box to the general custodian of election records and the key to the ballot box to the custodian of the key.

   c. Poll watchers are entitled to be present.

   d. If all mail ballots were received by the close of voting on election day or no ballots were received by the appropriate deadline for the election, the early voting clerk shall certify that fact and deliver the certification to the canvassing board before they convene to canvass the votes. [Sec. 87.125(a)]

5. Special provisions for paper ballots.

APPX-000093

SOS_000464

a. Once the ballots have been qualified, the presiding judge shall use the regular method of counting ballots by keeping three new tally sheets, counting by precinct, and having at least two members per tally team.  [Ch. 65, Secs. 87.062, 87.103; T.A.C. § 81.37(b)]

b. Once the board has counted all the ballots, an original and three copies of the return sheet shall be prepared.

c. The distribution of the tally sheets and return sheets shall be made in accordance with the Texas Election Code, Subchapter B, Chapter 66.

d. The canvassing board shall add the returns from both early voting return sheets when canvassing the vote.

6. Provisions for Electronic Voting Systems. [T.A.C. §§ 81.37(c), 87.103]

a. The manager of the central counting station shall decide whether the ballot board shall manually count the ballots with the totals manually added to the computer count for a canvass total or whether the central counting station shall reconvene.

b. The manager shall send notice to the presiding judge of the ballot board prior to reconvening the board as to whether the ballots are to be counted manually by the board or whether the ballots are to be prepared for delivery to the central counting station.

c. If the ballots are to be counted by the central counting station, the manager must post notice at least 24 hours prior to reconvening the central counting station.  Section 1.006 does not apply.

d. A ballot transmittal form must be completed by the presiding judge of the ballot board.  The transmittal form will accompany the ballots qualified.

e. The manager must order a 2nd test to be conducted prior to the count.  The test must be successful.

f. Poll watchers are entitled to be present.

g. After the 2nd test is successful, the unofficial election results preserved by electronic means shall be loaded in the tabulating equipment.

h. The tabulation supervisor shall print a status report before the count is to begin.  This status report shall be compared with the report run on election night.  If the two status reports do not match, the electronic ballots must be counted by hand and the total manually added to the returns printed on election night.

i. If the status reports match, the tabulation supervisor may order the count to begin.  The precinct returns from these counts may be included with the original precinct counts.  The tabulation supervisor does not need to keep the precinct-by-precinct results of the late ballots separate from other early voted ballots.

j. Once the ballots have been counted, results shall be prepared in the regular manner.  The manager shall prepare a certification and attach it to the returns, then place both in envelope #1 to be delivered to the presiding officer of the canvassing board indicating that the results supersede any returns printed prior to the reconvening of the central counting station after election day.

k. After the results have been prepared, a successful 3rd test must be performed.

l. The results, ballots, and distribution of ballots and all records shall be made in the regular manner.

SOS_000465

## APPENDIX A

**This chapter will have examples of questions we see arise for a Signature Verification Committee and examples of situations.**

   **A.  Questions in regards to verifying signatures:**

   1.  Do signatures have to be identical?

   As part of the Signature Verification Committee their duty is to compare signatures, however we understand that the SVC are not handwriting experts. With that said it is at the discretion of the committee members to use their best judgment and to verify if these signatures are the same. The committee chair or committee members may request from the county clerk, election administrator, or voter registrar ahead of time signatures that are on file from the past six years. This may be provided electronically. The committee members must use their best judgement if the signatures match. The committee must decide by a majority vote that the signatures are of the same person, or not of the same person. The standard should be whether the two signatures could have been made by the same person.

   2.  When does the committee need to ask for copies of signatures within the past 6 years from the county clerk?

   There is nothing in the Election code that states when this may be done. The committee members may ask for these documents of voters signatures in advance as long as it is reasonable. We recommend that this may be done within ample time to allow for the clerk to prepare all these documents. Electronic copies of these documents may be sent to the committee. Only committee members can request this.

   3.  What is a majority vote?

   The Election Code does not state what constitutes as a majority of the SVC. Some counties will determine by the full committee, committee members present, or members of the subcommittees. Our recommendation is that the board comes to an agreement of what constitutes as a majority and that the committeee use that throughout the process.

   4.  May the SVC keep notes?

   The SVC may not disclose the results of the accepted and rejected ballots. With that, the committee may keep notes. Please keep in mind that these notes are subject to public information requests.

   5.  Are the carrier envelopes and applications public information?

   Yes. A copy of an application for a ballot to be voted by mail is not available for public inspection, except to the voter seeking to verify that the information pertaining to the voter is accurate, until the first business day after the election day of the earliest occurring election for which the application is submitted. Originals of the applications and carrier envelopes are not available for public inspection until those materials are delivered to the general custodian of election records after the election. [86.014]

35

SOS_000466

6. Does the SVC separate rejected and accepted ballots?

Yes. The SVC needs to separate the rejected and accepted ballots, because if the SVC has determined that the signatures are not those of the same person, the board may make a determination that the signatures are those of the same person by a majority vote of the board's membership. The EVBB **may not** determine whether a voter's signatures on the carrier envelope certificate and ballot application are those of the same person if the committee has determined that the signatures are those of the same person by the SVC.  [87.027(j)]

7. When is the earliest the SVC can meet?

The first day the SVC can meet is 20 days before the Election. For November 3 of 2020, the earliest the SVC may meet is October 14, 2020. There is no county population requirement for meeting 20 days before Election Day.

8. Is there a limit on how many times the SVC may meet?

No. There is no limit on the times the SVC may meet. The clerk shall post notice of the time of each delivery. The notice must remain posted continuously for at least two days before the date of the delivery. [87.027(h)] Postings required by this section shall be made on the bulletin board used for posting notice of meetings of the commissioners court, in an election for which the county election board is established or a primary election, or of the governing body of the political subdivision in other elections. [87.027(k)] The SVC may meet after Election Day to verify signatures of late ballots, however that is to the discretion of the Early Voting Clerk.

9. May a vacancy be filled if the SVC has conveyed?

Yes. A vacancy on the committee shall be filled by appointment from the original list or from a new list submitted by the appropriate county chair. [87.027(d)]

SOS_000467

---

**SITUATION 1:**
**Voter's Signature does not Match**

---

1. As part of the Signature Verification Committee their duty is to compare signatures, however we understand that the SVC are not handwriting experts. With that said it is at the discretion of the committee members to use their best judgment and to verify if these signatures are the same. The committee chair or committee members may request from the county clerk, election administrator,  or voter registrar ahead of time signatures that are on file from the past six years. This may be provided electronically. The committee members must use their best judgement if the signatures match. The committee must decide by a majority vote that the signatures are of the same person, or not of the same person. The standard should be whether the two signatures could have been made by the same person.

2. A majority vote must be decided by the committee members. For example if there are 5 members you may decide 3 out 5 is a majority, or 4 out of 5. Once decided, the committee needs to be consist with that process. If you have subcommittees they must consist of at least two members each with the chair as the deciding vote.

3. If committee members are unsure whether a signature is that of the voter or not, they should put those aside. The committee may decide if all members will need to look at it as a whole or let the subcommittee's decide amongst themselves. If the committee is unsure of certain signatures, they may request from the county clerk, election administrator or voter registrar copies of signatures that are on file from the past six years.

4. A rejected signature must be decided by a majority vote. If there are subcommittees, the committee needs to decide whether the subcommittees may make a majority vote with the chair as the tie breaker if needed, or if they must put those potential rejected ballots aside and decide as whole which ones should be rejected by a majority.

5. Even if unsure the committee must make a decision whether to accept or reject a signature.

6. If the signature is rejected, the committee must place and separate the rejected and accepted carrier envelopes.

7. Once the committee has accepted and rejected all carrier envelopes, the committee has no authority to review the signatures again once delivered to the general custodian of the election.

---

**SITUATION 2:**
**Voter's Signature is not on the Signature Line for the Carrier Envelope**

---

1. If a voter's signature does not appear on the signature line also known as the certificate of the carrier envelope, but is located elsewhere on the envelope, then the signature is valid. As long as the signature is somewhere on the envelope, then the signature would be valid.

2. What if the carrier envelope is signed by a witness? If the carrier envelope is witnessed, then there would be no signature the committee would compare to. However, that does not invalidate the signature. A carrier envelope may be witnessed, as long as the portion is completed correctly.

SOS_000468

3. What if the ABBM is signed by the voter, but their carrier envelope is witnessed? A voter may complete their ABBM and then have their carrier envelope witnessed. An example of this would be if a person breaks their hand (or an injury that would prevent them from signing) after they submit their ABBM, the voter may have a person witness their carrier envelope. The answer would be the same if a person has someone witness their ABBM, however they signed their carrier envelope. This does not invalidate the signature, as long as the witness portion is completed correctly.

4. What if the signature that is signed by the witness on the carrier envelope and the application for ballot by mail do not match? A voter may have someone witness their application for ballot by mail and their carrier envelope. The voter does not have to use the same witness. As long as the witness has included the print of the person that cannot sign, affix their own signature to the document, print their own name, state their residence address or official title, if election officer. The only time a witness may not fill out their information would be if the witness is a relative within the 2nd degree by affinity or 3rd degree by consanguinity OR witness was physically living in the same dwelling as the voter at the time of witnessing the carrier, Sec. 85.0051(a),(e). If the witness fits under one of these categories, then they would need to include that on the carrier.

---

**SITUATION 3:**
**Committee did not Separate Rejected and Accepted Ballots**

---

1. If the committee does not separate the rejected and accepted carrier envelopes, do they have to start all over? No. If the committee cannot determine what carrier envelopes were accepted and rejected, then they would pass all carrier envelopes to the EVBB. There is nothing in the election code that states the SVC may review all carrier envelopes again. However, the EVBB has authority to review rejected signatures and overturn rejected decisions made by the SVC. [87.027(j)] Therefore, our office recommends that since the EVBB has the authority to review rejected signatures by the SVC that the carrier envelopes be forwarded to the EVBB to review. The SVC may still continue to verify signatures after this.

2. Our office recommends that the SVC comes up with a checklist of (1) what a majority is (2) how the committee will accept and reject signatures (3) how the committee will separate rejected and accepted signatures (4) whether the committee will choose to verify signatures electronically or paper, (5) how the committee will verify signatures if they choose to verify by electronic or paper (6) if using electronic verification, then have a number to call if a technical error occurs (7) if there are any signatures that are questionable, know where to separate them (8) know who is going to sign off on the ballot box for delivery to the general custodian of election and (9) set up a time to deliver the box to the custodian of election.

<div style="border:1px solid">

**SITUATION 4:**
**Creating a Subcommittee**

</div>

1. If more than 12 members are appointed to serve on the signature verification committee, the early voting clerk may designate two or more subcommittees of not less than six members. If subcommittees have been designated, a determination under Subsection (i) of TEC is made by a majority of the subcommittee. [87.027(l)]

2. If the SVC has less than 12 members you still may have a subcommittee. Please keep in mind that the subcommittees need to be even. If there is an election where party alignment is indicated on the ballot, you should take that into consideration when making subcommittees. If possible, try to have different party alignment in each subcommittee. This should be done amongst the committee and before the committee begins verifying signatures. Whatever process is decided should be used throughout the whole verification process.

3. If a subcommittee is created the chair should be the tie breaker, therefore the chair should not be part of a subcommittee.

4. If there are subcommittees, the full signature verification committee needs to decide whether the subcommittees have authority to accept or reject ballots using a majority vote of the subcommittee members. Alternative, the whole committee could decide to give the subcommittee only authority to accept ballots and set aside rejected ballots and decide as whole which ones should be rejected by a majority.

SOS_000470

APPX-000099

# APPENDIX B

**This appendix will have examples of questions we see arise for an Early Voting Ballot Board and examples of common situations.**

1. **Our entity doesn't have any ballots by mail, do we have to have a ballot board?**

   Yes. All entities must have a ballot board. An early voting ballot board shall be created in each election to process early voting results and provisional ballots from the territory served by the early voting clerk. [87.001] You must always appoint a ballot board because you will not know until Election Day whether there will be provisional ballots that need to be reviewed by the EVBB

2. **May the deputy early voting clerks or election day workers serve on the ballot board?**

   This depends. Our office advises that a deputy early voting clerk may not serve on the EVBB. Duties conflict in scope and time for performance. An election day officer may serve on the EVBB. Please keep in mind that both duties may not be done at the same time.

3. **May the early ballot board members serve on the signature verification committee?**

   Not recommended. Since the ballot board members may override a rejected signature decision by the committee, a ballot board member should not serve on the signature verification committee. [87.027]

4. **Do members from the ballot board have to be from different parties?**

   Yes. The same number of members must be appointed from each list provided by political parties with party affiliation on the ballot. This includes all parties that have nominees on the general election ballot including the Libertarians and Green Party.

5. **What if our county does not have a chair from one of the political parties, what do we do?**

   The party first needs to fill the vacancy of the party chair. Then the chair would be able to provide a list of names. If there is no vacancy filed then the Presiding Judge or County Election Board whichever is applicable should appoint members.

6. **If the EVBB is verifying signatures and not the SVC, when does the board need to ask for copies of signatures within the past 6 years from the county clerk?**

   There is nothing in the Election code that states when this may be done. The board members may ask for these documents of voters signatures in advance as long as it is reasonable. We recommend that this may be done within ample time to allow for the clerk to prepare all these documents. Electronic copies of these documents may be sent to the board.

7. **What is a majority vote?**

SOS_000471

The Election Code does not state what constitutes as a majority of the EVBB. Some counties will determine by the full board membership, board members present, or members of the subcommittees. Our recommendation is that the board comes to an agreement of what constitutes as a majority and that the board use that throughout the process.

**8. May the EVBB keep notes?**

The EVBB may not disclose the results of the accepted and rejected ballots. With that, the board may keep notes. Please keep in mind that these notes are subject to public information requests.

**9. Are the carrier envelopes and applications public information?**

Yes. A copy of an application for a ballot to be voted by mail is not available for public inspection, except to the voter seeking to verify that the information pertaining to the voter is accurate, until the first business day after the election day of the earliest occurring election for which the application is submitted. Originals of the applications and carrier envelopes are not available for public inspection until those materials are delivered to the general custodian of election records after the election. [86.014]

**10. Does the EVBB separate rejected and accepted ballots?**

Yes. The EVBB needs to separate the rejected and accepted ballots. If the board did not separate rejected and accepted ballots and cannot determine which ones were accepted or rejected, the board will need to start the process over as they have the authority to do so.

**11. When is the earliest the EVBB can meet?**

This depends on the population of the county. This is the same rule if your entity is in a county with this population and conducting an election jointly. Counties with a population of less than 100,000 may convene at the end of Early Voting by Personal Appearance (3rd day before). Ballots may not be counted until after the polls open on election day. Counties with a population of 100,000 or more may convene on the 8th day before the last day of the period of early voting (12th day before). EVBB may deliver ballots to the central counting station for early counting after the end of the early voting period. Results may not be released until the close of polls on election day.

| | Regular Ballots by Mail | Late Ballots from Outside the US | Provisional Ballots *All Late Ballots* |
|---|---|---|---|
| **Counties** with a population of <u>less</u> than 100,000 | After the end of Early Voting by Personal Appearance (3rd day before) | *Final meeting no earlier than 6th day after election day | **Final meeting no later than the 9th day after election (13th in Nov. 2020). |
| **Counties** with a population of 100,000 or <u>more</u> | The 8th day before the end of early voting (12th day before) | *Final meeting no earlier than 6th day after election day | **Final meeting no later than the 9th day after election (13th in Nov. 2020). |

41

SOS_000472

**12. Is there a limit on how many times the EVBB may meet?**

No. There is no limit on the times the EVBB may meet. The clerk shall post notice each time the ballot board convenes. The clerk shall also post notice of delivery of ballots each time. The notice must remain posted 24 hours before delivery. The prescribed SOS form is AW6-6 (Mail ballots only) & AW6-7 (Mail and paper balloting materials). This notice must be posted at the main early voting polling place at least 24 hours prior to first delivery of ballots. [87.0222] In general elections for state and county officers, the county clerk/elections administrator must notify each county chair at least 24 hours of each delivery.

**13. May a vacancy be filled if EVBB has conveyed?**

Yes. A vacancy on the board shall be filled by appointment such as a vacancy for a presiding judge/alternate judge on Election Day. [32.007]

SOS_000473

APPX-000102

---

**SITUATION 1:**
**Two Ballots in One Carrier Envelope**

---

**1. If you receive an envelope or package with two or more carrier envelopes from individuals registered at the same address inside may you accept the ballots?**

This depends. If you receive an envelope or package with two carrier envelopes from individuals registered at the same address inside and the carrier envelopes are separated (meaning two different carrier envelopes with two different ballots), then you may accept the ballots pending any other qualifications. If you receive an envelope or package with two or more carrier envelopes from individuals registered at the same address inside and the carrier envelopes are not separated (meaning two or more ballots are in one carrier), then you may not accept both ballots and they would be rejected. This scenario is often found when a couple mails both their ballots in the same carrier envelope.

---

**SITUATION 2:**
**Carrier Envelope Witness/Assistant Portion Filled out Incorrectly**

---

**1. If you receive a carrier envelope with the witness/assistant portion filled out incorrectly, do you accept it?**

No. The Witness/Assistance portion must be filled out correctly.

3. If the Early Voting Clerk receives a timely carrier envelope that does not fully comply with the applicable requirements prescribed by this title, the clerk may deliver the carrier envelope in person or by mail to the voter and may receive, before the deadline, the corrected carrier envelope from the voter, or the clerk may notify the voter of the defect by telephone and advise the voter that the voter may come to the clerk's office in person to correct the defect or cancel the voter's application to vote by mail and vote on election day. If the early voting clerk chooses to do this with one voter, this must be applied uniformly to all carrier envelopes. A poll watcher is entitled to observe the procedures if this is done. This procedure may be used if the early voting clerk can determine that two carrier envelopes are in one

APPX-000103

SOS_000474

---

**SITUATION 3:**
**Wrong Ballot in Wrong Carrier Envelope Delivered to Board**

---

These different scenarios are for a Primary/May Uniform Date Election. In the situations below this is where the county has contracted with local entities to serve as the local entities' early voting clerk, there is a concern that voters will return both ballots in a single carrier envelope.

**Scenario 1:**

The early voting ballot board ("EVBB") for the May 2, 2020 election is meeting to count ballots. They open a ballot secrecy envelope and there is a primary runoff ballot inside. As the ballot secrecy envelope would have been separated from the carrier envelope, there would be no way to determine which voter's ballot this is.

**Procedure for 1:**

This ballot cannot be counted nor retained in a carrier envelope to be forwarded to the EVBB for the runoff primary election. We suggest that the EVBB presiding judge make a notation on the ballot to explain the situation and why the ballot was not counted. The ballot should be stored in the envelope that contains the other rejected ballots (which will still be in their carrier envelopes). See Texas Election Code Section 87.043. Unfortunately, as there is no way to know which voter submitted this ballot, no notice of rejection can be sent to the voter. We note that there is no authority in the Texas Election Code ("the Code") to store a voted ballot outside of the jacket or carrier envelope. Additionally, while the EVBB qualified the voter's ballot with respect to the May 2, 2020 election, the EVBB did not qualify the ballot with respect to the runoff primary. The May 2, 2020 EVBB board does not have the authority to qualify a ballot for the runoff primary.

**Scenario 2a:**

The EVBB for the May 2, 2020 election reviews a carrier envelope (that is marked to show it is a carrier for the May 2, 2020 election) and determines it will accept the ballot. The EVBB proceeds to open the carrier envelope to remove the ballot secrecy envelope, but the ballot is not in a secrecy envelope. The EVBB is able to immediately determine that the ballot inside the carrier is a primary runoff ballot. In this scenario, the ballot is tied to a particular voter as the carrier envelope is still effectively with the ballot.

**Procedure for 2a:**

We recommend that the EVBB immediately put the ballot back in the carrier envelope and seal the envelope. The EVBB should deliver the carrier envelope to the early voting clerk, who should then place the carrier envelope in the jacket envelope for that voter for the primary runoff, ready to be forwarded to the EVBB for that election at the appropriate time. We also suggest that the presiding judge of the EVBB write a memo to detail what occurred, what actions were taken, and the date those actions were taken. The presiding judge and at least one other member of the EVBB should sign off on the memo. A copy of the memo should be placed in the voter's May 2, 2020 jacket envelope and a copy provided to the early voting clerk for placement in the voter's primary runoff jacket envelope. When the EVBB for the primary runoff election convenes and sees a carrier envelope for the May 2, 2020 election in the jacket envelope for the primary runoff, the memo will serve to inform that EVBB of what has occurred.

**Scenario 2b:**

As a corollary to scenario 2a, as the voter's May 2, 2020 carrier envelope contained the primary runoff ballot, it is possible that the primary runoff carrier contains the May 2, 2020 ballot. Can the early voting clerk take the runoff primary carrier and provide it to the May 2, 2020 EVBB for processing?

**Procedure for Scenario 2b**:

As we can identify the voter under these scenarios, and hopefully contact the voter, the chain of custody can be well established. Regarding the carrier envelope for the runoff, which presumably contains the May 2, 2020 entity ballot, we suggest that the early voting clerk call the voter (if possible) to see if voter can confirm that the May 2, 2020 ballot is probably in the runoff carrier envelope. If the voter confirms that s/he believes the ballot in the primary runoff carrier envelope is in fact the May 2, 2020 ballot (or if the early voting clerk is unable to reach voter), the early voting clerk may forward that carrier envelope to the May 2, 2020 election EVBB to process as normal, if able to do so in a timely manner. We do not recommend that the early voting clerk open the carrier envelope, with or without the voter's permission, to determine whether the carrier actually contains the May 2, 2020 ballot. Only the EVBB should be opening this carrier envelope, once the EVBB has determined that the carrier envelope was properly processed (signature comparison completed, voter eligibility determined, etc.). We do suggest that the early voting clerk write a memo to detail what occurred, what actions were taken, and the date those actions were taken, and place a copy of the memo in the voter's May 2, 2020 jacket envelope. Another copy should be placed in the voter's primary runoff jacket envelope.

**Scenario 3a:**

The EVBB for the May 2, 2020 election qualifies the carrier envelope and finds two ballots, each inside a separate ballot secrecy envelope or neither ballot in a ballot secrecy envelope.

**Procedure for Scenario 3a:**

We feel that under this limited circumstance, the EVBB may open the ballot secrecy envelopes, if used by the voter. (The EVBB has the discretion to open a ballot secrecy envelope in limited circumstances. For example, to see if there is a statement of residence included in the secrecy envelope rather than the carrier envelope. It is also not a requirement for a ballot to be in the secrecy envelope.) If one of the ballots is for the May 2, 2020 election and one is for the primary runoff election, the May 2, 2020 ballot may be counted. The primary runoff ballot cannot be counted. There is no authority for the EVBB to, for example, copy the carrier envelope for the May 2, 2020 election and place the runoff ballot back in the carrier envelope for forwarding to the primary runoff EVBB (as in scenario 2b, above). We suggest that the presiding judge of the EVBB makes a notation on the primary runoff ballot to explain the situation and why the ballot was not counted. The primary runoff ballot should be stored in the envelope that contains the rejected ballots (which will still be in their carrier envelopes). See Section 87.043. We recommend sending this voter a rejection letter, even though this EVBB is not the proper ballot board for the May 26, 2020 primary runoff ballot. As above, we recommend that a memo be written and signed by the EVBB presiding judge to detail actions taken. A copy of the memo should be placed in the voter's May 2, 2020 jacket envelope and a copy provided to the early voting clerk for placement in the voter's primary runoff jacket envelope.

SOS_000476

**Scenario 3b:**

The EVBB for the May 2, 2020 election qualifies the carrier envelope, later discovers that the ballot secrecy envelope contains both a May 2, 2020 ballot and a primary runoff ballot.

**Procedure for 3b:**

As in 3a, the May 2, 2020 ballot may be counted, but the May 26, 2020 primary runoff ballot cannot. No notice can be sent to the voter as the identity of the voter cannot be determined by the time the error (2 ballots in one secrecy envelope) is discovered. Again, we suggest that the presiding judge of the EVBB make a notation on the rejected primary runoff ballot and store it with the rejected May 2, 2020 ballots.

---

**SITUTATION 4:**
**Voters Mailing Address on ABBM is Different than Voter Registration Address on File**

---

1. If the grounds for voting by mail is either being 65 or over, or disability, and the applicant has not provided his or her official mailing address as shown on the list of registered voters as the address for mailing his or her ballot, the address provided must be that of a hospital, nursing home, other long term care facility, retirement center, or the address of a relative within the second degree of affinity or third degree of consanguinity with whom the applicant is living.  If this information was not provided on the Application for Ballot by Mail, the ballot should be rejected per Section 87.041 of the Code.

SOS_000477

# Exhibit 5

| From: | Elections Internet |
|---|---|
| To: | Elections Internet |
| Subject: | MASS EMAIL ADVISORY (CC/EA- 660)- 2020-07 - Ballot By Mail Reminders |
| Date: | Wednesday, February 12, 2020 8:11:22 AM |
| Attachments: | image001.png |
| | ADV2020-07 - Ballot by Mail Reminders.pdf |
| | 5-42 - Notice of Rejected Ballot (rev02.2020).pdf |
| Sensitivity: | Personal |

Dear Election Officials,

Our office has issued Advisory 2020-07 – Ballot by Mail Reminders. In addition to this advisory, we have also released a revised version of our Notice of Rejected Ballot. Both the advisory and the revised form have been posted to our website. I've also attached them to this email for your convenience.

This advisory and other resources are located on our Conducting Elections pages.

**Christina Worrell Adkins**

Legal Director – Elections Division

Office of the Texas Secretary of State

1019 Brazos Street | Rudder Building, 2nd Floor | Austin, Texas 78701

1.800.252.VOTE (8683)

elections@sos.texas.gov | www.sos.texas.gov

**For Voter Related Information, please visit:**



*The information contained in this email is intended to provide advice and assistance in election matters per §31.004 of the Texas Election Code. It is not intended to serve as a legal opinion for any matter. Please review the law yourself, and consult with an attorney when your legal rights are involved.*

# The State of Texas



Elections Division
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.texas.gov

Phone: 512-463-5650
Fax: 512-475-2811
Dial 7-1-1 For Relay Services
(800) 252-VOTE (8683)

**Ruth R. Hughs**
Secretary of State

## ELECTION ADVISORY
### No. 2020-07

**TO:**      County Clerks/Elections Administrators

**FROM:**    Keith Ingram, Director of Elections

**DATE:**    February 11, 2020

**RE:**      Ballot by Mail Reminders

The purpose of this advisory is to remind county election officials of certain steps that must be taken with respect to the processing and rejection of mail ballots.

**Timing of Processing Mail Ballots**

Pursuant to Section 87.0241 of the Texas Election Code, the early voting ballot board may determine whether to accept early voting ballots voted by mail at any time after the ballots are delivered to the board. (Sec. 87.0241(a)). The early voting ballot board may begin to count early voting ballots (1) when the polls open on election day; or (2) at the end of the early voting period, in the case of an election conducted by an authority of a county with a population of 100,000 or more or an election conducted jointly with such a county. (Sec. 87.0241(b)).

**Notice of Rejected Ballot**

Section 87.0431 of the Texas Election Code outlines certain requirements for providing a voter with notice of a rejected mail ballot. If the early voting ballot board rejects a voter's ballot, the presiding judge of the early voting ballot board must notify the voter in writing of the reason for the rejection. This notice must be sent to the voter, at the residence address listed on the ballot by mail application, no later than the 10th day after election day. However, **our office recommends mailing notices of rejected ballots to affected voters as soon as possible**. For voters who requested a mail ballot with a Federal Postcard Application (FPCA), and receive their balloting materials via e-mail, the presiding judge shall also provide notice of the rejected ballot to the e-mail address to which the ballot was sent.

In accordance with Section 87.0431, the Secretary of State has prescribed a form for this purpose (Notice of Rejected Ballot, AW5-42). We are issuing a revised version of the Notice of Rejected Ballot along with this advisory. The revised notice includes an additional sentence advising the voter: "If you believe that your mail ballot was rejected in error, please contact your early voting clerk to determine what remedies may be available to you."

Page 2

**Resolution of Incorrect Determination by Early Voting Ballot Board**

As a reminder, if a county election officer determines that a ballot was incorrectly rejected or accepted by the early voting ballot board before the time set for convening the canvassing authority, the county election officer may petition a district court for injunctive or other relief as the court determines appropriate.  (Sec. 87.127(a)).

In an election ordered by the governor or the county judge, the county election officer must confer with and establish the agreement of the county chair of each political party before petitioning the district court. (Sec. 87.127(b)).

Please contact us at 1-800-252-VOTE (8683) or at elections@sos.texas.gov if you have any questions.

KI:CA

AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
2/2020

# NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the _____Election was rejected by the early voting ballot board and was not counted.  If you believe that your mail ballot was rejected in error, please contact your early voting clerk to determine what remedies may be available to you.

Name of Voter _____
VUID Number_____

Reason for Rejection: (Check As Appropriate)

_____   1)   Certificate on carrier envelope was not properly executed.
_____ You failed to sign your signature or make your mark.
_____ The witness failed to indicate on the envelope that you could not make a mark.
_____ The assistant or witness failed to print their name.
_____ The assistant or witness failed to sign their name.
_____ The residence address of the assistant or witness was not given.

_____   2)   It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

_____   3)   Application for ballot by mail did not state a legal ground for voting by mail.

_____   4)   Voter registration records indicated you did not have an effective registration for this election.

_____   5)   Address to which ballot was mailed was not outside the county.  Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

_____   6)   The residence address on the statement of residence is not located in the political subdivision conducting the election.

_____   7)   The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence.  Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected.

_____   8)   The statement of residence was not included in the carrier envelope.

_____   9)   No identification was included with your mail ballot.

_____   10)  Other:_____

_____
Signature of Early Voting Ballot Board Judge


_____
Date

SOS_000740

AW5-42
Requerido por la Secretaría de Estado
Sección 87.0431, Código Electoral de Texas
2/2020

## AVISO DE BOLETA RECHAZADA

Esto sirve como aviso de que su boleta para la Elección _____ fue rechazada por la Junta de Votación Anticipada y no fue contada. Si cree que su boleta por correo fue rechazada por error, comuníquese con su secretario de votación anticipada para determinar qué remedios pueden estar disponibles para usted.

Nombre del votante _____

VUID (número único de identificación de votante) _____

La razón del rechazo fue (a continuación indique las razones):

_____ 1) La constancia que aparece en el sobre de envío no se ejecutó en forma apropiada.
_____ Le falta su firma o marca.
_____ El testigo no anotó en el sobre que Ud. no podía hacer su marca.
_____ El asistente o testigo no imprimió su nombre.
_____ El asistente o testigo no firmó su nombre.
_____ No se dio la dirección de residencia del asistente o testigo.

_____ 2) Se determinó que la firma en la solicitud de boleta postal y el sobre de envío no estaba firmada por la misma persona.

_____ 3) La solicitud de boleta postal no estableció un fundamento legal para votar por correo.

_____ 4) Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante.

_____ 5) La dirección a la cual se envió la boleta no está ubicada fuera de este condado. Votar por anticipado por correo debido a la ausencia esperada del condado requiere que los materiales de votación sean enviados por correo a una dirección fuera del condado.

_____ 6) La dirección de residencia indicada en la declaración de residencia no se encuentra en la subdivisión política que lleva a cabo la elección.

_____ 7) La dirección postal indicada en la solicitud de boleta postal no coincidía con su dirección de registro de votante ni con la dirección postal incluida en su declaración de residencia. Dado que no indicó en su solicitud de boleta postal que estaba teniendo su boleta enviada por correo a un hospital, centro de jubilación, centro de cuidado a largo plazo, hogar de ancianos, cárcel o un pariente, su boleta fue rechazada.

_____ 8) La declaración de residencia no vino incluida en el sobre de envío.

_____ 9) No incluyó ninguna identificación con su boleta por correo.

_____ 10) Otra: _____

_____
Firma del Juez de la Junta de Votación Anticipada

_____
Fecha

# Exhibit 6

APPX-000113

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.    DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

## Application for Ballot by Mail

Prescribed by the Office of the Secretary of State of Texas
A5-15 12/17

For Official Use Only
VUID #, County Election Precinct #,
Statement of Residence, etc.

**1** | Last Name (Please print information) | Suffix (Jr., Sr., III, etc) | First Name | Middle Initial

**2** | Residence Address: See back of this application for instructions. | City | ,TX | ZIP Code

**3** | Mail my ballot to: If mailing address differs from residence address, please complete Box # 7. | City | State | ZIP Code

**4** | Date of Birth (mm/dd/yyyy) (Optional) | Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has ques ions.

**5** Reason for Voting by Mail:
- [ ] 65 years of age or older. **(Complete Box #6a)**
- [ ] Disability. **(Complete Box #6a)**
- [ ] Expected absence from the county. **(Complete Box #6b and Box #8)** You will receive a ballot for he upcoming election **only**
- [ ] Confinement in jail. **(Complete Box #6b)** You will receive a ballot for he upcoming election **only**

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
- [ ] Mailing Address as listed on my voter registration certificate
- [ ] Nursing home, assisted living facility, or long term care facility
- [ ] Hospital
- [ ] Retirement Center
- [ ] Address of the jail
- [ ] Relative; relationship _____
- [ ] Address outside the county (see Box #8)

**6a** ONLY VOTERS 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in he calendar year, select "Annual Application."
- [ ] Annual Application

Uniform and Other Elections:
- [ ] May Election
- [ ] November Election
- [ ] Other ___

Primary Elections:
You must declare one political party to vote in a primary:
- [ ] Democratic Primary
- [ ] Republican Primary
- [ ] Any Resulting Runoff

**8** If you selected "expected absence from the county," see reverse for instructions

Date you can begin to receive mail at this address — Date of return to residence address

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:

_____ (early voting clerk's e-mail address)    _____ (early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**6b** ONLY VOTERS Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
- [ ] May Election
- [ ] November Election
- [ ] Other _____

Primary Elections:
You must declare one political party to vote in a primary:
- [ ] Democratic Primary
- [ ] Republican Primary
- [ ] Any Resulting Runoff

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X _____ Date

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

**If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.**

**11** See back for Witness and Assistant definitions.

If applicant is unable to mark Box #10 and you are acting as a **Witness** to that fact, please check this box and sign below. [ ]

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an **Assistant** and sign below. [ ]

★If you are ac ing as Witness **and** Assistant, please check **both boxes**. Failure to complete this informa ion is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing he application.

X _____
Signature of Witness /Assistant

X _____
Printed Name of Witness/Assistant

Street Address    Apt Number (if applicable)

City

State

ZIP Code

**Witness' Relationship to Applicant**
(Refer to Instructions on back for clarification)

*Este formulario está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaria de Votación por Adelantado.*

DO NOT REMOVE PERFORATED TABS. Moisten tab and fold top to bottom to seal.

FROM: _____

_____

**AFFIX FIRST CLASS POSTAGE**

**AFFIX LABEL HERE OR ADDRESS**

**TO:   EARLY VOTING CLERK**

_____

OFFICIAL ELECTION MAIL
*Authorized by the U.S. Postal Service*

## Instructions for Application for Application for Ballot by Mail

**Residence Address** - Give full address as shown on your voter registration certificate. If you have moved within the county but not yet changed your voter registration address with the voter registrar, indicate your new residence address.

**Mail Ballot To** - Give full address where you wish to have ballot mailed, if the address is different from your residence address.

**Mailing Ballot to a Different Address** - Your ballot must be mailed to your home where you live or to your mailing address on your voter registration certificate. There are some exceptions that allow you to have your ballot mailed to a different location as specified below.

| Reason for voting by mail | Location to mail ballot |
|---|---|
| 65 or disabled | Nursing home, assisted living/retirement center, relative, hospital |
| In jail | Address of jail or relative |
| Absent from county | Address located outside of county |

**Expected Absence from County** - If you chose expected absence from county, you must expect to be absent from the county on election day and during the hours of early voting in person or for the remainder of the early voting period after you submit your application. **Your ballot must be mailed to an address outside the county.** Important: Give date you can begin to receive mail at the address given.

**Annual Application** - If you are 65 years of age or older, or disabled you may apply to receive all ballots by mail for a calendar year. If you do not select any elect ions in Box 6a, your application will be considered an Annual Application. If you submit an annual application for a ballot by mail, your application may be forwarded to other entities holding elec ions where you are a qualified voter. This means that you may receive a ballot for those elections in addition to the ballot(s) you requested with this application.

### Submitting Application

1. Sign and date your application - If unable to sign, please go to Witness/A ddress boxes (11 on reverse) and have a person witness your mark. Witness/Assistant instructions follow below.

2. **Deliver to Early Voting Clerk** - You may submit your application via these methods:

In Person: Only the applicant may submit their applica ion in person to the Early Voting Clerk until the early voting period begins. However, after the early voting period begins for an elec ion, the applicant may only submit their application via mail, common contract carrier, fax, or e-mail.

By Mail: You may mail your application via the U.S. Postal Service.

By Common Contract Carrier: You may submit via a common or contract carrier which is a bona fide, for profit carrier.

By Fax: You may fax your application to the Early Voting Clerk. Please contact your Early Voting Clerk or the Secretary of State's Office for fax numbers.

By E-Mail: You may e-mail a signed, scanned image of your application to he Early Voting Clerk. Please contact your Early Voting Clerk or the Secretary of State's Office for e-mail addresses.

**IF YOU FAX OR E-MAIL YOUR APPLICATION TO THE EARLY VOTING CLERK, YOU MUST ALSO MAIL THE APPLICATION SO THAT THE CLERK RECEIVES IT NO LATER THAN THE FOURTH BUSINESS DAY AFTER THE DAY THE CLERK RECEIVED YOUR FAXED OR EMAILED APPLICATION. If you fax or e-mail your application by the deadline noted below, your application will be considered complete and timely as long as the original is received by the early voting clerk by the fourth business day after it was submitted by fax or e-mail.**

### Deadline

Your application must be received by the early voting clerk of the local entity conducting the election not later than the 11th day before election day. If the 11th day is a weekend or holiday, the deadline is the first preceding business day. You may submit an application throughout the calendar year, beginning January 1. Please remember that the applica ion must be received not later than the 11th day before the first election in which you seek to vote by mail.

If you submit an Annual Applica ion for Ballot by Mail within 60 days before an election that takes place in the following calendar year, your application will be valid for any election that takes place in the following calendar year, regardless of the fact that your applica ion was submitted prior to the end of the preceding calendar year. This applies to Annual Applications only and not to a regular application for ballot by mail.

### Witness/Assistant Section

**Witness:** If you are unable to sign your name (due to a physical disability or illiteracy), the application may be signed at Box #11 for you by a Witness. You must affix your mark to the application in Box #10 or, if you are unable to make a mark, then the Witness must check the appropriate box in 11 indicating the inability to make a mark. The Witness must state his/her name in printed form and indicate his/her relationship to you or, if unrelated, state that fact. The Witness must sign and provide his or her printed name and residence address. Unless the Witness is a close relative of the voter (parent, grandparent, spouse, child or sibling), it is a Class B misdemeanor for a person to witness more than one applica ion for ballot by mail.

**Assistant:** If a person (other than a close relative or person registered to vote at the same address) assists you in completing this application in your presence or mails/faxes/e-mails this application on your behalf, then that person must complete Box #11. The Assistant must sign, provide his or her printed name, and his or her residence address. A person commits a Class A misdemeanor if the person provides assistance without providing the information described above unless a close relative or registered at your address.

**If you have further questions or need additional assistance, please contact your Early Voting Clerk or The Secretary of State's office at 1-800-252-8683 or www.sos.state.tx.us.**

Print     Reset

# Exhibit 7

# The State of Texas



Elections Division
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.state.tx.us

Phone: 512-463-5650
Fax: 512-475-2811
Dial 7-1-1 For Relay Services
(800) 252-VOTE (8683)

## Ruth R. Hughs
### Secretary of State

Dear Voter:

Thank you for choosing to exercise your right to vote by mail. When you vote by mail, you may take the following steps to protect your ballot and your vote.

1. **Know your rights as a voter:** You have the right to vote for the candidates of your choice. You have the right to mark your own ballot or to receive assistance with reading or marking your ballot from a person you know and trust. Your vote is secret. If a person assists you with reading or marking your ballot, it is a crime for that person to reveal how or for whom you voted.

2. **Be careful about assistance:** No one should help you with your ballot, unless you cannot read the language written on the ballot or unless you have a disability that makes you unable to write or to see. If one of these conditions applies to you, we recommend that you ask a family member or trusted friend for assistance with your ballot. The person assisting you must mark your ballot according to your instruction and **cannot suggest how you should vote**. The assistant must place his or her name, address, and signature on the carrier envelope.

3. **Mail your own ballot:** If you can't mail your own ballot, give your ballot to a family member or trusted friend to mail for you. Do not accept offers from strangers to mail your ballot.  Unless an exception applies, a ballot postmarked by Election Day (Saturday, May 2, 2020) must be received by the early voting clerk no later than **5:00 pm on Monday, May 4, 2020**.  If there is no postmark, the early voting clerk must receive these ballots by **7:00 pm on Election Day**.

   **Exceptions**: Ballots sent by **non-military and any military voters** casting ballots from **outside of the United States**, who submitted a regular state application for a ballot by mail (not a Federal Postcard Application) **AND** whose ballots are postmarked by 7:00 pm on Election Day must be received by the early voting clerk no later than **Thursday, May 7, 2020.**  Ballots submitted by military voters and their dependents who submitted a Federal Postcard Application must be received by the early voting clerk no later than **Friday, May 8, 2020; no** postmark is necessary on this category of ballots.

**NOTE:** You may have received ballots and balloting materials from more than one political subdivision. If so, please be very sure to check the name of the election on the top of the ballot before you seal it in the ballot secrecy envelope, and match it to the name of the election that appears on the bottom, right side of the back of the carrier envelope, to make sure that you are returning each ballot in the correct carrier envelope for that ballot. This will ensure that each ballot is delivered to the proper early voting clerk.  **DO NOT** put more than one ballot in the carrier envelope.

**If anyone attempts to pressure or intimidate you, we urge you to report this to your county election office, your district attorney, or our office at 1-800-252-VOTE (8683).**

Early voting in person begins April 20, 2020 and continues through April 28, 2020. Election Day is May 2, 2020. You may contact your county election office for the locations and hours of operation for your early voting sites. If you change your mind about voting by mail and would prefer to vote in person, you must take your mail ballot with you and cancel it at the polling place. You may then vote in person, either during the early voting period or on Election Day.

Sincerely,

Ruth R. Hughs
Secretary of State

# Exhibit 8



COVID-19 - As recommended precautions continue to increase for COVID-19, the James E. Rudder Building will be closed to visitors and customers beginning Wednesday, March 18, 2020. The Office of the Secretary of State is committed to continuing to provide services to ensure business and public filings remain available 24/7 through our online business service, SOSDirect or use the new SOSUpload. Thank you in advance for your patience during this difficult time. Information on Testing Sites is now available.

X

Note - Navigational menus along with other non-content related elements have been removed for your convenience. Thank you for visiting us online.

# Application for a Ballot by Mail

To be eligible to vote early by mail in Texas, you must:

- be 65 years or older;
- be disabled;
- be out of the county on election day and during the period for early voting by personal appearance; or
- be confined in jail, but otherwise eligible.

**Instructions for submitting an Application for Ballot by Mail ("ABBM"):**

1. Print (PDF) the ABBM form

2. OR submit an order online and an ABBM will be mailed to you.

3. Complete Sections 1 through 8.

4. Sign and Date Section 10.

5. If you were unable to sign the application and someone witnessed your signature, that person must complete Section 11.

6. If someone helped you complete the application or mailed the application for you, that person must complete Section 11.

7. Affix postage.

    a. If you printed the application you must place it in your own envelope and add postage.

    b. If you ordered the application online and it was mailed to you - fold the application in half, moisten top tab, seal and add postage.

8. Address and mail the completed ABBM to the Early Voting Clerk in your county. You may also fax the application if a fax machine is available in the early voting clerk's office.  You also have the option of submitting a **scanned** copy of the **completed and signed** application to the Early Voting Clerk via email. If an ABBM is faxed or emailed, then the original, hard copy of the application **MUST** be mailed and received by the early voting clerk no later than the 4th business day.

    a. The Early Voting Clerk is the County Clerk or Elections Administrator for your county

    b. Contact information, including fax numbers if available, and email addresses for the Early Voting Clerks are available on this website.

> **NOTICE: DO NOT MAIL, FAX, OR EMAIL COMPLETED APPLICATIONS FOR BALLOT BY MAIL TO THE SECRETARY OF STATE'S OFFICE. ALL APPLICATIONS RECEIVED BY THIS OFFICE WILL BE REJECTED.**

Military and overseas voters are welcome to use the regular registration and early voting by mail process available to all voters away from their home county on Election Day. However, there are also special provisions for military and overseas voters.

For more information, please read the Early Voting in Texas pamphlet.

APPX-000119

# Exhibit 9

APPX-000120

Page 1

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

```
1
2
3   DR. GEORGE RICHARDSON;        )
    ROSALIE WEISFELD; AUSTIN JUSTICE )
4   COALITION; COALITION OF TEXANS   )
    WITH DISABILITIES; MOVE TEXAS    )
5   CIVIC FUND; LEAGUE OF WOMEN      )
    VOTERS OF TEXAS; and AMERICAN GI )
6   FORUM OF TEXAS, INC.,            )
                                     )
7           Plaintiffs,             )
                                     )Civil Case No.
8   v.                              )5:19-cv-00963-OLG
                                     )
9   TEXAS SECRETARY OF STATE; TRUDY )
    HANCOCK, in her official         )
10  capacity as BRAZOS COUNTY        )
    ELECTIONS ADMINISTRATOR; and     )
11  PERLA LARA, in her official      )
    capacity as CITY OF McALLEN,     )
12  TEXAS, SECRETARY,                )
                                     )
13          Defendants.             )
```

**CERTIFIED TRANSCRIPT**

14          *****************************************
15          VIDEOTAPED REMOTE 30(b)(6) DEPOSITION OF
                            TRUDY HANCOCK
                             May 5, 2020
16          *****************************************

17          VIDEOTAPED REMOTE 30(b)(6) DEPOSITION OF

18      TRUDY HANCOCK, produced as a witness at the

19      instance of the Plaintiffs, and duly sworn, was

20      taken in the above-styled and numbered cause on

21      May 5, 2020, from 1:44 p.m. to 3:30 p.m., remotely

22      before Rebecca A. Graziano, CSR, RPR, CRR, in and

23      for the State of Texas, reported by machine

24      shorthand, pursuant to the Federal Rules of Civil

25      Procedure and the provisions stated on the record.

```
                                                              Page 2
 1                    A P P E A R A N C E S

 2

 3      REPRESENTING THE PLAINTIFFS:

 4      Mr. Hani Mirza (via videoconference)
        Mr. Zachary D. Dolling (via videoconference)
 5      TEXAS CIVIL RIGHTS PROJECT
        1405 Montopolis Drive
 6      Austin, Texas  78741
        (512) 474-5073
 7      hani@texascivilrightsproject.org
        zachary@texascivilrightsproject.org
 8
              and
 9
        Mr. Samuel Kalar (via videoconference)
10      Ms. Joanna Suriani (via videoconference)
        WILLKIE FARR & GALLAGHER, LLP
11      787 Seventh Avenue
        New York City, New York  10019
12      (212) 728-8000
        skalar@willkie.com
13      jsuriani@willkie.com

14
        REPRESENTING THE DEFENDANT, TEXAS SECRETARY OF
15      STATE:

16      Ms. Anna Mackin (via videoconference)
        OFFICE OF THE ATTORNEY GENERAL
17      300 West 15th Street
        Austin, Texas  78701
18      (512) 463-2100
        anna.mackin@texasattorneygeneral.gov
19

20      REPRESENTING THE DEFENDANT, TRUDY HANCOCK, in her
        official capacity as BRAZOS COUNTY ELECTIONS
21      ADMINISTRATOR:

22      Mr. J. Eric Magee (via videoconference)
        ALLISON, BASS & MAGEE, LLP
23      402 West 12th Street
        Austin, Texas  78701
24      (512) 482-0701
        e.magee@allison-bass.com

25
```



APPX-000122

RICHARDSON: TRUDY HANCOCK - 30(B)(6)

Page 3

1                     A P P E A R A N C E S

2

3    REPRESENTING THE DEFENDANT, PERLA LARA, in her
     official capacity as CITY OF McALLEN, TEXAS,
4    SECRETARY:

5      Mr. Isaac J. Tawil (via videoconference)
       Mr. Austin W. Stevenson (via videoconference)
6      CITY OF McALLEN CITY ATTORNEY'S OFFICE
       1300 Houston Avenue, Second Floor
7      McAllen, Texas  78501
       (956) 681-3111
8      itawil@mcallen.net
       astevenson@mcallen.net
9

10   VIDEOCONFERENCE TECHNICIAN:

11     Mr. Justin McAdams

12

     ALSO PRESENT:
13
       Mr. Bruce Erratt (via videoconference)
14

15

16

17

18

19

20

21

22

23

24

25



Page 4

```
 1                         INDEX
                                                    PAGE
 2

 3     EXAMINATION BY MR. KALAR......................   6

 4

 5                       EXHIBITS

 6    NUMBER          DESCRIPTION                      PAGE

 7    Exhibit 6     30(b)(6) Deposition Notice...........  7

 8    Exhibit 7     2020 Early Voting Ballot Board and

 9                  Signature Verification Committee

10                  Handbook for Election Judges and

11                  Clerks; Bates SOS_000428 through

12                  000477.............................. 17

13    Exhibit 8     2016 General Election Early Voting

14                  Ballot Board Sign-in Sheets;

15                  BRAZOS 000054 through 000057......... 20

16    Exhibit 9     2018 General Election Early Voting

17                  Ballot Board Sign-in Sheets; Bates

18                  BRAZOS - 000059 through 000064....... 31

19    Exhibit 10    2018 General Election Notice of

20                  Rejected Ballots (miscellaneous

21                  Bates range)......................... 32

22

23

24

25
```



Page 5

1                    PREVIOUSLY MARKED EXHIBITS

2    NUMBER          DESCRIPTION                          PAGE

3    Exhibit 2       Ballot Applications Spreadsheet;

4                    Bates BRAZOS - 000001................ 26

5    Exhibit 4       12/5/2016 Letter to Colton

6                    Kilpatrick; Bates BRAZOS - 000053.... 28

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



RICHARDSON: TRUDY HANCOCK - 30(B)(6)

Page 6

1              PROCEEDINGS

2        (On the record at 1:44 p.m.)

3          (Witness duly sworn.)

4            TRUDY HANCOCK,

5   being first duly sworn, testified as follows:

6              EXAMINATION

7   BY MR. KALAR:

8   Q      Hello again, Ms. Hancock.

9           Do you understand that this portion of

10  the deposition -- or in this portion of the

11  deposition, you will be testifying on behalf of

12  Brazos County?

13  A      Yes, sir.

14  Q      And all the guidelines that I talked about

15  this morning in terms of talking over each other,

16  sharing of documents, things like that, those are

17  all in effect.  Does that make sense?

18  A      Yes, sir.

19  Q      Okay.  And once again, can you please

20  state your full name for the record?

21  A      Trudy Hancock.

22  Q      And what is your current position?

23  A      Elections administrator for Brazos County.

24  Q      And other than what we talked about this

25  morning, what did you do to prepare for this



Page 14

1    Q       Is there any special knowledge, skills, or

2    training required to be an early voting ballot

3    board member?

4    A       Not to my knowledge.

5    Q       And where does the EVBB meet?

6    A       It meets at -- in the Ruth McLeod Training

7    Room in my office.

8    Q       And where is that physically in relation

9    to the rest of your staff?

10   A       It's just a different room adjoining our

11   normal office space.

12   Q       And did the EVBB use that during every

13   election?

14   A       Since I've been here, yes.

15   Q       And has your office moved at all since you

16   began working for Brazos County?

17   A       Yes.

18   Q       All right.  Where did it move?

19   A       We were at 302 East 24th Street.

20   Q       And when did you move?

21   A       December of '18.

22   Q       And prior to December of 2018, did the

23   EVBB meet at your old office?

24   A       Yes.

25   Q       And that old office is where you were



RICHARDSON: TRUDY HANCOCK - 30(B)(6)

Page 15

1    during your entire time with Brazos County up

2    until December 2018; correct?

3    A      Correct.

4    Q      Who provides funding for the EVBB's work?

5    A      I don't understand what you mean by

6    "funding."

7    Q      Does the EVBB use office supplies, for

8    example?

9    A      Yes.

10   Q      And where do they get those?

11   A      We furnish them pens and letter openers.

12   Q      Apologies.  You broke up there at the end.

13   A      We provide them letter openers and pens.

14   Q      "We" being the election administrator's

15   office; correct?

16   A      Yes.

17   Q      Do you provide them with anything else?

18   A      No, sir.

19   Q      What training does Brazos County provide

20   to members of the EVBB?

21   A      None.

22   Q      Does Brazos County provide any training to

23   EVBB members related to signature comparison?

24   A      No.

25   Q      To your knowledge, does anybody else



Page 16

1   provide such training?

2   A      No.

3   Q      The Texas Election Code does not specify

4   any signature comparison training that must be

5   provided to the EVBB members; correct?

6   A      Correct.

7   Q      The Texas Election Code does not prohibit

8   Brazos County from providing signature comparison

9   training to EVBB members; correct?

10  A      Correct.

11  Q      What are the duties and obligations of an

12  EVBB member?

13  A      They qualify the ballots-by-mail to be

14  counted in an election.

15  Q      Anything else?

16  A      No.

17  Q      While performing their service, where can

18  an EVBB member turn if they have questions about

19  their obligations?

20  A      To the EVBB judge.

21  Q      And where can the EVBB judge turn if he

22  has questions about his obligations?

23  A      Well, I would guess the handbook that's

24  provided by the Secretary of State.

25  Q      And the Brazos County elections



Page 37

1    Q       And do you recognize that name as one of

2    the plaintiffs in this case?

3    A       Yes, sir.

4    Q       And based on this form, was

5    Dr. Richardson's ballot rejected in the 2018

6    general election due to a perceived signature

7    mismatch by the EVBB?

8    A       Yes.

9    Q       Have you ever performed an analysis of

10   Dr. Richardson's signatures?

11   A       No.

12   Q       I'm going to stop sharing now.  Let me

13   know when that's off the screen.

14   A       It's off.

15   Q       How many ballots does Brazos County reject

16   every election due to signature mismatch?

17   A       I do not have that information available.

18   Q       What records would show that?

19   A       If the -- receipt for the ballots returned

20   from the board.

21   Q       I'm sorry.  Can you repeat that last part?

22   A       It's a form called a "receipt for

23   ballots," and it has how many ballots were

24   received by the board, how many were rejected by

25   the board, and how many were sent for counting.



RICHARDSON: TRUDY HANCOCK - 30(B)(6)

Page 45

1    Q      In this most recent 2020 primary election,
2    the EVBB met in your office; correct?
3    A      In the Ruth McLeod Training Room, yes.
4    Q      And you were present while they were
5    meeting?
6    A      Not in the room, but yes, in my office.
7    Q      During that time, did they make any
8    requests for additional signatures?
9    A      I do not remember.
10   Q      Do you have any reason to think one way or
11   the other?
12   A      No.
13   Q      Did they make such a request during the
14   2018 general election?
15   A      I do not remember.
16   Q      How about during the 2016 general
17   election?
18   A      I do not remember.
19   Q      When the EVBB makes such a request, is
20   there any record of it?
21   A      After the documents are printed, they're
22   put in a jacket envelope for the -- that contains
23   all the voter -- the ballot-by-mail information.
24   Q      And are those the records that are
25   shredded after 22 months?



RICHARDSON: TRUDY HANCOCK - 30(B)(6)

Page 46

1    A      Yes.

2    Q      But in those interim 22 months, those

3    records would be available; correct?

4    A      Correct.

5    Q      And so it could be inferred that any

6    ballot that is accompanied by those records is one

7    for which the EVBB requested additional

8    signatures; correct?

9    A      Correct.

10   Q      Did you find any such ballots and records

11   pursuant to the searches you did to respond to the

12   discovery requests in this case?

13   A      No.

14   Q      Do you have a sense -- how often does the

15   EVBB judge make a request for these records while

16   the EVBB is meeting?

17   A      It just varies.

18   Q      Does it happen at least once every

19   election?

20   A      Normally.

21   Q      Does it ever happen dozens of times per

22   election?

23   A      No.

24   Q      So you previously said that Brazos County

25   has decided not to use a signature verification



Page 51

1          Brazos County's responsibilities and

2          duties during the early voting period and

3          the actions that Brazos County takes to

4          execute those responsibilities.

5                And my questioning --

6                MR. MAGEE:  What was your question

7          again?

8                MR. KALAR:  -- in this area will be

9          very light.

10               MR. MAGEE:  What was your question?

11               MR. KALAR:  What discussions has

12         Ms. Hancock had in her office in preparing

13         for mail-in ballot voting in response to

14         the COVID-19 crisis.

15               MR. MAGEE:  And you said your

16         question is going to be brief?

17               MR. KALAR:  Yeah.  There will be

18         very few questions in this area.

19               MR. MAGEE:  Okay.

20   BY MR. KALAR:

21    Q     **You can answer the question, Ms. Hancock.**

22    A     We've discussed the likelihood of an

23   increase in ballot-by-mail requests due to people

24   not wanting to appear in the polling place.

25    Q     **And is it the expectation of Brazos County**



RICHARDSON: TRUDY HANCOCK - 30(B)(6)

Page 52

1    that mail-in ballot voting will increase?

2    A      Yes.

3    Q      And is the county doing anything to

4    prepare for that?

5    A      Just purchased some supplies.

6    Q      Anything else?

7    A      No.

8              MR. KALAR:  So I only have a

9         handful -- or a medium-sized handful of

10        questions left, and I think it would be

11        sped up if we took a brief break right now

12        and then we can come back and finish up,

13        if that works for everybody.

14             MR. ERRATT:  Sure.

15             MR. KALAR:  Great.  How about we

16        reconvene at 4:15 and we can wrap up after

17        that.

18             Or excuse me.  4:15 Eastern time;

19        3:15 Central time.

20             MR. ERRATT:  That would be fine.

21             MR. KALAR:  Great.  Can we go off

22        the record?

23             THE REPORTER:  We are off the

24        record.

25             (Recess from 3:02 p.m. to 3:17 p.m.)



RICHARDSON: TRUDY HANCOCK - 30(B)(6)

Page 62

```
 1                 UNITED STATES DISTRICT COURT
                    WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;          )
     ROSALIE WEISFELD; AUSTIN JUSTICE )
 4   COALITION; COALITION OF TEXANS   )
     WITH DISABILITIES; MOVE TEXAS    )
 5   CIVIC FUND; LEAGUE OF WOMEN      )
     VOTERS OF TEXAS; and AMERICAN GI )
 6   FORUM OF TEXAS, INC.,            )
                                      )
 7           Plaintiffs,              )
                                      )Civil Case No.
 8   v.                               )5:19-cv-00963-OLG
                                      )
 9   TEXAS SECRETARY OF STATE; TRUDY  )
     HANCOCK, in her official         )
10   capacity as BRAZOS COUNTY        )
     ELECTIONS ADMINISTRATOR; and     )
11   PERLA LARA, in her official      )
     capacity as CITY OF McALLEN,     )
12   TEXAS, SECRETARY,                )
                                      )
13           Defendants.              )

14
                      REPORTER'S CERTIFICATION
15        REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF
                          TRUDY HANCOCK
16                        May 5, 2020

17           I, Rebecca A. Graziano, Certified Shorthand

18   Reporter in and for the State of Texas, hereby

19   certify to the following:

20           That the witness, TRUDY HANCOCK, was duly

21   sworn and that the transcript of the oral

22   deposition is a true record of the testimony given

23   by the witness;

24           I further certify that pursuant to FRCP Rule

25   30(f)(1) that the signature of the deponent:
```



1          ____ was requested by the deponent or a

2     party before the completion of the deposition and

3     returned within 30 days from date of receipt of

4     the transcript.  If returned, the attached Changes

5     and Signature Page contains any changes and the

6     reasons therefor.

7          ____ was not requested by the deponent or a

8     party before the completion of the deposition.

9          I further certify that I am neither attorney

10    nor counsel for, related to, nor employed by any

11    of the parties to the action in which this

12    testimony was taken.

13          Further, I am not a relative or employee of

14    any attorney of record in this cause, nor do I

15    have a financial interest in the action.

16          Subscribed and sworn to on this ___ day of

17    _____, 2020.

18

19

20

21    _____

      Rebecca A. Graziano, CSR, RPR, CRR

22    Texas CSR No. 9306

      Expiration Date:  07/31/22

23

24

25

# Exhibit 10

RICHARDSON: TRUDY HANCOCK

Page 1

```
 1              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF TEXAS
 2                 SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;            )
     ROSALIE WEISFELD; AUSTIN JUSTICE  )
 4   COALITION; COALITION OF TEXANS    )
     WITH DISABILITIES; MOVE TEXAS     )
 5   CIVIC FUND; LEAGUE OF WOMEN       )
     VOTERS OF TEXAS; and AMERICAN GI  )
 6   FORUM OF TEXAS, INC.,             )
                                       )
 7          Plaintiffs,                )
                                       )Civil Case No.
 8   v.                                )5:19-cv-00963-OLG
                                       )
 9   TEXAS SECRETARY OF STATE; TRUDY   )
     HANCOCK, in her official          )
10   capacity as BRAZOS COUNTY         )
     ELECTIONS ADMINISTRATOR; and      )
11   PERLA LARA, in her official       )
     capacity as CITY OF McALLEN,      )
12   TEXAS, SECRETARY,                 )
                                       )
13          Defendants.                )

14        ********************************
           REMOTE VIDEOTAPED DEPOSITION OF
15                 TRUDY HANCOCK
                   May 5, 2020
16        ********************************

17   REMOTE VIDEOTAPED DEPOSITION OF TRUDY HANCOCK,

18   produced as a witness at the instance of the

19   Plaintiffs, and duly sworn, was taken in the

20   above-styled and numbered cause on May 5, 2020,

21   from 9:39 a.m. to 1:44 p.m., remotely before

22   Rebecca A. Graziano, CSR, RPR, CRR, in and for the

23   State of Texas, reported by machine shorthand,

24   pursuant to the Federal Rules of Civil Procedure

25   and the provisions stated on the record.
```

**CERTIFIED TRANSCRIPT**

**hg**

APPX-000138

RICHARDSON: TRUDY HANCOCK

Page 2

```
 1               A P P E A R A N C E S

 2

 3    REPRESENTING THE PLAINTIFFS:

 4    Mr. Hani Mirza (via videoconference)
      Mr. Zachary D. Dolling (via videoconference)
 5    TEXAS CIVIL RIGHTS PROJECT
      1405 Montopolis Drive
 6    Austin, Texas  78741
      (512) 474-5073
 7    hani@texascivilrightsproject.org
      zachary@texascivilrightsproject.org
 8
            and
 9
      Mr. Samuel Kalar (via videoconference)
10    Ms. Joanna Suriani (via videoconference)
      WILLKIE FARR & GALLAGHER, LLP
11    787 Seventh Avenue
      New York City, New York  10019
12    (212) 728-8000
      skalar@willkie.com
13    jsuriani@willkie.com

14

      REPRESENTING THE DEFENDANT, TEXAS SECRETARY OF
15    STATE:

16    Ms. Anna Mackin (via videoconference)
      OFFICE OF THE ATTORNEY GENERAL
17    300 West 15th Street
      Austin, Texas  78701
18    (512) 463-2100
      anna.mackin@texasattorneygeneral.gov
19

20    REPRESENTING THE DEFENDANT, TRUDY HANCOCK, in her
      official capacity as BRAZOS COUNTY ELECTIONS
21    ADMINISTRATOR:

22    Mr. J. Eric Magee (via videoconference)
      ALLISON, BASS & MAGEE, LLP
23    402 West 12th Street
      Austin, Texas  78701
24    (512) 482-0701
      e.magee@allison-bass.com

25
```



RICHARDSON: TRUDY HANCOCK

Page 3

1                    A P P E A R A N C E S

2

3    REPRESENTING THE DEFENDANT, PERLA LARA, in her
     official capacity as CITY OF McALLEN, TEXAS,
4    SECRETARY:

5      Mr. Isaac J. Tawil (via videoconference)
       Mr. Austin W. Stevenson (via videoconference)
6      CITY OF McALLEN CITY ATTORNEY'S OFFICE
       1300 Houston Avenue, Second Floor
7      McAllen, Texas  78501
       (956) 681-3111
8      itawil@mcallen.net
       astevenson@mcallen.net

9

10   VIDEOCONFERENCE TECHNICIAN:

11     Mr. Justin McAdams

12

     ALSO PRESENT:
13
       Mr. Bruce Erratt (via videoconference)
14

15

16

17

18

19

20

21

22

23

24

25



RICHARDSON: TRUDY HANCOCK

```
                                                           Page 4
 1                           INDEX
                                                           PAGE
 2

 3     EXAMINATION BY MR. KALAR......................... 5

 4

 5                           EXHIBITS

 6     NUMBER          DESCRIPTION                        PAGE

 7     Exhibit 2      Ballot Applications Spreadsheet;

 8                    Bates BRAZOS - 000001............... 49

 9     Exhibit 3      February 2020 Election Advisory

10                    Email; Bates SOS_000737 through

11                    000741............................ 83

12     Exhibit 4      12/5/2016 Letter to Colton

13                    Kilpatrick; Bates BRAZOS - 000053.... 108

14     Exhibit 5      11/26/2018 Letter to George

15                    Richardson; Bates BRAZOS - 000052.... 117

16

17

18

19

20

21

22

23

24

25
```

hglitigation.com

**hg**

RICHARDSON: TRUDY HANCOCK

Page 5

1                       PROCEEDINGS
2                 (On the record at 9:39 a.m.)
3                   (Witness duly sworn.)
4                     TRUDY HANCOCK,
5      being first duly sworn, testified as follows:
6                       EXAMINATION
7     BY MR. KALAR:
8      Q      Good morning, Ms. Hancock.
9      A      Good morning.
10     Q      My name is Sam Kalar, and I'm an attorney
11    representing the plaintiffs in this case, and I
12    will be taking your deposition today.
13            First things off, please state and
14    spell your first name.
15     A      Trudy Hancock, T-r-u-d-y, H-a-n-c-o-c-k.
16     Q      I'd like to go over a few general rules to
17    make sure we're both on the same page about how
18    things should go today.
19            Have you ever been deposed before?
20     A      Yes.
21     Q      This might all sound familiar.
22            So in addition to being videotaped, my
23    questions and your answers are being recorded by a
24    court reporter.  Because of this, I'm going to ask
25    that you give verbal answers so that the record is



RICHARDSON: TRUDY HANCOCK

Page 20

1    for three years for the county clerk for Robertson

2    County.

3    Q      And what was your position there?

4    A      Deputy clerk.

5    Q      And have you ever been subject to any

6    professional disciplinary action?

7    A      No, sir.

8    Q      As the Brazos County elections

9    administrator, you're responsible for the

10   administration of elections conducted in Brazos

11   County; correct?

12   A      Correct.

13   Q      And it's your responsibility to develop

14   and implement policies to ensure that Brazos

15   County's elections run properly; correct?

16   A      Correct.

17   Q      And it is your responsibility to develop

18   and implement policies to ensure that Brazos

19   County elections take place in accordance with the

20   Texas Election Code; correct?

21   A      Correct.

22   Q      It is also your responsibility to make

23   sure that Brazos County elections comply with

24   federal law; correct?

25   A      Correct.



RICHARDSON: TRUDY HANCOCK

Page 22

1  as far as the canvass.

2    Q      And generally speaking, what is your job

3  or your responsibilities when you're not preparing

4  for an election?

5    A      Day to day, we do voter -- we accept voter

6  registration applications, updates, changes,

7  anything that comes across the web portal from

8  DPS, social security for expired status.  Mostly

9  voter registration during the off time.

10   Q      Anything else?

11   A      No.  Just starting to prepare for whatever

12  the next election is.

13   Q      Is anyone else responsible for the

14  administration of elections conducted in Brazos

15  County?

16   A      Well, I'm not sure how to answer that.

17            The city secretaries are -- they

18  oversee the elections for the cities, the

19  superintendent for the schools oversees -- they

20  oversee their elections, but we contract with

21  those entities and, you know, we handle the

22  logistics of it all.

23   Q      And are you, as the elections

24  administrator, at the top of the pyramid when it

25  comes to administering elections in Brazos County?



RICHARDSON: TRUDY HANCOCK

Page 30

1   for Robertson County?

2   A       Yes, sir.

3   Q       **But not every year?**

4   A       I attend every year, but I couldn't tell

5   you what the first year was that I attended.

6   Q       **And you've attended the Secretary of State**

7   **conference every year since you worked for both**

8   **Robertson and Brazos Counties?**

9   A       Correct.

10   Q      **And do you ever provide -- yourself, do**

11   **you provide any training to anyone throughout the**

12   **year?**

13   A       We provide the training for election

14   workers, early voting, and election day elec- --

15   election workers and judges.

16   Q      **And when you say "we," do you mean you**

17   **personally or your office?**

18   A       Myself and my staff.

19   Q      **And what does that training involve?**

20   A       Election day procedures, how to set up

21   your polling places, voting procedures, what's

22   required when someone doesn't have an ID or if

23   they need to change their address.  Just different

24   procedures throughout the day.  How to close down

25   your polling place at night and then bringing the



RICHARDSON: TRUDY HANCOCK

Page 31

```
 1   equipment back to central count to have -- to have
 2   the ballots counted.
 3     Q      Anything else?
 4     A      No.
 5     Q      And other than these poll workers, is
 6   there anybody else you train throughout the year?
 7     A      No, sir.
 8     Q      Have you ever been accused of -- have you
 9   ever received any training specific to mail-in
10   ballots signature comparisons?
11     A      No, sir.
12     Q      And that's been while you've been at
13   Brazos County and prior to that at Robertson
14   County?
15     A      Correct.
16     Q      To your knowledge, has anyone on your
17   staff been trained in comparing or analyzing
18   signatures?
19     A      No, sir.
20     Q      Generally speaking, what rules or
21   regulations do you follow to administer Brazos
22   County elections?
23     A      The election code and advisories from the
24   Secretary of State's office.
25     Q      Anything else?
```



RICHARDSON: TRUDY HANCOCK

Page 41

1  A      No.  They are only there for the hiring

2  process, and then if there's a problem, that's

3  where -- if I was to be terminated, that's where

4  it would originate.

5  **Q      So since you became the Brazos County**

6  **elections administrator, you haven't interacted**

7  **with the board again?**

8  A      No, sir.

9  **Q      Or excuse me.  The commission.**

10  A      No, sir.

11  **Q      Other than what we've just discussed, do**

12  **you refer to or otherwise use the Texas Election**

13  **Code as part of your job as the elections**

14  **administrator?**

15  A      Yes.

16  **Q      How so?**

17  A      Just to make sure that our office is

18  running properly and that we follow the code as

19  best we can.

20  **Q      As the Brazos County elections**

21  **administrator, you oversee Brazos County's mail-in**

22  **voting process; correct?**

23  A      Correct.

24  **Q      What are your responsibilities of either**

25  **you or your office with respect to mail-in voting?**

RICHARDSON: TRUDY HANCOCK

Page 42

1    A      We accept the applications either by a

2    voter bringing in an application, faxing it,

3    emailing it, or sending by the post office.  We

4    receive those applications, process them to make

5    sure that they qualify.  And then if they qualify,

6    we process them and send their ballots, and then

7    we receive those ballots back.

8    Q      Anything else?

9    A      No.

10   Q      And what procedures do you follow

11   throughout that process?

12   A      When the application comes in, it's

13   file-stamped with the date it's received.  It's

14   given to the ballot clerk.  She qualifies that to

15   make sure that all the required doc- -- all the

16   required elements are on the application.  If it

17   is, then it's processed through the state

18   database.  Then labels are issued, placed on the

19   envelope; a ballot is printed, put in that

20   envelope, and mailed to the voter.

21   Q      Anything else?

22   A      When we receive the ballot back, it's also

23   tracked through the state database and placed into

24   a secure box until it goes to the early voting

25   ballot board.



RICHARDSON: TRUDY HANCOCK

Page 43

1    Q       Anything else?

2    A       No, sir.

3    Q       And do you serve as the early voting clerk

4    for Brazos County?

5    A       Correct.

6    Q       And as the early voting clerk, you have

7    authority over the early voting process in Brazos

8    County; correct?

9    A       Correct.

10   Q       Are you aware that the Texas Election Code

11   states that the early voting clerk has the same

12   duties and authority with respect to early voting

13   as a presiding election judge has with respect to

14   regular voting?

15   A       Yes.

16   Q       And what does that mean to you?

17   A       That we follow those procedures for early

18   voting, walk-in, and mail.

19   Q       Does it mean that you're in charge of and

20   responsible for the management of the early voting

21   process?

22   A       Yes.

23   Q       And as the Brazos County early voting

24   clerk, you have responsibilities throughout the

25   mail-in ballot process; correct?



RICHARDSON: TRUDY HANCOCK

Page 44

1    A       To a certain point.  As far as the statute

2    allows.

3    Q       So just walking through some of those

4    responsibilities.  You're responsible for mailing

5    voters a mail-in ballot application if requested

6    by the voter; correct?

7    A       Correct.

8    Q       And you're responsible for reviewing each

9    application for a mail-in ballot; correct?

10   A       Correct.

11   Q       And you're responsible for providing an

12   official ballot to a qualifying mail-in voter?

13   A       Correct.

14   Q       And you're responsible for providing

15   ballot envelopes and carrier envelopes to voters?

16   A       Correct.

17   Q       And then you're responsible for receiving

18   all mail-in ballots submitted by voters?

19   A       Correct.

20   Q       And it is your responsibility, as the

21   early voting clerk, to accept or reject mail-in

22   ballot applications; correct?

23   A       Applications, yes.

24   Q       And it is your responsibility, as the

25   early voting clerk, to accept or reject carrier



RICHARDSON: TRUDY HANCOCK

Page 45

1   envelopes submitted by voters using mail-in

2   ballots; correct?

3    A      Correct.

4    Q      So throughout this mail-in ballot process,

5   the Texas Election Code requires that voters

6   receive notice and an opportunity to correct any

7   ballot applications or carrier envelopes that are

8   rejected; correct?

9    A      Can you restate -- rephrase that -- ask

10  that again?

11   Q      Sure.

12          If a mail-in ballot application is

13  rejected, the Texas Election Code requires that

14  you, as the early voting clerk, notify the voter

15  that their application has been rejected; correct?

16   A      Correct.

17   Q      And if a mail-in ballot application is

18  rejected, the Texas Election Code also requires

19  that you, as the early voting clerk, deliver a new

20  application to the applicant; correct?

21   A      Correct.

22   Q      And along with the new application, you

23  must also provide an explanation of why the prior

24  application was rejected; correct?

25   A      Correct.



RICHARDSON: TRUDY HANCOCK

Page 46

1    Q       And you must also provide instructions for

2    submitting the second application; correct?

3    A       Correct.

4    Q       And if you, as the early voting clerk,

5    receive a timely carrier envelope that is

6    defective, the Texas Election Code states that you

7    may notify the voter of the defects in person, by

8    mail, or over the phone; correct?

9    A       Correct.

10   Q       And then you would provide them an

11   opportunity to correct the problem; correct?

12   A       Yes.

13   Q       Does your office have a policy stating how

14   notice of a defective carrier envelope is

15   provided?

16   A       We send a letter.

17   Q       And did that policy exist when you became

18   the Brazos County election administrator?

19   A       Yes, it did.

20   Q       You also had the option to provide notice

21   in person or over the phone; correct?

22   A       Correct.

23   Q       Have you ever considered doing that?

24   A       No, sir.

25   Q       And who drafts these letters with the



RICHARDSON: TRUDY HANCOCK

Page 47

1   notice?

2   A        It's a form letter that's drafted -- it's

3   in the forms catalog from the Secretary of State's

4   office.

5   Q        And who fills out that form?

6   A        The ballot-by-mail clerk.

7   Q        And that's one of your subordinates;

8   correct?

9   A        Correct.

10  Q        And do they physically mail out the notice

11  then?

12  A        Yes.

13           And we are speaking of the notice for

14  the application; correct?

15  Q        Both, I guess.

16           Let's -- just to clarify, for the

17  notice if an application is rejected, what

18  happens?

19  A        The ballot-by-mail clerk would then send

20  them a letter and a new application.

21  Q        And if a carrier envelope is defective and

22  rejected, how is notice provided?

23  A        We do not reject the envelope.  The only

24  thing we can do is look at the signature.

25  Sometimes we'll receive those back without a



RICHARDSON: TRUDY HANCOCK

Page 48

1  signature on those, and we do return the unsigned

2  ones to that voter for them to sign that carrier

3  envelope and return it.  But that's the only

4  notification we do.

5  **Q      And I'm sorry.  What happens if you**

6  **receive that envelope and it's not properly**

7  **signed?**

8  A      We would return it to the voter for

9  signature.

10  **Q      And you would return it by mail?**

11  A      Yes, sir.

12  **Q      And would you include with that a note or**

13  **a letter stating the problem?**

14  A      Yes, we would send a letter.

15  **Q      And who sends that letter?**

16  A      The ballot-by-mail clerk.

17  **Q      So as the Brazos County early voting**

18  **clerk, have you, in fact -- you or your**

19  **office -- notified applicants when their mail-in**

20  **ballot applications were defective?**

21  A      Yes.

22  **Q      And you would provide the new applications**

23  **to these applicants?**

24  A      Yes.

25  **Q      How many times have you done this?**



RICHARDSON: TRUDY HANCOCK

Page 54

1    A    Yes.

2    **Q    What is this website?**

3    A    It's a website that the county maintains

4    to keep up-to-date election information.

5    **Q    And how old is this website?**

6    A    I couldn't answer that.  I don't know.  It

7    was in effect when I came to Brazos County.

8    **Q    And who runs it?**

9    A    Brazos County IT.

10   **Q    Do you know who pays for it?**

11   A    No, sir.

12   **Q    Does your office pay for it?**

13   A    No, sir.

14   **Q    So on the brazosvotes.org home page, if**

15   **voters need assistance, they're directed to call**

16   **the following phone number:  (979) 361-5770.**

17         **Are you familiar with that number?**

18   A    Correct.  That's the main line for the

19   office.

20   **Q    So if a voter calls that number, who picks**

21   **up the phone?**

22   A    It depends on what they choose in the

23   phone tree.

24   **Q    And what are their options?**

25   A    For voter registration, choose one -- you



RICHARDSON: TRUDY HANCOCK

Page 55

1   know, a number, and then for elections -- or you

2   can choose a person.  It would depend on how the

3   caller -- what they chose.

4   **Q      And if they chose a person, who would they**

5   **be connected with?**

6   A      Whatever person they chose from the list.

7   **Q      Do voters ever reach out to you personally**

8   **with questions or concerns about mail-in ballots?**

9   A      Yes.

10  **Q      How often?**

11  A      Just -- like I said, it will depend on how

12  big the election is, for how many calls we

13  receive.

14  **Q      Could it be every day?**

15  A      Not most of the time.

16  **Q      In the lead-up to an election, might it be**

17  **every day?**

18  A      Yes.

19  **Q      And multiple times a day?**

20  A      Depending on the size, yes.  If it's,

21  like, going into the presidential, I would expect

22  to receive multiples a day.

23  **Q      And what are some examples of the**

24  **questions or concerns that you get?**

25  A      If they qualify to vote by mail, just



RICHARDSON: TRUDY HANCOCK

Page 56

1  general questions about requirements.  A lot of

2  people are confused about checking the

3  out-of-county box.  With a large student

4  population, we get a lot of questions about that.

5  **Q**      **Anything else?**

6  A      Time period, when to expect their ballot.

7  Just general information.

8  **Q**      **Anything else?**

9  A      No.

10  **Q**      **And are these questions and concerns and**

11  **your responses documented in any way?**

12  A      No.

13  **Q**      **We previously discussed the mail-in ballot**

14  **application and voting processes a bit.  Does this**

15  **process change from election to election?**

16  A      No, not generally.  Unless there's a

17  legislative change, we won't make any changes in

18  the process.

19  **Q**      **And so I take it, then, the**

20  **responsibilities of you and your office with**

21  **respect to mail-in voting do not change from**

22  **election to election?**

23  A      No.

24  **Q**      **This might overlap a bit with what we've**

25  **talked about already, but I'd like to briefly walk**



RICHARDSON: TRUDY HANCOCK

Page 57

1    through the process of mail-in voting with you

2    step-by-step, and we'll use the upcoming 2020

3    general election as an example.

4              Who in Brazos County is eligible to

5    vote by mail in the 2020 general election?

6    A      Over 65, disabled, who will be out of the

7    county or confined to jail.

8    Q      Anybody else?

9    A      No.

10   Q      If I'm a Brazos County voter who's

11   eligible to vote by mail, how do I initiate that

12   process?

13   A      You can go to the website and print off

14   the application, call the office and ask for an

15   application, or go to texasvote.org and print off

16   an application.

17   Q      And your office specifically responds to

18   those requests; correct?

19   A      Most of them are automatic, like they can

20   print it, download the form and -- you know, if

21   it's an online interaction.  Or if they call the

22   office, then, yes, we take their name and address

23   and mail them the application.

24   Q      Once I receive a mail-in ballot

25   application, does it contain a phone number or



RICHARDSON: TRUDY HANCOCK

Page 61

```
 1   coordinator, Krystal Ocon, also helps in that
 2   capacity if it's -- if the daily work is too much
 3   for Victoria to handle.
 4   Q      And that's only if there are more
 5   applications than Victoria Elliott can process?
 6   A      Correct.
 7   Q      And so if I properly filled out my carrier
 8   envelope and it's received by Ms. Elliott, what
 9   happens next?
10   A      It is entered into the database, which is
11   TEAM, which is the state database.  Then labels
12   are generated, placed on the carrier envelope and
13   the outside envelope.  A ballot is generated and
14   put in that envelope and mailed to that voter.
15   Q      I'm sorry.  That envelope goes where?
16   A      It's mailed to the voter.
17   Q      And so when your office receives a carrier
18   envelope containing a ballot, at the end of the
19   mail-in ballot process, what happens next?
20   A      It's file-stamped the day that we receive
21   it, processed in TEAM to show that we've received
22   that ballot, and then it's placed in a locked box.
23   Q      I'm sorry.  What was that last part?
24   A      It's placed in a locked box.
25   Q      And where is that locked box?
```



RICHARDSON: TRUDY HANCOCK

Page 62

1    A       In our mail room.

**2    Q       And what happens to that locked box?**

3    A       It's maintained by my office until the

4    early voting ballot board meets.  Then it's turned

5    over to the early voting ballot board.

**6    Q       And when does that occur?**

7    A       For us, typically on a Saturday -- on the

8    Saturday before election.

**9    Q       So the box is in your mail room until the**

**10   Saturday before the election?**

11   A       Correct.

**12   Q       And then that Saturday is typically when**

**13   the early voting ballot board meets?**

14   A       Correct.

15           MR. KALAR:  And now would be a good

16       time for a brief mid-morning break, if

17       that works.

18           THE WITNESS:  Fine with me.

19           MR. KALAR:  So how about we pick

20       back up at 11:05, Central time.

21           MR. MAGEE:  That will be fine.

22           MR. KALAR:  Great.  Can we go off

23       the record?

24       (Recess from 10:54 a.m. to 11:07 a.m.)

25



RICHARDSON: TRUDY HANCOCK

Page 73

1    Q       And what are those qualifications?

2    A       To be a registered voter, live in the

3    jurisdiction.

4    Q       Anything else?

5    A       No.

6    Q       Are members of the early voting ballot

7    board required to undergo any training?

8    A       I do not know.

9    Q       Have you ever heard of any training of

10   EVBB members occurring?

11   A       The only thing I have knowledge of is that

12   we always supply them a copy of the handbook

13   before they meet.

14   Q       And that's the Secretary of State's

15   election handbook?

16   A       Correct, the early voting ballot board

17   handbook.

18   Q       And who exactly provides that to the EVBB?

19   A       Myself.

20   Q       And who do you give it to?

21   A       The judge.

22   Q       And does this happen every election?

23   A       Yes.

24   Q       And you just use the most recent version

25   of that handbook?



RICHARDSON: TRUDY HANCOCK

Page 74

1    A      Yes, sir.

2    Q      **Does the judge then give the handbook to**

3    **other members of the EVBB?**

4    A      I would not know.

5    Q      **Has the judge or anyone from the EVBB ever**

6    **asked you any questions about their role?**

7    A      About the board's role?

8    Q      **Correct.**

9    A      No.

10   Q      **Have they ever asked you any questions in**

11   **general about their duties?**

12   A      No.

13   Q      **Has the judge ever asked you any questions**

14   **when you turn over the Secretary of State**

15   **handbook?**

16   A      No, sir.

17   Q      **Are members of the EVBB paid?**

18   A      Yes.

19   Q      **And how much are they paid?**

20   A      Currently, they pay -- they're paid the

21   same amount as an election worker.  Currently,

22   it's $5 an hour.

23   Q      **And who pays them?**

24   A      If it's a general and it's a county

25   election, the county does.  If it's a party



RICHARDSON: TRUDY HANCOCK

Page 78

1    unless signed by a witness."

2              Is that correct?

3    A      Correct.

4    Q      Do you believe that this regulation is the

5    same as saying a ballot must be rejected if the

6    signatures don't match?

7    A      Yes.

8    Q      And what do you base that on?

9    A      The application that's received from my

10   office and the carrier envelope should be filled

11   out by the same person.

12   Q      And if the signatures don't match, what

13   does that mean to you?

14   A      If they're not similar.

15   Q      Under this provision of the Texas Election

16   Code, what are the standards that the EVBB uses to

17   determine if the signature on the ballot

18   application and the signature on the carrier

19   envelope were executed by different people?

20   A      I don't know.  I'm not a member of that

21   board.

22   Q      Is it your belief that the standard is if

23   the signatures don't match, that determines that

24   it's been signed by a different person?

25   A      Correct.



RICHARDSON: TRUDY HANCOCK

Page 103

1   election administrator, are they -- are they your

2   superiors?

3   A      Yes.

4   Q      So back to Section 87.127, under this

5   provision of the Texas Election Code, you have the

6   power to "petition a district court for injunctive

7   or other relief" if you "determine that a ballot

8   was incorrectly rejected or accepted by the early

9   voting ballot board before the time set for

10  convening the canvassing authority;" correct?

11  A      Correct.

12  Q      Have you ever petitioned a district court

13  for injunctive or other relief pursuant to this

14  section of the Texas Election Code?

15  A      No, sir.

16  Q      You haven't done so while you've been the

17  Brazos County election commissioner?

18  A      No.

19  Q      How about while you worked for Robertson

20  County?

21  A      No, and the statute wasn't in effect then.

22  Q      When did the statute go into effect?

23  A      According to your document, September 1st,

24  2017.

25  Q      So understanding that you've never



RICHARDSON: TRUDY HANCOCK

Page 104

1   petitioned a district court for relief, since you

2   became the Brazos County election administrator,

3   have you ever determined that a ballot was

4   incorrectly rejected or accepted by the early

5   voting ballot board?

6    A      No, I don't do that determination.

7    Q      What do you mean by that?

8    A      I feel that that's the board's

9   responsibility, and I do not check their work.

10  It's not my responsibility to do that.

11   Q      And that was true at Robertson County as

12  well?

13   A      Correct.

14   Q      As the Brazos County election

15  administrator, if you were to determine that a

16  ballot was incorrectly rejected or accepted by the

17  early voting ballot board, how would you go about

18  petitioning the district court for relief?

19   A      I'd speak with the county attorney or seek

20  advice from him.

21   Q      And would the county attorney file this

22  petition?

23   A      If he see -- if he saw necessary, yes.

24   Q      Do you know what relief you'd be able to

25  get from a court?



RICHARDSON: TRUDY HANCOCK

1    A      I do not.

2    Q      Have you ever discussed what relief might

3    be available with anyone?

4    A      I have not.

5    Q      Have you ever discussed the process of

6    petitioning the district court, pursuant to

7    Section 87.127, with anyone?

8    A      No, sir.

9    Q      If an action was brought in district

10   court, who would pay for it?

11   A      I do not know.

12   Q      So Section 87.127 of the Texas Election

13   Code contemplates that a county election official

14   determines that a ballot was incorrectly rejected

15   or accepted by the early voting ballot board;

16   correct?

17   A      Yes.

18   Q      And as a county election officer, what are

19   the tools or resources that you have to determine

20   whether a ballot was incorrectly rejected or

21   accepted by the early voting ballot board?

22   A      I don't have any.

23   Q      As the county election officer, what

24   criteria could you use to determine whether a

25   ballot was incorrectly rejected or accepted by the



Page 106

1   early voting ballot board?

2   A       I don't know.

3   Q       Do you have any ability at all to

4   determine whether a ballot has been incorrectly

5   rejected or accepted by the early voting ballot

6   board?

7   A       No.

8   Q       So is it fair to say that there is no

9   possible way for you to petition a district court

10  as contemplated by Section 87.127 of the Texas

11  Election Code?

12  A       No.  As I said, I would seek advice from a

13  county attorney.

14  Q       Do you review ballots that have been

15  rejected or accepted by the early voting ballot

16  board?

17  A       No, I do not.

18  Q       Do you review their work in any way?

19  A       No.

20  Q       Do you ever investigate the early voting

21  ballot board's decision to reject or accept a

22  ballot?

23  A       No, I do not.

24  Q       Do you have any way at all to determine

25  whether the early voting ballot board has made a



RICHARDSON: TRUDY HANCOCK

Page 107

1   mistake?

2   A      No.  We do not look at those afterwards.

3   Q      So is it fair to say that it would be

4   impossible for you to determine whether a ballot

5   was incorrectly rejected or accepted by the early

6   voting ballot board?

7   A      Rephrase that.

8   Q      Sure.

9          Because you do not review the work of

10  the early voting ballot board in any way, is it

11  fair to say that it would be impossible for you to

12  determine whether a ballot was incorrectly

13  rejected or accepted by the early voting ballot

14  board?

15  A      That is correct.

16  Q      So is it fair to say that there's no

17  possible way for you to bring a district court

18  action under Section 87.127?

19  A      Yes.

20  Q      We're going to turn to a new document now,

21  and please let me know when this appears on your

22  screen.

23         Do you see that letter?

24  A      Yes.

25         Can you make it a little larger?



RICHARDSON: TRUDY HANCOCK

Page 109

1   letter that we sent him.

2      Q      But you didn't find the letter that he

3   sent you?

4      A      No.

5      Q      Do you recall what it said?

6      A      No.

7      Q      So with respect to his 2016 ballot that is

8   the subject of this letter, did you ever discuss

9   Mr. Kilpatrick's ballot with anyone in your

10  office?

11     A      No.

12     Q      Did you ever discuss Mr. Kilpatrick's

13  ballot with anyone on the EVBB?

14     A      No, not that I remember.

15     Q      If you look a little more than halfway

16  down the main paragraph in the middle of the

17  letter, do you see the sentence that reads:  "If

18  it is determined the signature is reasonably

19  similar, the ballot is accepted.  If it is

20  determined that the signature is not reasonably

21  similar, the ballot is rejected"?

22             Do you see that?

23     A      Correct.  Yes, I do.

24     Q      And what did you mean by this?

25     A      Just that a reasonable person would see



Page 110

1  that the writing was similar or not.

2  **Q     And is that the standard that the EVBB**

3  **applies to signature analysis?**

4  A     I'm not on that board, so I couldn't

5  answer that.

6  **Q     I guess, how did you come up with this**

7  **standard when you put it in the letter to**

8  **Mr. Kilpatrick?**

9  A     It's just a general standard that is just

10  known in the election community.

11  **Q     I'm sorry.  Was that "it's the general**

12  **standard known in the election community"?**

13  A     Yes.

14  **Q     And what is that based on?**

15  A     Just years of experience and how the early

16  voting ballot board normally works.

17  **Q     Has anyone ever taught you those**

18  **standards?**

19  A     No.

20  **Q     Have you ever discussed those standards**

21  **with anyone?**

22  A     Not off the -- not that I remember.

23  **Q     Have those signature comparison standards**

24  **ever been the subject of any communication you've**

25  **had with the Secretary of State of Texas?**



RICHARDSON: TRUDY HANCOCK

Page 111

```
 1    A      No.
 2    Q      Have those standards ever been the subject
 3  of any of the conferences put on by the Secretary
 4  of State that you have attended?
 5    A      No.
 6    Q      Have signature comparison standards ever
 7  been the subject of any training that you've had
 8  in your career as an elections officer?
 9    A      No.
10    Q      So when you wrote that this was the
11  standard to Mr. Kilpatrick, you meant this was the
12  standard applied by the EVBB; correct?
13    A      Yes.
14    Q      How do you know that this was the standard
15  they applied?
16    A      Like I say, it's not something that's
17  discussed or taught or -- it's just -- I guess
18  just an inference -- something inferred by the
19  election code that it's just a reasonable
20  standard, what a reasonable person would think.
21    Q      And do you know what standard the EVBB of
22  Brazos County applied to Mr. Kilpatrick's ballot?
23    A      I would assume a reasonable standard.
24    Q      You're just assuming that?
25    A      I'm sorry?
```



RICHARDSON: TRUDY HANCOCK

Page 121

1   A     Yes.

2   Q    **What do you mean by that?**

3   A    That they compare the signatures to the

4  application -- from the application to the carrier

5  envelope, and if a reasonable person would deem

6  them the same signature, then it's accepted.

7   Q    **Do you believe that's the standard that**

8  **the EVBB applied when it reviewed Dr. Richardson's**

9  **ballot in the 2018 general election?**

10  A    Yes.

11  Q    **Why do you think that?**

12  A    General practices.

13  Q    **So you have no firsthand knowledge that**

14  **that's what happened; correct?**

15  A    Correct.

16  Q    **And back to that language, you write:  "It**

17  **is up to that team to make the determination if**

18  **the signatures are similar enough."**

19        **Do you see that?**

20  A    No.  Wait a minute.

21  Q    **It's the second-to-last sentence in the**

22  **middle paragraph of the letter.**

23  A    Yes.  Okay.

24  Q    **What constitutes "similar enough" in terms**

25  **of comparing signatures?**



RICHARDSON: TRUDY HANCOCK

Page 122

1   A      A reasonable person's acceptance.

2   Q      And you write:  "This is the procedure

3   that is set up in the Texas Election Code."

4          Do you see that?

5   A      Yes.

6   Q      Does the Texas Election Code contain this

7   "reasonable person" standard?

8   A      I'm not certain.  I'm speaking more to the

9   way the board is set up.

10  Q      To your knowledge, what does the Texas

11  Election Code say with respect to signature

12  comparison standards?

13  A      I'm not certain.

14  Q      So again, you write to Dr. Richardson that

15  that team of two volunteers determined to reject

16  his ballot.  Is that what you're saying?

17  A      Yes.

18  Q      Does the same team of two volunteers

19  review every mail-in ballot in Brazos County?

20  A      No.

21  Q      How many teams might there be in a Brazos

22  County election?

23  A      It just depends.  For a general election,

24  we normally have about six to ten teams, dependent

25  on the mail-out vote turnout.



RICHARDSON: TRUDY HANCOCK

Page 123

1    Q      Do you recall how many teams there were in
2    the 2018 general election?

3    A      No, I do not.

4    Q      So it's up to each specific team of two
5    volunteers to determine whether signatures on a
6    ballot are similar enough to signatures on an
7    application; correct?

8    A      Correct.

9    Q      Is it possible for different teams to
10   reach a different conclusion with respect to the
11   same ballot?

12   A      Yes.

13   Q      I'm going to turn off the screen share
14   now.

15           MR. KALAR:  And now, especially for
16        those of us on the East Coast, would be a
17        good time for a lunch break.  I don't have
18        very much left in terms of the fact
19        deposition, but I think it would make
20        sense to take a lunch break now and then
21        come back and finish off the fact
22        deposition and then turn to the 30(b)(6)
23        deposition, if that works for everybody.

24           THE WITNESS:  That's fine.

25           MR. KALAR:  And how about we return



RICHARDSON: TRUDY HANCOCK

Page 124

1        at 1:15 p.m. Central time.  Is that enough

2        time, or would you prefer less time?

3                THE WITNESS:  I would prefer about

4        an hour.

5                MR. KALAR:  You'd prefer an hour?

6                THE WITNESS:  Uh-huh.

7                MR. KALAR:  An hour would be fine.

8        Let's return at 2:35 p.m. Central time.

9                MR. MAGEE:  1:35.

10                THE WITNESS:  1:35.

11                MR. KALAR:  Excuse me.  2:35

12        Eastern time; 1:35 Central time.

13                THE WITNESS:  Okay.

14                MR. KALAR:  Okay.  Can we go off

15        the record, please?

16            (Recess from 12:35 p.m. to 1:37 p.m.)

17   BY MR. KALAR:

18   **Q     Hi, Ms. Hancock.  Welcome back.  Just a**

19   **few more questions before we wrap up this first**

20   **part of the deposition.**

21   **           We talked a little bit about your**

22   **office's budget earlier.  How much does it cost**

23   **for your office to call a voter?**

24   A     To call a voter?  Nothing.  I mean, I

25   don't -- I don't know what the costs are.

RICHARDSON: TRUDY HANCOCK

Page 125

1    Q     How much does it cost your office to mail

2   a letter or a rejection notice to a voter?

3   A     Normal postage.  Right now it's $0.50, I

4   think.

5    Q     And are these costs budgeted at the

6   beginning of the annual budget that we talked

7   about earlier, or are these discretionary funds

8   that you use?

9   A     Budgeted.

10   Q     We also talked a little bit about your

11  office's correspondence with voters generally.

12          Do you or your office ever

13  affirmatively reach out to voters for -- to

14  inquire about their, for example, mail-in ballot

15  applications?

16   A     No.

17   Q     Do you or your office ever reach out to

18  voters to inquire about any other issues?

19   A     No.

20   Q     Does your office receive email inquiries

21  from voters?

22   A     Yes.

23   Q     And who in your office reviews those

24  inquiries?

25   A     Whoever they're addressed to.



RICHARDSON: TRUDY HANCOCK

Page 126

1    Q      Do you personally receive them?

2    A      Some of them, yes.

3    Q      And do other employees of your office

4  receive them as well?

5    A      Yes.

6    Q      Do you ever receive email inquiries from

7  voters about the mail-in ballot process?

8    A      Yes.

9    Q      Do you ever receive email inquiries from

10  voters after their mail-in ballot has been

11  rejected?

12    A      I don't remember receiving any, no.

13    Q      And that's true for your entire time with

14  Brazos County?

15    A      Correct.

16    Q      How about during your time at Robertson

17  County?

18    A      I don't remember any.

19    Q      Does your office save these emails?

20    A      Yes.

21    Q      Have you produced any of these emails in

22  this litigation?

23    A      No.

24    Q      In response to the discovery requests that

25  you received from plaintiffs in this litigation,



Page 130

1                    UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
2                       SAN ANTONIO DIVISION

3    DR. GEORGE RICHARDSON;          )
     ROSALIE WEISFELD; AUSTIN JUSTICE )
4    COALITION; COALITION OF TEXANS   )
     WITH DISABILITIES; MOVE TEXAS    )
5    CIVIC FUND; LEAGUE OF WOMEN      )
     VOTERS OF TEXAS; and AMERICAN GI )
6    FORUM OF TEXAS, INC.,            )
                                      )
7             Plaintiffs,             )
                                      )Civil Case No.
8    v.                               )5:19-cv-00963-OLG
                                      )
9    TEXAS SECRETARY OF STATE; TRUDY  )
     HANCOCK, in her official         )
10   capacity as BRAZOS COUNTY        )
     ELECTIONS ADMINISTRATOR; and     )
11   PERLA LARA, in her official      )
     capacity as CITY OF McALLEN,     )
12   TEXAS, SECRETARY,                )
                                      )
13            Defendants.             )

14

                      REPORTER'S CERTIFICATION
15             REMOTE VIDEOTAPED DEPOSITION OF
                        TRUDY HANCOCK
16                      May 5, 2020

17             I, Rebecca A. Graziano, Certified Shorthand

18   Reporter in and for the State of Texas, hereby

19   certify to the following:

20             That the witness, TRUDY HANCOCK, was duly

21   sworn and that the transcript of the oral

22   deposition is a true record of the testimony given

23   by the witness;

24             I further certify that pursuant to FRCP Rule

25   30(f)(1) that the signature of the deponent:



```
 1          ____ was requested by the deponent or a
 2     party before the completion of the deposition and
 3     returned within 30 days from date of receipt of
 4     the transcript.  If returned, the attached Changes
 5     and Signature Page contains any changes and the
 6     reasons therefor.
 7          ____ was not requested by the deponent or a
 8     party before the completion of the deposition.
 9          I further certify that I am neither attorney
10     nor counsel for, related to, nor employed by any
11     of the parties to the action in which this
12     testimony was taken.
13          Further, I am not a relative or employee of
14     any attorney of record in this cause, nor do I
15     have a financial interest in the action.
16          Subscribed and sworn to on this ___ day of
17     _____, 2020.
18
19
20
21     _____
22     Rebecca A. Graziano, CSR, RPR, CRR
       Texas CSR No. 9306
23     Expiration Date:  07/31/22
24
25
```

# Exhibit 11

Page 1

```
 1              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF TEXAS
 2                 SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;          )
     ROSALIE WEISFELD; AUSTIN JUSTICE )
 4   COALITION; COALITION OF TEXANS  )
     WITH DISABILITIES; MOVE TEXAS   )
 5   CIVIC FUND; LEAGUE OF WOMEN     )
     VOTERS OF TEXAS; and AMERICAN GI )
 6   FORUM OF TEXAS, INC.,           )
                                     )
 7           Plaintiffs,            )
     v.                              )Civil Case No.
 8                                   )5:19-cv-00963-OLG
     TEXAS SECRETARY OF STATE; TRUDY )
 9   HANCOCK, in her official        )
     capacity as BRAZOS COUNTY       )
10   ELECTIONS ADMINISTRATOR; and    )
     PERLA LARA, in her official     )
11   capacity as CITY OF McALLEN,    )
     TEXAS, SECRETARY,               )
12                                   )
             Defendants.            )
13
            ******************************************
14      REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF
                         PERLA LARA
15                     May 14, 2020
            ******************************************
16      REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF

17   PERLA LARA, produced as a witness at the instance

18   of the Plaintiffs, and duly sworn, was taken in

19   the above-styled and numbered cause on

20   May 14, 2020, from 1:41 p.m. to 3:15 p.m.,

21   remotely before Rebecca A. Graziano, CSR, RPR,

22   CRR, in and for the State of Texas, reported by

23   machine shorthand, pursuant to the Federal Rules

24   of Civil Procedure and the provisions stated on

25   the record.
```

**CERTIFIED TRANSCRIPT**

```
                                                           Page 2
1                 A P P E A R A N C E S

2

3   REPRESENTING THE PLAINTIFFS:

4   Mr. Hani Mirza (via videoconference)
    Mr. Ryan Cox (via videoconference)
5   Mr. Zachary D. Dolling (via videoconference)
    TEXAS CIVIL RIGHTS PROJECT
6   1405 Montopolis Drive
    Austin, Texas  78741
7   (512) 474-5073
    hani@texascivilrightsproject.org
8   ryan@texascivilrightsproject.org
    zachary@texascivilrightsproject.org
9
           and
10
    Mr. Samuel Kalar (via videoconference)
11  Ms. Joanna Suriani (via videoconference)
    WILLKIE FARR & GALLAGHER, LLP
12  787 Seventh Avenue
    New York City, New York  10019
13  (212) 728-8000
    skalar@willkie.com
14  jsuriani@willkie.com

15
    REPRESENTING THE DEFENDANT, TEXAS SECRETARY OF
16  STATE:

17  Ms. Anna Mackin (via videoconference)
    OFFICE OF THE ATTORNEY GENERAL
18  300 West 15th Street
    Austin, Texas  78701
19  (512) 463-2100
    anna.mackin@texasattorneygeneral.gov
20
    REPRESENTING THE DEFENDANT, TRUDY HANCOCK, in her
21  official capacity as BRAZOS COUNTY ELECTIONS
    ADMINISTRATOR:
22
    Mr. J. Eric Magee (via videoconference)
23  ALLISON, BASS & MAGEE, LLP
    402 West 12th Street
24  Austin, Texas  78701
    (512) 482-0701
25  e.magee@allison-bass.com
```



Page 3

1                    A P P E A R A N C E S

2

3   REPRESENTING THE DEFENDANT, PERLA LARA, in her
    official capacity as CITY OF McALLEN, TEXAS,
4   SECRETARY:

5    Mr. Isaac J. Tawil (via videoconference)
     Mr. Austin W. Stevenson (via videoconference)
6    CITY OF McALLEN CITY ATTORNEY'S OFFICE
     1300 Houston Avenue, Second Floor
7    McAllen, Texas  78501
     (956) 681-3111
8    itawil@mcallen.net
     astevenson@mcallen.net

9

10  ALSO PRESENT:

11   Mr. Bruce Erratt (via videoconference)

12
    VIDEOCONFERENCE TECHNICIAN:
13
     Ms. Maygun Flanagan
14

15

16

17

18

19

20

21

22

23

24

25



```
                                                    Page 4
 1                        INDEX
                                                    PAGE
 2

 3     EXAMINATION BY MR. COX...........................  6

 4

 5                       EXHIBITS

 6   NUMBER          DESCRIPTION                     PAGE

 7   Exhibit 1       Notice of Deposition................  9

 8   Exhibit 2       Early Voting Ballot Board &

 9                   Signature Verification Committee

10                   Handbook for Election Judges and

11                   Clerks, 2020; Bates SOS_000428

12                   through 000477..................... 18

13   Exhibit 3       February 2020 Election Advisory

14                   Email; Bates SOS_000737 through

15                   000741............................. 46

16

17

18

19

20

21

22

23

24

25
```



RICHARDSON: PERLA LARA - 30(B)(6)

Page 5

```
 1              PROCEEDINGS
 2         (On the record at 1:41 p.m.)
 3         THE VIDEOGRAPHER:  We are going on
 4    the video record.  Today is May 14th,
 5    2020.  The time is 1:41 p.m.
 6         The civil action number is
 7    5:19-cv-00963-OLG in the matter of
 8    Dr. George Richardson, et al., versus
 9    Texas Secretary of State.  The deponent is
10    City of McAllen, Texas, secretary, Perla
11    Lara.  The video deposition is requested
12    by plaintiffs' counsel, Texas Civil Rights
13    Project, Austin.
14         My name is Maygun Flanagan.  I am
15    the videographer.  The court reporter
16    today is Becky Graziano.  We are both
17    representing HG Litigation Services.
18         Will counsel please identify
19    themselves for the record?
20         MR. COX:  My name is Ryan Cox,
21    C-o-x, with the Texas Civil Rights Project
22    on behalf of the plaintiffs.
23         MR. MIRZA:  My name is Hani Mirza
24    with the Texas Civil Rights Project, also
25    on behalf of the plaintiffs.
```



Page 6

```
 1          MR. KALAR:  Also on behalf of
 2      plaintiffs, my name is Samuel Kalar of the
 3      law firm Willkie Farr & Gallagher.
 4          MS. SURIANI:  And also on behalf of
 5      plaintiffs, my name is Joanna Suriani of
 6      the law firm Willkie Farr & Gallagher.
 7          MR. STEVENSON:  Austin Stevenson on
 8      behalf of defendant Perla Lara in her
 9      official capacity, McAllen city secretary.
10          MR. TAWIL:  And Isaac Tawil on
11      behalf of Ms. Lara as well.
12          MR. MAGEE:  This is Eric Magee on
13      behalf of Trudy Hancock, the Brazos County
14      elections administrator, in her official
15      capacity.
16          MS. MACKIN:  This is Anna Mackin
17      with the Texas Attorney General's office
18      on behalf of the Secretary of State in her
19      official capacity.
20          (Witness duly sworn.)
21                   PERLA LARA,
22   being first duly sworn, testified as follows:
23                   EXAMINATION
24   BY MR. COX:
25   Q      Thank you, Ms. Lara.  I appreciate being
```



RICHARDSON: PERLA LARA - 30(B)(6)

Page 26

```
 1              If you could scroll down on the same
 2   page, there's a bullet point under "Notes" that
 3   starts with "the board, like the committee."
 4              Do you see that?
 5   A     Yes.
 6   Q     It says:  "The board, like the committee,
 7   may also compare signatures with any two or more
 8   signatures of the voter made within the preceding
 9   six years and on file with the voter registrar."
10              What is -- what is your understanding
11   of this role as it applies to McAllen's early
12   voting ballot board?
13   A     That the board could request to look --
14   compare signatures from previous elections if I
15   had them and they hadn't met retention.  They may
16   or may not, but they -- they've never asked or
17   inquired about it.  But that's my understanding.
18   Q     Okay.
19   A     If I have them and they asked, we could do
20   that.
21              MR. TAWIL:  Mr. Cox, this line of
22        questioning is going to Ms. Lara's -- in
23        her capacities as secretary's beliefs.  If
24        you have questions related to the
25        deposition topics as to the City of
```



APPX-000187

RICHARDSON: PERLA LARA - 30(B)(6)

Page 27

```
1        McAllen, I would ask that you please stick
2        to your topics and the entity that you're
3        deposing.
4              MR. COX:  I'm asking -- yeah.  I'm
5        asking what the City of McAllen's
6        understanding is about what this role
7        means, and I'm sorry if I'm unclear about
8        that.
9   BY MR. COX:
10   Q      Ms. Lara, for -- for the rest of today, if
11   I ask you anything about "your understanding" or
12   "you," I'm talking about you in your capacity
13   representing the City of McAllen.  So I'm -- I
14   want to know what McAllen's understanding of this
15   role means.
16              Does that make sense?
17   A      Noted.
18   Q      Okay.
19   A      Yes.
20   Q      Okay.  And so I -- tell me if I got this
21   wrong, but I think you just said that the early
22   voting ballot board has never asked for those
23   additional signatures; is that right?
24   A      Right.
25   Q      And who would they ask or how would they
```



Page 33

1    Q      Okay.  And then the Monday, two days after

2   election day, would be when the rejection letters

3   are usually mailed out by your office?

4    A      Correct, yes.  They start -- they start

5   them up on that night and try to get ahead as much

6   as they can, but they come back and finish on

7   Monday.

8    Q      Okay.  And in sending written -- I'm

9   sorry.  In sending written notice to the voter of

10   the reason for rejection, does your office have a

11   policy of sending this notice by any other means

12   besides a letter?

13    A      No.  That's it.  We just download the

14   form, and we just send out that notice.  Just

15   mail.

16    Q      Okay.  And does your office have the -- I

17   guess the ability to notify voters by other means?

18           MR. TAWIL:  Objection; form.

19           THE WITNESS:  No.  We only do it by

20      mail.

21   BY MR. COX:

22    Q      Right.  I understand that you're -- that

23   right now you only do it by mail.

24           What I'm asking is -- say

25   hypothetically a court ordered you to also provide



RICHARDSON: PERLA LARA - 30(B)(6)

Page 34

1   that notice by email and phone number if you

2   happen to have that information.  Is that

3   something your office would be able to do?

4               MR. TAWIL:  Objection; form.

5               THE WITNESS:  Yes.  Yes.

6   BY MR. COX:

7   Q      And I'm trying -- in trying to understand

8   that a little bit, what would -- what kind of

9   resources would you have to have to implement

10  something like that, where you gave notice by

11  other means as well?

12              MR. TAWIL:  Objection; form.

13              THE WITNESS:  Well, we've got them.

14       We -- if we were asked to, we could

15       send -- send it electronically.  We can

16       fax as well.  I mean, we don't do a lot of

17       that anymore, but we can do it

18       electronically or fax.

19  BY MR. COX:

20  Q      Okay.  And in the last election, do you

21  know -- in the last general election, I'm

22  sorry -- do you know how many ballots were

23  rejected in that election?

24  A      I don't recall, looking at this document.

25  Q      If you -- were -- are you able to provide



RICHARDSON: PERLA LARA - 30(B)(6)

```
 1   even just, like, a rough estimate?
 2    A      It's like a handful.
 3    Q      Okay.  And so in the hypothetical
 4   situation I was discussing where you had to send
 5   an email or give a phone call if you had that
 6   information for voters that had their ballots
 7   rejected, how long do you think that would take?
 8               MR. TAWIL:  Objection; form.
 9               THE WITNESS:  It wouldn't take
10        long.  Electronically, you can do it
11        within that day.  It wouldn't take long.
12   BY MR. COX:
13    Q      Okay.  And would there be any additional
14   costs to your office for implementing something
15   like that?
16               MR. TAWIL:  Objection; form.
17               THE WITNESS:  No.  No.
18   BY MR. COX:
19    Q      Okay.  I think I'm done with this handbook
20   for now, and if we need to, we'll come back to it.
21               But I kind of want to quickly change
22   the topic a little bit and talk about your kind
23   of -- the work you do with the Secretary of State,
24   or the relationship between the City of McAllen
25   and the Secretary of State.
```



Page 53

```
 1   BY MR. COX:
 2    Q      You are?
 3              MR. TAWIL:  Objection; form.
 4              THE WITNESS:  Yes.
 5   BY MR. COX:
 6    Q      Okay.  What does that provision of the
 7   election code talk about, then?
 8              MR. TAWIL:  Objection; form.
 9              THE WITNESS:  Right.  Well, I've
10      never had to do that.
11   BY MR. COX:
12    Q      I'm sorry.  You never had to do what?
13    A      I could -- the petitioning.
14    Q      So --
15    A      You mean if it -- as it relates to the
16   rejected ballots; right?
17    Q      Uh-huh.
18    A      If I had a question; right?  I've never
19   done that.
20    Q      Okay.  So in the first line of this, it
21   says:  "As a reminder, if a county election
22   officer determines that a ballot was incorrectly
23   rejected," and it goes on from there.
24              Are you a county election officer?
25    A      No.
```



Page 56

1         I meant, that I'm familiar with it.

2         I've -- I've seen it.

3    BY MR. COX:

4    Q         I understand.  Okay.

5              I'm just trying to get at whether --

6    well, okay.  You said you've never tried to use

7    this kind of procedure before; is that right?

8    A         Correct.

9    Q         Have you -- not just this procedure, but

10   have you ever gone into court on behalf -- either

11   about a -- a ballot that was incorrectly rejected

12   or accepted?

13   A         No.

14   Q         And -- after ballots are rejected by an

15   early voting ballot board, and they come --

16   A         Correct.

17   Q         And the notice comes back -- a signed

18   rejection notice, signed by the EVBB judge, is

19   given back to you, do you -- does your office

20   perform any additional review or look at those

21   signatures that would allow you to determine if

22   you have -- even have an opinion about whether

23   something is incorrectly rejected or accepted?

24   A         No.

25   Q         Okay.  And then in the hypothetical



RICHARDSON: PERLA LARA - 30(B)(6)

Page 61

1   elections administrator have any reason to have

2   any of the information about your city election

3   related to, like, the ballots that were rejected

4   in your city elections or ballots that were

5   accepted, the number of mail-in ballot voters?

6   Anything like that?  Would they have reason to

7   have anything like that because you provided it to

8   them?

9      A      No, not unless they -- the only thing that

10  we send back to them are the provisionals, and of

11  course, I don't know their processes -- unless

12  they make copies of what they send back to us.

13  They shouldn't, but then -- I mean, I don't know.

14  They -- I send the provisionals.  They -- we go

15  through a curing period.  They send them back to

16  us, and unless they made a copy, they shouldn't

17  have anything.

18     Q      Okay.  And so I'd like to ask you now, you

19  know, if a voter contacts your office and says

20  that they believe that their ballot was rejected

21  in error, do you have policies and procedures for

22  handling that type of complaint?  Or how would it

23  be handled, if not?

24     A      Right.  I mean, if they do, they'll

25  contact our office.  Some have -- will come by the



RICHARDSON: PERLA LARA - 30(B)(6)

Page 62

```
 1   office and we'll talk to them.  They'll express
 2   their concerns.  We'll go over the notice, and
 3   I -- as a matter of fact, I had one that actually
 4   came by, and so I showed her -- we reviewed the
 5   notice, and she requested to look at the way she
 6   had signed.  And she saw that, and she's like,
 7   "Ma'am, definitely I signed differently.  I'll be
 8   more careful next time."
 9              But I do talk to them.  We review the
10   letters, and most of the time, they're happy
11   with -- they're okay with the outcome.  It doesn't
12   happen much.  I think maybe twice that I've had
13   two individuals come in.
14   Q     Okay.  And does McAllen -- the City of
15   McAllen provide any recourse for those individuals
16   to prove that it was them that signed it or
17   anything like that that would allow their ballot
18   to actually be counted?
19              MR. TAWIL:  Objection; form.
20              THE WITNESS:  No.  Like I said,
21       those -- and it was two.  They were okay.
22       So they didn't have to do anything.
23   BY MR. COX:
24   Q     Okay.  And did you ever get a complaint
25   from Rosalie Weisfeld about that issue?
```



RICHARDSON: PERLA LARA - 30(B)(6)

Page 72

```
 1              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF TEXAS
 2                 SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;           )
     ROSALIE WEISFELD; AUSTIN JUSTICE )
 4   COALITION; COALITION OF TEXANS   )
     WITH DISABILITIES; MOVE TEXAS    )
 5   CIVIC FUND; LEAGUE OF WOMEN      )
     VOTERS OF TEXAS; and AMERICAN GI )
 6   FORUM OF TEXAS, INC.,            )
                                      )
 7          Plaintiffs,              )
     v.                              )Civil Case No.
 8                                    )5:19-cv-00963-OLG
     TEXAS SECRETARY OF STATE; TRUDY )
 9   HANCOCK, in her official         )
     capacity as BRAZOS COUNTY        )
10   ELECTIONS ADMINISTRATOR; and     )
     PERLA LARA, in her official      )
11   capacity as CITY OF McALLEN,     )
     TEXAS, SECRETARY,                )
12                                    )
            Defendants.              )
13

14              REPORTER'S CERTIFICATION
            REMOTE VIDEOTAPED DEPOSITION OF
15                    PERLA LARA
                    May 14, 2020
16

17          I, Rebecca A. Graziano, Certified Shorthand

18   Reporter in and for the State of Texas, hereby

19   certify to the following:

20          That the witness, PERLA LARA, was duly sworn

21   and that the transcript of the oral deposition is

22   a true record of the testimony given by the

23   witness;

24          I further certify that pursuant to FRCP Rule

25   30(f)(1) that the signature of the deponent:
```



APPX-000196

1          ____ was requested by the deponent or a

2     party before the completion of the deposition and

3     returned within 30 days from date of receipt of

4     the transcript.  If returned, the attached Changes

5     and Signature Page contains any changes and the

6     reasons therefor.

7          ____ was not requested by the deponent or a

8     party before the completion of the deposition.

9          I further certify that I am neither attorney

10    nor counsel for, related to, nor employed by any

11    of the parties to the action in which this

12    testimony was taken.

13          Further, I am not a relative or employee of

14    any attorney of record in this cause, nor do I

15    have a financial interest in the action.

16          Subscribed and sworn to on this ___ day of

17    _____, 2020.

18

19

20

21    _____
      Rebecca A. Graziano, CSR, RPR, CRR
22    Texas CSR No. 9306
      Expiration Date:  07/31/22

23

24

25

# Exhibit 12

RICHARDSON: PERLA LARA

Page 1

```
 1                UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;          )
     ROSALIE WEISFELD; AUSTIN JUSTICE )
 4   COALITION; COALITION OF TEXANS   )
     WITH DISABILITIES; MOVE TEXAS    )
 5   CIVIC FUND; LEAGUE OF WOMEN      )
     VOTERS OF TEXAS; and AMERICAN GI )
 6   FORUM OF TEXAS, INC.,           )
                                      )
 7          Plaintiffs,              )
                                      )Civil Case No.
 8   v.                              )5:19-cv-00963-OLG
                                      )
 9   TEXAS SECRETARY OF STATE; TRUDY )
     HANCOCK, in her official        )
10   capacity as BRAZOS COUNTY       )
     ELECTIONS ADMINISTRATOR; and    )
11   PERLA LARA, in her official     )
     capacity as CITY OF McALLEN,    )
12   TEXAS, SECRETARY,               )
                                      )
13          Defendants.              )

14        *********************************
           REMOTE VIDEOTAPED DEPOSITION OF
15                    PERLA LARA
                    May 14, 2020
16        *********************************

17        REMOTE VIDEOTAPED DEPOSITION OF PERLA LARA,

18    produced as a witness at the instance of the

19    Plaintiffs, and duly sworn, was taken in the

20    above-styled and numbered cause on May 14, 2020,

21    from 9:34 a.m. to 1:40 p.m., remotely before

22    Rebecca A. Graziano, CSR, RPR, CRR, in and for the

23    State of Texas, reported by machine shorthand,

24    pursuant to the Federal Rules of Civil Procedure

25    and the provisions stated on the record.
```

**CERTIFIED TRANSCRIPT**

RICHARDSON: PERLA LARA

```
                                                        Page 2
 1                  A P P E A R A N C E S

 2

 3    REPRESENTING THE PLAINTIFFS:

 4    Mr. Hani Mirza (via videoconference)
      Mr. Ryan Cox (via videoconference)
 5    Mr. Zachary D. Dolling (via videoconference)
      TEXAS CIVIL RIGHTS PROJECT
 6    1405 Montopolis Drive
      Austin, Texas  78741
 7    (512) 474-5073
      hani@texascivilrightsproject.org
 8    ryan@texascivilrightsproject.org
      zachary@texascivilrightsproject.org
 9
            and
10
      Mr. Samuel Kalar (via videoconference)
11    Ms. Joanna Suriani (via videoconference)
      WILLKIE FARR & GALLAGHER, LLP
12    787 Seventh Avenue
      New York City, New York  10019
13    (212) 728-8000
      skalar@willkie.com
14    jsuriani@willkie.com

15
      REPRESENTING THE DEFENDANT, TEXAS SECRETARY OF
16    STATE:

17    Ms. Anna Mackin (via videoconference)
      OFFICE OF THE ATTORNEY GENERAL
18    300 West 15th Street
      Austin, Texas  78701
19    (512) 463-2100
      anna.mackin@texasattorneygeneral.gov
20
      REPRESENTING THE DEFENDANT, TRUDY HANCOCK, in her
21    official capacity as BRAZOS COUNTY ELECTIONS
      ADMINISTRATOR:
22
      Mr. J. Eric Magee (via videoconference)
23    ALLISON, BASS & MAGEE, LLP
      402 West 12th Street
24    Austin, Texas  78701
      (512) 482-0701
25    e.magee@allison-bass.com
```



RICHARDSON: PERLA LARA

Page 3

1                   A P P E A R A N C E S

2

3    REPRESENTING THE DEFENDANT, PERLA LARA, in her
     official capacity as CITY OF McALLEN, TEXAS,
4    SECRETARY:

5      Mr. Isaac J. Tawil (via videoconference)
       Mr. Austin W. Stevenson (via videoconference)
6      CITY OF McALLEN CITY ATTORNEY'S OFFICE
       1300 Houston Avenue, Second Floor
7      McAllen, Texas  78501
       (956) 681-3111
8      itawil@mcallen.net
       astevenson@mcallen.net

9

10   ALSO PRESENT:

11     Mr. Bruce Erratt (via videoconference)

12

     VIDEOCONFERENCE TECHNICIAN:
13

       Ms. Maygun Flanagan
14

15

16

17

18

19

20

21

22

23

24

25



```
                                                              Page 4
 1                              INDEX
                                                              PAGE
 2

 3     EXAMINATION BY MR. COX............................  7

 4

 5                             EXHIBITS

 6    NUMBER              DESCRIPTION                      PAGE

 7    Exhibit 1     Notice of Deposition.................  14

 8    Exhibit 2     City of McAllen's Objections and

 9                  Answers to Plaintiffs' First Set of

10                  Discovery Requests...................  94

11    Exhibit 3     Exhibit E to Document Production.....  104

12    Exhibit 4     Exhibit L to Document Production.....  110

13    Exhibit 5     Exhibit M to Document Production.....  116

14    Exhibit 6     Exhibit O to Document Production.....  120

15    Exhibit 7     Exhibit S to Document Production.....  123

16    Exhibit 8     Exhibit V to Document Production.....  131

17

18

19

20

21

22

23

24

25
```



RICHARDSON: PERLA LARA

1                    PROCEEDINGS

2          (On the record at 9:34 a.m.)

3          THE VIDEOGRAPHER:  We are going on

4    the video record.  Today is May 14th,

5    2020.  The time is 9:34 a.m.

6          The civil action number is

7    5:19-cv-00963-OLG in the matter of

8    Dr. George Richardson, et al., versus

9    Texas Secretary of State.  The deponent is

10   Perla Lara.  The video deposition is

11   requested by plaintiffs' counsel, Texas

12   Civil Rights Project, Austin.

13          My name is Maygun Flanagan.  I'm

14   the videographer.  The court reporter

15   today is Becky Graziano.  We are both

16   representing HG Litigation Services.

17          Will counsel please identify

18   themselves for the record?

19          MR. COX:  My name is Ryan Cox,

20   C-o-x, with the Texas Civil Rights Project

21   on behalf of the plaintiffs.

22          MR. STEVENSON:  Austin --

23          MR. TAWIL:  Isaac --

24          MR. STEVENSON:  -- Stevenson,

25   S-t-e-v-e-n-s-o-n, for Perla Lara in her



Page 6

```
 1   official capacity as the McAllen city
 2   secretary.
 3          MR. TAWIL:  Isaac Tawil for
 4   Ms. Lara as well.
 5          THE VIDEOGRAPHER:  Okay.  The
 6   deponent may now be sworn in.
 7          MR. COX:  We do have some
 8   other -- I'm sorry.  We do have some other
 9   folks here from TCRP, but they may be
10   coming in and out.
11          But if any of you-all did want to
12   make an appearance, now would be the time
13   to do that.
14          MR. MIRZA:  Yeah.  This is
15   Hani -- Hani Mirza with the Texas Civil
16   Rights Project on behalf of plaintiffs.
17          MR. KALAR:  Also on behalf of
18   plaintiffs, this is Samuel Kalar with the
19   law firm Willkie Farr & Gallagher.
20          MS. SURIANI:  And also on behalf of
21   plaintiffs, this is Joanna Suriani with
22   the law firm Willkie Farr & Gallagher.
23          MR. MAGEE:  This is Eric Magee.
24   I'm with defendant Trudy Hancock in her
25   official capacity as the Brazos County
```



Page 7

1       elections administrator.

2             MS. MACKIN:  And this is Anna

3       Mackin.  I represent the defendant Texas

4       Secretary of State, sued in her official

5       capacity.

6          (Witness duly sworn.)

7                    PERLA LARA,

8    being first duly sworn, testified as follows:

9                    EXAMINATION

10   BY MR. COX:

11    Q      Excellent.  Thank you, Ms. Lara.

12             Good morning.  My name is Ryan Cox.

13   I'm an attorney, like I said, with the Texas Civil

14   Rights Project on behalf of the plaintiffs, and so

15   I'm going to be conducting your deposition today.

16             To start things off, can you please

17   just state and spell your name for the record?

18    A      Perla Lara, P-e-r-l-a, Lara, L-a-r-a.

19    Q      Okay.  Have you ever been deposed before?

20    A      No.

21    Q      Okay.  So, you know, here at the

22   beginning, I like to go over kind of a few general

23   rules, you know, for this deposition, make sure

24   we're clear on a few things.

25             The first thing is that, you know, in



RICHARDSON: PERLA LARA

Page 25

1    A       Since March of 1999.

2    Q       Excellent.  Great.  Okay.

3            So now I kind of want to talk more

4    about this specific case.  I'd like to start by

5    asking you, what is your understanding of what

6    this case is about, generally?

7            MR. TAWIL:  Objection; form.

8    BY MR. COX:

9    Q       You can answer, Ms. Lara, unless your

10   counsel asks you not to.

11   A       Okay.  It's got to do with the -- that

12   I -- what I -- what I know is that it's got to do

13   with the mail ballots.  They might have one or two

14   mail ballots that were rejected.

15   Q       Okay.  Yeah, I don't -- I'm not asking you

16   to be, like, a legal expert on any of this.  I

17   just wanted to, you know, ask you what you --

18   A       Yeah.

19   Q       -- knew about what was going on.

20           And so as the McAllen city secretary,

21   are you responsible for the administration of all

22   city elections for the City of McAllen?

23   A       Yes.

24   Q       Okay.  And is -- in that role, is it your

25   responsibility to develop and/or implement



Page 26

1   policies to ensure that the McAllen city elections

2   run properly?

3                MR. TAWIL:  Objection; form.

4                MR. STEVENSON:  You may answer.

5                THE WITNESS:  Yes, develop and

6        follow the -- the guidelines and processes

7        that the Texas Secretary of State provides

8        us with.  Yes.

9   BY MR. COX:

10   Q      Okay.  And so kind of in a similar vein,

11   is it also your responsibility to ensure that the

12   City of McAllen elections take place in accordance

13   with -- with the law, the Texas and federal law?

14   Is that your responsibility?

15   A      Yes.

16   Q      And what do your responsibilities --

17   stemming from that, your responsibilities to

18   implement and -- to oversee the administration of

19   McAllen city elections, what do those

20   responsibilities include for your office -- for

21   you?

22   A      The training.  We provide the information

23   to the -- to the alternate -- to the judges and

24   alternate judges and clerks.  We provide

25   trainings, give them the -- you know, we go over



RICHARDSON: PERLA LARA

Page 27

1   all the SOS guidelines, processes.  We give them

2   the advisories that the SOS issues out on the

3   particular year.  We provide them the resources,

4   the EVBB handbooks.

5             We give them trainings on the -- on

6   our election machines, our election equipment,

7   with ES&S.  We go over the equipment as well.  We

8   train them on the DS200s, which -- it's basically

9   all the ExpressVotes, the tablets, and just give

10  them the resources, the handbooks, the Texas

11  Election Code book as well.

12            And then we refer them to the

13  Secretary of State's website so that they can go

14  in there and take additional trainings that they

15  have there.  They've got additional advisories

16  that they can review and basically give them as

17  much -- provide them with as much information as

18  possible so that they can, you know, go through

19  the process of qualifying and accepting the

20  information.

21  Q      Excellent.

22            And so I think I'll get into this a

23  little bit later, but just while it's at the top

24  of mind, do you develop any of your own trainings,

25  or are these all trainings and materials that you



RICHARDSON: PERLA LARA

Page 48

```
 1   it's the same.
 2   Q      Got it.
 3          And so you would not be providing any
 4   training materials or kind of rules and procedures
 5   to any employees in your office or to anyone who
 6   is employed for an election except for what
 7   is -- you have from the Secretary of State's
 8   office and from these seminars and from the Texas
 9   Election Code; is that right?
10   A      Correct.
11   Q      Okay.  And, you know, in administering the
12   elections in McAllen, do you ever look to or ask
13   other jurisdictions about best practices or
14   anything along those lines, whether that's someone
15   like Hidalgo County or people you network with at
16   these seminars?  Do you discuss kind of best
17   practices about how to run a local election with
18   anyone else?
19   A      We network.  We've got our city clerks'
20   associations where, you know, our -- our city
21   clerks will email each other if we've got any
22   questions as to, you know, notices and forms, or
23   if we have a doubt on something, we have a city
24   clerks' Yahoo group that we ask questions, mentor
25   each other.
```



RICHARDSON: PERLA LARA

Page 55

```
 1   mail-in ballot procedures or signature
 2   verification procedures?
 3    A       No.
 4    Q       Okay.  Okay.  I'd like to, I guess, go
 5   through a little bit of a list about your
 6   responsibilities related to mail-in ballots.  And
 7   then once I get through that, I think we can take
 8   a break right after that, if that sounds good to
 9   you.
10    A       Yes.
11    Q       Okay.  So we covered that you're the early
12   voting clerk for the City of McAllen; correct?
13    A       Yes.
14    Q       And as the early voting clerk, is it part
15   of your responsibilities to receive all mail-in
16   ballots submitted by voters for an election that
17   you're overseeing?
18    A       Yes.
19    Q       And is it -- are you responsible for
20   mailing voters a mail-in ballot application if
21   they request one?
22    A       Yes.
23    Q       And are you -- are you responsible for
24   delivering the actual mail-in ballot to the voter
25   after they've applied and been qualified?
```



RICHARDSON: PERLA LARA

Page 56

1   A     I -- yes, I have a staff that works on

2   those, and they send them out under my direction.

3   **Q**     **Okay.  Got it.**

4         **And are you responsible for notifying**

5   **voters if their application is rejected and the**

6   **reasons why?**

7   A     The application, yes.

8   **Q**     **Okay.  And are you required -- are you**

9   **responsible for providing ballot envelopes and**

10  **carrier envelopes, along with the ballot as well,**

11  **to the voter?**

12  A     Correct.  The only thing that we keep is

13  the jacket envelope where we put all the

14  materials.

15  **Q**     **Okay.  And after a ballot has been mailed**

16  **to the voter and they mail it back in to you, are**

17  **you responsible for determining whether that**

18  **carrier envelope was received timely -- or mailed**

19  **timely by the voter?**

20  A     Yes.

21  **Q**     **Okay.  And is it your responsibility to**

22  **decide whether to allow a voter to cure defects in**

23  **their mail-in ballot carrier envelope if it's**

24  **prior to the mail-in ballot deadline?**

25  A     They have until the day of the election to

**hg**

Page 57

1    cancel or spoil the ballot if they wish to do

2    that.

3    Q      Okay.  And if a -- if a carrier envelope

4    comes back to you and it's -- and it's deficient

5    in some way, would it be your office that would

6    contact the voter to correct that deficiency?

7    A      No.

8    Q      Okay.  And who would it -- would there be

9    anyone that would contact the voter to correct

10   that deficiency?

11   A      We receive the carrier envelopes, and all

12   we do is -- of course, we log in the information,

13   we enter it and put it -- like I told you before,

14   we are a single-member district, so we separate

15   them, depending -- if it's a mayoral election

16   year, I'm going to have Districts 1 through 6.  If

17   it's just a particular district that's running,

18   you separate them.  And basically, all we do is

19   keep that information, log the information, and

20   have it ready for the ballot board that's going to

21   qualify and go through the process.

22              I have had instances where individuals

23   will call and they'll want to cancel, or they come

24   back -- you know, the reason might be that

25   they're -- they were expected to be out of the



Page 58

```
 1    county, they came back, and they want to go to the
 2    polling place and vote, you know, before the end
 3    of the early voting or on election day, and
 4    we've -- we've canceled.
 5      Q     Okay.  And if there's any other deficiency
 6    in the carrier envelope -- for example, not all
 7    the information that's required was filled out or
 8    something like that -- would you contact -- would
 9    your office contact the voter and let them know
10    that if -- you know, say it's before election
11    day -- so that they could go vote in person or
12    cancel their ballot, or would you just send them a
13    rejection notice?
14      A     No.  Before -- before election day, we
15    have contacted them, especially if we get them
16    before the election -- or, you know, when they
17    still have an opportunity to vote on election day,
18    we will contact them.
19      Q     Okay.  And is that a policy of your office
20    universally, or is that done on a case-by-case
21    basis?
22      A     Case-by-case.
23      Q     Okay.  And why is that?
24      A     Because that -- like I said, they'll call
25    and, you know, they'll either tell us that they
```



RICHARDSON: PERLA LARA

Page 59

```
 1    don't -- you know, they didn't mean to vote by
 2    mail or they'll call and they'll say, you know,
 3    "We received that information."  A lot of times
 4    they think it's the city clerk -- or city
 5    secretary that has sent them to them because it's
 6    the -- the campaigns will send them out.  And then
 7    they find out that it wasn't the city secretary,
 8    so then they say, you know, "We don't want to
 9    vote.  Can we still vote?"  And, of course, we let
10    them know that they can vote on election day.
11              But it's mainly them calling in
12    saying, "We didn't request it and, you know, they
13    were helping.  They -- they helped us fill them
14    out, but -- you know, we just did it because they
15    were asking, but we don't feel comfortable.  We
16    want to vote on election day."  And so we'll just
17    document --
18    Q       Got it.
19    A       -- that they decided they want to vote on
20    election day.
21    Q       Yeah, that makes sense.
22              Now, in the case where no one calls
23    you but they just mail back in their ballot and
24    there's some deficiency in it and it's before
25    election day, would you always try to contact that
```



Page 60

1    voter to let them know, or would you sometimes

2    contact that voter to let them know and sometimes

3    not?

4                MR. TAWIL:  Objection; form.  Are

5           you talking about the ballot or the

6           application?

7                MR. COX:  I'm talking about the

8           carrier envelope for the ballot.

9                MR. TAWIL:  Yeah, because you asked

10          her about the ballot, so I'll object.

11               MR. COX:  Yeah.

12               MR. TAWIL:  But if you want to

13          clarify your question.

14               MR. COX:  Yeah.

15               THE WITNESS:  Yeah.

16   BY MR. COX:

17    Q     I mean, I'll ask you the question for

18   both.

19               If you receive an application that has

20   deficiencies, an application for a ballot by mail,

21   and it has deficiencies and there's still time to

22   fix those deficiencies, would you always contact

23   the voter about that?

24    A     Yes.  On the application, yes.

25    Q     Okay.  And now when you receive a -- after



Page 61

1   someone's submitted an application and been

2   qualified and received their ballot in the mail,

3   and now they return their ballot to you and you

4   find some deficiency in that document, the carrier

5   envelope, would you then contact the voter if

6   there's -- if it's received before election day,

7   for example --

8            MR. TAWIL:  Objection; form.

9   BY MR. COX:

10  Q    -- as a rule or not?

11           MR. TAWIL:  Objection; form.

12           THE WITNESS:  Yeah, no, we

13      just -- as far as the ballots, when we

14      receive the ballots, we just file them.

15      We enter it as received -- as received and

16      log it in in the spreadsheets, and that's

17      what we hold for the board.  Once we

18      received it, unless they call us and let

19      us know that they've changed their mind,

20      that they don't want to vote by mail, I

21      mean, that's the final product.  You know,

22      they've sent it to us.

23           But on the applications, definitely

24      we do -- we do review that.  I mean, the

25      number one area that we get, they'll check



RICHARDSON: PERLA LARA

Page 62

```
 1        and say, you know, 65.  Then we'll look at
 2        the age and if they don't meet that
 3        qualification, but they do meet the
 4        disability or the sickness, or maybe they
 5        meant to -- out of the county.  So that,
 6        we do check, because that's something that
 7        we can open and verify.
 8             But as far as the ballots, once we
 9        get it, it's been received, we log it in
10        to the particular district, and we color
11        code it by district, and then we put that
12        information away until we meet with the
13        ballot board to turn that information over
14        to them.
15   BY MR. COX:
16    Q     Got it.
17             And does any of these -- the
18   procedures you just described change from election
19   to election since you've been city secretary?
20    A     No.
21    Q     Okay.  And do you have different
22   responsibilities in any kind of election context
23   based on what kind of election you're running,
24   whether that's a bond election or, you know, a
25   bigger election than that?  Do your
```



RICHARDSON: PERLA LARA

Page 71

1    what?

2    A       Correct.

3              MR. TAWIL:   Objection; form.

4              THE WITNESS:   Yes, there's no

5         reason -- there's no reason for me to

6         press "reject."

7    BY MR. COX:

8    Q       Okay.   So then do you -- when the ballot

9    comes in, do you review it for correct postmark or

10   if it was postmarked in time?

11   A       Right.   That's it.   As long as we got it

12   on time -- on a timely basis, we enter it and then

13   just throw them away until it's time for the

14   qualifying and processing.

15   Q       And if you get one that's not received on

16   time, would you -- would your office do the

17   rejection of that ballot for being untimely, or

18   would you still send it to the ballot board to

19   make that determination?

20   A       Yes, no, we have to reconvene again and

21   bring back my -- my board so that they can reject

22   that it didn't come in on time.

23   Q       Okay.   And then so once you have all of

24   the ballots, it's election day now, and you're

25   taking the sealed ballots to the ballot board,



RICHARDSON: PERLA LARA

Page 72

1   what happens to them then?

2    A      Right.  We -- the ballot board comes in,

3   they take their oath, and then they take over.  We

4   hand the information to them, the ballots by mail,

5   and we also hand the information for the early

6   voting by personal appearance.  So they usually do

7   that first, and then they start working on the

8   mail ballots.

9    Q      Okay.

10   A      And then, of course, the provisionals, but

11   we have to -- that's the day, you know -- until we

12   get the provisional ballots, if we have any, we

13   reconvene again to also qualify and process and do

14   the provisional ballots.

15   Q      Got it.

16            MR. COX:  I think we can take a

17       break.  We'll come back and talk more

18       about the early voting ballot board, but

19       let's take a break for 15 minutes.  Does

20       that sound good?

21            THE WITNESS:  Yes.

22            MR. COX:  Okay.

23            MR. TAWIL:  That's fine.

24            THE VIDEOGRAPHER:  Okay.  We're

25       going off --



RICHARDSON: PERLA LARA

Page 78

1  those trainings as well and they're provided with

2  materials.

3  **Q       Okay.  And what -- what does the content**

4  **of the training related to mail-in ballots**

5  **include?**

6  A       It's basically reviewing that handbook.

7  It's the -- it's not a big handbook.  It's not as

8  big as the TEC book that we order.  They used to

9  send the handbooks to us.  Now we download it, and

10  I don't think it's more than 30 pages, unless it's

11  been revised.

12             And basically, all we do is just --

13  you know, we -- we go over the book and just point

14  out the sections.  You know, this is what the

15  authority of the EVBB -- you know, this is what it

16  is, you know, at the -- at the front of the page.

17  We just -- I think the first or second page, it's

18  got a table of contents.  It's got a couple of

19  examples that we tell them, you know, "Go back to

20  the examples.  You know, if you have any

21  questions, this is what you're looking for."

22             And it's basically just review --

23  review the entire book.  I've got staff there with

24  me, and we just go over the different sections.

25  Like I said, it's not a very -- a very big book.



Page 79

1   As a matter of fact, it includes both the EVBB and

2   the SVC.  I think the SVC is just, like, maybe

3   half a page.  It's not a lot.

4   **Q      And this is the early voting ballot board**

5   **handbook provided by the Secretary of State's**

6   **office; is that correct?**

7   A      Right.  It's -- I think it's entitled

8   for -- "Handbook for Judges and Clerk, EVBB."

9   **Q      Okay.  And in the training that you**

10  **provide that involves this handbook, is there any**

11  **training that is specific to recognizing**

12  **mismatching signatures or evaluating whether, you**

13  **know, two marks made were made by the same person**

14  **or any kind of training like that?**

15  A      No.  Well, the actual -- the book does

16  have a section on that.  I always remind them that

17  we are not handwriting experts.  I remind them

18  that they are not the SVC committee, because it's

19  not.  It's two separate authorities.

20          And I do -- I mean, that's one section

21  that I do point out to them:  "We -- all that we

22  do is just compare the signature from the

23  application," just -- it's a reminder, "Don't

24  forget, we're comparing the signature of the

25  application to the corresponding carrier envelope



RICHARDSON: PERLA LARA

Page 80

1   just to determine that the signatures were that of

2   the voter."

3            And I do remind them, I mean, that's

4   all that we're doing, and just making sure that

5   the information is in there.  You know, because we

6   do point out -- I think there's a section also

7   that -- or it's, like, two or three pages where it

8   tells you the reasons why you would reject or not

9   accept the vote, and that's if they check off one

10   or two when you can only select one candidate.

11           So we -- we review that and, I mean,

12   they're -- those judges have a lot of experience.

13   Like I said, they've been with the county as well

14   for years.  But we still review it, and we let

15   them know the reasons that they can't.  You know,

16   if they -- if they check off two people or if -- a

17   lot of times they send it back and they send them

18   blank.  They don't select a person.  Well, then,

19   you know, that's another instance.

20           But it's basically just to review all

21   the examples that are in the handbook.

22   **Q     And in any of these trainings, have you**

23   **ever got questions about what to do if they were**

24   **unsure of whether a signature was a match or**

25   **signed by the same person?**



RICHARDSON: PERLA LARA

Page 81

1    A        No.

2                MR. TAWIL:   Objection; form.

3                THE WITNESS:   No.

4    BY MR. COX:

5    **Q        And so can you estimate how much time in**

6    **this training for early voting ballot board**

7    **members is spent talking about or training them on**

8    **signature mismatches?**

9    A        Again, we don't.   We just review the

10   handbook, and like I said, that's the only section

11   that I refer to the -- that I refer back to.   It's

12   just the part that says all we do is just

13   ascertain that it was the -- the same voter that

14   signed a document.   Just, you know -- all we have

15   to look at is the application and the

16   corresponding carrier envelope.   If it resembled

17   and you ascertained, you know -- and all we do is

18   ascertain that it's the same individual and the

19   same voter.

20   **Q        And do you train them to accept two**

21   **signatures if they resemble each other?**

22   A        We -- we go over the book, and I just

23   remind them if they have a question, I just remind

24   them that, you know, you take a vote.   If it's a

25   unanimous vote, you know, that's the decision that



RICHARDSON: PERLA LARA

Page 82

```
 1    we're going to go by.  If somebody feels that --
 2    you know, if it's not unanimous and somebody feels
 3    that it was, you know -- it resembled -- or that
 4    it reasonably resembled the signature, you can
 5    take another vote.
 6              I always remind them, you know, you
 7    could always override it, and once you override,
 8    that would be the final decision.  But I do -- I
 9    do make them aware that if somebody feels
10    uncomfortable, you could always go back and
11    override and do that.
12    Q    Can you explain that for me?  I don't -- I
13    don't think I understand how one person could
14    override if they feel uncomfortable.
15    A    No, well --
16    Q    Can you explain that?
17    A    All right.  You take another vote.
18    Q    I see.
19    A    And sometimes, you know, it will change.
20    They might come back and say, well -- you know, if
21    that person can convince them that it was
22    the -- you know, that it's reasonably the same --
23    they take another vote, and if it's unanimous,
24    then the previous one doesn't count and we go with
25    the -- with the override; and if the override says
```



RICHARDSON: PERLA LARA

Page 83

1  we count, they count it.

2      Q       Got it.

3      A       And for the most part, it's usually -- for

4  the most part, it's unanimous.

5      Q       And a minute ago you said that you remind

6  people getting these trainings that they're not

7  signature experts and that they're not members of

8  the SVC, the signature verification committee.

9  Can you explain to me the distinction that you're

10  making there between the EVBB and the SVC?

11     A       I do that because that's one of the

12  questions that I get from them at the training:

13  "So are we supposed to do that?"  Because

14  they -- that book -- and I see why it would be

15  misleading or confusing, because it's -- it talks

16  about both committees on the same book.  So when

17  they're reading that, they're thinking, "Oh, you

18  know, it says 'SVC.'  Are we supposed to do that?"

19  So I just remind them that that's the way -- you

20  know, that book, you know, it includes both the

21  SVC committee and the EVBB board as well.

22              So, you know, I always tell them I

23  don't have an SVC.  As a matter of fact, I've

24  only -- I've only had it once.  So I -- you know,

25  I tell them you're just the early voting ballot



RICHARDSON: PERLA LARA

Page 98

1   A       Yes.

2   Q       And it says:  "Admit that the City of

3   McAllen received a signed and timely mailed 2019

4   city runoff election ballot from Ms. Weisfeld in

5   compliance with the Texas Election Code," and you

6   indicated "Deny."

7            Did I read that correctly?

8   A       Yes.

9   Q       Okay.  And so I -- I think this

10  is -- there's certainly something in here that is

11  my poor drafting skills on this, so I wanted to

12  run through kind of the sub-elements of this and

13  see what caused you to deny this request.

14            Are you aware of -- of the City of

15  McAllen receiving a ballot by mail from

16  Ms. Weisfeld in the 2019 city runoff election?

17  A       Yes.

18  Q       And when that was received by your office,

19  was it received timely?

20  A       Yes.

21  Q       And when you received that in your office,

22  was there a signature on -- on it?

23  A       Yes.

24  Q       Okay.  So then that leads me to believe

25  that you denied this request because of the last



RICHARDSON: PERLA LARA

Page 99

```
 1   part that says:  "In compliance with the Texas
 2   Election Code."
 3              Is that right?
 4   A      Correct.  Correct.
 5   Q      Okay.  And can you explain to me why you
 6   denied this request based on that part of the
 7   sentence?
 8   A      Because I -- as the city clerk, I just
 9   receive them.
10              MR. TAWIL:  Objection; form.
11              THE WITNESS:  I just -- I just
12        receive them.  The ballot board was the
13        one that was going to process and qualify.
14   BY MR. COX:
15   Q      So is it because the ballot board rejected
16   it that your -- that you believe it was not in
17   compliance with the Texas Election Code?  I guess
18   is that -- is that what you're saying?
19              MR. TAWIL:  Perla, I'm going to ask
20        you not to answer this question at this
21        point.  The determination to deny the
22        request for admission was made by counsel,
23        and that goes to privilege.
24   BY MR. COX:
25   Q      Okay.  I'm just -- we'll just move on from
```

hglitigation.com



Page 105

```
 1        so she's getting closer so she can clearly
 2        see what it is.
 3              MR. COX:  Understood.
 4              THE WITNESS:  Yes, it's basically
 5        the rosters for the early ballot by mail;
 6        and then the rejected ones, another roster
 7        for rejected; and then the notices -- the
 8        signed notices that went out.
 9   BY MR. COX:
10    Q     Okay.  Great.
11              And so I'd like to just bring your
12   attention to a couple of these pages, and these
13   aren't Bates-stamped, so it might be a little
14   tough, but I'm going to do my best.  This
15   is -- the first page I'd like you to go down to is
16   Page 34.  Hopefully that lines up.
17              And that is -- let me know when you
18   get there.
19    A     Okay.
20    Q     Okay.  And that's a green -- a copy of a
21   green envelope sent to the City of McAllen; is
22   that right?
23    A     Yes.
24    Q     Or I'm sorry.  Returned to the City of
25   McAllen.  Got it.
```



RICHARDSON: PERLA LARA

Page 106

1          And so there's a -- like a pink

2    Post-it note on this, and I just wanted to ask you

3    about that.  It says:  "Called the following

4    numbers."  It lists several phone numbers.  Then

5    below that, there's a yellow sticker that looks

6    like it was return to sender from the voter back

7    to you.

8          And so my question is --

9    A    Correct.

10   Q    Can you hear me?

11   A    Yes.

12   Q    Okay.  My question is:  Why would this

13   individual voter have been called, and on all of

14   these numbers, if you received a return to sender

15   on this?

16   A    It probably came back before election day.

17   I mean, I don't -- I can't answer for my -- my

18   records manager at that time other than they were

19   trying to, in a good faith effort, reach that

20   person to let them know that, you know, it got

21   returned back, and we're trying to get

22   another -- perhaps another forwarding address or,

23   you know, let them know that it came back.

24   Q    Okay.  And that -- that would be her

25   handwriting on this pink Post-it note, I suppose,



RICHARDSON: PERLA LARA

Page 107

1    if you recognize it?

2    A    Yes, that -- right.  That's not my

3    handwriting.  Yeah.

4    Q    Okay.  Great.  All right.  Then -- that's

5    all I had on that.

6              If you could then scroll down to

7    Page 104.  See if I can find 104.

8              Okay.  Let me know when you get there.

9    A    Okay.

10   Q    Okay.  To me, this looks like text

11   messages, Page 104 and 105, sent to a voter; is

12   that correct?

13   A    Correct.  That's what it looks like.

14   Q    Okay.  And is this -- is this your phone

15   number on the top of this, or would that be the

16   recipient?  Or do you know?  Do you recognize this

17   at all?

18   A    Yeah, no, I don't -- I'm not good with

19   phone numbers.  I've got my contacts and just dial

20   out, so I'm not sure if -- it's somebody from

21   staff that must have texted.

22   Q    Okay.  And --

23   A    I'd have to --

24   Q    -- it looks like this person's application

25   for ballot by mail was being rejected, and so they



RICHARDSON: PERLA LARA

Page 108

1    were texting the voter to let them know about

2    that; is that a fair analysis of this?

3    A       Correct.

4    Q       Okay.  And is this something that you-all

5    would do for voters regularly, send them a text

6    message if they're being -- going to have a ballot

7    rejected like that -- I mean an application

8    rejected like that?

9    A       No.  No.  It must have been an exception.

10   They must have been calling from -- you know,

11   wanting to vote from out of the county or

12   something like that.  But no, it's not a practice.

13   Q       Okay.  And --

14   A       I'm sure there was --

15   Q       And so this is not something that would

16   have been done uniformly or, like, I guess been

17   offered to all the voters who you had a phone

18   number for in the same situation?

19   A       Correct.

20   Q       Okay.  And earlier we looked at

21   a -- either an application or a ballot -- I'm not

22   sure -- that had phone numbers that were called.

23   Is there any reason your office would call someone

24   but not send them a text message?

25   A       No.  Like I said, it was probably because



RICHARDSON: PERLA LARA

Page 109

1  it -- Annette -- like I said, I mean, she's not --

2  no longer here.  I can't ask her.  But I'm just

3  thinking that it -- because it got back and there

4  was still time for them to -- to either vote or

5  time to send another ballot, it was just in a

6  good-faith-based effort.

7  **Q      Okay.**

8  A      You know, we really try.

9  **Q      Yeah.  All right.  And then if you could**

10  **just scroll up two pages to Page 102.**

11  A      Okay.

12  **Q      It looks -- this looks to me like the**

13  **application for ballot by mail that was filed by**

14  **the voter who was texted a second ago; do you**

15  **agree with that?**

16  A      Hold on.  I lost the page.

17  **Q      Sorry.**

18  A      Yes.

19  **Q      Okay.  And then it looks like there's a**

20  **Post-it note on here that says:  "Per Perla, since**

21  **applicant was already notified via text, no notice**

22  **of rejected application is -- no application is**

23  **required," or does -- did I read that correctly,**

24  **or does that make sense?**

25  A      Yes, correct.



APPX-000232

RICHARDSON: PERLA LARA

Page 110

```
 1   Q      Okay.  And so in this particular

 2   case -- and this is -- I recognize this is not

 3   done uniformly, but you sent the actual rejection

 4   notice of the application to the individual by

 5   text message, or your office did.  Does that seem

 6   right?

 7   A      Correct.

 8   Q      Okay.  And then if -- on this same

 9   document, if you could look -- I know it's

10   sideways, at least on my screen, so I know it's

11   kind of hard.

12   A      Uh-huh.

13   Q      But in Box Number 8 -- oh, I'm -- I'm

14   sorry.

15   A      8.  Okay.  I'll tell you what --

16   Q      Hold on.  Hold on.  I'm sorry.  Not 8.

17          Okay.  That's all I have on that

18   particular document.

19          All right.  I'm going to send you a

20   link to a new -- another exhibit.

21   A      Okay.

22   Q      And this is going to be Exhibit 4.

23          (Exhibit 4 marked.)

24   BY MR. COX:

25   Q      And let me know when you're able to open
```



RICHARDSON: PERLA LARA

Page 116

1         are actually dying, so I'm going to switch
2         that out real quick.  Just hold on one
3         second.
4                 THE WITNESS:  Okay.
5     BY MR. COX:
6      Q      Okay.  I put another link in the chat box.
7     This going to be Exhibit 5.
8             (Exhibit 5 marked.)
9     BY MR. COX:
10     Q      Let me know when you're able to open it.
11     A      Okay.
12     Q      Okay.  And this is a -- this is also,
13    again, not Bates-stamped, but it's marked as
14    Exhibit M in the documents that your counsel sent
15    to us, and it's also a very long document -- 158
16    pages -- so I don't want you to, you know, spend a
17    lot of time reviewing this, but if you could just
18    go down to Page 95.
19     A      Okay.
20     Q      Okay.  And do you recognize this to be an
21    application for ballot by mail sent in to your
22    office?
23     A      Yes.
24     Q      Okay.  And do you recognize it to be an
25    application, at least purportedly, sent by Rosalie



RICHARDSON: PERLA LARA

Page 117

1   Weisfeld?

2    A      Yes.

3    Q      Okay.  And now, in Box Number 4, it asks

4   for contact information, and says that that is

5   optional.

6            Here, Ms. Weisfeld did provide contact

7   information; is that correct?

8    A      Yes.

9    Q      And what is the -- your understanding of

10  the purpose for having a voter include their

11  name -- their phone number and email address on

12  this application?

13            MR. TAWIL:  Objection; form.

14            THE WITNESS:  It's -- I mean, it's

15       optional that you can provide or not

16       provide.

17  BY MR. COX:

18   Q      And --

19   A      She provided it.

20   Q      Okay.  Okay.  And so if a voter provides

21  this information, what would your office do with

22  that information, potentially?

23            MR. TAWIL:  Objection; form.

24            THE WITNESS:  In the event that we

25       need to contact her or do something, like



RICHARDSON: PERLA LARA

Page 118

1        on the previous one, in a good faith

2        effort to try and contact them, we would

3        have a phone number or an email.  If it

4        was, like, an FPCA and you're overseas, I

5        mean, it's always good to have that email

6        as well.

7   BY MR. COX:

8    Q      Got it.

9           **And so -- and to your knowledge, was**

10   **Ms. Weisfeld contacted on any of these**

11   **contacting -- any of this contact information**

12   **provided prior to her ballot being rejected by the**

13   **EVBB?**

14            MR. TAWIL:  Are you asking Perla if

15       she contacted them, or the EVBB?

16            MR. COX:  I'm asking Perla if she

17       has any knowledge of whether anyone

18       contacted --

19            MR. TAWIL:  I'll object to form

20       there.

21            MR. COX:  -- this voter.

22            THE WITNESS:  No, I don't.

23       Everything --

24   BY MR. COX:

25    Q      **I'm sorry.**



RICHARDSON: PERLA LARA

1    Q       Got it.

2    A       -- that have worked with -- Luis Longoria

3    worked for the City of San Antonio, and so he had

4    that experience that he's done elections over

5    there as well.  So that's what I look for.

6    Q       Okay.  And then for Number 8, it says:

7    "List any special skills, expertise, or trainings

8    related to elections."

9            Is this basically the same thing,

10   you're looking for people that have experience for

11   those same reasons you just listed?

12   A       Right.  Yes.  He's got experience with

13   Hidalgo County as well.

14   Q       Okay.  And considering -- and -- but this

15   application doesn't have any requests for

16   experience or knowledge or expertise about

17   comparing signatures; is that right?

18   A       Right.

19   Q       And this is an application specifically

20   for the signature verification committee and not

21   for the broader EVBB; is that right?

22   A       Right.

23   Q       Okay.  And is there any other place where

24   a person might indicate that they did have

25   experience in, I don't know, forensic document



RICHARDSON: PERLA LARA

Page 130

1   examination or anything along those lines, or

2   would they put it here in Number 8?  Is that --

3   that's where they would have to put it?

4          MR. TAWIL:  Objection; form.

5          THE WITNESS:  I guess that's the

6      only place.

7   BY MR. COX:

8   Q      Okay.  And then -- so Pages 19 through, I

9   think, the end of the document are just more of

10  these applications for other people that were

11  appointed to the board.  Does that seem right to

12  you?

13  A      Correct.

14  Q      And are -- do any of them list any kind of

15  special skills, expertise, or training related to

16  either evaluating signatures or document

17  examination or signature verification or any of

18  those types of things?

19  A      No.

20  Q      Okay.  All right.  That's all the

21  questions I had on that.  And I know we want to

22  get out for lunch here, but I just have one more

23  document before that.

24  A      Okay.

25  Q      And then I think we can get out.



RICHARDSON: PERLA LARA

Page 136

1    check with the SOS and I would check with

2    my -- with my legal team --

3  BY MR. COX:

4    Q      Okay.

5    A      -- and seek direction because I've never

6  had that situation happen.

7    Q      Yeah, that's fair.

8           Since you've been city secretary, has

9  the early voting ballot board or signature

10  verification committee ever met prior to election

11  day during any election?

12   A      No.

13   Q      Okay.  Okay.  And then the last

14  question -- and then we can get some lunch here --

15  is if you could scroll down to the last page, the

16  very bottom, Item Number 26 allows the inspector

17  to provide -- it says:  "Provide specific

18  information concerning any unusual activity

19  personally observed by you."

20           And the inspector responded:  "In my

21  opinion, board members were having a hard time

22  agreeing on signatures and had a little trouble on

23  other issues.  When ballots were delivered to the

24  EVBB, it was not locked or sealed."

25           Did I read that correctly?



Page 137

```
 1    A      Yes, you read it correctly.
 2    Q      Okay.  And so during this election last
 3   year, did you ever hear from any members of the
 4   EVBB -- EVBB during the time they were considering
 5   mail-in ballot signatures?
 6    A      No.
 7    Q      Okay.  And this says that "board members
 8   are having a hard time agreeing on signatures."
 9   In your training for EVBB members, does it include
10   any specific instructions about what to do if
11   you're having -- quote, "having a hard time
12   agreeing on signatures"?  Is there any part of the
13   training that covers what happens -- or what those
14   board members should do if that happened?
15    A      Just what I mentioned to you earlier.  If
16   you can't agree, then take a vote, and if it's
17   unanimous, to accept or not accept, you know,
18   that's the -- that's what you decide on, whether
19   it's a "yes" or a "no," and then you move on.
20   Otherwise, you delay the process if you spend too
21   much time trying to agree.
22             It's like, just take a vote, a show of
23   hand.  If it's unanimous, you know, it counts.  If
24   you're still having difficulty, then you take a
25   vote, you know, again.  And if the -- if it's --
```



RICHARDSON: PERLA LARA

Page 138

```
 1   the verdict's different, then it's -- it gets

 2   overridden and you count it.

 3              I'm not sure really what type of

 4   issues the inspector -- I mean, this report, I got

 5   it after the fact.  So whatever -- you know, I'm

 6   not sure what they were agreeing or not agreeing

 7   on.  I wasn't there.

 8   Q      Understood.

 9              And so I guess let me just ask you

10   this, then:  After you received this report in

11   July of 2019, you would have discussed it with

12   your management team at the City of McAllen;

13   correct?

14   A      Correct.

15   Q      And were any actions taken subsequent to

16   getting this inspection report for future

17   elections or changes to policies and procedures or

18   trainings or any kind of changes or -- that were

19   made because of this -- getting this inspection

20   report?

21   A      Yes.  The part where the ballots that were

22   delivered were not locked or sealed.  What

23   happened there -- but we -- we have made some

24   changes.  The inspector got there after -- when

25   the board was already -- we had already delivered
```



RICHARDSON: PERLA LARA

Page 139

```
 1   the information, but the -- the information was
 2   under lock and key but in our -- in our office.
 3   So when we, you know, unlocked the cabinets and
 4   took out the information, we gave it to them, but
 5   that's when -- when the inspector got there.
 6             What I've done now is we've enclosed
 7   the office and we've moved our records department
 8   to the back area where we're going to keep
 9   everything in boxes that are with -- under lock
10   and key.  And that's what we're going to deliver
11   to them, and they'll be opening them up
12   individually by district instead of just --
13   Q      Okay.
14   A      -- everything -- taking everything
15   out -- out of that drawer that we had.
16   Q      Okay.  And then were there any changes or
17   considered changes because of -- to trainings or
18   anything because of the fact that the inspector
19   reported that "board members were having a hard
20   time agreeing on signatures"?
21   A      Right.  That's when I started stressing to
22   them -- so now, you know, at every training, we do
23   let them know that -- you know, that they're there
24   just to ascertain that it was the voter that
25   signed the application and the corresponding
```

**hg**

Page 140

```
 1   carrier envelope, and that, you know, we're not
 2   there to -- to be, you know, handwriting experts.
 3           They just need to agree that it was
 4   the same person, and that any other issues, they
 5   just need to take a vote to avoid the
 6   disagreements, instead of going back and forth.
 7   They just need to take a vote when they can't
 8   decide.
 9   Q     Okay.  Great.  That is all the questions I
10   have on this document, and so I appreciate you
11   sticking with me a little bit past lunchtime, and
12   let me see here.  Sorry.  I've got the document
13   up.
14           MR. COX:  Isaac?
15           MR. TAWIL:  Yeah.
16           MR. COX:  Do you want to take a
17      full hour, or what do you want to do on
18      that?  To go back to the --
19           MR. TAWIL:  I'll defer to Perla.
20      However long she reasonably needs is okay
21      with me.
22           MR. COX:  Okay.  Perla, we had
23      originally scheduled an hour for lunch.
24      If you want that full time, you know, we
25      can do that.  If you want to shorten it
```

RICHARDSON: PERLA LARA

Page 146

```
 1                 UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;          )
     ROSALIE WEISFELD; AUSTIN JUSTICE )
 4   COALITION; COALITION OF TEXANS   )
     WITH DISABILITIES; MOVE TEXAS    )
 5   CIVIC FUND; LEAGUE OF WOMEN      )
     VOTERS OF TEXAS; and AMERICAN GI )
 6   FORUM OF TEXAS, INC.,            )
                                      )
 7           Plaintiffs,              )
                                      )Civil Case No.
 8   v.                               )5:19-cv-00963-OLG
                                      )
 9   TEXAS SECRETARY OF STATE; TRUDY  )
     HANCOCK, in her official         )
10   capacity as BRAZOS COUNTY        )
     ELECTIONS ADMINISTRATOR; and     )
11   PERLA LARA, in her official      )
     capacity as CITY OF McALLEN,     )
12   TEXAS, SECRETARY,                )
                                      )
13           Defendants.             )

14
                    REPORTER'S CERTIFICATION
15            REMOTE VIDEOTAPED DEPOSITION OF
                         PERLA LARA
16                    May 14, 2020

17          I, Rebecca A. Graziano, Certified Shorthand

18   Reporter in and for the State of Texas, hereby

19   certify to the following:

20          That the witness, PERLA LARA, was duly sworn

21   and that the transcript of the oral deposition is

22   a true record of the testimony given by the

23   witness;

24          I further certify that pursuant to FRCP Rule

25   30(f)(1) that the signature of the deponent:
```



1        ____ was requested by the deponent or a

2    party before the completion of the deposition and

3    returned within 30 days from date of receipt of

4    the transcript.  If returned, the attached Changes

5    and Signature Page contains any changes and the

6    reasons therefor.

7        ____ was not requested by the deponent or a

8    party before the completion of the deposition.

9        I further certify that I am neither attorney

10   nor counsel for, related to, nor employed by any

11   of the parties to the action in which this

12   testimony was taken.

13       Further, I am not a relative or employee of

14   any attorney of record in this cause, nor do I

15   have a financial interest in the action.

16       Subscribed and sworn to on this ___ day of

17   _____, 2020.

18

19

20

21   _____
     Rebecca A. Graziano, CSR, RPR, CRR
22   Texas CSR No. 9306
     Expiration Date:  07/31/22

23

24

25

# Exhibit 13

APPX-000246

# EXHIBIT M

APPX-000247

71

**Color Key:**

| | |
|---|---|
| Green Received | |
| Returned Mail | |
| Duplicate | |

## ROSTER FOR EARLY VOTING BY MAIL - JUNE 22, 2019 RUN-OFF ELECTION DISTRICT 5

| DATE BALLOT MAILED | DATE BALLOT RECD | VUID# | DIST.# | NAME | ADDRESS | CITY | STATE | ZIP | MAIL TO ADDRESS | DATE BALLOT REC'D |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 5/24/19 | 1053350003 | 5 | Johnson, Laurie A. | 7321-J St. | McAllen | TX | 78501 | Box 306, Exira, IA 50076 | 6/17/19 |
| 2 | 5/24/19 | 1053863648 | 5 | Mittelstaedt, Gerard E. | 2011 Daffodil | McAllen | TX | 78501 | 832 Leland Ave., Sheyboygan, WI 53081 | 6/4/19 |
| 3 | 5/22/19 | 1053601404 | 5 | Mittelstaedt, Mona S. | 2011 Daffodil | McAllen | TX | 78501 | 832 Leland Ave., Sheyboygan, WI 53081 | 6/4/19 |
| 4 | 5/22/19 | 1053170016 | 5 | Ingram, Denise | 721 N. 15th St. | McAllen | TX | 78501 | 2150 Treawood Dr. Ste. A160, El Paso, TX 79935 | 6/10/19 |
| 5 | 5/22/19 | 1054277136 | 5 | Ingram, John J. | 721 N. 15th St. | McAllen | TX | 78501 | 2150 Treawood Dr. Ste. A160, El Paso, TX 79935 | 6/11/19 |
| 6 | 5/16/19 | 1053712627 | 5 | Garcia, Rolando L. | 1101 W. Maple Ave. | McAllen | TX | 78501 | same | 6/19/19 |
| 7 | 3/6/19 | 1055312987 | 5 | Alaniz, Ana Maria | 412 N. 16th St. | McAllen | TX | 78501 | same | 5/30/19 |
| 8 | 3/6/19 | 1053168406 | 5 | Cantu, Olga N. | 417 N. 16th St. | McAllen | TX | 78501 | same | 5/29/19 |
| 9 | 3/29/19 | 1206430689 | 5 | Goolsby, Julia B. | 3600 Hibiscus Ave. | McAllen | TX | 78501 | Calle del Doctor Esparrdo, 126 6H, Madrid Spain 28007 | 6/28/19 |
| 10 | 4/8/19 | 1173765404 | 5 | Weisfeld-Hinojosa, Johnathan S. | 4801 N. 16th St. | McAllen | TX | 78504 | 11539 Hubener Rd. Apt. 3236, San Antonio, TX 78230 | 6/3/19 |
| 11 | 4/3/19 | 1054678350 | 5 | Weisfeld, Rosalie | 4801 N. 16th St. | McAllen | TX | 78504 | 9206 Cliffwood Drive, Houston, TX 77096 | 6/3/19 |
| 12 | 4/22/19 | 1053267582 | 5 | Moffitt, Mary K. | 1601 Marigold | McAllen | TX | 78501 | same | 6/14/19 |
| 13 | 5/20/19 | 1053791558 | 5 | Sansing, Frances Denise | 601 N. 15th St. | McAllen | TX | 78501 | same | 5/29/19 |
| 14 | 5/20/19 | 1053403020 | 5 | Beard, Scott Robert | 601 N. 15th St. | McAllen | TX | 78501 | same | 5/29/19 |
| 15 | 5/22/19 | 1055547722 | 5 | Perez Garcia, M. Carmen | 1101 W. Maple Ave. | McAllen | TX | 78501 | same | 6/19/19 |
| 16 | 5/28/19 | 1054935676 | 5 | Brown, Philip K. | 1216 Yucca Ave. | McAllen | TX | 78504 | 93 Patten Road, North Haven CT 06473 | 7/18/19 |
| 17 | 5/28/19 | 1038626232 | 5 | Brown, Lisbeth L. | 1216 Yucca Ave. | McAllen | TX | 78504 | 93 Patten Road, North Haven CT 06473 | 6/19/19 |
| 18 | 5/31/19 | 1054117922 | 5 | Fox, Danielle D. | 1701 W. Esperanza Ave. | McAllen | TX | 78501 | P.O Box 6326, Carmel by the Sea, CA 93921 | 6/13/19 |
| 19 | 5/31/19 | 1055432785 | 5 | Fox, Aaron D. | 1701 W. Esperanza Ave. | McAllen | TX | 78501 | P.O Box 6326, Carmel by the Sea, CA 93921 | 6/13/19 |
| 20 | 5/31/19 | 1054207368 | 5 | Perez-Trevino, Enrique | 1606 Redbud Ave. | McAllen | TX | 78504-4420 | same | |
| 21 | 5/31/19 | 1196731670 | 5 | Ayala, Raul | 1312 Beech Ave. Apt. 4 | McAllen | TX | 78501-4851 | same | 1/8/19 |
| 22 | 6/4/19 | 1053314843 | 5 | Luna, Mariana | 2064 Lindberg Cir. | McAllen | TX | 78501-7267 | same | 6/11/19 |
| 23 | 6/3/19 | 1053303961 | 5 | Emry, Verlee E. | 3816 N. 9th Ct. Apt. 1 | McAllen | TX | 78501-5727 | same | 6/7/19 |
| 24 | 6/4/19 | 1053094263 | 5 | Reyna, Maria | 1916 Fir Ave. | McAllen | TX | 78504-6978 | same | 6/10/19 |
| 25 | 6/3/19 | 1055483301 | 5 | Viada, Luis | 1237 Wisteria Ave. | McAllen | TX | 78504-1510 | same | 6/20/19 |
| 26 | 6/4/19 | 1053907380 | 5 | Rosas, Jesus | 315 N. 22nd St. | McAllen | TX | 78501-6830 | same | 6/10/19 |
| 27 | 6/4/19 | 1054002163 | 5 | Perez, Blanca G. | 1512 Redbud Ave. | McAllen | TX | 78504-4409 | same | 6/13/19 |
| 28 | 6/3/19 | 1053981254 | 5 | Perez, Richard H. | 1512 Redbud Ave. | McAllen | TX | 78504-4409 | same | 6/11/19 |
| #### | 6/4/19 | 1053866729 | 5 | Galtan, Socorro | 2117 Ithaca Ave. | McAllen | TX | 78501-7238 | same | 6/13/19 |
| 30 | 6/3/19 | 1053866653 | 5 | Galtan, Atanacio | 2117 Ithaca Ave. | McAllen | TX | 78501-7238 | same | 6/13/19 |

| # | Date | Date | S | Name | ID | Address | City | State | Zip | Same | Date |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 31 | 6/3/19 | 6/4/19 | S | Flores, Leonor G. | 1054046538 | 2136 Lindberg Cir. | McAllen | TX | 78501-7247 | same | 6/7/19 |
| 32 | 6/3/19 | 6/4/19 | S | Guerrero, Jose | 1054193310 | 2223 Date Palm Ave. | McAllen | TX | 78501-6967 | same | 6/7/19 |
| 33 | 6/4/19 | 6/4/19 | S | Ramirez, Andres | 1053654061 | 2021 Gumwood Ave. | McAllen | TX | 78501-6882 | same | 6/11/19 |
| 34 | 6/4/19 | 6/4/19 | S | Guerrero, Ofelia | 1052924367 | 2223 Date Palm Ave. | McAllen | TX | 78501-6967 | same | 6/10/19 |
| 35 | 6/4/19 | 6/4/19 | S | Borrego, Adalia | 1053549519 | 2116 Ebony Ave. | McAllen | TX | 78501-6974 | same | 6/10/19 |
| 36 | 6/3/19 | 6/4/19 | S | De Leon, Margarita Villarreal | 1054013583 | 2016 Japonica Ave. | McAllen | TX | 78501-6040 | same | 6/10/19 |
| 37 | 6/4/19 | 6/5/19 | S | Emry, Arthur | 1053303942 | 3816 N. 9th Ct. Apt. 1 | McAllen | TX | 78501-1727 | same | 6/10/19 |
| 38 | 6/4/19 | 6/5/19 | S | Guzman, Eufemia | 1053430558 | 2200 W. Jackson Ave. | McAllen | TX | 78501-2245 | same | 6/10/19 |
| 39 | 6/4/19 | 6/5/19 | S | Perez, Yolanda I. | 1053945321 | 604 S. 21st St. | McAllen | TX | 78501-7147 | same | 6/10/19 |
| 40 | 6/4/19 | 6/5/19 | S | Smith, Doris | 1053536581 | 1517 Whitewing Ave. | McAllen | TX | 78501-3536 | same | 6/13/19 |
| 41 | 6/4/19 | 6/5/19 | S | Guzman, Leobardo | 1055270874 | 2200 W. Jackson Ave. | McAllen | TX | 78501-7245 | same | 6/10/19 |
| 42 | 6/4/19 | 6/5/19 | S | Pardue, John O. W. | 2138036789 | 1612 Hibiscus Ave. | McAllen | TX | 78501 | same | 6/12/19 |
| 43 | 6/5/19 | 6/6/19 | S | Freeland, Diane Fowler | 1053744584 | 1213 Kendlewood | McAllen | TX | 78501 | 1840 Candlewood Court #207, Charlottesville VA 22903 | 6/19/19 |
| 44 | 6/5/19 | 6/6/19 | S | Zapata, Adela | 1055507764 | 2010 Galveston Ave. | McAllen | TX | 78501-7121 | same | 6/10/19 |
| 45 | 6/5/19 | 6/6/19 | S | Perez, Lydia | 1053524208 | 1314 S. 19 1/2 St. | McAllen | TX | 78501-5387 | same | 6/10/19 |
| 46 | 6/5/19 | 6/6/19 | S | Perez, Maria | 1053524208 | 2123 Fresno Ave. | McAllen | TX | 78501-7216 | same | 6/11/19 |
| 47 | 6/5/19 | 6/6/19 | S | Valdez, Maria D. | 1053233673 | 2217 Camellia Ave. | McAllen | TX | 78501-6153 | same | |
| 48 | 6/6/19 | 6/6/19 | S | Gonzalez, Maria O. | 1054280254 | 1437 S. 19 1/2 | McAllen | TX | 78501-5301 | same | 6/11/19 |
| 49 | 6/5/19 | 6/6/19 | S | Sandoval, Herminia | 1053164477 | 2119 Date Palm Ave. | McAllen | TX | 78501-6965 | same | 6/12/19 |
| 50 | 6/5/19 | 6/6/19 | S | Moxley, Karen | 1053960946 | 1111 Xanthisma Ave. | McAllen | TX | 78504-5559 | same | 6/18/19 |
| 51 | 6/5/19 | 6/6/19 | S | Garza, Jesus | 1054248515 | 1400 W. Gardenia Ave. | McAllen | TX | 78501-3443 | same | 6/15/19 |
| 52 | 6/5/19 | 6/6/19 | S | Moritz, Leo | 1059835610 | 1712 Quamasia Ave. | McAllen | TX | 78504-3714 | same | 6/19/19 |
| 53 | 6/5/19 | 6/6/19 | S | De la Garza, Benito | 1052927612 | 2213 Gumwood Ave. | McAllen | TX | 78505-6885 | same | 6/11/19 |
| 54 | 6/6/19 | 6/6/19 | S | Chavez, Lydia | 1053774655 | 1308 S. 20th St. | McAllen | TX | 78501-7253 | same | 6/11/19 |
| 55 | 6/5/19 | 6/6/19 | S | Guerrero, Maria G. | 1054297743 | 2223 Date Palm Ave. | McAllen | TX | 78501 | same | 6/11/19 |
| 56 | 6/5/19 | 6/6/19 | S | Avila, Joseph J. | 1186172454 | 1600 Wisteria Ave. | McAllen | TX | 78504 | 1161 Mary Jane Way, Fort Collins CO 80524 | 6/19/19 |
| 57 | 6/6/19 | 6/6/19 | S | De La Garza Barron, Juanita | 1166968912 | 7115. 11th St. Apt. 9 | McAllen | TX | 78501-5598 | same | 6/13/19 |
| 58 | 6/6/19 | 6/6/19 | S | Rivera, San (Juanita) | 1053882373 | 716 N. Broadway St. | McAllen | TX | 78500-4620 | same | 6/22/29 |
| 59 | 6/7/19 | 6/7/19 | S | Millin, Gina K. | 1054591082 | 1408 Yucca Ave. | McAllen | TX | 78504 | Hilton Garden Inn Seattle Downtown, 1821 Boren Ave., Seattle WA 98101 | 6/13/19 |
| 60 | 6/7/19 | 6/7/19 | S | Millin, John A. IV | 1055324043 | 1408 Yucca Ave. | McAllen | TX | 78504 | Hilton Garden Inn Seattle Downtown, 1821 Boren Ave., Seattle WA 98101 | 6/23/19 |

REJECTED

| | | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 61 | 6/10/19 | 6/12/19 | 1054231788 | 5 | Barrera, Luzdivina | 2220 Date Palm Ave. | McAllen | TX | 78501 | same | 6/19/19 |
| 62 | 6/10/19 | 6/12/19 | 1000082169 | 5 | Barrera, Omar | 2220 Date Palm Ave. | McAllen | TX | 78501 | same | 6/19/19 |
| 63 | 6/10/19 | 6/12/19 | 1053597946 | 5 | Hargrove, Diane Hale | 1305 Y-2 Ave. | McAllen | TX | 78504 | same | |
| 64 | 6/10/19 | 6/12/19 | 1053316957 | 5 | Jackson, Aurora | 2201 Orange Ave. | McAllen | TX | 78501 | same | |
| 65 | 6/10/19 | 6/12/19 | 1054156341 | 5 | Lanham, Minnie F. | 718 N. 16th St. | McAllen | TX | 78501-4722 | same | 6/18/19 |
| 66 | 6/10/19 | 6/12/19 | 1198536949 | 5 | Lara, Tomasa | 2109 Fir Ave. | McAllen | TX | 78501 | same | 6/15/19 |
| 67 | 6/10/19 | 6/12/19 | 1054010369 | 5 | Lopez, Elia G. | 2009 Japonica Ave. | McAllen | TX | 78501-6039 | same | 6/18/19 |
| 68 | 6/10/19 | 6/12/19 | 1009227012 | 5 | Marcot, Alexander | 4120 N. 12th St. Apt. 12 | McAllen | TX | 78504-4632 | same | 6/25/19 |
| 69 | 6/10/19 | 6/12/19 | 1054632339 | 5 | Ruiz, Dolores D. | 1101 S. 19 1/2 St. | McAllen | TX | 78501 | same | 6/15/19 |
| 70 | 6/10/19 | 6/12/19 | 1219425971 | 5 | Ruiz, Maria A. | 711 S. 11th St. | McAllen | TX | 78501 | same | 6/15/19 |
| 71 | 6/10/19 | 6/12/19 | 1054073394 | 5 | Sutton, Martha | 1405 Yucca Ave. | McAllen | TX | 78504 | 1616 Birchmont Beach Rd. NE, Bemidji MN 56601 | 6/22/19 |
| 72 | 6/11/19 | 6/12/19 | 1053808434 | 5 | Cowgill, Maria Luisa | 1106 Walnut Ave. | McAllen | TX | 78501-4694 | same | |
| 73 | 6/11/19 | 6/12/19 | 1053209928 | 5 | Carranza, Otila | 520 N. 20th | McAllen | TX | 78501 | same | 6/15/19 |
| 74 | 6/11/19 | 6/12/19 | 1053984717 | 5 | Garcia, Maria Guadalupe | 1613 New Port | McAllen | TX | 78501 | same | 6/18/19 |
| 75 | 6/11/19 | 6/12/19 | 1102669334 | 5 | Hernandez, Ventura | 2245 Orange | McAllen | TX | 78501 | same | 6/17/19 |
| 76 | 6/11/19 | 6/12/19 | 1102678506 | 5 | Rodriguez, Maria C. | 2245 Orange | McAllen | TX | 78501 | same | 6/17/19 |
| 77 | 6/11/19 | 6/12/19 | 1054274410 | 5 | Villalpando, Paula | 516 S. 15th St. Apt. 2 | McAllen | TX | 78505-5360 | same | 6/20/19 |
| 78 | 6/11/19 | 6/12/19 | 1053237601 | 5 | Zinsmeister, Edward J. | 1500 Marigold Ave. | McAllen | TX | 78501 | same | 6/15/19 |
| 79 | | | | | | | | | | | |
| 80 | | | | | | | | | | | |

**REJECTED APPLICATIONS ROSTER FOR EARLY VOTING BY MAIL FOR - JUNE 22, 2019 RUN-OFF ELECTION DISTRICT 5**

| | DATE ABBM REC.D | DATE LETTER MAILED | VUID# | DIST.# | NAME | ADDRESS | CITY | STATE | ZIP | REASON FOR REJECTION |
|---|---|---|---|---|---|---|---|---|---|---|
| 1 | 6/3/2019 | 6/4/2019 | 2120174622 | 5 | Pena, Michelle | 2213 17th St. | McAllen | TX | 78501 | Not signed / residence address of registration was not provided |
| 2 | 6/3/2019 | 6/4/2019 | 1162963827 | 5 | Ramirez, Maria | 2021 Gumwood Ave. | McAllen | TX | 78501 | Not over 65 years of age. |
| 3 | 6/4/2019 | 6/4/2019 | 1054678920 | 6 | Roberson, Robert L. | 1616 N. 8th St. | McAllen | TX | 78501 | District 6 |
| 4 | 6/5/2019 | 6/5/2019 | 1052963704 | 5 | Salinas, Estela | 4717 N 11th St. #34 | McAllen | TX | 78504 | Residence address of registration was not provided |
| 5 | 6/6/2019 | 6/6/2019 | 1055307226 | 3 | Liscano, Jose H. | 2741 Gumwood Ave. | McAllen | TX | 78501 | District 3 |
| 6 | 6/10/2019 | 6/12/2019 | 2125079954 | 5 | Sandoval, Jorge A. | 2120 Date Palm Ave. | McAllen | TX | 78501 | 56 years old (12/25/1962) |
| 7 | 6/10/2019 | 6/12/2019 | 2127882447 | 5 | Mueller, Shirley M. | 810 S. 16 1/2 St. | McAllen | TX | 78501 | Not signed |
| 8 | 6/11/2019 | 6/12/2019 | 1053701761 | 5 | Delgado, Pablo | 2012 Oakland Ave. | McAllen | TX | 78501 | Residence address not on file. |
| 9 | 6/13/2019 | 6/13/2016 | 1153464461 | 5 | Reyes, Hiliberta | 417 S. 20 1/2 St. | McAllen | TX | 78505 | ABBM received after the deadline (6/13/19). |
| 10 | 6/13/2019 | 6/13/2019 | 1053167441 | 5 | Cepeda, Juanita | 1720 Oakland Ave. | McAllen | TX | 78501 | ABBM received after the deadline (6/13/19). |
| 11 | 6/22/2019 | 6/22/2019 | 1160550592 | 6 | Molina, Erica Nicole | 2708 N. 8th Street | McAllen | TX | 78501 | District 6 |
| 12 | | | | | | | | | | |
| 13 | | | | | | | | | | |
| 14 | | | | | | | | | | |
| 15 | | | | | | | | | | |
| 16 | | | | | | | | | | |

APPX-000251

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.   DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

Prescribed by the Office of the Secretary of State of Texas   AB-16 12/17

For Official Use Only
VUID #, County Election Precinct #,
Statement of Residence, etc.

100308??69?

## Application for Ballot by Mail

**1** Last Name (Please print information)
Barrera
Suffix (Jr., Sr., III, etc)
First Name
Omar
Middle Initial

**2** Residence Address: See back of this application for instructions.
2220 Date Palm Ave
City
McAllen
State ,TX
ZIP Code
78501

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.
City
State
ZIP Code

**4** Date of Birth (mm/dd/yyyy) (Optional)
04 / 15 / 1959

Contact Information (Optional)*
Please list phone number and/or email address;
* Used in case our office has questions.

**5** Reason for Voting by Mail:
☑ 65 years of age or older. (Complete Box #6a)
☐ Disability. (Complete Box #6a)
☐ Expected absence from the county. (Complete Box #6b and Box #8)
You will receive a ballot for the upcoming election only.
☐ Confinement in jail. (Complete Box #6b)
You will receive a ballot for the upcoming election only.

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box. If applying once in the calendar year, select "Annual Application."
☐ Annual Application.

Uniform and Other Elections:
☐ May Election
☐ November Election
☑ Other Runoff

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☑ Any Resulting Runoff

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center
☐ Address of the jail
☐ Relative; relationship _____
☐ Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions
Date of return to residence address
_ _ _ _ _ _ - _ _

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
plaza@mcallen.net
(early voting clerk's e-mail address)
Voters you can begin to receive mail at this address
(956) 681-1029
(early voting clerk's fax)
NOTE: If you fax or e-mail this form, please be aware that you must also mail this form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X Omar Barrera
SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.
Date

X _____
Printed Name of Witness/Assistant

City

ZIP Code

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)

**If someone helped you to complete this form or mails this form for you, then that person must complete the sections below.**

**11** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐

*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness /Assistant

X _____
Printed Name of Witness/Assistant

Street Address
Apt Number (if applicable)
City

State
ZIP Code

▼ FOLD OVER HERE AND SEAL ▼

# APPLICATION FOR BALLOT BY MAIL
## (Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**
VUID: 1053866719   PCT: _____

| Last Name | Suffix | First Name | | Middle Initial |
|---|---|---|---|---|
| Gaitan | | Socorro | | |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSCRIPCION COMO VOTANTE)**

**Street Address**
2117 Ithaca Ave

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-7238 |

11/25/1938

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election.
Mail my ballot to the address indicated above (unless noted otherwise below.)

Signature of applicant: I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

**STREET ADDRESS**

| CITY | STATE | ZIP |
|---|---|---|

| Check One of these 4 choices: | ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY |
|---|---|
| | ☐ HOSPITAL |
| | ☐ RETIREMENT CENTER |
| | ☐ RELATIVE, RELATIONSHIP |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

▼ FOLD OVER HERE AND SEAL ▼

Mas

O.D. 8/25/1947

**APPLICATION FOR BALLOT BY MAIL.**
**(Solicitud Para Recibir Una Boleta Por Correo)**

| | | |
|---|---|---|
| For Official Use Only | | |
| VUID: 1196731670 | PCT: ____ | |

**Last Name** — Ayala

**Suffix**

**First Name** — Raul

**Middle Initial**

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCIONCIADE INSCRIPCION COMO VOTANTE)**

**Street Address** — 1312 Beech Ave Apt 4

**City** — McAllen

**State** — TX

**ZIP** — 78501-4651

✓ I am over 65 years of age and requesting an Annual Ballot By Mail to receive a ballot or all elections in 2019, including local elections and the November 2019 General Election.
Mail my ballot to the address indicated above (unless noted otherwise below.)

➡ X  Raul Ayala

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR  BALLOT MAILED TO AN ALTERNATE ADDRESS

**STREET ADDRESS** — 1312 Beech Ave. Apt. 4

**CITY** — McAllen   **STATE** — TEXAS   **ZIP** — 78501-4105

| Check One of these 4 choices: | ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY |
|---|---|
| | ☐ HOSPITAL |
| | ☑ RETIREMENT CENTER |
| | ☐ RELATIVE, RELATIONSHIP |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

▼ FOLD OVER HERE AND SEAL ▼

## APPLICATION FOR BALLOT BY MAIL
### (Solicitud Para Recibir Una Boleta Por Correo)

For Official Use Only
VUID: 1053 8066653
PCT: _____

A M I S

(A)

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Gaitan | | Atanacio | |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCIÓN DE RESIDENCIA DE INSCRIPCIÓN COMO VOTANTE)**

**Street Address**
2117 Ithaca Ave

1/18/1930

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-7238 |

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _____
Signature of applicant. I certify that the information given in this application is true, and that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

| Check One of these 4 choices: | STREET ADDRESS |
|---|---|
| ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | |
| ☐ HOSPITAL | CITY          STATE          ZIP |
| ☐ RETIREMENT CENTER | |
| ☐ RELATIVE, RELATIONSHIP | |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

**1.** Last Name (Please print information): Freeland
First Name: DIANE
Suffix (Jr., Sr., III, etc):
Middle Initial: Fowler
Statement of Residence, etc.

**2.** Residence Address: See back of this application for instructions.
1313 Kendlewood
City: McAllen
,TX
ZIP Code: 78501

**3.** Mail my ballot to: If mailing address differs from residence address, please complete Box #7.
1840 Canslewood Court #207
City: CHARLOTTESVILLE
State: VA
ZIP Code: 22903

**4.** Date of Birth (mm/dd/yyyy): 04 / 23 / 1954 (Optional)

Contact Information (Optional)*
• Please list phone number and/or email address:
* Used in case our office has questions.

**5.** Reason for Voting by Mail:
☐ 65 years of age or older. (Complete Box #6a)
☐ Disability. (Complete Box #6a)
☑ Expected absence from the county. (Complete Box #6b and Box #9)
  ☐ You will receive a ballot for the upcoming election only
☐ Confinement in jail. (Complete Box #6b)
  You will receive a ballot for the upcoming election only

**7.** If you are requesting this ballot to be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center.
☐ Address of the jail
☑ Relative; relationship son
☐ Address outside the county (see Box #8)

**6a.** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☐ Annual Application

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other ____
Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**8.** If you selected "expected absence from the county," see reverse for instructions
06 / 08 / 2019  —  06 / 24 / 2019
Date you can begin to receive mail at this address — Date of return to residence address

**9.** Voters mp jara@mcallen.net voted, signed, and certified application to the Early Voting (956) 681-1029
(early voting clerk's e-mail address)          (early voting clerk's fax)
NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**6b.** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other ____
Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☑ Any Resulting Runoff

**10.** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X _Diane Freeland_  Date 6-5-19

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below.
If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if applicant's signature was witnessed or applicant was assisted in completing the application.

X _____
Printed Name of Witness/Assistant

City _____
ZIP Code _____

**11.**
X _____
Signature of Witness /Assistant

Street Address _____  Apt Number (if applicable) _____

State _____

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)

☐

*Este formulario está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaria de Votación por Adelantado.*

APP#-0002

# Application for Ballot by Mail

**1. Last Name** (Please print information)
Fox

**First Name**
Aaron

**Suffix** (Jr., Sr., III, etc)

**Middle Initial**
D David

**2. Residence Address:** See back of this application for instructions.
1701 W. Esperanza Ave

**City**
McAllen

, **TX**

**ZIP Code**
78501

**Mail my ballot to:** If mailing address differs from residence address, please complete Box # 7.
P.O. Box 6326

**City**
Laredo by the Sea

**State**
CA

**ZIP Code**
93921

**3. Date of Birth** (mm/dd/yyyy)
1 1 / 0 5 / 1 9 4 6

**Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.

**5. Reason for Voting by Mail:**
- [ ] 65 years of age or older. (Complete Box #6a)
- [x] Disability. (Complete Box #6a)
- [x] Expected absence from the county. (Complete Box #6b and Box #8)
  You will receive a ballot for the upcoming election only
- [ ] Confinement in jail. (Complete Box #6b)
  You will receive a ballot for the upcoming election only

**7.** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
- [ ] Mailing Address as listed on my voter registration certificate
- [ ] Nursing home, assisted living facility, or long term care facility
- [ ] Hospital
- [ ] Retirement Center
- [ ] Address of the jail
- [ ] Relative, relationship _____
- [x] Address outside the county (see Box #8)

**6a. ONLY Voters 65 Years of Age or Older or Voters with a Disability:**
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
- [ ] Annual Application

**Uniform and Other Elections:**
- [ ] May Election
- [ ] November Election
- [ ] Other _____

**Primary Elections:**
You must declare one political party to vote in a primary:
- [ ] Democratic Primary
- [ ] Republican Primary
- [ ] Any Resulting Runoff

**6b. ONLY Voters Absent from County or Voters Confined in Jail:**
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

**Uniform and Other Elections:**
- [ ] May Election
- [ ] November Election
- [ ] Other _____

**Primary Elections:**
You must declare one political party to vote in a primary:
- [ ] Democratic Primary
- [ ] Republican Primary
- [ ] Any Resulting Runoff

**8.** If you selected "expected absence from the county," see reverse for instructions
0 6 / 0 5 / 2 0 1 9 — 1 0 / 0 1 / 2 0 1 9
Date you can begin to receive mail at this address     Date of return to residence address

**9.** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
para@mcallen.net     (956) 681-1029
(early-voting-clerk's e-mail address)      (early-voting-clerk's fax)
NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10.** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

**SIGN HERE**
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.
X ✗      Date 05/30/19

**If someone helped you to complete this form, or mails the form for you, then that person must complete the sections below.**

**11.** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a **Witness** to that fact, please check this box and sign below. [ ]
If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below.
★ If you are acting as **Witness and Assistant**, please check **both boxes**. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness /Assistant

_____
Street Address

_____
State

_____
Apt Number (if applicable)

_____
ZIP Code

X _____
Printed Name of Witness/Assistant

_____
City

**Witness' Relationship to Applicant**
(Refer to instructions on back for clarification)

_____

For Official Use Only
VOID #, County Election Precinct #,
Statement of Residence, etc.

1055432785

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

A5-15 12/17

▼ **FOLD OVER HERE AND SEAL** ▼

## APPLICATION FOR BALLOT BY MAIL
### (Solicitud Para Recibir Una Boleta Por Correo)

**Last Name**
De Leon

**Suffix**

**First Name**
Margarita Villarreal

**Middle Initial**

**For Official Use Only**
VUID: 1054018583
PCT:

12/24/1948

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSCRIPCION COMO VOTANTE)**

**Street Address**
2016 Japonica Ave

**City**
McAllen

**State**
TX

**ZIP**
78501-6040

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _Margarita De Leon_

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crime. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR  BALLOT MAILED TO AN ALTERNATE ADDRESS**

**STREET ADDRESS**

| Check One of these 4 choices: | | |
|---|---|---|
| ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | | |
| ☐ HOSPITAL | | |
| ☐ RETIREMENT CENTER | | |
| ☐ RELATIVE, RELATIONSHIP | | |

**CITY**

**STATE**

**ZIP**

▼ **DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE** ▼

▼ FOLD OVER HERE AND SEAL ▼

## APPLICATION FOR BALLOT BY MAIL
### (Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**

VUID: 10579 2762612

PCT: _____

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| De La Garza | | Benito | |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSECRIPCION COMO VOTANTE)**

**Street Address**
2213 Gumwood Ave

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-6885 |

☑ I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election.
Mail my ballot to the address indicated above (unless noted otherwise below.)

X _____
Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la informacion que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar informacio falsa

Date: 3/21/1936

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

**STREET ADDRESS**

| Check One of these 4 choices: | | |
|---|---|---|
| ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | | |
| ☐ HOSPITAL | | |
| ☐ RETIREMENT CENTER | | |
| ☐ RELATIVE, RELATIONSHIP | | |

| CITY | STATE | ZIP |
|---|---|---|
| | | |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

APP

# Application for Ballot by Mail

VUID #, County Election Precinct # /05401 13547 (A)
Statement of Residence, etc.

AS-15 12/17

**1. Last Name** (Please print information) — Sutton
**First Name** — Martha
**Middle Initial** (A)
**Suffix** (Jr., Sr., III, etc)

**2. Residence Address:** See back of this application for instructions.
1405 Yucca Ave
**City** — McAllen
**State** — TX, Tx.
**ZIP Code** — 78504

**3. Mail my ballot to** (if mailing address differs from residence address, please complete Box #7.
1616 Birchmont Beach Rd NE
**City** — Bemidji
**State** — Mn
**ZIP Code** — 56601

**4. Date of Birth** (mm/dd/yyyy) (Optional)
1 1 / 0 9 / 1 9 4 3

**Contact Information** (Optional)*
Please list phone number and/or email address:
956.648.3430
* Used in case our office has questions.

**5. Reason for Voting by Mail:**
- [X] 65 years of age or older. **(Complete Box #6a)**
- [ ] Disability. **(Complete Box #6a)**
- [ ] Expected absence from the county. **(Complete Box #6b and Box #8)** You will receive a ballot for the upcoming election only.
- [ ] Confinement in jail. **(Complete Box #6b)** You will receive a ballot for the upcoming election only.

**6a.** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
- [X] Annual Application

**Uniform and Other Elections:**
- [ ] May Election
- [ ] November Election
- [ ] Other _____

**Primary Elections:**
- [ ] Democratic Primary
- [ ] Republican Primary
- [X] Any Resulting Runoff

**6b.** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

**Uniform and Other Elections:**
- [ ] May Election
- [ ] November Election
- [ ] Other _____

**Primary Elections:**
You must declare one political party to vote in a primary.
- [ ] Democratic Primary
- [ ] Republican Primary
- [X] Any Resulting Runoff

**7.** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
- [ ] Mailing Address as listed on my voter registration certificate
- [ ] Nursing home, assisted living facility, or long term care facility
- [ ] Hospital
- [ ] Retirement Center
- [ ] Address of the jail
- [ ] Relative, relationship _____
- [X] Address outside the county (see Box #8)

**8.** If you selected "expected absence from the county," see reverse for instructions
0 5 / 2 9 / 2 0 1 9  —  1 0 / 0 1 / 2 0 1 9
Date you can begin to receive mail at this address        Date of return to residence address

**9.** Voter may fax, e-mail, or hand-deliver the signed, and scanned application to the Early Voting (956) 681-1025
plara@mcallen.net
(early voting clerk's e-mail address)        (early voting clerk's fax)
NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10.** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

→ **SIGN HERE**
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

X Martha Sutton        **Date** 5-28-19

**11.** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. [ ]

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. [ ]

**If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness/Assistant

X _____
Printed Name of Witness/Assistant

Street Address _____
City _____

State _____
ZIP Code _____

**Witness' Relationship to Applicant**
(Refer to Instructions on back for clarification)

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

▼ FOLD OVER HERE AND SEAL ▼

# APPLICATION FOR BALLOT BY MAIL
## (Solicitud Para Recibir Una Boleta Por Correo)

For Official Use Only
VUID: 1053774655  PCT: ___

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Chavez | | Lydia | |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSCRIPCION COMO VOTANTE)**

**Street Address**
1308 S 20th St

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-7253 |

8/8/1935

I am over 65 years of age and requesting an Annual Ballot By Mail to receive a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below).

X _____
Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crime. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

Check One of these 4 choices:
- [ ] NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY
- [ ] HOSPITAL
- [ ] RETIREMENT CENTER
- [ ] RELATIVE, RELATIONSHIP _____

| STREET ADDRESS | | |
|---|---|---|
| CITY | STATE | ZIP |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

▼ FOLD OVER HERE AND SEAL ▼

(A) M-5

**For Official Use Only**
VUID: 1054046338

PCT: _____

**APPLICATION FOR BALLOT BY MAIL**
(Solicitud Para Recibir Una Boleta Por Correo)

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Flores | | Leonor | G |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA DE INSCRIPCION COMO VOTANTE)**

**Street Address**
2136 Lindberg Cir

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-7247 |

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _____    3/18/1939

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

Check One of these 4 choices:
- ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY
- ☐ HOSPITAL
- ☐ RETIREMENT CENTER
- ☐ RELATIVE, RELATIONSHIP

STREET ADDRESS

| CITY | STATE | ZIP |
|---|---|---|

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼



▼ FOLD OVER HERE AND SEAL ▼

## APPLICATION FOR BALLOT BY MAIL.
(Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**

VUID: 1054156341

PCT: _____

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Lanham | | Minnie | F. Faldon |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSECRIPCION COMO VOTANTE)**

**Street Address**
718 N 16th St

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-4722 |

✓ I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

11/23/1928

X _____

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la informacion que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar informacio falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

Check One: ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY    STREET ADDRESS

☐ HOSPITAL

☐ ADDRESS:

# Application for Ballot by Mail

| | | Middle Initial |
|---|---|---|
| | | |

**1.** Last Name (Please print information.) **BEARD**
Suffix (Jr., Sr., III, etc)
First Name **SCOTT / ROBERT**

VUID #, County Election Precinct #, Statement of Residence, etc.
105 - 540 - 30 - 20

**2.** Residence Address: See back of this application for instructions.
**601 N. 15th ST.**
City **McALLEN**
State **,TX**
ZIP Code **78501**

**3.** Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.
City **McAllen**
State
ZIP Code

**4.** Date of Birth (mm/dd/yyyy) (Optional)
**0 4 / 0 4 / 1 9 5 2**

Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.
**956-498-5824**
**sbeard4444@gmail.com**

**5.** Reason for Voting by Mail:
☐ 65 years of age or older. **(Complete Box #6a)**
☐ Disability. **(Complete Box #6a)**
☑ Expected absence from the county. **(Complete Box #6b and Box #8)**
You will receive a ballot for the upcoming election only
☐ Confinement in jail. **(Complete Box #6b)**
You will receive a ballot for the upcoming election only

**7.** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center
☐ Address of the jail
☐ Relative; relationship _____
☐ Address outside the county (See Box #8)

**6a.** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☐ Annual Application
Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other _____
Primary Elections:
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**8.** If you selected "expected absence from the county," see reverse for instructions
**0 5 / 1 7 / 2 0 1 9** — **0 7 / 0 3 / 2 0 1 9**
Date you can begin to receive mail at this address    Date of return to residence address

**9.** Voters, may submit a completed, signed, and scanned application to the Early Voting Clerk at:
**para@mcallen.net**
(early voting clerk's e-mail address)
**(956)681-1029**
(early voting clerk's fax)
NOTE: If you fax or e-mail this form, please be aware that you must also mail this form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**6b.** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.
Uniform and Other Elections:
☑ May Election
☐ November Election
☐ Other _____
**McALLEN CITY COMMISSION**
Primary Elections:
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary
☑ Any Resulting Runoff

**10.** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

→ **X** SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

**X** _Scott Beard_    Date **5-16-2019**

**11.** See back for Witness and Assistant definitions.
If applicant is unable to mark box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐
If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

**X** _____
Signature of Witness /Assistant

_____
Printed Name of Witness/Assistant

_____
Street Address          Apt Number (if applicable)
_____
City
_____
State                    ZIP Code

Witness Relationship to Applicant
(Refer to instructions on back for clarification)

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

*If you are acting as Witness and Assistant, please check both boxes.

A5-15 12/17.

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

▼ FOLD OVER HERE AND SEAL ▼

**APPLICATION FOR BALLOT BY MAIL**
(Solicitud Para Recibir Una Boleta Por Correo)

For Official Use Only

VUID: 10555 07764   PCT: _____

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Perez | | Lydia ✓ | |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA DE INSCRIPCION COMO VOTANTE)**

Street Address

1314 S 19 1/2 St ✓

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-5387 |

10/8/1982

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X Lydia Perez

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

STREET ADDRESS

| Check One of these 4 choices: | ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY |
|---|---|
| | ☐ HOSPITAL |
| | ☐ RETIREMENT CENTER |
| | ☐ RELATIVE, RELATIONSHIP |

| CITY | STATE | ZIP |
|---|---|---|

▼DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

APPLICATION FOR BALLOT BY MAIL

AS-45 12/17

| 1 | Last Name (Please print information) | Suffix (Jr., Sr., III, etc) | First Name | | Middle Initial |
|---|---|---|---|---|---|
| | FOX | | DANIELLE ✓ | | DeNise |

VUID #, County, Election Precinct #, Statement of Residence, etc. 1004117 421

2 | Residence Address: See back of this application for instructions.
1701 N. ESPERANZA RD. ✓
, TX    ZIP Code 78501

City McAllen ✓

3 | Mail my ballot to: If mailing address differs from residence address, please complete Box #7.
P.O. BOX 6320

City Carmel by the Sea
Carmel by the Sea   State CA   ZIP Code 93921

4 | Date of Birth (mm/dd/yyyy) (Optional)
0 6 0 4 1 9 7 7 ✓

Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.
(650)(358) 4447

5 | Reason for Voting by Mail:
☐ 65 years of age or older. (Complete Box #6a)
☐ Disability. (Complete Box #6a)
☒ Expected absence from the county. (Complete Box #6b and Box #8) ✓
   You will receive a ballot for the upcoming election only
☐ Confinement in jail. (Complete Box #6b)
   You will receive a ballot for the upcoming election only

6a | ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying for elections in the calendar year, select "Annual Application."
☐ Annual Application

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

6b | ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

7 | If you are requesting this ballot to be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed in my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center
☐ Address of the jail
☐ Relative; relationship _____
☒ Address outside the county (see Box #8) ✓

8 | If you selected "expected absence from the county," see reverse for instructions

0 6 0 5 2 0 1 9 — 1 0 0 1 2 0 1 9

Date you can begin to receive mail at this address    Date of return to residence address

9 | Voters may submit completed, signed, and scanned application to the Early Voting Clerk at:
para@mcallen.net    (956)681-1029
(early voting clerk's e-mail address)   (early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail this form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

10 | "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

X [signature]                    Date 05/30/19

11 | See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐

*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness /Assistant

_____
Printed Name of Witness/Assistant

Street Address          Apt Number (if applicable)

City

State          ZIP Code

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

▼ FOLD OVER HERE AND SEAL ▼

# APPLICATION FOR BALLOT BY MAIL
## (Solicitud Para Recibir Una Boleta Por Correo)

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Perez | | Richard | H |

**For Official Use Only**
VUID: 1053981254
PCT: _____

### ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA DE INSCRIPCION COMO VOTANTE)

**Street Address**
1512 Redbud Ave

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78504-4609 |

11/17/1936

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _____

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la informacion que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar informacio falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

| Check One of these 4 choices: | | STREET ADDRESS | | |
|---|---|---|---|---|
| ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | | | | |
| ☐ HOSPITAL | | CITY | STATE | ZIP |
| ☐ RETIREMENT CENTER | | | | |
| ☐ RELATIVE, RELATIONSHIP | | | | |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.    DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

**Application for Ballot by Mail**

Prescribed by the Office of the Secretary of State of Texas
A5-16 12/17

For Official Use Only
VUID #, County Election Precinct #, Statement of Residence, etc.

( 9 8 5 3 6 9 4 9

**1** Last Name (Please print information)
Lara

First Name
Tomasa

Suffix (Jr., Sr., III, etc)

Middle Initial

**2** Residence Address: See back of the application for instructions.
2109 Flr Ave.

City
McAllen

State
,TX

ZIP Code
78501

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box #7.

City

State

ZIP Code

**4** Date of Birth (mm/dd/yyyy) (Optional)
1 2 2 0 1 9 3 3

Contact Information (Optional)*
Please list phone number and/or email address:
• Used in case our office has questions.

**5** Reason for Voting by Mail:
☒ 65 years of age or older. (Complete Box #5a)
☐ Disability. (Complete Box #5a)
☐ Expected absence from the county. (Complete Box #5b and Box #8)
You will receive a ballot for the upcoming election only.
☐ Confinement in Jail. (Complete Box #5b)
You will receive a ballot for the upcoming election only.

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☐ Annual Application

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other ____

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☒ Any Resulting Runoff

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other ____

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed as my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center

☐ Address of the jail
☐ Relative; relationship ____
☐ Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions

Date of return to residence address

Date you can begin to receive mail at this address

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
plara@mcallen.net
(early voting clerk's e-mail address)

(956) 681-1029
(early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

X [signature] _Tomasa Lara_

Date

X
Printed Name of Witness/Assistant

**11** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below.

*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor. If signature was witnessed or applicant was assisted in completing the application.

X
Signature of Witness/Assistant

City

Street Address

Apt Number (if applicable)

ZIP Code

State

Witness Relationship to Applicant
(Refer to instructions on back for clarification)

If someone helped you to complete this form or mails this form for you, then that person must complete the sections below.

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1,800,252,8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

Voter & County Election Record / Statement of Residence, etc.

**1. Last Name** (Please print information)
BROWN

**First Name**
LIZBETH

**Middle Initial**
L LEWIN

**Suffix** (Jr., Sr., etc)

**2. Residence Address:** See back of this application for instructions.
1216 YUCCA AVENUE

**City**
MC ALLEN

**, TX**

**ZIP Code**
78504

**Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.**
93 PATTEN ROAD

**City**
NORTH HAVEN

**State**
CT

**ZIP Code**
06473

**4. Date of Birth** (mm/dd/yyyy) (Optional)
1 1 / 2 3 / 1 9 4 8

**Contact Information** (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.

**5. Reason for Voting by Mail:**
☐ 65 years of age or older. (Complete Box #6a)
☐ Disability. (Complete Box #6a)
☑ Expected absence from the county. (Complete Box #6b and Box #8)
You will receive a ballot for the upcoming election only
☐ Confinement in jail. (Complete Box #6b)
You will receive a ballot for the upcoming election only

**7.** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center
☐ Address of the jail
☑ Relative; relationship NEPHEW
☐ Address outside the county (see Box #8)

**6a. ONLY Voters 65 Years of Age or Older or Voters with a Disability:**
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☐ Annual Application

**Uniform and Other Elections:**
☐ May Election
☐ November Election
☐ Other ____

**Primary Elections:**
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**8.** If you selected "expected absence from the county," see reverse for instructions
0 6 / 0 9 / 2 0 1 9  —  0 6 / 2 3 / 2 0 1 9
Date you can begin to receive mail at this address    Date of return to residence address

**9.** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk.
blara@mcallen.net
(early voting clerk's e-mail address)    (early voting clerk's fax)
NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

(956) 681-1029

**6b. ONLY Voters Absent from County or Voters Confined in Jail:**
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

**Uniform and Other Elections:**
☐ May Election
☐ November Election
☐ Other ____

**Primary Elections:**
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary
☑ Any Resulting Runoff

**10.** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X _Lizabeth L. Brown_   Date 5-23-2019

**SIGN HERE**
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

**If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.**

☐ If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below.

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below.
☐

*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

**11. See back for Witness and Assistant definitions.**

X _____
Signature of Witness/Assistant

_____
Printed Name of Witness/Assistant

Street Address _____  Apt Number (if applicable) ____

City _____

State _____   ZIP Code _____

**Witness' Relationship to Applicant**
(Refer to instructions on back for clarification)

ABTX-000349

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

▼ FOLD OVER HERE AND SEAL ▼

# APPLICATION FOR BALLOT BY MAIL
## (Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**

VUID: 10542 744/0   PCT: _____

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Villalpando | | Paula | |

### ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSCRIPCION COMO VOTANTE)

**Street Address**

516 S 15th St Apt 2

| | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-5280 |

1. I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election.
   Mail my ballot to the address indicated above (unless noted otherwise below.)

→ X _Paula Villalpando_   12/30/1938

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

| Check One of these 4 choices: | STREET ADDRESS | | |
|---|---|---|---|
| ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | | | |
| ☐ HOSPITAL | CITY | STATE | ZIP |
| ☐ RETIREMENT CENTER | | | |
| ☐ RELATIVE, RELATIONSHIP | | | |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

# Application for Ballot by Mail

Prescribed by the Office of the Secretary of State of Texas
AS-15 12/17

1173M65404

**1. Last Name** (Please print information): Weisfeld-Hinojosa
**Suffix** (Jr., Sr., III, etc): 
**First Name**: Johnathan
**Middle Initial**: S

For Official Use Only
VUD#, County Election Precinct #,
Statement of Residence, etc.

**2. Residence Address:** See back of this application for instructions.
4801 N. 16th St.

**City**: McAllen
**State**: TX
**ZIP Code**: 78504

**3. Mail my ballot to:** If mailing address differs from residence address, please complete Box #7
11539 Hubener Rd. Apt. 3236

**City**: San Antonio
**State**: TX
**ZIP Code**: 78230

**4. Date of Birth** (mm/dd/yyyy) (Optional)
1 0 / 0 6 / 1 9 9 2

**Contact Information (Optional)**
Please list phone number and/or email address:
* Used in case our office has questions.

**5. Reason for Voting by Mail:**
- ☐ 65 years of age or older. (Complete Box #6a)
- ☐ Disability. (Complete Box #6a)
- ☑ Expected absence from the county. (Complete Box #6b and Box #8)
  You will receive a ballot for the upcoming election only.
- ☐ Confinement in jail. (Complete Box #6b)
  You will receive a ballot for the upcoming election only.

**7.** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
- ☐ Mailing Address as listed on my voter registration certificate
- ☐ Nursing home, assisted living facility, or long term care facility
- ☐ Hospital
- ☐ Retirement Center
- ☐ Address of the jail
- ☐ Relative; relationship _____
- ☑ Address outside the county (see Box #8)

**6a. ONLY Voters 65 Years of Age or Older or Voters with a Disability:**
If applying on one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
- ☐ Annual Application

**Primary Elections:**
You must declare one political party to vote in a primary.
- ☐ Democratic Primary
- ☐ Republican Primary
- ☐ Any Resulting Runoff

**Uniform and Other Elections:**
- ☐ May Election
- ☐ November Election
- ☐ Other _____

**6b. ONLY Voters Absent from County or Voters Confined in Jail:**
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

**Primary Elections:**
You must declare one political party to vote in a primary.
- ☑ Democratic Primary
- ☐ Republican Primary
- ☑ Any Resulting Runoff

**Uniform and Other Elections:**
- ☑ May Election
- ☐ November Election
- ☐ Other _____

**8.** If you selected "expected absence from the county," see reverse for instructions.
0 4 / 0 3 / 2 0 1 9  —  0 8 / 0 1 / 2 0 1 9
Date you can begin to receive mail at this address    Date of return to residence address

Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
_____ (early voting clerk's e-mail address)    _____ (early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**"I certify** that the information given in this application is true, and I understand that giving false information in this application is a crime."

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

X _____  Date 4/3/19

**11.** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below.

*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness/Assistant

_____
Printed Name of Witness/Assistant

Street Address _____  Apt Number (if applicable) _____
City _____
State _____  ZIP Code _____

**Witness' Relationship to Applicant**
(Refer to instructions on back for clarification)

APPX-000271

# Application for Ballot by Mail

Prescribed by the Office of the Secretary of State of Texas
A5-15e 08/15

**For Official Use Only**
V.U.I.D. #, County Election Precinct #,
Statement of Residence, etc.

M Mariel

**1** Last Name (Please print information)
PEREZ GARCIA

First Name
M. CARMEN

Suffix (Jr., Sr., III, etc)
1055547722

Middle Initial
(000) 01-240102 (A)

**2** Residence Address: See back of this application for instructions.
101 W MARLEAVE

City
McALLEN

,TX
State

Zip Code
78501

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.

City
State
Zip Code

**4** Date of Birth (mm/dd/yyyy) (Optional)
02/15/1947

**5** Reason for Voting by Mail:
☒ 65 years of age or older. **(Complete Box #6a)**

☐ Disability. **(Complete Box #6a)**

☐ Expected absence from the county. **(Complete Box #6b and Box #8)** You will receive a ballot for the upcoming election **only**

☐ Confinement in Jail. **(Complete Box #6b)** You will receive a ballot for the upcoming election **only**

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."

☐ Annual Application

Primary Elections:
You must declare **one** political party to vote in a primary:
☐ May Election
☐ November Election
☐ Other _____
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Primary Elections:
You must declare **one** political party to vote in a primary:
☐ May Election
☐ November Election
☐ Other _____
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.

☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center
☐ Address of the jail
☐ Relative; relationship _____
☐ Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions

Date of return to residence address

Date you can begin to receive mail at this address

Notice to Voter: Effective September 1, 2015, you may submit a completed, signed and scanned application to the early voting clerk at

**9** Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.

_____ (early voting clerk's e-mail address)

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X [signature]

**SIGN HERE**
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

Date 5/7/17

**11** See back for Witness and Assistant definitions.

If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐

*If you are acting as Witness **and** Assistant, please check **both boxes.** Failure to complete this information is a Class A misdemeanor if your signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness/Assistant

X _____
Printed Name of Witness/Assistant

Street Address _____
City _____

State _____
Zip _____

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

Witness' Relationship to Applicant
(Refer to Instructions on back for clarification)
_____

Esta formulario está disponible en Español.

▼ FOLD OVER HERE AND SEAL ▼

# APPLICATION FOR BALLOT BY MAIL
## (Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**
VUID: 1057010369
PCT:

**Last Name**
Lopez

**Suffix**

**First Name**
Elia

**Middle Initial**
G Guadalupe

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSCRIPCION COMO VOTANTE)**

**Street Address**
2009 Japonica Ave

**City**
McAllen

**State**
TX

**ZIP**
78501-6039

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election.
Mail my ballot to the address indicated above (unless noted otherwise below.)

10/23/1939

X _____
Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

**Check One of these 4 choices:**
☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY
☐ HOSPITAL
☐ RETIREMENT CENTER
☐ RELATIVE, RELATIONSHIP

**STREET ADDRESS**

**CITY**

**STATE**

**ZIP**

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

**1** Last Name (Please print information)
MILLS

Middle Initial **A** Andrew

**2** Residence Address: See back of this application for instructions
1408 VINON AVE. N

First Name JOHN
Suffix (Jr., Sr., III, etc) IV

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.
HILTON GARDEN INN, 1821 BOREN AVE.

City SEATTLE
State ,TX
ZIP Code 78501

City SEATTLE
State WA
ZIP Code 98101

**4** Date of Birth (mm/dd/yyyy) (Optional)
04 / 06 / 1973

Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.
(450) 451-0966

**5** Reason for Voting by Mail:
- [ ] 65 years of age or older. (Complete Box #6a)
- [ ] Disability. (Complete Box #6a)
- [x] Expected absence from the county. (Complete Box #6b and Box #8)
  You will receive a ballot for the upcoming election only.
- [ ] Confinement in jail. (Complete Box #6b)
  You will receive a ballot for the upcoming election only.

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
- [ ] Mailing Address as listed on my voter registration certificate
- [ ] Nursing home, assisted living facility, or long term care facility
- [ ] Hospital
- [ ] Retirement Center
- [ ] Address of the jail
- [ ] Relative; relationship
- [x] Address outside the county (see Box #8)

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
- [ ] Annual Application

Uniform and Other Elections:
- [ ] May Election
- [ ] November Election
- [ ] Other

Primary Elections:
You must declare one political party to vote in a primary.
- [ ] Democratic Primary
- [ ] Republican Primary
- [ ] Any Resulting Runoff

**8** If you selected "expected absence from the county," see reverse for instructions
04 / 08 / 2019 — 06 / 23 / 2019
Date you can begin to receive mail at this address     Date of return to residence address

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk (956) 681-1029
para@mcallen.net
(early voting clerk's e-mail address)     (early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X [signature]   Date 6/7/19

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
- [ ] May Election
- [ ] November Election
- [ ] Other

Primary Elections:
You must declare one political party to vote in a primary.
- [ ] Democratic Primary
- [ ] Republican Primary
- [x] Any Resulting Runoff

If someone helped you to complete this form or mails this form for you, then that person must complete the sections below.

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)

**11** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. [ ]

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below.

*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X
Signature of Witness/Assistant

X
Printed Name of Witness/Assistant

Street Address     Apt Number (if applicable)
City

State     ZIP Code

Este formulario está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaria de Votación por Adelantado.

Voter's County Election Precinct, Statement of Residence, etc.

**1** Last Name (Please print information) See back of this application for instructions.
BROWN

First Name: PHILLIP

Suffix (Jr., Sr., III, etc):

Middle Initial: KH

**2** Residence Address: See back of this application for instructions.
1210 YUCCA AVENUE

City: MCALLEN , TX

ZIP Code: 78504

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box #7.
93 PATTEN ROAD

City: NORTH HAVEN   State: CT

ZIP Code: 06473

**4** Date of Birth (mm/dd/yyyy) (Optional)
01/29/1947

**5** Reason for Voting by Mail:
- ☐ 65 years of age or older. (Complete Box #6a)
- ☐ Disability. (Complete Box #6a)
  - ☐ You will receive a ballot for the upcoming election only.
- ☒ Expected absence from the county (Complete Box #6b and Box #8)
  - You will receive a ballot for the upcoming election only.
- ☐ Confinement in jail. (Complete Box #6b)
  - You will receive a ballot for the upcoming election only.

Contact Information (Optional)
Please list phone number and/or email address:
* Used in case our office has questions.

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
- ☐ Mailing Address as listed on my voter registration certificate
- ☐ Nursing home, assisted living facility, or long term care facility
- ☐ Hospital
- ☐ Retirement Center
- ☐ Address of the jail
- ☒ Relative; relationship NEPHEW
- ☐ Address outside the county (see Box #8)

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
- ☐ Annual Application

Uniform and Other Elections:
- ☐ May Election
- ☐ November Election
- ☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary:
- ☐ Democratic Primary
- ☐ Republican Primary
- ☒ Any Resulting Runoff

**8** If you selected "expected absence from the county," see reverse for instructions.
06/09/2019  —  06/23/2019
Date you can begin to receive mail at this address   Date of return to residence address

**9** You may submit a completed, signed, and scanned application to the Early Voting Clerk.
plara@mcallen.net
(early voting clerk's e-mail address)
(956) 681-1029
(early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail this form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
- ☐ May Election
- ☐ November Election
- ☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary:
- ☐ Democratic Primary
- ☐ Republican Primary
- ☒ Any Resulting Runoff

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X _____   Date 5/23/19

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)

**11** If someone helped you to complete this form, or mails the form for you, then that person must complete the sections below.

See back for Witness and Assistant definitions.

If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐

* If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness/Assistant

Street/Address

Apt Number (if applicable)

State

X _____
Printed Name of Witness/Assistant

City

ZIP Code

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

▼ FOLD OVER HERE AND SEAL ▼

## APPLICATION FOR BALLOT BY MAIL
### (Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**

VUID: 1053945321  PCT:___

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Perez | | Yolanda | L. Leahuga |

### ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA DE INSCRIPCION COMO VOTANTE)

**Street Address**

604 S 21st St

3/17/1933

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-7147 |

⊘ I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

➡ X _____  Certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar informacio falsa

Signature of applicant

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR  BALLOT MAILED TO AN ALTERNATE ADDRESS**

| Check One of these 4 choices: | STREET ADDRESS | | |
|---|---|---|---|
| ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | | | |
| ☐ HOSPITAL | CITY | STATE | ZIP |
| ☐ RETIREMENT CENTER | | | |
| ☐ RELATIVE, RELATIONSHIP | | | |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

**Application for Ballot by Mail**

Applicant's information/Información del Solicitante

1. Last Name (Please print information) | First Name | Suffix (Jr., Sr., III, etc) | Middle Initial

Carranza | Ofilia | | 10322071228

2. Residence Address: See back of this application for instructions.
Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.

520 620 N. 20th | City McAllen | ,TX | ZIP Code 78507

3. | City | State | ZIP Code

4. Date of Birth (mm/dd/yyyy) (Optional)
12/13/1928

Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.

5. Reason for Voting By Mail:

☑ 65 years of age or older. (Complete Box #6a)

☐ Disability. (Complete Box #6a)

☐ Expected absence from the county. (Complete Box #6b and Box #8)
You will receive a ballot for the upcoming election only.

☐ Confinement in jail. (Complete Box #6b)
You will receive a ballot for the upcoming election only.

7. If you are requesting this ballot to be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.

☐ Mailing Address as listed on my voter registration certificate ☐ Address of the jail

☐ Nursing home, assisted living facility, or long term care facility ☐ Relative; relationship _____

☐ Hospital ☐ Address outside the county (see Box #8)

☐ Retirement Center

6a. ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."

☑ Annual Application

Uniform and Other Elections:

☐ May Election

☐ November Election

☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary:

☐ Democratic Primary

☐ Republican Primary

☑ Any Resulting Runoff

8. If you selected "expected absence from the county," see reverse for instructions

☐☐☐☐☐☐ — ☐☐☐☐☐

Date you can begin to receive mail at this address    Date of return to residence address

9. Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:

plara@mcallen.net    (956) 681-1029
(early voting clerk's email address)    (early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

6b. ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:

☐ May Election

☐ November Election

☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary:

☐ Democratic Primary

☐ Republican Primary

☐ Any Resulting Runoff

10. "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X Ofilia Carranza Date

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

11. See back for Witness and Assistant definitions.

If applicant is unable to mark Box #10 and are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign and sign below.

*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness/Assistant

X _____
Printed Name of Witness/Assistant

Street Address | Apt Number (if applicable)

City | ZIP Code

State

Witness' Relationship to Applicant
(Refer to Instructions on back for clarification)

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

Voter by Mail Ballot Request /
Statement of Residence, etc.

103 5601907

**1** Last Name (Please print information)
MITTELSTAEDT

Suffix (Jr., Sr., III, etc)

First Name
MONA

Middle Initial
S WISE

**2** Residence Address: See back of this application for instructions.
2011 DAFFODIL AVE

City
McALLEN

, TX

ZIP Code
78501

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box #7.
832 LELAND AVE

City
SHEBOYGAN

State
WI

ZIP Code
53081

**4** Date of Birth (mm/dd/yyyy) (Optional)
0 3 / 2 7 / 1 9 5 2
PP15-00002

Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.

**5** Reason for Voting by Mail:
- ☐ 65 years of age or older. (Complete Box #6a)
- ☐ Disability. (Complete Box #6a)
- ☒ Expected absence from the county. (Complete Box #6b and Box #8)
  You will receive a ballot for the upcoming election only
- ☐ Confinement in jail. (Complete Box #6b)
  You will receive a ballot for the upcoming election only

**7** If you are requesting this ballot to be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
- ☐ Mailing Address as listed on my voter registration certificate
- ☐ Nursing home, assisted living facility, or long term care facility
- ☐ Hospital
- ☐ Retirement Center
- ☐ Address of the jail
- ☒ Relative; relationship _____
- ☐ Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions
0 5 / 2 7 / 2 0 1 9 — 0 6 / 3 0 / 2 0 1 7
Date you can begin to receive mail at this address      Date of return to residence address

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
_____ (early voting clerk's fax)
_____ (early voting clerk's e-mail address)
NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
- ☐ Annual Application

Uniform and Other Elections:
- ☐ May Election
- ☐ November Election
- ☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary.
- ☐ Democratic Primary
- ☐ Republican Primary
- ☐ Any Resulting Runoff

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
- ☐ May Election
- ☐ November Election
- ☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary.
- ☐ Democratic Primary
- ☐ Republican Primary
- ☒ Any Resulting Runoff

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X ___Mona Mittelstaedt___

Date 5-22-2019

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)

**11** See back for Witness and Assistant definitions.

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below.

*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness /Assistant

X _____
Printed Name of Witness/Assistant

Street Address ___  Apt Number (if applicable)

City ___

State ___

ZIP Code ___

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

▼ FOLD OVER HERE AND SEAL ▼



**APPLICATION FOR BALLOT BY MAIL**
(Solicitud Para Recibir Una Boleta Por Correo)

For Official Use Only
VUID: 10535-24208 PCT:

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Pérez | | Maria | Del So carro |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSCRIPCION COMO VOTANTE)**

Street Address
2123 Fresno Ave

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-7116 |

6/14/1923

Ⓥ I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election.
Mail my ballot to the address indicated above (unless noted otherwise below).

X _Xmaviespus_

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE). YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

STREET ADDRESS

| Check One of these 4 choices: | ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY |
|---|---|
| | ☐ HOSPITAL |
| | ☐ RETIREMENT CENTER |
| | ☐ RELATIVE, RELATIONSHIP _____ |

| CITY | STATE | ZIP |
|---|---|---|

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

▼ FOLD OVER HERE AND SEAL ▼

## APPLICATION FOR BALLOT BY MAIL
## (Solicitud Para Recibir Una Boleta Por Correo)

**Last Name**
Borrego

**Suffix**

**First Name**
Adalia

**Middle Initial**
Esther

For Official Use Only
VUID: 1053549517   PCT:

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA DE INSCRIPCION COMO VOTANTE)**

**Street Address**
2116 Ebony Ave

**City**
McAllen

**State**
TX

**ZIP**
78501-6974

8/28/1944

I am over 65 years of age and requesting an Annual Ballot By Mail to receive a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _Adalia E. Borrego_

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR  BALLOT MAILED TO AN ALTERNATE ADDRESS**

Check One
of these
4 choices:

☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY
☐ HOSPITAL
☐ RETIREMENT CENTER
☐ RELATIVE, RELATIONSHIP

**STREET ADDRESS**

**CITY**

**STATE**

**ZIP**

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

▼ FOLD OVER HERE AND SEAL ▼

# APPLICATION FOR BALLOT BY MAIL
## [Solicitud Para Recibir Una Boleta Por Correo]

| For Official Use Only |
|---|
| 105983561O |
| VUID: _____ PCT: ___ |

**Last Name**
Moritz

**Suffix**

**First Name**
Leo

**Middle Initial**

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCIÓN DE RESIDENCIA DE INSCRIPCIÓN COMO VOTANTE)**

**Street Address**
1712 Quamasia Ave

**City**
McAllen

**State**
TX

**ZIP**
78504-3714

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election.
Mail my ballot to the address indicated above (unless noted otherwise below.)

X _____   12/06/1927

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es clara y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

**STREET ADDRESS**

**CITY**

**STATE**

**ZIP**

**Check One of these 4 choices:**
- [ ] NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY
- [ ] HOSPITAL
- [ ] RETIREMENT CENTER
- [ ] RELATIVE, RELATIONSHIP _____

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

▼ FOLD OVER HERE AND SEAL ▼

## APPLICATION FOR BALLOT BY MAIL
(Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**
VUID: 1053760746    PCT: _____

| Last Name | Suffix | First Name | Middle Initial |
|-----------|--------|-----------|----------------|
| Moxley | | Karen | |

8/29/1948

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA / DE INSCRIPCION COMO VOTANTE)**

**Street Address**
1111 Xanthisma Ave

| City | State | ZIP |
|------|-------|-----|
| McAllen | TX | 78504-3519 |

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _Karen Moxley_

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la informacion que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar informacion falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

**STREET ADDRESS**

| Check One of these 4 choices: | | |
|---|---|---|
| ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | | |
| ☐ HOSPITAL | CITY | STATE | ZIP |
| ☐ RETIREMENT CENTER | | |
| ☐ RELATIVE, RELATIONSHIP | | |

▼DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

▼ FOLD OVER HERE AND SEAL ▼

(A) mis

## APPLICATION FOR BALLOT BY MAIL
(Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**
105 4002 163
VUID: _____ PCT: _____

**Last Name**
Perez

**Suffix**

**First Name**
Blanca

**Middle Initial**
G

8/24/1938

### ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA/DE INSCRIPCION COMO VOTANTE)

**Street Address**
1512 Redbud Ave

**City**
McAllen

**State**
TX

**ZIP**
78504-4609

I am over 65 years of age and requesting an Annual Ballot By Mail to receive a ballot or all elections in 2019, including local elections and the November 2019 General Election.
Mail my ballot to the address indicated above (unless noted otherwise below.)

X Blanca G Perez

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa en esta solicitud.

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

**STREET ADDRESS**

| Check One of these. 4 choices: | NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | | |
| --- | --- | --- | --- |
| | HOSPITAL | | |
| | RETIREMENT CENTER | | |
| | RELATIVE, RELATIONSHIP _____ | | |

| CITY | STATE | ZIP |
| --- | --- | --- |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

(A)

| # | | | | |
|---|---|---|---|---|
| 1 | **Last Name** (Please print information) | **First Name** | **Middle Initial** | **Suffix** (Jr., Sr., III, etc.) |
| | Galcia | Maria Guadalupe | | |

2. **Residence Address:** See back of this application for instructions.
1013 New Port
City _____ ,TX ZIP Code

3. **Mail my ballot to:** If mailing address differs from residence address, please complete Box 7.
City _____ State _____ ZIP Code 105 3984717

**Contact Information (Optional)**
Please list phone number and/or email address:
* Used in case our office has questions.

4. **Date of Birth** (mm/dd/yyyy) (Optional)
1 6 / 1 2 / 1 9 4 2

5. **Reason for Voting by Mail:**
☑ 65 years of age or older. (Complete Box #6a)
☐ Disability. (Complete Box #6a)
☐ Expected absence from the county. (Complete Box #6b and Box #8) You will receive a ballot to the upcoming election only.
☐ Confinement in jail. (Complete Box #6b) You will receive a ballot to the upcoming election only.

7. If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center
☐ Address of the jail
☐ Relative; relationship _____
☐ Address outside the county (see Box #8)

6a. **ONLY Voters 65 Years of Age or Older or Voters with a Disability:**
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☑ Annual Application

**Uniform and Other Elections:**
☐ May Election
☐ November Election
☐ Other _____

**Primary Elections:** You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☑ Any Resulting Runoff

8. If you selected "expected absence from the county," see reverse for instructions.

Date of return to residence address _____

Date you can begin to receive mail at this address _____

9. Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
plara@mcallen.net
(early voting clerk's e-mail address)
(956) 681-1029
(early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

6b. **ONLY Voters Absent from County or Voters Confined in Jail:**
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

**Uniform and Other Elections:**
☐ May Election
☐ November Election
☐ Other _____

**Primary Elections:** You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

10. "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

**SIGN HERE**
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

X Maria G. Garcia   Date _____

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

11. See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐

* If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness/Assistant

X _____
Printed Name of Witness/Assistant

Street Address _____  Apt Number (if applicable) _____
City _____
State _____  ZIP Code _____

**Witness' Relationship to Applicant**
(Refer to instructions on back for clarification)

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

APPX-000284

▼ FOLD OVER HERE AND SEAL ▼

## APPLICATION FOR BALLOT BY MAIL
### (Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**
VUID: 1053654061  PCT: _____

**Last Name**
Ramirez

**Suffix**

**First Name**
Andres

**Middle Initial**

2/4/1925

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA DE INSCRIPCION COMO VOTANTE)**

**Street Address**
2021 Gumwood Ave

**City**
McAllen

**State**
TX

**ZIP**
78501-6882

☒ I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _____
Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la informacion que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar informacio falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

| Check One of these 4 choices: | STREET ADDRESS | |
|---|---|---|
| ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | | |
| ☐ HOSPITAL | CITY | STATE | ZIP |
| ☐ RETIREMENT CENTER | | |
| ☐ RELATIVE, RELATIONSHIP | | |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

APPLICATION FOR BALLOT BY MAIL

Voter's Voting Address (Name if different from Statement of Residence, etc.)

| | | |
|---|---|---|
| **1** Last Name (Please print information) | First Name | Suffix (Jr., Sr., III, etc) | Middle Initial |
| Mullin | Tina | | |

**2** Residence Address: See back of this application for instructions.
1408 W. Yucca Ave.
City: McAllen   State: ,TX   ZIP Code: 78504

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box #3
Philmgarten Inn Seattle, Downtown 1821 Boren Ave.
City: Seattle   State: WA   ZIP Code: 98101

**4** Date of Birth (mm/dd/yyyy) (Optional)
0 7 / 2 9 / 1 9 7 1

Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.
(562) 491-6635

**5** Reason for Voting by Mail:
☐ 65 years of age or older. (Complete Box #6a)
☐ Disability. (Complete Box #6a)
☒ Expected absence from the county. (Complete Box #6b and Box #8)
You will receive a ballot for the upcoming election only.
☐ Confinement in jail. (Complete Box #6b)
You will receive a ballot for the upcoming election only

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☐ Annual Application

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other _____

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☒ Any Resulting Runoff

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other _____

**7** ☐ If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center
☐ Address of the jail
☐ Relative; relationship _____
☒ Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions
0 6 / 0 8 / 2 0 1 9 — 0 6 / 2 3 / 2 0 1 9
Date you can begin to receive mail at this address    Date of return to residence address

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk
tiara@mcallen.net
(early voting clerk's e-mail address)   (early voting clerk's fax)   application to the Early Voting Clerk within four
business days. See "Submitting Application" on the back for additional information.
NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back for additional information.
(956)681-1029

**10** "I certify the information given in this application is true, and I understand that giving false information in this application is a crime."

X _____
SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

Date 6/7/19

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐ To complete this information, you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

**11**
X _____
Signature of Witness /Assistant

Street Address _____   Apt Number (if applicable) _____

State _____

X _____
Printed Name of Witness/Assistant

City _____   ZIP Code _____

Witness' Relationship to Applicant
(Refer to Instructions on back for clarification)

Este formulario está disponible en Español. Para conseguir la versión de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaria de Votación por Adelantado.

APP 000230



▼ FOLD OVER HERE AND SEAL ▼

# APPLICATION FOR BALLOT BY MAIL
(Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**
VUID: 1053883373
PCT: _____

**Last Name**
Rivera

**Suffix**

**First Name**
San

**Middle Initial**
Juanita

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIACIA INSECRIPCION COMO VOTANTE)**

**Street Address**
716 N Broadway St

**City**
McAllen

**State**
TX

**ZIP**
78501-4620

1/24/1948

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below)

X _Juanita Rivera_

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR  BALLOT MAILED TO AN ALTERNATE ADDRESS**

**STREET ADDRESS**

**Check One of these 4 choices:**
☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY
☐ HOSPITAL
☐ RETIREMENT CENTER
☐ RELATIVE, RELATIONSHIP _____

**CITY**

**STATE**

**ZIP**

▼DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

**Application for Ballot by Mail** — AS-15 12/17 — VUID # / County Election Precinct #

**1. Last Name** (Please print information): MITTELSTAEDT
**First Name:** GERARD
**Suffix** (Jr., Sr., III, etc):
**Middle Initial:** E

**2. Residence Address:** See back of this application for instructions.
2011 DAFFODIL AVE
**City:** McALLEN  **,TX**
**ZIP Code:** 78501

**3. Mail my ballot to:** If mailing address differs from residence address, please complete Box # 7.
832 LELAND AVE
**City:** SHEBOYGAN
**State:** WI
**ZIP Code:** 53081

**4. Date of Birth** (mm/dd/yyyy) (Optional): 0 1 2 7 1 9 4 8

**Contact Information** (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.

**5. Reason for Voting by Mail:**
☐ 65 years of age or older. (Complete Box #6a)
☐ Disability. (Complete Box #6a)
☒ Expected absence from the county. (Complete Box #6b and Box #8)
   You will receive a ballot for the upcoming election only
☐ Confinement in jail. (Complete Box #6b)
   You will receive a ballot for the upcoming election only

**7.** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☒ Relative; relationship _____
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center
☐ Address of the Jail
☐ Address outside the county (see Box #8)

**8.** If you selected "expected absence from the county," see reverse for instructions.
0 5 2 7 2 0 1 9  —  0 6 3 0 2 0 1 9
Date you can begin to receive mail at this address   Date of return to residence address

**9.** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
_____ (early voting clerk's e-mail address)
_____ (early voting clerk's fax)
NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10.** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X [signature] Gerard E Mittelstaedt   **Date** 5-22-2019

**SIGN HERE**
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

**Witness' Relationship to Applicant**
(Refer to instructions on back for clarification)

**6a. ONLY Voters 65 Years of Age or Older or Voters with a Disability:**
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☐ Annual Application

**Primary Elections:** You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary

**Uniform and Other Elections:**
☐ May Election
☐ November Election
☐ Other _____
☐ Any Resulting Runoff

**6b. ONLY Voters Absent from County or Voters Confined in Jail:**
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

**Primary Elections:** You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary

**Uniform and Other Elections:**
☐ May Election
☐ November Election
☐ Other _____
☒ Any Resulting Runoff

**11.** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below.  ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below.  ☐

**If you are acting as Witness and Assistant, please check both boxes.** Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X
Signature of Witness/Assistant

X
Printed Name of Witness/Assistant

Street Address   Apt Number (if applicable)
City

State   ZIP Code

*If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.*

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.



▼ FOLD OVER HERE AND SEAL ▼

# APPLICATION FOR BALLOT BY MAIL
## (Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**

Vuid: UMQQU89 12    PCT:

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| De La Cruz Barron | | Juanita | |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSCRIPCION COMO VOTANTE)**

**Street Address**

711 S 11th St Apt 9

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-5038 |

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election.
Mail my ballot to the address indicated above (unless noted otherwise below.)

X _Juanita de la Cruz Barron_

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

**STREET ADDRESS**

| Check One of these 4 choices: | NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | | |
| | HOSPITAL | CITY | STATE | ZIP |
| | RETIREMENT CENTER | | | |
| | RELATIVE, RELATIONSHIP | | | |

▼DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

# Application for Ballot by Mail

**AS-15 12/17**

**1** Last Name (Please print information) — Hernandez   First Name — Ventura   Suffix (Jr., Sr., III, etc)   Middle Initial

V.U.D #, County Election Precinct #, Statement of Residence, etc. — 11 V L U O 1 777

**2** Residence Address: See back of this application for instructions. — 2215 S. Grant   City — McAllen   State — TX   ZIP Code — 78501

**3** Mail my ballot to: if mailing address differs from residence address, please complete Box #7. — City   State   ZIP Code

**4** Date of Birth (mm/dd/yyyy) (Optional) — 10 / 13 / 1945

**5** Reason for Voting by Mail:
- ☐ 65 years of age or older. (Complete Box #6a)
- ☑ Disability. (Complete Box #6a)
- ☐ Expected absence from the county. (Complete Box #6b and Box #8) You will receive a ballot for the upcoming election only
- ☐ Confinement in jail. (Complete Box #6b) You will receive a ballot for the upcoming election only

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
- ☑ Annual Application

Uniform and Other Elections:
- ☐ May Election
- ☐ November Election
- ☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary.
- ☐ Democratic Primary
- ☐ Republican Primary
- ☑ Any Resulting Runoff

**6b** ONLY Voters Absent from County or Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
- ☐ May Election
- ☐ November Election
- ☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary.
- ☐ Democratic Primary
- ☐ Republican Primary
- ☐ Any Resulting Runoff

Contact Information (Optional)*
Please list phone number and/or email address:
* Used to have our office has questions.

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
- ☐ Mailing Address as listed on my voter registration certificate
- ☐ Nursing home, assisted living facility, or long term care facility
- ☐ Hospital
- ☐ Retirement Center
- ☐ Address of the jail
- ☐ Relative; relationship _____
- ☐ Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions

Date you can begin to receive mail at this address          Date of return to residence address

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
plara@mcallen.net
(early voting clerk's e-mail address)

(956) 681 - 1029
(early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X _Ventura Hernandez_

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

**If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.**

**11** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐

**If you are acting as Witness and Assistant,** please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness / Assistant

Printed Name of Witness/Assistant

Street Address          Apt Number (if applicable)

City          State          ZIP Code

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

APPX-000290

▼ FOLD OVER HERE AND SEAL ▼

(A) mas

## APPLICATION FOR BALLOT BY MAIL
(Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**
VUID: 10554B2301
PCT:

**Last Name**
Viada

**Suffix**

**First Name**
Luis

**Middle Initial**
Antonio

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA DE INSCRIPCION COMO VOTANTE)**

**Street Address**
1217 Wisteria Ave

**City**
McAllen

**State**
TX

**ZIP**
78504-3510

12/24/1934

Ⓐ I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _Luis Viada_

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information is a crime. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

**Check One of these 4 choices:**
☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY
☐ HOSPITAL
☐ RETIREMENT CENTER
☐ RELATIVE, RELATIONSHIP

**STREET ADDRESS**

**CITY**

**STATE**

**ZIP**

▼DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.     DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

Prescribed by the Office of the Secretary of State of Texas
4/5-15 12217

For Official Use Only
VUID #, County Election Precinct #,
Statement of Residence, etc.

**VUID #:** 1 0 5 4 2 3 1 7 8 8

## Application for Ballot by Mail

**1** Last Name (Please print information)
Barrera

Suffix (Jr., Sr., III, etc.)

First Name
Luzdivina

Middle Initial

**2** Residence Address: See back of this application for instructions.
2220 Date Palm Ave

City
McAllen

State
TX

ZIP Code
78501

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.

City

State

ZIP Code

**4** Date of Birth (mm/dd/yyyy) (Optional)
0 9 / 1 0 / 1 9 5 1

Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.

**5** Reason for Voting by Mail:
☑ 65 years of age or older. **(Complete Box #6a)**
☐ Disability. **(Complete Box #6a)**
☐ Expected absence from the county. **(Complete Box #6b and Box #8)**
   You will receive a ballot for the upcoming election only.
☐ Confinement in jail. **(Complete Box #6b)**
   You will receive a ballot for the upcoming election only.

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in this calendar year, select "Annual Application."
   ☐ Annual Application

Uniform and Other Elections:        Primary Elections:
☐ May Election                      You must declare one political party to vote in
☐ November Election                 a primary.
☐ Other ___Runoff___                ☐ Democratic Primary
                                     ☐ Republican Primary
                                     ☑ Any Resulting Runoff

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:        Primary Elections:
☐ May Election                      You must declare one political party to vote in
☐ November Election                 a primary.
☐ Other _____                 ☐ Democratic Primary
                                     ☐ Republican Primary
                                     ☐ Any Resulting Runoff

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center

☐ Address of the jail
☐ Relative; relationship _____
☐ Address outside the county (see Box #3)

**8** If you selected "expected absence from the county," see reverse for instructions.

Date you can begin to receive mail at this address        Date of return to residence address

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
plara@mcallen.net
(early voting clerk's e-mail address)

(956) 681-1029
(early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X _Luzdivina Barrera_                Date

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

**11** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below.  ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐
*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness /Assistant

X _____
Printed Name of Witness/Assistant

Street Address        Apt Number (if applicable)        City

Witness Relationship to Applicant
(Refer to instructions on back for clarification)

If someone helped you to complete this form, or mails this form for you, then that person must complete the sections below.

APPX-000292

▼ FOLD OVER HERE AND SEAL ▼

# APPLICATION FOR BALLOT BY MAIL
(Solicitud Para Recibir Una Boleta Por Correo)

For Official Use Only

VUID: 105542.802574

PCT:

**Last Name** Gonzalez

**Suffix**

**First Name** Maria

**Middle Initial** O

## ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA DE INSCRIPCION COMO VOTANTE)

**Street Address** 1417 S 19 1/2 St

**City** McAllen

**State** TX

**ZIP** 78501-5301

10/20/1943

I am over 65 years of age and requesting an Annual Ballot By Mail to receive a ballot at all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _Maria Gonzalez_

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

STREET ADDRESS

CITY

STATE

ZIP

**Check One of these 4 choices:**
- [ ] NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY
- [ ] HOSPITAL
- [ ] RETIREMENT CENTER
- [ ] RELATIVE, RELATIONSHIP _____

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

▼ FOLD OVER HERE AND SEAL ▼

**APPLICATION FOR BALLOT BY MAIL**
**(Solicitud Para Recibir Una Boleta Por Correo)**

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Guzman | | Eufemia | N/A |

**For Official Use Only**
VUID: 10534 30558
PCT: _____

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSECRIPCION COMO VOTANTE)**

7/3/1936

**Street Address**
2200 W Jackson Ave

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-7245 |

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election.
Mail my ballot to the address indicated above (unless noted otherwise below.)

X _Eufemia Gonzalez Guzman_

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delto dar información falsa

**OPTIONAL.: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR  BALLOT MAILED TO AN ALTERNATE ADDRESS**

| Check One of these 4 choices: | STREET ADDRESS | | |
|---|---|---|---|
| ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | | | |
| ☐ HOSPITAL | CITY | STATE | ZIP |
| ☐ RETIREMENT CENTER | | | |
| ☐ RELATIVE, RELATIONSHIP _____ | | | |

▼DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.          DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

Prescribed by the Office of the Secretary of State of Texas
AS-115 12/17

## Application for Ballot by Mail

**1** Last Name (Please print information)
Ruiz

Suffix (Jr., Sr., III, etc)

First Name
Maria A.

Middle Initial
Anita

For Official Use Only
VUID#, County, Election, Precinct #,
Statement of Residence, etc.

/ 8 1 0 4 8 5 9 7 1

**2** Residence Address: See back of this application for instructions.
111 South 11 st. Apt. 5

City
McAllen

State
TX

ZIP Code
78501

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box #7.

City

State

ZIP Code

Contact Information (Optional)*
Please list phone number and/or email address.
* Used in case our office has questions.

**4** Date of Birth (mm/dd/yyyy) (Optional)
0 5 0 5 1 9 3 7

**5** Reason for Voting by Mail:
☐ 65 years of age or older. (Complete Box #6a)
☐ Disability. (Complete Box #6a)
☐ Expected absence from the county. (Complete Box #6b and Box #8)
You will receive a ballot for the upcoming election only.
☐ Confinement in jail. (Complete Box #6b)
You will receive a ballot to the upcoming election only.

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☐ Annual Application

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other _____
☐ Any Resulting Runoff

Primary Elections:
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility          ☐ Address of the jail
☐ Hospital                                                                    ☐ Relative; relationship _____
☐ Retirement Center                                                           ☐ Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions

☐☐☐☐  ☐  ☐☐☐☐

Date of return to residence address

Date you can begin to receive mail at this address

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
plara@mcallen.net          (956) 681-1029
(early voting clerk's e-mail address)          (early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail this form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X Maria A Ruiz
                                                     Date

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.    ☐

X
Printed Name of Witness/Assistant

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)

City

State

ZIP Code

**11** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below.   ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below.   ☐

**★** If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X
Signature of Witness/Assistant

Street Address                    Apt Number (if applicable)

City

State                             ZIP Code

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

APPX-000295

# Application for Ballot by Mail

Prescribed by the Office of the Texas Secretary of State Sec. 84.011 6 1.0034 8/15

VUID# 105 377 11627   Suffix (Jr., Sr., III, etc)

VUID #, County Election Precinct #, etc.

VUID #, County Election Precinct #, Statement of Residence, etc.

**1.** Last Name (Please print information): GARCIA
First Name: ROLANDO
Middle Initial: L.
VUID: 1616 01 - 01 1031

**2.** Residence Address: See back of this application for instructions.
1101 N MAPLE AVE
City: MCALLEN
State: TX
Zip Code: 78501

**3.** Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.
City: _____ State: _____ Zip Code: _____

**4.** Date of Birth (mm/dd/yyyy) (Optional): 01 / 01 / 1949

**5.** Reason for Voting by Mail:
- ☑ 65 years of age or older. (Complete Box #5a)
- ☐ Disability. (Complete Box #5a)
- ☐ Expected absence from the county. (Complete Box #5b) and Box #8)
- ☐ You will receive a ballot for the upcoming election only
- ☐ Confinement in jail. (Complete Box #5b)
- ☐ You will receive a ballot for the upcoming election only

**6a.** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
- ☑ Annual Application

Uniform and Other Elections:
- ☐ May Election
- ☐ November Election
- ☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary.
- ☑ Democratic Primary
- ☐ Republican Primary
- ☑ Any Resulting Runoff

**6b.** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
- ☐ May Election
- ☐ November Election
- ☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary.
- ☐ Democratic Primary
- ☐ Republican Primary
- ☐ Any Resulting Runoff

**7.** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
- ☐ Mailing Address as listed on my voter registration certificate
- ☐ Nursing home, assisted living facility, or long term care facility
- ☐ Hospital
- ☐ Retirement Center
- ☐ Address of the jail
- ☐ Relative; relationship _____
- ☐ Address outside the county (see Box #8)

**8.** If you selected "expected absence from the county," see reverse for instructions
Date of return to residence address
Date you can begin to receive mail at this address

**9.** Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.
956-212-0686
rlgarcia14@gmail

**10.** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

X [signature]   Date 5/8/19

RECD MAY 16 2019

Notice to Voter: Effective September 1, 2016, you may submit a completed, signed and scanned application to the early voting clerk at _____
(early voting clerk's e-mail address)

X _____
Printed Name of Witness/Assistant

Witness' Relationship to Applicant
(Refer to instructions on back for definition)
- ☐

**11.** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below.  ☐
If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below.
*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness / Assistant

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.    DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to se...

Prescribed by the Office of the Secretary of State of Texas
AS-15 12/17

For Official Use Only
VUID # County Election Precinct #,
Statement of Residence, etc.

1 0 5 4 6 3 2 3 3 9

# Application for Ballot by Mail

**1.** Last Name (Please print information)
Ruiz

Suffix (Jr., Sr., III, etc)

First Name
Dolores

Middle Initial
D  Delgado

**2.** Residence Address: See back of this application for instructions.
1101 S 19 1/2 St

City
McAllen

,TX

ZIP Code
78501

**3.** Mail my ballot to: if mailing address differs from residence address, please complete Box #7.

City

State

ZIP Code

**4.** Date of Birth (mm/dd/yyyy) (Optional)
5/3/1934

Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.

**5.** Reason for Voting by Mail:
☒ 65 years of age or older. (Complete Box #6a)
☐ Disability. (Complete Box #6a)
☐ Expected absence from the county. (Complete Box #6b and Box #8)
   You will receive a ballot for the upcoming election only.
☐ Confinement in jail. (Complete Box #6b)
   You will receive a ballot for the upcoming election only.

**6a.** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☐ Annual Application

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other ____

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☒ Any Resulting Runoff

**6b.** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other ____

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**7.** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center
☐ Address of the jail
☐ Relative; relationship ____
☐ Address outside the county (see Box #8)

**8.** If you selected "expected absence from the county," see reverse for instructions
Date of return to residence address
Date you can begin to receive mail at this address

**9.** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
plara@mcallen.net
(early voting clerk's e-mail address)
(956) 681 - 1029
(early voting clerk's fax)
NOTE: If you fax or e-mail this form, please be aware that you must also mail this form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10.** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

X _Dolores D. Ruiz_

Date

If someone helped you to complete this form or mails this form for you, then that person must complete the sections below.

**11.** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐

*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if applicant signature was witnessed or applicant was assisted in completing the application.

X ____
Signature of Witness /Assistant

X ____
Printed Name of Witness/Assistant

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)

Street Address

City

State

Apt Number (if applicable)

ZIP Code

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

APPX-000297

APPLICATION FOR A BALLOT BY MAIL

AB-13 12/11   Voter County Election Precinct, etc.   105.31 / 00016   Statement of Residence, etc.

**1. Last Name** (Please print information) | **First Name** Denise | **Suffix** (Jr., Sr., III, etc) | **Middle Initial**
Loggins

**2. Residence Address:** See back of this application for instructions.
421 N. 15th St   | **City** McAllen | **State** ,TX | **ZIP Code** 78501

**3. Mail my ballot to:** If mailing address differs from residence address, please complete Box # 7.
3825 Tamarac Dr, Ste Dallas | **City** El Paso | **State** TX | **ZIP Code** 79935

**4. Date of Birth** (mm/dd/yyyy) (Optional)
0 9 / 2 7 / 1 9 6 0

**Contact Information** (Optional)
Please list phone number and/or email address:
* Used in case our office has questions.
(952) 222-8676
denise8anderson@hotmail.com

**5. Reason for Voting by Mail:**
- [ ] 65 years of age or older. **(Complete Box #6a)**
- [ ] Disability. **(Complete Box #6a)**
- [✓] Expected absence from the county. **(Complete Box #6b and Box #8)**
  You will receive a ballot for the upcoming election only
- [ ] Confinement in jail. **(Complete Box #6b)**
  You will receive a ballot for the upcoming election only

**6a. ONLY Voters 65 Years of Age or Older or Voters with a Disability:**
If applying for one election, select appropriate box.
If applying once for all elections in the calendar year, select "Annual Application."
- [ ] Annual Application

Uniform and Other Elections:
- [ ] May Election
- [ ] November Election
- [ ] Other _____

Primary Elections:
You must declare one political party to vote in a primary.
- [ ] Democratic Primary
- [ ] Republican Primary
- [ ] Any Resulting Runoff

**6b. ONLY Voters Absent from County or Voters Confined in Jail:**
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
- [✓] May Election
- [ ] November Election
- [ ] Other _____

Primary Elections:
You must declare one political party to vote in a primary.
- [ ] Democratic Primary
- [ ] Republican Primary
- [✓] Any Resulting Runoff

**7.** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
- [ ] Mailing Address as listed on my voter registration certificate
- [ ] Nursing home, assisted living facility, or long term care facility
- [ ] Hospital
- [ ] Retirement Center
- [ ] Address of the jail
- [ ] Relative; relationship _____
- [ ] Address outside the county (see Box #8)

**8.** If you selected "expected absence from the county," see reverse for instructions
0 5 / 3 0 / 2 0 1 9 — 0 7 / 0 1 / 2 0 1 9
Date you can begin to receive mail at this address    Date of return to residence address

**9.** Voters may submit completed, signed, and scanned application to the Early Voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.
clara@mcallen.net (early voting clerk's email)
(956) 681-1029 (early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form.

**10.** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

X [signature]   Date May 20, 2019

If someone helped you to complete this form or mails this form for you, then that person must complete the sections below.

**11.** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a **Witness** to that fact, please check this box and sign below. [ ]
If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an **Assistant** and sign below.
**If you are acting as Witness and Assistant, please check both boxes.** Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness /Assistant

_____
Printed Name of Witness/Assistant

Street Address _____ Apt Number (if applicable) _____

State _____   City _____   ZIP Code _____

**Witness' Relationship to Applicant**
(Refer to instructions on back for clarification)
[ ]

Este formulario está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

AP1-000298



▼ FOLD OVER HERE AND SEAL ▼

# APPLICATION FOR BALLOT BY MAIL
## (Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**

VUID: 1053164477 PCT: _____

| Last Name | Suffix | First Name | Middle Initial |
|-----------|--------|------------|----------------|
| Sandoval | | Herminia | |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA DE INSCRIPCION COMO VOTANTE)**

**Street Address**

2119 Date Palm Ave

| City | State | ZIP |
|------|-------|-----|
| McAllen | TX | 78501-6965 |

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _Herminia Sandoval_

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

4/6/1927

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

| Check One of these 4 choices: | NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | STREET ADDRESS | | |
|---|---|---|---|---|
| ☐ | HOSPITAL | | | |
| ☐ | RETIREMENT CENTER | CITY | STATE | ZIP |
| ☐ | RELATIVE, RELATIONSHIP | | | |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

AB-10-14111   Voter County Ballot Pedratr, etc.

**1** Last Name (Please print information) | Suffix (Jr., Sr., III, etc) | First Name | Middle Initial
JOHNSON | Ms. | Laurie | A ANN

**2** Residence Address; See back of this application for instructions.
732 I.T. St. | City McAllen | State ,TX | ZIP Code 78501

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box 7.
Box 306, | City Exira | State IA | ZIP Code 50076

**4** Date of Birth (mm/dd/yyyy) (Optional)
APP I-00030    704-14-62

Contact Information (Optional)*
Please list phone number and/or email address: LJrockcol@aol.com
*Used in case our office has questions.
956-212-0425

**5** Reason for Voting by Mail:
☐ 65 years of age or older. (Complete Box #5a)
☐ Disability. (Complete Box #5a)
☑ Expected absence from the county. (Complete Box #5b and Box #8)
   You will receive a ballot for the upcoming election only
☐ Confinement in jail. (Complete Box #5c)
   You will receive a ballot for the upcoming election only

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center
☐ Address of the jail
☐ Relative; relationship ____
☑ Address outside the county (see Box #8)

**5a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box
If applying for all elections in the calendar year, select "Annual Application."
N/A
☐ Annual Application

Primary Elections:
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**8** If you selected "expected absence from the county," see reverse for instructions
06/02/2019 — 07/24/2019
Date you can begin to receive mail at this address | Date of return to residence address

**9** Voters may submit a completed, signed, and scanned application to the Early Voting (956) 681-1029
piara@mcallen.net    (early voting clerk's fax)
(early voting clerk's e-mail address)
NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**5b** Uniform and Other Elections:
☐ May Election
☐ November Election
☑ Other June 2019 election
Only NA

Primary Elections:
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X Lauren A. Johnson    05/19/2019
                                            Date
SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

**5c** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
☐ May Election
☐ November Election
☑ Other June 2019

Primary Elections:
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

**11** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐

*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness /Assistant

X _____
Printed Name of Witness/Assistant

_____    City
Street Address

_____    ZIP Code
State

Apt Number (if applicable)

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)

Este formulario está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaria de Votación por Adelantado.

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.          DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

Prescribed by the Office of the Secretary of State of Texas
AS-15 12/17

**Application for Ballot by Mail**

For Official Use Only
VUID #, County Election Precinct #,
Statement of Residence, etc.

**1** Last Name (Please print information) Parker     First Name John     Suffix (Jr., Sr., III, etc)     Middle Initial O. W.

**2** Residence Address: See back of this application for instructions.
1612 Pittsburg Ave     City McAllen     , TX     ZIP Code 78501

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.
3001 S. Congress Ave     City Austin     State TX     ZIP Code 78704

**4** Date of Birth (mm/dd/yyyy) (Optional)

Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.

**5** Reason for Voting by Mail:
☐ 65 years of age or older. (**Complete Box #5a**)
☐ Disability. (**Complete Box #5a**)
☑ Expected absence from the county (**Complete Box #6b and Box #8**)
   You will receive a ballot for the upcoming election only
☐ Confinement in jail. (**Complete Box #6b**)
   You will receive a ballot for the upcoming election only.

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☐ Annual Application

Uniform and Other Elections:          Primary Elections:
☐ May Election          You must declare one political party to vote in
☐ November Election          a primary:
☐ Other _____          ☐ Democratic Primary
          ☐ Republican Primary
          ☐ Any Resulting Runoff

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:          Primary Elections:
☐ May Election          You must declare one political party to vote in
☐ November Election          a primary:
☐ Other _____          ☐ Democratic Primary
          ☐ Republican Primary
☑ Any Resulting Runoff     District 5 Runoff

Street Address     Apt Number (if applicable)

State     ZIP Code

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot
will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility     ☐ Address of the jail
☐ Hospital     ☐ Relative; relationship _____
☐ Retirement Center     ☐ Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions
0 5 / 2 5 / 2 0 1 9  —  0 6 / 2 4 / 2 0 1 9
Date you can begin to receive mail at this address     Date of return to residence address

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
_____
(early voting clerk's e-mail address)     (early voting clerk's fax)
NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four
business days. See "Submitting Application" on the back of this form for additional information.

**10** "I certify that the information given in this application is true, and I understand that giving false information
in this application is a crime."

X _John Parker_

SIGN HERE
If applicant is unable to sign or make a
mark in the presence of a witness, the
witness shall complete Box #11.     Date 5/26/19

If someone helped you to complete this form or mails this form for you, then that person must complete the sections below.

**11** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐
If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐
★If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____     X _____
Signature of Witness /Assistant     Printed Name of Witness/Assistant

Street Address     City     Witness' Relationship to Applicant
     (Refer to instructions on back for clarification)

State     ZIP Code

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaria de Votación por Adelantado.

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

## Application for Ballot by Mail

Prescribed by the Office of the Secretary of State of Texas
A-5-15 12/17

For Official Use Only
VUID #, County Election Precinct #, Statement of Residence, etc.

2 1 3 B 0 3 6 7 8 9

1. **Last Name** (Please print information)  Parduc
   First Name  John   Suffix (Jr., Sr., III, etc)
   Middle Initial  W
   Orue Willi
   ZIP Code  78804

2. **Residence Address:** See back of this application for instructions.
   1612 Hillview Ave
   City  Mc Allen   State  TX   ZIP Code  78501

3. Mail my ballot to: If mailing address differs from residence address, please complete Box #7.
   3001 S. Congress Ave
   City  Austin   State  TX   ZIP Code

4. **Date of Birth** (mm/dd/yyyy) (Optional)
   06/04/1999

   **Contact Information (Optional)**
   Please list phone number and/or email address:
   * Used in case our office has questions.

5. **Reason for Voting by Mail:**
   - [ ] 65 years of age or older. (Complete Box #6a)
   - [ ] Disability. (Complete Box #6a)
   - [x] Expected absence from the county. (Complete Box #6b and Box #8)
     You will receive a ballot for the upcoming election only
   - [ ] Confinement in jail. (Complete Box #6b)
     You will receive a ballot for the upcoming election only

7. If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
   - [ ] Mailing Address as listed on my voter registration certificate
   - [ ] Nursing home, assisted living facility, or long term care facility  Relative; relationship _____
   - [ ] Hospital
   - [ ] Retirement Center  Address of the jail
   - [ ] Address outside the county (see Box #9)

6a. **ONLY Voters 65 Years of Age or Older or Voters with a Disability:**
   If applying for one election, select appropriate box.
   If applying once for elections in the calendar year, select "Annual Application."
   - [ ] Annual Application

   **Uniform and Other Elections:**
   - [ ] May Election
   - [ ] November Election
   - [ ] Other _____

   **Primary Elections:**
   You must declare one political party to vote in a primary:
   - [ ] Democratic Primary
   - [ ] Republican Primary
   - [ ] Any Resulting Runoff

8. If you selected "expected absence from the county," see reverse for instructions

   0 5 / 2 5 / 2 0 1 9  —  0 9 / 2 4 / 2 0 1 9
   Date you can begin to receive mail at this address    Date of return to residence address

9. Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
   _____
   (early voting clerk's e-mail address)     (early voting clerk's fax)

   NOTE: If you fax or e-mail this form, please be aware that you must also mail this form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

6b. **ONLY Voters Absent from County or Voters Confined in Jail:**
   You may only apply for a ballot by mail for one election, and any resulting runoff.
   Please select the appropriate box.

   **Uniform and Other Elections:**
   - [x] May Election
   - [ ] November Election
   - [ ] Other _____

   **Primary Elections:**
   You must declare one political party to vote in a primary:
   - [ ] Democratic Primary
   - [ ] Republican Primary
   - [x] Any Resulting Runoff  District Rqvott

10. "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

   SIGN HERE
   If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

   X  John Parduc   Date  5/26/19

11. See back for Witness and Assistant definitions.
   If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. [ ]

   If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. [ ]
   ★If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

   X _____
   Signature of Witness /Assistant

   X _____
   Printed Name of Witness/Assistant

   Street Address _____   City _____

   State _____   ZIP Code _____

   Witness' Relationship to Applicant
   (Refer to instructions on back for clarification)

   If someone helped you to complete this form or mails this form for you, then that person must complete the sections below.

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

APPX-000302

AB-15 12/17 | V.U.D #, County Election Precinct #, Statement of Residence, etc.

10352 5 1001

**1** Last Name (Please print information): Zinsmeister
First Name: Edward   Middle Initial: J John   Suffix (Jr., Sr., III, etc)

**2** Residence Address: See back of this application for instructions.
1500 Marigold Ave
City: McAllen   State: TX   ZIP Code: 78501

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box #7.
1500 Marigold Ave
City: McAllen   State: TX   ZIP Code: 78501

**4** Date of Birth (mm/dd/yyyy): 0 2 / 0 3 / 1 9 4 0

Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.

**5** Reason for Voting by Mail:
☑ 65 years of age or older. (Complete Box #6a)
☐ Disability. (Complete Box #6a)
☐ Expected absence from the county. (Complete Box #6b and Box #8)
   You will receive a ballot for the upcoming election only.
☐ Confinement in jail. (Complete Box #6b)
   You will receive a ballot for the upcoming election only.

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select the appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☐ Annual Application

Uniform and Other Elections:
☐ May Election
☐ November Election
☑ Other ____

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other ____

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center
☐ Address of the jail
☐ Relative; relationship ____
☐ Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions.

Date of return to residence address ____

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
plara@mcallen.net
(early voting clerk's e-mail address)
(956) 681-1029
(early voting clerk's fax)
NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X Edward Zinsmeister   Date 06/10/2019

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)
wife

**11** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☑

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below.

* If you are acting as a Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X Sandra Zinsmeister
Signature of Witness/Assistant

Printed Name of Witness/Assistant
Sandra Zinsmeister

Street Address: 1500 Marigold Ave   Apt Number (if applicable) ____
City: McAllen   State: TX   ZIP Code: 78501

Este formulario está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

APPX-000303

APPLICATION FOR A BALLOT BY MAIL (Voter Registration Certificate Number or Statement of Residence, etc.)

1. Last Name (Please print information): Ingram
   First Name: John
   Suffix (Jr., Sr., III, etc): 
   Middle Initial: J
   [handwritten top: J Joseph 105781150]

2. Residence Address: See back of this application for instructions.
   7416 N 15th Street
   City: McAllen
   State: TX
   ZIP Code: 78501

3. Mail my ballot to: If mailing address differs from residence address, please complete Box #7.
   7416 Knoboll Drive SHD ALD
   City: El Paso
   State: Tx
   ZIP Code: 79935

4. Date of Birth (mm/dd/yyyy) (Optional): 10/07/1960

   VUID # 000304

Contact Information (Optional)
* Please list phone number and/or email address:
* Used in case our office has questions.

5. **Reason for Voting by Mail:**
   - ☐ 65 years of age or older. **(Complete Box #6a)**
   - ☐ Disability. **(Complete Box #6a)**
   - ☒ Expected absence from the county. **(Complete Box #6b and Box #8)** You will receive a ballot for the upcoming election only.
   - ☐ Confinement in Jail. **(Complete Box #6b)** You will receive a ballot for the upcoming election only.

6a. **ONLY Voters 65 Years of Age or Older or Voters with a Disability:**
   If applying for one election, select appropriate box.
   If applying once for elections in the calendar year, select "Annual Application."
   - ☐ Annual Application

   Primary Elections:
   You must declare one political party to vote in a primary.
   - ☐ Democratic Primary
   - ☐ Republican Primary

   Uniform and Other Elections:
   - ☐ May Election
   - ☐ November Election
   - ☐ Other _____
   - ☐ Any Resulting Runoff

6b. **ONLY Voters Absent from County or Voters Confined in Jail:**
   You may only apply for a ballot by mail for one election, and any resulting runoff.
   Please select the appropriate box.

   Primary Elections:
   You must declare one political party to vote in a primary.
   - ☐ Democratic Primary
   - ☐ Republican Primary

   Uniform and Other Elections:
   - ☒ May Election
   - ☐ November Election
   - ☐ Other _____
   - ☒ Any Resulting Runoff

7. If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
   - ☐ Mailing Address as listed on my voter registration certificate
   - ☐ Nursing home, assisted living facility, or long term care facility
   - ☐ Hospital
   - ☐ Retirement Center
   - ☐ Address of the jail
   - ☐ Relative; relationship _____
   - ☒ Address outside the county (see Box #9)

8. "If you selected "expected absence from the county," see reverse for instructions.
   05/28/2019 - 07/01/2019
   Date you can begin to receive mail at this address
   Date of return to residence address

9. Voters may submit a completed, signed, and scanned application to the Early Voting Clerk:
   clara@mcallen.net
   (early voting clerk's email address)
   (956)681-1029
   (early voting clerk's fax)
   NOTE: If you fax or e-mail this form, please be aware that you must also mail this form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

10. "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

   X [signature with X mark]

   **SIGN HERE**
   If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

   Date 5/30/19

   X
   Printed Name of Witness/Assistant

   City

   ZIP Code

   Witness' Relationship to Applicant
   (Refer to instructions on back for clarification)

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

11. See back for Witness and Assistant definitions.
   If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐
   If you assisted the applicant in completing the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐
   *If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

   X
   Signature of Witness/Assistant

   Street Address                 Apt Number (if applicable)

   State

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

AB-19 12/17

1. **Last Name** (Please print information) — Avila

**Residence Address:** See back of this application for instructions. — 1600 WISTERIA AVE

2. **Mail my ballot to:** if mailing address differs from residence address, please complete Box #7. — 1161 MARY JANE WAY

3. (VUID #, County Election Precinct #, Statement of Residence, etc.) — 1168-01-16-89312

**Suffix** (Jr., Sr., III, etc)

**First Name** — JOSEPH

**Middle Initial** — John

City — McAllen , TX    Zip Code — 78504

City — FORT COLLINS    State — CO    Zip Code — 80524

4. **Date of Birth** (mm/dd/yyyy) (Optional) — 10/11/1911

5. **Reason for Voting by Mail:**
   - ☐ 65 years of age or older. (**Complete Box #6a**)
   - ☐ Disability. (**Complete Box #6a**)
   - ☒ Expected absence from the county. (**Complete Box #6b and Box #8**) You will receive a ballot for the upcoming election only
   - ☐ Confinement in jail. (**Complete Box #6b**) You will receive a ballot for the upcoming election only

6a. **ONLY Voters 65 Years of Age or Older or Voters with a Disability:**
   If applying for one election, select appropriate box.
   If applying once for elections in the calendar year, select "Annual Application."
   - ☐ Annual Application

   **Uniform and Other Elections:**
   - ☐ May Election
   - ☐ November Election
   - ☐ Other _____

   **Primary Elections:**
   You must declare one political party to vote in a primary.
   - ☐ Democratic Primary
   - ☐ Republican Primary
   - ☐ Any Resulting Runoff

6b. **ONLY Voters Absent from County or Voters Confined in Jail:**
   You may only apply for a ballot by mail for one election, and any resulting runoff. Please select the appropriate box.

   **Uniform and Other Elections:**
   - ☐ May Election
   - ☐ November Election
   - ☐ Other _____

   **Primary Elections:**
   You must declare one political party to vote in a primary.
   - ☐ Democratic Primary
   - ☐ Republican Primary
   - ☒ Any Resulting Runoff

7. If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
   - ☐ Mailing Address as listed on my voter registration certificate
   - ☐ Nursing home, assisted living facility, or long term care facility
   - ☐ Hospital
   - ☐ Retirement Center
   - ☐ Address of the jail
   - ☐ Relative; relationship _____
   - ☒ Address outside the county (see Box #8)

8. If you selected "expected absence from the county," see reverse for instructions
   05/31/2019 — 05/10/2019
   Date you can begin to receive mail at this address | Date of return to residence address

9. **Contact Information** (Optional)*
   Please list phone number and/or email address:
   * Used in case our office has questions.

   **Notice to Voter:** Effective September 1, 2015, you may submit a completed, signed and scanned application to the early voting clerk at
   _____ (early voting clerk's e-mail address)

10. "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

    **SIGN HERE** → X _(signature)_    Date 5/26/19

    If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

    RECD MAY 3 0 2019

11. See back for Witness and Assistant definitions.

    If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

    If you assisted the applicant in completing the application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. A Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

    *If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

    X _____
    Signature of Witness/Assistant

    Printed Name of Witness/Assistant

    Street Address    Apt Number (if applicable)

    City

    State    Zip

    **Witness' Relationship to Applicant** (Refer to instructions on back for clarification)

    If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

Este formulario está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.    DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

Prescribed by the Office of the Secretary of State of Texas AD-15 12/17

## Application for Ballot by Mail

**For Official Use Only**
VUID #, County Election Precinct #, Statement of Residence, etc.

10533 16957

**1 Last Name** (Please print information)
Jackson

**Suffix** (Jr., Sr., III, etc.)

**First Name**
George Aurora

**Middle Initial**

**2 Residence Address** (See back of this application for instructions)
2201 Evans Ave.

**City**
McAllen

**State**
TX

**ZIP Code**
78501

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.

**4 Date of Birth (mm/dd/yyyy)** (Optional)
04/24/1924

**Contact Information** (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.

**5 Reason for Voting by Mail:**
☐ 65 years of age or older. (Complete Box #6a)
☐ Disability. (Complete Box #6a)
☐ Expected absence from the county. (Complete Box #6a and Box #8)
  You will receive a ballot for the upcoming election only.
☐ Confinement in Jail. (Complete Box #6b)
  You will receive a ballot for the upcoming election only.

**6a ONLY Voters 65 Years of Age or Older or Voters with a Disability:**
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☐ Annual Application

**Uniform and Other Elections:**
☐ May Election
☐ November Election
☐ Other ___

**Primary Elections:**
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**6b ONLY Voters Absent from County or Voters Confined in Jail:**
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

**Uniform and Other Elections:**
☐ May Election
☐ November Election
☐ Other ___

**Primary Elections:**
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center
☐ Address of the jail
☐ Relative; relationship ___
☐ Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions
☐☐☐☐☐ - ☐☐☐☐☐ Date of return to residence address
Date you can begin to receive mail at this address ___

**9** Voters must submit a completed, signed, and scanned application to the Early Voting Clerk at:
(956) 681-1029 (early voting clerk's fax)
plara@mcallen.net (early voting clerk's e-mail address)
NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X Aurora Jackson                Date

**SIGN HERE**
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

Printed Name of Witness/Assistant

City                ZIP Code

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)

**11** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below.
If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below.
* If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X ___
Signature of Witness/Assistant

Street Address                Apt Number (if applicable)

State

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

APPX-000307

B.D. 11/21/1928

▼ FOLD OVER HERE AND SEAL ▼

## APPLICATION FOR BALLOT BY MAIL
### (Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**
VUID: 1054207368
PCT: _____

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Perez-Trevino | | Enrique | G. |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA DE INSCRIPCION COMO VOTANTE)**

**Street Address**
1606 Redbud Ave

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78504-4620 |

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

| Check One of these 4 choices: | | STREET ADDRESS |
|---|---|---|
| ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | | |
| ☐ HOSPITAL | | |
| ☐ RETIREMENT CENTER | CITY | STATE | ZIP |
| ☐ RELATIVE, RELATIONSHIP _____ | | |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

▼ FOLD OVER HERE AND SEAL ▼

## APPLICATION FOR BALLOT BY MAIL
### (Solicitud Para Recibir Una Boleta Por Correo)

For Official Use Only

VUID: 1053233673   PCT: _____

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Valdez | | Maria | D Del Roble |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA DE INSCRIPCION COMO VOTANTE)**

Street Address

2217 Camellia Ave

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-6153 |

Date of Birth: 10/24/1949

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _Maria D Valdez_
Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application at your registration address (above) is a crime. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa.

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

STREET ADDRESS

| Check One of these 4 choices: | NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY |
|---|---|
| | HOSPITAL |
| | RETIREMENT CENTER |
| | RELATIVE, RELATIONSHIP |

| CITY | STATE | ZIP |
|---|---|---|
| | | |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

# Application for Ballot by Mail

Prescribed by the Secretary of State of Texas
AW-15 11/17

For Official Use Only
VUID #, County Election Precinct #,
Statement of Residence, etc.

10535 501A3M3

1. **Last Name** (Please print information)
HARTINGER AVE

**First Name**
DIANE

**Suffix** (Jr., Sr., III, etc)

**Middle Initial**
MARIE

2. **Residence Address:** See back of this application for instructions.
305 42 AVE

**City**
McAllen

**State**
TX

**ZIP Code**
78504

3. **Mail my ballot to:** If mailing address differs from residence address, please complete Box #7.

**City**

**State**

**ZIP Code**

4. **Date of Birth** (mm/dd/yyyy) (Optional)
08 / 18 / 1947

**Contact Information (Optional)*
Please list phone number and/or e-mail address:
* Used in case our office has questions.
956 682 9053
bluemoon2014bdh@gmail.com

5. **Reason for Voting by Mail:**
☐ 65 years of age or older. (Complete Box #6a)
☒ Disability. (Complete Box #6a) Legally Blind
☐ Expected absence from the county. (Complete Box #6b and Box #8) You will receive a ballot for the upcoming election only
☐ Confinement in Jail. (Complete Box #6b) You will receive a ballot for the upcoming election only

7. ☐ If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center

8. ☐ If you selected "expected absence from the county," see reverse for instructions
Date you can begin to receive mail at this address ____
Date of return to residence address ____

6a. **ONLY Voters 65 Years of Age or Older or Voters with a Disability:** If applying for one election, select appropriate box. If applying once for elections in the calendar year, select "Annual Application."
☒ Annual Application.

**Uniform and Other Elections:**
☐ May Election
☐ November Election
☐ Other ____

**Primary Elections:**
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

9. Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
(early voting clerk's e-mail address)
(early voting clerk's fax)
NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

6b. **ONLY Voters Absent from County or Voters Confined in Jail:** You may only apply for a ballot by mail for one election, and any resulting runoff. Please select the appropriate box.

**Uniform and Other Elections:**
☐ May Election
☐ November Election
☐ Other ____

**Primary Elections:**
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

10. "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X _Dianetreeter_   Date 6/7/2019

**SIGN HERE**
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

11. See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐
If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☒

*If you are acting as a Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _Monica Hoctaran_
**Signature of Witness/Assistant**

**Printed Name of Witness/Assistant**
Monica Hoctaran

**Street Address**
1814 Eduardo 78550

**City**
Harlingen

**ZIP Code**
78550

**State**
TX

**Witness' Relationship to Applicant**
(Refer to Instructions on back for clarification)
Daughter

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Estado de Texas.

APPX-000310

## APPLICATION FOR BALLOT BY MAIL
### (Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**

VUID: 1054948515   PCT: _____

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Garza | | Jesus | Miguel |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA/DE INSCRIPCION COMO VOTANTE)**

**Street Address**

1400 W Gardenia Ave

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-3943 |

9/29/1953

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election.

Mail my ballot to the address indicated above (unless noted otherwise below.)

X _____

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la informacion que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar informacio falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

**STREET ADDRESS**

| Check One of these 4 choices: | |
|---|---|
| ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | |
| ☐ HOSPITAL | |
| ☐ RETIREMENT CENTER | |
| ☐ RELATIVE, RELATIONSHIP _____ | |

| CITY | STATE | ZIP |
|---|---|---|
| | | |

**▼DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼**

▼ FOLD OVER HERE AND SEAL ▼

## APPLICATION FOR BALLOT BY MAIL.
(Solicitud Para Recibir Una Boleta Por Correo)

For Official Use Only
VUID: 1053 808 434
PCT. 434

**Last Name**
Cowgill

**Suffix**

**First Name**
Maria

**Middle Initial**
LUISA

**ADDRESS AT WHICH VOTER IS REGISTERED** (DIRECCIÓN DE RESIDENCIA DE INSCRIPCIÓN COMO VOTANTE)

**Street Address**
1106 Walnut Ave

**City**
McAllen

**State**
TX

**ZIP**
78501-4034

10/06/1933

I am over 65 years of age and requesting an Annual Ballot By Mail to receive a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _____
Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

| Check One of these 4 choices: | ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY |
|---|---|
| | ☐ HOSPITAL |
| | ☐ RETIREMENT CENTER |
| | ☐ RELATIVE, RELATIONSHIP _____ |

**STREET ADDRESS**

**CITY**   **STATE**   **ZIP**

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

AB-13 12/11   |   V.U.U/a, County Election Precinct #; Statement of Residence, etc.

**1** Last Name (Please print information)
CANTU

First Name
Olga

Suffix (Jr., Sr., II, etc)

Middle Initial
N M B

**2** Residence Address: See back of this application for instructions.
417 North 16th St.

City
McAllen

, TX
State

ZIP Code
78501

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.

City

State

ZIP Code

**4** Date of Birth (mm/dd/yyyy) (Optional)
11 / 30 / 1950

Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.

**5** Reason for Voting by Mail:

☒ 65 years of age or older: (**Complete Box #6a**)

☐ Disability: (**Complete Box #6a**)

☐ Expected absence from the county: (**Complete Box #6b and Box #8**)
You will receive a ballot for the upcoming election only

☐ Confinement in jail: (**Complete Box #6b**)
You will receive a ballot for the upcoming election only

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.

☐ Mailing Address as listed on my voter registration certificate

☐ Nursing home, assisted living facility, or long term care facility

☐ Hospital

☐ Retirement Center

☐ Address of the jail

☐ Relative, relationship _____

☐ Address outside the county (see Box #8)

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."

☒ Annual Application

**Uniform and Other Elections:**
☐ May Election
☐ November Election
☐ Other _____

**Primary Elections:**
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**8** If you selected "expected absence from the county," see reverse for instructions

Date you can begin to receive mail at this address

Date of return to residence address

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

**Uniform and Other Elections:**
☐ May Election
☐ November Election
☐ Other _____

**Primary Elections:**
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**9** Voters may complete, signed, and scanned application to the Early Voting Clerk
biara@mcallen.net
(early voting clerk's e-mail address)

(956) 681-1029
(early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X  Olga Norma Cantu   ✓   Date 03-06-2019

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

X _____
Printed Name of Witness/Assistant

City

ZIP Code

Witness' Relationship to Applicant
(Refer to Instructions on back for clarification)

**11** See back for Witness and Assistant definitions.

If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

*If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness/Assistant

Street Address                    Apt Number (if applicable)

State

APP 00031

Este formulario está disponible en Español.  Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.     DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

1053A0Y582

## Application for Ballot by Mail

Prescribed by the Office of the Secretary of State of Texas
AS-15e 09/15

For Official Use Only
VUID #, County Election Precinct #,
Statement of Assistance, etc.

**1** Last Name (Please print information)
MOFFITT

First Name
Mary

Suffix (Jr., Sr., III, etc)

Middle Initial
6

**2** Residence Address: See back of this application for instructions.
1601 MARIGOLD

City
MCAllen

, TX
State

Zip Code
78501

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box #7.

City                    , TX
State

Zip Code

**4** Date of Birth (mm/dd/yyyy) (Optional)
01 / 22 / 1935

**5** Reason for Voting by Mail:
☒ 65 years of age or older. (Complete Box #6a)
☒ Disability. (Complete Box #6a)
☐ Expected absence from the county. (Complete Box #6b and Box #8)
  You will receive a ballot for the upcoming election only.
☐ Confinement in jail. (Complete Box #6b)
  You will receive a ballot for the upcoming election only.

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability.
If applying for one election, select the appropriate box.
If applying once for elections in this calendar year, select "Annual Application."
☒ Annual Application

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center
☐ Address of the Jail
☐ Relative, relationship _____
☐ Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions.

_____ this address

Date of return to residence address

Date you can begin to receive mail at this address

**9** Contact Information (Optional):
Please list phone number and/or email address:
* Used in case our office has questions.
956 227 5814

Notice to Voter: Effective September 1, 2015, you may submit a completed, signed and scanned application to the early voting clerk at
_____ (early voting clerk's e-mail address)

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

X  Mary K Moffitt                    Date  4/7/19

Printed Name of Witness/Assistant
MELISSA HARMS

City
MCAllen

Zip
78501

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)
DAUGHTER

**11** See back for Witness and Assistant definitions.

If applicant is unable to mark Box #10 and you are acting as a Witness or are assisting, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below.

X  Melissa Harms
Signature of Witness/Assistant
1712 Marigold
Street Address
MCAllen, TX  78501
State                    Zip (if applicable)

Printed Name of Witness/Assistant _____

* If you are acting as a Witness and Assistant, please check both boxes. Failure to complete this information as a Class A misdemeanor, if signature was witnessed or applicant was assisted in completing the application.

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

Esto formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

APPX-000314

AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the ___**June 22, 2019**___ Election was rejected by the early voting ballot board and was not counted.

Name of Voter _Guerrero, Ofelia_

VUID Number _105 292 4367_

Reason for Rejection: (Check As Appropriate)

         1)    Certificate on carrier envelope was not properly executed.
                   You failed to sign your signature or make your mark.
                   The witness failed to indicate on the envelope that you could not make a mark.
                   The assistant or witness failed to print their name.
                   The assistant or witness failed to sign their name.
                   The residence address of the assistant or witness was not given.

✓    2)    It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

         3)    Application for ballot by mail did not state a legal ground for voting by mail.

         4)    Voter registration records indicated you did not have an effective registration for this election.

         5)    Address to which ballot was mailed was not outside the county.  Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

         6)    The residence address on the statement of residence is not located in the political subdivision conducting the election.

         7)    The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence.  Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected.

         8)    The statement of residence was not included in the carrier envelope.

         9)    No identification was included with your mail ballot.

         10)    Other:

_____
Signature of Early Voting Ballot Board Judge

**June 22, 2019**
Date

**Guerrero, Ofelia
2223 Date Palm Ave.
McAllen TX 78501-6967**

APPX-000315

AW5-42
Requerido por el Secretario de Estado
Frac. 87.0431, Código Electoral
3/07

## AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector _____

VUID de inscripción electoral número _____

La razón del rechazo fue (a continuación indique las razones):

_____   1)   La constancia que aparece en el sobre de entrega no se firmó en forma apropiada.

_____ Le falta su firma o marca.

_____ El testigo no anotó en el sobre que Ud. no puede hacer su marca.

_____ Falta el nombre del testigo o la persona quien le ayudó en letras de molde.

_____ Falta la firma del testigo o de la persona quien le ayudó votar.

_____ Falta el domicilio del testigo o el de la persona quien le ayudó votar.

✓   2)   Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona.

_____   3)   De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo.

_____   4)   Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante.

_____   5)   El domicilio al cual se envió la papeleta está ubicado dentro de este condado.  Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado.

_____   6)   El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones.

_____   7)   El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar.

_____   8)   La constancia de domicilio permanente no vino incluida en el sobre de entrega.

_____   9)   No incluyó ninguna identificación con su boleta por correo.

_____   10)   Otra: _____

_____
Firma del Juez del Consejo Administrativo de
las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

APPX-000316

▼ FOLD OVER HERE AND SEAL ▼

**APPLICATION FOR BALLOT BY MAIL**
**(Solicitud Para Recibir Una Boleta Por Correo)**

For Official Use Only
VUID: 1052994367 PCT: _____

Last Name
Guerrero ✓

Suffix

First Name
Ofelia ✓

Middle Initial
G.

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSCRIPCION COMO VOTANTE)**

Street Address
2223 Date Palm Ave ✓

City
McAllen

State
TX

ZIP
78501-6967

7/31/1935

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)



X _Ofelia Guerrero_

Signature of applicant: I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS

STREET ADDRESS

Check One
of these
4 choices:
☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY
☐ HOSPITAL
☐ RETIREMENT CENTER
☐ RELATIVE, RELATIONSHIP

CITY

STATE

ZIP

▼DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

Delia Guerrero

2223 Date Palm

McAllen Tex~

City Secretary's Office
Received
Date 6/3/19

**RETURN YOUR OFFICIAL BALLOT REQUEST TODAY.**

**1**
**Sign this personalized
vote-by-mail ballot request**
Firma tu boleta personalizada
De votacio por correo

**2**
**Detach, fold and seal
your ballot request**
Despega, dobra y sella tu boleta

**3**
**Place a 49 cent stamp on
your ballot request and
drop it in the mail today**
Pon un timbre postal de
49 centavos en tu boleta y envia hoy.

If you have questions or need additional assistance please contact 956-221-0084

**To Early Voting Clerk
Perla Lara
PO Box 220/1300 Houston Ave.
McAllen, TX 78505-0220**

OFFICIAL
ELECTION MAIL
Authorized by the U.S. Postal Service™

RECEIVED
JUN 03 2019
CITY OF MCALLEN
MAIL CENTER

FOREVER / USA

APPX-000318

AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

# NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the **June 22, 2019** Election was rejected by the early voting ballot board and was not counted.

Name of Voter _Alaniz, Ana Maria_
VUID Number _1055372987_

Reason for Rejection: (Check As Appropriate)

| | | |
|---|---|---|
| _____ | 1) | Certificate on carrier envelope was not properly executed. |
| | | _____ You failed to sign your signature or make your mark. |
| | | _____ The witness failed to indicate on the envelope that you could not make a mark. |
| | | _____ The assistant or witness failed to print their name. |
| | | _____ The assistant or witness failed to sign their name. |
| | | _____ The residence address of the assistant or witness was not given. |
| ✓ | 2) | It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person. |
| _____ | 3) | Application for ballot by mail did not state a legal ground for voting by mail. |
| _____ | 4) | Voter registration records indicated you did not have an effective registration for this election. |
| _____ | 5) | Address to which ballot was mailed was not outside the county. Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county. |
| _____ | 6) | The residence address on the statement of residence is not located in the political subdivision conducting the election. |
| _____ | 7) | The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence. Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected. |
| _____ | 8) | The statement of residence was not included in the carrier envelope. |
| _____ | 9) | No identification was included with your mail ballot. |
| _____ | 10) | Other: |

_____

Signature of Early Voting Ballot Board Judge

**June 22, 2019**
Date

**Alaniz, Ana Maria**
**412 N. 16th Street**
**McAllen TX 78501**

APPX-000319

AW5-42
Requerido por el Secretario de Estado
Frac. 87.0431, Código Electoral
3/07

### AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector _Alaniz, Ana Maria_
VUID de inscripción electoral número _1055312 987_

La razón del rechazo fue (a continuación indique las razones):

_____ 1) La constancia que aparece en el sobre de entrega no se firmó en forma apropiada.
  _____ Le falta su firma o marca.
  _____ El testigo no anotó en el sobre que Ud. no puede hacer su marca.
  _____ Falta el nombre del testigo o la persona quien le ayudó en letras de molde.
  _____ Falta la firma del testigo o de la persona quien le ayudó votar.
  _____ Falta el domicilio del testigo o el de la persona quien le ayudó votar.

✓ 2) Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona.

_____ 3) De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo.

_____ 4) Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante.

_____ 5) El domicilio al cual se envió la papeleta está ubicado dentro de este condado. Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado.

_____ 6) El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones.

_____ 7) El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar.

_____ 8) La constancia de domicilio permanente no vino incluida en el sobre de entrega.

_____ 9) No incluyó ninguna identificación con su boleta por correo.

_____ 10) Otra: _____

_____
Firma del Juez del Consejo Administrativo de
las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

APPX-000320

Statement of Residence, etc.

**Apellido** (Escriba con Letra de Molde)
ELANIZ

**Nombre de pila**
ANA MARIA

**Sufijo** (Jr., Sr., III, etc)

**Inicial del segundo nombre**

**Código postal**
78201

**Domicilio residencial** - Véase el dorso de esta solicitud para aclaración.
418 Maple #16 th ST

**Ciudad**

**Estado** TX

**Código postal**

Enviar mi boleta a: Si la dirección postal es diferente de la de su domicilio residencial, favor de completar el Cuadro #7.

**Fecha de nacimiento:** (mm/dd/aaaa) (Opcional)
07 / 27 / 1994

**Información de Contacto** (Opcional)*
Por favor, indique el número de teléfono y/o dirección de correo electrónico:
* Utilizado en caso de que nuestra oficina tenga preguntas

**Motivo para votar por correo:**

□ 65 o más años de edad. (Completar Cuadro #6a)

□ Minusvalidez. (Completar Cuadro #6a)

□ Expectativa de estar fuera del condado. (Completar Cuadro #6b y Cuadro #8)
Usted recibirá una boleta solo para la próxima elección

□ Reclusión carcelaria. (Completar Cuadro #6b)
Usted recibirá una boleta solo para la próxima elección

**7.** Si pide que se envíe su boleta a otra dirección (distinta a la de su residencia), indique dónde hay que que enviarla. Vea el reverso para instrucciones.

□ La dirección postal que aparece en mi certificado de inscripción electoral   □ Dirección de la cárcel
□ Asilo de ancianos, centro de vida asistida o centro de cuidado a largo plazo   □ Pariente; indique el parentesco
□ Hospital   □ Dirección fuera del condado (véase Cuadro #8)
□ Centro de jubilación

**8.** Si escogió "Expectativa de estar fuera del condado" vea la parte de atrás para instrucciones.

**Fecha en que se podrá recibir su correspondencia en la dirección.**   **Fecha de regreso a la dirección residencial**

**9.** Los votantes pueden enviar una solicitud completa, firmada y escaneada al Secretario de Votación Anticipada

Dirección de correo electrónico del Secretario de Votación Anticipada

Fax del Secretario de Votación Anticipada

NOTA: Si usted envía este formulario por fax o correo electrónico, por favor tenga en cuenta que también debe enviar el formulario por correo postal al secretario de votación anticipada dentro de los cuatro días hábiles. Consulte "Someter su Solicitud" en el reverso de este formulario para obtener información adicional.

**10.** "Certifico que la información que se proporciona en esta solicitud es cierta y entiendo que dar información falsa en esta solicitud es un delito."

**FIRME AQUÍ**
Si el solicitante no puede firmar o hacer una marca en la presencia de un testigo, el testigo deberá completar Cuadros #11.

X ANA MARIA ELANIZ   Fecha 3/6/19

**Parentesco entre el/la Solicitante y su Testigo**
(Vea las instrucciones atrás para una aclaración)

**6a.** SÓLO los Votantes de 65 años de Edad o los Votantes con Minusvalidez:
Si solicita una elección, seleccione la casilla apropiada. Si usted está solicitando para todas las elecciones en el año calendario, seleccione "Aplicación Anual."

☑ Aplicación Anual

**Uniforme y otra Elecciones:**
□ Elección en mayo
□ Elección en noviembre
□ Otra

**Elecciones Primaria:**
Deberá declarar un solo partido político para votar en una elección primaria.
□ Demócrata
□ Republicano
□ Cualquier elección de desempate

**6b.** SÓLO los Votantes Ausente del Condado o Votantes Encarcelados:
Usted solo puede solicitar una boleta por correo para una elección, y cualquier elección de desempate resultante. Por favor, seleccione la casilla correspondiente.

**Uniforme y otra Elecciones:**
□ Elección en mayo
□ Elección en noviembre
□ Otra

**Elecciones Primaria:**
Deberá declarar un solo partido político para votar en una elección primaria.
□ Demócrata
□ Republicano
□ Cualquier elección de desempate

**11.** Si alguna le ayudó a completar esta solicitud o la envió por usted, por favor, esa persona debe de completar la sección a continuación

Véase al dorso para definiciones de Testigo y Asistente.
Si el solicitante no puede marcar Cuadro #10 y actúa como Testigo, favor de marcar este cuadro y firme abajo. □

Si usted le ayuda al solicitante a llenar esta aplicación en presencia del solicitante o si envió esta solicitud por correo postal, correo electrónico, o por fax en nombre del solicitante, favor de marcar este cuadro como Asistente y firme abajo. □
*Si usted actúa como **Testigo y Asistente**, por favor marque ambas casillas. El omitir esta información es un delito menor Clase A si acaso la firma se atestiguó o si el solicitante recibió ayuda para llenar esta solicitud.

X
Firma del Testigo/Asistente.

**Nombre completo del Testigo/Asistente en letra de molde.**

Dirección

Número de apartamento (si aplica)

Ciudad

Estado

Código postal

APP X 000521

*This form is available in English. To obtain the English version, please call your early voting clerk or the Secretary of State's Office toll free at 1.800.252.8683.*

## Instrucciones Para Solicitar la Boleta Postal

**Dirección residencial (Domicilio)** - Indique la dirección completa que aparece en su certificado de inscripción electoral. Si se ha mudado dentro del mismo condado sin haber avisado todavía al/a la registrador(a) de votantes de su nueva dirección, indique su nueva dirección residencial.

**Enviar boleta a** - Dé la dirección completa donde usted desea tener la boleta enviada, si la dirección es diferente a la de su domicilio.

**Enviar boleta a una dirección distinta** - Su boleta deberá enviarse a la casa donde vive o a la dirección postal que aparece en su certificado de inscripción electoral. Existen algunas excepciones que permiten enviar su boleta a una ubicación diferente, tal como se especifica a continuación:

| Motivo para votar por correo | Lugar a donde enviar boleta |
|---|---|
| 65 ó minusválido/a | Asilo de ancianos, centro de cuidado de largo plazo, centro de jubilación, pariente, hospital |
| Encarcelado/a | Dirección de cárcel o pariente |
| Ausencia del condado | Dirección fuera del condado |

**Expectativa de estar fuera del condado** - Si escogió "expectativa de estar fuera del condado", deberá participar estar ausente del condado el día de votación y durante las horas de votación anticipada en persona o para el resto del periodo de votación anticipada después de entregar su solicitud. Su boleta deberá enviarse a una dirección fuera del condado. Importante: Favor de dar la fecha en que puede recibir correspondencia en la dirección indicada.

**Aplicación Anual** - Si usted tiene 65 años de edad o más, o está discapacitado, puede solicitar para recibir todas las boletas por correo durante un año calendario. Si no selecciona ninguna elección en el cuadro 6ª, su solicitud se considerará una Aplicación Anual.

Si usted entrega una aplicación anual para boletas por correo, podremos enviar su solicitud a otras entidades que celebran elecciones en las que usted califica como votante. Esto significa que usted podrá recibir una boleta para esas elecciones además de recibir la(s) boleta(s) que solicitó con esta aplicación.

## Someter su Solicitud

**Firmar y fechar su solicitud** - Si no puede firmar, por favor vaya a Cuadro de Testigo/Dirección (11 al reverso) y tenga una persona ser testigo de su solicitud. Instrucciones de Testigo/Asistente siguen más abajo.

**Entregar al Secretario(a) de Votación Anticipada** - Usted puede enviar su solicitud a través de estos métodos:

**• Persona:** Solo el solicitante puede presentar su solicitud en persona al Secretario(a) de Votación Anticipada hasta que comience el periodo de votación anticipada. Sin embargo, después que el periodo de votación anticipada comience para una elección, el solicitante solo podrá presentar su solicitud por correo, un transportista contratado común, o por correo electrónico.

**• Correo:** Usted puede enviar su solicitud por medio del Servicio Postal de los EE.UU.

**• Transportista Contratado Común:** Usted puede enviar su solicitud a través de un transportista común contratado, que es de buena fe, con fines de lucro.

**• Fax:** Usted puede enviar su solicitud por fax al Secretario(a) de Votación Anticipada. Por favor, póngase en contacto con su Secretario(a) de Votación Anticipada o la oficina del Secretario de Estado a los números de fax.

**• Correo Electrónico:** Usted puede enviar una imagen escaneada de su aplicación por correo electrónico al Secretario(a) de Votación Anticipada. Por favor comuníquese con su Secretario(a) de Votación Anticipada o la Oficina de el Secretario de Estado para las direcciones de correo electrónico.

SI USTED ENVÍA POR FAX O POR CORREO ELECTRÓNICO SU SOLICITUD AL SECRETARIO(A) DE VOTACIÓN ANTICIPADA, USTED DEBE TAMBIÉN ENVIAR LA SOLICITUD POR CORREO PARA QUE EL SECRETARIO(A) LO RECIBA NO MÁS TARDE DEL CUARTO DÍA HÁBIL DESPUÉS DEL DÍA EN QUE SECRETARIO(A) RECIBAO SU SOLICITUD POR FAX O POR CORREO ELECTRÓNICO. Si usted envía solicitud por fax o por correo electrónico por la fecha límite indicada a continuación, su solicitud será considerada completa y oportuna siempre y cuando el original sea recibido por el secretario votación anticipada por el cuarto día hábil después de que enviado por fax o correo electrónico.

## Fecha Límite: Su solicitud debe ser recibida por el Secretario(a) de Votación Anticipada de la entidad local que celebra una elección a más tardar el 11º día antes del día de elección. Si el 11º día es un día de la semana o día festivo, es el primer día hábil anterior. Usted puede presentar una solicitud a través del correo calendario, a partir del 1 de enero. Por favor, recuerde que la solicitud debe ser recibida a más tardar 11º día antes de la primera elección en la que desea votar por correo.

Si entrega una Aplicación Anual para Boleta por Correo dentro de los 60 días antes de una elección que se celebre en el año calendario entrante, su solicitud será válida para cualquier elección que se lleva a cabo en el siguiente año calendario. Esto se aplica sólo a las Aplicaciones Anuales y no a una solicitud regular para boletas por correo.

## Instrucciones para Testigos y Asistentes

**Testigo:** Si no puede firmar su nombre (debido a su minusvalidez física o analfabetismo), entonces el/la testigo deberá firmar la solicitud de parte de usted en el cuadro 11. Usted deberá poner su marca en la solicitud en la cuadro 10 o, si no puede hacerlo, entonces el Testigo deberá marcar el cuadro correspondiente de el cuadro 11 indicando que el votante no puede poner su marca. El Testigo deberá firmar su nombre en letra de molde e indicar su parentesco con usted, o si no es pariente suyo/a, que usted sabe que no lo es. El Testigo deberá firmar y dar su nombre y dirección residencial en letra de molde. A menos que el Testigo sea pariente próximo/a del/de la votante (padre/madre, abuelo/a, esposo/a, hijo/a, nieto/a), es un delito menor de Clase B el que una persona atestigüe más de una sola solicitud de boleta postal.

**Asistente:** Si una persona (aparte de ser pariente próximo/a o persona inscrita para votar con la misma dirección del votante) le ayudó a completar esta solicitud en su presencia o la envía o manda por fax o correo electrónico de parte usted, tal persona deberá marcar el cuadro 11. El Asistente deberá firmar y dar su nombre y dirección residencial en letra de molde. Es un delito menor de Clase A el que un Asistente deje de proporcionar la información descrita arriba a menos que sea un pariente cercano o esté inscrito para votar con la misma residencia del votante.

Para otras preguntas, asistente, o más ayuda, por favor comuníquese con su Secretario(a) de Votación Anticipada o la oficina del Secretario(a) de Estado al (1-800-252-8683) o www.sos.state.tx.us

FROM: Ana M Cheng
4/12 Post #16
McAllen TX 78501

AFFIX LABEL HERE OR ADDRESS

TO: EARLY VOTING CLERK
Perla Lara
P.O. Box 220/300 Houston Ave
McAllen   Texas   78505-0220

AFFIX FIRST
CLASS
POSTAGE



AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the ___**June 22, 2019**___ Election was rejected by the early voting ballot board and was not counted.

Name of Voter ___*Zapata, Adela*___

VUID Number ___*1053744584*___

Reason for Rejection: (Check As Appropriate)

_____ 1) Certificate on carrier envelope was not properly executed.

     _____ You failed to sign your signature or make your mark.

     _____ The witness failed to indicate on the envelope that you could not make a mark.

     _____ The assistant or witness failed to print their name.

     _____ The assistant or witness failed to sign their name.

     _____ The residence address of the assistant or witness was not given.

___✓___ 2) It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

_____ 3) Application for ballot by mail did not state a legal ground for voting by mail.

_____ 4) Voter registration records indicated you did not have an effective registration for this election.

_____ 5) Address to which ballot was mailed was not outside the county. Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

_____ 6) The residence address on the statement of residence is not located in the political subdivision conducting the election.

_____ 7) The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence. Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long-term care facility, nursing home, jail, or a relative, your ballot was rejected.

_____ 8) The statement of residence was not included in the carrier envelope.

_____ 9) No identification was included with your mail ballot.

_____ 10) Other: _____

_____
Signature of Early Voting Ballot Board Judge

___**June 22, 2019**___
Date

**Zapata, Adela**
**2010 Galveston Ave.**
**McAllen TX 78501-7121**

APPX-000323

AW5-42
Requerido por el Secretario de Estado
Frac. 87.0431, Código Electoral
3/07

## AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector _Zapata, Adela_
VUID de inscripción electoral número _1053744584_

La razón del rechazo fue (a continuación indique las razones):

| | | |
|---|---|---|
| _____ | 1) | La constancia que aparece en el sobre de entrega no se firmó en forma apropiada. |
| | | _____ Le falta su firma o marca. |
| | | _____ El testigo no anotó en el sobre que Ud. no puede hacer su marca. |
| | | _____ Falta el nombre del testigo o la persona quien le ayudó en letras de molde. |
| | | _____ Falta la firma del testigo o de la persona quien le ayudó votar. |
| | | _____ Falta el domicilio del testigo o el de la persona quien le ayudó votar. |
| ✓ | 2) | Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona. |
| _____ | 3) | De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo. |
| _____ | 4) | Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante. |
| _____ | 5) | El domicilio al cual se envió la papeleta está ubicado dentro de este condado. Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado. |
| _____ | 6) | El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones. |
| _____ | 7) | El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar. |
| _____ | 8) | La constancia de domicilio permanente no vino incluida en el sobre de entrega. |
| _____ | 9) | No incluyó ninguna identificación con su boleta por correo. |
| _____ | 10) | Otra: _____ |

_[firma]_
Firma del Juez del Consejo Administrativo de
las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

APPX-000324

▼ FOLD OVER HERE AND SEAL ▼



**APPLICATION FOR BALLOT BY MAIL**
(Solicitud Para Recibir Una Boleta Por Correo)

AB-000025

| For Official Use Only |
|---|
| VUID: 1053744584 PCT: ___ |

**Last Name**
Zapata

**Suffix**

**First Name**
Adela

**Middle Initial**

**ADDRESS AT WHICH VOTER IS REGISTERED** (DIRECCION DE RESIDENCIADE INSCRIPCION COMO VOTANTE)

**Street Address**
2010 Galveston Ave

**City**
McAllen

**State**
TX

**ZIP**
78501-7121

4/28/1940

○ I am over 65 years of age and requesting an Annual Ballot By Mail to receive a ballot or all elections in 2019, including local elections and the November 2019 General Election.
Mail my ballot to the address indicated above (unless noted otherwise below.)

✗ _Adela Zapata_

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

| Check One of these 4 choices: | ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY |
|---|---|
| | ☐ HOSPITAL |
| | ☐ RETIREMENT CENTER |
| | ☐ RELATIVE, RELATIONSHIP _____ |

**STREET ADDRESS**

**CITY**

**STATE**

**ZIP**

▼DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

RECEIVED
JUN 05 2019
CITY OF MCALLEN
MAIL CENTER

**RETURN YOUR OFFICIAL BALLOT REQUEST TODAY.**

**1**
**Sign this personalized vote-by-mail ballot request**
Firma tu boleta personalizada
De votacio por correo

**2**
**Detach, fold and seal your ballot request**
Despega, dobla y sella tu boleta

**3**
**Place a 49 cent stamp on your ballot request and drop it in the mail today**
Pon un timbre postal de 49 centavos en tu boleta y envia hoy.

If you have questions or need additional assistance please contact 956-221-0084

To Early Voting Clerk
Perla Lara
PO Box 220/1300 Houston Ave.
McAllen, TX 78505-0220

City Secretary's Office
Received

Date 6/5/19

OFFICIAL
ELECTION MAIL
Authorized by the U.S. Postal Service



PLACE

FOREVER / USA

APPX-000326

AWS-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the ___**June 22, 2019**___ Election was rejected by the early voting ballot board and was not counted.

Name of Voter _Goolsby, Julia B._

VUID Number _120643D689_

Reason for Rejection: (Check As Appropriate)

_____ 1) Certificate on carrier envelope was not properly executed.

_____ You failed to sign your signature or make your mark.

_____ The witness failed to indicate on the envelope that you could not make a mark.

_____ The assistant or witness failed to print their name.

_____ The assistant or witness failed to sign their name.

_____ The residence address of the assistant or witness was not given.

___✓___ 2) It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

_____ 3) Application for ballot by mail did not state a legal ground for voting by mail.

_____ 4) Voter registration records indicated you did not have an effective registration for this election.

_____ 5) Address to which ballot was mailed was not outside the county. Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

_____ 6) The residence address on the statement of residence is not located in the political subdivision conducting the election.

_____ 7) The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence. Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected.

_____ 8) The statement of residence was not included in the carrier envelope.

_____ 9) No identification was included with your mail ballot.

_____ 10) Other:

_____

Signature of Early Voting Ballot Board Judge

**June 22, 2019**
Date

Goolsby, Julia B.
Calle del Doctor Esquerdo, 128 6H
Madrid  Spain  28007

APPX-000327

AW5-42
Requerido por el Secretario de Estado
Frac. 87.0431, Código Electoral
3/07

## AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector _Goolsby, Julia B._
VUID de inscripción electoral número _1206430689_

La razón del rechazo fue (a continuación indique las razones):

_____ 1) La constancia que aparece en el sobre de entrega no se firmó en forma apropiada.
  _____ Le falta su firma o marca.
  _____ El testigo no anotó en el sobre que Ud. no puede hacer su marca.
  _____ Falta el nombre del testigo o la persona quien le ayudó en letras de molde.
  _____ Falta la firma del testigo o de la persona quien le ayudó votar.
  _____ Falta el domicilio del testigo o el de la persona quien le ayudó votar.

✓ 2) Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona.

_____ 3) De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo.

_____ 4) Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante.

_____ 5) El domicilio al cual se envió la papeleta está ubicado dentro de este condado. Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado.

_____ 6) El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones.

_____ 7) El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar.

_____ 8) La constancia de domicilio permanente no vino incluida en el sobre de entrega.

_____ 9) No incluyó ninguna identificación con su boleta por correo.

_____ 10) Otra: _____

Firma del Juez del Consejo Administrativo de
las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

APPX-000328

# Application for Ballot by Mail

Presented by the Office of the Secretary of State of Texas. AS-15 12/17

For Official Use Only: VUID #, County Election Precinct #, Statement of Residence, etc.

120043 0 089

**1. Last Name** (Please print information)
GOOLSBY

**First Name**
JULIA

**Suffix** (Jr., Sr., III, etc)

**Middle Initial**
B

**2. Residence Address:** See back of this application for instructions.
1600 HIBISCUS AVE

**City**
MCALLEN

**State**
TX

**ZIP Code**
78501

**3.** If my mailing address differs from residence address, please complete Box #7.
JULIA GOOLSBY  CALLE DEL DOCTOR ESQUERDO, 128 6A

**City**
MADRID

**State**
SPAIN

**ZIP Code**
28007

**4. Date of Birth** (mm/dd/yyyy)
1 1 / 3 1 / 1 9 9 6

**Contact Information** (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.

**5. Reason for Voting by Mail:**
- ☐ 65 years of age or older. (Complete Box #6a)
- ☐ Disability. (Complete Box #6a)
- ☒ Expected absence from the county. (Complete Box #6b and Box #8)
  You will receive a ballot for the upcoming election only
- ☐ Confinement in Jail. (Complete Box #6b)
  You will receive a ballot for the upcoming election only

**6a. ONLY Voters 65 Years of Age or Older or Voters with a Disability:**
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."

☐ Annual Application

**Uniform and Other Elections:**
- ☒ May Election
- ☐ November Election
- ☐ Other _____

**Primary Elections:**
You must declare one political party to vote in a primary.
- ☐ Democratic Primary
- ☐ Republican Primary
- ☒ Any Resulting Runoff

**6b. ONLY Voters Absent from County or Voters Confined in Jail:**
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

**Uniform and Other Elections:**
- ☒ May Election
- ☐ November Election
- ☐ Other _____

**Primary Elections:**
You must declare one political party to vote in a primary.
- ☐ Democratic Primary
- ☐ Republican Primary
- ☒ Any Resulting Runoff

**7.** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
- ☐ Mailing Address as listed on my voter registration certificate
- ☐ Nursing home, assisted living facility, or long term care facility
- ☐ Hospital
- ☐ Retirement Center
- ☐ Address of the jail
- ☐ Relative; relationship _____
- ☒ Address outside the county (see Box #8)

**8.** If you selected "expected absence from the county," see reverse for instructions
03 / 01 / 2019  —  08 / 05 / 2019
Date you can begin to receive mail at this address    Date of return to residence address

**9.** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
_____ (early voting clerk's email address)
_____ (early voting clerk's fax)
**NOTE:** If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10.** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

**SIGN HERE**
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

X _Julia Goolsby_  Date MAR 22 2019

**Witness' Relationship to Applicant**
(Refer to instructions on back for clarification)

**11.** See back for Witness and Assistant definitions.

If applicant is unable to mark box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐

*If you are acting as a Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness /Assistant

Street Address _____

State _____

X _____
Printed Name of Witness/Assistant

City _____

ZIP Code _____

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

Este formulario está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

## Instructions for Application for Ballot by Mail

**Residence Address** – Give full address as shown on your voter registration certificate. If you have moved within the county but not yet changed your voter registration address with the voter registrar, indicate your new residence address.

**Mail Ballot To** - Give full address where you wish to have ballot mailed, if the address is different from your residence address.

**Mailing Ballot to a Different Address** - Your ballot must be mailed to your home where you live or to your mailing address on your voter registration certificate. There are some exceptions that allow you to have your ballot mailed to a different location as specified below.

| Reason for voting by mail | Location to mail ballot |
|---|---|
| 65 or disabled | Nursing home, assisted living/retirement center, relative, hospital |
| In jail | Address of jail or relative |
| Absent from county | Address located outside of county |

**Expected Absence from County** - If you chose expected absence from county, you must expect to be absent from the county on election day and during the hours of early voting in person or for the remainder of the early voting period after you submit your application. **Your ballot must be mailed to an address outside the county. Important:** Give date you can begin to receive mail at the address given.

**Annual Application** - If you are 65 years of age or older, or disabled you may apply to receive all ballots by mail for a calendar year. If you do not select any elections in Box 6a, your application will be considered an Annual Application. If you submit an annual application for a ballot by mail, your application may be forwarded to other entities holding elections where you are a qualified voter. This means that you may receive a ballot for those elections in addition to the ballot(s) you requested with this application.

## Submitting Application

1. **Sign and date your application** - If unable to sign, please go to Witness/Address boxes (11 on reverse) and have a person witness your mark. Witness/Assistant instructions follow below.

2. **Deliver to Early Voting Clerk** - You may submit your application via these methods:

**In Person:** Only the applicant may submit their application in person to the Early Voting Clerk until the early voting period begins. However, after the early voting period begins for an election, the applicant may only submit their application via mail, common contract carrier, fax, or e-mail.

**By Mail:** You may mail your application via the U.S. Postal Service.

**By Common Contract Carrier:** You may submit via a common or contract carrier which is a bona fide, for profit carrier.

**By Fax:** You may fax your application to the Early Voting Clerk. Please contact your Early Voting Clerk or the Secretary of State's Office for fax numbers.

**By E-Mail:** You may e-mail a signed, scanned image of your application to the Early Voting Clerk. Please contact your Early Voting Clerk or the Secretary of State's Office for e-mail addresses.

**IF YOU FAX OR E-MAIL YOUR APPLICATION TO THE EARLY VOTING CLERK, YOU MUST ALSO MAIL THE APPLICATION SO THAT THE CLERK RECEIVES IT NO LATER THAN THE FOURTH BUSINESS DAY AFTER THE DAY THE CLERK RECEIVED YOUR FAXED OR EMAILED APPLICATION.** If you fax or e-mail your application by the deadline noted below, your application will be considered complete and timely as long as the original is received by the early voting clerk by the fourth business day after it was submitted by fax or e-mail.

## Deadline

Your application must be received by the early voting clerk of the local entity conducting the election not later than the 11th day before election day. If the 11th day is a weekend or holiday, the deadline is the first preceding business day. You may submit an application throughout the calendar year, beginning January 1. Please remember that the application must be received not later than the 11th day before the first election in which you seek to vote by mail.

If you submit an Annual Application for Ballot by Mail within 60 days before an election that takes place in the following calendar year, your application will be valid for any election that takes place in the following calendar year, regardless of the fact that your application was submitted prior to the end of the preceding calendar year. This applies to Annual Applications only and not to a regular application for ballot by mail.

## Witness/Assistant Section

**Witness:** If you are unable to sign your name (due to a physical disability or illiteracy), the application may be signed at Box #11 for you by a Witness. You must affix your mark to the application in Box #10 or, if you are unable to make a mark, then the Witness must check the appropriate box in 11 indicating the inability to make a mark. The Witness must state his/her name in printed form and indicate his/her relationship to you or, if unrelated, state that fact. The Witness must sign and provide his or her printed name and residence address. Unless the Witness is a close relative of the voter (parent, grandparent, spouse, child or sibling), it is a Class B misdemeanor for a person to witness more than one application for ballot by mail.

**Assistant:** If a person (other than a close relative or person registered to vote at the same address) assists you in completing this application in your presence or mails/faxes/e-mails this application on your behalf, then that person must complete Box #11. The Assistant must sign, provide his or her printed name, and his or her residence address. A person commits a Class A misdemeanor if the person provides assistance without providing the information described above unless a close relative or registered at your address.

**If you have further questions or need additional assistance, please contact your Early Voting Clerk or The Secretary of State's office at 1-800-252-8683 or www.sos.state.tx.us**

FROM: GEN-SBY
1900 HIBISCUS AVE
MCALLEN, TX 78501

TO: EARLY VOTING CLERK   PERLA LARA
P.O. BOX 220
MCALLEN, TX 78505

AFFIX LABEL HERE OR ADDRESS

City Secretary's Office
Received
Due 3/29/19



AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the ___**June 22, 2019**___ Election was rejected by the early voting ballot board and was not counted.

Name of Voter _MARIA C. RODRIGUEZ_

VUID Number _1102678506_

Reason for Rejection: (Check As Appropriate)

_____ 1)  Certificate on carrier envelope was not properly executed.

           _____ You failed to sign your signature or make your mark.

           _____ The witness failed to indicate on the envelope that you could not make a mark.

           _____ The assistant or witness failed to print their name.

           _____ The assistant or witness failed to sign their name.

           _____ The residence address of the assistant or witness was not given.

____✓____ 2)  It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

_____ 3)  Application for ballot by mail did not state a legal ground for voting by mail.

_____ 4)  Voter registration records indicated you did not have an effective registration for this election.

_____ 5)  Address to which ballot was mailed was not outside the county.  Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

_____ 6)  The residence address on the statement of residence is not located in the political subdivision conducting the election.

_____ 7)  The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence.  Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected.

_____ 8)  The statement of residence was not included in the carrier envelope.

_____ 9)  No identification was included with your mail ballot.

_____ 10)  Other:

_____

Signature of Early Voting Ballot Board Judge

**June 22, 2019**
Date

APPX-000331

Rodriguez, Maria C.
2245 Orange
McAllen  TX 78501

AWS-42
Requerido por el Secretario de Estado
Frac. 87.0431, Código Electoral
3/07

### AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector *MARIA C. RODRIGUEZ*
VUID de inscripción electoral número *1102678506*

La razón del rechazo fue (a continuación indique las razones):

1) La constancia que aparece en el sobre de entrega no se firmó en forma apropiada.
   - Le falta su firma o marca.
   - El testigo no anotó en el sobre que Ud. no puede hacer su marca.
   - Falta el nombre del testigo o la persona quien le ayudó en letras de molde.
   - Falta la firma del testigo o de la persona quien le ayudó votar.
   - Falta el domicilio del testigo o el de la persona quien le ayudó votar.

✓ 2) Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona.

3) De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo.

4) Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante.

5) El domicilio al cual se envió la papeleta está ubicado dentro de este condado. Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado.

6) El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones.

7) El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar.

8) La constancia de domicilio permanente no vino incluida en el sobre de entrega.

9) No incluyó ninguna identificación con su boleta por correo.

10) Otra: _____

Firma del Juez del Consejo Administrativo de
las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

APPX-000332

**Application for Ballot by Mail**

Statement of Residence, etc.

**1** Last Name (Please print information): Rodriguez

First Name: Maria

Middle Initial: E / Mary

Suffix (Jr., Sr., III, etc)

**2** Residence Address: See back of this application for instructions.
2245 Orange St.

City: McAllen, TX

ZIP Code: 78501

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box #7.

City                State        ZIP Code

**4** Date of Birth (mm/dd/yyyy) (Optional)
4 / 9 / 1945

**Contact Information (Optional)***
Please list phone number and/or email address:
* Used in case our office has questions.

**5** Reason for Voting by Mail:
☐ 65 years of age or older. (Complete Box #6a)
☑ Disability. (Complete Box #6a)
☐ Expected absence from the county. (Complete Box #6a and Box #8)
  You will receive a ballot for the upcoming election only.
☐ Confinement in jail. (Complete Box #6b)
  You will receive a ballot for the upcoming election only.

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☐ Annual Application

**Uniform and Other Elections:**
☐ May Election
☐ November Election
☐ Other _____

**Primary Elections:**
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☑ Any Resulting Runoff

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

**Uniform and Other Elections:**
☐ May Election
☐ November Election
☐ Other _____

**Primary Elections:**
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center
☐ Address of the jail
☐ Relative; relationship _____
☐ Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions

[ ][ ][ ][ ] — [ ][ ][ ][ ]   Date of return to residence address

Date you can begin to receive mail at this address

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
plara@mcallen.net (early voting clerk's e-mail address)
(956) 681-1029 (early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail this form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X Maria E. Rodriguez

**SIGN HERE**
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

Date

**11** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below.

If you assisted the applicant in completing the application in the applicant's presence or e-mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below.
* If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness / Assistant

X _____
Printed Name of Witness/Assistant

Street Address                          City

State                Apt Number (if applicable)        ZIP Code

**Witness' Relationship to Applicant**
(Refer to instructions on back for clarification)

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

Este formulario está disponible en Español. Para conseguir la version en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaria de Votación por Adelantado.

APPX-000333

DO NOT REMOVE PERFORATED TABS. Moisten tab and fold top to bottom to seal.

FROM: *Maria C RodrisuerCity Scretry's Office*
*2245 Orange*
*McAllen TX 78501*

Received
6/14/19

Date _____

**AFFIX LABEL HERE OR ADDRESS**

**TO:** EARLY VOTING CLERK

PERLA LARA

P.O. BOX 220/1300 Houston Ave.

McAllen Texas 78505-0220

PURPLE HEART

FOREVER / USA

RECEIVED
JUN 14 2019
CITY OF McALLEN
MAIL CENTER

---

## Instructions for Application for Ballot by Mail

**Residence Address** - Give full address as shown on your voter registration certificate. If you have moved within the county but not yet changed your voter registration address with the voter registrar, indicate your new residence address.

**Mail Ballot To** - Give full address where you wish to have ballot mailed, if the address is different from your residence address.

**Mailing Ballot to a Different Address** - Your ballot must be mailed to your home where you live or to your mailing address on your voter registration certificate. There are some situations that allow you to have your ballot mailed to a different location as specified below.

| Reason for Mail Ballot | Location to Mail Ballot |
| --- | --- |
| 65 or disabled | Address from home county |
| Nursing home, assisted living/retirement center, relative, hospital | |
| Address of jail or relative | Address located outside of county |
| In jail | |

**Expected Absence from County** - If you chose expected absence from county, you must expect to be absent from the county on election day and during the hours of early voting in person or to be mailed to an address outside the county. Important: Give date you can begin to receive mail at the address given.

**Annual Application** - If you are 65 years of age or older, or disabled you may apply to receive all ballots by mail for a calendar year. If you do not select any elections in Box #4, your application will be considered an Annual Application. If you submit an annual application for a ballot by mail, your application may be forwarded to other entities holding elections where you are a qualified voter. This means that you may receive a ballot for those elections in addition to the ballot(s) you requested with this application.

### Submitting Application

**1. Sign and date your application** - If unable to sign, please go to Witness/Address boxes (11 on reverse) and have a person whose mark you make, Witness/Assistant instructions follow below.

**2. Deliver to Early Voting Clerk** - You may submit your application one of these methods:

**By Mail:** You may mail your application to the U.S. Postal Service.

**By Common Contract Carrier:** You may submit via a common or contract carrier which is a bona fide, for profit carrier.

**By Fax:** You may fax your application to the Early Voting Clerk. Please contact your Early Voting Clerk or the Secretary of State's Office for fax numbers.

**By E-Mail:** You may e-mail a signed, scanned image of your application to the Early Voting Clerk. Please contact your Early Voting Clerk or the Secretary of State's Office for e-mail addresses.

IF YOU FAX OR E-MAIL YOUR APPLICATION TO THE EARLY VOTING CLERK, YOU MUST ALSO MAIL THE APPLICATION SO THAT THE CLERK RECEIVES IT NO LATER THAN THE FOURTH BUSINESS DAY AFTER THE DAY THE CLERK RECEIVED YOUR FAXED OR EMAILED APPLICATION. If your fax or e-mail your application by the deadline noted below, your application will be considered complete and timely as long as the original is received by the early voting clerk by the fourth business day after it was submitted by fax or e-mail.

### Deadline

Your application must be received by the early voting clerk of the local entity conducting the election not later than the 11th day before election day. If the 11th day is a weekend or holiday, the deadline is the first preceding business day. You may submit an application throughout the calendar year, beginning January 1. [ Please remember that this application must be received not later than the 11th day before the first election in which you seek to vote by mail.

If you submit an Annual Application for Ballot by Mail within 60 days before an election that takes place in the following calendar year, your application will be valid for any election that takes place in the following calendar year, regardless of the fact that your application was submitted prior to the end of the preceding calendar year. This applies to Annual Applications only and not to a regular application for ballot by mail.

### Witness/Assistant Section

**Witness:** If you are unable to sign your name (due to a physical disability or illiteracy), the application must be signed at Box #11 for you by a Witness. You must affix your mark to the application. In Box #10, if you are unable to make a mark, then the Witness must check the appropriate box in 11 indicating the inability to make a mark. The Witness must state their name in printed form and initiate their relationship to you or, if unrelated, state that fact. The Witness must sign and provide his or her printed name and residence address. Unless the name is a close relative of the voter (parent, grandparent, spouse, child or sibling), it is a Class B misdemeanor for a person to witness more than one application for ballot by mail.

**Assistant:** If a person (other than a close relative or person assisting in your presence or by mail with address) assists you in completing this application in your presence or makes/asks/tasks this application in Box #11 for you, then that person must complete Box #11. The Assistant must sign, provide his or her printed name, and his or her residence address. A misdemeanor if the person provides assistance without providing the information described above unless a close relative of registered or your address.

If you have further questions or need additional assistance, please contact your Early Voting Clerk or The Secretary of State's Office at 1-800-252-8683 or www.sos.state.tx.us.

APPX-000334

AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the ___**June 22, 2019**___ Election was rejected by the early voting ballot board and was not counted.

Name of Voter _Emry, Verles E._

VUID Number _105330 3961_

Reason for Rejection: (Check As Appropriate)

1) Certificate on carrier envelope was not properly executed.
   _____ You failed to sign your signature or make your mark.
   _____ The witness failed to indicate on the envelope that you could not make a mark.
   _____ The assistant or witness failed to print their name.
   _____ The assistant or witness failed to sign their name.
   _____ The residence address of the assistant or witness was not given.

✓ 2) It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

3) Application for ballot by mail did not state a legal ground for voting by mail.

4) Voter registration records indicated you did not have an effective registration for this election.

5) Address to which ballot was mailed was not outside the county. Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

6) The residence address on the statement of residence is not located in the political subdivision conducting the election.

7) The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence. Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected.

8) The statement of residence was not included in the carrier envelope.

9) No identification was included with your mail ballot.

10) Other: _____

_____
Signature of Early Voting Ballot Board Judge

___**June 22, 2019**___
Date

Emry, Verles E.
3816 N. 9th Ct. Apt. 1
McAllen TX 78501-1727

APPX-000335

AW5-42
Requerido por el Secretario de Estado
Frac. 87.0431, Código Electoral
3/07

## AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector **Emry, Verles E.**
VUID de inscripción electoral número **1053303961**

La razón del rechazo fue (a continuación indique las razones):

_____ 1) La constancia que aparece en el sobre de entrega no se firmó en forma apropiada.
_____ Le falta su firma o marca.
_____ El testigo no anotó en el sobre que Ud. no puede hacer su marca.
_____ Falta el nombre del testigo o la persona quien le ayudó en letras de molde.
_____ Falta la firma del testigo o de la persona quien le ayudó votar.
_____ Falta el domicilio del testigo o el de la persona quien le ayudó votar.

✓ 2) Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona.

_____ 3) De acuerdo á la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo.

_____ 4) Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante.

_____ 5) El domicilio al cual se envió la papeleta está ubicado dentro de este condado. Sólo aquéllas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado.

_____ 6) El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones.

_____ 7) El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar.

_____ 8) La constancia de domicilio permanente no vino incluida en el sobre de entrega.

_____ 9) No incluyó ninguna identificación con su boleta por correo.

_____ 10) Otra: _____

Firma del Juez del Consejo Administrativo de
las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

APPX-000336

▼ FOLD OVER HERE AND SEAL ▼

M 5

**APPLICATION FOR BALLOT BY MAIL**
**(Solicitud Para Recibir Una Boleta Por Correo)**

For Official Use Only

VUID: 1053303961 PCT: ____

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Emry | | Verles | E |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSCRIPCION COMO VOTANTE)**

Street Address
3816 N 9th Ct Apt 1

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-1727 |

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

7/8/1936

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

X

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR  BALLOT MAILED TO AN ALTERNATE ADDRESS**

STREET ADDRESS

| Check One of these 4 choices: | ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY |
|---|---|
| | ☐ HOSPITAL |
| | ☐ RETIREMENT CENTER |
| | ☐ RELATIVE, RELATIONSHIP |

| CITY | STATE | ZIP |
|---|---|---|

▼DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼



**Verles Emry**
3816 N 9th St Apt. 1
McAllen, TX 78501-1727

City Secretary's Office
returned

Date 6/3/19

**RETURN YOUR OFFICIAL BALLOT REQUEST TODAY.**

**1**
**Sign this personalized vote-by-mail ballot request**
Firma tu boleta personalizada De votación por correo

**2**
**Detach, fold and seal your ballot request**
Despega, dobla y sella tu boleta

**3**
**Place a 49 cent stamp on your ballot request and drop it in the mail today**
Pon un timbre postal de 49 centavos en tu boleta y envía hoy.

To Early Voting Clerk
Perla Lara
PO Box 220/1300 Houston Ave.
McAllen, TX 78505-0220

OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service

RECEIVED JUN 03 2019 CITY OF McALLEN

PLACE 49¢



If you have questions or need additional assistance please contact 956-221-0084

APPX-000338

AW5-42
Requerido por el Secretario de Estado
Frac. 87.0431, Código Electoral
3/07

## AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector **Weisfeld, Rosalie**

VUID de inscripción electoral número **1054678350**

La razón del rechazo fue (a continuación indique las razones):

_____ 1) La constancia que aparece en el sobre de entrega no se firmó en forma apropiada.

  _____ Le falta su firma o marca.

  _____ El testigo no anotó en el sobre que Ud. no puede hacer su marca.

  _____ Falta el nombre del testigo o la persona quien le ayudó en letras de molde.

  _____ Falta la firma del testigo o de la persona quien le ayudó votar.

  _____ Falta el domicilio del testigo o el de la persona quien le ayudó votar.

_✓_ 2) Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona.

_____ 3) De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo.

_____ 4) Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante.

_____ 5) El domicilio al cual se envió la papeleta está ubicado dentro de este condado. Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado.

_____ 6) El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones.

_____ 7) El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar.

_____ 8) La constancia de domicilio permanente no vino incluida en el sobre de entrega.

_____ 9) No incluyó ninguna identificación con su boleta por correo.

_____ 10) Otra: _____

_____

Firma del Juez del Consejo Administrativo de
las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

APPX-000339

AWS-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the **June 22, 2019** Election was rejected by the early voting ballot board and was not counted.

Name of Voter _Weisfeld, Rosalie_

VUID Number _1054678350_

Reason for Rejection: (Check As Appropriate)

_____ 1) Certificate on carrier envelope was not properly executed.

_____ You failed to sign your signature or make your mark.

_____ The witness failed to indicate on the envelope that you could not make a mark.

_____ The assistant or witness failed to print their name.

_____ The assistant or witness failed to sign their name.

_____ The residence address of the assistant or witness was not given.

✓ 2) It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

_____ 3) Application for ballot by mail did not state a legal ground for voting by mail.

_____ 4) Voter registration records indicated you did not have an effective registration for this election.

_____ 5) Address to which ballot was mailed was not outside the county. Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

_____ 6) The residence address on the statement of residence is not located in the political subdivision conducting the election.

_____ 7) The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence. Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected.

_____ 8) The statement of residence was not included in the carrier envelope.

_____ 9) No identification was included with your mail ballot.

_____ 10) Other: _____

_____
Signature of Early Voting Ballot Board Judge

**June 22, 2019**
Date

**Weisfeld, Rosalie
9206 Cliffwood Drive
Houston TX 77096**

APPX-000340

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.   DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

**Application for Ballot by Mail**

Prescribed by the Office of the Secretary of State of Texas   A6-15 12/17

For Official Use Only
VUID #, County Election Precinct #, Statement of Residence etc.

1054078350

1. Last Name (Please print information)   Suffix (Jr., Sr., III, etc)   First Name   Middle Initial
Weisfeld   Rosalie   ✓

2. Residence Address: See back of this application for instructions.   City   State   ZIP Code
4801 North _____ Street   McAllen   TX   78504

3. Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.   City   State   ZIP Code
4206 Driftwood Drive   Houston   TX   77096

4. Date of Birth (mm/dd/yyyy) (Optional)
10/16/1956

Contact Information (Optional)*
Please list phone number and/or email address:
*Used in case our office has questions.
956-793-5814
rosalie.weisfeld@gmail.com

5. **Reason for Voting by Mail:**
☐ 65 years of age or older. (Complete Box #5a)
☐ Disability. (Complete Box #5a)
☑ Expected absence from the county. (Complete Box #6b and Box #8) You will receive a ballot for the upcoming election only
☐ Confinement in jail. (Complete Box #6b) You will receive a ballot for the upcoming election only

5a. ONLY Voters, 65 Years of Age or Older or Voters with a Disability:
If applying for this election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☐ Annual Application

6a. **Uniform and Other Elections:**   **Primary Elections:**
You must declare one political party to vote in a primary.
☐ May Election          ☐ Democratic Primary
☐ November Election     ☐ Republican Primary
☐ Other: _____        ☐ Any Resulting Runoff

6b. ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

**Uniform and Other Elections:**   **Primary Elections:**
You must declare one political party to vote in a primary.
☐ May Election          ☐ Democratic Primary
☐ November Election     ☐ Republican Primary
☐ Other: _____        ☑ Any Resulting Runoff

7. If you are requesting that this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center
☐ Address of the jail
☐ Relative; relationship _____
☑ Address outside the county (see Box #9)

8. If you selected "expected absence from the county," see reverse for instructions
04/01/2019   —   05/10/2019
Date you can begin to receive mail at this address   Date of return to residence address

9. Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at this address
_____ (early voting clerk's e-mail address)   _____ (early voting clerk's fax)
NOTE: If you fax or e-mail this form, please be aware that you must also mail this form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

10. "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.
X Rosalie Weisfeld   Date 3/07/2019

If someone helped you to complete this form or mails this form for you, then that person must complete the sections below.
☐ Printed Name of Witness/Assistant
X _____
City   _____
ZIP Code   _____
☐ Witness' Relationship to Applicant (Refer to instructions on back for clarification).

11. See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐
If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐
*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness/Assistant

Street Address _____   Apt Number (if applicable) _____

State _____

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

## Instructions for Application for Ballot by Mail

**Residence Address** - Give full address as shown on your voter registration certificate. If you have moved within the county but not yet changed your voter registration address with the voter registrar, indicate your new residence address.

**Mail Ballot To** - Give full address where you wish to have ballot mailed, if the address is different from your residence address.

**Mailing Ballot to a Different Address** - Your ballot must be mailed to your home where you live or to your mailing address on your voter registration certificate. There are some exceptions that allow you to have your ballot mailed to a different location as specified below.

| Reason for voting by mail | Location to mail ballot |
|---|---|
| 65 or disabled | Nursing home, assisted living/retirement center, relative, hospital |
| In jail | Address of jail or relative |
| Absent from county | Address located outside of county |

**Expected Absence from County** - If you chose expected absence from county, you must expect to be absent from the county on election day and during the hours of early voting in person or for the remainder of the early voting period after you submit your application. **Your ballot must be mailed to an address outside the county.** Important: Give date you can begin to receive mail at the address given.

**Annual Application** - If you are 65 years of age or older, or disabled you may apply to receive all ballots by mail for a calendar year. If you do not select any elections in Box 6a, your application will be considered an Annual Application. If you submit an annual application for a ballot by mail, your application may be forwarded to other entities holding elections where you are a qualified voter. This means that you may receive a ballot for those elections in addition to the ballot(s) you requested with this application.

### Submitting Application

**1. Sign and date your application** - If unable to sign, please go to Witness/Address boxes (11 on reverse) and have a person witness your mark. Witness/Assistant instructions follow below.

**2. Deliver to Early Voting Clerk** - You may submit your application via these methods:

In Person: Only the applicant may submit their application in person to the Early Voting Clerk until the early voting period begins. However, after the early voting period begins for an election, the applicant may only submit their application via mail, common contract carrier, fax, or e-mail.

By Mail: You may mail your application via the U.S. Postal Service.

By Common Contract Carrier: You may submit via a common or contract carrier which is a bona fide, for profit carrier.

By Fax: You may fax your application to the Early Voting Clerk. Please contact your Early Voting Clerk or the Secretary of State's Office for fax numbers.

By E-Mail: You may e-mail a signed, scanned image of your application to the Early Voting Clerk. Please contact your Early Voting Clerk or the Secretary of State's Office for e-mail addresses.

**IF YOU FAX OR E-MAIL YOUR APPLICATION TO THE EARLY VOTING CLERK, YOU MUST ALSO MAIL THE APPLICATION SO THAT THE CLERK RECEIVES IT NO LATER THAN THE FOURTH BUSINESS DAY AFTER THE DAY THE CLERK RECEIVED YOUR FAXED OR EMAILED APPLICATION. If you fax or e-mail your application by the deadline noted below, your application will be considered complete and timely as long as the original is received by the early voting clerk by the fourth business day after it was submitted by fax or e-mail.**

### Deadline

Your application must be received by the early voting clerk of the local entity conducting the election not later than the 11th day before election day. If the 11th day is a weekend or holiday, the deadline is the first preceding business day. You may submit an application throughout the calendar year, beginning January 1. Please remember that the application must be received not later than the 11th day before the first election in which you seek to vote by mail.

If you submit an Annual Application for Ballot by Mail within 60 days before an election that takes place in the following calendar year, your application will be valid for any election that takes place in the following calendar year, regardless of the fact that your application was submitted prior to the end of the preceding calendar year. This applies to Annual Applications only and not to a regular application for ballot by mail.

### Witness/Assistant Section

**Witness:** If you are unable to sign your name (due to a physical disability or illiteracy), the application may be signed at Box #11 for you by a Witness. You must affix your mark to the application in Box #10 or, if you are unable to make a mark, then the Witness must check the appropriate box in 11 indicating the inability to make a mark. The Witness must state his/her name in printed form and indicate his/her relationship to you or, if unrelated, state that fact. The Witness must sign and provide his or her printed name and residence address. Unless the Witness is a close relative of the voter (parent, grandparent, spouse, child or sibling), it is a Class B misdemeanor for a person to witness more than one application for ballot by mail.

**Assistant:** If a person (other than a close relative or person registered to vote at the same address) assists you in completing this application in your presence or mails/faxes/e-mails this application on your behalf, then that person must complete Box #11. The Assistant must sign, provide his or her printed name, and his or her residence address. A person commits a Class A misdemeanor if the person provides assistance without providing the information described above unless a close relative or registered at your address.

**If you have further questions or need additional assistance, please contact your Early Voting Clerk or The Secretary of State's office at 1-800-252-8683 or www.sos.state.tx.us**

Print

Reset

DO NOT REMOVE PERFORATED TABS. Moisten tab and fold top to bottom to seal.

FROM: Rosalie Weisfeld
c/o 9206 Cliffwood Drive
Houston, Texas 77096

AFFIX FIRST CLASS POSTAGE

AFFIX LABEL HERE OR ADDRESS

TO: EARLY VOTING CLERK, Perla Lara
P.O. Box 220
McAllen, Texas 78505-0220

OFFICIAL ELECTION MAIL™ Authorized by the U.S. Postal Service

City Secretary's Office
Received
Date 4/3/19

2

AWS-42
Requerido por el Secretario de Estado
Frac. 87.0431, Código Electoral
3/07

## AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector _Rosas, Jesus_

VUID de inscripción electoral número _105390 7380_

La razón del rechazo fue (a continuación indique las razones):

_____     1)   La constancia que aparece en el sobre de entrega no se firmó en forma apropiada.

_____ Le falta su firma o marca.

_____ El testigo no anotó en el sobre que Ud. no puede hacer su marca.

_____ Falta el nombre del testigo o la persona quien le ayudó en letras de molde.

_____ Falta la firma del testigo o de la persona quien le ayudó votar.

_____ Falta el domicilio del testigo o el de la persona quien le ayudó votar.

✓     2)   Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona.

_____     3)   De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo.

_____     4)   Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante.

_____     5)   El domicilio al cual se envió la papeleta está ubicado dentro de este condado. Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado.

_____     6)   El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones.

_____     7)   El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar.

_____     8)   La constancia de domicilio permanente no vino incluida en el sobre de entrega.

_____     9)   No incluyó ninguna identificación con su boleta por correo.

_____    10)   Otra: _____

Firma del Juez del Consejo Administrativo de
las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

**Rosas, Jesus Lucio
315 N. 22nd Street
McAllen TX 78501-6930**

APPX-000343

AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the **June 22, 2019** Election was rejected by the early voting ballot board and was not counted.

Name of Voter **Rosas, Jesus**
VUID Number **1053902380**

Reason for Rejection: (Check As Appropriate)

1)     Certificate on carrier envelope was not properly executed.
       You failed to sign your signature or make your mark.
       The witness failed to indicate on the envelope that you could not make a mark.
       The assistant or witness failed to print their name.
       The assistant or witness failed to sign their name.
       The residence address of the assistant or witness was not given.

✓ 2)     It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

3)     Application for ballot by mail did not state a legal ground for voting by mail.

4)     Voter registration records indicated you did not have an effective registration for this election.

5)     Address to which ballot was mailed was not outside the county. Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

6)     The residence address on the statement of residence is not located in the political subdivision conducting the election.

7)     The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence. Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected.

8)     The statement of residence was not included in the carrier envelope.

9)     No identification was included with your mail ballot.

10)    Other:

Signature of Early Voting Ballot Board Judge

**June 22, 2019**
Date

▼ FOLD OVER HERE AND SEAL ▼

# APPLICATION FOR BALLOT BY MAIL
## (Solicitud Para Recibir Una Boleta Por Correo)

APP-MV0001715

For Official Use Only
VUID: 1053907380
PCT: _____

3/9/1950

**Last Name**
Rosas

**Suffix**

**First Name**
Jesus

**Middle Initial**
Lucio

### ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA DE INSCRIPCION COMO VOTANTE)

**Street Address**
315 N 22nd St

**City**
McAllen

**State**
TX

**ZIP**
78501-6930

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _____
Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS

**Check One of these 4 choices:**
☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY
☐ HOSPITAL
☐ RETIREMENT CENTER
☐ RELATIVE, RELATIONSHIP

**STREET ADDRESS**

**CITY**

**STATE**

**ZIP**

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

RETURN YOUR OFFICIAL BALLOT REQUEST TODAY.

## 1
### Sign this personalized vote-by-mail ballot request
Firma tu boleta personalizada
De votacio por correo

## 2
### Detach, fold and seal your ballot request
Despega, dobla y sella tu boleta

## 3
### Place a 49 cent stamp on your ballot request and drop it in the mail today
Pon un timbre postal de
49 centavos en tu boleta y envia hoy.

If you have questions or need additional assistance please contact 956-221-0084

**To Early Voting Clerk**
**Perla Lara**
**PO Box 220/1300 Houston Ave.**
**McAllen, TX 78505-0220**

*City Secretary's Office*
*Received*
*Date 6/3/19*







APPX-000346

AW5-42
Requerido por el Secretario de Estado
Frac. 87.0431, Código Electoral
3/07

## AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector _Rosas, Jesus_
VUID de inscripción electoral número _105390 7380_

La razón del rechazo fue (a continuación indique las razones):

_____ 1) La constancia que aparece en el sobre de entrega no se firmó en forma apropiada.
_____ Le falta su firma o marca.
_____ El testigo no anotó en el sobre que Ud. no puede hacer su marca.
_____ Falta el nombre del testigo o la persona quien le ayudó en letras de molde.
_____ Falta la firma del testigo o de la persona quien le ayudó votar.
_____ Falta el domicilio del testigo o el de la persona quien le ayudó votar.

✓ 2) Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona.

_____ 3) De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo.

_____ 4) Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante.

_____ 5) El domicilio al cual se envió la papeleta está ubicado dentro de este condado. Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado.

_____ 6) El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones.

_____ 7) El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar.

_____ 8) La constancia de domicilio permanente no vino incluida en el sobre de entrega.

_____ 9) No incluyó ninguna identificación con su boleta por correo.

_____ 10) Otra: _____

_____
Firma del Juez del Consejo Administrativo de
las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

**Rosas, Jesus Lucio**
**315 N. 22nd Street**
**McAllen TX 78501-6930**

APPX-000347

AWS-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the __June 22, 2019__ Election was rejected by the early voting ballot board and was not counted.

Name of Voter _Rosas Jesus_

VUID Number _105390738 0_

Reason for Rejection: (Check As Appropriate)

_____ 1) Certificate on carrier envelope was not properly executed.
  _____ You failed to sign your signature or make your mark.
  _____ The witness failed to indicate on the envelope that you could not make a mark.
  _____ The assistant or witness failed to print their name.
  _____ The assistant or witness failed to sign their name.
  _____ The residence address of the assistant or witness was not given.

✓ 2) It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

_____ 3) Application for ballot by mail did not state a legal ground for voting by mail.

_____ 4) Voter registration records indicated you did not have an effective registration for this election.

_____ 5) Address to which ballot was mailed was not outside the county. Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

_____ 6) The residence address on the statement of residence is not located in the political subdivision conducting the election.

_____ 7) The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence. Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected.

_____ 8) The statement of residence was not included in the carrier envelope.

_____ 9) No identification was included with your mail ballot.

_____ 10) Other:

_____
Signature of Early Voting Ballot Board Judge

__June 22, 2019__
Date

APPX-000348

▼ FOLD OVER HERE AND SEAL ▼

# APPLICATION FOR BALLOT BY MAIL
## (Solicitud Para Recibir Una Boleta Por Correo)

VR-R300-1019

**Last Name**
Rosas

**Suffix**

**First Name**
Jesus

**Middle Initial**
Lucio

For Official Use Only

VUID: 1063907380   PCT:

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSCRIPCION COMO VOTANTE)**

**Street Address**
315 N 22nd St

**City**
McAllen

**State**
TX

**ZIP**
78501-6930

3/9/1950

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _____

Signature of applicant: I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

| Check One of these 4 choices: | | STREET ADDRESS |
|---|---|---|
| ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | | |
| ☐ HOSPITAL | | |
| ☐ RETIREMENT CENTER | CITY | STATE | ZIP |
| ☐ RELATIVE, RELATIONSHIP | | |

▼DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

# RETURN YOUR OFFICIAL BALLOT REQUEST TODAY.

## 1
**Sign this personalized vote-by-mail ballot request**
Firma tu boleta personalizada de votacio por correo

## 2
**Detach, fold and seal your ballot request**
Despega, dobla y sella tu boleta

## 3
**Place a 49 cent stamp on your ballot request and drop it in the mail today**
Pon un timbre postal de 49 centavos en tu boleta y envía hoy.

If you have questions or need additional assistance please contact 956-221-0084

**To Early Voting Clerk**
**Perla Lara**
**PO Box 220/1300 Houston Ave.**
**McAllen, TX 78505-0220**

City Secretary's Office
Received
Date 6/3/18





OFFICIAL
ELECTION MAIL
Authorized by the U.S. Postal Service

FOREVER / USA
a kind of blue



APPX-000350

AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the _____**June 22, 2019**_____ Election was rejected
by the early voting ballot board and was not counted.

Name of Voter _Guerrero, Maria G._
VUID Number _1054297743_

Reason for Rejection: (Check As Appropriate)

_____  1)   Certificate on carrier envelope was not properly executed.
                 _____ You failed to sign your signature or make your mark.
                 _____ The witness failed to indicate on the envelope that you could not
                          make a mark.
                 _____ The assistant or witness failed to print their name.
                 _____ The assistant or witness failed to sign their name.
                 _____ The residence address of the assistant or witness was not given.

__✓____  2)   It was determined that the signature on the application for ballot by mail and
                 carrier envelope was not signed by the same person.

_____  3)   Application for ballot by mail did not state a legal ground for voting by mail.

_____  4)   Voter registration records indicated you did not have an effective registration
                 for this election.

_____  5)   Address to which ballot was mailed was not outside the county.  Voting
                 early by mail due to expected absence from the county requires balloting
                 materials be mailed to an address outside the county.

_____  6)   The residence address on the statement of residence is not located in the
                 political subdivision conducting the election.

_____  7)   The mailing address on the application for ballot by mail did not match your
                 voter registration address nor did the mailing address match any addresses
                 provided on your statement of residence.  Since you did not indicate on your
                 application for a ballot by mail that you were having your ballot mailed to a
                 hospital, retirement center, long term care facility, nursing home, jail, or a
                 relative, your ballot was rejected.

_____  8)   The statement of residence was not included in the carrier envelope.

_____  9)   No identification was included with your mail ballot.

_____ 10)  Other: _____

_____
Signature of Early Voting Ballot Board Judge

**June 22, 2019**
Date

**Guerrero, Maria G.
2223 Date Palm Ave.
McAllen TX  78501**

APPX-000351

AWS-42
Requerido por el Secretario de Estado
Frac. 87.0431, Código Electoral
3/07

## AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector  *Guerrero, Maria G.*

VUID de inscripción electoral número  *1054297743*

La razón del rechazo fue (a continuación indique las razones):

_____  1)  La constancia que aparece en el sobre de entrega no se firmó en forma apropiada.

        _____  Le falta su firma o marca.

        _____  El testigo no anotó en el sobre que Ud. no puede hacer su marca.

        _____  Falta el nombre del testigo o la persona quien le ayudó en letras de molde.

        _____  Falta la firma del testigo o de la persona quien le ayudó votar.

        _____  Falta el domicilio del testigo o el de la persona quien le ayudó votar.

✓  2)  Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona.

_____  3)  De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo.

_____  4)  Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante.

_____  5)  El domicilio al cual se envió la papeleta está ubicado dentro de este condado. Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado.

_____  6)  El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones.

_____  7)  El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar.

_____  8)  La constancia de domicilio permanente no vino incluida en el sobre de entrega.

_____  9)  No incluyó ninguna identificación con su boleta por correo.

_____  10)  Otra: _____

_____

Firma del Juez del Consejo Administrativo de
las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.    DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

1054297743

**Application for Ballot by Mail**

Prescribed by the Office of the Secretary of State of Texas
AS-15 12/17

For Official Use Only
VUID #, County Election Precinct #, Statement of Residence, etc.

**1** Last Name (Please print information) — Guerrero
Suffix (Jr., Sr., III, etc)
First Name — Maria
Middle Initial — G

**2** Residence Address: See back of this application for instructions.
2223 Date Palm Ave
City — McAllen
State — ,TX
ZIP Code — 78501

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.
City
State
ZIP Code

**4** Date of Birth (mm/dd/yyyy) (Optional)
0 4 / 1 7 / 1 9 5 4

**5** Reason for Voting by Mail:
☒ 65 years of age or older. (Complete Box #6a)
☐ Disability. (Complete Box #6a)
☐ Expected absence from the county. (Complete Box #6b and Box #8)
You will receive a ballot for the upcoming election only.
☐ Confinement in jail. (Complete Box #6b)
You will receive a ballot for the upcoming election only

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
"If applying once for elections in the calendar year, select "Annual Application."
☒ Annual Application

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other _____ Runoff

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☒ Republican Primary
☐ Any Resulting Runoff

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**7** Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions.

If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center

☐ Address of the Jail
☐ Relative; relationship _____
☐ Address outside the county (see Box #8)

4 / 7 / 54

**8** If you selected "expected absence from the county," see reverse for instructions

Date of return to residence address

**9** Date you can begin to receive mail at this address
Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
plara@mcallen.net
(early voting clerk's e-mail address)
(956) 681-1029
(early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10** I certify that the information given in this application is true, and I understand that giving false information in this application is a crime.

X Maria G Guerrero    Date 06-01-19

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

**11** If someone helped you to complete this form or mail this form for you, then that person must complete the sections below.

See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☒

*If you are a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.*

X Elva Guerrero
Signature of Witness/Assistant
X Elva Guerrero
Printed Name of Witness/Assistant

7012 Campbell Drive  Mission Tx
Street Address
MISSION
City
TX  78573
State
78573
ZIP Code
Apt Number (if applicable)

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)
TIA / NA

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o a la Secretaría de Votación por Adelantado.

APPX-000353

## Instructions for Application for Ballot by Mail

**Residence Address** - Give full address as shown on your voter registration certificate. If you have moved within the county but not yet changed your voter registration address with the voter registrar, indicate your new residence address.

**Mail Ballot To** - Give full address where you wish to have ballot mailed, if the address is different from your residence address.

**Mailing Ballot to a Different Address** - Your ballot must be mailed to your home where you live or to your mailing address on your voter registration certificate. There are some exceptions that allow you to have your ballot mailed to a different location as specified below.

| Reason for voting by mail | Location to mail ballot |
|---|---|
| 65 or disabled | Nursing home, assisted living/retirement center, relative, hospital |
| In jail | Address of jail or relative |
| Absent from county | Address located outside of county |

**Expected Absence from County** - If you chose expected absence from county, you must expect to be absent from the county on election day and during the hours of early voting in person or for the remainder of the early voting period after you submit your application. **Your ballot must be mailed to an address outside the county.** Important: Give date you can begin to receive mail at the address given.

**Annual Application** - If you are 65 years of age or older, or disabled you may apply to receive all ballots by mail for a calendar year. If you do not select any elections in Box 6a, your application will be considered an Annual Application. If you submit an annual application for a ballot by mail, your application may be forwarded to other entities holding elections where you are a qualified voter. This means that you may receive a ballot for those elections in addition to the ballot(s) you requested with this application.

### Submitting Application

**1. Sign and date your application** - If unable to sign, please go to Witness/Address boxes (11 on reverse) and have a person witness your mark. Witness/Assistant instructions follow below.

**2. Deliver to Early Voting Clerk** - You may submit your application via these methods:

In Person: Only the applicant may submit their application in person to the Early Voting Clerk **until** the early voting period begins. However, after the early voting period begins for an election, the applicant may only submit their application via mail, common contract carrier, fax, or e-mail.

By Mail: You may mail your application via the U.S. Postal Service.

By Common Contract Carrier: You may submit via a common or contract carrier which is a bona fide, for profit carrier.

By Fax: You may fax your application to the Early Voting Clerk. Please contact your Early Voting Clerk or the Secretary of State's Office for fax numbers.

By E-Mail: You may e-mail a signed, scanned image of your application to the Early Voting Clerk. Please contact your Early Voting Clerk or the Secretary of State's Office for e-mail addresses.

**IF YOU FAX OR E-MAIL YOUR APPLICATION TO THE EARLY VOTING CLERK, YOU MUST ALSO MAIL THE APPLICATION SO THAT THE CLERK RECEIVES IT NO LATER THAN THE FOURTH BUSINESS DAY AFTER THE DAY THE CLERK RECEIVED YOUR FAXED OR EMAILED APPLICATION. If you fax or e-mail your application by the deadline noted below, your application will be considered complete and timely as long as the original is received by the early voting clerk by the fourth business day after it was submitted by fax or e-mail.**

### Deadline

Your application must be received by the early voting clerk of the local entity conducting the election not later than the 11th day before election day. If the 11th day is a weekend or holiday, the deadline is the first preceding business day. You may submit an application throughout the calendar year, beginning January 1. Please remember that the application must be received not later than the 11th day before the first election in which you seek to vote by mail.

If you submit an Annual Application for Ballot by Mail within 60 days before an election that takes place in the following calendar year, your application will be valid for any election that takes place in the following calendar year, regardless of the fact that your application was submitted prior to the end of the preceding calendar year. This applies to Annual Applications only and not to a regular application for ballot by mail.

### Witness/Assistant Section

**Witness:** If you are unable to sign your name (due to a physical disability or illiteracy), the application may be signed at Box #11 for you by a Witness. You must affix your mark to the application in Box #10 or, if you are unable to make a mark, then the Witness must check the appropriate box in 11 indicating the inability to make a mark. The Witness must state his/her name in printed form and indicate his/her relationship to you or, if unrelated, state that fact. The Witness must sign and provide his or her printed name and residence address. Unless the Witness is a close relative of the voter (parent, grandparent, spouse, child or sibling), it is a Class B misdemeanor for a person to witness more than one application for ballot by mail.

**Assistant:** If a person (other than a close relative or person registered to vote at the same address) assists you in completing this application in your presence or mails/faxes/e-mails this application on your behalf, then that person must complete Box #11. The Assistant must sign, provide his or her printed name, and his or her residence address. A person commits a Class A misdemeanor if the person provides assistance without providing the information described above unless a close relative or registered at your address.

**If you have further questions or need additional assistance, please contact your Early Voting Clerk or The Secretary of State's office at 1-800-252-8683 or www.sos.state.tx.us.**

Reset

DO NOT REMOVE PERFORATED TABS. Moisten tab and fold top to bottom to seal.

FROM: 2223 Date Palm
Mcallen TX
78501

FOREVER / USA

City Secretary's Office
Received
Date 6/5/19

OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service

RECEIVED
JUN 05 2019
CITY OF McALLEN
MAIL CENTER

AFFIX LABEL HERE OR ADDRESS

TO: EARLY VOTING CLERK

PERLA LARA
P.O. BOX 220/1300 Houston Ave.
McAllen Texas 78505-0220

AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the ___**June 22, 2019**___ Election was rejected by the early voting ballot board and was not counted.

Name of Voter ___MARIA REYNA___

VUID Number ___105 3084263___

Reason for Rejection: (Check As Appropriate)

| | | |
|---|---|---|
| _____ | 1) | Certificate on carrier envelope was not properly executed. |
| | | _____ You failed to sign your signature or make your mark. |
| | | _____ The witness failed to indicate on the envelope that you could not make a mark. |
| | | _____ The assistant or witness failed to print their name. |
| | | _____ The assistant or witness failed to sign their name. |
| | | _____ The residence address of the assistant or witness was not given. |
| ✓ | 2) | It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person. |
| _____ | 3) | Application for ballot by mail did not state a legal ground for voting by mail. |
| _____ | 4) | Voter registration records indicated you did not have an effective registration for this election. |
| _____ | 5) | Address to which ballot was mailed was not outside the county. Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county. |
| _____ | 6) | The residence address on the statement of residence is not located in the political subdivision conducting the election. |
| _____ | 7) | The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence. Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected. |
| _____ | 8) | The statement of residence was not included in the carrier envelope. |
| _____ | 9) | No identification was included with your mail ballot. |
| ✓ | 10) | Other: |

___Signature did not match.___

_____
Signature of Early Voting Ballot Board Judge

___**June 22, 2019**___
Date

**Reyna, Maria
1916 Fir Ave.
McAllen TX 78501-6978**

APPX-000355

AW5-42
Requerido por el Secretario de Estado
Prac. 87.0431, Código Electoral
3/07

## AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector _____

VUID de inscripción electoral número _____

La razón del rechazo fue (a continuación indique las razones):

_____ 1) La constancia que aparece en el sobre de entrega no se firmó en forma apropiada.

        _____ Le falta su firma o marca.

        _____ El testigo no anotó en el sobre que Ud. no puede hacer su marca.

        _____ Falta el nombre del testigo o la persona quien le ayudó en letras de molde.

        _____ Falta la firma del testigo o de la persona quien le ayudó votar.

        _____ Falta el domicilio del testigo o el de la persona quien le ayudó votar.

_✓_ 2) Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona.

_____ 3) De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo.

_____ 4) Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante.

_____ 5) El domicilio al cual se envió la papeleta está ubicado dentro de este condado. Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado.

_____ 6) El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones.

_____ 7) El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar.

_____ 8) La constancia de domicilio permanente no vino incluida en el sobre de entrega.

_____ 9) No incluyó ninguna identificación con su boleta por correo.

_____ 10) Otra: _____

_____
Firma del Juez del Consejo Administrativo de
las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

# APPLICATION FOR BALLOT BY MAIL
## (Solicitud Para Recibir Una Boleta Por Correo)

For Official Use Only

VUID: 05308263

PCT: _____

**Last Name**
Reyna

**Suffix**

**First Name**
Maria

**Middle Initial**
de Jesus

## ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCIÓN DE RESIDENCIADE INSECRIPCIÓN COMO VOTANTE)

**Street Address**
1916 Fir Ave

**City**
McAllen

**State**
TX

**ZIP**
78501-6978

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _Maria de Jesus_

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

**Check One of these 4 choices:**
- [ ] NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY
- [ ] HOSPITAL
- [ ] RETIREMENT CENTER
- [ ] RELATIVE, RELATIONSHIP _____

**STREET ADDRESS**
1916 Fir Ave

**CITY**
McAllen

**STATE**
Texas

**ZIP**
78501

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

APPX-000367

RETURN YOUR OFFICIAL BALLOT REQUEST TODAY.

**1**

**Sign this personalized vote-by-mail ballot request**

Firma tu boleta personalizada
De votaclo por correo

**2**

**Detach, fold and seal your ballot request**

Despega, dobla y sella tu boleta

**3**

**Place a 49 cent stamp on your ballot request and drop it in the mail today**

Pon un timbre postal de
49 centavos en tu boleta y envia hoy.

If you have questions or need additional assistance please contact 956-221-0084

To Early Voting Clerk
Perla Lara
PO Box 220/1300 Houston Ave.
McAllen, TX 78505-0220

78501

ELECTION MAIL
Authorized by the U.S. Postal Service™

STAMP

RECD
JUN 03 2019
CITY OF McALLEN
CITY CENTRAL

APPX-000358

AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the ___**June 22, 2019**___ Election was rejected by the early voting ballot board and was not counted.

Name of Voter ___Doris Smith___

VUID Number ___105353 6581___

Reason for Rejection: (Check As Appropriate)

_____   1)   Certificate on carrier envelope was not properly executed.
        _____ You failed to sign your signature or make your mark.
        _____ The witness failed to indicate on the envelope that you could not make a mark.
        _____ The assistant or witness failed to print their name.
        _____ The assistant or witness failed to sign their name.
        _____ The residence address of the assistant or witness was not given.

___✓___   2)   It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

_____   3)   Application for ballot by mail did not state a legal ground for voting by mail.

_____   4)   Voter registration records indicated you did not have an effective registration for this election.

_____   5)   Address to which ballot was mailed was not outside the county.  Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

_____   6)   The residence address on the statement of residence is not located in the political subdivision conducting the election.

_____   7)   The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence.  Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected.

_____   8)   The statement of residence was not included in the carrier envelope.

_____   9)   No identification was included with your mail ballot.

_____   10)   Other:

_____
Signature of Early Voting Ballot Board Judge

___**June 22, 2019**___
Date

**Smith, Doris**
**1517 Whitewin Ave.**
**McAllen TX  78501-3136**

APPX-000359

AWS-42
Requerido por el Secretario de Estado
Frac. 87.0431, Código Electoral
3/07

## AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluído en el conteo final.

Nombre del elector _____

VUID de inscripción electoral número _____

La razón del rechazo fue (a continuación indique las razones):

_____    1)    La constancia que aparece en el sobre de entrega no se firmó en forma apropiada.

      _____ Le falta su firma o marca.

      _____ El testigo no anotó en el sobre que Ud. no puede hacer su marca.

      _____ Falta el nombre del testigo o la persona quien le ayudó en letras de molde.

      _____ Falta la firma del testigo o de la persona quien le ayudó votar.

      _____ Falta el domicilio del testigo o el de la persona quien le ayudó votar.

✓    2)    Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona.

_____    3)    De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo.

_____    4)    Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante.

_____    5)    El domicilio al cual se envió la papeleta está ubicado dentro de este condado. Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado.

_____    6)    El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones.

_____    7)    El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar.

_____    8)    La constancia de domicilio permanente no vino incluida en el sobre de entrega.

_____    9)    No incluyó ninguna identificación con su boleta por correo.

_____    10)    Otra: _____

Firma del Juez del Consejo Administrativo de .
las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

APPX-000360

▼ FOLD OVER HERE AND SEAL ▼

mi5

# APPLICATION FOR BALLOT BY MAIL
## (Solicitud Para Recibir Una Boleta Por Correo)

For Official Use Only

VUID: 1053536581  PCT:

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Smith | | Doris | M. |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSECRIPCION COMO VOTANTE)**

Street Address

1517 Whitewing Ave

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-3136 |

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _____   12/06/1920

Signature of applicant. I certify that the information given in this application is true and that giving false information in this application is a crime. I certify that the information you provide is proportiona mediante esta solicitud es cierta y entiendo que es delito dar informado falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

STREET ADDRESS

| Check One of these 4 choices: | ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY |
|---|---|
| | ☐ HOSPITAL |
| | ☐ RETIREMENT CENTER |
| | ☐ RELATIVE, RELATIONSHIP _____ |

| CITY | STATE | ZIP |
|---|---|---|

▼DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

APP-000051



**Doris M. Smith**
1517 Whitewing Ave.
McAllen, TX 78501-3136

*City Secretary's Office*
*Received*

Date 6/4/19

**To Early Voting Clerk**
**Perla Lara**
**PO Box 220/1300 Houston Ave.**
**McAllen, TX 78505-0220**

RECEIVED

CITY OF McALLEN
MAIL CENTER

JUN 04 2019

OFFICIAL
ELECTION MAIL
*Authorized by the U.S. Postal Service™*



PLACE
49¢
P
USA

# RETURN YOUR OFFICIAL BALLOT REQUEST TODAY.

## 1
**Sign this personalized vote-by-mail ballot request**
Firma tu boleta personalizada
De votacio por correo

## 2
**Detach, fold and seal your ballot request**
Despega, dobla y sella tu boleta

## 3
**Place a 49 cent stamp on your ballot request and drop it in the mail today**
Pon un timbre postal de
49 centavos en tu boleta y envia hoy.

**If you have questions or need additional assistance please contact 956-221-0084**

APPX-000362

AW5-42
Requerido por el Secretario de Estado
Frac. 87.0431, Código Electoral
3/07

## AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector _____

VUID de inscripción electoral número _____

La razón del rechazo fue (a continuación indique las razones):

| | | |
|---|---|---|
| _____ | 1) | La constancia que aparece en el sobre de entrega no se firmó en forma apropiada. |
| | | _____ Le falta su firma o marca. |
| | | _____ El testigo no anotó en el sobre que Ud. no puede hacer su marca. |
| | | _____ Falta el nombre del testigo o la persona quien le ayudó en letras de molde. |
| | | _____ Falta la firma del testigo o de la persona quien le ayudó votar. |
| | | _____ Falta el domicilio del testigo o el de la persona quien le ayudó votar. |
| ✓ | 2) | Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona. |
| _____ | 3) | De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo. |
| _____ | 4) | Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante. |
| _____ | 5) | El domicilio al cuál se envió la papeleta está ubicado dentro de este condado. Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado. |
| _____ | 6) | El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones. |
| _____ | 7) | El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar. |
| _____ | 8) | La constancia de domicilio permanente no vino incluida en el sobre de entrega. |
| _____ | 9) | No incluyó ninguna identificación con su boleta por correo. |
| _____ | 10) | Otra: _____ |

_____
Firma del Juez del Consejo Administrativo de
las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

**Guzman, Leobardo
2200 W. Jackson Ave.
McAllen TX  78501-7245**

APPX-000363

AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the _____**June 22, 2019**_____ Election was rejected by the early voting ballot board and was not counted.

Name of Voter _Leobardo Guzman_

VUID Number _1055270874_

Reason for Rejection: (Check As Appropriate)

_____   1)   Certificate on carrier envelope was not properly executed.
              _____ You failed to sign your signature or make your mark.
              _____ The witness failed to indicate on the envelope that you could not
                    make a mark.
              _____ The assistant or witness failed to print their name.
              _____ The assistant or witness failed to sign their name.
              _____ The residence address of the assistant or witness was not given.

___✓___   2)   It was determined that the signature on the application for ballot by mail and
               carrier envelope was not signed by the same person.

_____   3)   Application for ballot by mail did not state a legal ground for voting by mail.

_____   4)   Voter registration records indicated you did not have an effective registration
                for this election.

_____   5)   Address to which ballot was mailed was not outside the county.  Voting
                early by mail due to expected absence from the county requires balloting
                materials be mailed to an address outside the county.

_____   6)   The residence address on the statement of residence is not located in the
                political subdivision conducting the election.

_____   7)   The mailing address on the application for ballot by mail did not match your
                voter registration address nor did the mailing address match any addresses
                provided on your statement of residence.  Since you did not indicate on your
                application for a ballot by mail that you were having your ballot mailed to a
                hospital, retirement center, long term care facility, nursing home, jail, or a
                relative, your ballot was rejected.

_____   8)   The statement of residence was not included in the carrier envelope.

_____   9)   No identification was included with your mail ballot.

_____   10)  Other: _____

_____
Signature of Early Voting Ballot Board Judge

**June 22, 2019**
Date

Guzman, Leobardo
2200 W. Jackson Ave.
McAllen TX  78501-7245

APPX-000364

▼ FOLD OVER HERE AND SEAL ▼

# APPLICATION FOR BALLOT BY MAIL
(Solicitud Para Recibir Una Boleta Por Correo)

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Guzman | | Leobardo | Solano |

**For Official Use Only**

VUID: 1055270874

PCT:

## ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA/DE INSCRIPCION COMO VOTANTE)

**Street Address**

2200 W Jackson Ave

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-7245 |

I am over 65 years of age and requesting an Annual Ballot By Mail to receive a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

1/18/1941

X _Leobardo Solano_

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

| Check One of these 4 choices: | | STREET ADDRESS | | |
|---|---|---|---|---|
| ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | | | | |
| ☐ HOSPITAL | | | | |
| ☐ RETIREMENT CENTER | CITY | | STATE | ZIP |
| ☐ RELATIVE, RELATIONSHIP | | | | |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

# RETURN YOUR OFFICIAL BALLOT REQUEST TODAY.

## 1
### Sign this personalized vote-by-mail ballot request
Firma tu boleta personalizada
De votacio por correo

## 2
### Detach, fold and seal your ballot request
Despega, dobla y sella tu boleta

## 3
### Place a 49 cent stamp on your ballot request and drop it in the mail today
Pon un timbre postal de
49 centavos en tu boleta y envia hoy.

If you have questions or need additional assistance please contact 956-221-0084



Leobardo Guzman
2220 W. Jackson Ave.
McAllen, TX 78501

City Secretary's Office
Received

Date 6/4/19

To Early Voting Clerk
Perla Lara
PO Box 220/1300 Houston Ave.
McAllen, TX 78505-0220



OFFICIAL ELECTION MAIL
Authorized by the U.S. Postal Service

RECEIVED
JUN 04 2019
CITY OF McALLEN
MAIL CENTER

PLACE
49 ¢
STAMP

APPX-000366

AW5-42
Requerido por el Secretario de Estado
Frac. 87.0431, Código Electoral
3/07

## AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector *MARIANA LUNA*

VUID de inscripción electoral número *1053314843*

La razón del rechazo fue (a continuación indique las razones):

1) La constancia que aparece en el sobre de entrega no se firmó en forma apropiada.

    Le falta su firma o marca.

    El testigo no anotó en el sobre que Ud. no puede hacer su marca.

    Falta el nombre del testigo o la persona quien le ayudó en letras de molde.

    Falta la firma del testigo o de la persona quien le ayudó votar.

    Falta el domicilio del testigo o el de la persona quien le ayudó votar.

✓ 2) Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona.

3) De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo.

4) Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante.

5) El domicilio al cual se envió la papeleta está ubicado dentro de este condado. Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado.

6) El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones.

7) El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar.

8) La constancia de domicilio permanente no vino incluida en el sobre de entrega.

9) No incluyó ninguna identificación con su boleta por correo.

10) Otra: _____

Firma del Juez del Consejo Administrativo de las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

APPX-000367

AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the ___**June 22, 2019**___ Election was rejected by the early voting ballot board and was not counted.

Name of Voter _MARIANA LUNA_____

VUID Number _1053314843_____

Reason for Rejection: (Check As Appropriate)

_____  1)  Certificate on carrier envelope was not properly executed.

_____  You failed to sign your signature or make your mark.

_____  The witness failed to indicate on the envelope that you could not make a mark.

_____  The assistant or witness failed to print their name.

_____  The assistant or witness failed to sign their name.

_____  The residence address of the assistant or witness was not given.

___✓___  2)  It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

_____  3)  Application for ballot by mail did not state a legal ground for voting by mail.

_____  4)  Voter registration records indicated you did not have an effective registration for this election.

_____  5)  Address to which ballot was mailed was not outside the county.  Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

_____  6)  The residence address on the statement of residence is not located in the political subdivision conducting the election.

_____  7)  The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence.  Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected.

_____  8)  The statement of residence was not included in the carrier envelope.

_____  9)  No identification was included with your mail ballot.

_____  10)  Other:

_____

Signature of Early Voting Ballot Board Judge

**June 22, 2019**
Date

Luna, Mariana
2064 Lindberg Cir
McAllen TX  78501-7267

APPX-000368

# APPLICATION FOR BALLOT BY MAIL
## (Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**

VUID: 0533148430

PCT:

**Last Name**
Luna

**Suffix**

**First Name**
Mariana

**Middle Initial**
J

## ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA/DE INSCRIPCION COMO VOTANTE)

**Street Address**
2064 Lindberg Cir

**City**
McAllen

**State**
TX

**ZIP**
78501-7267

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X Mariana Luna

7/25/1930

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

| Check One of these 4 choices: | | STREET ADDRESS |
|---|---|---|
| ☐ | NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | |
| ☐ | HOSPITAL | CITY |
| ☐ | RETIREMENT CENTER | |
| ☐ | RELATIVE, RELATIONSHIP | STATE      ZIP |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

PPX-000366

RETURN YOUR OFFICIAL BALLOT REQUEST TODAY.

**1**

Sign this personalized
vote-by-mail ballot request

Firma tu boleta personalizada
De votacio por correo

**2**

Detach, fold and seal
your ballot request

Despega, dobla y sella tu boleta

**3**

Place a 49 cent stamp on
your ballot request and
drop it in the mail today

**To Early Voting Clerk**
**Perla Lara**
**PO Box 220/1300 Houston Ave.**
**McAllen, TX 78505-0220**

City Secretary's Office
Received

Date 6/3/19

ELECTION MAIL™
Authorized by the U.S. Postal Service

STAMP
HERE

APPX

AW5-42
Requerido por el Secretario de Estado
Frac. 37.0431, Código Electoral
3/07

## AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector *ARTHUR EMRY*

VUID de inscripción electoral número *105330 3942*

La razón del rechazo fue (a continuación indique las razones):

_____ 1) La constancia que aparece en el sobre de entrega no se firmó en forma apropiada.

        _____ Le falta su firma o marca.

        _____ El testigo no anotó en el sobre que Ud. no puede hacer su marca.

        _____ Falta el nombre del testigo o la persona quien le ayudó en letras de molde.

        _____ Falta la firma del testigo o de la persona quien le ayudó votar.

        _____ Falta el domicilio del testigo o el de la persona quien le ayudó votar.

✓ 2) Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona.

_____ 3) De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo.

_____ 4) Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante.

_____ 5) El domicilio al cual se envió la papeleta está ubicado dentro de este condado. Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado.

_____ 6) El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones.

_____ 7) El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar.

_____ 8) La constancia de domicilio permanente no vino incluida en el sobre de entrega.

_____ 9) No incluyó ninguna identificación con su boleta por correo.

_____ 10) Otra: _____

Firma del Juez del Consejo Administrativo de
las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

APPX-000371

AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the ___**June 22, 2019**___ Election was rejected by the early voting ballot board and was not counted.

Name of Voter _ARTHUR EMRY_

VUID Number _1053303942_

Reason for Rejection: (Check As Appropriate)

_____   1)   Certificate on carrier envelope was not properly executed.
_____        You failed to sign your signature or make your mark.
_____        The witness failed to indicate on the envelope that you could not make a mark.
_____        The assistant or witness failed to print their name.
_____        The assistant or witness failed to sign their name.
_____        The residence address of the assistant or witness was not given.

___✓___   2)   It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

_____   3)   Application for ballot by mail did not state a legal ground for voting by mail.

_____   4)   Voter registration records indicated you did not have an effective registration for this election.

_____   5)   Address to which ballot was mailed was not outside the county.  Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

_____   6)   The residence address on the statement of residence is not located in the political subdivision conducting the election.

_____   7)   The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence.  Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected.

_____   8)   The statement of residence was not included in the carrier envelope.

_____   9)   No identification was included with your mail ballot.

_____   10)   Other: _____

_____
Signature of Early Voting Ballot Board Judge

**June 22, 2019**
Date

**Emry, Arthur**
**3816 N. 9th Ct.  Apt. 1**
**McAllen TX  78501-1727**

▼ FOLD OVER HERE AND SEAL ▼

Mc S

## APPLICATION FOR BALLOT BY MAIL
### (Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**

VUID: 1053303947

PCT: _____

| Last Name | Suffix | First Name | Middle Initial |
|-----------|--------|-----------|----------------|
| Emry | | Arthur ✓ | William |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA DE INSCRIPCION COMO VOTANTE)**

**Street Address**

3816 N 9th Ct Apt 1 ✓

| City | State | ZIP |
|------|-------|-----|
| McAllen | TX | 78501-1727 |

10/9/1936

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election.
Mail my ballot to the address indicated above (unless noted otherwise below.)

X _Arthur W Emry_

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

| Check One of these 4 choices: | | STREET ADDRESS |
|---|---|---|
| ☐ | NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | |
| ☐ | HOSPITAL | |
| ☐ | RETIREMENT CENTER | |
| ☐ | RELATIVE, RELATIONSHIP | |

| CITY | STATE | ZIP |
|------|-------|-----|
| | | |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

Bill Emry
3816 N 9th Ct Apt 1
McAllen, TX 78501-1727

City Secretary's Office
Received
Date 6/4/19

**RETURN YOUR OFFICIAL BALLOT REQUEST TODAY.**

## 1
### Sign this personalized vote-by-mail ballot request
Firma tu boleta personalizada
De votacio por correo

## 2
### Detach, fold and seal your ballot request
Despega, dobla y sella tu boleta

## 3
### Place a 49 cent stamp on your ballot request and drop it in the mail today
Pon un timbre postal de
49 centavos en tu boleta y envia hoy.

If you have questions or need additional assistance please contact 956-221-0084

To Early Voting Clerk
Perla Lara
PO Box 220/1300 Houston Ave.
McAllen, TX 78505-0220

78505-0220   B002

OFFICIAL
ELECTION MAIL
Authorized by the U.S. Postal Service™

RECEIVED
JUN 04 2019
CITY OF MCALLEN
MAIL CENTER



PLACE
49¢

APPX-000374

AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the ___**June 22, 2019**___ Election was rejected by the early voting ballot board and was not counted.

Name of Voter  *JOSE GUERRERO*

VUID Number  *105419 3310*

Reason for Rejection: (Check As Appropriate)

_____  1)  Certificate on carrier envelope was not properly executed.

_____ You failed to sign your signature or make your mark.

_____ The witness failed to indicate on the envelope that you could not make a mark.

_____ The assistant or witness failed to print their name.

_____ The assistant or witness failed to sign their name.

_____ The residence address of the assistant or witness was not given.

✓  2)  It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

_____  3)  Application for ballot by mail did not state a legal ground for voting by mail.

_____  4)  Voter registration records indicated you did not have an effective registration for this election.

_____  5)  Address to which ballot was mailed was not outside the county. Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

_____  6)  The residence address on the statement of residence is not located in the political subdivision conducting the election.

_____  7)  The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence. Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected.

_____  8)  The statement of residence was not included in the carrier envelope.

_____  9)  No identification was included with your mail ballot.

_____  10)  Other:

Signature of Early Voting Ballot Board Judge

**June 22, 2019**
Date

**Guerrero, Jose**
**2223 Date Palm Ave.**
**McAllen TX  78501-6967**

APPX-000375

AW5-42
Requerido por el Secretario de Estado
Frac. 87,0431, Código Electoral
3/07

**AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL**

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector _JOSE GUERRERO_
VUID de inscripción electoral número _1054193310_

La razón del rechazo fue (a continuación indique las razones):

| | | |
|---|---|---|
| _____ | 1) | La constancia que aparece en el sobre de entrega no se firmó en forma apropiada. |
| | | _____ Le falta su firma o marca. |
| | | _____ El testigo no anotó en el sobre que Ud. no puede hacer su marca. |
| | | _____ Falta el nombre del testigo o la persona quien le ayudó en letras de molde. |
| | | _____ Falta la firma del testigo o de la persona quien le ayudó votar. |
| | | _____ Falta el domicilio del testigo o el de la persona quien le ayudó votar. |
| ✓ | 2) | Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona. |
| _____ | 3) | De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo. |
| _____ | 4) | Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante. |
| _____ | 5) | El domicilio al cual se envió la papeleta está ubicado dentro de este condado. Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado. |
| _____ | 6) | El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones. |
| _____ | 7) | El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar. |
| _____ | 8) | La constancia de domicilio permanente no vino incluida en el sobre de entrega. |
| | 9) | No incluyó ninguna identificación con su boleta por correo. |
| _____ | 10) | Otra: _____ |

Firma del Juez del Consejo Administrativo de
las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

APPX-000376

▼ FOLD OVER HERE AND SEAL ▼

**APPLICATION FOR BALLOT BY MAIL**
**(Solicitud Para Recibir Una Boleta Por Correo)**

For Official Use Only
VUID: 1054193310    PCT: _____

| Last Name | Suffix | First Name | | Middle Initial |
|---|---|---|---|---|
| Guerrero | | Jose | | |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSECRIPCION COMO VOTANTE)**

Street Address
2223 Date Palm Ave

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78501-6967 |

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X Jose F. Guerrero    3/10/1929

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS

Check One
of these
4 choices:
☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY
☐ HOSPITAL
☐ RETIREMENT CENTER
☐ RELATIVE, RELATIONSHIP

STREET ADDRESS

| CITY | STATE | ZIP |
|---|---|---|
| | | |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

Jose F. Guerra

2223 Date Palm

McAllen tex —

City Secretary's Office
Received

Date 6/3/14

## RETURN YOUR OFFICIAL BALLOT REQUEST TODAY.

**1**

**Sign this personalized
vote-by-mail ballot request**

Firma tu boleta personalizada
De votacio por correo

**2**

**Detach, fold and seal
your ballot request**

Despega, dobla y sella tu boleta

**3**

**Place a 49 cent stamp on
your ballot request and
drop it in the mail today.**

Pon un timbre postal de
49 centavos en tu boleta y envía hoy.

If you have questions or need additional assistance please contact 956-221-0084

**To Early Voting Clerk
Perla Lara
PO Box 220/1300 Houston Ave.
McAllen, TX 78505-0220**

O F F I C I A L
ELECTION MAIL
Authorized by the U.S. Postal Service ™



FOREVER / USA

APPX-000378

AWS-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the **June 22, 2019** Election was rejected by the early voting ballot board and was not counted.

Name of Voter **Marcut, Alexander**
VUID Number **1209227012**

Reason for Rejection: (Check As Appropriate)

_____ 1) Certificate on carrier envelope was not properly executed.
_____ You failed to sign your signature or make your mark.
_____ The witness failed to indicate on the envelope that you could not make a mark.
_____ The assistant or witness failed to print their name.
_____ The assistant or witness failed to sign their name.
_____ The residence address of the assistant or witness was not given.

_____ 2) It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

_____ 3) Application for ballot by mail did not state a legal ground for voting by mail.

_____ 4) Voter registration records indicated you did not have an effective registration for this election.

_____ 5) Address to which ballot was mailed was not outside the county. Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

_____ 6) The residence address on the statement of residence is not located in the political subdivision conducting the election.

_____ 7) The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence. Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected.

_____ 8) The statement of residence was not included in the carrier envelope.

_____ 9) No identification was included with your mail ballot.

___**X**___ 10) Other:

**Ballot was received after the election day.**

Signature of Early Voting Ballot Board Judge

**6/25/19**
Date

APPX-000379

**Marcut, Alexander**
**4120 N. 12th St. Apt. 12**
**McAllen TX 78504-4632**

AW5-42
Requerido por el Secretario de Estado
Frac. 87.0431, Código Electoral
3/07

## AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector **Marcut, Alexander**

VUID de inscripción electoral número **1209227012**

La razón del rechazo fue (a continuación indique las razones):

_____  1)  La constancia que aparece en el sobre de entrega no se firmó en forma apropiada.

       _____ Le falta su firma o marca.

       _____ El testigo no anotó en el sobre que Ud. no puede hacer su marca.

       _____ Falta el nombre del testigo o la persona quien le ayudó en letras de molde.

       _____ Falta la firma del testigo o de la persona quien le ayudó votar.

       _____ Falta el domicilio del testigo o el de la persona quien le ayudó votar.

_____  2)  Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona.

_____  3)  De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo.

_____  4)  Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante.

_____  5)  El domicilio al cual se envió la papeleta está ubicado dentro de este condado. Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado.

_____  6)  El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones.

_____  7)  El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar.

_____  8)  La constancia de domicilio permanente no vino incluida en el sobre de entrega.

_____  9)  No incluyó ninguna identificación con su boleta por correo.

**X**  10)  Otra: **La boleta fue recibida despues del dia de la elecc**ión.

Firma del Juez del Consejo Administrativo de
las Papeletas de Votación por Adelantado

**25 de Junio, 2019**
Fecha

APPX-000380

Marcut, Alexander
4120 N. 12th St. Apt. 12
McAllen TX 78504-4632

▼ FOLD OVER HERE AND SEAL ▼

**APPLICATION FOR BALLOT BY MAIL.**
**(Solicitud Para Recibir Una Boleta Por Correo)**

For Official Use Only

VUID: 12092272012   PCT:

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Marcut | | Alexander | |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSCRIPCION COMO VOTANTE)**

Street Address

4120 N 12th St Apt 12

| City | State | ZIP |
|---|---|---|
| McAllen | TX | 78504-4632 |

8/5/1938

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election.
Mail my ballot to the address indicated above (unless noted otherwise below.)

X

Signature of applicant: I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que un delito dar información falsa

OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS

| | STREET ADDRESS | | |
|---|---|---|---|
| | CITY | STATE | ZIP |

| Check One of these 4 choices: | ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY |
|---|---|
| | ☐ HOSPITAL |
| | ☐ RETIREMENT CENTER |
| | ☐ RELATIVE, RELATIONSHIP |

▼DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

APPX

**RETURN YOUR OFFICIAL BALLOT REQUEST TODAY.**

**1**

Sign this personalized
vote-by-mail ballot request
Firma tu boleta personalizada
De votació por correo

**2**

Detach, fold and seal
your ballot request
Despega, dobla y sella tu boleta

**3**

Place a 49 cent stamp on
your ballot request and
drop it in the mail today
Pon un timbre postal de
49 centavos en tu boleta y envia hoy

If you have questions or need additional assistance please contact 956-221-0084

**To Early Voting Clerk**
**Perla Lara**
**PO Box 220/1300 Houston Ave.**
**McAllen, TX 78505-0220**

78505−0220  BC02

Alexander Kuipers
420 N. 12st. Ap. 12
McAllen Tx 78504

my Secretary's Office
Received

Date 6/6/17

O F F I C I A L
ELECTION MAIL
Authorized by the U.S. Postal Service

RECEIVED
JUN 10 2019
CITY OF McALLEN
MAIL SERVICE

USA Forever

K-000382

AW5-16
Prescribed by Secretary of State
Section 86.008(b), 86.0015 Texas Election Code
12/17

## NOTICE OF REJECTED APPLICATION FOR BALLOT BY MAIL

I have received and reviewed your application for a ballot by mail.  I have determined that your application must be rejected for the following reason(s):

(Check as applicable)

_____ 1.  Your application was received earlier than the 60th day before an election held in January or February of the year following the year the ABBM was submitted.

_____ 2.  Your application was not properly delivered.

_____ 3.  Your application was received after the deadline to apply for a ballot by mail for the upcoming election.
(Check if appropriate:)
_____ However, since you indicated on the application that it was to be an Annual application for a ballot by mail, the application will be considered valid for other elections held this year and for which the application was submitted before the deadline.

_____ 4.  You indicate you are voting due to expected absence from the county, but the address to which your ballot is to be sent is not an address outside the county.  When voting by mail on the grounds of expected absence from the county, the address to which your ballot is to be mailed <u>must</u> be outside the county.

_____ 5.  When voting by mail due to confinement in jail, the address to which your ballot is to be mailed must be that of the jail or a relative.  Your application did not indicate either address.

_____ 6.  Your application was not signed.

_____ 7.  The witness who signed your application did not:
_____ (a)   indicate a relationship on your application;
_____ (b)   indicate that you were unable to make your mark in lieu of your signature; or
_____ (c)   provide his or her printed name or residence address.

_____ 8.  Your application did not indicate the reason you are entitled to vote by mail.

_____ 9.  For a primary election, you must indicate your party preference.
(Check if appropriate:)
_____ However, if you have submitted an Annual ABBM, you will receive ballots for other elections held this year <u>other</u> than the Primary or Runoff Election.

_____ 10.  Your residence address of registration was not provided on your application.

_____ 11.  Your application was received after the deadline for receiving an application for a ballot by mail.
The deadline for receiving the application was _____.
(Date)
(Check if appropriate)
_____ However, since you have requested a ballot for the run-off election, if one is to be held, your application is valid for that election.

_____ 12.  According to the records of the voter registrar, you are not currently registered to vote or your registration, if you have applied, will not be effective on or before election day.

_____ 13.  I could not determine the election for which you were applying for a ballot.

_____ 14.  Your application was initially submitted via fax or email, but an original hardcopy of the application was not received within four business days.

__X__ 15.  Other:  __Not over 65 years of age__

If you wish to vote, it will be necessary for you to submit another application to me, and that application must be received by __6/11/19__  *If new application is faxed or emailed, the original hardcopy must be received within four
(*Date)                              business days.

If you have any questions regarding your application, please contact me at  __(956) 681-1020__
(Phone Number)

_Ol Dara_ (signature)
Early Voting Clerk

APPX-000383

▼ FOLD OVER HERE AND SEAL ▼

# APPLICATION FOR BALLOT BY MAIL
## (Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**

VUID: 1163963827

PCT: _____

| Last Name | Suffix | First Name | Middle Initial |
|-----------|--------|------------|----------------|
| Ramirez ✓ | | Maria ✓ | Hilda |

A____(3)00334

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIA DE INSCRIPCION COMO VOTANTE)**

**Street Address**

2021 Gumwood Ave ✓

| City | State | ZIP |
|------|-------|-----|
| McAllen | TX | 78501-6882 |

11/11/1956

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _Maria Hilda Ramirez_

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la informacion que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar informacio falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

| Check One of these 4 choices: | STREET ADDRESS | | |
|-------------------------------|----------------|--|--|
| ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY | | | |
| ☐ HOSPITAL | CITY | STATE | ZIP |
| ☐ RETIREMENT CENTER | | | |
| ☐ RELATIVE, RELATIONSHIP | | | |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

AW5-16
Prescribed by Secretary of State
Section 86.008(b), 86.0015 Texas Election Code
12/17

## NOTICE OF REJECTED APPLICATION FOR BALLOT BY MAIL

I have received and reviewed your application for a ballot by mail.  I have determined that your application must be rejected for the following reason(s):

(Check as applicable)

_____ 1.   Your application was received earlier than the 60th day before an election held in January or February of the year following the year the ABBM was submitted.

_____ 2.   Your application was not properly delivered.

_____ 3.   Your application was received after the deadline to apply for a ballot by mail for the upcoming election.
(Check if appropriate:)
_____ However, since you indicated on the application that it was to be an Annual application for a ballot by mail, the application will be considered valid for other elections held this year and for which the application was submitted before the deadline.

_____ 4.   You indicate you are voting due to expected absence from the county, but the address to which your ballot is to be sent is not an address outside the county.  When voting by mail on the grounds of expected absence from the county, the address to which your ballot is to be mailed **must** be outside the county.

_____ 5.   When voting by mail due to confinement in jail, the address to which your ballot is to be mailed must be that of the jail or a relative.  Your application did not indicate either address.

_____ 6.   Your application was not signed.

_____ 7.   The witness who signed your application did not:
_____ (a)   indicate a relationship on your application;
_____ (b)   indicate that you were unable to make your mark in lieu of your signature; or
_____ (c)   provide his or her printed name or residence address.

_____ 8.   Your application did not indicate the reason you are entitled to vote by mail.

_____ 9.   For a primary election, you must indicate your party preference.
(Check if appropriate:)
_____ However, if you have submitted an Annual ABBM, you will receive ballots for other elections held this year **other** than the Primary or Runoff Election.

_____ 10.   Your residence address of registration was not provided on your application.

_____ 11.   Your application was received after the deadline for receiving an application for a ballot by mail.
The deadline for receiving the application was _____.
(Date)
(Check if appropriate)
_____ However, since you have requested a ballot for the run-off election, if one is to be held, your application is valid for that election.

_____ 12.   According to the records of the voter registrar, you are not currently registered to vote or your registration, if you have applied, will not be effective on or before election day.

_____ 13.   I could not determine the election for which you were applying for a ballot.

_____ 14.   Your application was initially submitted via fax or email, but an original hardcopy of the application was not received within four business days.

__X__ 15.   Other:  **District you reside in (#3) is currently not having an election.**

If you wish to vote, it will be necessary for you to submit another application to me, and that application must be received by __6/11/19__     *If new application is faxed or emailed, the original hardcopy must be received within four
(*Date)                          business days.

If you have any questions regarding your application, please contact me at __(956) 681-1020__.
(Phone Number)

_____
Early Voting Clerk

Liscano, Jose H.
2741 Gumwood Ave.
McAllen TX 78501

APPX-000385

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.    DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

## Application for Ballot by Mail

Prescribed by the Office of the Secretary of State of Texas
AS-15 12/17

| For Official Use Only |
|---|
| VUID #, County Election Precinct #, Statement of Residence, etc. |

**10553 07226**

**1** Last Name (Please print information)
**Liscano**

Suffix (Jr., Sr., III, etc) — First Name **Jose** — Middle Initial **H**

**2** Residence Address: See back of this application for instructions.
**2741 Gumwood Ave**
City **McAllen**  , **TX**   ZIP Code **78501**

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.
City ____   State ____   ZIP Code ____

**4** Date of Birth (mm/dd/yyyy) (Optional)
**0 7 1 4 1 9 5 3**  ✓

**5** Reason for Voting by Mail:
☒ 65 years of age or older. (Complete Box #5a)
☐ Disability. (Complete Box #5a)
☐ Expected absence from the county. (Complete Box #5b and Box #8)
   You will receive a ballot for the upcoming election only.
☐ Confinement in jail. (Complete Box #5b)
   You will receive a ballot for the upcoming election only.

**Contact Information (Optional)***
Please list phone number and/or email address:
* Used in case our office has questions.

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate  ✓
☐ Nursing home, assisted living facility, or long term care facility   ☐ Address of the jail
☐ Hospital   ☐ Relative; relationship ____
☐ Retirement Center   ☐ Address outside the county (see Box #8)

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☐ Annual Application

Uniform and Other Elections:
☐ May Election
☐ November Election
☒ Other **Runoff**

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**8** If you selected "expected absence from the county," see reverse for instructions
[ ][ ][ ][ ][ ]   — [ ][ ][ ][ ][ ]
Date you can begin to receive mail at this address   Date of return to residence address

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
**plara@mcallen.net**   **(956) 681-1029**
(early voting clerk's e-mail address)   (early voting clerk's fax)
NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff. Please select the appropriate box.

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other ____

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

X _____ (signature)   Date **6-4-2019**

**11** See back for Witness and Assistant definitions.

If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing the application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐

*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness /Assistant   Printed Name of Witness/Assistant   Witness' Relationship to Applicant (Refer to Instructions on back for clarification)

Street Address   Apt Number (if applicable)   City   ZIP Code

State

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

Este formulario está disponible en Español.  Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaria de Votación por Adelantado.

AW5-16
Presented by Secretary of State
Section 86.008(b), 86.0015 Texas Election Code
12/17

## NOTICE OF REJECTED APPLICATION FOR BALLOT BY MAIL

I have received and reviewed your application for a ballot by mail. I have determined that your application must be rejected for the following reason(s):

(Check as applicable)

_____ 1.    Your application was received earlier than the 60th day before an election held in January or February of the year following the year the ABBM was submitted.

_____ 2.    Your application was not properly delivered.

_____ 3.    Your application was received after the deadline to apply for a ballot by mail for the upcoming election.

        (Check if appropriate:)

        _____ However, since you indicated on the application that it was to be an Annual application for a ballot by mail, the application will be considered valid for other elections held this year and for which the application was submitted before the deadline.

_____ 4.    You indicate you are voting due to expected absence from the county, but the address to which your ballot is to be sent is not an address outside the county. When voting by mail on the grounds of expected absence from the county, the address to which your ballot is to be mailed must be outside the county.

_____ 5.    When voting by mail due to confinement in jail, the address to which your ballot is to be mailed must be that of the jail or a relative. Your application did not indicate either address.

_____ 6.    Your application was not signed.

_____ 7.    The witness who signed your application did not:

        _____ (a)    indicate a relationship on your application;

        _____ (b)    indicate that you were unable to make your mark in lieu of your signature; or

        _____ (c)    provide his or her printed name or residence address.

_____ 8.    Your application did not indicate the reason you are entitled to vote by mail.

_____ 9.    For a primary election, you must indicate your party preference.

        (Check if appropriate:)

        _____ However, if you have submitted an Annual ABBM, you will receive ballots for other elections held this year other than the Primary or Runoff Election.

**X** 10.    Your residence address of registration was not provided on your application.

_____ 11.    Your application was received after the deadline for receiving an application for a ballot by mail.

The deadline for receiving the application was _____.
                                          (Date)

        (Check if appropriate:)

        _____ However, since you have requested a ballot for the run-off election, if one is to be held, your application is valid for that election.

_____ 12.    According to the records of the voter registrar, you are not currently registered to vote or your registration, if you have applied, will not be effective on or before election day.

_____ 13.    I could not determine the election for which you were applying for a ballot.

_____ 14.    Your application was initially submitted via fax or email, but an original hardcopy of the application was not received within four business days.

_____ 15.    Other:_____

If you wish to vote, it will be necessary for you to submit another application to me, and that application must be received by __**6/11/19**__    *If new application is faxed or emailed, the original hardcopy must be received within four
     (*Date)                      business days.

If you have any questions regarding your application, please contact me at  **(956) 681-1020**
                                                   (Phone Number)

                                             Early Voting Clerk

Salinas, Estela
P O Box 720626
McAllen TX 78504-0626

APPX 000387

▼ FOLD OVER HERE AND SEAL ▼

For Official Use Only
VUID: 1052 9637 04
PCT: ____

## APPLICATION FOR BALLOT BY MAIL
(Solicitud Para Recibir Una Boleta Por Correo)

**Last Name** Salinas

**Suffix**

**First Name** Estela

**Middle Initial**

### ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSCRIPCIÓN COMO VOTANTE)

**Street Address**
4717 N. 11th St. #34

PO Box 720626

**City** McAllen

**State** TX

12/10/1939

**ZIP** 78504-0626

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _Estela Salinas_ Estela B. Salinas

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información es cierta y entiendo que es delito dar información falsa en esta solicitud, y proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

**STREET ADDRESS**

| Check One of these 4 choices: | |
|---|---|
| ☐ | NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY |
| ☐ | HOSPITAL |
| ☐ | RETIREMENT CENTER |
| ☐ | RELATIVE, RELATIONSHIP _____ |

**CITY**

**STATE**

**ZIP**

▼DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

AW5-16
Prescrito por el Secretario de Estado
Código Electoral de Texas Secs. 86.008(b), 86.0015
12/17

## AVISO DE SOLICITUD RECHAZADA PARA RECIBIR UNA BOLETA POR CORREO

Su solicitud para recibir una boleta por correo postal fue recibida y analizada.  Hemos determinado que su solicitud debe ser rechazada por la siguiente razón:

(Marcar las que apliquen)

_____1.	Su solicitud fue recibida antes del 60º día antes de una elección celebrada en enero o febrero del año siguiente al año en que se presentó el ABBM ("ABBM" por sus siglas en Ingles).

_____2.	La solicitud no fue entregada de manera apropiada.

_____3.	Su solicitud fue recibida después de la fecha límite para aplicar para recibir una boleta por correo para esta elección. (Marque abajo si es apropiado).

   _____Sin embargo, ya que usted indico en la solicitud que su solicitud es una solicitud anual para votar por correo, la solicitud se considerará válida para las otras elecciones que sucedan este año y para las cuales su solicitud fue enviada antes de la fecha límite.

_____4.	Usted indico que desea votar por correo por que planea estar ausente del condado pero la dirección que usted proporciono para recibir su boleta no es una dirección fuera del condado.  Cuando usted aplica para votar por correo en base a que estará ausente del condado, la dirección a la cual usted recibirá su boleta <u>debe</u> estar ubicada fuera del condado.

_____5.	Si usted está encarcelado, para que pueda votar por correo es necesario que su boleta sea enviada directamente a la cárcel o al domicilio de algún familiar.  Su solicitud no indicó ninguna de estas direcciones.

__**X**__6.	No firmó su solicitud.

_____7.	El testigo que firmó su solicitud no:
   _____(a)	indicó, en la solicitud, qué parentesco o tipo relación existe entre ustedes;
   _____(b)	indicó que además de no poder firmar, usted no puede poner su marca en la solicitud; o
   _____(c)	proporciono su nombre completo en letra de molde y su dirección residencial.

_____8.	No indicó la base de elegibilidad por la cual usted tiene derecho a votar por correo.

_____9.	Para las elecciones primarias, usted debe indicar su preferencia de partido político. (Marque abajo si es apropiado).

   _____Sin embargo, si usted envió una solicitud anual para votar por correo postal (Annual ABBM, por sus siglas en Ingles), usted recibirá las boletas para todas las demás elecciones oficiadas este año <u>que no sean</u> elecciones primarias o elecciones primarias de desempate.

_____10.	No proporciono la dirección residencial bajo la cual usted está registrado/a.

_____11.	Su solicitud fue recibida después de la fecha límite para recibir solicitudes para votar por correo postal. La fecha límite fue el ____ de _____, _____.
   (día)     (mes)     (año)

   (Marque abajo si es apropiado)
   _____Sin embargo, ya que usted solicito una boleta para la elección de desempate, si una sucede, su solicitud es válida para esa elección.

_____12.	Los documentos del registro electoral indican que usted no está inscrito como votante y si ha solicitado dicha inscripción, ésta no entrará en vigor en o antes del Día de la Elección.

_____13.	No se pudo determinar las elecciones en las cuales usted desea votar por correo.

_____14.	Su solicitud fue inicialmente enviada por fax o correo electrónico, pero una copia impresa original de la solicitud no fue recibida dentro de los cuatro días hábiles.

_____15.	Otro:_____

Si usted desea votar por correo, es necesario que envíe otra solicitud a esta oficina y su solicitud debe ser recibida por  **6/11/19**  (Fecha). *Si la nueva solicitud es enviada por fax o por correo electrónico, la copia impresa original debe ser recibida dentro de cuatro días hábiles.

Si tiene una pregunta en cuanto a su solicitud, por favor comuníquese conmigo llamando al  **(956) 681-1020**
                                                                                                                (Número de Teléfono)

Mueller, Shirley M.
810 S. 16th 1/2 St.
APPX-00658
McAllen, TX 78501-5263

                                                                                  Secretario/a de Votación Anticipada

▼ FOLD OVER HERE AND SEAL ▼

## APPLICATION FOR BALLOT BY MAIL
### (Solicitud Para Recibir Una Boleta Por Correo)

**For Official Use Only**
VUID: 21788 2 447  PCT: _____

| Last Name | Suffix | First Name | Middle Initial |
|-----------|--------|------------|----------------|
| Mueller | | Shirley | M Marie |

### ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSCRIPCION COMO VOTANTE)

**Street Address**
810 S 16th 1/2 St

7/17/1942

| City | State | ZIP |
|------|-------|-----|
| McAllen | TX | 78501-5263 |

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

STREET ADDRESS

| | |
|---|---|
| Check One of these 4 choices: | ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY |
| | ☐ HOSPITAL |
| | ☐ RETIREMENT CENTER |
| | ☐ RELATIVE, RELATIONSHIP _____ |

| CITY | STATE | ZIP |
|------|-------|-----|
| | | |

▼DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

AW5-16
Prescrito por el Secretario de Estado
Código Electoral de Texas Secs. 86.008(b), 86.0015
12/17

### AVISO DE SOLICITUD RECHAZADA PARA RECIBIR UNA BOLETA POR CORREO

Su solicitud para recibir una boleta por correo postal fue recibida y analizada. Hemos determinado que su solicitud debe ser rechazada por la siguiente razón:

(Marcar las que apliquen)

_____1.    Su solicitud fue recibida antes del 60° día antes de una elección celebrada en enero o febrero del año siguiente al año en que se presentó el ABBM ("ABBM" por sus siglas en Ingles).

_____2.    La solicitud no fue entregada de manera apropiada.

_____3.    Su solicitud fue recibida después de la fecha límite para aplicar para recibir una boleta por correo para esta elección. (Marque abajo si es apropiado).

_____Sin embargo, ya que usted indico en la solicitud que su solicitud es una solicitud anual para votar por correo, la solicitud se considerará válida para las otras elecciones que sucedan este año y para las cuales su solicitud fue enviada antes de la fecha límite.

_____4.    Usted indico que desea votar por correo por que planea estar ausente del condado pero la dirección que usted proporciono para recibir su boleta no es una dirección fuera del condado. Cuando usted aplica para votar por correo en base a que estará ausente del condado, la dirección a la cual usted recibirá su boleta debe estar ubicada fuera del condado.

_____5.    Si usted está encarcelado, para que pueda votar por correo es necesario que su boleta sea enviada directamente a la cárcel o al domicilio de algún familiar. Su solicitud no indicó ninguna de estas direcciones.

_____6.    No firmó su solicitud.

_____7.    El testigo que firmó su solicitud no:
_____(a)    indicó, en la solicitud, qué parentesco o tipo relación existe entre ustedes;
_____(b)    indicó que además de no poder firmar, usted no puede poner su marca en la solicitud; o
_____(c)    proporciono su nombre completo en letra de molde y su dirección residencial.

_____8.    No indicó la base de elegibilidad por la cual usted tiene derecho a votar por correo.

_____9.    Para las elecciones primarias, usted debe indicar su preferencia de partido político. (Marque abajo si es apropiado).

_____Sin embargo, si usted envió una solicitud anual para votar por correo postal (Annual ABBM, por sus siglas en Ingles) usted recibirá las boletas para todas las demás elecciones oficiadas este año que no sean elecciones primarias o elecciones primarias de desempate.

_____10.   No proporciono la dirección residencial bajo la cual usted está registrado/a.

_____11.   Su solicitud fue recibida después de la fecha límite para recibir solicitudes para votar por correo postal. La fecha límite fue el ____ de _____, _____.
        (día)      (mes)      (año)

        (Marque abajo si es apropiado)
_____ Sin embargo, ya que usted solicito una boleta para la elección de desempate, si una sucede, su solicitud es válida para esa elección.

_____12.   Los documentos del registro electoral indican que usted no está inscrito como votante y si ha solicitado dicha inscripción, ésta no entrará en vigor en o antes del Día de la Elección.

_____13.   No se pudo determinar las elecciones en las cuales usted desea votar por correo.

_____14.   Su solicitud fue inicialmente enviada por fax o correo electrónico, pero una copia impresa original de la solicitud no fue recibida dentro de los cuatro días hábiles.

__X__15.    Otro: **No tiene 65 anos de edad como razon para votar por correo.**

Si usted desea votar por correo, es necesario que envíe otra solicitud a esta oficina y su solicitud debe ser recibida por_____(Fecha). *Si la nueva solicitud es enviada por fax o por correo electrónico, la copia impresa original debe ser recibida dentro de cuatro días hábiles.

Si tiene una pregunta en cuanto a su solicitud, por favor comuníquese conmigo llamando al **(956) 681-1020**
                                                            (Número de Teléfono)

Sandoval, Jorge A.
2120 Date Palm Ave.
McAllen, TX 78501

APPX-00039

_____
Secretario/a de Votación Anticipada

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.    DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

Prescribed by the Office of the Secretary of State of Texas
A5-15 12/17

## Application for Ballot by Mail

**1** Last Name (Please print information)
Sandoval

Suffix (Jr., Sr., III, etc)

First Name
Jorge

Middle Initial
A   Antonio

For Official Use Only
VUID #, County Election Precinct #,
Statement of Residence, etc.
2125679954

**2** Residence Address: See back of this application for instructions.
2120 Date Palm Ave

City
McAllen

,TX

ZIP Code
78501

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box #7.

City

State

ZIP Code

**4** Date of Birth (mm/dd/yyyy) (Optional)
12/25/1962

Contact Information (Optional)*
*Please list phone number and/or email address:
* Used in case our office has questions.

**5** Reason for Voting by Mail:
☑ 65 years of age or older. (Complete Box #6a)
☐ Disability. (Complete Box #6a)
☐ Expected absence from the county. (Complete Box #6b and Box #8)
   You will receive a ballot for the upcoming election only.
☐ Confinement in Jail. (Complete Box #6b)
   You will receive a ballot for the upcoming election only.

58 years old

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate      ☐ Address of the Jail
☐ Nursing home, assisted living facility, or long term care facility    ☐ Relative; relationship: _____
☐ Hospital                                                                ☐ Address outside the county (see Box #8)
☐ Retirement Center

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☑ Annual Application

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary
☑ Any Resulting Runoff

**8** If you selected "expected absence from the county," see reverse for instructions.

[grid boxes] — Date of return to residence address [grid boxes]

Date you can begin to receive mail at this address

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
jplaza@mcallen.net
(early voting clerk's e-mail address)                    (956) 681-1029
                                                          (early voting clerk's fax)
NOTE: If you fax or e-mail this form, please be aware that you must also mail this form to the early voting clerk within four
business days. See "Submitting Application" on the back of this form for additional information.

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary
☐ Any Resulting Runoff

**10** "I certify that the information given in this application is true, and I understand that giving false information
in this application is a crime."

SIGN HERE
X George A Sandoval   Date [ ]
If applicant is unable to sign or make a
mark in the presence of a witness, the
witness shall complete Box #11.

**11** See back for Witness and Assistant definitions.

If someone helped you to complete this form or mails this form for you, then that person must complete the sections below.

If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐

*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X
Signature of Witness / Assistant

X
Printed Name of Witness/Assistant

Street Address

Apt Number (if applicable)

City

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)

State

ZIP Code

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

AW5-16
Prescribed by Secretary of State
Section 86.008(b), 86.0015 Texas Election Code
12/17

## NOTICE OF REJECTED APPLICATION FOR BALLOT BY MAIL

I have received and reviewed your application for a ballot by mail.  I have determined that your application must be rejected for the following reason(s):

(Check as applicable)

_____ 1.    Your application was received earlier than the 60th day before an election held in January or February of the year following the year the ABBM was submitted.

_____ 2.    Your application was not properly delivered.

_____ 3.    Your application was received after the deadline to apply for a ballot by mail for the upcoming election.
        (Check if appropriate:)

        _____ However, since you indicated on the application that it was to be an Annual application for a ballot by mail, the application will be considered valid for other elections held this year and for which the application was submitted before the deadline.

_____ 4.    You indicate you are voting due to expected absence from the county, but the address to which your ballot is to be sent is not an address outside the county.  When voting by mail on the grounds of expected absence from the county, the address to which your ballot is to be mailed <u>must</u> be outside the county.

_____ 5.    When voting by mail due to confinement in jail, the address to which your ballot is to be mailed must be that of the jail or a relative.  Your application did not indicate either address.

_____ 6.    Your application was not signed.

_____ 7.    The witness who signed your application did not:

        _____ (a)    indicate a relationship on your application;

        _____ (b)    indicate that you were unable to make your mark in lieu of your signature; or

        _____ (c)    provide his or her printed name or residence address.

_____ 8.    Your application did not indicate the reason you are entitled to vote by mail.

_____ 9.    For a primary election, you must indicate your party preference.
        (Check if appropriate:)

        _____ However, if you have submitted an Annual ABBM, you will receive ballots for other elections held this year <u>other</u> than the Primary or Runoff Election.

_____ 10.   Your residence address of registration was not provided on your application.

_____ 11.   Your application was received after the deadline for receiving an application for a ballot by mail.
        The deadline for receiving the application was _____.
                                  (Date)

        (Check if appropriate)

        _____ However, since you have requested a ballot for the run-off election, if one is to be held, your application is valid for that election.

_____ 12.   According to the records of the voter registrar, you are not currently registered to vote or your registration, if you have applied, will not be effective on or before election day.

_____ 13.   I could not determine the election for which you were applying for a ballot.

_____ 14.   Your application was initially submitted via fax or email, but an original hardcopy of the application was not received within four business days.

__X__ 15.    Other: **Residence address not on file.** _____

If you wish to vote, it will be necessary for you to submit another application to me, and that application must be received by _____  *If new application is faxed or emailed, the original hardcopy must be received within four
       (*Date)                        business days.

If you have any questions regarding your application, please contact me at **(956) 681-1020**
                                                      (Phone Number)

                                                Early Voting Clerk

Delgado, Pablo
2012 Oakland Ave.
McAllen, TX 78501

(A)

Statement of Residence, etc.

| 1 Last Name (Please print information) | First Name | Suffix (Jr., Sr., III, etc) | Middle Initial |
|---|---|---|---|

Delgado

Pablo

| 2 Residence Address: See back if this applicable for instructions. | City | ,TX | ZIP Code |
|---|---|---|---|

8012 Oakland Ave 411 9th St.

96559

| 3 Mail my ballot to: If mailing address differs from residence address, please complete Box #7 | City | State | ZIP Code |
|---|---|---|---|

2109 Kevin Ave. apt. 7

**4 Date of Birth (mm/dd/yyyy) (Optional)**

12/05/1933

**5 Reason for Voting by Mail:**

- ☐ 65 years of age or older. (Complete Box #6a)
- ☐ Disability. (Complete Box #6a)
- ☐ Expected absence from the county. (Complete Box #6b and Box #8) You will receive a ballot for the upcoming election only.
- ☐ Confinement in jail. (Complete Box #6b) You will receive a ballot for the upcoming election only.

**6a ONLY Voters 65 Years of Age or Older or Voters with a Disability:**
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."

☐ Annual Application

**Uniform and Other Elections:** You must declare one political party to vote in a primary.
- ☐ May Election
- ☐ November Election
- ☐ Other ____
- ☐ Democratic Primary
- ☐ Republican Primary
- ☐ Any Resulting Runoff

**6b ONLY Voters Absent from County or Voters Confined in Jail:**
You may only apply for a ballot by mail for one election, and any resulting runoff. Please select the appropriate box.

**Uniform and Other Elections:** You must declare one political party to vote in a primary.
- ☐ May Election
- ☐ November Election
- ☐ Other ____
- ☐ Democratic Primary
- ☐ Republican Primary
- ☐ Any Resulting Runoff

**Contact Information (Optional)** ‡
Please list phone number and/or email address:
‡ Used in case our office has questions.

**7** If you are requesting this ballot to be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
- ☐ Mailing Address as listed on my voter registration certificate
- ☐ Nursing home, assisted living facility, or long term care facility
- ☐ Hospital
- ☐ Retirement Center
- ☐ Address of the jail
- ☐ Relative; relationship ____
- ☐ Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions

Date you can begin to receive mail at this address _____   Date of return to residence address _____

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
plara@mcallen.net
(early voting clerk's e-mail address)
(956) 681-1029
(early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail this form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X Pablo Delgado          Date _____

**SIGN HERE**
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

**If someone helped you to complete this form or mails this form for you, then that person must complete the sections below.**

X ____
Signature of Witness/Assistant

Printed Name of Witness/Assistant

Street Address          Apt Number (if applicable)

City

State          ZIP Code

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)

**11** See back for Witness and Assistant definitions.

If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application. ☐

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Estado o la Secretaría de Votación por Adelantado.

APPX-000394

AW5-16
Prescrito por el Secretario de Estado
Código Electoral de Texas Secs. 86.008(b), 86.0015
12/17

## AVISO DE SOLICITUD RECHAZADA PARA RECIBIR UNA BOLETA POR CORREO

Su solicitud para recibir una boleta por correo postal fue recibida y analizada.  Hemos determinado que su solicitud debe ser rechazada por la siguiente razón:

(Marcar las que apliquen)

_____1.    Su solicitud fue recibida antes del 60° día antes de una elección celebrada en enero o febrero del año
siguiente al año en que se presentó el ABBM ("ABBM" por sus siglas en Ingles).

_____2.    La solicitud no fue entregada de manera apropiada.

__X__3.    Su solicitud fue recibida después de la fecha límite para aplicar para recibir una boleta por correo para
esta elección. (Marque abajo si es apropiado).

_____Sin embargo, ya que usted indico en la solicitud que su solicitud es una solicitud anual para
votar por correo, la solicitud se considerará válida para las otras elecciones que sucedan este año y para
las cuales su solicitud fue enviada antes de la fecha límite.

_____4.    Usted indico que desea votar por correo por que planea estar ausente del condado pero la dirección que
usted proporciono para recibir su boleta no es una dirección fuera del condado.  Cuando usted aplica para
votar por correo en base a que estará ausente del condado, la dirección a la cual recibirá su boleta
debe estar ubicada fuera del condado.

_____5.    Si usted está encarcelado, para que pueda votar por correo es necesario que su boleta sea enviada
directamente a la cárcel o al domicilio de algún familiar.  Su solicitud no indicó ninguna de estas
direcciones.

_____6.    No firmó su solicitud.

_____7.    El testigo que firmó su solicitud no:
_____(a)    indicó, en la solicitud, qué parentesco o tipo relación existe entre ustedes;
_____(b)    indicó que además de no poder firmar, usted no puede poner su marca en la solicitud; o
_____(c)    proporciono su nombre completo en letra de molde y su dirección residencial.

_____8.    No indicó la base de elegibilidad por la cual usted tiene derecho a votar por correo.

_____9.    Para las elecciones primarias, usted debe indicar su preferencia de partido político. (Marque abajo si es
apropiado).

_____Sin embargo, si usted envió una solicitud anual para votar por correo postal (Annual ABBM, por
sus siglas en Ingles) usted recibirá las boletas para todas las demás elecciones oficiadas este año que no
sean elecciones primarias o elecciones primarias de desempate.

_____10.    No proporciono la dirección residencial bajo la cual usted está registrado/a.

_____11.    Su solicitud fue recibida después de la fecha límite para recibir solicitudes para votar por correo postal.
La fecha límite fue el _____ de _____, _____.
                              (día)        (mes)          (año)

(Marque abajo si es apropiado)
_____ Sin embargo, ya que usted solícito una boleta para la elección de desempate, si una sucede, su
solicitud es válida para esa elección.

_____12.    Los documentos del registro electoral indican que usted no está inscrito como votante y si ha solicitado
dicha inscripción, ésta no entrará en vigor en o antes del Día de la Elección.

_____13.    No se pudo determinar las elecciones en las cuales usted desea votar por correo.

_____14.    Su solicitud fue inicialmente enviada por fax o correo electrónico, pero una copia impresa original de la
solicitud no fue recibida dentro de los cuatro días hábiles.

_____15.    Otro:_____

Si usted desea votar por correo, es necesario que envíe otra solicitud a esta oficina y su solicitud debe ser recibida
por_____(Fecha). *Si la nueva solicitud es enviada por fax o por correo electrónico, la copia impresa original
debe ser recibida dentro de cuatro días hábiles.

Si tiene una pregunta en cuanto a su solicitud, por favor comuníquese conmigo llamando al **(956) 681-1020**
                                                                                          (Número de Teléfono)

Reyes, Hiliberta
P O Box 5276 2762000395
McAllen, TX  78505-2762

Secretario/a de Votación Anticipada

▼ FOLD OVER HERE AND SEAL ▼

# APPLICATION FOR BALLOT BY MAIL
## (Solicitud Para Recibir Una Boleta Por Correo)

(5/90) 006

**For Official Use Only**
VUID: 1153464401
PCT: _____

| Last Name | Suffix | First Name | Middle Initial |
|---|---|---|---|
| Reyes | | Hilberta | |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSECRIPCION COMO VOTANTE)**

Street Address

417 S. 20½ St.

| | State | ZIP |
|---|---|---|
| City McAllen | TX | 78505-2762 |

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above (unless noted otherwise below.)

X _____

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que es delito dar información falsa

**Street Address**
PO Box 52762

City
McAllen

12/18/1937

**OPTIONAL: IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR BALLOT MAILED TO AN ALTERNATE ADDRESS**

STREET ADDRESS
417 South 20½ Street

| CITY | STATE | ZIP |
|---|---|---|
| McAllen | Texas | 78501 |

| Check One of these | NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY |
|---|---|
| 4 choices: | HOSPITAL |
| | RETIREMENT CENTER |
| | RELATIVE, RELATIONSHIP |

▼DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

AW5-16
Prescrito por el Secretario de Estado
Código Electoral de Texas Secs. 86.008(b), 86.0015
12/17

### AVISO DE SOLICITUD RECHAZADA PARA RECIBIR UNA BOLETA POR CORREO

Su solicitud para recibir una boleta por correo postal fue recibida y analizada.  Hemos determinado que su solicitud debe ser rechazada por la siguiente razón:

(Marcar las que apliquen)

_____ 1.  Su solicitud fue recibida antes del 60º día antes de una elección celebrada en enero o febrero del año siguiente al año en que se presentó el ABBM ("ABBM" por sus siglas en Ingles).

_____ 2.  La solicitud no fue entregada de manera apropiada.

_____ 3.  Su solicitud fue recibida después de la fecha límite para aplicar para recibir una boleta por correo para esta elección. (Marque abajo si es apropiado).

_____ Sin embargo, ya que usted indico en la solicitud que su solicitud es una solicitud anual para votar por correo, la solicitud se considerará válida para las otras elecciones que sucedan este año y para las cuales su solicitud fue enviada antes de la fecha límite.

_____ 4.  Usted indico que desea votar por correo por que planea estar ausente del condado pero la dirección que usted proporciono para recibir su boleta no es una dirección fuera del condado.  Cuando usted aplica para votar por correo en base a que estará ausente del condado, la dirección a la cual usted recibirá su boleta <u>debe</u> estar ubicada fuera del condado.

_____ 5.  Si usted está encarcelado, para que pueda votar por correo es necesario que su boleta sea enviada directamente a la cárcel o al domicilio de algún familiar.  Su solicitud no indicó ninguna de estas direcciones.

__**X**__ 6.  No firmó su solicitud.

_____ 7.  El testigo que firmó su solicitud no:
_____ (a)  indicó, en la solicitud, qué parentesco o tipo relación existe entre ustedes;
_____ (b)  indicó que además de no poder firmar, usted no puede poner su marca en la solicitud; o
_____ (c)  proporciono su nombre completo en letra de molde y su dirección residencial.

__**X**__ 8.  No indicó la base de elegibilidad por la cual usted tiene derecho a votar por correo.

_____ 9.  Para las elecciones primarias, usted debe indicar su preferencia de partido político. (Marque abajo si es apropiado).

_____ Sin embargo, si usted envió una solicitud anual para votar por correo postal (Annual ABBM, por sus siglas en Ingles) usted recibirá las boletas para todas las demás elecciones oficiadas este año <u>que no sean</u> elecciones primarias o elecciones primarias de desempate.

__**X**__ 10.  No proporciono la dirección residencial bajo la cual usted está registrado/a.

_____ 11.  Su solicitud fue recibida después de la fecha límite para recibir solicitudes para votar por correo postal.  La fecha límite fue el _____ de _____, _____
(día)       (mes)       (año)

(Marque abajo si es apropiado)
_____ Sin embargo, ya que usted solicito una boleta para la elección de desempate, si una sucede, su solicitud es válida para esa elección.

_____ 12.  Los documentos del registro electoral indican que usted no está inscrito como votante y si ha solicitado dicha inscripción, ésta no entrará en vigor en o antes del Día de la Elección.

_____ 13.  No se pudo determinar las elecciones en las cuales usted desea votar por correo.

_____ 14.  Su solicitud fue inicialmente enviada por fax o correo electrónico, pero una copia impresa original de la solicitud no fue recibida dentro de los cuatro días hábiles.

_____ 15.  Otro: _____

Si usted desea votar por correo, es necesario que envíe otra solicitud a esta oficina y su solicitud debe ser recibida por _____ (Fecha). *Si la nueva solicitud es enviada por fax o por correo electrónico, la copia impresa original debe ser recibida dentro de cuatro días hábiles.

Si tiene una pregunta en cuanto a su solicitud, por favor comuníquese conmigo llamando al  **(956) 681-1020**
(Número de Teléfono)

**Pena, Michelle**
**2630 Lucille Ave** PRX000397
**Saint Joseph MO  64506-1954**

_____
Secretario/a de Votación Anticipada

▼ FOLD OVER HERE AND SEAL ▼

1017654

For Official Use Only

VUID: 21261746 22   PCT: _____

## APPLICATION FOR BALLOT BY MAIL
(Solicitud Para Recibir Una Boleta Por Correo)

AW10000098

| Last Name | Suffix | First Name | Middle Initial |
|-----------|--------|------------|----------------|
| Pena | | Michelle | |

**ADDRESS AT WHICH VOTER IS REGISTERED (DIRECCION DE RESIDENCIADE INSCRIPCION COMO VOTANTE)**

Street Address

2630 Lucille Ave

| City | State | ZIP |
|------|-------|-----|
| Saint Joseph | MO | 64506-1954 |

10/23/1974

I am over 65 years of age and requesting an Annual Ballot By Mail to recieve a ballot or all elections in 2019, including local elections and the November 2019 General Election. Mail my ballot to the address indicated above. (unless noted otherwise below.)

Signature of applicant. I certify that the information given in this application is true and I understand that giving false information in this application is a crim. Certifico que la información que se proporciona mediante esta solicitud es cierta y entiendo que se delito dar información falsa

**OPTIONAL : IF YOU ARE NOT ABLE TO RECEIVE YOUR BALLOT AT YOUR REGISTRATION ADDRESS (ABOVE), YOU MAY HAVE YOUR  BALLOT MAILED TO AN ALTERNATE ADDRESS**

| Check One of these 4 choices: | ☐ NURSING HOME, ASSISTED LIVING OR LONG TERM CARE FACILITY |
|---|---|
| | ☐ HOSPITAL |
| | ☐ RETIREMENT CENTER |
| | ☐ RELATIVE, RELATIONSHIP _____ |

STREET ADDRESS

| CITY | STATE | ZIP |
|------|-------|-----|
| | | |

▼ DO NOT TEAR PERFORATED TAB. FOLD OVER BOTTOM TO TOP AND SEAL WITH TAPE ▼

AW5-16
Prescrito por el Secretario de Estado
Código Electoral de Texas Secs. 86.008(b), 86.0015
12/17

## AVISO DE SOLICITUD RECHAZADA PARA RECIBIR UNA BOLETA POR CORREO

Su solicitud para recibir una boleta por correo postal fue recibida y analizada.  Hemos determinado que su solicitud debe ser rechazada por la siguiente razón:

(Marcar las que apliquen)

_____1.   Su solicitud fue recibida antes del 60° día antes de una elección celebrada en enero o febrero del año siguiente al año en que se presentó el ABBM ("ABBM" por sus siglas en Ingles).

_____2.   La solicitud no fue entregada de manera apropiada.

__X__3.   Su solicitud fue recibida después de la fecha límite para aplicar para recibir una boleta por correo para esta elección. (Marque abajo si es apropiado).

_____Sin embargo, ya que usted indico en la solicitud que su solicitud es una solicitud anual para votar por correo, la solicitud se considerará válida para las otras elecciones que sucedan este año y para las cuales su solicitud fue enviada antes de la fecha límite.

_____4.   Usted indico que desea votar por correo por que planea estar ausente del condado pero la dirección que usted proporciono para recibir su boleta no es una dirección fuera del condado.  Cuando usted aplica para votar por correo en base a que estará ausente del condado, la dirección a la cual usted recibirá su boleta debe estar ubicada fuera del condado.

_____5.   Si usted está encarcelado, para que pueda votar por correo es necesario que su boleta sea enviada directamente a la cárcel o al domicilio de algún familiar.  Su solicitud no indicó ninguna de estas direcciones.

_____6.   No firmó su solicitud.

_____7.   El testigo que firmó su solicitud no:
_____(a)      indicó, en la solicitud, qué parentesco o tipo relación existe entre ustedes;
_____(b)      indicó que además de no poder firmar, usted no puede poner su marca en la solicitud; o
_____(c)      proporciono su nombre completo en letra de molde y su dirección residencial.

_____8.   No indicó la base de elegibilidad por la cual usted tiene derecho a votar por correo.

_____9.   Para las elecciones primarias, usted debe indicar su preferencia de partido político. (Marque abajo si es apropiado).

_____Sin embargo, si usted envió una solicitud anual para votar por correo postal (Annual ABBM, por sus siglas en Ingles), usted recibirá las boletas para todas las demás elecciones oficiadas este año que no sean elecciones primarias o elecciones primarias de desempate.

_____10.   No proporciono la dirección residencial bajo la cual usted está registrado/a.

_____11.   Su solicitud fue recibida después de la fecha límite para recibir solicitudes para votar por correo postal.  La fecha límite fue el _____ de _____, _____
                                         (día)      (mes)      (año)

(Marque abajo si es apropiado)
_____ Sin embargo, ya que usted solícito una boleta para la elección de desempate, si una sucede, su solicitud es válida para esa elección.

_____12.   Los documentos del registro electoral indican que usted no está inscrito como votante y si ha solicitado dicha inscripción, ésta no entrará en vigor en o antes del Día de la Elección.

_____13.   No se pudo determinar las elecciones en las cuales usted desea votar por correo.

_____14.   Su solicitud fue inicialmente enviada por fax o correo electrónico, pero una copia impresa original de la solicitud no fue recibida dentro de los cuatro días hábiles.

_____15.   Otro: _____

Si usted desea votar por correo, es necesario que envíe otra solicitud a esta oficina y su solicitud debe ser recibida por_____(Fecha).  *Si la nueva solicitud es enviada por fax o por correo electrónico, la copia impresa original debe ser recibida dentro de cuatro días hábiles.

Si tiene una pregunta en cuanto a su solicitud, por favor comuníquese conmigo llamando al **(956) 681-1020**
                                                                                                  (Número de Teléfono)

Cepeda, Juanita
1120 Oakland Ave
                                         Secretario/a de Votación Anticipada
McAllen, TX  78501

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.   Prescribed by the Office of the Secretary of State of Texas   AS-H 12/17   DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

## Application for Ballot by Mail

**For Official Use Only:**
VUID #, County Election Precinct #, Statement of Residence, etc.

105 316 7441

**1** Last Name (Please print information)
Loera

First Name
Juanita

Suffix (Jr., Sr., III, etc)

Middle Initial

**2** Residence Address: See back of this application for instructions.
170 Oakland Ave

City
McAllen

State ,TX

ZIP Code
78501

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box #7.
170 Oakland Ave

City
McAllen

State TX

ZIP Code
78501

**4** Date of Birth (mm/dd/yyyy) (Optional)
01/08/1935

**Contact Information** (Optional)
Please list phone number and/or email address:
* Used in case our office has questions.

**5** Reason for Voting by Mail:
- ☐ 65 years of age or older. (Complete Box #6a)
- ☐ Disability. (Complete Box #6a)
- ☐ Expected absence from the county. (Complete Box #6b and Box #8)
  You will receive a ballot for the upcoming election only.
- ☐ Confinement in jail. (Complete Box #6b)
  You will receive a ballot for the upcoming election only.

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
- ☐ Annual Application

Uniform and Other Elections:
- ☐ May Election
- ☐ November Election
- ☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary.
- ☐ Democratic Primary
- ☐ Republican Primary
- ☐ Any Resulting Runoff

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
- ☐ May Election
- ☐ November Election
- ☐ Other _____

Primary Elections:
You must declare one political party to vote in a primary.
- ☐ Democratic Primary
- ☐ Republican Primary
- ☐ Any Resulting Runoff

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
- ☐ Mailing Address as listed on my voter registration certificate
- ☐ Nursing home, assisted living facility, or long term care facility
- ☐ Hospital
- ☐ Retirement Center
- ☐ Address of the Jail
- ☐ Relative, relationship _____
- ☐ Address outside the county (see Box #8)

**8** If you selected "expected absence from the county," see reverse for instructions

Date of return to residence address

**9** Date you can begin to receive mail at this address
Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
plara@mcallen.net
(early voting clerk's e-mail address)
(956) 681-1029
(early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail this form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

X _____ Date _____

**SIGN HERE**
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

**11** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing the application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐

* If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness /Assistant

Street Address _____

Apt Number (if applicable) _____

State _____

X _____
Printed Name of Witness/Assistant

City _____

ZIP Code _____

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)

AW5-16
Prescribed by Secretary of State
Section 86.008(b), 86.0015 Texas Election Code
12/17

## NOTICE OF REJECTED APPLICATION FOR BALLOT BY MAIL

I have received and reviewed your application for a ballot by mail. I have determined that your application must be rejected for the following reason(s):

(Check as applicable)

_____ 1.   Your application was received earlier than the 60th day before an election held in January or February of the year following the year the ABBM was submitted.

_____ 2.   Your application was not properly delivered.

_____ 3.   Your application was received after the deadline to apply for a ballot by mail for the upcoming election.
(Check if appropriate:)

_____    However, since you indicated on the application that it was to be an Annual application for a ballot by mail, the application will be considered valid for other elections held this year and for which the application was submitted before the deadline.

_____ 4.   You indicate you are voting due to expected absence from the county, but the address to which your ballot is to be sent is not an address outside the county. When voting by mail on the grounds of expected absence from the county, the address to which your ballot is to be mailed <u>must</u> be outside the county.

_____ 5.   When voting by mail due to confinement in jail, the address to which your ballot is to be mailed must be that of the jail or a relative. Your application did not indicate either address.

_____ 6.   Your application was not signed.

_____ 7.   The witness who signed your application did not:

_____    (a)   indicate a relationship on your application;

_____    (b)   indicate that you were unable to make your mark in lieu of your signature; or

_____    (c)   provide his or her printed name or residence address.

_____ 8.   Your application did not indicate the reason you are entitled to vote by mail.

_____ 9.   For a primary election, you must indicate your party preference.
(Check if appropriate:)

_____    However, if you have submitted an Annual ABBM, you will receive ballots for other elections held this year <u>other</u> than the Primary or Runoff Election.

_____ 10.   Your residence address of registration was not provided on your application.

_____ 11.   Your application was received after the deadline for receiving an application for a ballot by mail. The deadline for receiving the application was _____.
                                                                                             (Date)

(Check if appropriate)

_____    However, since you have requested a ballot for the run-off election, if one is to be held, your application is valid for that election.

_____ 12.   According to the records of the voter registrar, you are not currently registered to vote or your registration, if you have applied, will not be effective on or before election day.

_____ 13.   I could not determine the election for which you were applying for a ballot.

_____ 14.   Your application was initially submitted via fax or email, but an original hardcopy of the application was not received within four business days.

__X__ 15.   Other: **District you reside in (#6) is currently not having an election.**

If you wish to vote, it will be necessary for you to submit another application to me, and that application must be received by _____ *If new application is faxed or emailed, the original hardcopy must be received within four
        (*Date)                              business days.

If you have any questions regarding your application, please contact me at **(956) 681-1020**
                                                                                          (Phone Number)

_____
        Early Voting Clerk

Robeson, Robert L.
1616 N. 8th Street
McAllen TX 78501

Statement of Residence, etc.

Last Name (Please print information): RODESON Lob eson
First Name: Robert Rebert
Middle Initial: Leslie (A

Suffix (Jr., Sr., III, etc): SR.

ZIP Code: 785 016

Residence Address: See back of this application for instructions.
1612 N. 9th Street McAllen, TX

Mail my ballot to: If mailing address differs from residence address, please complete Box # 7.

City: McAllen   State: TX   ZIP Code: 785016

**Contact Information (Optional)**
Please list phone number and/or email address:
* Used in case our office has questions.
956-686-3148

**Date of Birth (mm/dd/yyyy) (Optional)**
01/01/1935

**Reason for Voting by Mail:**
☑ 65 years of age or older. (Complete Box #6a)
☐ Disability. (Complete Box #6a)
☐ Expected absence from the county. (Complete Box #6b and Box #8)
   You will receive a ballot for the upcoming election only
☐ Confinement in Jail. (Complete Box #6b)
   You will receive a ballot for the upcoming election only

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."
☑ Annual Application

Primary Elections:
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other _____
☐ Any Resulting Runoff

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Primary Elections:
You must declare one political party to vote in a primary:
☐ Democratic Primary
☐ Republican Primary

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other _____
☐ Any Resulting Runoff

**7** If you are requesting this ballot to be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate
☐ Nursing home, assisted living facility, or long term care facility
☐ Hospital
☐ Retirement Center
☐ Address of the jail
☐ Relative; relationship _____
☐ Address outside the county (see Box #8)

City _____   State _____   ZIP Code _____

**8** If you selected "expected absence from the county," see reverse for instructions.
Date of return to residence address _____

**9** Date you can begin to receive mail at this address _____
Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:
clara@mcallen.net (early voting clerk's e-mail address)
(956)681-1029 (early voting clerk's fax)
NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

X Robert L. Robeson

**11** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐
If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below.
*If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if applicant's signature was witnessed or applicant was assisted in completing the application.

X
Signature of Witness /Assistant

Printed Name of Witness/Assistant

Street Address          City

State          Apt Number (if applicable)   ZIP Code

Witness' Relationship to Applicant
(Refer to Instructions on back for clarification)

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

APPX 000402

AW5-16
Prescribed by Secretary of State
Section 86.008(b), 86.0015 Texas Election Code
12/17

## NOTICE OF REJECTED APPLICATION FOR BALLOT BY MAIL

I have received and reviewed your application for a ballot by mail.  I have determined that your application must be rejected for the following reason(s):

(Check as applicable)

_____ 1.　Your application was received earlier than the 60th day before an election held in January or February of the year following the year the ABBM was submitted.

_____ 2.　Your application was not properly delivered.

_____ 3.　Your application was received after the deadline to apply for a ballot by mail for the upcoming election.
(Check if appropriate:)

_____　However, since you indicated on the application that it was to be an Annual application for a ballot by mail, the application will be considered valid for other elections held this year and for which the application was submitted before the deadline.

_____ 4.　You indicate you are voting due to expected absence from the county, but the address to which your ballot is to be sent is not an address outside the county.  When voting by mail on the grounds of expected absence from the county, the address to which your ballot is to be mailed <u>must</u> be outside the county.

_____ 5.　When voting by mail due to confinement in jail, the address to which your ballot is to be mailed must be that of the jail or a relative.  Your application did not indicate either address.

_____ 6.　Your application was not signed.

_____ 7.　The witness who signed your application did not:

_____ (a)　indicate a relationship on your application;

_____ (b)　indicate that you were unable to make your mark in lieu of your signature; or

_____ (c)　provide his or her printed name or residence address.

_____ 8.　Your application did not indicate the reason you are entitled to vote by mail.

_____ 9.　For a primary election, you must indicate your party preference.
(Check if appropriate:)

_____　However, if you have submitted an Annual ABBM, you will receive ballots for other elections held this year <u>other</u> than the Primary or Runoff Election.

_____ 10.　Your residence address of registration was not provided on your application.

_____ 11.　Your application was received after the deadline for receiving an application for a ballot by mail. The deadline for receiving the application was _____
                                                                                                   (Date)

(Check if appropriate)

_____　However, since you have requested a ballot for the run-off election, if one is to be held, your application is valid for that election.

_____ 12.　According to the records of the voter registrar, you are not currently registered to vote or your registration, if you have applied, will not be effective on or before election day.

_____ 13.　I could not determine the election for which you were applying for a ballot.

_____ 14.　Your application was initially submitted via fax or email, but an original hardcopy of the application was not received within four business days.

__X__ 15.　Other: **District you reside in (#6) is currently not having an election.**

If you wish to vote, it will be necessary for you to submit another application to me, and that application must be received by _____  *If new application is faxed or emailed, the original hardcopy must be received within four
        (*Date)                              business days.

If you have any questions regarding your application, please contact me at **(956) 681-1020**
                                                                                                  (Phone Number)

_Ceci Glac_ (signature)
Early Voting Clerk

Molina, Erica Nicole
5 Alexander St.　APPX-000403
Brighton East VIC, 3187
Australia

U60550592   (A)   Mcp   136-01-10038896

# Voter Registration and Absentee Ballot Request

Federal Post Card Application (FPCA)

This form is for absent Uniformed Service members, their families, and citizens residing outside the United States. It is used to register to vote, request an absentee ballot, and update your contact information. See your State's instructions at FVAP.gov.

Print clearly in blue or black ink.

## 1. Who are you? Pick one.

I request an absentee ballot for all elections in which I am eligible to vote AND:

☐ I am on active duty in the Uniformed Services or Merchant Marine -OR- ☐ I am an eligible spouse or dependent.
☐ I am an activated National Guard member on State orders.
☒ I am a U.S. citizen living outside the country, and I intend to return.
☐ I am a U.S. citizen living outside the country, and my return is uncertain.
☐ I am a U.S. citizen living outside the country, and I have never lived in the United States.

Sex ☒ Female ☐ Male

| Last name | Molina | Suffix (Jr., II) | |
| First name | Erica | Previous names (if applicable) | |
| Middle name | Nicole | Birth date (MM/DD/YYYY) | 10 / 25 / 1989 |
| Social Security Number | 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 | Driver's license or State ID # | 24596201 |

## 2. What is your address in the U.S. State or territory where you are registering to vote and requesting an absentee ballot?

Your voting materials will not be sent to this address. See instructions on other side of form.

| Street address | 2708 N 8TH ST | Apt # | |
| City, town, village | MCALLEN | State | TX |
| | | ZIP | 78501 |
| County | Hidalgo | | |

## 3. Where are you now? You must give your CURRENT address to receive your voting materials.

Your mailing address. (Different from above)        Your mail forwarding address. (If applicable)

5 Alexander St Brighton East VIC, 3187, Australia

## 4. What is your contact information? This is so election officials can reach you about your request.

Provide the country code and area code with your phone and fax number. Do not use a Defense Switched Network (DSN) number.

Email: ericanmolina@gmail.com        Phone: 011 61 041 408 6262

Alternate email: erica@finlaysoncommunications.com.au        Fax:

## 5. What is your voting preference? Select One.

How do you want to receive voting materials from your election office?
☐ Mail
☒ Email or online
☐ Fax

What is your political party for primary elections? Democratic

## 6. What additional information must you provide?

The following need more information: Alaska, Arizona, Puerto Rico, Vermont, and Virginia. (Ex. Proof of residency, employer, etc.) You may also use this space to clarify your voter information. See the Voting Assistance Guide at FVAP.gov.

Receive Ballot For: All Federal elections for which I am eligible.

## 7. You must read and sign this statement.

**I swear or affirm, under penalty of perjury, that:**

- The information on this form is true, accurate, and complete to the best of my knowledge. I understand that a material misstatement of fact in completion of this document may constitute grounds for conviction of perjury.
- I am a U.S. citizen, at least 18 years of age (or will be by the day of the election), eligible to vote in the requested jurisdiction, and I am not disqualified to vote due to having been convicted of a felony or other disqualifying offense, nor have I been adjudicated mentally incompetent; or if so, my voting rights have been reinstated; and
- I am not registering, requesting a ballot, or voting in any other jurisdiction in the United States, except the jurisdiction cited in this voting form.

Today's date (MM/DD/YYYY): 19/6/2019

Sign here X 2000404

Previous editions are obsolete.        Standard Form 76 (Rev.09-2017), OMB No. 0704-0503

This information is for official use only. Any unauthorized release may be punishable by law.

Exhibit 14

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

|  |  |
|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS, and AMERICAN GI FORUM OF TEXAS, INC., | Civil Case No. 5:19-cv-00963 |
| Plaintiffs, | |
| v. | |
| TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY, Defendants. | |

## DECLARATION OF DR. LINTON A. MOHAMMED

LINTON A. MOHAMMED, acting in accordance with 28 U.S.C. § 1746, Federal

Rule of Civil Procedure 26(a)(2)(B), and Federal Rules of Evidence 702 and 703,

does hereby declare and say:

1.      I am a Forensic Document Examiner ("FDE"), certified by the American

Board of Forensic Document Examiners. I have been engaged in this matter on

behalf of Plaintiffs Dr. George Richardson, Rosalie Weisfeld, Austin Justice

Coalition, Coalition of Texans With Disabilities, Move Texas Civic Fund, League

APPX-000406

of Women Voters of Texas, and American GI Forum of Texas, Inc., to opine on the reliability of the procedures and techniques of the Texas signature verification process for mail-in ballot applications and mail-in ballot return envelopes as set forth in Texas elections laws and guidance.

## I.    QUALIFICATIONS

2.      I am a U.S.-certified and internationally recognized FDE, and the focus of my research and professional experience is on handwriting and signature identification and the scientific approach to analyzing questioned signatures. I am, and since 1998 continuously have been, certified by the American Board of Forensic Document Examiners (ABFDE), a certifying board for FDEs in North America. I am also certified in document examination by the Chartered Society of Forensic Sciences (United Kingdom). I specialize in the forensic science of analyzing genuine, disguised, and simulated signatures.

3.      I co-founded and I am currently the principal at Forensic Science Consultants, Inc., where I conduct forensic document examination casework and research on handwriting and signature examination as well as other forensic document examination (e.g., document alterations, obliterations, indented impressions, or pages added or removed). I am also an adjunct professor at Oklahoma State University, where I teach graduate courses on the scientific examination of questioned documents.

APPX-000407

4.      During and prior to my time with Forensic Science Consultants, Inc., and for nearly fourteen years, I worked as Forensic Document Examiner and Senior Document Examiner for the San Diego Sherriff's Department Regional Crime Laboratory. There, I conducted examinations of signatures and handwriting for cases investigated by San Diego County agencies as well as by local police, state, and federal agencies. I also served as Technical Lead of the Questioned Documents Section of the Regional Crime Laboratory, trained investigators and attorneys, provided expert testimony, conducted research, and produced the Questioned Documents Section Quality Manuals. Prior to that, I worked internationally as an FDE at the Laboratory of the Government Chemist (England), the Caribbean Institute of Forensic Investigations Ltd. (West Indies), and the Trinidad and Tobago Forensic Science Center (West Indies). In those roles, I conducted forensic document examinations and testified in criminal and civil cases for multiple police forces and other government agencies.

5.      I am a Fellow of the Questioned Documents Section of the American Academy of Forensic Sciences (AAFS), a member and diplomate of the Chartered Society of Forensic Sciences, and a member of the Canadian Society of Forensic Science. I served as the Chair of the AAFS Questioned Documents Section from 2016 to 2018. I am an appointed member and Vice Chair of the Academy Standards Board, which was formed by the AAFS to develop documentary standards for the

forensic sciences. I served as a member of the National Institute of Standards and Technology's Expert Working Group on Human Facts in Handwriting Examination, the National Institute of Standards and Technology Organization of Scientific Area Committees' Physics/Pattern Interpretation Scientific Area Committee, and the Scientific Working Group on Documents. I have previously served as President, Vice President, Treasurer, and Director of the American Society of Questioned Document Examiners (ASQDE).

6.      I am the editor of the Journal of the American Society of Questioned Document Examiners. I am an editorial review board member of Forensic Science and Technology and I have served on the editorial review board of the Journal of Forensic Sciences. I am also a guest reviewer for the following journals: Forensic Science International, Science & Justice, Australian Journal of Forensic Science, Egyptian Journal of Forensic Sciences, and IEEE Transactions on Cybernetics.

7.      I have published sixteen articles on signature and handwriting examination, and forensic document examination. Many of my articles focus on the analysis of genuine and forged signatures and handwriting examination. I have also given numerous presentations and workshops on signature and document examination worldwide, including the United States, Australia, Brazil, Canada, China, Latvia, Poland, Portugal, Saudi Arabia, Scotland, and Turkey.

APPX-000409

8.      In 2019, I authored a book titled, *Forensic Examination of Signatures* which describes and discusses state of the art techniques and research in signature examination.[1] I co-authored a book in 2012 titled *The Neuroscience of Handwriting: Applications for Forensic Document Examination*, which integrates research in the fields of motor control, neuroscience, kinematics, and robotics to evaluate questioned signatures and handwriting.[2] The book sets forth, among other things, the scientific fundamentals of motor control as relevant to handwriting; the impact of age, disease, and medication on handwriting; and a quantitative approach to signature authentication, including kinematic and laboratory analyses of genuine versus disguised versus forged signatures.

9.      In 2012, I received the American Board of Forensic Document Examiners' New Horizon Award "In Recognition of His Exceptional Contributions in Scientific Research for the Advancement of Forensic Document Examination." In 2019, I received the American Academy of Forensic Sciences Questioned Documents Section Ordway Hilton Award "In Recognition of Outstanding Contributions to Forensic Document Examination."

---

[1] Mohammed, L. (2019). *Forensic Examination of Signatures*. San Diego: Elsevier.

[2] Caligiuri, M.P., & Mohammed, L.A. (2012). *The Neuroscience of Handwriting: Applications for Forensic Document Examination.* Boca Raton: CRC Press/Taylor & Francis Group.

APPX-000410

10.    I have testified as an expert witness in court and depositions more than 150 times on issues of signature, handwriting, and document examination in both civil and criminal cases, including cases in the United States, England, Trinidad & Tobago, and St. Vincent.

11.    I received a Ph.D. from La Trobe University in Melbourne, Australia in human biosciences, where I wrote my thesis on signature examination: "*Elucidating static and dynamic features to discriminate between signature disguise and signature forgery behavior.*" Prior to that, I received my undergraduate degree in science at the University of West Indies; underwent a two-year training program in document examination at the Trinidad and Tobago Forensic Science Center; and received a master's degree in forensic sciences at National University in San Diego, California.

12.    My *curriculum vitae* is attached as Exhibit A, and a Testimony Listing for the past five years is attached as Exhibit B. I am being compensated at a rate of $400.00 per hour. My compensation in this matter is not in any way contingent on the content of my opinion or the outcome of this matter.

## II.    BACKGROUND

13.    For this Declaration, I reviewed the Plaintiff's Original Complaint  filed in this matter; the State of Texas Early Voting Ballot Board Handbook for Election Judges and Clerks 2018 (Updated January 2018); and relevant academic literature.

14.     Based on my review of the Complaint in this lawsuit, the laws challenged therein, Chapter 87 of the Texas Election Code, and the State of Texas Early Voting Ballot Board Handbook for Election Judges and Clerks 2018 (Updated January 2018), I understand that a group of election officials known as the Early Voting Ballot Board (EVBB) and/or the Signature Verification Committee (SVC) is required to compare the signatures on mail-in ballot applications and mail-in ballot return envelopes. § Senate Bill 5, 85th Legislature, First Called Session, (2017) [Sec. 87.041(c)].

15.     Signature verifications are conducted by the EVBB. The voter's signature may be accepted if, "neither the voter's signature on the ballot application nor the signature on the carrier envelope certificate is determined to have been executed by a person other than the voter, unless signed by a witness" Texas Election Code 87.041 (b) (2). In making this determination, the EVBB is guided by Texas Election Code 87.041 (e) and (f).

16.     In some jurisdictions, verifications of voter's signatures may also be conducted by a Signature Verification Committee ( SVC) that is appointed by the Early Voting Clerk. The SVC "compares signatures on applications and corresponding carrier envelopes only to determine that the signatures on these documents are of the same person." [Sec. 87.027(i)]. The SVC may use electronic

copies of the mail ballot application and carrier envelope certificate for comparing signatures.

17.    The EVBB makes a determination if the SVC cannot determine whether the signatures are made by the same person. The EVBB cannot overturn a decision of the SVC that determines the signatures are by one writer. However, the EVBB can overturn, by majority vote, a decision of the SVC that the signatures were completed by different writers.

18.    The signatures may be original "wet-ink" or electronic copies.

19.    Neither the statutes governing the signature matching process nor the State of Texas Early Voting Ballot Board Handbook for Election Judges and Clerks 2018 (Updated January 2018) provide any guidance to elections officials on how to compare signatures.

20.    Based on my understanding, Texas election officials are lay individuals, meaning they are not required to have any training, certification, or experience in document examination or signature comparison.

21.    Based on my understanding, there are no further written statewide standards or procedures for election officials to evaluate whether a signature on a mail-in ballot application or ballot return envelope match each other, or match a signature in the qualified voter file or voter registration card.

### III.   SUMMARY OF CONCLUSIONS

22.     The Texas signature match procedures do not set forth sufficient standards for determining whether a signature on a mail-in ballot application or return envelope match each other or match a voter signature displayed in the qualified voter file or on the voter's registration card, which results in error-prone determinations. Based on my review of the election statutes and Texas Early Voting Ballot Board Handbook, Texas also does not require election officials to have any training in signature examination and does not require that election officials be provided examination equipment, such as proper light sources and microscopes.

23.     Based on my experience and my review of the academic literature, it is my opinion that in these circumstances, Texas election officials are likely to make erroneous signature comparison determinations.

24.     Determining whether a signature is genuine is a difficult task for even a trained FDE, as signatures are written in different styles with varying levels of readability and variability. Laypersons, such as Texas election officials, have a significantly higher rate of error in determining whether signatures are genuine. Laypersons are also more likely to wrongly determine that authentic signatures are *not* genuine than to make the opposite error. In other words, Texas election officials are significantly more likely than trained examiners to make an incorrect signature-

APPX-000414

comparison determination and are particularly likely to incorrectly decide that the signatures are *not* signed by the same person.

25.    The high rate of error among laypersons generally results from the inability to distinguish between normal "variations" in one individual's signatures as opposed to "differences" resulting from multiple signers. An individual's signatures may vary for myriad reasons, including age, health, native language, and writing conditions. Laypersons lack the tools and training to properly account for signature variation, which leads to erroneous mismatch determinations that are particularly pronounced in populations with greater signature variability, such as the elderly, disabled, individuals suffering from poor health, young voters (18-21), and non-native English speakers.

26.    These signature-determination errors are further compounded for Texas election officials with diminished eyesight or "form blindness" (a type of impairment in visual perception defined below)—both of which impact an individual's ability to make accurate handwriting authenticity determinations. While FDEs are screened for these traits,  Texas law and guidance regarding signature comparison do not require election officials to undergo such screening.

27.    According to Senate Bill 5, 85th Legislature, First Called Session, (2017), the EVBB/SVC may compare signatures with two or more signatures the voter made within the preceding six years and on file with the voter registrar or county clerk to

determine whether signatures are those of the voter. Under current law, the comparison can be used to determine whether the signatures are those of the same voter (i.e. to accept or reject.)

28. At a minimum, ten signature samples are usually required for an accurate signature determination to account for an individual's signature variability, given proper examination conditions.[3] However, this minimum amount can increase exponentially in cases where the writer is ill, disabled, elderly, or has other handwriting issues.

29. The Texas Early Voting Ballot Board Handbook includes the following categories of voters as having valid reasons for early voting. 1. Persons who are 65 years of age or older on election day. [Sec. 82.003] and, 2. Persons who have a sickness or physical condition that prevents them from appearing at the polling place on election day without a likelihood of needing personal assistance or injuring their health. Expected or likely confinement for childbirth on election day is sufficient cause to entitle a voter to vote early by mail on the ground of disability. [Sec. 82.002]

30. Further, if election officials have insufficient time to compare signatures, that would likely lead to additional erroneous determinations. A signature comparison may normally take a minimum of two hours.

---

[3] Hilton, O. (1965). A further look at writing standards. *The Journal of Criminal Law, Criminology and Police Science*, Vol. 56, No. 3, p. 383.

31.    In sum, it is my opinion that Texas's current signature matching rules and procedures, which allow individuals without adequate training—and without guidance—to reject mail-in ballots and ballot applications for signatures they deem to be non-matching, will result in a significant number of erroneous rejections.

## IV.    ANALYSIS AND OPINIONS

### A. Texas Election Officials are likely to make erroneous signature Comparison Determinations.

32.    Individuals untrained in signature examination, like Texas election officials, are very likely to make mistakes when comparing signatures and are particularly likely to reject signatures erroneously as inauthentic or non-matching when they are in fact written by the same individual. These rejections are considered "Type II"[4] errors, and laypersons are more likely than FDEs to make such errors for several reasons. First, untrained election officials cannot reliably determine whether signatures are written by different individuals or whether the signatures are written by one person but exhibit natural variations. Second, untrained reviewers do not account for the many reasons for naturally varying signatures, causing them to erroneously reject authentic signatures. This is particularly true for writers who are poorly educated, learned English as a second language, elderly, disabled, young, or have health conditions. Third, untrained elections officials also fail to account for

---

[4] *Infra* paragraph 33.

the different signature styles and features, leading to erroneous rejections. Lastly, Texas election officials are not tested for form blindness like FDEs, a condition that impacts their ability to accurately review signatures.

### i.    Untrained laypersons are more likely than FDEs to erroneously determine authentic signatures are inauthentic.

33.    There are two types of errors in signature examination. Type I errors occur when a non-genuine signature is deemed to be genuine, and a Type II error occurs when a genuine signature is concluded to be non-genuine. Type II errors are considered to more egregious than Type I as, in criminal cases an innocent writer may be charged based on an FDEs Type II error.

34.    Compared to FDEs, laypersons have higher so-called Type II error rates. In a 2001 study reviewing the error rates of FDEs and laypersons in comparing six genuine signatures with six non-genuine signatures, laypersons made Type II errors in 26.1% of cases while trained signature FDEs made such errors in 7.05% of cases.[5] That means that laypersons are more than 3 ½ times more likely to declare an authentic signature non-genuine—which, in the case of  signatures on mail-in ballots and ballot applications, would mean that election officials would reject more than 3 ½ times the number of ballots and applications than FDEs. It should be noted that

---

[5] Kam M., Gummadidala K., Fielding G., Conn R. (2001). Signature Authentication by Forensic Document Examiners. *Journal of Forensic Science*, 46(4):884-888.

for this study, six specimen signatures were used. If, as in Texas elections, only one genuine signature is used for comparison, it is highly likely that the error rate for both experts and laypersons would increase significantly.

35.     This study also found that laypersons are much more likely to make Type II errors than Type I errors, although laypersons are still substantially more likely to make Type I errors than trained FDEs (laypersons made Type I errors in 6.47% of cases while trained FDEs made such errors in 0.49% of cases).[6] A Type II error is considered among FDEs as being more egregious than a Type I error for signature verification.

36.     Similarly, a study conducted in Australia found that FDEs were statistically better than laypersons in determining genuineness or non-genuineness. The FDE group had a 3.4% error rate while the laypersons had a 19.3% error rate.[7] It must be noted that these error rates occurred when adequate signature samples and examination time were available.  It can safely be assumed that the error rate will rise when inadequate comparison samples and time are available to the screener.

---

[6] *Id.*

[7] Sita, J., Found, B., & Rogers, D. (2002). *Forensic handwriting examiners expertise for signature comparison*. J. Forensic Sci. 47(5).

APPX-000419

   **ii.**  **Texas election officials cannot reliably determine whether signatures are written by different individuals or by one individual and exhibit natural variations.**

37. Determining whether signatures are made by the same or different individuals requires a reviewer to discern whether a feature or combination of features in signatures are "differences" or "variations." Variations are deviations among repetitions of the same handwriting characteristic(s) that are normally demonstrated in the habits of each writer. A significant difference is an individualizing characteristic that is structurally divergent between handwritten items, that is outside the range of variation of the writer, and that cannot be reasonably explained.[8]

38. In the field of signature examination, unexplainable "*differences*" between signatures suggest that different individuals wrote the signatures, whereas "*variations*" between signatures mean that one individual wrote the signatures. Determining whether signature features are "differences" or "variations" is one of the most difficult determinations in signature examinations, even for experienced FDEs.

39. To make such a judgment reliably requires, at a minimum:

---

[8] Scientific Working Group for Documents Standard for the Examination of Handwritten Items (www.swgdoc.org).

- Extensive training with different types of signatures: Becoming an FDE requires at least two, and typically three, years of full-time training with an experienced examiner, with at least eighteen months of training in the examination of signatures and handwriting. FDEs learn the science of signature examination, gain experience in casework, and are tested for proficiency.

- Adequate magnification and lighting equipment.

- Excellent eyesight.

- Adequate time: Insufficient time examining signatures is conducive to making errors. For example, one study found that FDEs spent more time looking at the questioned and known signatures than laypersons, and their evaluations were more accurate.[9]

Without these elements, Texas election officials are likely to misconstrue legitimate and expected "variations" between one individual's signatures for "differences" in signatures between two individuals, and conclude incorrectly that someone other than the registered voter signed the mail-in ballot or ballot application.

---

[9] Merlino, M., Freeman, T., Dahis, V., Springer, V., et al. (Jan. 2015). *Validity, Reliability, Accuracy, and Bias in Forensic Signature Identification*. Department of Justice Grant 2010-DN-BX-K271, Document 248565, https://www.ncjrs.gov/ pdffiles1/nij/grants/248565.pdf.

40. This is illustrated by the case of voter Dr. George Richardson whose signature was incorrectly rejected. While there are pictorial dissimilarities between the two signatures, the EVBB may not have considered the possible reasons[10] for these apparent differences. Dr. Richardson's compared signatures are illustrated below. Copies of the submitted documents bearing Dr. Richardson's signatures are attached as Exhibit C.

| BALLOT BY MAIL REQUEST FORM | ions, local elections, and the Nov<br>ed otherwise below)<br><br>If you cannot sign, make a mark and |
| MAIL-IN BALLOT SIGNATURE | persuasion by any person. (Certifico que la boleta adjunta exp<br>SIGNATURE OR MARK OF VOTER (FIRMA O MARCA D |

---

[10] *Infra* paragraph 41.

APPX-000422

### iii.    Untrained reviewers erroneously reject authentic signatures because they do not account for the many reasons for naturally varying signatures.

41.    Further, an individual's signatures may vary for myriad reasons, and to properly determine whether signatures are written by the same individual, one must consider the various reasons why features of the same individual's signatures may visually appear different. In one of the leading textbooks on handwriting examination, authors Roy Huber & A.M. Headrick identified twenty common reasons why individuals' signatures may appear to show variations:

- Adequacy of standards (or samples)—inadequate standards in terms of quantity and contemporaneousness will not be representative of the writer's range of variation. Variations may therefore be interpreted as differences.

- Accidental occurrences—i.e., these are one-off variations that will not appear in the specimen signatures.[11] Misinterpretation may lead to a decision of difference versus variation.

- Alternative styles—i.e., some writers have alternate signature styles. This may not be represented in the specimens.

- Ambidexterity.

---

[11] A specimen signature is a signature that is known to have been written by a person. It is not disputed. Typical specimens are Driver's Licenses and Identification Cards.

- Carelessness or negligence.

- Changes in the health condition of writer.

- Changes in the physical condition of writer—e.g., fractures, fatigue, or weakness may alter features of an individual's signature.

- Changes in the mental condition or state of the writer.

- Concentration on the act of writing.

- Disguise or deliberate change.

- Drugs or alcohol.

- Influence of medications.

- Intentional change for later denial.

- Nervous tension.

- Natural variations—i.e., inherent variation as a result of differences in neuro-muscular coordination.

- Writing conditions—e.g., the individual's place or circumstances, such as in a moving vehicle or at a stationary table.

- Writing instrument—e.g., a pen versus a stylus.

- Writing position—e.g., the individual's stance.

- Writing surface—e.g., paper versus electronic screen.

- Writing under stress.

APPX-000424

Examiners must consider each of these reasons in determining whether a feature is a "difference" created by different writers or whether the feature is simply a "variation" from the same writer. It is very unlikely that a Texas election official will have the knowledge, training, and experience to properly account for these factors.

42.    Laypersons are significantly more likely than FDEs to incorrectly reject authentic signatures of illiterate writers[12], writers for whom English is a second language, elderly writers, disabled writers, and writers with health conditions[13,14] to be non-genuine. Studies have shown that these types of writers tend to have less pen control than most other writers, and therefore would have a greater range of variation in their signatures. And the increased variation in the signatures of these groups only compounds laypersons' tendencies to err on the side of incorrectly finding authentic signatures to be non-genuine.

---

[12] Hilton, O. (1965). A further look at writing standards. Journal of Criminal Law, Criminology, and Police Science, Vol. 56, No. 3, pp.383.

[13] Hilton, O. (1956). Influence of serious illness on handwriting identification. Postgraduate Medicine, Vol. 19, No. 2.

[14] Hilton, O. (1969). Consideration of the writer's health in identifying signatures and detecting forgery. Journal of Forensic Sciences, Vol. 14, No. 2, pp. 157-166.

43.    Since signatures are developed as a motor program in the brain[15], the signatures of writers for whom English is a second language are more likely to exhibit wide ranges of variation, as these writers will have to discard their former learned motor program and develop a new one for their new signature style. For instance, a writer who first learned to write in a non-Latin-based script, such as Chinese, will naturally show more variation when signing a document in English than a native writer. Likewise, where the writer's native language is written right to left, such as Urdu, the writer's signature may also be more likely to show variations in letter slanting. Qualified, experienced experts in the area of signature verification would know and account for these factors in evaluating signatures; Texas election officials, even if put through a short training session, are unlikely to be able to accurately account for these differences, particularly in an expedient time frame or when only one or a few specimen signatures are available for comparison.

44.    Furthermore, young voters (ages 18 to 25) are not likely to have fully developed signatures. According to Huber & Headrick (1999), "the development and progress of one's handwriting passes through four stages in the course of a lifetime: (1) the formative stage, (2) the impressionable or adolescent stage, (3) the

---

[15] Mohammed, L. (2019). Forensic Examination of Signatures. Elsevier: San Diego, pp. 5-16.

APPX-000426

mature stage, and (4) the stage of degeneration."[16] The signatures of young voters will fall between stages 2 and 3.   The U.S. Postal Service has reported that "writer[s] achieve graphic maturity by the 20th birthday."[17] Handwriting was developed as a means of communication[18], whereas signatures are developed as a means of identification[19]. Signatures tend to be more personalized and can therefore be considered as an over-developed form of handwriting. It follows that young writers today will not have developed signatures until later in life. This is exacerbated as young writers will presumably need to sign less often due to the increased use of personal identification numbers ("PINs") and other non-handwritten forms of identification. Their signature development can reasonably be expected to take longer than for previous generations. This will lead to an increased range of variation in a young writer's signature. The handwriting of adolescents can cause difficulties even for trained FDEs. Comparisons by untrained individuals of young voters'

---

[16] Huber, R.A. & Headrick, A.M. (1999). *Handwriting Identification: Facts and Fundamentals*. Boca Raton, FL: CRC Press.

[17] Bureau of the Chief Postal Inspector (1966), *20th Century Handwriting Systems and Their Importance to the Document Analyst*.

[18] Plamondon, R., Srihari, S. (2000). Online and off-line handwriting recognition: a comprehensive survey. *IEEE Transactions on Pattern Analysis and Machine Intelligence*, Volume: 22, Issue:1, Jan.

[19] Srihari S.N., Srinivasan H., Chen S., Beal M.J. (2008). Machine Learning for Signature Verification. In: Marinai S., Fujisawa H. (eds) Machine Learning in Document Analysis and Recognition. *Studies in Computational Intelligence*, Vol 90. Springer, Berlin, Heidelberg, p. 389.

APPX-000427

signatures on mail-in ballot applications and return envelopes will exacerbate the potential for error in rejecting their ballots.[20]

### iv. Texas elections officials also fail to account for the different signature styles and features, leading to erroneous rejections.

45.    One of the reasons that accurate signature comparison determinations prove difficult, even for a trained FDE, is that signatures are written in three different styles[21]:

- Text-based: Nearly all the letters can be interpreted.

- Mixed: More than two, but not all, letters can be interpreted.

- Stylized: No letters can be interpreted.

---

[20] Cusack, C.T & Hargett, J.W. (1989). A Comparison Study of the Handwriting of Adolescents. *Forensic Science International*, 42(3):239-248.

[21] Mohammed, L., Found, B., Rogers, D. (2008). Frequency of signature styles in San Diego County. *Journal of the American Society of Questioned Document Examiners*, Vol. 11, No. 1.

APPX-000428

These signature styles exhibit significantly different characteristics that impact the signature-matching analysis, and by extension, the determination of whether signatures are genuine. For example, kinematic features of signatures, such as size, velocity, changes of acceleration, and pen pressure are important in determining whether a signature is genuine. Yet these kinematic features vary between the same individual's signatures, with the degree of variations often dependent on the signature style. The kinematic features of stylized signatures, for example, vary more significantly than the kinematic features of text-based signatures. And the less legible a signature becomes, the more the election official depends on their pattern recognition ability. Thus, signature styles can have an impact on the determination of genuineness or non-genuineness. Unfamiliarity with the different signature styles may impact a reviewer's ability to determine whether two signatures come from the same person, and would likely cause a lay person to decide that the compared signatures exhibit "differences" when the changes in features are simply "variations."

46.    To determine whether signatures are made by the same individual, a reviewer should focus on holistic features of signatures, such as alignment, slant, pen lifts, rhythm, the size of writing, the slope or slant of the letters, or other characteristics that are diagnostic of the process used to create signatures. These features are subtle, and a writer is usually unaware of the features, as they are excited

by the writer's subconscious motor program. These subtle features provide significant evidence of genuineness because they occur in natural handwriting. Lay persons, however, often focus instead on more eye-catching features in evaluating signatures. For example, an eye-tracking study on signature examination found that "lay participants focused to a greater extent on individual features such as arches, eyelets, hooks, shoulders, connections, troughs, or other individual features" that catch the eye, and "appear[ed] less likely to use holistic features."[22] But focusing on these eye-catching features is problematic because these are the types of features that a simulator will try to capture. Properly utilizing the subtle, holistic features of signatures to determine genuineness, however, requires both training and adequate time for review.

### v. Texas election officials are not tested for form blindness, increasing the risk of erroneous signature match determinations.

47.    A laypersons' ability to make consistently correct determinations as to the genuineness of a signature may also be impacted by a condition known as "form blindness," which impairs "the ability to see minute differences in angles, forms, and sizes."[23] Most ophthalmologists agree that form perception is not an eye problem but

---

[22] Merlino, *supra* note 9.

[23] Bertram, D. (2009). Univ. of S. Miss. *Form Blindness Testing: Assessing the Ability to Perform Latent Print Examination by Traditional Versus Nontraditional* Students Dissertations. 996, p. 33; Byrd, J. & Bertram, D. (2003). Form-Blindness. *Journal of Forensic Identification*, 53(3):315-341.

rather a translational problem. That is, "it is a perceptual inability to distinguish the small differences between shapes, colors, and patterns."[24] Therefore, in most cases, form blindness goes undetected, but diminishes a reviewer's ability to make accurate determinations of a signature's genuineness.[25] And while FDEs must pass a form blindness test[26] before being trained in handwriting identification, Texas requires no such test for election officials. There is thus a risk that some election officials have form blindness and are particularly prone to making erroneous signature determinations.

### B. Even trained FDEs are likely to make erroneous signature comparison determinations under Texas's signature matching procedures.

48.    Even for trained FDEs, Texas's signature matching process would be prone to erroneous determinations due to the limited number of comparison signatures and the lack of proper equipment.

49.    Normally, FDEs require multiple specimen signatures for comparison with a questioned signature, and often more if issues such as age or illness are involved. These specimens are required to adequately determine the range of variation of the writer and properly account for the reasons for variation within an

---

[24] Moody, Meredith G., "*Form-Blindness and Its Implications: A Verification Study*" (2016); Honors Theses; Paper 388.

[25] *Id.*, p. 32.

[26] Osborn, A.S.(1946). Questioned Document Problems 2nd. Ed., Boyd Printing Company, pp. 231-250.

APPX-000431

individual's signatures discussed above. Indeed,  no two complex, skillfully written, genuine signatures of one writer have ever been found to be exactly alike, but such a statement should be understood to be true speaking microscopically, and not as the carpenter measures[27]. This is so because signatures are the product of a motor program developed in the brain after practice and then executed with neuro-muscular coordination, and many factors can influence an individual's motor program and neuro-muscular coordination, including the factors discussed above. Inadequate standards, or failure to use adequate specimens fully representing the range of variation in a writer's signature, is well-known source of error.[28]

50.    Features observed in the questioned signature(s) may not be observed in the inadequate specimens. This may lead to an erroneous interpretation of a feature as a difference (two writers) or variation (one writer). Because Texas election officials are only required to compare the signature on the mail-in ballot application or ballot return envelope with one reference signature, they cannot distinguish accurately between features, variations, or differences.

51.    Furthermore, in many instances, Texas election officials may compare a voter's original "wet-ink" signature on the mail-in ballot application or ballot return

---

[27] Osborn, A. (1910). Questioned Documents. The Lawyers' Publishing Co.,: Rochester, NY, p. 281.

[28] Huber, R.A. & Headrick, A.M. (1999). *Handwriting Identification: Facts and Fundamentals*. Boca Raton, FL: CRC Press.

APPX-000432

envelope with electronic copies of the signature on the mail-in ballot application or ballot return envelope.

52.    Comparing a digitized signature with an original "wet-ink" signature has many inherent limitations, some of which are caused by the resolution of the digitized signature, whether the digitized signature is being viewed on a monitor or as a printed item, and the writing instruments used for each signature. If the resolution on monitor is low, or if the digitized signature is a poor copy of the original signature to begin with, this would make it very difficult for an untrained examiner to assess the line quality of the signature.

53.    Finally, as discussed above, Texas does not require election officials to use or be provided with proper equipment, such as magnification and lighting equipment. "[T]the  microscope is the instrument which makes it possible to see physical evidence directly that otherwise may be invisible. . . ."[29]  Without this type of equipment, even a well-trained eye may make errors in a signature authenticity determination.

---

[29] Osborn, A. S. (1929). *Questioned Documents. 2nd. Ed.* Boyd Printing Company, Albany, N.Y., USA.

APPX-000433

## V.    CONCLUSION

54.    Based on the studies cited above[30] laypersons had significantly higher error rates than experts in determining signature authenticity. These tests were conducted under conditions where the participants had adequate specimens, lighting, time, and examination equipment. For the reasons stated herein, it is my professional opinion that there is a high likelihood that Texas election officials will make erroneous signature match determinations given the limited specimens, time, and equipment that they will have to conduct the signature verifications.

55.    In particular, Texas election officials are significantly more likely to erroneously conclude that authentic signatures are *not* genuine than they are to make the opposite error—to accept inauthentic signatures as genuine. These erroneous determinations result from the inherent difficulty in making reliable signature authenticity determinations, particularly where, as here, the reviewer lacks training, is provided with an insufficient number of comparison signatures, and does not have access to proper equipment. The use of digitized signatures as a reference sample for comparison with an original "wet-ink" signature will most likely exacerbate the error rate. In this context, Texas's signature matching procedures are all but guaranteed to result in the erroneous rejection of mail-in ballots.

\*        \*        \*

---

[30] *Supra* notes 4, 5, 6, 8.

APPX-000434

I declare under penalty of perjury that the forgoing is true and correct.

Dated: February __3__ , 2020 at ____Burlingame_____ , CA.

Linton Mohammed, Ph.D., D-ABFDE

APPX-000435

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
## SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON, ROSALIE
WEISFELD, AUSTIN JUSTICE
COALITION, COALITION OF TEXANS
WITH DISABILITIES, MOVE TEXAS
CIVIC FUND, LEAGUE OF WOMEN
VOTERS OF TEXAS, and AMERICAN GI
FORUM OF TEXAS, INC.,

     Plaintiffs,

     v.

TEXAS SECRETARY OF STATE,
TRUDY HANCOCK, in her official
capacity as BRAZOS COUNTY
ELECTIONS ADMINISTRATOR, and
PERLA LARA in her official capacity as
CITY OF MCALLEN, TEXAS
SECRETARY, Defendants.

Civil Case No. 5:19-cv-00963

## DECLARATION OF DR. LINTON A. MOHAMMED

# EXHIBIT A

# Forensic Science Consultants, Inc.

433 Airport Boulevard, Suite 406
Burlingame, CA 94010-2017

Tel: 650-548-1652
lamqde@gmail.com
www.qdexams.com

Linton A. Mohammed, Ph.D.
Forensic Document Examiner

Diplomate: American Board of Forensic Document Examiners
Diploma in Document Examination - Forensic Science Society (England)
American Society of Questioned Document Examiners
(Member & Past-President)
American Academy of Forensic Sciences (Fellow)

## Linton A. Mohammed
### CURRICULUM VITAE

## WORK EXPERIENCE

**Forensic Science Consultants, Inc., 01/2012 - present**
San Francisco, CA
Duties: Forensic Document Examination, expert testimony; research;
management.

> **dba Rile, Hicks, & Mohammed, Forensic Document Examiners,
> 10/2010 – 01/2012**
> Long Beach, CA; San Francisco, CA
> Duties: Forensic Document Examination, expert testimony; research;
> management.
>
> **dba Associated Document Examiners, 10/1997 – 09/2010**
> [with approval of San Diego County Sheriff's Department]
> San Diego, CA
> Duties: Forensic Document Examination, expert
> testimony; research; management.

**San Diego County Sheriff's Department Regional Crime Laboratory, 08/1996 –
10/2010**
San Diego, CA
Senior Forensic Document Examiner, (2002 – 2010)
Forensic Document Examiner, (1996 – 2002)
Duties:
Conducted examinations in the most complex cases involving: signatures,
handwriting, typewriting, machine printing, commercial printing, photocopies, hand
stamps, ink, paper, indented impressions, binding materials; restoration and
decipherment of alterations, erasures, and obliterations.
Technical Lead - Questioned Documents Section.
Provided training and mentorship for junior examiners. Principal trainer in Forensic
Document Examination for Marie Durina (07/2003- 08/2006) and Brenda Lanners
(10/2009- 09/2010).
Provided training for investigators and attorneys.
Provided expert testimony in courts of law.

CURRICULUM VITAE – LINTON A. MOHAMMED

Conducted research, presented results at forensic science conferences, and published in peer-reviewed journals.
Produced and maintained the Questioned Documents Section Quality Manuals.
Oversaw the Questioned Documents Section's ASCLD-LAB accreditation status.
Acted as an Audit Team Captain or part of audit teams as per the Laboratory's ASCLD-LAB accreditation protocols.
Participated in proficiency testing.

**Laboratory of the Government Chemist, 07/1993 – 07/1996**
Teddington, Middlesex, England
Forensic Document Examiner

**Caribbean Institute of Forensic Investigations Ltd., 06/1992 – 07/1993**
Forensic Document Examiner
Trinidad, West Indies

**Trinidad and Tobago Forensic Science Center, 01/1989 – 06/1992**
Forensic Document Examiner; Safety Officer
Trinidad, West Indies

**Trinidad and Tobago Forensic Science Center, 12/1986 – 12/1988**
Chemist 1
Two-year full-time training program in Document Examination. (December 1986-December 1988) at the Trinidad and Tobago Forensic Science Center, Port of Spain, Trinidad. Mr. Robert Fawcett (Staff Sergeant [retired], Royal Canadian Mounted Police) conducted the training, which included the examination of: signatures, handwriting, typewriting, machine printing, commercial printing, photocopies, hand stamps, ink, paper, indented impressions, binding materials; restoration of alterations, erasures, and obliterations, photography, and court testimony.

**EDUCATION**

**Ph.D. (Human Biosciences)**
La Trobe University, Melbourne, Australia, 2012 Thesis: "*Elucidating spatial and dynamic features to discriminate between signature disguise and signature forgery behavior*"
Supervisors: Assoc. Prof. Doug Rogers and Dr. Bryan Found

**Master of Forensic Sciences**
National University, San Diego, CA, 2005

**Bachelor of Science (General) [Honors]**
University of the West Indies, St. Augustine, Trinidad & Tobago, 1984

APPX-000438

CURRICULUM VITAE – LINTON A. MOHAMMED

## TEACHING EXPERIENCE

**Oklahoma State University, 2006 – present:**
**Adjunct Assistant Professor**
Master of Forensic Sciences Administration and Graduate Certificate in Questioned Documents (online programs)

o  Graduate course: Historical Aspects of Questioned Documents (4 hours per week during a semester)
o  Graduate course: Technical Aspects of Questioned Documents (4 hours per week during a semester).

## PROFESSIONAL CERTIFICATIONS

▪  Certificate of Qualification in Forensic Document Examination (No. 298) *American Board of Forensic Document Examiners, Inc.,* 1998 (re-certified every 5 years since 1998 to present).

▪  Diploma in Document Examination
   *Chartered Society of Forensic Sciences*, 1996
   (re-certified every 5 years since 1996 to present).

## TESTIMONY EXPERIENCE

Testified over 100 times as an expert witness in Forensic Document Examination in USA (Federal & State courts, depositions), England (High Court & Magistrates' Court), and the Caribbean (High Court & Magistrates' Court).

## AWARDS

2019: **Ordway Hilton Award** – American Academy of Forensic Sciences Questioned Documents Section (In Recognition of Outstanding Contributions to Forensic Document Examination).

2012: **New Horizon Award** – American Board of Forensic Document Examiners, Inc. (In Recognition of Exceptional Contributions in Scientific Research for the Advancement of Forensic Document Examination).

## PUBLICATIONS

**Books**

Mohammed, L. *Forensic Examination of Signatures.* Elsevier, 2019.

Caligiuri, M. & Mohammed, L. *The Neuroscience of Handwriting: Applications for Forensic Document Examination.* Taylor & Francis: Boca Raton, 2012.

CURRICULUM VITAE – LINTON A. MOHAMMED

## Papers

1. Caligiuri, M., & Mohammed, L. (2019). *Signature Dynamics in Alzheimer's Disease*. Forensic Science International 302 (2019)109880.

2. Ascicioglu, F., Tekin, T., Ozbek, N., Cevik, F., Ozcan, F., Mohammed, L. (2019). *Prepared Disappearing Ink and Decipherment of Documents*. J. Forens. Sci. doi: 10.1111/1556-4029.14084

3. Caligiuri, M., Mohammed, L., Lanners, B., Hunter. G. (2018). *Kinematic Validation of FDE Determinations about Writership in Handwriting Examination: A preliminary study*. Journal of the American Society of Questioned Document Examiners, Vol, 21, No. 1.

4. Mohammed, L., Found, B., Caligiuri, M., Rogers, D. (2015). *Dynamic Characteristics of Signatures: Effects of Writer Style on Genuine and Simulated Signatures*. Journal of Forensic Sciences, January 2015, Vol. 60, No.1.

5. Mohammed L.A. (2013). *History of the Forensic Examination of Documents*. In: Siegel JA and Saukko PJ (eds.) Encyclopedia of Forensic Sciences, Second Edition, pp. 386-390. Waltham: Academic Press.

6. Caligiuri, M., Mohammed, L., Found, B., & Rogers, D. (2012). *Nonadherence to the Isochrony Principle in Forged Signatures*. Forensic Science International 223 (2012) 228–232.

7. Mohammed, L., Found, B., Caligiuri, M., Rogers, D. (2011). *The Dynamic Character of Disguise Behavior for Text-Based, Mixed, and Stylized Signatures.* J Forensic Sci, January 2011, Vol. 56, No. S1 pp. S136-141).

8. Mohammed, L., Ostrum, B. (2010). *Using Adobe Photomerge™ for Demonstrative Evidence*, Journal of the American Society of Questioned Document Examiners, Vol. 13, No. 1.

9. Mohammed, L.A. (2009). *Alterations, Erasures, and Obliterations of Documents,* in Wiley Encyclopedia of Forensic Science, Jamieson, A., Moenssens, A. (eds). John Wiley & Sons Ltd., Chichester, UK, pp. 128-134.

10. Mohammed, L., Found, B., Rogers, D. (2008). *Frequency of Signature Styles in San Diego County* – Journal of the American Society of Questioned Document Examiners, Vol. 11 (1).

11. Mohammed, L., Richards, G. (2006). *Thinking Outside the Box* – Journal of the American Society of Questioned Document Examiners, Vol. 9 (2).

APPX-000440

CURRICULUM VITAE – LINTON A. MOHAMMED

12. Mohammed, L., Jenkinson, G. (2002). *Association of counterfeit documents to a printing plate by means of half tone dots* – Journal of the American Society of Questioned Document Examiners, Vol. 5 (1).

13. Mohammed, L. (1999). *Write-On™: A new tool for handwriting comparison* - Journal of the American Society of Questioned Document Examiners, Vol. 2 (2).

14. Mohammed, L. (1999). *An evaluation of documents produced by a high-speed, high-volume scanning process* - Forensic Science Communications, Vol. 1 (3).

15. Mohammed, L. (1998). *Sequencing writing impressions and laser printing or ink- jet printing using the ESDA* - Journal of the American Society of Questioned Document Examiners, Vol. 1 (1).

16. Mohammed, L. (1993). *Signature disguise in Trinidad and Tobago* - Journal of the Forensic Science Society, Vol. 33 (1).

## PRESENTATIONS

### Workshops

- *Non-Destructive Examination of Inks (4 hours).*
  - Co-presented with Peter V. Tytell and Derek J. Hammond at the 77th Annual General Meeting of the American Society of Questioned Document Examiners, Cary, NC.

- *The Forensic Examination of Genuine, Disguised, and Simulated Signatures with an Introduction to the Neuroscience and Kinematics of Handwriting (2 days)*
  - Presented at the Scottish Police Authority, Glasgow, Scotland  2018.

- *The Forensic Examination of Original and Copied Signatures*
  - Presented at The Midwestern Association of Forensic Sciences Conference, Cincinnati, OH  2017.

- *Likelihood Approach and Document Examination: What For?*
  - Co-presented with Liv Cadola and Tobin Tanaka at the 21st Triennial Meeting of the International Association of Forensic Sciences, Toronto, Canada  2017.

- *The Examination of Skillfully Simulated Arabic Signatures*
  - Presented at the 2nd Saudi International Conference on Forensic Medicine and Sciences, Riyadh, Kingdom of Saudi Arabia  2017.

APPX-000441

CURRICULUM VITAE – LINTON A. MOHAMMED

- *The Forensic Examination of Genuine, Disguised, and Simulated Signatures with an Introduction to Kinematics of Handwriting*
  - o Presented at the Midwestern Association of Forensic Sciences Conference, Branson, MO  2016.

- *Genuine, Disguised, and Simulated Signatures; Kinematics of Handwriting; Formal and Informal Signatures*
  - o Co-presented with Lloyd Cunningham at the Australasian Society of Forensic Document Examiners, Inc., Sydney, Australia  2016.

- *Document Examination in the USA*
  - o 2-day seminar presented at the Institute of Forensic Science Seminar, Beijing, China  2015.

- *Are Fountain Pens Back in Vogue? Characteristics of Fountain Pen Writing and Aqueous Ink Analysis*
  - o Co-presented with Lloyd Cunningham, Dr. Valery Aginsky, & William J. Flynn at the 73rd Annual Meeting of the American Society of Questioned Document Examiners, Toronto, Canada  2015.

- *The Forensic Examination of Genuine, Disguised, and Simulated Signatures – with an introduction to the Neuroscience and Kinematics of Handwriting* (2 days)
  - o 2-day workshop conducted at the II Brazilian Symposium on Forensic Science, Brazilia, Brazil  2015.

- *The Examination of Skillfully Simulated Signatures*
  - o Presented at the 67th Annual Meeting of the American Academy of Forensic Sciences, Orlando, FL  2015.
  - o Presented at Canada Border Services Forensic Laboratory, Ottawa, Canada,  2015.

- *Skillful Freehand Signature Simulation -* co-presented with Lloyd Cunningham at the Joint Meeting of the American Society of Questioned Documents Examiners, Inc. & the Australasian Society of Forensic Document Examiners, Inc., Honolulu, HI 2014.

- *Skillfully Simulated Signatures* (1/2 day) – presented at the European Network of Forensic Handwriting Examiners (ENFHEX) meeting, Riga, Latvia, 2013.

- *Signature Examination of Healthy and Impaired Writers* (1 day) - co-presented with Prof. Michael Caligiuri, UCSD, at the American Academy of Forensic Sciences Annual Conference, Washington DC, 2013.

APPX-000442

CURRICULUM VITAE – LINTON A. MOHAMMED

- ▪ *Neural Bases and Characteristics of Signature Formation in Writers with Dementia* (1/2 day)
  - o Co-presented with Prof. Michael Caligiuri, UCSD, at the 70th Annual General Meeting of the American Society of Questioned Document Examiners, Charleston, SC  2012.

- ▪ *Signature Examination - Translating Basic Science into Practice* (1 day)
  - o Co-presented with Prof. Michael Caligiuri, UCSD at the American Academy of Forensic Sciences Annual Conference, Seattle, WA  2010.

  - o Co-presented with Prof. Michael Caligiuri, UCSD at the American Society of Questioned Document Examiners 68th Annual General Meeting, Victoria, BC, Canada, 2010.

- ▪ *Genuine, Disguised, and Forged Signatures (*1/2 day)
  - o Presented at the 1st Eurasian Congress on Forensic Sciences, Istanbul, Turkey, 2008.

  - o Presented at the Victoria Forensic Science Centre, Melbourne, Australia, 2008.

  - o Presented at the European Network of Forensic Handwriting Experts (ENFHEX) Meeting, Krakow, Poland, 2009.

### Papers

1. Do, D., & Mohammed, L. (2019). *An Evaluation of the Efficacy of an Electrostatic Detection Device as a Screening Tool for Latent Prints*. Presented at the 1st Joint Meeting of the European Network of Forensic Handwriting Experts (ENFHEX) and the European Fingerprint Working Group (EFP-WG), Porto Portugal; the 77th Annual General Meeting of the American Society of Questioned Document Examiners, Cary, NC, and the California State Division of the International Association for Identification Meeting, Burlingame, CA.

2. Caligiuri, M., Ommen, D., Fuglsby, C., Saunders, C., Mohammed, L., Morris, J., Bird, C. (2019). *The Kinematic Modeling of FDE Writership Opinion*. Presented at the 1st Joint Meeting of the European Network of Forensic Handwriting Experts (ENFHEX) and the European Fingerprint Working Group (EFP-WG), Porto Portugal; and the 77th Annual General Meeting of the American Society of Questioned Document Examiners, Cary, NC.

3. Ommen, D., Fuglsby, C., Saunders, C., Caligiuri, M., Mohammed, L., Buscaglia, J. (2019). *Pairwise Comparison Scores for Handwritten Questioned Documents*. Presented at the American Academy of Forensic Sciences 71st Annual Scientific Meeting. Baltimore, MD.

APPX-000443

CURRICULUM VITAE – LINTON A. MOHAMMED

4. Fuglsby C, Mohammed L, Saunders C, Ommen D, Buscaglia J, Caligiuri M. (2018). *FDE Conclusion Scales Parts 1 & 2: Reverend Bayes or Professor Kirk?* Presented at the 76th Annual Conference of the American Society of Questioned Document Examiners,  Park City, UT.

5. Ommen, D., Fuglsby, C., Saunders, C.,  Caligiuri, M., Mohammed, L., Buscaglia, J. (2018). *Pairwise Scores for Designing Handwritten Document Comparisons.* Poster presented at Forensics @NIST, Gaithersburg, MD.

6. McClary, C., Mohammed, L., Caligiuri, M. (2018). *An Analysis of Forensic Document Examiner (FDE) Aptitude in Determining Velocity Rates of Strokes.* Presented at the American Academy of Forensic Sciences Conference, Seattle, WA.

7. Fuglsby, C., Mohammed, L., Buscaglia, J., Saunders, C. (2018). *Sufficiency and Complexity Factors in Handwriting Examination.* Presented at the Impression, Pattern, & Trace Evidence Symposium, Washington, DC.

8. Caliguiri, M., Mohammed, L. (2018). *Error Rates in Handwriting Examination.* Presented at the CSAFE Error Rates Symposium, Arlington, VA.

9. Caligiuri, M., Mohammed, L., Lanners, B. & Hunter G. (2017). *Kinematic Validation of FDE Determinations About Authorship in Handwriting Examination.* Presented at the 75th Annual Conference of the American Society of Questioned Document Examiners, San Diego, CA.

10. Mohammed, L. (2017). *The Kinematics of Signatures and Handwriting.* Presented at the 2nd Saudi International Conference on Forensic Medicine and Sciences, Riyadh, Kingdom of Saudi Arabia.

11. Domitrovich, S. Judge, Seaman Kelly, J., Mohammed, L. (2017). *A Review of the Almeciga V. Center for Investigative Reporting, Inc. Decision: Analysis and Counter-Analysis.* Presented at the American Academy of Forensic Science Conference, New Orleans, LA.

12. Mohammed, L. (2016). *Document Examination – not just handwriting.* Presented to the Young Forensic Scientists Forum, American Academy of Forensic Science Conference, Las Vegas, NV.

13. Mohammed, L. (2014). *Kinematic approach to signature analysis.* Presented at the 3rd. International Workshop on Automated Forensic Handwriting Analysis, Honolulu, HI.

14. Mohammed, L. (2013). *Handwriting stroke kinematics.* Presented at the Measurement Science and Standards in Forensic Handwriting Analysis conference, NIST, Gaithersburg, MD.

APPX-000444

CURRICULUM VITAE – LINTON A. MOHAMMED

15. Mohammed, L., Found, B., Caligiuri, M., Rogers, D. (2012). *Dynamics of stroke direction in genuine and forged signatures.* Presented at the American Academy of Forensic Sciences Conference, Atlanta, GA.

16. Mohammed, L., Found, B., Caligiuri, M., Rogers, D. (2009). *Pen pressure as a discriminating feature between genuine and forged signatures* – Presented at the International Graphonomics Society Conference, Dijon, France.

17. Mohammed, L., Found, B., Caligiuri, M, Rogers, D. (2009). *Can dynamic features be used to discriminate between genuine, auto-Simulated, and simulated signatures?* - Presented at the 61st Annual Conference of the American Academy of Forensic Sciences, Denver, CO.

18. Mohammed, L. (2008). *Judicial challenges to expert witness testimony in the USA: The Daubert Trilogy* -Presented at the 1st. Eurasian Congress on Forensic Sciences, Istanbul, Turkey.

19. Mohammed, L., Found, B., Rogers, D. (2008). *Genuine and disguised signatures – An empirical approach* - Presented at the 60th Annual Conference of the American Academy of Forensic Sciences, Washington, DC.

20. Mohammed, L., Williams, D. (2006). *Preparing demonstrative charts with the use of Adobe Photomerge®* - Poster presentation, American Academy of Forensic Sciences, Seattle, WA.

21. Mohammed, L. (2005). *The Edge of Light™ Scanner* - Presented at the American Academy of Forensic Sciences Conference, New Orleans, LA.

22. Mohammed, L. (2003). *Daubert and documents* – Presented at the California Association of Criminalists Fall Conference, San Diego, CA.

23. Mohammed, L. (2003). *A standardized training program for Forensic Document Examiners – A proposal-* Presented at the 61st Annual Conference of the American Society of Questioned Document Examiners, Baltimore, MD.

24. Mohammed, L. (2001). *Demonstrative evidence and multi-media technology -* Presented at the 59th Annual Conference of the American Society of Questioned Document Examiners, Des Moines, IA.

25. Mohammed, L., Buglio, J., Shafer, A. (2000). *The influence of paper on the performance of the VSC-2000 spectrometer* - Presented at the 58th Annual Conference of the American Society of Questioned Document Examiners, Ottawa, Ontario, Canada.

26. Mohammed, L., Buglio, J. (2000). *The Association of Forensic Document Examiners* - Prepared for the 58th Annual Conference of the American Society of Questioned Document Examiners, Ottawa, Ontario, Canada.

APPX-000445

CURRICULUM VITAE – LINTON A. MOHAMMED

27. Mohammed, L. (1992). *Cocaine and handwriting* - presented at the 50th Annual Conference of the American Society of Questioned Document Examiners, Milwaukee, WI.

28. Mohammed, L. (1991). *Signature disguise in Trinidad and Tobago* - presented at the 49th Annual Conference of the American Society of Questioned Document Examiners, Orlando, FL.

## PROFESSIONAL AFFILIATIONS

- American Society of Questioned Document Examiners
  - President, 2010 – 2012
  - Vice-President, 2008 – 2010
  - Treasurer, 2006 – 2008
  - Director, 2004 – 2006;
  - Annual Conference Program Chair, 2006 & 2017
  - Chair, Evaluation and Examination Committee, 2002 – 2006
  - Annual Conference Site Chair, 2002

- American Academy of Forensic Sciences
  - Fellow – Questioned Documents Section
  - Chair – Questioned Documents Section, 2016 – 2018
  - Chair – Inter-Disciplinary Symposium 2018
  - Co-Chair – Inter-Disciplinary Symposium 2017
  - Secretary – Questioned Documents Section, 2014 – 2016

- Canadian Society of Forensic Science

- Chartered Society of Forensic Sciences

## PROFESSIONAL ACTIVITIES

- Member – Academy Standards Board, 2017 –

- Member – Expert Working Group on Human Factors in Handwriting Examination, National Institute of Standards and Technology, 2015 – 2017.

- Member – Physics/Pattern Scientific Area Committee within the National Institute of Standards and Technology Organization of Scientific Area Committees (NIST/OSAC), 2014 –2016.

- Participant in the General Forensics Technology Working Group, National Institute of Justice, 2011

- Participant in Scientific Working Group on Documents (SWGDOC), 2009 – present

- Grant reviewer for the National Institute of Justice and affiliated agencies, 2009 – present

Page **10** of **13**

CURRICULUM VITAE – LINTON A. MOHAMMED

- Editor - Journal of the American Society of Questioned Document Examiners

- Editorial Review Board Member:
  - Journal of Forensic Sciences
  - Forensic Science and Technology (China)

- Guest reviewer:
  - Forensic Science International
  - Science & Justice
  - Australian Journal of Forensic Science
  - Egyptian Journal of Forensic Sciences
  - Arab Journal of Forensic Sciences & Forensic Medicine
  - IEEE Transactions on Cybernetics

## CONTINUING EDUCATION

- American Society of Questioned Document Examiners, Park City, UT 2018
  - Write-On 3.0 Workshop
  - The Greatest Forger to Ever Get Caught

- American Society of Questioned Document Examiners, San Diego, CA  2017
  - Forensic Science Research: Your Mission to Propose, Innovate, and Collaborate
  - Preparing a Digital Signature File for Forensic Analysis
  - Chinese Handwriting and Signatures Workshop: Hanzi Through the Eyes of the Forensic Document Examiner
  - Write or Wrong? Bias, Decision-Making, and the Use of Contextual Information in Forensic Document Examination

- American Society of Questioned Document Examiners, Pensacola, FL 2016
  - Measuring Frequency Occurrence in Handwriting and Hand Printing Characteristics
  - Sequence of Entries Determination – New Approach to Additional Print

- American Society of Questioned Document Examiners, Toronto, Canada 2016
  - Principles of Forensic Examination of Arabic Signatures

- American Society of Questioned Document Examiners, Honolulu, HI 2014
  - Adobe - Digital Media & Evidence

- American Academy of Forensic Sciences, Seattle, WA 2014
  - Science, Law, and the Inferential Process: The Epistemology of Scientific Conclusions

- National Institute of Standards and Technology (NIST), Gaithersburg, MD 2013.
  - Measurement Science and Standards in Forensic Handwriting Analysis

- American Academy of Forensic Sciences, Atlanta, GA, 2012
  - Paper Fundamentals for Forensic Document Examiners
  - Digital Photography for Forensic Document Examiners

CURRICULUM VITAE – LINTON A. MOHAMMED

- American Society of Questioned Document Examiners, Philadelphia, PA, 2011
  - Printing Process Identification for Forensic Document Examiners
  - Using Adobe Photoshop in a QD Workflow

- American Society of Questioned Document Examiners, Victoria, BC, Canada, 2010
  - Electronic Recording and Analysis of Handwritten Signatures & Writing

- Cedar Crest College, Allentown, PA, 2010
  - Multivariate Analysis for Forensic Scientists: Statistical Pattern Recognition for Physical Evidence Analysis and Chemometrics

- American Academy of Forensic Sciences, Denver, CO, 2009
  - Estimation of Uncertainty – Is Anyone Certain What This Means?
  - Security Documents before and After the Crime: REAL ID, Physical and Electronic Security Features, Developments in Commercial Printing Technology, and an Introduction to Counterfeit Link Analysis

- American Academy of Forensic Sciences, Washington DC, 2008
  - The Applications of Color Analysis and Light Theory in the Forensic Examination of Documents Workshop

- American Society of Questioned Document Examiners, Portland, OR 2006
  - Fine and Subtle Features of Handwriting Workshop
  - Signature Workshop

- Southeastern Association of Forensic Document Examiners, Atlanta, GA, 2006
  - Disguised and Forged Signatures Workshop

- American Academy of Forensic Sciences, New Orleans, LA, 2005
  - State of the Art Infrared and Ultraviolet Examinations of Documents by the Video Spectral Comparator

- California Criminalistics Institute, Sacramento, CA, 2005
  - Technical Writing for Criminalists

- American Board of Forensic Document Examiners, Las Vegas, NV,  2004
  - Daubert Seminar

- American Academy of Forensic Sciences, Chicago, IL, 2002
  - Note Taking for Forensic Document Examiners Workshop

- Rochester Institute of Technology, Rochester, NY, 2002:
  - Printing Process Identification and Image Analysis for Forensic Document Examiners

- Limbic Systems, Inc., Bellingham, WA, 2001:
  - Measurement of Internal Consistencies Software (MICS)

APPX-000448

CURRICULUM VITAE – LINTON A. MOHAMMED

- American Board of Forensic Document Examiners, Norcross, GA, 2000:
  - Canon Photocopier and Facsimile Training Workshop

- California Criminalistics Institute, Sacramento, CA, 2000:
  - Special Topics in Questioned Documents

- Southwestern Association of Forensic Document Examiners, Las Vegas, NV, 1999:
  - Typewriter Examination & Classification Workshop

- American Board of Forensic Document Examiners, Las Vegas, NV, 1998:
  - Examination Techniques in Handwriting & Rubber Stamp Cases Seminar

- Canadian Society of Forensic Science 44th Annual Conference, Regina, Saskatchewan, Canada, 1997:
  - Digital Image Processing Workshop

- California Criminalistics Institute, Sacramento, CA, 1997:
  - Courtroom Presentation of Evidence

- American Society of Questioned Document Examiners 55th Annual Conference, Scottsdale, AZ, 1997:
  - Handwriting Workshop

- American Society of Questioned Document Examiners 51st Annual Conference, Ottawa, Canada, 1993:
  - Laser Printer Workshop
  - Miscellaneous Document Examination Workshop

- American Society of Questioned Document Examiners 50th Annual Conference, Milwaukee, WI, 1992:
  - Signature Workshop

- American Society of Questioned Document Examiners 49th Annual Conference, Orlando, FL, 1991:
  - Canon Fax Workshop
  - Deposition Testimony Workshop
  - Expert Witness Workshop
  - Signature Comparison Workshop

October 1, 2019

APPX-000449

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON, ROSALIE
WEISFELD, AUSTIN JUSTICE
COALITION, COALITION OF TEXANS
WITH DISABILITIES, MOVE TEXAS
CIVIC FUND, LEAGUE OF WOMEN
VOTERS OF TEXAS, and AMERICAN GI
FORUM OF TEXAS, INC.,

    Plaintiffs,

    v.

Civil Case No. 5:19-cv-00963

TEXAS SECRETARY OF STATE,
TRUDY HANCOCK, in her official
capacity as BRAZOS COUNTY
ELECTIONS ADMINISTRATOR, and
PERLA LARA in her official capacity as
CITY OF MCALLEN, TEXAS
SECRETARY, Defendants.

## DECLARATION OF DR. LINTON A. MOHAMMED

# EXHIBIT B

# Forensic Science Consultants, Inc.

433 Airport Boulevard, Suite 406
Burlingame, CA  94010-2017

Linton A. Mohammed, Ph.D.
Forensic Document Examiner

Tel: 650-548-1652
lamqde@gmail.com
www.qdexams.com

Diplomate: American Board of Forensic Document Examiners
Diploma in Document Examination - Forensic Science Society (England)
American Society of Questioned Document Examiners (Member & Past-President)
American Academy of Forensic Sciences (Fellow)

## Linton A. Mohammed
### Forensic Document Examiner

### TRIAL AND DEPOSITION RECORD (from 2013 to present)

| Date | Court [1] | Case | Attorney | P/D [2] |
|------|-----------|------|----------|---------|
| 05/14/13 | Deposition (LA) | Isakulyan v. Union Bank | Schufreider | D |
| 05/24/13 | Arbitration (LA) | Isakulyan v. Union Bank | Schufreider | D |
| 07/16/13 | Trial (LA) | Giedd v. Cornell | Roberson | D |
| 08/26/13 | Deposition (SF) | Tan v. Tran et al. | Kunnes; Jones | D |
| 08/28/13 | Deposition (LA) | SA Challenger v. Kamen et al | Coyner | D |
| 09/26/13 | Arbitration (LA) | SA Challenger v. Kamen et al | Coyner | D |
| 12/02/13 | Trial (SJ) | Cain Family Trust | Clayton | P |
| 01/15/14 | Hearing (Sonoma County) | Larch v. Cream | Kim | D |
| 03/24/14 | Trial (SJ) | Torres v. Torres | Acosta | P |
| 04/02/14 | Deposition (SF) | Cybersearch v. Sherwood | Gantz | P |
| 05/15/14 | Trial (SM) | Tan et al. v. Tran et al. | Veiluva; Jones | D |
| 07/08/14 | Grand Jury (SF) | People v. Bell et al. | Garcia | P |
| 07/09/14 | Trial (SJ) | Rodriguez v. Sanchez | Low | P |
| 08/05/14 | Trial (LA) | Stevens v. Stevens | Grot; LaMolinara | P |
| 09/08/14 | Deposition (SF) | Hill et al. v. Wilke Fleury et al. | Evans | D |

[1] SD – San Diego; LA – Los Angeles; LV – Las Vegas; SF – San Francisco; SJ – San Jose
[2] P – Plaintiff/Prosecution; D – Defense

**TRIAL AND DEPOSITION RECORD (from 2011 to present):**
**Linton A. Mohammed, Forensic Document Examiner**

| Date | Court [3] | Case | Attorney | P/D[4] |
|------|-----------|------|----------|--------|
| 09/23/14 | Trial (SJ) | People v. Wantland | Kirchick | D |
| 01/08-09/15 | Hearing | BART | | P |
| 02/09/15 | Deposition | Yaqub v. Citimortgage | Paganelli | D |
| 11/05/15 | Deposition San Mateo, CA | Geiger v. Farmers Ins. et al | Halvorson | D |
| 12/11/15 | Trial Dept. 67, Los Angeles, CA | Estate of S. Sengupta | Mansell | D |
| 05/10/16 | Deposition (SF) | Duong v. ITT et al. | Schwin | P |
| 05/13/16 | Trial Yuba City, CA | Zenda v. Shoker | Guth | D |
| 07/12/16 | Deposition Utah (Telephonic) | Matter of Dante Ketchens | Noel | P |
| 08/04/16 | Deposition (CA) | Spight v. Gray | Norris | P |
| 08/30/16 | Deposition (CA) | Estate of Mary Ellen Cunha San Rafael, CA | Kelley | D |
| 08/31/16 | Deposition (CA) | Matter of Lili Tu | Riley | D |
| 09/20-21/16 | Trial San Mateo, CA | Spight v. Gray | Norris | P |
| 01/20/17 | Trial Dept. 37, Santa Clara, CA Judge Andrea Flint | People v. Melendez | McComas | D |
| 02/22/17 | Trial Dept. 4, Santa Cruz, CA Judge John Gallagher | Estate of Daren Drakes | Nelson | P |

---

[3] SD – San Diego; LA – Los Angeles; LV – Las Vegas; SF – San Francisco; SJ – San Jose; SM – San Mateo
[4] P – Plaintiff/Petitioner/Prosecution; D – Defense

APPX-000452

**TRIAL AND DEPOSITION RECORD (from 2011 to present):**
**Linton A. Mohammed, Forensic Document Examiner**

| **Date** | | **Court** [5] | **Case** | **Attorney** | **P/D**[6] |
|---|---|---|---|---|---|
| 03/13/17 | Deposition<br>Redwood City, CA | Goldstein v.<br>Macalik | | Kallis | D |
| 04/03/17 | Deposition<br>Los Angeles, CA | Galstian et. al v.<br>Minassian et. al | | Swift | P |
| 04/04/17 | FINRA Arbitration<br>San Diego, CA | Peters v.<br>RBC Wealth Management<br>et. al. | | Caietti | P |
| 06/29/17 | Trial<br>Dept. 23,<br>San Mateo, CA<br>Judge W. Raymond Swope | Goldstein v.<br>Macalik | | Kallis | D |
| 07/13/17 | Deposition<br>San Jose, CA | Nguyen v. Diep | | Goldstein | D |
| 07/26/17 | Deposition<br>Burlingame, CA | New v. Langit | | Rodriguez | P |
| 07/27/17 | Deposition<br>San Mateo, CA | Estate of Beverly Foster | | Baer | P |
| 08/24/17 | Deposition<br>Los Angeles, CA | Shahryar v. Kamrany | | Lichter/<br>Salissian | P |
| 09/07/17 | Arbitration<br>Los Angeles, CA | Schwartz v. Piccone | | Russell | P |
| 09/26/17 | Trial<br>Dept. 5,<br>Santa Barbara, CA<br>Judge Colleen Sterne | Estate of John Smith Clark | | Hellman | P |
| 10/31/17 | Trial<br>Dept. 22<br>Santa Clara, CA<br>Judge Aaron Persky | Estate of William W. Parker | | Dames | P |

---

[5] SD – San Diego; LA – Los Angeles; LV – Las Vegas; SF – San Francisco; SJ – San Jose; SM – San Mateo
[6] P – Plaintiff/Petitioner/Prosecution; D – Defense

APPX-000453

**TRIAL AND DEPOSITION RECORD (from 2011 to present):**
**Linton A. Mohammed, Forensic Document Examiner**

| Date | Court [7] | Case | Attorney | P/D[8] |
|------|-----------|------|----------|--------|
| 01/04/18 | Deposition<br>San Mateo, CA | Doe v. County of San Mateo | Levy | D |
| 02/23/18 | Hearing<br>Probate Hearings Division<br>U.S. Dept. of the Interior<br>Albuquerque, NM<br>Judge Earl J. Waits | Estate of Earl A. Williams | Artus | P |
| 02/26/18 | Deposition<br>Fairfield, CA | Goss v. Folan | Seto/Burnside | D |
| 02/28/18 | Deposition<br>Burlingame, CA (via video) | Saucedo v.<br>State of New Hampshire | ACLU | P |
| 03/01/18 | Deposition<br>San Jose, CA | Katz et al. v. Kwan et al. | Hsueh | D |
| 03/14/18 | Trial<br>Department K<br>Los Angeles Superior Court<br>Pasadena, CA<br>Judge Theresa Traber | Marriage of Hidalgo | Mendell | R |
| 04/20/18 | Deposition<br>Danville, CA | Marta v. Applebees | May | P |
| 04/23/18 | Trial<br>Department 16<br>San Mateo Superior Court<br>San Mateo, CA<br>Judge Richard H. Dubois | Matter of<br>The Beverly Foster Trust | Baer | P |
| 05/10/18 | Deposition<br>San Francisco, CA | Mahan et al. v. Chan et al. | Zeff | D |
| 06/15/18 | Trial<br>Department 504<br>Probate<br>San Diego Superior Court<br>San Diego, CA<br>Judge Jeffrey S. Bostwick | Estate of George R. Walls, Jr. | McDonald | P |

---

[7] SD – San Diego; LA – Los Angeles; LV – Las Vegas; SF – San Francisco; SJ – San Jose; SM – San Mateo
[8] P – Plaintiff/Petitioner/Prosecution; D – Defense

APPX-000454

**TRIAL AND DEPOSITION RECORD (from 2011 to present):**
**Linton A. Mohammed, Forensic Document Examiner**

| Date | Court [9] | Case | Attorney | P/D[10] |
|------|-----------|------|----------|---------|
| 08/06/18 | Trial<br>Dept. 5A<br>U.S. District Court<br>Los Angeles, CA<br>Judge Michael W. Fitzgerald | Lincoln Benefit Life Company<br>v. Dallal | Cowan/<br>Kojima | P |
| 08/29/18 | Deposition<br>Alameda, CA | Neth v. Byrne | Perruzzi | D |
| 09/18/18 | Deposition<br>St. Louis, MO | Priorities USA et al v.<br>State of Missouri et al. | Geise | P |
| 09/24/18 | Trial<br>Room 203<br>Cole County District Court<br>Jefferson City, MO<br>Hon. Richard Callahan | Priorities USA et al v.<br>State of Missouri et al. | Geise | P |
| 10/04/18 | Deposition<br>Los Angeles, CA | Baral v. Schnitt | Kushner | D |
| 10/12/18 | Deposition<br>Sunnyvale, CA | Chen v. Murad | Garsson | D |
| 10/16/18 | Deposition<br>Los Angeles, CA | Rostack v. Sabella | Chang | P |
| 11/01/18 | Deposition<br>Santa Rosa, CA | Ramos, Creedon v.<br>Wallahan | Terreri | P |
| 11/05/18 | Trial<br>Dept. 57<br>Los Angeles Superior Court<br>Los Angeles, CA<br>Judge Randolph M. Hammock | Baral v. Schnitt | Kushner | D |
| 11/20/18 | Deposition<br>Austin, TX | Galvan, et al v.<br>Pablos, et al | Najvar | P |
| 12/03/18 | Hearing<br>Sacramento, CA | CDCR v Pratt | Tanner | P |

---

[9] SD – San Diego; LA – Los Angeles; LV – Las Vegas; SF – San Francisco; SJ – San Jose; SM – San Mateo
[10] P – Plaintiff/Petitioner/Prosecution; D – Defense

APPX-000455

**TRIAL AND DEPOSITION RECORD (from 2011 to present):**
**Linton A. Mohammed, Forensic Document Examiner**

| Date | Court [11] | Case | Attorney | P/D[12] |
|------|-----------|------|----------|---------|
| 12/04/18 | Trial<br>Dept. 18<br>Sonoma County Superior Court<br>Judge Rene Auguste Chouteau | Ramos, Creedon v.<br>Wallahan | Terreri | P |
| 03/05/19 | Trial<br>Probate Court<br>Anchorage, AK<br>(By telephone) | Estate of Earl A. Williams | Artus | P |
| 04/02/19 | Trial<br>U.S. District Court<br>Los Angeles, CA<br>Dept. 10C<br>Judge Christina A. Snyder | United States v.<br>L. Vega | Windsor | D |
| 04/04/19 | Trial<br>Alameda County<br>Superior Court<br>Hayward, CA<br>Dept. 514<br>Judge Patrick McKinney | Eden Housing Management, Inc.<br>v. H. Gamer | Galvin | P |
| 06/26/19 | Trial<br>Polk County District Court<br>Des Moines, IA<br>Dept. 208<br>Judge Joseph Seidlin | League of United Latin<br>American Citizens of Iowa, et al<br>v.<br>Iowa Secretary of State Paul Pate,<br>in his official capacity | | P |
| 07/17/19 | Trial<br>Santa Clara Superior Court<br>San Jose, CA<br>Dept. 12<br>Judge Cynthia C. Lie | Jacobs v. Ramachandran | Marks | P |
| 10/24/19 | Trial<br>Santa Clara Superior Court<br>San Jose, CA<br>Dept. 3<br>Judge Patricia Lucas | Pesic v. Zouves | Goodman | D |

---

[11] SD – San Diego; LA – Los Angeles; LV – Las Vegas; SF – San Francisco; SJ – San Jose; SM – San Mateo
[12] P – Plaintiff/Petitioner/Prosecution; D – Defense

APPX-000456

**TRIAL AND DEPOSITION RECORD (from 2011 to present):**
**Linton A. Mohammed, Forensic Document Examiner**

| Date | Court [13] | Case | Attorney | P/D[14] |
|------|-----------|------|----------|---------|
| 12/19/19 | Deposition<br>Los Angeles, CA | Shenon v. New York Life | Shea | D |
| 12/19/19 | Hearing (by telephone)<br>Judge Garcia<br>JAMS<br>San Francisco, CA | Eden Housing Management<br>v.<br>Richardson | Gavin | P |

---

[13] SD – San Diego; LA – Los Angeles; LV – Las Vegas; SF – San Francisco; SJ – San Jose; SM – San Mateo
[14] P – Plaintiff/Petitioner/Prosecution; D – Defense

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF TEXAS
### SAN ANTONIO DIVISION

|  |  |
|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS, and AMERICAN GI FORUM OF TEXAS, INC., <br><br> Plaintiffs, <br><br> v. <br><br><br> TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY, Defendants. | Civil Case No. 5:19-cv-00963 |

## DECLARATION OF DR. LINTON A. MOHAMMED

# EXHIBIT C

AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the _General 2018_ Election was rejected by the early voting ballot board and was not counted.

Name of Voter _Onnae Adams Richardson_
VUID Number _1040885456_

Reason for Rejection: (Check As Appropriate)

_____ 1) Certificate on carrier envelope was not properly executed.
    _____ You failed to sign your signature or make your mark.
    _____ The witness failed to indicate on the envelope that you could not make a mark.
    _____ The assistant or witness failed to print their name.
    _____ The assistant or witness failed to sign their name.
    _____ The residence address of the assistant or witness was not given.

__✓____ 2) It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

_____ 3) Application for ballot by mail did not state a legal ground for voting by mail.

_____ 4) Voter registration records indicated you did not have an effective registration for this election.

_____ 5) Address to which ballot was mailed was not outside the county. Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

_____ 6) The residence address on the statement of residence is not located in the political subdivision conducting the election.

_____ 7) The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence. Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected.

_____ 8) The statement of residence was not included in the carrier envelope.

_____ 9) No identification was included with your mail ballot.

_____ 10) Other:

_____

_____

_Rw Davis_
Signature of Early Voting Ballot Board Judge

_11/3/2018_
Date

APPX-000459

# **Ballot By Mail Request Form**

Registration Address
George Adams Richardson
4070 Sweetwater Dr
College Station, TX 77845

**OFFICE USE ONLY**
Voter ID 0 40885456
Precinct


1040865456

I am over 65 years of age and requesting an **Annual Ballot By Mail** to receive a ballot for all elections in 2018, including any **Democratic Party** elections, local elections, and the November 2018 General Election. Mail my ballots to the address indicated above (unless noted otherwise below).

**SIGNATURE (FIRMA)**

*Must be signed. Do not print. If you cannot sign, make a mark and have witness fill out the box to the right.*

*I certify that the information given in this application is true, and I understand that giving false information in this application is a crime.*

If you are not able to receive ballots at the address where you are registered to vote, the ballot may be mailed to an alternate address. This address may only be one of the following. Check which address you are using:

☐ A hospital, nursing home, retirement center or other long-term care facility.

☐ The address of a person related to applicant. Relationship: _____

☐ Mailing Address listed on applicant's voter registration card.

| Mailing Address | Address where ballot |
| --- | --- |
| George Richardson | should be sent, if different: |
| 4070 Sweetwater Dr | |
| College Station, TX 77845 | |

**FOR WITNESS (Only if Applicant Cannot Sign):**
If applicant is unable to make mark,
Witness shall check here: ☐
Witness Name _____
Witness Address _____

Relationship to Applicant *(Check One)*
☐ spouse ☐ child ☐ reside at same address as applicant
☐ other: _____
Witness Signature _____
Date _____

If you are unable to sign your name (due to a physical disability or illiteracy), the application may be signed for you by a Witness. You must affix your mark to the application or, if you are unable to make a mark, then the Witness must sign and provide his or her printed name and residence address. Unless the Witness is a close relative of the voter (parent, grandparent, spouse, child or sibling), it is a Class B misdemeanor for a person to witness more than one application in a calendar year.

APPX-000460



**TRUDY HANCOCK,** REO, CERA
ELECTIONS ADMINISTRATOR
300 E WM J BRYAN PRKWY,
SUITE 100
BRYAN TX 77803
(979) 361-5770
(979) 361-5779 (Fax)

# BRAZOS COUNTY

November 26, 2018

Mr. George Richardson
4070 Sweetwater Drive
College Station, Texas 77845

RE:  Ballot By Mail

Dear Mr. Richardson:

I saw in The Eagle that you had some concerns of how your ballot by mail was qualified for the November 6 General Election. I understand that you were upset but I want to assure you that we follow the Texas Election Code in the processes of qualifying a ballot that is received in the mail.

The early voting ballot board is comprised of individuals appointed by both parties. A team of two volunteers from opposite parties work together. The team compares the signature on the courier envelope to the signature on the application for ballot by mail to determine if the person that voted and returned the ballot is the same person who requested it. It is up to that team to make the determination if the signatures are similar enough to accept the ballot. This is the procedure that is set up in the Texas Election Code.

I hope this explanation helps ease your confusion and frustration with voting by mail. I have enclosed a copy of your application for ballot by mail and your courier envelope.

If you should have any questions, please feel free to contact me at any time.

Sincerely,

Trudy R. Hancock, REO, CERA
Elections Administrator

Enc.

**Instructions:** This envelope must be sealed and signed by the voter before it leaves the voter's hands. Do not sign this envelope unless the ballot has been marked by you or at your direction. This carrier envelope may not be used to return more than one voter's ballot. For instructions on the methods and deadlines to deliver this carrier envelope, see the "Information About Returning your Carrier Envelope," included with the materials sent to you with your ballot. (Instrucciones al Votante: Selle este sobre y después firme su nombre en el espacio proporcionado abajo. Este sobre debe de ser sellado y firmado por el votante antes de que el votante lo entregue. No firme este sobre a menos de que la boleta haya sido llenada por usted o bajo su dirección. Este sobre de envío no debe ser utilizado para entregar la boleta de más de un solo votante. Para obtener instrucciones sobre los métodos y plazos para entregar este sobre de envío, vea la "Información Sobre Cómo Devolver su Sobre de Envío," incluido con los materiales enviados a usted con su boleta.)

certify that the enclosed ballot expresses my wishes independent of any dictation or undue persuasion by any person. (Certifico que la boleta adjunta expresa mis deseos independientemente de ningún dictado o persuasión indebida por parte de cualquier persona.)

X _____Berry M. Richardson_____
SIGNATURE OR MARK OF VOTER (FIRMA O MARCA DEL VOTANTE)

**SEAL ENVELOPE AND SIGN OVER SEALED FLAP**
(SELLE EL SOBRE Y FIRME ENCIMA DE SOLAPA DEL SOBRE)            ➡

**Instructions to Assistant:** A voter may only be assisted with reading or marking the ballot if they have a physical disability that renders them unable to write or see, or have an inability to read the language in which the ballot is written. If you are assisting the voter, you must read the oath and complete the section below, before assisting the voter. (Instrucciones al Asistente: Un votante puede recibir ayuda para leer o llenar la boleta solamente si el votante tiene una discapacidad física la cual le impide escribir o ver, o al no tiene la habilidad de leer el lenguaje en el cual la boleta está escrita. Si usted le proporcionará ayuda a un votante, usted debe leer el juramento y llenar la siguiente sección abajo, antes de asistir al votante.)

**Oath of Person Assisting Voter:** I swear (or affirm) that I will not suggest, by word, sign, or gesture, how the voter should vote; I will confine my assistance to answering the voter's questions, to stating propositions on the ballot, and to naming candidates and, if listed, their political parties; I will prepare the voter's ballot as the voter directs; and I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs. (Juramento de la Persona Asistiendo al Votante: Juro (o afirmo) que no sugeriré con palabras, señales, o gestos, la manera en la cual el votante debe votar; limitaré mi asistencia a responder las preguntas del votante, leer propuestas en la boleta, nombrar los candidatos, y si es mencionado, su partido político; prepararé la boleta del votante de acuerdo a sus instrucciones; y yo no soy el empleador del votante, un agente del empleador el votante, o un oficial o agente de un sindicato al cual el votante pertenece.)

**Instructions to Witness:** You are serving as a witness for _____ (name of voter). You must complete the section below if you witness the mark of the voter, or if the voter cannot make a mark. If the voter cannot make a mark, check here _____. (Instrucciones al Testigo: Usted esta fungiendo como testigo para _____ (nombre del votante). Usted debe llenar la siguiente sección abajo si usted fue testigo de que el votante firmo, o de que el votante no puede firmar. Si el votante no puede firmar, marque sus iniciales equí _____.)

**Instructions to Person Depositing Carrier Envelope in Mail or to Common or Contract Carrier:** If you are assisting a voter by depositing the carrier envelope in the mail or with a common or contract carrier, you must complete the section below. (Instrucciones a la Persona Quien Deposita el Sobre de Envío en el Correo o Entrega al Transportista Público o Comercial: Si usted asistirá al votante a depositar el sobre de envío en el correo o con un transportista público o comercial, usted debe llenar la sección que aparece abajo.)

If you are an assistant or witness, check the appropriate box below and provide information: (Si usted es un asistente o testigo, marque la casilla correcta y proporcione su información:)

| Assistant/ Asistente ☐ Witness/ Testigo ☐ | Signature (Firma) | Printed Name (Nombre Impreso) | Street Address (Domicilio residencial) |
|---|---|---|---|
| Assistant/ | | Printed Name (Nombre Impreso) | Street Address (Domicilio residencial) |

‖‖‖‖‖‖‖ L040885456 (BS11)
30S33373120     2
RICHARDSON, GEORGE ADAMS
070 SWEETWATER DR.
COLLEGE STATION, TX 77845

**Nombre de Elección:** _____

**Date of Election (Fecha de Elección):** ___/___/___

# Exhibit 15

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

---oOo---

DR. GEORGE RICHARDSON, ROSALIE  )
WEISFELD, AUSTIN JUSTICE        )
COALITION, COALITION OF TEXANS  )
WITH DISABILITIES, MOVE TEXAS   )
CIVIC FUND, LEAGUE OF WOMEN     )
VOTERS OF TEXAS, AND AMERICAN   )
GI FORUM OF TEXAS, INC.,        )
                                )
          Plaintiffs,           )
vs.                             ) No. 5:19-cv-00963
                                )
TEXAS SECRETARY OF STATE,       )
TRUDY HANCOCK, IN HER OFFICIAL  )
CAPACITY AS BRAZOS COUNTY       )
ELECTIONS ADMINISTRATOR AND     )
PERLA LARA IN HER OFFICIAL      )
CAPACITY AS CITY OF MCALLEN,    )
TEXAS SECRETARY,                )
                                )
          Defendants.           )
_____ )


Remote Videotaped Oral Deposition of

LINTON A. MOHAMMED, PhD

30(b)(6)

Monday, May 4th, 2020




Reported by:
KIMBERLEE SCHROEDER, CSR, RPR, CCRR
TX CSR 10925 - CA CSR 11414

2

```
 1                    APPEARANCES

 2        (All Appearances Via Remote Videoconference)

 3  For the Plaintiffs:

 4     TEXAS CIVIL RIGHTS PROJECT
       By:  HANI MIRZA
 5          RYAN COX
            ZACHARY DOLLING
 6          Attorneys at Law
       1405 Montopolis Drive
 7     Austin, Texas 78741
       Ph:  512-474-5073
 8     E-mail:  hani@texascivilrightsproject.org
                ryan@texascivilrightsproject.org
 9                zachary@texascivilrightsproject.org

10  - and -

11     WILLKIE, FARR & GALLAGHER, LLP
       By:  JOANNA SURIANI
12          Attorney at Law
       1875 K Street NW
13     Washington, D.C. 20006
       Ph:  202-303-1193
14     E-mail:  jsuriani@willkie.com

15     By:  SAMUEL KALAR
            Attorney at Law
16     787 Seventh Avenue
       New York, New York 10019
17     Ph:  212-728-8724
       E-mail:  skalar@willkie.com

18

19  For the Defendant Texas Secretary of State:

20     OFFICE OF THE ATTORNEY GENERAL OF TEXAS
       By:  ANNE MARIE MACKIN
21          Assistant Attorney General
       General Litigation Division
22     P.O. Box 12548, Capitol Station
       Austin, Texas 78711
23     Ph:  512-463-2798
       E-mail:  anna.mackin@oag.texas.gov

24
    (Continued)
25
```

3

1                    APPEARANCES (Continued)

2  For the Defendant Perla Lara in Her Official Capacity as
   City of McAllen, Texas Secretary:
3
       CITY OF MCALLEN
4      By:  ISAAC JOEL TAWIL
            AUSTIN STEVENSON
5           Attorneys at Law
       1300 W Houston Ave
6      McAllen, Texas 78501-5002
       Ph:  956-681-1090
7      E-mail:  itawil@mcallen.net
                astevenson@mcallen.net
8

9  Also Present:

10     AMELIA CHRISTOPHER, Videographer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

4

1                        I N D E X

2    DEPOSITION OF LINTON A. MOHAMMED, PhD

3    EXAMINATION                                    PAGE

4   BY MS. MACKIN                                     8
    BY MR. MIRZA                                     91
5
    ERRATA AND SIGNATURE                             94
6   REPORTER'S CERTIFICATION                         96
                        ---oOo---
7
                         EXHIBITS
8
    DEFENDANTS'                                     PAGE
9
    Exhibit 1   Defendant Secretary of State's      10
10              Notice of Oral Deposition of Dr.
                Linton A. Mohammed
11
    Exhibit 2   Declaration of Dr. Linton A.        11
12              Mohammed

13  Exhibit 3   Honors Theses, "Form-Blindness and  79
                Its Implications:  A Verification
14              Study," Meredith G. Moody

15                      ---oOo---

16

17

18

19

20

21

22

23

24

25

Integrity Legal Support Solutions
www.integrity-texas.com

Linton Mohammed - 5/4/2020

5

1          BE IT REMEMBERED that on Monday, May 4, 2020,

2   commencing at the hour of 11:17 a.m., via remote

3   videoconferencing, before me, KIMBERLEE SCHROEDER, a

4   Certified Shorthand Reporter in and for the State of

5   Texas and the State of California, duly authorized to

6   administer oaths pursuant to Section 30(c) of the

7   Federal Rules of Civil Procedure and the Texas Rules of

8   Civil Procedure, personally appeared.

9               LINTON A. MOHAMMED, PhD,

10  called as a witness herein by the Defendants, who,

11  having been duly sworn, was thereupon examined as

12  hereinafter set forth.

13

14

15

16

17

18

19

20

21

22

23

24

25

1           P R O C E E D I N G S

2   Monday, May 4th, 2020                          11:17 a.m.

3                       ---oOo---

4           THE REPORTER:  This is the deposition of

5   Linton Mohammed in the matter of Dr. George Richardson,

6   Rosalie Weisfeld, Austin Justice Coalition, Coalition of

7   Texans with Disabilities, Move Texas Civic Fund, League

8   of Women Voters of Texas, and American GI Forum of

9   Texas, Inc. v. Texas Secretary of State, Trudy Hancock,

10  in her official capacity as Brazos County Elections

11  Administrator and Perla Lara in her official capacity as

12  City of McAllen, Texas Secretary.

13          We are appearing via remote videoconferencing

14  due to the COVID-19 Pandemic.  We are on the record at

15  11:17 a.m.  My name is Kimberlee Schroeder, and I am the

16  Certified Shorthand Reporter, reporting for Integrity

17  Legal Support Solutions, P.O. Box 245, Manchaca, Texas

18  78652.

19          Would all persons present please introduce

20  themselves for the record?

21          MS. MACKIN:  This is Anna Mackin with the

22  Texas Attorney General's Office, and I represent the

23  defendant Texas Secretary of State.

24          MR. MIRZA:  This is Hani Mirza with the Texas

25  Civil Rights Project, and I represent the plaintiffs in

1   in this case.

2          MR. COX:  Ryan Cox, also on behalf of

3   plaintiffs.

4          MR. KALAR:  This is Samuel Kalar of the law

5   firm Willkie, Farr & Gallagher, also on behalf of the

6   plaintiffs.

7          MS. SURIANI:  This is JoAnna Suriani, also of

8   the law firm Willkie, Farr & Gallagher, on behalf of

9   plaintiffs.

10          MR. TAWIL:  This is Isaac Tawil representing

11   Perla Lara in her individual capacity as Secretary of

12   the City of McAllen.

13          MR. MIRZA:  I don't think there's anybody else

14   on plaintiffs' side.

15          THE REPORTER:  Mr. Dolling or...

16          Should I just swear in the witness if they're

17   shy?

18          MR. MIRZA:  Yes.

19          THE REPORTER:  Okay.  Sir, would you raise

20   your right hand to be sworn?

21          THE WITNESS:  Yes.

22             LINTON A. MOHAMMED, PhD,

23   after being first duly sworn remotely by the Certified

24   Shorthand Reporter, was examined and testified as

25   follows:

42

1  examination are tested for form-blindness.  And if you

2  -- if they don't pass, then they don't go any further.

3         But to answer your question, no one knows.

4     **Q.   All right.  Jumping ahead to paragraph 28.**

5  **This is where the bulk of your citations begin.  At**

6  **footnote 3, Mr. Hilton's 1965 article in The Journal of**

7  **Criminal Law, Criminology and Political [sic] Science**

8  **called "A further look at writing standards."**

9         **You cited that authority for the proposition**

10 **that, at a minimum, 10 sample signatures are usually**

11 **required for an accurate signature determination.**

12    A.   Yes.

13    **Q.   Is 10 signatures still the standard in the FDE**

14 **community for determining whether signatures were**

15 **executed by the same person?**

16    A.   Generally, people tend to ask for 15 to 20.

17         When Mr. Hilton wrote this, you had more

18 people in the community who were trained to write, and

19 they had better-quality signatures.  In today's world

20 where people are not taught to write, you're going to

21 get more variation in signatures.  So you tend to

22 require more specimen signatures.

23         For example, people back to Dr. Richardson's

24 case, if I got a case like that, if one of the

25 signatures are questioned, I would ask for specimen

1   signatures.  Depending if he was a medical doctor

2   signing prescriptions, I would ask for specimen

3   signatures of him writing more formal documents because

4   of what's called, it's called a range of variation.

5           And I can give you an example of a range of

6   variation.  Let's say, you know, you are in a garden or

7   if you're in the house doing something and someone comes

8   to the door with a FedEx package, especially in these

9   times, you know.

10      **Q.   I was going to say, that happens a lot lately.**

11      A.   Right.  Exactly.  You probably give them a

12  very scribbled signature using a stylus on a substrate.

13          Let's say times have improved, and afterwards,

14  you go down to your attorney's office to sign your last

15  will and testament.  The signature on the FedEx -- the

16  FedEx courier got and the signature on your last will

17  and testament, they may represent your range of

18  variation.  Generally, you sign something somewhere

19  between those each time you sign.

20          So that's why you need to get not just ten

21  signatures, but ten contemporaneous signatures, and ten

22  signatures that are on like documents.

23          MR. MIRZA:  I just want to note for the record

24  the citations name is The Journal of Criminal Law,

25  Criminology, and Police Science.

44

1          MS. MACKIN:  Oh, I'm sorry.  Thank you for

2    that.  That's a strange Freudian slip.  I didn't study

3    government, nothing like that.

4          **Q.   Okay.  Moving down to paragraph 30,**

5    **Dr. Mohammed, you note that a signature comparison may**

6    **normally take a minimum of two hours.**

7          A.   Yes.

8          **Q.   A comparison for what purpose?**

9          A.   In my field, I have to talk about a forensic

10   examination of signatures.

11         **Q.   Okay.**

12         A.   So I have to compare the signatures.  I have

13   to sketch the signatures out, go through my checklists

14   and look for the various species to see what's similar,

15   what's dissimilar, look at the line quality.  Several

16   things like that.  So a minimum two hours, normally

17   about four hours.

18         **Q.   In this case, in looking at Dr. Richardson's**

19   **signature, you mentioned a moment ago that it only took**

20   **you a few minutes to look at those two signatures; is**

21   **that right?**

22         A.   That's correct.

23         **Q.   And how are you able to make your**

24   **determination so quickly?**

25         A.   Well, they were -- they were pictorially dis-

Linton Mohammed - 5/4/2020

53

1  considered whether laypeople and forensic document

2  examiners were -- strike that.  Sorry, I did not ask

3  that very well.

4        Do any other studies separate these types of

5  signature-matching errors into Type I and Type II in the

6  same way that this 2001 Kam study did?

7     A.   The only other study might have been

8  Dr. Merlino's study, which was further on this -- in

9  this document.

10     Q.   Okay.

11     A.   The study mentioned in chapter 36 looked at

12  the error rates between laypersons and the FDEs, but

13  didn't specify further about Type II or Type I errors.

14     Q.   And just to be clear, you mentioned the --

15  actually, that's fine.  We'll cover that.  All right.

16        In paragraph 36, second to the last sentence

17  says, "It must be noted that these error rates occurred

18  when adequate signature samples and examination time

19  were available."

20        What do you mean by "adequate signature

21  samples" in this paragraph?

22     A.   I'm sorry, is that the second to the last

23  paragraph?

24     Q.   The last --

25     A.   The second to the last sentence?

1       Q.   Yes.  Yes, sir.

2       A.   Okay.  Right.  So in the Australian case, they

3  had the adequate amount of signature samples, at least

4  10 I would think, and they had enough time to do the

5  comparisons.  In fact, they had as much time as they

6  required.

7            So if -- if these are the error rates when you

8  have optimum conditions, considering they're using

9  copies and so on, if you reduce the amount of standard

10  specimens and you reduce the amount of time available,

11  then this, presumably, the error rates will be bigger.

12      Q.   Do you know what question the participants in

13  the study cited in footnote 7 were asked?

14      A.   Similarly -- again, similar to the study

15  above, they were given genuine signatures and simulated

16  signatures, and they were asked to compare them with

17  specimen signatures of the individuals concerned.  And

18  just simply asked if they were genuine or non-genuine to

19  some degree of confidence.

20      Q.   And so did it ask the participants to evaluate

21  the signatures using the standard for expressing

22  conclusions of forensic document examiners?

23      A.   It would have been a conclusion of that.  I

24  would think it probably used maybe a 5-point scale with

25  wrote, probably wrote, inconclusive, probably did not

58

1  as Type I or Type II; is that right?

2      A.   That's correct.  I just gave basic error rates

3  between the FDEs and the laypersons.  They did not give

4  a further breakdown into Type I and Type II.  That is

5  correct.

6      Q.   Moving on to the next page, page 15, paragraph

7  39 begins, "To make such a judgment reliably requires,

8  at a minimum," then it lists a few items below that.

9          What do you mean by "such a judgment" in this

10 context?

11     A.   The such a judgment would be did someone write

12 the signature or did they not write the signature.

13     Q.   Okay.

14     A.   That's -- that's the judgment I think the

15 election officials are being asked to make.

16     Q.   Okay.

17     A.   The FDEs are being asked to make as well.

18     Q.   So when you're thinking about a judgment on a

19 signature comparison, are you thinking of it in terms of

20 a forensic judgment with the requisite degree of

21 certainty that you would want to have as a forensic

22 document examiner?

23     A.   Yes.  If I'm going to say that something is

24 genuine or non-genuine, I would need to have all of the

25 factors considered -- all the factors and all the

1  **between two signatures, that doesn't necessarily mean**

2  **that someone comparing the two will determine that**

3  **they're not a match; does it?**

4  　　　　　MR. MIRZA:  Objection.  Form.

5  　　　　　THE WITNESS:  No.  In fact -- in fact, that's

6  why you need multiple specimen signatures because you

7  have to determine the writer's range of variation, and

8  then when you examine with it the questioned signature,

9  you have to determine if any feature in that signature,

10  let's call it the questioned signature, falls outside of

11  the range of variation you observe in the specimen

12  signatures.

13  　　　　　And then you have to determine is that

14  variation, extra variation, can it be reasonably

15  explained, or is there no reasonable explanation for it.

16  And if it's the latter, then it becomes a difference,

17  and you're talking about two different writers.

18  　　　　　MS. MACKIN:  Q.  All right.  Thank you.

19  　　　　　Let's move now to page 20.  You talk in

20  paragraph 41, which begins on page 18, about a

21  distinction between difference and variation.  And then

22  you say at the end of paragraph 41, you say, "It is very

23  unlikely that a Texas election official will have the

24  knowledge, training and experience to properly account

25  for these factors."

1          Did I read that right?

2     A.   That is -- that is correct.

3     **Q.   And what is your basis for that statement?**

4     A.   The basis is my own training as a forensic

5  document examiner.  When I was trained -- excuse me --

6  my continuing education, when I have trained examiners

7  and what the examiner needs to be trained in, they need

8  to see multiple signatures of all different types over

9  at least 18 months to two years.  They have to

10  understand and appreciate causes of variation.  Huber

11  and Headrick mentioned 20 possible causes in their book.

12          So I doubt it very much, and please correct me

13  if I'm wrong, that a Texas election official or any

14  layperson will have the sort of training and experience.

15  Even people who work in banks and see many, many

16  signatures, even some of them don't have the proper

17  experience to look for and assess whether there is a

18  difference or a variation.

19          And that's -- that's the key point.  Variation

20  is one writer; difference, two writers.

21     **Q.   Okay.  Did you independently verify whether**

22  **Texas election officials receive any training other than**

23  **the 2018 handbook that you considered?**

24     A.   I look at the handbook, and also -- I think I

25  also did a Google search to see if there was anything

1  else on Texas instructions.  Only one state it is done.

2  But Colorado actually has a training manual, which is

3  not bad at all.  Still not good enough.  But I cannot

4  find anything in Texas that would talk about how the

5  officials are trained.

6       **Q.   Other than the Google search, did you**

7  **investigate that any further?**

8       A.   No.

9       **Q.   All right.  Paragraph 42 states that,**

10 **"Laypersons are significantly more likely than FDEs to**

11 **incorrectly reject authentic signatures of illiterate**

12 **writers."  And for that proposition, you cite a 1965**

13 **article by O. Hilton.**

14       **Is that the same article cited in note 3 of**

15 **your report?**

16      A.   Yes.  That would have been the same -- the

17 same article.

18       **Q.   Did that article discuss the ability of**

19 **laypersons to evaluate signatures?**

20      A.   It actually discusses the ability of FDEs to

21 evaluate signatures of people who have problems --

22 problems signing for various reasons.  And it discusses

23 the need for even more standards, specimen signatures,

24 when writers like these are involved.

25       So the FDE would tend to know what to ask for,

Linton Mohammed - 5/4/2020

66

1    what to look for, and then if they don't have enough

2    material, then they would go inconclusive.  A layperson

3    may not have this knowledge, and probably will make a

4    call -- make a call on what they see -- what they have

5    in front of them, and they incorrectly interpret a

6    variation as a difference.

7        Q.   But I just want to make sure I'm clear.

8             This 1965 article by Hilton, it didn't

9    specifically discuss the ability of laypersons to

10   evaluate signatures; did it?

11       A.   No.  It discussed the ability -- the ability

12   of trained examiners to examine the signatures of

13   illiterate writers and people like that.

14       Q.   All right.  And then you continue that,

15   "...writers for whom English is a second language,

16   elderly writers, disabled writers, and writers with

17   health conditions."

18       A.   Yes.

19       Q.   And for that, for all of those propositions,

20   you have two citations.  Notes 13 and 14, which are both

21   additional articles by Hilton.

22       A.   Yes.

23       Q.   Okay.  Did you look at anything more recent to

24   support the assertion that laypersons are more likely

25   than FDEs to incorrectly reject authentic signatures

1  **from these groups of people?**

2      A.   No.   What I based that on is that FDE -- I'm

3  sorry.   Was there an -- an objection?

4          MR. MIRZA:  No.

5          THE WITNESS:  Okay.  Sorry.  Okay.

6          What I based that sentence on was that FDEs

7  have problems with signatures of these types of people,

8  elderly writers, disabled writers with health

9  conditions, and trained FDEs who know what to look for

10  and how to assess features, and they make errors with

11  these types of signatures, especially if they have

12  inadequate specimens.

13          So from that, I'm extrapolating to say that if

14  the trained FDE has made errors, then the layperson will

15  probably make more errors based on the previous research

16  where they used signatures of healthy signers.

17          MS. MACKIN:  Q.   Okay.  So the article cited

18  in notes 13 -- in notes 13 and 14 addressed the ability

19  of FDEs to evaluate the authenticity of signatures, but

20  not the ability of laypersons to do so; is that right.

21      A.   That's correct, yes.

22      **Q.   Have you done any research or published any**

23  **studies about the ability of persons with certain health**

24  **conditions to provide consistent signatures over time?**

25      A.   The most recent, I was a co-author, was

1  signatures of people with both Alzheimer's and dementia.

2  That was published, I think, earlier this year.

3        And the result from that was that dementia

4  doesn't make much of a difference to the execution of

5  signatures.

6        **Q.   Have you done any other studies in a**

7  **similar --**

8        A.   No.

9        **Q.   Okay.  At the end of paragraph 42, you mention**

10  **laypersons, and you reference "...laypersons' tendencies**

11  **to err on the side of incorrectly finding authentic**

12  **signatures to be non-genuine."**

13        A.   Yes.

14        **Q.   What is the basis for your statement that**

15  **laypersons tend to err on the side of incorrectly**

16  **finding authentic signatures to be non-genuine?**

17        A.   Those are the Type II errors that we discussed

18  earlier where the -- the person would say a genuine

19  signature is non-genuine.  The Kam study that talked

20  about the Type II errors used, again, signatures of

21  healthy people, but there's no issues with the

22  handwriting or the signatures.

23        So the variation would have been more

24  consistent on like people who are ill, elderly.  The

25  derivation would be even expanded, much greater than the

1   healthy people.  So since laypersons had more issues

2   than FDEs with healthy people, it stands to reason that

3   they would have more issues with unhealthy people, since

4   there's much greater variation in the signatures of

5   unhealthy individuals.

6        **Q.   Now, I just want to make sure that I**

7   **understand something.  The three studies that you cited**

8   **for that proposition -- let's see -- the Kam study from**

9   **2001, the Sita study from 2002, and then the Merlino**

10  **study from January of 2015.**

11            **For the Kam study, how -- were the**

12  **participants asked to use the standard for expressing**

13  **conclusions of forensic document examiners in providing**

14  **their responses?**

15       A.   I think they would have been asked to use a

16  condensed version, maybe nine levels, or they would have

17  been asked to use five.

18       **Q.   Okay.  And then the Sita study, were the**

19  **participants in that study asked to use the standard for**

20  **expressing conclusions of forensic document examiners in**

21  **providing their responses?**

22       A.   Again, I don't recall offhand what they used.

23  It would have been a similar scale.  That's what they

24  used in Australia at that time.

25       **Q.   All right.  Then how about the Merlino study?**

Linton Mohammed - 5/4/2020

72

1          THE WITNESS:  No.  The inconclusives would not

2     have counted in the data -- in the stats.

3          MS. MACKIN:  Q.  Okay.

4     A.    Just in the forced calls, yeah.

5     **Q.    Thank you.  I appreciate that.  Thank you for**

6     **bearing with me on that.**

7     A.    No, no.  Not at all.  Not at all.

8     **Q.    Okay.  Moving on to paragraph 43, you are**

9     **discussing writers for whom English is a second language**

10    **and stating that they're more likely to have wide ranges**

11    **of variation in their signatures.**

12         **What is your basis for that statement?**

13    A.    If you look at the first line, "Since

14    signatures are developed as a motor program in the

15    brain," as I mentioned before, once the signature is

16    developed when you sign, you don't even think about it.

17    What you're doing is done unconsciously.

18         If, for example, you write in a different

19    language or you speak a different language, the examples

20    I give here, for example, Chinese, where you use

21    ideograms, or in Arabic, where they go from right to

22    left.  Now they have to go from right -- from left to

23    right in our script.

24         So that is going to make a difference in the

25    motor program.  They have to relive the motor program

Linton Mohammed - 5/4/2020

73

1  for the new signature.  Because of that, you may find

2  that -- you're going to find that you're going to have

3  more variation in a signature until they learn to write

4  this new signature properly, and that might take a few

5  years.

6      **Q.   Moving on to page 23.  About halfway down the**

7  **page, "Young writers will presumably need to sign less**

8  **often due to the increased use of personal**

9  **identification numbers and other non-handwritten forms**

10  **of identification."**

11      **What is your basis for that statement?**

12      A.   That's just based on my -- on my experience

13  in -- in casework.  I did look for a published piece.  I

14  couldn't find any.  I don't think any research has been

15  done.  If you think, people of my age would be used to

16  signing lots of checks and so on.  So their signatures

17  would develop more experience writing their signatures.

18      Younger people who tend to use, like,

19  chip-and-PIN cards, things like that, don't even use

20  checks.  You find that they have less practice writing

21  their signature.  So they tend to have a less-developed

22  signature than a person maybe 20, 30 years ago.

23      **Q.   All right.  Then towards the end of the**

24  **paragraph, you state that, "This will lead to an**

25  **increased range of variation in a young writer's**

1  signature."

2           So is it the case that the less experienced

3  someone is in writing their signature, the more

4  variation there will be in their signature?

5           MR. MIRZA:  Objection.  Form.

6           THE WITNESS:  Yes.  I think the less

7  experienced they are, it will be a less -- or a more

8  conscious effect -- effort to execute the signature.  So

9  you're going to get more variation than a person who was

10  used to writing their signature.

11           MS. MACKIN:  Q.  So just to make sure I'm

12  understanding your testimony, correct me if I'm wrong,

13  are you saying that there's less variation in a

14  signature once it becomes memorized to the point that

15  the person doesn't have to think about it?

16      A.   Again -- again, it depends on the -- on the

17  individual writer.  Some people have a very narrow range

18  of variation.  Some people have a very wide range of

19  variation.  So it really depends on the individual.

20      Q.   Then the next sentence says, "The handwriting

21  of adolescents can cause difficulties even for trained

22  FDEs."  What do you mean by "adolescents" in this

23  sentence?

24      A.   In this case, it will be someone between 18

25  and 19, because, I mean, those are people who can vote.

75

1   I actually talk about people who are much younger, 13,

2   14.  In this context, it wouldn't have mattered that

3   much.  I can tell you from a document examiner point of

4   view, if I'm asked to look at writing -- handwritings of

5   people who are 12, 13, 14, my answer is no because their

6   writing is not developed, and there's also lots of

7   variation in there.

8        **Q.   Okay.  Moving to page 24, at the very end of**

9   **what would be paragraph 45, it states, "Unfamiliarity**

10  **with the different signature styles may impact a**

11  **reviewer's ability to determine whether two signatures**

12  **come from the same person and would likely cause a**

13  **layperson to decide that the compared signatures exhibit**

14  **differences when the changes in features are simply**

15  **variations."**

16          **What is your basis for that statement?**

17       A.   Well, let's go back up to page 23, paragraph

18  45.  So you can see there the three images of three

19  different styles of signatures.

20       **Q.   Yes.**

21       A.   So for the first style where it's text-based,

22  people can read that.  The second part, partially

23  text-based, partially stylized.  And then the third one

24  is totally stylized.  But a totally stylized signature

25  is purely a pattern.  The mixed style signature is

```
 1   STATE OF TEXAS     )

 2                  REPORTER'S CERTIFICATION

 3           I, KIMBERLEE SCHROEDER, CSR, RPR, CCRR,

 4   Certified Shorthand Reporter for the State of Texas,

 5   License No. 10925 and the State of California, License

 6   No. 11414, hereby certify that the witness was duly

 7   sworn and that this transcript is a true record of the

 8   testimony given by the witness.

 9           I further certify that I am neither counsel

10   for, related to, nor employed by any of the parties or

11   attorneys in the action in which this proceeding was

12   taken.  Further, I am not a relative or employee of any

13   attorney of record in this cause, nor am I financially

14   or otherwise interested in the outcome of the action.

15           Subscribed and sworn to by me this day, the

16   21st day of May, 2020.

17

18

19

20           _____

21           KIMBERLEE SCHROEDER, CSR, RPR, CCRR
             TX CSR No. 10925 - CA CSR No. 11414
22

23

24

25
```

# Exhibit 16

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS, and AMERICAN GI FORUM OF TEXAS, INC., | § § § § § § § § § | |
| *Plaintiffs* | § § | |
| v. | § § | Civil Case No. 5:19-cv-00963-OG |
| TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY, | § § § § § § § | |
| *Defendants.* | § § | |

**DECLARATION OF CHRIS RAINBOLT**

My name is Chris Rainbolt. I am over the age of 18 and capable of making this declaration. The facts stated herein are true within my personal knowledge.

1. Plaintiffs produced to Defendants two Excel spreadsheets containing information related to the 2016 and 2018 elections in Texas. The information was collected by the United States Election Assistance Commission. I received these documents from the Texas Secretary of State in response to a Public Information Act Request sent June 25, 2019.

2. To calculate the number of mail-in ballots rejected in Texas for alleged mismatched signatures during the 2016 General Election (1,567), I added all numerical values from the 2016 spreadsheet column "OU" labeled "Absentee Ballots Rejected Non-Matching Signature."

3.   To calculate the number of mail-in ballots rejected in Texas for any reason during the 2016 General Election (6,131), I added all numerical values from the 2016 spreadsheet column "PV" labeled "Absentee Ballots Rejected Total Check."

4.   To calculate the number of Uniformed & Overseas Citizens Absentee Voting Act ("UOCAVA") mail-in ballots rejected in Texas for signature problems during the 2016 General Election (367), I added all numerical values from the 2016 spreadsheet column "ID" labeled "UOCAVA Rejected Problem with Voter Signature."

5.   To calculate the number of UOCAVA mail-in ballots rejected in Texas for any reason during the 2016 General Election (3,561), I added all numerical values from the 2016 spreadsheet column "IL" labeled "UOCAVA Ballots Rejected Total."

6.   To calculate the number of mail-in ballots rejected in Texas for alleged mismatched signatures during the 2018 General Election (3,746), I added all numerical values[1] from the 2018 spreadsheet column "JC" labeled "Absentee Ballots Rejected – Non-Matching Signature."

7.   To calculate the number of mail-in ballots rejected in Texas for any reason during the 2018 General Election (18,754), I added all numerical values from the 2018 spreadsheet column "IY" labeled "Absentee Ballots Rejected – Total."

8.   To calculate the number of UOCAVA mail-in ballots rejected in Texas for signature issues during the 2018 General Election (880), I added all numerical values from the 2018 spreadsheet column "HC" labeled "UOCAVA Absentee Ballots Rej-Signature Issue (no FWABs) Total."

---

[1] For all calculations using data from the 2018 spreadsheet, values of "-99" were treated as "null" or "no value."

9. To calculate the number of UOCAVA mail-in ballots rejected in Texas for any reason during the 2018 General Election (3,030), I added all numerical values from the 2018 spreadsheet column "GU" labeled "UOCAVA Absentee Ballots Rejected (no FWABs) Total."

This Declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: <u>June 21, 2020</u>            _____

                                        Chris Rainbolt
                                        Texas Civil Rights Project

# Exhibit 17

APPX-000493

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,      )
ROSALIE WEISFELD, AUSTIN    )
JUSTICE COALITION,          )
COALITION OF TEXANS WITH    )
DISABILITIES, MOVE TEXAS    )
CIVIC FUND, LEAGUE OF       )
WOMEN VOTERS OF TEXAS, and  )
AMERICAN GI FORUM OF        )
TEXAS, INC.,                )
    Plaintiffs,         )
                   )
vs.                         )  CASE NO. 5:19-cv-00963
                   )
TEXAS SECRETARY OF STATE,   )
TRUDY HANCOCK, IN HER       )
OFFICIAL CAPACITY AS        )
BRAZOS COUNTY ELECTIONS     )
ADMINISTRATOR, AND PERLA    )
LARA IN HER OFFICIAL        )
CAPACITY AS CITY OF         )
MCALLEN, TEXAS SECRETARY,   )
    Defendants.         )

ORAL AND VIDEO DEPOSITION

DR. GEORGE RICHARDSON

MAY 13, 2020

(REPORTED REMOTELY)

George Richardson - 5/13/2020

2

1      ORAL AND VIDEO DEPOSITION OF DR. GEORGE RICHARDSON,

2    produced as a witness at the instance of Defendant Texas

3    Secretary of State and duly sworn, was taken in the

4    above-styled and numbered cause on the 13th day of May,

5    2020, from 9:59 a.m. to 11:32 a.m., before Dana

6    Richardson, Certified Shorthand Reporter in and for the

7    State of Texas, reported remotely by computerized

8    stenotype machine, the witness located at the residence

9    of Dr. George Richardson, 4070 Sweetwater Drive, College

10   Station, Texas 77845, pursuant to the Federal Rules of

11   Civil Procedure and the provisions stated on the record

12   or attached hereto.

13

14

15

16

17

18

19

20

21

22

23

24

25

1                          APPEARANCES

2   FOR PLAINTIFFS:

3        Mr. Hani Mirza - (via webconference)
         TEXAS CIVIL RIGHTS PROJECT
4        1412 Main Street, Suite 330
         Dallas, Texas 75202
5        Telephone: (972) 333-9200
         E-mail: hani@texascivilrightsproject.org

6
             - and -
7
         Mr. Zachary D. Dolling - (via webconference)
8        TEXAS CIVIL RIGHTS PROJECT
         2202 Alabama Street
9        Houston, Texas 77004
         Telephone: (832) 767-3650
10       E-mail: zachary@texascivilrightsproject.org

11           - and -

12       Mr. Samuel Kalar - (via webconference)
         WILLKIE, FARR & GALLAGHER
13       787 Seventh Avenue
         New York, New York 10019-6099
14       Telephone: (212) 728-8000
         Fax:  (212) 728-8111
15       E-mail: skalar@willkie.com

16           - and -

17       Ms. JoAnna Suriani - (via webconference)
         WILLKIE, FARR & GALLAGHER
18       1875 K Street, N.W.
         Washington, DC 20006-1238
19       Telephone: (202) 303-1193
         Fax:  (202) 303-2193
20       E-mail: jsuriani@willkie.com

21   FOR DEFENDANT TEXAS SECRETARY OF STATE:

22       Ms. Anne Marie Mackin - (via webconference)
         ASSISTANT ATTORNEY GENERAL
23       P.O. Box 12548, Capitol Station
         Austin, Texas 78711-2548
24       Telephone: (512) 463-2798
         Fax:  (512) 320-0667
25       E-mail: anna.mackin@oag.texas.gov

4

1                    APPEARANCES - (CONT'D)

2   FOR DEFENDANT PERLA LARA IN HER OFFICIAL CAPACITY AS
    CITY OF MCALLEN, TEXAS SECRETARY:

3
         Mr. Isaac J. Tawil - (via webconference)
4            - and -
         Mr. Austin Stevenson - (via webconference)
5        CITY OF MCALLEN
         1300 West Houston Avenue
6        McAllen, Texas 78501-5002
         Telephone: (956) 681-1090
7        E-mail: itawil@mcallen.net; astevenson@mcallen.net

8
    FOR DEFENDANT TRUDY HANCOCK IN HER OFFICIAL CAPACITY AS
9   BRAZOS COUNTY ELECTIONS ADMINISTRATOR:

10       Mr. J. Eric Magee - (via webconference)
         ALLISON, BASS & MAGEE, LLP
11       402 West 12th Street
         Austin, Texas 78701
12       Telephone: (512) 482-0701
         Fax:  (512) 480-0902
13       E-mail: e.magee@allison-bass.com

14  ALSO PRESENT:

15       Mr. Bruce Erratt, Brazos County - (via web)
         Ms. Trudy Hancock - (via web)
16       Ms. Amelia Christopher, Video Technician - (via web)

17

18

19

20

21

22

23

24

25

George Richardson - 5/13/2020

5

1                          INDEX

2                                              PAGE

3   DR. GEORGE RICHARDSON

4   Examination by Ms. Mackin ........................8
    Examination by Mr. Mirza ........................43
5   Examination by Mr. Magee ........................44
    Examination by Mr. Tawil ........................51
6   Signature Page  .................................54
    Court Reporter's Certificate ....................55

7

8                        EXHIBITS

9

10  EXHIBIT              DESCRIPTION              PAGE

11
    Exhibit 1      Defendant Secretary of State's    11
12                 First Amended Notice of Oral
                   Deposition of Dr. George
13                 Richardson

14  Exhibit 2      Ballot By Mail Request Form       24

15  Exhibit 3      Carrier Envelope For Early        26
                   Voting Ballot
16
    Exhibit 4      Notice of Rejected Ballot         28
17
    Exhibit 5      Information About Returning       32
18                 Your Carrier Envelope

19  Exhibit 6      "Opinions" page from The Eagle,   36
                   November 19, 2018
20
    Exhibit 7      Statement of Compensation and     38
21                 Oaths

22  Exhibit 8      Plaintiff Dr. George              40
                   Richardson's Objections and
23                 Responses to Defendant
                   Secretary of State's First
24                 Requests For Admission,
                   Interrogatories, and Requests
25                 For Production

1          THE REPORTER:  We're on the record.

2    Today's date is May 13, 2020.  The time is 9:59 a.m.

3    This is the deposition of Dr. George Richardson taken in

4    the matter of Dr. George Richardson, Rosalie Weisfeld,

5    Austin Justin (sic) Coalition, Coalition of Texans With

6    Disabilities, Move Texas Civic Fund, League of Women

7    Voters of Texas and American GI Forum of Texas, Inc.,

8    Plaintiffs, v. Texas Secretary of State, Trudy Hancock,

9    In Her Official Capacity as Brazos County Elections

10   Administrator, and Perla Lara In her Official Capacity

11   as City of McAllen, Texas Secretary, Defendants.  This

12   is pending in the United States District Court for the

13   Western District of Texas, San Antonio Division in Civil

14   Action No. 5:19-cv-00963, and it is being conducted by

15   the Federal Rules and agreement of the parties to the

16   remote swearing of the witness.

17          The witness is -- is located at

18   4070 Sweetwater Drive, College Station, Texas 77845.

19          My name is Dana Richardson, Texas

20   Certified Shorthand Reporter No. 5386.  I'm

21   administering the oath and reporting the deposition

22   remotely by stenographic means from my residence within

23   the state of Texas.  My business address is care of

24   Integrity Legal Solutions, P.O. Box 245, Manchaca, Texas

25   78652.

```
 1              Dr. Richardson, please raise your right

 2   hand to be sworn.

 3              (Witness sworn)

 4              THE REPORTER:  Would counsel please state

 5   your -- state your appearance and location for the

 6   record, beginning with Plaintiff counsel.

 7              MR. MIRZA:  My name is Hani Mirza with the

 8   Texas Civil Rights Project.  I am representing

 9   plaintiffs in this case; and I am located in Dallas,

10   Texas.

11              THE REPORTER:  Ms. Mackin --

12              MR. KALAR:  I'm Samuel Kalar -- I'm Samuel

13   Kalar, also with the plaintiffs in this case, with the

14   law firm Willkie, Farr & Gallagher; and I'm located in

15   New York, New York.

16              THE REPORTER:  Thank you.

17              MS. SURIANI:  I'm JoAnna Suriani of the

18   law firm Willkie, Farr & Gallagher, also on behalf of

19   Plaintiffs.  I'm located in Washington, DC.

20              MS. MACKIN:  This is Anna Mackin with the

21   Texas Attorney General's Office.  I represent the

22   Defendant Texas Secretary of State in her official

23   capacity; and I am located in Austin, Texas.

24              MR. TAWIL:  My name is Isaac Tawil.  I

25   represent Perla Lara in her official capacity as
```

1  lawsuit is about voting by mail.  Other than voting by

2  mail, are you aware of any other options that are

3  available for casting a ballot in the state of Texas?

4       A.   Yes.

5       Q.   What are those?

6       A.   You can -- you can vote in person.

7       Q.   Anything else?

8       A.   I -- I guess I -- as an -- I'm not sure if an

9  absentee ballot is considered a ballot by mail or not,

10  but you can cast an absentee ballot.

11      Q.   Okay.  And are you aware of any other methods

12  for casting a ballot in Texas?

13      A.   No.

14      Q.   Okay.  And have you voted in person before?

15      A.   Yes.

16      Q.   This might be difficult; so if you can't give

17  me a firm answer, that's fine.  But do you have an

18  estimate of how many times you've done that in the state

19  of Texas?

20      A.   Well, I mean, I guess there's an election at

21  least every two years of some sort.  So -- and I -- I

22  don't think I've missed any.  And I started voting in

23  college.  Let's see, I'm 70 now.  And I think the legal

24  age -- was the legal age 18 back in the Sixties or

25  Seventies?

George Richardson - 5/13/2020

20

1    Q.   I believe so.

2    A.   I can't remember.  Yeah.  So that would be

3  52 -- I guess at least 26 times.  Well, no, because I

4  lived out of state for eight years.  22 times, maybe,

5  20 times, something like that.

6    **Q.   Okay.  I appreciate -- I appreciate that.  I**

7  **appreciate the mathematical approach you took to get me**

8  **that estimate.  Not everyone, including some of us**

9  **lawyers, like me, would have been that diligent about**

10  **it.  So I appreciate that.**

11           **So in all those times you voted, did you**

12  **always vote in person or have you -- have you voted by**

13  **mail before 2018?**

14    A.   I -- well, I'd say, for the most part, I voted

15  in person because when I lived in Austin, I -- I

16  registered to vote there; and when I lived in Houston, I

17  registered to vote there.  And then when I turned 65, I

18  think my wife told me that I could vote by mail.  So

19  somewhere between 65 and now, I -- I applied for a

20  mail-in ballot.

21    **Q.   And why have you historically voted in person?**

22    A.   Well, I think I was required to.

23    **Q.   So --**

24    A.   I mean, you -- you have to -- I think you have

25  to have a reason to vote by mail.

1    voted in person when you didn't have to provide some

2    form of identification?

3        A.   Well, I'm not sure.  I mean, it -- for our

4    local election -- I mean, for our election here in

5    College Station, I just go down -- I used to just go

6    down there and they'd look up my address and I'd sign

7    the -- the form and vote.  I can't -- I don't -- I'm not

8    sure whether I showed them an ID or not.

9        Q.   Okay.  But you do recall signing a poll book?

10       A.   Yes.

11       Q.   Do you recall an occasion when you voted in

12   person in Texas when you didn't either have to show a

13   form of identification or provide a signature?

14       A.   No.

15       Q.   To your knowledge, have you ever had a ballot

16   that you cast rejected other than the 2018 general

17   election that's at issue in this case?

18       A.   No.

19       Q.   All right.  And so I think we already covered

20   this, but I just want to make sure I'm -- I'm crystal

21   clear.  Before the 2018 general election, had you ever

22   voted by mail before?

23       A.   I'm not sure.  I -- I may have -- I don't know.

24   I may have requested an absentee ballot when I lived out

25   of state and wasn't -- I don't think so.  I think I

1  always voted in person.

2      Q.    Okay.  Do you recall when you applied for your

3  ballot by mail for the 2018 general election?

4      A.    No.

5      Q.    Do you remember what you did to apply for your

6  ballot by mail for the 2018 general election?

7      A.    No.

8      Q.    How did you become familiar with the

9  requirements for voting a ballot by mail?

10      A.    I think I had a discussion with my wife about

11  it.

12      Q.    Okay.  Did anyone assist you in applying for

13  your ballot by mail for the 2018 general election?

14      A.    No.

15      Q.    And did anyone assist you in submitting your

16  application for a ballot by mail in the 2018 general

17  election?

18      A.    No.

19      Q.    Do you recall signing your application for a

20  ballot by mail for the 2018 general election?

21      A.    Yes.

22      Q.    And what do you recall about that?

23      A.    Well, I recall that my signature had to -- it

24  had to go across the seal on an envelope, half of it

25  above the -- or on the -- on the flap and then half of

1  it below the flap.  That's the only reason I recall it,

2  actually.

3      **Q.   Why did that stick out in your memory?**

4      A.   Well, I don't think I've ever signed anything

5  that way before.

6                  (Exhibit 2 marked)

7      **Q.   (BY MS. MACKIN)  All right.  I'm sharing a**

8  **document with you that will be Exhibit 2 to this**

9  **deposition.  Please let me know if you're able to access**

10 **that file.**

11                 MS. MACKIN:  And I'm noting that Eric

12 Magee mentions that the first exhibit did not come

13 through for him.

14                 Eric, I'll be sure to get you a copy;

15 and -- and let me know if you have any trouble with this

16 exhibit that I've just shared.

17     A.   So this is Brazos 74 PDF?

18     **Q.   Yes.**

19     A.   Okay.  Okay.  Got it.

20     **Q.   All right.  Do you recognize this document,**

21 **Dr. Richardson?**

22     A.   I recognize my signature.

23     **Q.   Does this appear to be the ballot-by-mail**

24 **application that you submitted to Brazos county for**

25 **the --**

25

1    A.    Yes.

2    Q.    -- 2018 elections?

3    A.    Yes.

4    Q.    Okay.  And that is your signature on the line

5  that says "Signature"?

6    A.    Looks like it, yep.

7    Q.    Okay.  Underneath your signature, there's a

8  line of text.  Will you please read that into the

9  record.

10   A.    "Must be signed.  Do not print.  If you cannot

11  sign, make a mark and have witness fill out the box to

12  the right.  I certify the information given in this

13  application is true, and I understand that giving false

14  information in this application is a crime."

15   Q.    Thank you.

16           What was your understanding of what your

17  signature on this ballot-by-mail application would be

18  used for?

19   A.    Well, it -- it would attest that -- that I,

20  George Richardson, was requesting a mail-in ballot.

21   Q.    And do you --

22   A.    That was my understanding.

23   Q.    Do you recall when you received your mail-in

24  ballot?

25   A.    No.

1      Q.   Did it come from Brazos County?

2      A.   Yes.

3      Q.   And do you recall if anything was included

4  besides the ballot itself?

5      A.   Well, there's two -- there's two envelopes that

6  go with the mail-in ballot.  I recall that.

7      Q.   Okay.  A carrier envelope and a secrecy

8  envelope?  Does that sound right?

9      A.   Yeah.

10     Q.   Do you recall if there was anything else

11 included besides the ballot and those two envelopes?

12     A.   No.

13     Q.   Okay.  And we are done with Exhibit 2.

14              (Exhibit 3 marked)

15     Q.   (BY MS. MACKIN)  I'm going to share another

16 file which will be Exhibit 3.  Please let me know if

17 you're able to access that document.

18              MR. MIRZA:  I -- Anna, I don't think we --

19 I got the link.

20              MS. MACKIN:  Oh, I'm sorry.

21              MR. MIRZA:  Okay.

22              MS. MACKIN:  I don't know what is going on

23 with this today.  This has been working so well up until

24 now.

25              MR. MIRZA:  Yeah.

1           MS. MACKIN:  Let me try again.

2           Oh, shoot, I'm -- I know what the problem

3  is.  I only sent it to Integrity.

4           MR. MIRZA:  Oh, I see.

5           MS. MACKIN:  That will do it.  They sent

6  me a note to say they were e-mailing them to counsel who

7  weren't able to access them, and then it was just

8  automatically replying to Integrity.  So hopefully that

9  should work.

10          MR. MIRZA:  Okay.  I received it.

11     A.   Okay.  Yeah, I've got it.

12     Q.   (BY MS. MACKIN)  Thank you.

13          Dr. Richardson, do you recognize the page

14  labeled "Brazos 72"?

15     A.   Yes.

16     Q.   And does that appear to be the carrier envelope

17  that you used to return your ballot to Brazos County for

18  the 2018 general election?

19     A.   Yes.

20     Q.   And is that your signature on the line that

21  says "Signature or Mark of Voter"?

22     A.   Yes.

23     Q.   And is that the signature that you were

24  speaking about that you recalled having to sign over the

25  flap?

1    A.   Yes, I think so.

2    **Q.   And did you have an understanding of what that**

3    **signature would be used for?**

4    A.   My understanding was that it -- it would be

5    used to attest -- I mean, it'd be like a sworn statement

6    that -- that this vote -- that this ballot belonged to

7    me or was coming from me.  That was my understanding.

8    **Q.   Okay.  And moving on to the next page,**

9    **Brazos 73, there's a stamp on the carrier envelope that**

10   **says October 17th, 2018.  Now, I don't expect you to**

11   **necessarily remember exactly the date that you mailed in**

12   **your ballot; but does it seem reasonable that Brazos**

13   **County would have received your ballot on October 17th,**

14   **2018?**

15   A.   Yes.

16   **Q.   Okay.  That's all I have on that document.**

17   **Thank you, Dr. Richardson.**

18             (Exhibit 4 marked)

19   **Q.   (BY MS. MACKIN)  I'm sending what will be**

20   **Exhibit 4 around in the chat box.  Please let me know**

21   **when you're able to pull up that document.**

22   A.   Okay.  I've got it.

23   **Q.   Okay.  And do you recognize this document?**

24   A.   Yes.

25   **Q.   What is it?**

George Richardson - 5/13/2020

29

1    A.   It's a -- it's a notice of a rejected ballot.

2    Q.   And is this the Notice of Rejected Ballot that

3 you received from Brazos County related to the 2018

4 general election?

5    A.   Well, it's got my name on it; so I would assume

6 that it is.

7    Q.   So down at the bottom, there's a date on this

8 notice.  It was signed by an RW Davis on November 3rd,

9 2018.  Do you know --

10    A.   I see it.

11    Q.   Do you recall when you received this notice?

12    A.   Yeah.  It was after the election.

13    Q.   Do you know the date?

14    A.   No.

15    Q.   Other than this Notice of Rejected Ballot,

16 Exhibit 4, did you receive notice that your ballot had

17 been rejected in any other way?

18    A.   No.

19    Q.   And what did you do when you received

20 Exhibit 4?

21    A.   I wrote a letter to the -- to the local

22 newspaper.

23    Q.   And that would be The Eagle.  Is that right?

24    A.   That's right.

25    Q.   And when did you write that letter?  Do you

Integrity Legal Support Solutions
www.integrity-texas.com

1    recall?

2        A.   I think it was probably the same day that I got

3    this rejection.

4        Q.   And other than writing to the -- The Eagle, did

5    you do anything else when you received this notice?

6        A.   I may have called my daughter.

7        Q.   Anything else?

8        A.   Said some curse words.

9        Q.   Did you contact any Brazos County election

10   officials?

11       A.   Yeah.  Actually, I went down there; but I can't

12   remember when.

13       Q.   Okay.  What did you -- and when you say you

14   went down there, where did you go?

15       A.   I went to the -- the Brazos County election

16   office or voting office across the street from the

17   courthouse on William J. Bryan.

18       Q.   And were you able to speak with anyone there?

19       A.   Yes.

20       Q.   Who did you speak with?

21       A.   I can't remember her name, but she was -- she

22   was at the front desk.

23       Q.   Did you speak with anyone else at the Brazos

24   County election office?

25       A.   No.

1    Q.  Do you know the identities of the individual or

2 individuals who rejected your ballot?

3    A.  No.

4    Q.  Do you know why the decision was made to reject

5 your ballot?

6    A.  The -- the process was explained to me, but

7 that's -- that's all I know.

8    Q.  Okay.  So you know what was considered in

9 making the determination to reject your ballot?

10    A.  Well, yeah, I guess I had a discussion with the

11 person down at the voting office about that; and it

12 was -- it was a little bit opaque, actually.  I mean,

13 she looked at the two signatures and just kind of

14 shrugged and said, "Well, I wouldn't have rejected

15 them."  And then -- and then she explained to me the

16 process by -- whereby -- I think -- I think there's

17 three people that look at the signatures, and -- and

18 they vote either to accept the ballot or reject it,

19 three people that are not experts in anything regarding

20 signatures.

21    Q.  Just to be clear, this conversation you're

22 talking about at the election office, this is the

23 conversation you had when you received the Notice of

24 Rejected Ballot, went down and talked to the woman at

25 the front desk?

1    A.   That's right.

2    Q.   Do you know whether the Texas Secretary of

3    State's Office was involved in the decision to reject

4    your ballot?

5    A.   No.

6    Q.   Do you know how the individuals who evaluated

7    your ballot were selected?

8    A.   No.

9    Q.   Okay.  And that's all I have on that exhibit.

10              (Exhibit 5 marked)

11   Q.   (BY MS. MACKIN)  I'm going to share what will

12   be Exhibit 5 to this deposition.  Please let me know

13   when you're able to pull up that document.

14   A.   Yeah, I'm getting better at it.  Okay.  I got

15   it.

16   Q.   All right.  Do you recognize this document?

17   A.   No.

18   Q.   Okay.  So do you know if -- so across the top,

19   it says "Information About Returning Your Carrier

20   Envelope."

21   A.   Yes.

22   Q.   Do you -- do you recall whether or not this was

23   provided to you in any of the ballot-by-mail materials

24   that you received?

25   A.   No.

1    Q.    And what is it?

2    A.    It's the -- it's the -- it's the editorial page

3 of the Bryan-College Station Eagle, or a copy of it.

4    Q.    And it is dated Monday, November 19th, 2018,

5 correct?

6    A.    Yes.  That's right.

7    Q.    And the letter in the top right corner --

8 pardon me.  The letter in the top left corner under

9 "Letters to the Editor," under the headline "Feeling

10 cheated out of his vote after ballot was rejected," is

11 that the editorial that you wrote after receiving your

12 Notice of Rejected Ballot?

13    A.    That's the letter that I wrote.

14    Q.    Okay.  And do you still agree with everything

15 that you stated in this letter?

16    A.    No, I don't.

17    Q.    What do you no -- no longer agree with?

18    A.    I'm sorry?

19    Q.    What do you no longer agree with?

20    A.    Well, I was mad at the time and said I'd never

21 vote by mail again; but I probably will.  I will.

22    Q.    And when do you plan to do that?

23    A.    I guess the next opportunity I have to vote.

24    Q.    Okay.  And why do you plan to vote by mail in

25 the future?

1    A.   It's easy.  It's convenient.

2    **Q.   Will you take any steps to try to ensure that**

3  **your ballot is not rejected if you vote by mail in the**

4  **future?**

5              MR. MIRZA:  Objection, form.

6    A.   I don't think my ballot will be rejected in the

7  future.

8    **Q.   (BY MS. MACKIN)  Why not?**

9    A.   Because they'd recognize the name on the

10  ballot.

11   **Q.   Who is "they"?**

12   A.   The people that -- the election judges.

13   **Q.   And why is that significant?**

14   A.   Because I'm suing the Secretary of State now.

15   **Q.   And so why do you think that suing the**

16  **Secretary of State will prevent Brazos County from**

17  **rejecting your ballot in the future?**

18   A.   Well, they've rejected it in the past; and I

19  think that if they could take it back, they would.  But

20  I don't think they'll reject it again.

21   **Q.   All right.  Fair enough.**

22              (Exhibit 7 marked)

23   **Q.   (BY MS. MACKIN)  One more document for you.**

24  **Please let me know when you're able to access the**

25  **document I've just shared, which will be Exhibit 7 to**

1      Q.    And what is it?

2      A.    It's responses to the defendants'

3   interrogatories in this lawsuit prior to the deposition.

4      Q.    And who wrote these responses?

5      A.    I did.

6      Q.    And are they true and correct to the best of

7   your knowledge?

8      A.    Yes.

9      Q.    Dr. Richardson, your -- your complaint

10  mentions -- and it's logical -- that you have signed

11  many prescriptions in your time as a medical doctor.  Do

12  you know what, if anything, that signature is used for

13  when -- when a medical doctor signs a prescription?

14     A.    Well, it -- it attests to the fact that I was

15  either aware or I wrote out the -- the prescribed

16  medication and that it was indicated for the individual

17  I was writing it out for.

18     Q.    And you've mentioned that you have never had a

19  prescription questioned because of the signature on it.

20  Are you aware of circumstances when any other physician

21  has had a prescription questioned or rejected because of

22  the signature on it?

23     A.    Yes.

24     Q.    Okay.  Tell me about that.

25     A.    It -- it was my own prescription.  Many years

1  ago, a patient of mine who had become addicted to

2  narcotics stole a prescription pad from my office and --

3  and tried to write himself a prescription in another

4  state for a controlled substance.

5      **Q.   And who flagged that prescription as fraudulent**

6  **or invalid or whatever the proper term is?**

7      A.   Well, I think it was the State of Colorado.

8      **Q.   And is that where the patient attempted to**

9  **write themself a prescription, in Colorado?**

10     A.   That -- that's what I recall, yeah.  It's been

11  at least 20 years ago.

12     **Q.   At that time, were you licensed to practice**

13  **medicine in Colorado?**

14     A.   No.

15     **Q.   Do you know how the State of Colorado was able**

16  **to identify that prescription as invalid?**

17             MR. MIRZA:  Objection, form.

18     A.   I -- I don't understand the question.

19     **Q.   (BY MS. MACKIN)  Okay.  So you were talking**

20  **about the instance of the State of Colorado identifying**

21  **a prescription as not legitimate.  Do you know how the**

22  **State of Colorado identified that prescription as not**

23  **legitimate?**

24             MR. MIRZA:  Objection, form.

25     A.   Yeah, I -- I -- that's a good question.

43

1     Q.   (BY MS. MACKIN)  It's okay if you don't know.

2     A.   I'm not sure.  I mean, I -- I assumed it was

3 the patient that signed -- tried to sign my name, but

4 I -- I don't see how that would have -- I don't know

5 what tipped them off, to tell you the truth.

6     Q.   Are you aware of any other circumstances in

7 which a prescription has been rejected because of the

8 signature on it?

9     A.   No.  I mean, I can't recall any.  It doesn't

10 mean it didn't happen, but...

11              MS. MACKIN:  All right, Dr. Richardson, I

12 don't have any other questions for you; and I appreciate

13 your time.  And I'll pass the witness.

14              MR. MIRZA:  I have a few questions,

15 Dr. Richardson.

16                    EXAMINATION

17     Q.   (BY MR. MIRZA)  You were not asked to serve on

18 the board of the Coalition of Texans With Disabilities

19 specifically, correct?

20     A.   That's correct.

21     Q.   Okay.  Do you know who will review your

22 signatures the next time you submit a mail-in ballot and

23 the times afterwards when you submit a mail-in ballot?

24     A.   No.

25     Q.   Do you know if the individuals who review your

55

1   STATE OF TEXAS
    COUNTY OF MONTGOMERY
2                 REPORTER'S CERTIFICATE

3      I, Dana Richardson, a Certified Shorthand Reporter

4   in and for the State of Texas, do certify that this

5   deposition transcript is a true record of the testimony

6   given by the witness named herein, after said witness

7   was duly sworn by me.  The witness was requested to

8   review the deposition.

9      I further certify that I am neither attorney or

10  counsel for, related to, nor employed by any parties to

11  the action in which this testimony is taken and,

12  further, that I am not a relative or employee of any

13  counsel employed by the parties hereto or financially

14  interested in the action.

15     I further certify that the amount of time used by
    each party at the deposition is as follows:
16
            Ms. Anne Marie Mackin - 01:03
17          Mr. Hani Mirza - 00:01
            Mr. Eric Magee - 00:11
18          Mr. Isaac J. Tawil - 00:01

19     SUBSCRIBED AND SWORN TO under my hand and seal of
    office on this the 26th day of May, 2020.
20

21  _____

22          Dana Richardson, RPR, TX CSR 5386
            Expiration:  01/31/22
23          Integrity Legal Support Solutions, CFR 528
            PO Box 245
24          Manchaca, Texas 78652
            (512) 320-8690
25          (512) 320-8692 (fax)

Integrity Legal Support Solutions
www.integrity-texas.com

# Exhibit 18

# Ballot By Mail Request Form

Registration Address
George Adams Richardson
4070 Sweetwater Dr
College Station, TX 77845

**OFFICE USE ONLY**
Voter ID: 1040885456
Precinct 2


1040885456

I am over 65 years of age and requesting an **Annual Ballot By Mail** to receive a ballot for all elections in 2018, including any **Democratic Party** elections, local elections, and the November 2018 General Election. Mail my ballots to the address indicated above (unless noted otherwise below).

**SIGNATURE(FIRMA)**

*Must be signed. Do not print. If you cannot sign, make a mark and have witness fill out the box to the right.*

I certify that the information given in this application is true, and I understand that giving false information in this application is a crime.

If you are not able to receive ballots at the address where you are registered to vote, the ballot may be mailed to an alternate address. This address may only be one of the following. Check which address you are using:

☐ A hospital, nursing home, retirement center or other long-term care facility.
☐ The address of a person related to applicant. Relationship: _____
☐ Mailing Address listed on applicant's voter registration card.

**FOR WITNESS (Only if Applicant Cannot Sign):**
If applicant is unable to make mark,
Witness shall check here: ☐
Witness Name _____
Witness Address _____
_____

Relationship to Applicant *(Check One)*
☐ spouse ☐ child ☐ reside at same address as applicant
☐ other: _____
Witness Signature _____
Date _____

If you are unable to sign your name (due to a physical disability or illiteracy), the application may be signed for you by a Witness. You must affix your mark to the application or, if you are unable to make a mark, then the Witness must sign and provide his or her printed name and residence address. Unless the Witness is a close relative of the voter (parent, grandparent, spouse, child or sibling), it is a Class B misdemeanor for a person to witness more than one application in a calendar year.

Mailing Address
George Richardson
4070 Sweetwater Dr
College Station, TX 77845

Address where ballot
should be sent, if different:

_____
_____
_____

**Exhibit**
**Dr. George Richardson**
**2**
5/13/20 DR
exhibitsticker.com

Exhibit 19

**Instructions:** This envelope contains a ballot marked by you or at your direction. This carrier envelope may not be used to return more than one voter's ballot. For instructions on the methods and deadlines to deliver this carrier envelope, see the "Information About Returning your Carrier Envelope," included with the materials sent to you with your ballot. (**Instrucciones al Votante:** Selle este sobre y después firme su nombre en el espacio proporcionado abajo. Este sobre debe de ser sellado y firmado por el votante antes de que el votante lo entregue. No firme este sobre a menos de que la boleta haya sido llenada por usted o bajo su dirección. Este sobre de envío no debe ser utilizado para entregar la boleta de más de un solo votante. **Para obtener instrucciones sobre los métodos y plazos para entregar este sobre de envío, vea la "Información Sobre Cómo Devolver su Sobre de Envío," incluido con los materiales enviados a usted con su boleta.**

I certify that the enclosed ballot expresses my wishes independent of any dictation or undue persuasion by any person. (Certifico que la boleta adjunta expresa mis deseos independientemente de ningún dictado o persuasión indebida por parte de cualquier persona.)

X _George A. Richardson_

**SEAL ENVELOPE AND SIGN OVER SEALED FLAP**
**(SELLE EL SOBRE Y FIRME ENCIMA DE SOLAPA DEL SOBRE)**

**SIGNATURE OR MARK OF VOTER (FIRMA O MARCA DEL VOTANTE)**

**Instructions to Assistant:** A voter may only be assisted with reading or marking the ballot if they have a physical disability that renders them unable to write or see, or have an inability to read the language in which the ballot is written. If you are assisting the voter, you must read the oath and complete the section below, before assisting the voter. (**Instrucciones al Asistente:** Un votante puede recibir ayuda para leer o llenar la boleta solamente si el votante tiene una discapacidad física la cual le impide escribir o ver, o si no tiene la habilidad de leer el lenguaje en el cual la boleta está escrita. Si usted le proporcionará ayuda a un votante, usted debe leer el juramento y llenar la siguiente sección abajo, antes de asistir al votante.)

**Oath of Person Assisting Voter:** I swear (or affirm) that I will not suggest, by word, sign, or gesture, how the voter should vote; I will confine my assistance to answering the voter's questions, to stating propositions on the ballot, and to naming candidates and, if listed, their political parties; I will prepare the voter's ballot as the voter directs; and I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs. (**Juramento de la Persona Asistiendo al Votante:** Juro (o afirmo) que no sugeriré con palabras, señales, o gestos, la manera en la cual el votante debe votar; limitaré mi asistencia a responder las preguntas del votante, leer propuestas en la boleta, nombrar a los candidatos, y si es mencionado, su partido político; prepararé la boleta del votante de acuerdo a sus instrucciones; y yo no soy el empleador del votante, un agente del empleador del votante, o un oficial o agente de un sindicato al cual el votante pertenece.)

**Instructions to Witness:** You are serving as a witness for _____ (name of voter). You must complete the section below if you witness the mark of the voter, or if the voter cannot make a mark. If the voter cannot make a mark, check here ____. (**Instrucciones al Testigo:** Usted está fungiendo como testigo para _____ (nombre del votante). Usted debe llenar la siguiente sección abajo si usted fue testigo de que el votante firmó, o de que el votante no puede firmar. Si el votante no puede firmar, marque sus iniciales aquí ____.)

**Instructions to Person Depositing Carrier Envelope in Mail or to Common or Contract Carrier:** If you are assisting a voter by depositing the carrier envelope in the mail or with a common or contract carrier, you must complete the section below. (**Instrucciones a la Persona Quien Deposite el Sobre de Envío en el Correo o Entregue al Transportista Público o Comercial:** Si usted asistirá al votante a depositar el sobre de envío en el correo o con un transportista público o comercial, usted debe llenar la sección que aparece abajo.)

If you are an assistant or witness, check the appropriate box below and provide information: (Si usted es un asistente o testigo, marque la casilla correcta y proporcione su información):

☐ Assistant/ Asistente

☐ Witness/ Testigo

Signature (Firma) | Printed Name (Nombre impreso) | Street Address (Domicilio residencial)

☐ Assistant/ Asistente

Printed Name (Nombre impreso) | Street Address (Domicilio residencial)

1040885456 (BS11)

SOS3373120        2

RICHARDSON, GEORGE ADAMS
4070 SWEETWATER DR
COLLEGE STATION, TX 77845

APPX-000523

Nombre de Elección: _____

Date of Election (Fecha de Elección) ____/____/____

**Exhibit**
**Dr. George Richardson**

**3**

5/13/20 DR

BRAZOS - 000072

15 OCT 2018 PM 9 1





**WARNING:** (1) Knowingly possessing another person's ballot or carrier envelope may be a crime unless you provide your signature, printed name and address. (2) A person commits an offense if the person compensates another person or receives compensation for depositing a carrier envelope in the mail as part of a scheme in which the person is compensated based on the number of carrier envelopes deposited.

**ADVERTENCIA:** (1) El acto de poseer conscientemente la boleta electoral o el sobre oficial de otra persona puede ser un delito a menos de que usted proporcione su firma, nombre impreso, y su dirección. (2) Una persona comete un delito si recompensa o recibe compensación a cambio de depositar el sobre oficial en el correo como parte de un plan en el cual la persona es recompensada en base al número de sobres oficiales depositados.

**CARRIER ENVELOPE FOR EARLY VOTING BALLOT**
*(SOBRE OFICIAL PARA ENVIO DE BOLETA DE VOTACIÓN TEMPRANA)*

**TO (A):**   Early Voting Clerk

300 E. Wm J Bryan Pkwy, Suite 100

Bryan, TX 77803



RECEIVED
OCT 17 2018
BY

5-22 – Prescribed by Secretary of State – 12/15
Section 86.013, Texas Election Code
APPX-000524

77803-537125

BRAZOS  000073

Exhibit 20

AW5-12
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the _General 2018_ Election was rejected by the early voting ballot board and was not counted.

Name of Voter _George Adams Richardson_
VUID Number _1 04 0885496_

Reason for Rejection: (Check As Appropriate)

| | | |
|---|---|---|
| _____ | 1) | Certificate on carrier envelope was not properly executed. |
| | | _____ You failed to sign your signature or make your mark. |
| | | _____ The witness failed to indicate on the envelope that you could not make a mark. |
| | | _____ The assistant or witness failed to print their name. |
| | | _____ The assistant or witness failed to sign their name. |
| | | _____ The residence address of the assistant or witness was not given. |
| ✓ | 2) | It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person. |
| _____ | 3) | Application for ballot by mail did not state a legal ground for voting by mail. |
| _____ | 4) | Voter registration records indicated you did not have an effective registration for this election. |
| _____ | 5) | Address to which ballot was mailed was not outside the county.  Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county. |
| _____ | 6) | The residence address on the statement of residence is not located in the political subdivision conducting the election. |
| _____ | 7) | The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence. Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected. |
| _____ | 8) | The statement of residence was not included in the carrier envelope. |
| _____ | 9) | No identification was included with your mail ballot. |
| _____ | 10) | Other: |

_____

_____
Signature of Early Voting Ballot Board Judge

_11 / 3 / 2018_
Date

**Exhibit**
**Dr. George Richardson**
**4**
5/13/20  DR
exhibitsticker.com

APPX-000526

BRAZOS - 000075

# Exhibit 21

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON, ROSALIE § 
WEISFELD, AUSTIN JUSTICE § 
COALITION, COALITION OF TEXANS § 
WITH DISABILITIES, MOVE TEXAS § 
CIVIC FUND, LEAGUE OF WOMEN § 
VOTERS OF TEXAS, and AMERICAN GI § 
FORUM OF TEXAS, INC., § 
§ 
*Plaintiffs* § 
§ 
v. § Civil Case No. 5:19-cv-00963-OG 
§ 
TEXAS SECRETARY OF STATE, TRUDY § 
HANCOCK, in her official capacity as § 
BRAZOS COUNTY ELECTIONS § 
ADMINISTRATOR, and PERLA LARA in § 
her official capacity as CITY OF MCALLEN, § 
TEXAS SECRETARY, § 
§ 
*Defendants.* §

## DECLARATION OF GEORGE RICHARDSON

My name is George Richardson. I am over the age of 18 and capable of making this

declaration. The facts stated herein are within my personal knowledge.

1. I am a resident of Brazos County, Texas and eligible to vote in Brazos County, Texas

2. I have regularly voted since I was 18 years old.

3. I am currently 70 years old.

4. I decided to apply to vote by mail for the November 6, 2018, general election in Brazos

   County on the basis of being 65 years of age or older.

5. I filled in and signed my application to vote by mail and sent it to Brazos County. The

   county then sent me a mail-in ballot and a carrier envelope for the ballot. I filled in the

   ballot and signed the carrier envelope and returned both to the county.

6. After the election, I received a notice of rejection in the mail from Brazos County. The notice was dated November 3, 2018.

7. The notice of rejection indicated that the Brazos County early voting ballot board had rejected my ballot for the November 2018 general election because "[i]t was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person."

8. The rejection of my ballot upset me. I wrote a letter to a local newspaper, The Eagle, describing what had happened to me. The Eagle published my letter.

9. I also visited the Brazos Elections office in person. I spoke to an employee at the front desk. She told me that the early voting board simply "eye balls" the signatures before making a final decision and that she would not have rejected my ballot.

10. Trudy Hancock, the Brazos County Elections Administrator, sent me a letter after seeing my story in The Eagle. The letter was dated November 26, 2018. She stated that Brazos County had followed the Texas Election Code when they disenfranchised me.

11. I would have readily confirmed that it was my signature on both my application for the ballot by mail and the carrier envelope containing my mail-in ballot if anyone from Brazos County had contacted me after the early voting ballot board initially and incorrectly determined that I had not written both signatures.

12. I intend to continue voting by mail in future elections. It is easy and convenient and I will be eligible to do so because I am over the age of 65.

This Declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Date:  6/9/2020

George Richardson

2

# Exhibit 22

The Eagle • theeagle.com
Monday, November 19, 2018

# Opinions

## EDITORIAL BOARD

CRYSTAL DUPRÉ, *Publisher*
DARREN BENSON, *Editor*
ROBERT C. BORDEN, *Opinions editor*

letters@theeagle.com

## LETTERS TO THE EDITOR

### Feeling cheated out of his vote after ballot was rejected

I voted early by mail in the midterm election because I am older than 65 and have access to this convenience because of my age.

I received a "notice of rejected ballot" because "it was determined that the signature on the application for ballot by mail and the carrier envelope was not signed by the same person."

Who else do they think would have signed it besides me? Are the early voting ballot judges handwriting experts? My handwriting is very poor to the extent that my signatures almost never look the same. But, I might also add that I am a physician, and in 40 years, I have never had a prescription rejected because the pharmacist thought the signature was fraudulent.

I don't know whether this is a form of voter suppression, but I do know one thing: In the future I will never vote by mail again, and will vote only on the day of the election.

I feel like I have been cheated out of my vote.

GEORGE RICHARDSON
College Station

### Thanks to all those who work to create forever families

I was very glad to see the media attention given to Brazos County Adoption Day. It hopefully will serve as an inspiration to others to consider becoming forever parents for children in the foster care system.

I was glad I could participate as an attorney for four adopting families. The real unsung heroes, however, are the CASA — Court Appointed Special Advocate — volunteers and the caseworkers with the Texas Department of Families and Protective Services who work very hard with the children and prospective adoptive families to make so many forever families a reality. It can be a very stressful job, especially during the long process of first trying to rehabilitate biological parents and, if that fails, having to terminate parental rights and transition the children into the foster-to-adopt process.

If you know any of these unsung heroes, take time to thank them for their service to children.

C. DAVID STASNY
Bryan

## LETTERS

• Email to letters@theeagle.com or mail to The Eagle, P.O. Box 3000, Bryan, TX 77805-3000.

## How your U.S. lawmakers voted



### BRAZOS VALLEY Tally
By Thomas Voting Reports, Inc.

For the week ending Nov. 16

Y — Voted yes
N — Voted no
O — Did not vote

| | Rep. Kevin Brady R-8 | Rep. Michael McCaul R-10 | Rep. John Carter R-31 | Sen. John Cornyn R-TX | Sen. Ted Cruz R-TX |
|---|---|---|---|---|---|
| **Gray Wolves, Endangered Species:** The House passed, 196-180, a bill (HR 6784) requiring the U.S. Fish and Wildlife Service to remove gray wolves from Endangered Species Act protection, prohibit judicial review of the action and transfer authority for managing the wolves to the states. | O | Y | Y | | |
| **U.S. Role in Yemen:** The House adopted, 201-187, a rule for debating HR 6784 (above). The rule drew Democratic foes because it barred debate on a separate measure (H Con Res 138) requiring U.S. military actions in Yemen to receive congressional approval under the War Powers Act. | Y | Y | Y | | |
| **Arms to Bahrain, War in Yemen:** The Senate tabled, 77-21, a measure (SJ Res 65) that would block the planned sale of $300 million in U.S. missiles and rocket launchers to Bahrain, which has joined Saudi Arabia in waging war in Yemen. A yes vote was in support of the arms deal. | | | | Y | Y |
| **Coast Guard, Invasive Species:** The Senate passed, 94-6, a bill (S 140) that would authorize $20.7 billion for the Coast Guard over two years and take steps to combat the problem of vessels discharging ballast water containing invasive species into the Great Lakes and at ocean ports. | | | | Y | Y |
| **Michelle Bowman, Fed Governor:** Voting 64-34, the Senate confirmed Michelle Bowman to the Federal Reserve System board of governors. She had been the top banking regulator in Kansas and a community bank executive there. Five of the Fed's seven board seats are now filled. | | | | Y | Y |

VOTES AHEAD
■ Congress is in recess until the week of Nov. 26.

©2018 Voterama in Congress www.voterama.biz

---



FISHING SEASON OPENS

michaelpramirez.com

# Which voters should be the GOP priority?



RAMESH PONNURU

Disappointed after the midterm elections, Republicans are trying to decide which voters should be the party's top priority.

In recent elections, they have been losing votes from white college graduates, often in the suburbs, while gaining votes from whites without college degrees. Should Republicans go further down the road of working-class populism, perhaps trying to expand its appeal beyond white voters? Or should they try to reverse their losses among suburban moderates?

Eric Cantor, a Republican and former House majority leader, puts his emphasis on winning back the college-educated voters, especially women, who have recently defected. He recommends that his party push to make paid maternity leave more available and child care more affordable to appeal to these voters.

It may, for one thing, be possible to promote policies that make Republicans more appealing to both groups. Cantor pitches his ideas for helping parents as a way to regain the support of suburban moderates. But paid leave may be even more appealing to working-class voters.

A Republican pitch to the working class that addresses this kind of economic concern also might allow the party to pull back a little from the we're-real-Americans-and-you're-not cultural messaging that

political analysts Henry Olsen and Reihan Salam, however, argue that Republicans would be better off trying to build on their gains among working-class voters, especially those who went from supporting Barack Obama in 2012 to supporting Donald Trump in 2016, via policies such as wage subsidies and immigration control. These voters have not all shifted to the GOP in down-ballot races. Whether they will stay Republican in 2020, or when Trump is no longer on the ballot, is an open question.

Olsen and Salam both say, however, that the party ideally would win over more voters of both types. It's that point I'll emphasize here: Republicans should not think of this strategic choice as a stark one.

It may, for one thing, be possible to promote policies that make Republicans more appealing to both groups.

Republicans didn't come close to getting 40 percent of Hispanics in 2016. But they slightly improved their percentage of the two-party vote among Hispanics — and among whites, Asians and African Americans. Those gains, and their geographic distribution, were enough to deliver them the White House.

If Republicans do better in 2020 than they did this fall, it probably will be because they improve their performance a bit among both Romney-Clinton and Obama-Trump voters (although if I had to bet, I would expect a bit more improvement in the second group). If Republicans don't improve on both fronts, on the other hand, they are unlikely to win a governing majority.

A coalition that includes the suburban defectors, the new populists and traditional conservatives would require constant tending by Republican leaders in the best of circumstances. Whether the party's current leadership is suited to building and maintaining it is also, at best, an open question.

Which brings us to another reason Republicans should not put too much of their mental energy into figuring out whether to target voters with or without college degrees. Whatever individual Republicans want, the party's strategy over at least the next two years largely will consist of whatever the president chooses to do and say — and that series of choices is going to be guided more by who he is and what he wants than by any grand theory of the electorate

• *Ramesh Ponnuru is a Bloomberg Opinion columnist. He is a senior editor at National Review, visiting fellow at the American Enterprise Institute and contributor to CBS News.*

## TODAY IN HISTORY

*Associated Press*

Today is Monday, Nov. 19, the 323rd day of 2018. There are 42 days left in the year.

**Today's Highlight**

On Nov. 19, 1863, President Abraham Lincoln dedicated a national cemetery at the site of the Civil War battlefield of Gettysburg in Pennsylvania.

**On this date**

In 1831, the 20th president of the United States, James Garfield, was born in Orange Township, Ohio.

In 1919, the Senate rejected the Treaty of Versailles by a vote of 55 in favor, 39 against, short of the two-thirds majority needed for ratification.

In 1942, during World War II, Russian forces launched their winter offensive against the Germans along the Don front.

In 1959, Ford Motor Co. announced it was halting production of the unpopular Edsel.

In 1969, Apollo 12 astronauts Charles Conrad and Alan Bean made the second manned landing on the moon.

In 1977, Egyptian President Anwar Sadat became the first Arab leader to visit Israel.

In 1985, President Ronald Reagan and Soviet leader Mikhail S. Gorbachev met for the first time as they began their summit in Geneva.

In 1990, the pop duo Milli Vanilli was stripped of its Grammy Award because other singers had lent their voices to the *Girl You Know It's True* album.

In 1995, Polish President Lech Walesa was defeated in his bid for re-election.

In 1997, Iowa seamstress Bobbi McCaughey gave birth to the world's first set of surviving septuplets, four boys and three girls.

In 2004, in one of the worst brawls in U.S. sports history, Ron Artest and Stephen Jackson of the Indiana Pacers charged into the stands

and fought with Detroit Pistons fans, forcing officials to end the Pacers' 97-82 win with 45.9 seconds left.

In 2007, Amazon.com released its first Kindle e-book reader.

**Ten years ago**

Al-Qaida's No. 2, Ayman al-Zawahri, slurred Barack Obama as a black American who does the bidding of whites in a new Web message intended to dent the president-elect's popularity among Arabs and Muslims. The Dow Jones industrial average closed under 8,000 at 7,997.28 — the lowest close since March 2003. Drama and dance critic Clive Barnes died in New York at age 81.

**Five years ago**

Suicide bombers struck the Iranian Embassy in Beirut, killing 23 people, including a diplomat, and injuring more than 140 others. Virginia state Sen. Creigh Deeds was attacked and stabbed multiple times by his mentally ill adult son, Gus Deeds, who then took his own life. Diane Disney Miller, 79, daughter of Walt Disney and one of his inspirations for building the Disneyland theme park, died in Napa, California. The Disney animated feature *Frozen* had its Hollywood premiere.

**One year ago**

Charles Manson, the hippie cult leader behind the gruesome murders of actress Sharon Tate and six others in Los Angeles in 1969, died in a California hospital at the age of 83 after nearly a half-century in prison. Longtime country music star Mel Tillis died in Florida at the age of 85. Actress and singer Della Reese died at 86 in her Los Angeles area home.

**Thought for Today**

"The misfortunes hardest to bear are these which never came."

— *Christopher Morley, American author and journalist (1890-1957)*

RICHARDSON-00000002

# Exhibit 23



# PUBLIC VERIFICATION / PHYSICIAN PROFILE

**PHYSICIAN**

NAME: GEORGE ADAMS RICHARDSON    MD    DATE: 04/09/2020

<div style="border:1px solid">

### THE INFORMATION IN THIS BOX HAS BEEN VERIFIED BY THE TEXAS MEDICAL BOARD

**Date of Birth:** 1949
**License Number:** F1934 Full Medical License
**Issuance Date:** 08/27/1978
**Expiration Date of Physician's Registration Permit:** 08/31/2020

**Registration Status:** ACTIVE      **Registration Date:** 01/01/1978
**Disciplinary Status:** NONE      **Disciplinary Date:** NONE
**Licensure Status:** NONE      **Licensure Date:** NONE

**Medical School of Graduation:**
At the time of licensure, TMB verified the physician's graduation from medical school as follows:
UNIV OF TX MEDICAL SCHOOL AT HOUSTON, HOUSTON, TX

**Medical School Graduation Year:** 1978

</div>

APPX-000533

RICHARDSON-00000003

Exhibit 24

**BREAKING NEWS**

TB&T PRESENTED BY The BankofTrust    **Special counsel Robert Mueller agrees to publicly testify about Trump-Russia report**

https://www.theeagle.com/opinion/letters_to_the_editor/letters-for-november/article_d207182a-c0df-5d7a-a002-2696d5bdd843.html

# Letters for November 19

Nov 19, 2018





Ten children adopted by
families during annual Brazos

**Feeling cheated out of his vote after ballot was rejected**

I voted early by mail in the midterm election last week because I
am over 65 and have access to this convenience because of my
age. On Thursday, I received a "notice of rejected ballot" because
"it was determined that the signature on the application for ballot
by mail and the carrier envelope was not signed by the same

APPX-000535

RICHARDSON-00000006

County Adoption Day

person."

Who else do they think would have signed it besides me? Are the early voting ballot judges handwriting experts? My handwriting is very poor to the extent that my signatures almost never look the same. But, I might also add that I am a physician, and in 40 years, I have never had a prescription rejected because the pharmacist thought the signature was fraudulent.

I don't know whether this is a form of voter suppression, but I do know one thing: In the future I will never vote by mail again, and will vote only on the day of the election.

I feel like I have been cheated out of my vote.

**GEORGE RICHARDSON**

**College Station**



Restaurant Monitor: June 26

»

**Thanks to all those who work to create forever families**

I was very glad to see the media attention given to Brazos County Adoption Day. It hopefully will serve as an inspiration to others to consider becoming forever parents for children in the foster care system.

I was glad I could participate as an attorney for four adopting families. The real unsung heroes, however, are the CASA -- Court Appointed Special Advocate -- volunteers and the caseworkers with the Texas Department of Families and Protective Services who work very hard with the children and prospective adoptive families to make so many forever families a reality. It can be a very stressful job, especially during the long process of first trying to rehabilitate biological parents and, if that fails, having to terminate parental rights and transition the children into the foster-to-adopt process.

APPX-000536

RICHARDSON-00000007

https://www.theeagle.com/opinion/letters_to_the_editor/letters-for-nove...

If you know any of these unsung heroes, take time to thank them
for their service to children.

**C. DAVID STASNY**

**Bryan**

APPX-000537

RICHARDSON-00000008

# Exhibit 25

APPX-000538

AW5-42
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the _General 2018_ election was rejected by the early voting ballot board and was not counted.

Name of Voter _Donna Adams Richardson_
VUID Number _1040885496_

Reason for Rejection: (Check As Appropriate)

| | | |
|---|---|---|
| _____ | 1) | Certificate on carrier envelope was not properly executed. |
| | | _____ You failed to sign your signature or make your mark. |
| | | _____ The witness failed to indicate on the envelope that you could not make a mark. |
| | | _____ The assistant or witness failed to print their name. |
| | | _____ The assistant or witness failed to sign their name. |
| | | _____ The residence address of the assistant or witness was not given. |
| ✓ | 2) | It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person. |
| _____ | 3) | Application for ballot by mail did not state a legal ground for voting by mail. |
| _____ | 4) | Voter registration records indicated you did not have an effective registration for this election. |
| _____ | 5) | Address to which ballot was mailed was not outside the county. Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county. |
| _____ | 6) | The residence address on the statement of residence is not located in the political subdivision conducting the election. |
| _____ | 7) | The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence. Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected. |
| _____ | 8) | The statement of residence was not included in the carrier envelope. |
| _____ | 9) | No identification was included with your mail ballot. |
| _____ | 10) | Other: |

_____

_Rw Davis_
Signature of Early Voting Ballot Board Judge

_11 / 3 / 2018_
Date

RICHARDSON-00000009

# Ballot By Mail Request Form



Registration Address
George Adams Richardson
4070 Sweetwater Dr
College Station, TX 77845

**OFFICE USE ONLY**
Voter ID 1040885456
Precinct

I am over 65 years of age and requesting an **Annual Ballot By Mail** to receive a ballot for all elections in 2018, including any **Democratic Party** elections, local elections, and the November 2018 General Election. Mail my ballots to the address indicated above (unless noted otherwise below).

**SIGNATURE (FIRMA)**

*Must be signed. Do not print. If you cannot sign, make a mark and have witness fill out the box to the right.*

*I certify that the information given in this application is true, and I understand that giving false information in this application is a crime.*

If you are not able to receive ballots at the address where you are registered to vote, the ballot may be mailed to an alternate address. This address may only be one of the following. Check which address you are using:

☐ A hospital, nursing home, retirement center or other long-term care facility.
☐ The address of a person related to applicant. Relationship: _____
☐ Mailing Address listed on applicant's voter registration card.

Mailing Address
George Richardson
4070 Sweetwater Dr
College Station, TX 77845

Address where ballot
should be sent, if different:

_____

_____

_____

**FOR WITNESS (Only if Applicant Cannot Sign):**
If applicant is unable to make mark,
Witness shall check here: ☐
Witness Name _____
Witness Address _____
_____

Relationship to Applicant *(Check One)*
☐ spouse ☐ child ☐ reside at same address as applicant
☐ other: _____
Witness Signature _____
Date _____

If you are unable to sign your name (due to a physical disability or illiteracy), the application may be signed for you by a Witness. You must affix your mark to the application or, if you are unable to make a mark, then the Witness must sign and provide his or her printed name and residence address. Unless the Witness is a close relative of the voter (parent, grandparent, spouse, child or sibling), it is a Class B misdemeanor for a person to witness more than one application in a calendar year.

APPX-000540

RICHARDSON-00000010



**TRUDY HANCOCK, REO, CERA**
ELECTIONS ADMINISTRATOR
300 E WM J BRYAN PRKWY,
SUITE 100
BRYAN TX 77803
(979) 361-5770
(979) 361-5779 (Fax)

# BRAZOS COUNTY

November 26, 2018

Mr. George Richardson
4070 Sweetwater Drive
College Station, Texas 77845

RE:  Ballot By Mail

Dear Mr. Richardson:

I saw in The Eagle that you had some concerns of how your ballot by mail was qualified for the November 6 General Election. I understand that you were upset but I want to assure you that we follow the Texas Election Code in the processes of qualifying a ballot that is received in the mail.

The early voting ballot board is comprised of individuals appointed by both parties. A team of two volunteers from opposite parties work together. The team compares the signature on the courier envelope to the signature on the application for ballot by mail to determine if the person that voted and returned the ballot is the same person who requested it. It is up to that team to make the determination if the signatures are similar enough to accept the ballot. This is the procedure that is set up in the Texas Election Code.

I hope this explanation helps ease your confusion and frustration with voting by mail. I have enclosed a copy of your application for ballot by mail and your courier envelope.

If you should have any questions, please feel free to contact me at any time.

Sincerely,

Trudy R. Hancock, REO, CERA
Elections Administrator

Enc.

APPX-000541

RICHARDSON-00000011

**Instructions:** This envelope must be sealed and signed by the voter before it leaves the voter's hands. Do not sign this envelope unless the ballot has been marked by you or at your direction. This carrier envelope may not be used to return more than one voter's ballot. For instructions on the methods and deadlines to deliver this carrier envelope, see the "Information About Returning your Carrier Envelope," included with the materials sent to you with your ballot. (Instrucciones al Votante: Selle este sobre y después firme su nombre en el espacio proporcionado abajo. Este sobre debe de ser sellado y firmado por el votante antes de que el votante lo entregue. No firme este sobre a menos de que la boleta haya sido llenada por usted o bajo su dirección. Este sobre de envío no debe ser utilizado para entregar la boleta de más de un solo votante. Para obtener instrucciones sobre los métodos y plazos para entregar este sobre de envío, vea la "Información Sobre Cómo Devolver su Sobre de Envío," incluido con los materiales enviados a usted con su boleta.)

certify that the enclosed ballot expresses my wishes independent of any dictation or undue persuasion by any person. (Certifico que la boleta adjunta expresa mis deseos independientemente de ningún dictado o persuasión indebida por parte de cualquier persona.)

X _George A. Richardson_

**SEAL ENVELOPE AND SIGN OVER SEALED FLAP**
(SELLE EL SOBRE Y FIRME ENCIMA DE SOLAPA DEL SOBRE)    ➜    **SIGNATURE OR MARK OF VOTER (FIRMA O MARCA DEL VOTANTE)**

**structions to Assistant:** A voter may only be assisted with reading or marking the ballot if they have a physical disability that renders them unable to write or see, or have an inability read the language in which the ballot is written. If you are assisting the voter, you must read the oath and complete the section below, before assisting the voter. (Instrucciones al sistente: Un votante puede recibir ayuda para leer o llenar la boleta solamente si el votante tiene una discapacidad física la cual le impide escribir o ver, o si no tiene la habilidad de er el lenguaje en el cual la boleta está escrita. Si usted le proporcionará ayuda a un votante, usted debe leer el juramento y llenar la siguiente sección abajo, antes de asistir al tante.).

**Oath of Person Assisting Voter:** I swear (or affirm) that I will not suggest, by word, sign, or gesture, how the voter should vote; I will confine my assistance to answering the voter's uestions, to stating propositions on the ballot, and to naming candidates and, if listed, their political parties; I will prepare the voter's ballot as the voter directs; and I am not the voter's mployer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs. (Juramento de la Persona Asistiendo al Votante: Juro (o afirmo) que no ugeriré con palabras, señales, o gestos, la manera en la cual el votante debe votar; limitaré mi asistencia a responder las preguntas del votante, leer propuestas en la boleta, nombrar los candidatos, y si es mencionado, su partido político; prepararé la boleta del votante de acuerdo a sus instrucciones; y yo no soy el empleador del votante, un agente del empleador el votante, o un oficial o agente de un sindicato al cual el votante pertenece.)

**structions to Witness:** You are serving as a witness for _____ (name of voter). You must complete the section below if you witness the ark of the voter, or if the voter cannot make a mark. If the voter cannot make a mark, check here _____. (Instrucciones al Testigo: Usted está fungiendo como testigo para _____ (nombre del votante). Usted debe llenar la siguiente sección abajo si usted fue testigo de que el votante firmó, o de que el votante no uede firmar. Si el votante no puede firmar, marque sus iniciales aquí _____).

**structions to Person Depositing Carrier Envelope in Mail or to Common or Contract Carrier:** If you are assisting a voter by depositing the carrier envelope in the mail or with a ommon or contract carrier, you must complete the section below. (Instrucciones a la Persona Quien Deposita el Sobre de Envío en el Correo o Entregue al Transportista Público o Comercial: Si usted asistirá a depositar el sobre de envío en el correo o con un transportista público o comercial, usted debe llenar la sección que aparece abajo.)

ou are an assistant or witness, check the appropriate box below and provide information: (Si usted es un asistente o testigo, marque la casilla correcta y proporcione su información):

| Assistant/ Asistente | | | |
|---|---|---|---|
| Witness/ Testigo | Signature (Firma) | Printed Name (Nombre Impreso) | Street Address (Domicilio residencial) |
| Assistant/ | | | |

1040885456 (BS11)
30S3373120   2
RICHARDSON, GEORGE ADAMS
070 SWEETWATER DR
COLLEGE STATION, TX 77845

Printed Name (Nombre Impreso)        Street Address (Domicilio residencial)

Nombre de Elección: _____

Date of Election (Fecha de Elección): ___/___/___

APPX-000542

RICHARDSON-00000012

# Exhibit 26

APPX-000543

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

```
DR. GEORGE RICHARDSON,      )
ROSALIE WEISFELD, AUSTIN    )
JUSTICE COALITION,          )
COALITION OF TEXANS WITH    )
DISABILITIES, MOVE TEXAS    )
CIVIC FUND, LEAGUE OF       )
WOMEN VOTERS OF TEXAS, and)
AMERICAN GI FORUM OF        )
TEXAS, INC.,                )
      Plaintiffs,           )
                            )
vs.                         )  CASE NO. 5:19-cv-00963
                            )
TEXAS SECRETARY OF STATE,   )
TRUDY HANCOCK, IN HER       )
OFFICIAL CAPACITY AS        )
BRAZOS COUNTY ELECTIONS     )
ADMINISTRATOR, AND PERLA    )
LARA IN HER OFFICIAL        )
CAPACITY AS CITY OF         )
MCALLEN, TEXAS SECRETARY,   )
      Defendants.           )
```

ORAL AND VIDEO DEPOSITION

ROSALIE WEISFELD

MAY 13, 2020

(REPORTED REMOTELY)

1        ORAL AND VIDEO DEPOSITION OF ROSALIE WEISFELD,

2   produced as a witness at the instance of Defendant Texas

3   Secretary of State and duly sworn, was taken in the

4   above-styled and numbered cause on the 13th day of May,

5   2020, from 2:04 p.m. to 4:40 p.m., before Dana

6   Richardson, Certified Shorthand Reporter in and for the

7   State of Texas, reported remotely by computerized

8   stenotype machine, witness located at the residence of

9   Rosalie Weisfeld, 9206 Cliffwood Drive, Houston, Texas

10  77096, pursuant to the Federal Rules of Civil Procedure

11  and the provisions stated on the record or attached

12  hereto.

13

14

15

16

17

18

19

20

21

22

23

24

25

Rosale Weisfeld - 5/13/2020

3

 1                        APPEARANCES

 2   FOR PLAINTIFFS:

 3        Mr. Hani Mirza - (via webconference)
          TEXAS CIVIL RIGHTS PROJECT
 4        1412 Main Street, Suite 330
          Dallas, Texas 75202
 5        Telephone: (972) 333-9200
          E-mail: hani@texascivilrightsproject.org

 6
             - and -
 7
          Mr. Zachary D. Dolling - (via webconference)
 8        TEXAS CIVIL RIGHTS PROJECT
          2202 Alabama Street
 9        Houston, Texas 77004
          Telephone: (832) 767-3650
10        E-mail: zachary@texascivilrightsproject.org

11           - and -

12        Mr. Samuel Kalar - (via webconference)
          WILLKIE, FARR & GALLAGHER
13        787 Seventh Avenue
          New York, New York 10019-6099
14        Telephone: (212) 728-8000
          Fax:  (212) 728-8111
15        E-mail: skalar@willkie.com

16           - and -

17        Ms. JoAnna Suriani - (via webconference)
          WILLKIE, FARR & GALLAGHER
18        1875 K Street, N.W.
          Washington, DC 20006-1238
19        Telephone: (202) 303-1193
          Fax:  (202) 303-2193
20        E-mail: jsuriani@willkie.com

21   FOR DEFENDANT TEXAS SECRETARY OF STATE:

22        Ms. Anne Marie Mackin - (via webconference)
          ASSISTANT ATTORNEY GENERAL
23        P.O. Box 12548, Capitol Station
          Austin, Texas 78711-2548
24        Telephone: (512) 463-2798
          Fax:  (512) 320-0667
25        E-mail: anna.mackin@oag.texas.gov

4

1                    APPEARANCES - (CONT'D)

2   FOR DEFENDANT PERLA LARA IN HER OFFICIAL CAPACITY AS
    CITY OF MCALLEN, TEXAS SECRETARY:

3

         Mr. Isaac J. Tawil - (via webconference)
4            - and -
         Mr. Austin Stevenson - (via webconference)
5        CITY OF MCALLEN
         1300 West Houston Avenue
6        McAllen, Texas 78501-5002
         Telephone: (956) 681-1090
7        E-mail: itawil@mcallen.net; astevenson@mcallen.net

8
    FOR DEFENDANT TRUDY HANCOCK IN HER OFFICIAL CAPACITY AS
9   BRAZOS COUNTY ELECTIONS ADMINISTRATOR:

10       Mr. J. Eric Magee - (via webconference)
         ALLISON, BASS & MAGEE, LLP
11       402 West 12th Street
         Austin, Texas 78701
12       Telephone: (512) 482-0701
         Fax:  (512) 480-0902
13       E-mail: e.magee@allison-bass.com

14  ALSO PRESENT:

15       Mr. Bruce Erratt, Brazos County - (via web)
         Ms. Trudy Hancock - (via web)
16       Ms. Amelia Christopher, Video Technician - (via web)

17

18

19

20

21

22

23

24

25

5

```
1                        INDEX

2                                              PAGE

3  Examination by Ms. Mackin ........................9
   Examination by Mr. Tawil ........................67
4  Examination by Mr. Dolling ......................81
   Signature Page  .................................84
5  Court Reporter's Certificate ....................85

6

7                      EXHIBITS

8  EXHIBIT            DESCRIPTION              PAGE

9
   Exhibit 1     Defendant Secretary of State's    12
10               First Amended Notice of Oral
                 Deposition of Rosalie Weisfeld
11
   Exhibit 2     Application for Ballot by Mail    29
12
   Exhibit 3     Carrier Envelope For Early        36
13               Voting Ballot

14 Exhibit 4     Notice of Rejected Ballot         40

15 Exhibit 5     Plaintiffs' Original Complaint    47

16 Exhibit 6     Plaintiff Rosalie Weisfeld's      55
                 Objections and Responses to
17               Defendant Secretary of State's
                 First Requests For Admission,
18               Interrogatories, and Requests
                 For Production
19
   Exhibit 7     Printout of a July 4, 2019,       55
20               post from the Facebook page of
                 Rosalie Weisfeld
21
   Exhibit 8     April 11, 2019, e-mail from       57
22               Rosalie Weisfeld to Yesenia
                 Rodriguez
23
   Exhibit 9     July 5, 2019, e-mail from         61
24               Rosalie Weisfeld to Justin
                 Perez
25
```

APPX-000548

1                        EXHIBITS (cont.)

2   EXHIBIT                    DESCRIPTION                    PAGE

3

4   Exhibit 10       July 5, 2019, e-mail from            62
                     Rosalie Weisfeld to Charlie
5                    Bonner

6   Exhibit 11       Early Voting Ballot Board &          81
                     Signature Verification
7                    Committee, Handbook for
                     Election Judges and Clerks 2020

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Rosalie Weisfeld - 5/13/2020

7

1             THE REPORTER:  We're on the record.

2  Today's date is May 13, 2020.  The time is 2:04 p.m.

3  This is the deposition of Rosalie Weisfeld in the matter

4  of Dr. George Richardson, Rosalie Weisfeld, Austin

5  Justin (sic) Coalition, Coalition of Texans With

6  Disabilities, Move Texas Civic Fund, League of Women

7  Voters of Texas and American GI Forum of Texas, Inc.,

8  Plaintiffs, v. Texas Secretary of State, Trudy Hancock,

9  In Her Official Capacity at Brazos County Elections

10 Administrator, and Perla Lara In her Official Capacity

11 as City of McAllen, Texas Secretary, Defendants, pending

12 in the United States District Court for the Western

13 District of Texas, San Antonio Division in Civil Action

14 No. 5:19-cv-00963, and is being conducted by the Federal

15 Rules and agreement of the parties to the remote

16 swearing of the witness.

17             The witness located at 9206 Cliffwood

18 Drive, Houston, Texas 77096.

19             My name is Dana Richardson, Texas

20 Certified Shorthand Reporter No. 5386.  I am

21 administering the oath and reporting the deposition

22 remotely by stenographic means from my residence within

23 the state of Texas.  My business address is care of

24 Integrity Legal Support Solutions, P.O. Box 245,

25 Manchaca, Texas 78652.

1          Ms. Weisfeld, please raise your right hand

2   to be sworn.

3          (Witness sworn)

4          THE REPORTER:  And, Counsel, would you

5   please state your appearance and location for the

6   record, beginning with Plaintiff counsel.

7          MR. DOLLING:  Hi.  This is Zachary Dolling

8   for the plaintiffs.  I'm in Houston, Texas.

9          MR. MIRZA:  My name is Hani Mirza with the

10  Texas Civil Rights Project.  I'm also representing

11  Plaintiffs.  And I'm in Dallas, Texas.

12          MR. KALAR:  Also for the plaintiffs, I'm

13  Samuel Kalar of the law firm Willkie, Farr & Gallagher.

14  And I am dialing in from New York, New York.

15          MS. SURIANI:  And also for the plaintiffs,

16  I am JoAnna Suriani with the law firm Willkie, Farr &

17  Gallagher.  I'm in Washington, DC.

18          MR. TAWIL:  My name is Isaac Tawil,

19  attorney for Perla Lara in her official capacity of

20  Secretary of City of McAllen.  I'm in McAllen, Texas.

21          MR. MAGEE:  I'm Eric Magee.  I represent

22  Trudy Hancock in her official capacity as the Brazos

23  County Elections Administrator.  And I'm in Austin,

24  Texas.

25          MS. MACKIN:  My name is Anna Mackin with

1   determination that it wasn't my signature.  And it was

2   my signature.  And so I feel that my -- I know that my

3   right to vote was denied because my ballot was rejected.

4        **Q.   And to be clear, the ballot that we're talking**

5   **about, is that your ballot in the City of McAllen 2019**

6   **runoff election?**

7        A.   Correct.  Yes.

8        **Q.   I believe that was held June 22nd, 2019?**

9        A.   I believe that that is the correct date.

10  However, I voted by mail.  So my ballot was mailed --

11  was received and mailed the end of May.

12       **Q.   Okay.  And do you have any expectations for the**

13  **outcome of this lawsuit, like what you hope to get out**

14  **of it?**

15       A.   I hope that no one else's ballot is ever

16  rejected by someone that doesn't know them because they

17  think their signature is not their signature.

18       **Q.   Okay.  And how did you meet your lawyers in**

19  **this case?  And to be clear, I'm -- I don't -- I'm not**

20  **asking for the substance of their legal advice or**

21  **privileged communications, just how you became**

22  **acquainted with them.**

23       A.   I -- when my ballot was rejected, I was

24  actually at -- at home in McAllen.  And so I didn't

25  receive the letter because the letter was mailed to the

1  address in Houston.  And I opened the letter on

2  July 4th, when I was here in Houston; and when I saw

3  that my ballot had been rejected, I was horrified.  I

4  was sickened.  I was nauseated.  I had voted in every

5  single election there is and -- except for one -- and in

6  all the years that I've been registered to vote.  And I

7  posted on Facebook what happened.  And I don't recall

8  exactly how it happened, but I had a subsequent -- I

9  don't remember exactly what happened, but different

10  friends replied back to me about things that were going

11  on and -- and -- and horrified that it had happened to

12  me and sad.  And then -- oh, I -- I -- one of the -- I

13  don't remember what happened exactly.  So many different

14  people called me or sent me messages and -- none of the

15  attorneys did.  And somehow I, though, found out about

16  the Texas Civil Rights Project and I contacted -- I

17  contacted them and that's how I came to be with them.

18      Q.   Okay.  And so before your Facebook post and

19  kind of folks messaging you and somewhere in that

20  process getting linked up with the Texas Civil Rights

21  Project, had you had any prior dealings with the Texas

22  Civil Rights Project that you recall?

23      A.   Yes, but I don't remember exactly.

24      Q.   Okay.  Do you -- do you know anything -- do you

25  recall anything generally?  And it's okay if not.  I'm

Rosale Weisfeld - 5/13/2020

22

1  Texas?

2      A.   By mail.

3      Q.   Okay.  And anything besides that?

4      A.   Those are the only three ways I know that

5  people can vote.

6      Q.   Okay.  And have you voted in person on election

7  day in Texas before?

8      A.   Yes.

9      Q.   I know it may not be -- it may be difficult to

10  give a precise answer, but can you estimate about how

11  many times?

12      A.   No.

13      Q.   That's fine.  Have you voted in person early in

14  Texas before?

15      A.   Yes.

16      Q.   And do you -- are you able to give a rough

17  estimate of how many times?

18      A.   I don't recall.

19      Q.   Okay.  That's fine.

20           And this -- this lawsuit, we're talking

21  about the 2019 runoff election ballot by mail.  Other

22  than that election, have you voted by mail in Texas

23  before?

24      A.   Yes, I have.

25      Q.   And are you able to approximate about how many

1  times you've done that?

2      A.    No.

3      Q.    That's fine.

4            The last time you voted in person in

5  Texas, did you have to do anything to verify that you

6  were Rosalie Weisfeld?

7      A.    Yes.

8      Q.    Do you remember what you had to do?

9      A.    I had to show a picture ID.  The voter

10 registration card that I received doesn't even --

11 doesn't work, which is kind of crazy, because it is the

12 voter registration card; but that's not necessary to

13 vote.  You have to show a picture ID.

14     Q.    Can you think of a time that you voted in

15 person in Texas when you didn't have to show a form of

16 identification?

17     A.    Yes.

18     Q.    How many times?

19     A.    For years, before the law was changed.

20     Q.    Okay.  Tell me about that.

21     A.    I don't understand the question.

22     Q.    Okay.  So you -- as I understood your

23 testimony -- and correct me if I'm wrong -- you

24 mentioned that a law changed and after that, you had to

25 start identifying yourself to vote in person, but before

24

1    that, you weren't required to provide a form of

2    identification to vote.  Did I understand your

3    testimony?

4        A.   No, no, no.  It's a difference between a

5    picture ID and then you had the voter registration card

6    that you could take in or you could take in any kind of

7    identification.

8        Q.   I see.  So the change was from a form of

9    identification to a form of photo identification?

10       A.   Yes.  And only a specific form of

11   identification.  So, like, a student ID card wouldn't

12   count now -- doesn't count now.

13       Q.   Okay.  So let me try to ask my question a

14   little bit better.  Do you remember a time that you

15   voted in Texas where you didn't have to provide any form

16   of identification at all in person?

17       A.   Not to my recollection.

18       Q.   And to your knowledge, have you ever had a

19   ballot rejected other than in the 2019 City of McAllen

20   runoff election?

21       A.   No, never.

22       Q.   So it sounds from your testimony like it would

23   be fair to say you vote regularly.  Is that right?

24       A.   Yes, that is correct.

25       Q.   Would you describe yourself as politically

1   active?

2       A.   Yes.

3       Q.   **And in what ways?**

4       A.   I do my best to prepare myself before I go to

5   vote.  I read about all the candidates.  If possible, I

6   meet them.  I go to their functions.  I listen to

7   televised debates.  I -- if it's an issue, I study it.

8   Now, with the computer, it's even easier.  Can go to the

9   candidates' websites or Facebook pages or other social

10  media.  Resources, outlets to -- to -- to get

11  information on the candidate themselves.  If I can't

12  meet them, sometimes I'll call them, talk to them on the

13  phone.

14      Q.   **I think most people would agree that more of us**

15  **should be that engaged and be paying that much attention**

16  **to the -- to the political process.  So that is -- that**

17  **is appreciated.**

18           **You mentioned studying some issues.  Are**

19  **there any issues that are particularly important to you?**

20      A.   It depends on the -- you mean in regards to the

21  candidates and how I decide to vote for them?

22      Q.   **I mean regarding just sort of issues that are**

23  **frequently kind of debated and discussed in our current**

24  **political climate.  So maybe an issue that you might**

25  **think it was important enough to be active on**

1   **independent -- like, apart from any candidate?**

2       A.   I study the candidates.  I have particular,

3   yes, issues that are a concern to me; and I choose the

4   candidate that I intend to vote for based on their

5   positions and how I feel they will best represent my --

6   represent me and the concerns I have.  Is that what

7   you're asking?

8       **Q.   Yeah.  Sure.  Can you give me a few examples of**

9   **those issues that are particularly important to you in**

10  **deciding which candidates to support?**

11      A.   Well, for example, I'll use the city election

12  without telling you my -- who I voted for because that's

13  not -- that's private and privileged information.  But I

14  talked to the candidates and observed them, listened to

15  them on issues pertaining to the City such as business,

16  parks, environment, the recycling program we have now in

17  place, economic issues, how they plan to work together

18  with the school district and made my decision based on

19  their -- their interests and where they stood on those

20  particular issues.

21      **Q.   Okay.  Thank you for that.**

22              **I want to now focus in on the 2019 City of**

23  **McAllen runoff election that is kind of at the center of**

24  **your claims in this case.  When we were discussing**

25  **voting by mail earlier, you mentioned that had you voted**

1  by mail several times in the past.  Has that always been

2  because you were outside the county, or was there ever

3  another reason that you were eligible to vote by mail?

4      A.   It was because I was outside the county during

5  the election period, both early voting and election day.

6      Q.   And for this 2019 City of McAllen runoff

7  election, that was also the reason you were eligible,

8  because you were outside the county?

9      A.   Yes.

10      Q.   Okay.  Do you remember when you applied for the

11  ballot in the 2019 City of McAllen runoff election?  And

12  I mean the ballot by mail, just to be crystal clear.

13      A.   For the runoff?

14      Q.   Yes, ma'am.

15      A.   It was either in April or May.  It was after

16  the election, and there was a requirement -- I mean, one

17  of the races was in -- there was a runoff.  And so when

18  the runoff was declared, I knew I would be out of town.

19      Q.   How did you know that you would be out of town?

20      A.   My niece was graduating from college, and I

21  knew that I would be out of the state and -- well, out

22  of the county because I was going to visit the family.

23      Q.   And where were you visiting family for the

24  graduation?

25      A.   In New York.  I was in New York.

Rosale Weisfeld - 5/13/2020

29

1    A.    No.

2    Q.    -- City of McAllen runoff election?  Just to be

3  clear.

4    A.    No.

5    Q.    No, you're fine.  It's -- it's a total tendency

6  that we have in normal conversation.  So you're fine.

7         All right.  I'm going to show you a

8  document, and please let me know once you're able to

9  open and view that document.

10    A.    Okay.  I see it.

11    Q.    Do you recognize -- oh, and I will make this

12  document Exhibit 2 to this deposition.

13         (Exhibit 2 marked)

14    A.    Yeah.  It's sideways.  So just a minute.  Let

15  me kind of turn my head to -- oh, I see.  It's my

16  application.

17    Q.    (BY MS. MACKIN)  And, Ms. Weisfeld, I think if

18  you go up -- are you in Adobe?

19    A.    I can see it.

20    Q.    Are you --

21    A.    I can see it.  I can read it.

22    Q.    Okay.  Because if you click "View" and rotate

23  "View," you might be -- you can flip it around just so

24  you don't have to turn your head to the side.  But as

25  long as it's clear on your screen, that is -- that is

Rosale Weisfeld - 5/13/2020

30

1   fine.

2       A.   Okay.

3              MR. DOLLING:   I think that if you

4   right-click the document in -- in the menu that pops up,

5   you see about halfway down, it says "rotate clockwise"?

6   You do that one.

7       A.   Got it.  Yeah, I see it now.  Now I did it.

8   Yeah.  Got it.  Okay.

9       Q.   (BY MS. MACKIN)  And so I just want to make

10   sure.  I'm going to back up a little bit.  Do you

11   recognize this document?

12       A.   Yes.  That's my application.

13       Q.   Application for what?

14       A.   For the -- the City election in May.

15       Q.   For the ballot by mail for the 2019 City of

16   McAllen election?

17       A.   Correct.

18       Q.   And then if you'll look down under 6b, like

19   "boy" --

20       A.   Yes.

21       Q.   -- there's a little check next to "Any

22   Resulting Runoff."

23       A.   Correct.

24       Q.   So was this application the application for

25   your ballot by mail in the 2019 City of McAllen runoff

1  election?

2      A.   Yes.   I voted in the May election because I was

3  out of town.   And I had clicked off -- checked off any

4  resulting runoff, but then I don't -- someone from the

5  City called me to verify that I do -- did still want a

6  ballot for the runoff election.   It was either Perla or

7  somebody in the office.   And I said, "Yes, I do."

8      Q.   **And you mentioned -- you mentioned Perla and**

9  **referring to her on a first-name basis.   Would you say**

10  **that you-all have a -- a personal relationship?**

11      A.   We have a working relationship.

12      Q.   **Okay.   How long have you known Ms. Lara?**

13      A.   For many years.   She was the assistant -- she

14  was the assistant before she -- before she became the --

15  the secretary.

16      Q.   **Okay.   And is that how you became acquainted**

17  **with her?**

18      A.   Yes.

19      Q.   **All right.   And down under the number 10,**

20  **there's an "X."   And next to that is a signature.   Is**

21  **that your signature?**

22      A.   Yes, it is.

23      Q.   **Okay.   And when you completed this application,**

24  **what was your understanding of what that signature would**

25  **be used for?**

Rosale Weisfeld - 5/13/2020

33

1    Q.    -- for your ballot by mail.

2    A.    Yes.

3    Q.    Is it possible that you were at that address

4    from April 1st to May 10th of 2019?

5    A.    I -- I could have been here for part of it, but

6    it was the address that I requested that the ballot be

7    mailed to.

8    Q.    And why did you choose that address if you were

9    only going to be there for part of the time?

10   A.    Because I'm engaged to be married and it is the

11   address of my fiancï¿½.

12   Q.    Well, what cause for celebration.  I am, too,

13   actually.  We had to postpone our wedding because of the

14   pandemic.

15   A.    Congratulations.

16   Q.    Thank you.

17          And so you mentioned that you don't

18   specifically recall where you were for the entire period

19   of absence.  Do you remember any of the places you might

20   have been besides Houston?

21   A.    I really don't.  No.

22   Q.    Would it be fair to say that you travel quite a

23   bit?

24   A.    Yes, it is.  That is true.

25   Q.    And why do you have occasion to travel so

1  often?

2      A.   I'm very close to my family, and I travel to --

3  primarily to see my -- my family.

4      Q.   And I know you mentioned New York.  Where else

5  do you have family located?

6      A.   California.  And Mark has family in Colorado,

7  and so do I.  And I'm trying to think of where I might

8  have been during that time.  I kind of think I might

9  have been -- I might have gone skiing for the last

10  weekend in -- of ski season.

11      Q.   And just to be clear on the record, is -- is

12  Mark your fiancï ¿‰?

13      A.   Yes.

14      Q.   All right.  I'm done with Exhibit 2 for now.

15  You can close out of that document?

16      A.   Uh-huh.

17      Q.   And we may have already covered this, but I

18  just want to make sure that the record is clear.  Have

19  you ever voted in -- you have voted in person in the

20  City of McAllen in the past, right?

21      A.   Yes.  Yes.

22      Q.   And do you recall when you received your ballot

23  by mail for the 2019 City of McAllen runoff election?

24      A.   I don't recall the exact date, but it was

25  either the -- the end of March or first of April, I

Rosale Weisfeld - 5/13/2020

36

1  ballot," and told them why and what happened.

2      Q.   And so as I'm understanding your testimony,

3  that was in the May election?

4      A.   Correct.

5      Q.   Do you remember when you received your mail-in

6  ballot for the June runoff election in 2019?

7      A.   It was either the day before or the day that I

8  flew to New York.

9      Q.   Do you know when that was?

10     A.   It was the end of May.

11     Q.   Okay.  And your ballot in the runoff election,

12 did it also have the issue of having one of the

13 envelopes already sealed?

14     A.   No, it didn't.

15     Q.   Okay.  In that general election, the May

16 election, where you had the issue with the sealed

17 envelope, do you know if your ballot was counted for

18 that May election?

19     A.   I presume so because I did not receive a letter

20 of rejection.

21     Q.   I'm going to show you a document that I will

22 make Exhibit 3 to this deposition.

23                (Exhibit 3 marked)

24     Q.   (BY MR. BAUER)  Please let me know when you are

25 able to open that document and take a look at it.

1    A.   Is that the carrier envelope PDF?

2    **Q.   Yes, ma'am.  That's the title of the -- of the**

3 **file.**

4    A.   Okay.

5    **Q.   Do you recognize this document?**

6    A.   Let me turn it again.  Just a second.  It'll

7 make it easier to look at.

8              Okay.  Yes.  That is the carrier envelope,

9 and you -- oh, see, it's dated the end of May, as I -- I

10 said, that -- yeah, the end of May.  And it's from New

11 York.

12    **Q.   And you're referring here to the -- the**

13 **postmark?**

14    A.   Correct.

15    **Q.   Looks like May 29th, 2019, from something I**

16 **can't quite read, NY.**

17    A.   It's New York.  It was from -- I think I --

18 I -- I don't -- I put it in the mailbox around the

19 corner from my niece and nephew's townhouse.

20    **Q.   And it looks, from the City Secretary's Office**

21 **stamp on the envelope, like this was received in the**

22 **McAllen City Secretary's Office on June 3rd, 2019.**

23 **Would you have any reason to -- to doubt that?**

24    A.   That -- that sounds accurate for the mail.

25    **Q.   Okay.  And then turning to -- this is a -- this**

1      A.    Yes.

2          Q.    Okay.  And do you recall -- that's all I have

3      on Exhibit 3.  Thank you.  You can close out of that.

4                Do you recall --

5                MR. DOLLING:  Excuse me.  Anna, do you

6      mind?  I just wanted to check in on Rosalie and see if

7      maybe she wanted to take a break right now.

8                THE WITNESS:  Yeah, that -- that would be

9      really nice.  Thank you so much.  I'm starting to fade.

10               MS. MACKIN:  Would you mind if I ask just

11     one more question, and then we can take a break?

12               MR. DOLLING:  I think that's agreeable.

13     Is that okay, Rosalie?

14               THE WITNESS:  Can we just wait?

15               MS. MACKIN:  Sure.

16               THE REPORTER:  Okay.  We're off the record

17     at 2:59 p.m.

18               (Recess taken)

19               THE REPORTER:  We're back on the record at

20     3:13 p.m.

21         Q.    (BY MS. MACKIN)  Ms. Weisfeld, just one last

22     question about your New York trip in late May of 2019.

23     Do you remember when you returned?

24         A.    When -- when I returned to --

25         Q.    Well, when you returned -- when you returned

40

1  from that trip.

2      A.   I don't.

3      Q.   Okay.  And after that trip, did you immediately

4  come back to Texas?

5      A.   I don't recall.  I don't recall because several

6  of my family members were having graduations and I went

7  to California and -- I think I went to California.  I

8  don't recall all the places I went to for graduations.

9      Q.   Okay.

10     A.   And we had a -- we had other family -- thank

11  God they were celebrations, to attend during that time

12  period.

13     Q.   All right.  I'm going to share a document with

14  you, and this will be Exhibit 4 to this deposition.

15             (Exhibit 4 marked)

16     Q.   (BY MS. MACKIN)  And please let me know when

17  you are able to open up that document and take a look at

18  it.

19     A.   I see it.

20     Q.   Okay.  Do you recognize Exhibit 4?

21     A.   Yes.

22     Q.   What is it?

23     A.   It's the letter of rejection that I received.

24     Q.   And is this letter the first notice you

25  received that your ballot had been rejected?

1  the mail was delivered and then you could figure out

2  what day, but I don't know.

3      **Q.   Okay.  That's fine.  Thank you for that.**

4                 **And on Exhibit 4, what does it indicate is**

5  **the reason that your ballot in the 2019 City of McAllen**

6  **runoff election was rejected?**

7      A.   It says -- there's a checkmark next to No. 2:

8  "It was determined that the signature on the application

9  for ballot by mail and carrier envelope was not signed

10  by the same person."  But that's not true.  And it --

11  they could have called me and asked me or sent me an

12  e-mail or sent me a letter, somehow communicated with me

13  and asked me and especially when I told them I was

14  mailing it from New York.  I said, "I'm going to be in

15  New York."  And they did not -- and it was mailed from

16  New York.

17            MS. MACKIN:  I'm just going to object to

18  that last answer as nonresponsive because all I'm trying

19  to explore here is the reason indicated on this notice.

20      A.   Oh, okay.

21      **Q.   (BY MS. MACKIN)  I --**

22      A.   Then it's the first part of my answer.  "It was

23  determined that the signature on the application for

24  ballot by mail and carrier envelope was not signed by

25  the same person."

60

1  Lara.  Is that right?

2      A.   Correct.  Yes.

3      Q.   Okay.  And so you sent this e-mail, it appears,

4  on April 11th, 2019, correct?

5      A.   Correct.

6      Q.   Okay.  And why didn't you reach out to Yesenia

7  or Perla when you received your notice of rejected

8  ballot in June -- well --

9      A.   No.  I received it on July 4th.

10     Q.   The notice of rejected ballot dated June 22nd,

11 2019, why -- why didn't you reach out to Yesenia or

12 Perla when you received that notice?

13     A.   It was July 4th, and the offices were closed.

14     Q.   And why didn't you reach out to anyone at the

15 City of McAllen Secretary's Office after that?

16     A.   I don't know if I -- I don't -- I don't --

17 well, I don't recall whether I did or I didn't

18 afterwards, but I -- it -- it was -- it was already

19 over.  The decision had been made.  The letter had been

20 received.  The election was over.

21     Q.   And so are there any circumstances under which

22 you would have reached out to Perla or Yesenia or

23 someone in the City of McAllen Secretary's Office about

24 the notice of rejected ballot?

25     A.   Honestly, I thought I had; but maybe I didn't.

 1      A.   I haven't been able to go to McAllen because I

 2   was in a serious car accident.  Both vehicles were

 3   totaled, and I suffered from a concussion.  I have a

 4   traumatic brain injury.  I go to TIRR here in Houston.

 5   It's a very well-known hospital.  It's a clinic, and

 6   it's for people with traumatic brain injuries.  And I go

 7   to speech therapy, occupational therapy, physical

 8   therapy.  And I go to Love Your Brain for -- also.

 9      **Q.   Okay.**

10      A.   I have not been able to go home.  I have had to

11   cancel probably ten airplane tickets so far since the

12   accident because I have to go -- I have to go to -- to

13   therapy.

14      **Q.   And prior to the accident, how much time were**

15   **you spending in McAllen?**

16      A.   I would be home a lot.

17      **Q.   Can you quantify a lot?**

18      A.   A couple of -- a week or so every month or

19   sometimes two weeks, I would be at home.  All my clothes

20   are still hanging in my closet.  My shoes are there.

21   Everything is there.  All my plates and all my --

22   everything's there.  I -- I've been wanting to go home

23   so many times, and the doctor said I can't go home.

24   They -- now the doctor said I could go home, but now I

25   can't go home because of Corona Virus.

85

```
 1  STATE OF TEXAS
    COUNTY OF MONTGOMERY
 2                  REPORTER'S CERTIFICATE

 3      I, Dana Richardson, a Certified Shorthand Reporter

 4  in and for the State of Texas, do certify that this

 5  deposition transcript is a true record of the testimony

 6  given by the witness named herein, after said witness

 7  was duly sworn by me.  The witness was requested to

 8  review the deposition.

 9      I further certify that I am neither attorney or

10  counsel for, related to, nor employed by any parties to

11  the action in which this testimony is taken and,

12  further, that I am not a relative or employee of any

13  counsel employed by the parties hereto or financially

14  interested in the action.

15      I further certify that the amount of time used by
    each party at the deposition is as follows:
16
            Ms. Anna Mackin - 01:41
17          Mr. Isaac Tawil - 00:20
            Mr. Zachary D. Dolling - 00:01
18
        SUBSCRIBED AND SWORN TO under my hand and seal of
19  office on this the 26th day of May, 2020.

20  _____
    Dana Richardson, RPR, TX CSR 5386
21  Expiration:  01/31/22
    Integrity Legal Support Solutions
22  Firm Registration No. 528
    PO Box 245
23  Manchaca, Texas 78652
    (512) 320-8690
24  (512) 320-8692 (fax)

25
```

# Exhibit 27

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.     DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.     **5**

J0546 78350

| Application for Ballot by Mail | Prescribed by the Office of the Secretary of State of Texas AS-16 12/17 | For Official Use Only VUID #, County Election Precinct #, Statement of Residence, etc. |
|---|---|---|

**1** Last Name (Please print information): **Weisfeld** ✓     Suffix (Jr., Sr., III, etc):     First Name: **Rosalie** ✓     Middle Initial ✓

**2** Residence Address: See back of this application for instructions: **480 North 16 Street** ✓     City: **McAllen** ✓     ,TX     ZIP Code: **78504** ✓

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box # 7: **9206 Cliftwood Drive** ✓     City: **Houston**     State: TX     ZIP Code: **77096**

**4** Date of Birth (mm/dd/yyyy) (Optional): **D 6 1 6 1 9 5 6** ✓

Contact Information (Optional)*
Please list phone number and/or email address:
* Used in case our office has questions
**956.793.5814**
**rosalie weisfeld @ gmail. com**

**5** Reason for Voting by Mail:
☐ 65 years of age or older. (Complete Box #6a)
☐ Disability. (Complete Box #6a)
☑ Expected absence from the county. (Complete Box #6b and Box #8) ✓
    You will receive a ballot for the upcoming election only
☐ Confinement in jail. (Complete Box #6b)
    You will receive a ballot for the upcoming election only

**7** If you are requesting this ballot be mailed to a different address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.
☐ Mailing Address as listed on my voter registration certificate     ☐ Address of the jail
☐ Nursing home, assisted living facility, or long term care facility     ☐ Relative, relationship _____
☐ Hospital     ☑ Address outside the county (see Box #8)
☐ Retirement Center

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability:
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."

☐ Annual Application

Uniform and Other Elections:     Primary Elections:
☐ May Election     You must declare one political party to vote in a primary.
☐ November Election     ☐ Democratic Primary
☐ Other _____     ☐ Republican Primary
    ☐ Any Resulting Runoff

**8** If you selected "expected absence from the county," see reverse for instructions.

**0 4 / 0 1 / 2 0 1 9 — 0 5 / 1 0 / 2 0 1 9**
Date you can begin to receive mail at this address     Date of return to residence address

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:

_____     _____
(early voting clerk's e-mail address)     (early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**6b** ONLY Voters Absent from County or Voters Confined in Jail:
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:     Primary Elections:
☑ May Election     You must declare one political party to vote in a primary.
☐ November Election     ☐ Democratic Primary
☐ Other _____     ☐ Republican Primary
☑ Any Resulting Runoff

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

→ **X** *Rosalie Weisfeld*     Date **3/27/2019** ✓

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

**11** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐

★ If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____     X _____
Signature of Witness/Assistant     Printed Name of Witness/Assistant

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)

_____     _____
Street Address     Apt Number (if applicable)     City

_____     _____
State     ZIP Code

Exhibit
Rosalie Weisfeld
**2**
5/13/20 DR

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaria de Votación por Adelantado.

# Exhibit 28

**Weisfeld, Rosalie**
**VUID# 1054678350 SMD 5**
**June 22, 2019**
**Run-Off Election**

NED ISLAND MI 117.

29 MAY 2019 PM 2 L

City Secretary's Office
Received
Date 6/3/19

★ OFFICIAL
ELECTION MAIL
Authorized by the U.S. Postal Service ®

**WARNING:** (1) Knowingly possessing another person's ballot or carrier envelope may be a crime unless you provide your signature, printed name and address (2) A person commits an offense if the person compensates another person or receives compensation for depositing a carrier envelope in the mail as part of a scheme in which the person is compensated based on the number of carrier envelopes deposited. For additional information on offenses related to carrier envelopes, please see the "Information About Returning your Carrier Envelope," included with the materials sent to you with your ballot.

**ADVERTENCIA:** (1) El acto de poseer conscientemente la boleta o el sobre de envío de otra persona puede ser un delito a menos que usted proporcione su firma, nombre impreso, y su dirección. (2) Una persona comete un delito si recompensa o recibe compensación a cambio de depositar el sobre de envío en el correo como parte de un plan en el cual la persona es recompensada en base al número de sobres de envío depositados. Para obtener información adicional sobre los delitos relacionados con los sobres de envío, por favor vea la "Información Sobre Cómo Devolver su Sobre de Envío," incluido con los materiales enviados a usted con su boleta.

**CARRIER ENVELOPE FOR EARLY VOTING BALLOT**
*(SOBRE DE ENVÍO PARA LA BOLETA DE VOTACIÓN ANTICIPADA)*

**TO *(A)*:**

**Perla Lara, City Secretary**
Early Voting Clerk *(Secretario de Votación Anticipada)*

**P.O. Box 220/1300 Houston Ave**
Mailing Address *(Dirección Postal)*

**McAllen** , Texas **78505-0220**
City *(Ciudad)*                 Zip *(Código Postal)*

5-22 – Prescribed by Secretary of State – 12/17
Section 86.013, Texas Election Code 173704

78505$9999

**Exhibit**
**Rosalie Weisfeld**
**3**
5/13/20 DR
exhibitsticker.com

APPX-000576

**Instructions:** This envelope must be sealed and signed by the voter before it leaves the voter's hands. Do not sign this envelope unless the ballot has been marked by you or at your direction. This carrier envelope may not be used to return more than one voter's ballot. For instructions on the methods and deadlines to deliver this carrier envelope, see the "Information About Returning your Carrier Envelope," included with the materials sent to you with your ballot. (Instrucciones al Votante: Selle este sobre y después firme su nombre en el espacio proporcionado abajo. Este sobre debe de ser sellado y firmado por el votante antes de que el votante lo entregue. No firme este sobre a menos de que la boleta haya sido llenada por usted o bajo su dirección. Este sobre de envío no debe ser utilizado para entregar la boleta de más de un solo votante. Para obtener instrucciones sobre los métodos y plazos para entregar este sobre de envío, vea la "Información Sobre Cómo Devolver su Sobre de Envío," incluido con los materiales enviados a usted con su boleta.)

I certify that the enclosed ballot expresses my wishes independent of any dictation or undue persuasion by any person. (Certifico que la boleta adjunta expresa mis deseos independientemente de ningún dictado o persuasión indebida por parte de cualquier persona.)

SEAL ENVELOPE AND SIGN OVER SEALED FLAP
(SELLE EL SOBRE Y FIRME ENCIMA DE SOLAPA DEL SOBRE)

X _Rosalie Weisfeld_

SIGNATURE OR MARK OF VOTER (FIRMA O MARCA DEL VOTANTE)

**Instructions to Assistant:** A voter may only be assisted with reading or marking the ballot if they have a physical disability that renders them unable to write or see, or have an inability to read the language in which the ballot is written. If you are assisting the voter, you must read the oath and complete the section below, before assisting the voter. (Instrucciones al Asistente: Un votante puede recibir ayuda para leer o marcar la boleta solamente si el votante tiene una discapacidad física la cual le impide escribir o ver, o si no tiene la habilidad de leer el lenguaje en el cual la boleta está escrita. Si usted le proporcionará ayuda a un votante, usted debe leer el juramento y llenar la siguiente sección abajo, antes de asistir al votante.)

**Oath of Person Assisting Voter:** I swear (or affirm) that I will not suggest, by word, sign, or gesture, how the voter should vote; I will confine my assistance to answering the voter's questions, to stating propositions on the ballot, and to naming candidates and, if listed, their political parties; I will prepare the voter's ballot as the voter directs; and I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs. (Juramento de la Persona Asistiendo al Votante: Juro (o afirmo) que no sugeriré con palabras, señales, o gestos, la manera en la cual el votante debe votar; limitaré mi asistencia a responder las preguntas del votante, leer propuestas en la boleta, nombrar a los candidatos, y si es mencionado, su partido político; prepararé la boleta del votante de acuerdo a sus instrucciones; y yo no soy el empleador del votante, un agente del empleador del votante, un oficial o agente de un sindicato al cual el votante pertenece.)

**Instructions to Witness:** You are serving as a witness for _____ (name of voter). You must complete the section below if you witness the mark of the voter, or if the voter cannot make a mark. If the voter cannot make a mark, check here _____. (Instrucciones al Testigo: Usted está fungiendo como testigo para _____ (nombre del votante). Usted debe llenar la siguiente sección abajo si usted fue testigo de que el votante firmó, o de que el votante no puede firmar. Si el votante no puede firmar, marque sus iniciales aquí _____.)

**Instructions to Person Depositing Carrier Envelope in Mail or to Common or Contract Carrier:** If you are assisting a voter by depositing the carrier envelope in the mail or with a common or contract carrier, you must complete the section below. (Instrucciones a la Persona Quien Deposita el Sobre de Envío en el Correo o Entregue al Transportista Público o Comercial: Si usted asistirá al votante a depositar el sobre de envío en el correo o con un transportista público o comercial, usted debe llenar la sección que aparece abajo.)

If you are an assistant or witness, check the appropriate box below and provide information: (Si usted es un asistente o testigo, marque la casilla correcta y proporcione su información):

| | Signature (Firma) | Printed Name (Nombre impreso) | Street Address (Domicilio residencial) |
|---|---|---|---|
| ☐ Assistant/ Asistente | | | |
| ☐ Witness/ Testigo | | | |
| ☐ Assistant/ Asistente | | | |
| ☐ Witness/ Testigo | | | |

Completed by Early Voting Clerk: Name of Election (Nombre de Elección): _____ **Run-Off Election)**

Name of Voter (Nombre del votante): _Rosalie Weisfeld_ _____ Date of Election (Fecha de Elección): 5.22 2019

# Exhibit 29

AWS-62
Prescribed by Secretary of State
Sec. 87.0431, Texas Election Code
3/07

## NOTICE OF REJECTED BALLOT

This is to serve as notice that your ballot for the __**June 22, 2019**__ Election was rejected by the early voting ballot board and was not counted.

Name of Voter __Weisfeld, Rosalie__

VUID Number __1054678350__ .

Reason for Rejection: (Check As Appropriate)

_____ 1) Certificate on carrier envelope was not properly executed.
_____ You failed to sign your signature or make your mark.
_____ The witness failed to indicate on the envelope that you could not make a mark.
_____ The assistant or witness failed to print their name.
_____ The assistant or witness failed to sign their name.
_____ The residence address of the assistant or witness was not given.

✓ 2) It was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person.

_____ 3) Application for ballot by mail did not state a legal ground for voting by mail.

_____ 4) Voter registration records indicated you did not have an effective registration for this election.

_____ 5) Address to which ballot was mailed was not outside the county. Voting early by mail due to expected absence from the county requires balloting materials be mailed to an address outside the county.

_____ 6) The residence address on the statement of residence is not located in the political subdivision conducting the election.

_____ 7) The mailing address on the application for ballot by mail did not match your voter registration address nor did the mailing address match any addresses provided on your statement of residence. Since you did not indicate on your application for a ballot by mail that you were having your ballot mailed to a hospital, retirement center, long term care facility, nursing home, jail, or a relative, your ballot was rejected.

_____ 8) The statement of residence was not included in the carrier envelope.

_____ 9) No identification was included with your mail ballot.

_____ 10) Other:

Signature of Early Voting Ballot Board Judge

__June 22, 2019__
Date

**Weisfeld, Rosalie**
**9206 Cliffwood Drive**
**Houston TX 77096**

Exhibit
Rosalie Weisfeld
**4**
exhibitsticker.com
5/13/20 DR

APPX-000579

Exhibit 30

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS, and AMERICAN GI FORUM OF TEXAS, INC., | § § § § § § § § | |
| *Plaintiffs* | § § | |
| v. | § § | Civil Case No. 5:19-cv-00963-OG |
| TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY, | § § § § § § § § | |
| *Defendants*. | § § | |

## DECLARATION OF ROSALIE WEISFELD

My name is Rosalie Weisfeld. I am over the age of 18 and capable of making this declaration. The facts stated herein are within my personal knowledge.

1. I am a resident of McAllen, Texas and eligible to vote in Hidalgo County, Texas, in which the City of McAllen is located.

2. I have voted in every election for which I was eligible, except for one, since I registered to vote more than 40 years ago, including school board, city council, primary, runoff, constitutional, presidential, and gubernatorial elections.

3. I have frequently travelled for professional engagements in the past and currently travel frequently to see friends and family. As a result, I have voted by mail in the past numerous times on the basis of being absent from Hidalgo County during the time for an election.

1

4. I knew I would be traveling outside of Hidalgo County to visit family during the May 2019 general election. I therefore decided to apply to vote by mail for that election and for any resulting runoff. I included both my phone number and e-mail address on the application.

5. I filled in and signed an application to vote by mail for that election and sent it to the City of McAllen. The city then sent me a mail-in ballot for the May 2019 election and a carrier envelope for the ballot. I filled in the ballot and signed the carrier envelope and returned both to the city.

6. The May election results necessitated a runoff election, to take place on June 22, 2019.

7. The city sent me another mail-in ballot, this time for the runoff election, and a carrier envelope for the ballot. I filled in the ballot and signed the carrier envelope and mailed them to the city on May 29, 2019. The city received the carrier envelope containing the ballot on June 3, 2019.

8. On July 4, 2019, I visited my fiancé's residence in Houston, Texas—the mailing address I put down on my application for a ballot by mail—and found a notice of rejection from McAllen in the mailbox.

9. The notice was dated June 22, 2019. The envelope containing the notice was postmarked June 26, 2019.

10. The notice of rejection indicated that the McAllen early voting ballot board had rejected my ballot for the June 22 runoff election because "[i]t was determined that the signature on the application for ballot by mail and carrier envelope was not signed by the same person."

11. I was extremely upset by the rejection of my ballot.

12. I would have readily confirmed that it was my signature on both my application for the ballot by mail and the carrier envelope containing my mail-in ballot if anyone from McAllen had contacted me after the early voting ballot board initially and incorrectly

2

determined that I had not written both signatures. The city had both my phone number and my e-mail address, which I included on my application to vote by mail. My application also contained both my mailing address and my residential address.

13. I will be eligible to vote by mail in future elections for numerous reasons and intend to do so whenever possible.

14. First, I am currently 63 years old. I intend to exclusively vote by mail once I turn 65 and qualify to do so under the 65 years of age or older eligibility requirement.

15. Second, and before then, I intend to vote by mail in any election during which I am absent from Hidalgo County.

16. Third, I recently suffered a traumatic brain injury in a car accident. This injury has required extensive and ongoing treatment and recovery therapy that requires me to travel back and forth between McAllen, where I reside, and Houston, where my doctors and therapists are located. I therefore intend to vote by mail during the November 2020 general election under the disability qualification, whether or not I am absent from Hidalgo County.

This Declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Date:   June 5, 2020

_Rosalie Weisfeld_
Rosalie Weisfeld

3

# Exhibit 31

DO NOT REMOVE PERFORATED TABS. Moisten here and fold bottom to top to seal.

## Application for Ballot by Mail

Prescribed by the Office of the Secretary of State of Texas
AB-15 12/17

For Official Use Only
VUID #: County Election Precinct #
Statement of Residence, etc.

**1** Last Name (Please print information)
Weisfeld

Suffix (Jr., Sr., III, etc)
—

First Name
Rosalie

Middle Initial

**2** Residence Address: See back of this application for instructions.
4801 North 16th Street

City
McAllen

, TX

ZIP Code
78504

**3** Mail my ballot to: If mailing address differs from residence address, please complete Box #7.
9206 Cliffwood Drive

City
Houston

State
TX

ZIP Code
59096

**4** Date of Birth (mm/dd/yyyy) (Optional)
0 6 / 1 6 / 1 9 5 6

Contact Information (Optional)
Please list phone number and/or email address.
Used in case our office has questions.
956.793.5814
rosalie Weisfeld @gmail.com

**5** Reason for Voting by Mail

☐ 65 years of age or older (Complete Box #6a)

☐ Disability. (Complete Box #6a)

☒ Expected absence from the county (Complete Box #6b and Box #8)
You will receive a ballot for the upcoming election only

☐ Confinement in jail (Complete Box #6b)
You will receive a ballot for the upcoming election only

**7** If you are requesting this ballot be mailed to an address (other than residence), indicate where the ballot will be mailed. See reverse for instructions.

☐ Mailing Address as listed on your voter registration certificate

☐ Nursing home, assisted living facility, or long term care facility

☐ Hospital

☐ Retirement Center

☐ Address of the jail

☐ Relative; relationship

☒ Address outside the county (see Box #8)

**6a** ONLY Voters 65 Years of Age or Older or Voters with a Disability
If applying for one election, select appropriate box.
If applying once for elections in the calendar year, select "Annual Application."

☐ Annual Application

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary

☐ Any Resulting Runoff

**8** If you selected "expected absence from the county," see reverse for instructions

0 4 / 0 1 / 2 0 1 9   —   0 5 / 1 0 / 2 0 1 9

Date you can begin to receive mail at this address          Date of return to residence address

**9** Voters may submit a completed, signed, and scanned application to the Early Voting Clerk at:

_____ (early voting clerk's e-mail address)

_____ (early voting clerk's fax)

NOTE: If you fax or e-mail this form, please be aware that you must also mail the form to the early voting clerk within four business days. See "Submitting Application" on the back of this form for additional information.

**6b** ONLY Voters Absent from County or Voters Confined in Jail
You may only apply for a ballot by mail for one election, and any resulting runoff.
Please select the appropriate box.

Uniform and Other Elections:
☐ May Election
☐ November Election
☐ Other

Primary Elections:
You must declare one political party to vote in a primary.
☐ Democratic Primary
☐ Republican Primary

☒ Any Resulting Runoff

**10** "I certify that the information given in this application is true, and I understand that giving false information in this application is a crime."

→ **X** Rosalie Weisfeld                Date 3/27/2019

SIGN HERE
If applicant is unable to sign or make a mark in the presence of a witness, the witness shall complete Box #11.

If someone helped you to complete this form or mails the form for you, then that person must complete the sections below.

**11** See back for Witness and Assistant definitions.
If applicant is unable to mark Box #10 and you are acting as a Witness to that fact, please check this box and sign below. ☐

If you assisted the applicant in completing this application in the applicant's presence or e-mailed/mailed or faxed the application on behalf of the applicant, please check this box as an Assistant and sign below. ☐

If you are acting as Witness and Assistant, please check both boxes. Failure to complete this information is a Class A misdemeanor if signature was witnessed or applicant was assisted in completing the application.

X _____
Signature of Witness /Assistant

X _____
Printed Name of Witness/Assistant

Street Address          Apt Number (if applicable)          City

Witness' Relationship to Applicant
(Refer to instructions on back for clarification)

State          ZIP Code

Este formulario está disponible en Español. Para conseguir la versión en Español favor de llamar sin cargo al 1.800.252.8683 a la oficina del Secretario de Estado o la Secretaría de Votación por Adelantado.

APPX-000585

WEISFELD-000000001

# Exhibit 32

**Instructions:** This envelope must be sealed and signed by the voter before it leaves the voter's hands. Do not sign this envelope unless the ballot has been marked by you or at your direction. This carrier envelope may not be used to return more than one voter's ballot. For instructions on the methods and deadlines to deliver this carrier envelope, see the "Information About Returning your Carrier Envelope," included with the materials sent to you with your ballot. (Instrucciones al Votante: Selle este sobre y después firme su nombre en el espacio proporcionado abajo. Este sobre debe de ser sellado y firmado por el votante antes de que el votante lo entregue. No llene este sobre a menos de que la boleta haya sido llenada por usted o bajo su dirección. Este sobre de envío no debe ser utilizado para entregar la boleta de más de un solo votante. Para obtener instrucciones sobre los métodos y plazos para entregar este sobre de envío, vea la "Información Sobre Cómo Devolver su Sobre de Envío," incluido con los materiales enviados a usted con su boleta.)

I certify that the enclosed ballot expresses my wishes independent of any dictation or undue persuasion by any person. (Certifico que la boleta adjunta expresa mis deseos independientemente de ningún dictado o persuasión indebida por parte de cualquier persona.)

SEAL ENVELOPE AND SIGN OVER SEALED FLAP
(SELLE EL SOBRE Y FIRME ENCIMA DE SOLAPA DEL SOBRE) ➡️

X *Rosalie Weisfeld*

SIGNATURE OR MARK OF VOTER (FIRMA O MARCA DEL VOTANTE)

**Instructions to Assistant:** A voter may only be assisted with reading or marking the ballot if they have a physical disability that renders them unable to write or see, or have an inability to read the language in which the ballot is written. If you are assisting the voter, you must read the oath and complete the section below, before assisting the voter. (Instrucciones al Asistente: Un votante puede recibir ayuda para leer o llenar la boleta solamente si el votante tiene una discapacidad física la cual le impide escribir o ver, o si no tiene la habilidad de leer el lenguaje en el cual la boleta está escrita. Si usted le proporcionará ayuda a un votante, usted debe leer el juramento y llenar la siguiente sección abajo, antes de asistir al votante.)

**Oath of Person Assisting Voter:** I swear (or affirm) that I will not suggest, by word, sign, or gesture, how the voter should vote, I will confine my assistance to answering the voter's questions, to stating propositions on the ballot, and to naming candidates and, if listed, their political parties; I will prepare the voter's ballot as the voter directs, and I am not the voter's employer, an agent of the voter's employer, or an officer or agent of a labor union to which the voter belongs. (Juramento de la Persona Asistiendo al Votante: Juro (o afirmo) que no sugeriré con palabras, señales, o gestos, la manera en la cual le votante debe votar; limitaré mi asistencia a responder las preguntas del votante, leer propuestas en la boleta y nombrar a los candidatos, y si es mencionado, su partido político; preparará la boleta del votante de acuerdo a sus instrucciones; y yo no soy el empleador del votante, un agente del empleador del votante, o un oficial o agente de un sindicato al cual el votante pertenece.)

**Instructions to Witness:** You are serving as a witness for _____ (name of voter). You must complete the section below if you served as a witness to the mark of the voter, or if the voter cannot make a mark. If the voter cannot make a mark, check here ____. (Instrucciones al Testigo: Usted está fungiendo como un testigo de _____ (nombre del votante). Usted debe llenar la siguiente sección abajo si usted fue testigo de que el votante firmó, o de que el votante no puede firmar. Si el votante no puede firmar, marque sus iniciales aquí ____.)

**Instructions to Person Depositing Carrier Envelope in Mail or to Common or Contract Carrier:** If you are assisting a voter by depositing the carrier envelope in the mail or with a common or contract carrier, you must complete the section below. (Instrucciones a la Persona Quien Deposita el Sobre de Envío en el Correo o Entregue al Transportista Público o Comercial: Si usted asistirá al votante a depositar el sobre de envío en el correo o con un transportista público o comercial, usted debe llenar la sección que aparece abajo.)

If you are an assistant or witness, check the appropriate box below and provide information: (Si usted es un asistente o testigo, marque la casilla correcta y proporcione su información:)

☐ Assistant/ Asistente
☐ Witness/ Testigo
_____ _____ _____
Signature (Firma)    Printed Name (Nombre impreso)    Street Address (Domicilio residencial)

☐ Assistant/ Asistente
☐ Witness/ Testigo
_____ _____ _____
Signature (Firma)    Printed Name (Nombre impreso)    Street Address (Domicilio residencial)

**Run-Off Election)**

Completed by Early Voting Clerk: **Name of Election (Nombre de Elección):** _____

**Name of Voter (Nombre del votante):** *Rosalie Weisfeld*

**Date of Election (Fecha de Elección):** _____

WEISFELD-00000002

Exhibit 33



**CITY OF McALLEN**

POST OFFICE BOX 220
McALLEN, TEXAS 78505-0220

neopost
06/26/2019
US POSTAGE $000.38
FIRST-CLASS MAIL
AUTO
ZIP 78501
041M12291674

**Weisfeld, Rosalie**
**9206 Cliffwood Drive**
**Houston TX 77096**

DREDNSF  77096

---

AW5-42
Requerido por el Secretario de Estado
Frec. 87.0431, Código Electoral
3/07

## AVISO DEL RECHAZO DE UNA PAPELETA ELECTORAL

Por medio de éste se le notifica que la papeleta electoral que usted entregó en las elecciones **22 de Junio, 2019** fue rechazada por el Consejo de Votación por Adelantado y no fue incluido en el conteo final.

Nombre del elector ___Weisfeld, Rosalie___

VUID de inscripción electoral número ___1054678350___

La razón del rechazo fue (a continuación indique las razones):

_____  1)  La constancia que aparece en el sobre de entrega no se firmó en forma apropiada.

      _____  Le falta su firma o marca.
      _____  El testigo no anotó en el sobre que Ud. no puede hacer su marca.
      _____  Falta el nombre del testigo o la persona quien le ayudó en letras de molde.
      _____  Falta la firma del testigo o de la persona quien le ayudó votar.
      _____  Falta el domicilio del testigo o el de la persona quien le ayudó votar.

___✓___  2)  Un análisis de las firmas que aparecen en la solicitud de una papeleta postal y el sobre de entrega indica que éstas no son la letra de la misma persona.

_____  3)  De acuerdo a la ley, la razón dada en la solicitud de una papeleta postal no lo califica para poder votar por correo.

_____  4)  Las actas del registro electoral indican que en la fecha en que celebraron estas elecciones, usted no estaba inscrito como votante.

_____  5)  El domicilio al cual se envió la papeleta está ubicado dentro de este condado. Sólo aquellas personas que anticipan estar fuera del condado pueden votar por anticipado y por correo, por esta razón la papeleta electorales se tiene que enviar a un domicilio ubicado fuera del condado.

_____  6)  El domicilio indicado en la solicitud de una papeleta postal no queda dentro del área geográfica de la entidad política que efectúa estas elecciones.

_____  7)  El domicilio indicado en la solicitud de una papeleta postal no es igual al indicado en: la constancia de domicilio permanente ni su inscripción electoral ni es la dirección postal indicada en su solicitud de inscripción. Además, usted no indicó que su papeleta debería enviarse a un hospital, centro de jubilación, centro de cuidados médicos a largo plazo, centro de enfermería o el hogar de algún familiar.

_____  8)  La constancia de domicilio permanente no vino incluida en el sobre de entrega.

_____  9)  No incluyó ninguna identificación con su boleta por correo.

_____  10)  Otra: _____

Firma del Juez del Consejo Administrativo de
las Papeletas de Votación por Adelantado

**22 de Junio, 2019**
Fecha

APEX-000589

WEISFELD-00000031



CITY OF
**McALLEN**
POST OFFICE BOX 220
McALLEN, TEXAS 78505-0220

neopost
06/26/2019
**US POSTAGE** $000.38³

FIRST-CLASS MAIL
AUTO

ZIP 78501
041M12251674

**Weisfeld, Rosalie**
**9206 Cliffwood Drive**
**Houston  TX  77096**

DREDNSF  77096

APPX-000590

WEISFELD-00000032

Exhibit 34

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,   *
ROSALIE WEISFELD, AUSTIN *
JUSTICE COALITION,       *
COALITION OF TEXANS WITH *
DISABILITIES, MOVE TEXAS *
CIVIC FUND, LEAGUE OF    *
WOMEN VOTERS OF TEXAS,   *
and AMERICAN GI FORUM OF *
TEXAS, INC.,             *
                         *
        Plaintiffs,      *
                         *        CIVIL ACTION NUMBER
VS.                      *        5:19-cv-0963
                         *
TEXAS SECRETARY OF       *
STATE, TRUDY HANCOCK, IN *
HER OFFICIAL CAPACITY AS *
BRAZOS COUNTY ELECTIONS  *
ADMINISTRATOR, AND PERLA *
LARA IN HER OFFICIAL     *
CAPACITY AS CITY OF      *
McALLEN, TEXAS           *
SECRETARY,               *
                         *
        Defendants.      *


            Remote Oral Deposition of

            Austin Justice Coalition,

  By and through their Designated Representative,

            LARISSA RODIONOV

              May 20, 2020

               10:16 a.m.



Reported by:

Micheal A. Johnson, RDR, CRR

Austin Justice Coalition - 5/20/2020

2

```
 1              REMOTE ORAL DEPOSITION OF AUSTIN JUSTICE

 2   COALITION, BY AND THROUGH THEIR DESIGNATED

 3   REPRESENTATIVE, LARISSA RODIONOV, produced at the

 4   instance of the Defendant, Texas Secretary of State,

 5   in the above-styled and numbered cause on the

 6   20th day of May, 2020, at 10:16 a.m., before Micheal

 7   A. Johnson, RDR, CRR, Notary Public in and for the

 8   State of Texas, reported by realtime stenographic

 9   means, at the location of the witness, Austin,

10   Texas, pursuant to Notice of Oral Deposition, and in

11   accordance with the Federal Rules of Civil

12   Procedure.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

1                    REMOTE APPEARANCES

2   ON BEHALF OF THE PLAINTIFFS:

3     JoAnna Suriani
      WILLKIE FARR & GALLAGHER LLP
4     1875 K Street, N.W.
      Washington, D.C. 20006-1238
5     (202) 303-1193
      jsuriani@willkie.com
6
      Samuel Kalar
7     WILLKIE FARR & GALLAGHER LLP
      787 Seventh Avenue
8     New York, New York 10019-6099
      (212) 728-8724
9     skalar@willkie.com

10    Zachary Dolling
      Hani Mirza
11    Ryan Cox
      TEXAS CIVIL RIGHTS PROJECT
12    1405 Montopolis Drive
      Austin, Texas 78741
13    (512) 474-5073
      zachary@texascivilrightsproject.org
14    hani@texascivilrightsproject.org
      ryan@texascivilrightsproject.org
15

16  ON BEHALF OF THE DEFENDANT
    TEXAS SECRETARY OF STATE:
17
      Anne Marie Mackin
18    ASSISTANT ATTORNEY GENERAL
      Post Office Box 12548
19    Austin, Texas 78711-2548
      (512) 463-2798
20    anna.mackin@oag.texas.gov

21

22

23

24

25

APPX-000594

4

```
 1              REMOTE APPEARANCES (CONT.)

 2  ON BEHALF OF THE DEFENDANT
    TRUDY HANCOCK IN HER OFFICIAL CAPACITY AS BRAZOS
 3  COUNTY ELECTIONS ADMINISTRATOR:

 4    J. Eric Magee
      ALLISON, BASS & MAGEE, LLP
 5    402 West 12th Street
      Austin, Texas 78701
 6    (512) 482-0701
      e.magee@allison-bass.com
 7
      Bruce L. Erratt
 8    BRAZOS COUNTY ATTORNEY'S OFFICE
      300 East 26th Street, Suite 1300
 9    Bryan, Texas 77803
      (979) 775-7400
10    berratt@brazoscountytx.gov

11
    ON BEHALF OF THE DEFENDANT
12  PERLA LARA IN HER OFFICIAL CAPACITY AS CITY OF
    McALLEN, TEXAS SECRETARY:
13
      Isaac J. Tawil
14    Austin Stevenson
      CITY OF McALLEN
15    1300 West Houston Avenue
      McAllen, Texas 78501-5002
16    (956) 681-1090
      itawil@mcallen.net
17    astevenson@mcallen.net

18
    ALSO PRESENT:
19
      Amelia Christopher, Video Technician
20

21

22

23

24

25
```

5

                            INDEX
                      LARISSA RODIONOV
                       May 20, 2020


    REMOTE APPEARANCES                              3

    PROCEEDINGS                                     7


EXAMINATION OF LARISSA RODIONOV:

    BY MS. MACKIN                                   7

    BY MR. TAWIL                                    67

    BY MR. MAGEE                                    70


    CORRECTIONS AND SIGNATURE                       72

    REPORTER'S CERTIFICATION                        73

Austin Justice Coalition - 5/20/2020

6

```
 1                    DEPOSITION EXHIBITS
                      LARISSA RODIONOV
 2                       May 20, 2020

 3
      NUMBER                 DESCRIPTION              MARKED
 4
      Exhibit 1      Defendant Secretary of          11
 5                   State's Notice of Oral
                     Deposition Pursuant to
 6                   Federal Rule of Civil
                     Procedure 30
 7
      Exhibit 2      Plaintiffs' Original            22
 8                   Complaint

 9    Exhibit 3      Fiscal Sponsorship             31
                     Agreement
10                   AJC-00000029 -
                     AJC-00000031
11
      Exhibit 4      Austin Justice Coalition       36
12                   PowerPoint Presentation
                     AJC-00000017 -
13                   AJC-00000028

14    Exhibit 5      Excel Spreadsheet,             51
                     LRO52020_EX05
15
      Exhibit 6      Excel Spreadsheet,             54
16                   LR052020_EX06

17    Exhibit 7      County Elections Division      61
                     Instructions and
18                   Addresses for Ballot by
                     Mail Application
19                   AJC-00000002 -
                     AJC-00000003
20

21

22

23

24

25
```

APPX-000597

```
 1                    PROCEEDINGS
 2                 LARISSA RODIONOV,
 3   called as a witness, having been duly sworn by a
 4   Notary Public, was examined and testified as
 5   follows:
 6                    EXAMINATION
 7   BY MS. MACKIN:
 8        Q.    Good morning.  May I please have you
 9   speak and spell your name for the record.
10        A.    Larissa Rodionov, L-a-r-i-s-s-a
11   R-o-d-i-o-n-o-v.
12        Q.    And I'm sorry, will you pronounce your
13   last name again since I'm going to be using it
14   throughout this deposition and I don't want to mess
15   it up?
16        A.    Okay.  Rodionov.
17        Q.    Rodionov.  Okay.
18        A.    You're welcome to use my first name if
19   that's better.
20        Q.    I appreciate that.  Thank you.
21              Good morning.  My name is Anna Mackin.  I
22   am an attorney and I represent the Secretary of
23   State in this lawsuit.  I'm going to be asking you
24   some questions today.  Have you ever been deposed
25   before?
```

Austin Justice Coalition - 5/20/2020

25

1      A.    Yes.

2      Q.    Has AJC had any prior dealings with the

3  Texas Secretary of State's office?

4      A.    No.

5      Q.    How about Perla Lara, the McAllen city

6  secretary?

7      A.    No.

8      Q.    And how about Trudy Hancock, the Brazos

9  County election administrator?

10      A.    No.

11      Q.    All right.  Thank you for bearing with me

12  on that.  Now I'm going to turn back to AJC as an

13  organization.  Topic 1 in the notice is just your

14  mission.  So how would you describe AJC's mission?

15      A.    I believe it's in the -- in a response

16  document that we sent to you, but basically, AJC is

17  a black-led organization that serves the black and

18  brown populations of Austin, Texas, in helping them

19  liberate themselves from the systemic racism in our

20  society.

21      Q.    And do you know if -- I think you

22  testified that AJC was founded in 2016; is that

23  right?

24      A.    2015.

25      Q.    And do you know if its mission has

Austin Justice Coalition - 5/20/2020

43

1  brown populations in Texas jails.

2      Q.    Thank you.  And then if we can

3  fast-forward now down to AJC 26.  So tell me about

4  Project Orange?

5      A.    One second.  I lost the document somehow.

6  Let me --

7      Q.    Want me to send it to you?  Oh, it's

8  still there.  Okay.

9      A.    I should have it on my computer.  It

10  should be here.  I'm not sure what I did.  Okay.

11  You said AJC 26?

12      Q.    Yes.

13      A.    Okay.  Project Orange.

14      Q.    Yes.  So tell me about Project Orange.

15      A.    What specifically would you like to know?

16      Q.    Well, when did AJC first launch Project

17  Orange?

18      A.    So our first voter registration drive at

19  the jail was in February 2018.  There was obviously

20  some planning that went into that, probably late

21  2017.

22      Q.    And how does Project Orange further AJC's

23  mission?

24      A.    So as I said earlier, the jail population

25  is disproportionately black and brown and there is

```
 1  no way for inmates in jail to vote -- to get

 2  registered to vote, first.  That is our main mission

 3  with Project Orange, is to register these folks to

 4  vote.  Because in Texas it is not easy to register

 5  to vote.  You need to fill out a form with a VDR,

 6  who is trained and certified as a voter deputy

 7  register.  Or you need to obtain a form that you can

 8  fill out and mail in.  So these options are not

 9  available to folks in jail.  So we go into the jails

10  and register eligible inmates to vote.

11            And then we also -- during the -- every

12  November election and during the presidential

13  primary elections, we help inmates to get a mail-in

14  ballot.

15       Q.   So this first bullet point here mentions

16  that Project Orange registered more than 550

17  incarcerated citizens, up from over 300 in 2018.  So

18  do I read that right as, Project Orange registered

19  over 300 incarcerated citizens in 2018 and it

20  registered more than 550 incarcerated citizens in

21  2019?

22       A.   So this actual bullet point has not been

23  updated.  I did give Joao Paulo the updated

24  information.  This was published -- I think the 550

25  was supposed to be in 2019 and the 320 '18 and we've
```

45

1   now hit over a thousand on -- total, from adding

2   those together with what we did in 2020 so far.

3        Q.    And so did Project Orange first start

4   registering voters in 2018?

5        A.    Yes.

6        Q.    And then I just -- just so I break it

7   out, the approximate numbers, over 320 '18 and then

8   in addition to that more than 550 in 2019?

9        A.    Yes.

10       Q.    And then you mentioned over a thousand in

11  2020, and I just want to make sure that I'm clear on

12  whether you mean since 2018 or in 2020 alone?

13       A.    Since 2018.  We've done almost 200 in --

14  well, we did almost 200 in the first couple months

15  of 2020.

16       Q.    And does that 500 include the 300 from

17  2018?

18       A.    No.

19       Q.    Sorry, the 550?

20       A.    No, it does not.

21       Q.    Okay.  But the over 1,000 from 2020 does

22  include the 550?

23       A.    Yes.  That's total since Project Orange

24  began.

25       Q.    Thank you.  And then the second bullet,

Austin Justice Coalition - 5/20/2020

46

1   "Since October 2019 we've helped 159 inmates fill

2   out ballot by mail applications."

3        A.    Yes.

4        Q.    Did Project Orange help inmates with

5   ballot by mail applications -- well, let me ask that

6   better.

7              When did Project Orange start helping

8   inmates with ballot by mail applications?

9        A.    The election in November 2018.

10       Q.    So that would have been --

11       A.    We would have been there in October of

12  2018 to help them fill out their ballot by mail

13  applications.

14       Q.    Okay.  And then the 159 inmates since

15  October 2019 -- well, how many -- do you know how

16  many inmates AJC helped with a ballot by mail before

17  October 2019?

18       A.    No.  We did not keep a record of that,

19  unfortunately.  And I believe this number of 159

20  does not include the primary election held in March

21  this year.

22       Q.    All right.  And then who --

23       A.    We did about another 60.

24       Q.    The next bullet point talks about a

25  potential expansion in 2020.  Which counties are you

54

1   come out of line 78, 79 and then back up at 31.  As

2   far as I know, we have not had any direct expenses

3   for Project Orange in the past year.

4         Q.    Okay.  So your answer would be the same

5   if I asked you about the 2020 budget?

6         A.    Right.

7                 MR. KALAR:  Objection to form.

8         A.    We don't have any -- we have not had any

9   expenses in 2020.

10  BY MS. MACKIN:

11        Q.    Okay.

12        A.    Aside from, again, the website and any

13  other printed material that included information

14  about Project Orange.

15        Q.    All right.  Thank you.  We are done with

16  that exhibit for now.  I am sharing with you a

17  document.  It's also a spreadsheet marked AJC 16.

18  And that will be Exhibit 6 to this deposition.

19                 (Deposition Exhibit 6 marked for

20  identification.)

21  BY MS. MACKIN:

22        Q.    Please let me know when you're able to

23  pull it up and ready to discuss it.

24        A.    I'm ready.

25        Q.    Do you recognize Exhibit 6?

Austin Justice Coalition - 5/20/2020

55

```
1        A.    Yes.

2        Q.    What is it?

3        A.    This is a spreadsheet documenting the

4   volunteer hours, the volunteers and how many hours

5   they spent on Project Orange.

6        Q.    Who created this document?

7        A.    Grace -- I'm struggling with her last

8   name -- Thomas.  She is the other co-coordinator of

9   Project Orange.

10       Q.    Okay.  And so I want -- if we could walk

11  through the columns and just let me know what each

12  one means.  Some of them seem pretty

13  self-explanatory, but I'd just like to hear it from

14  you to make sure there's no confusion.

15       A.    Okay.  So column A are the dates that we

16  went to the jails to register people to vote, the

17  activity VR is voter registration.

18            VE, in lines 23 and 24, are voter

19  engagement, which is -- I do a -- like a voter

20  education class at the jail for the inmates and Joao

21  assists me in that.

22            Recruitment was -- there were a couple of

23  events put on by the Travis County Voter Deputy

24  Registrars, where we could recruit volunteers.

25  Multiple organizations were represented and
```

1   volunteers were invited and VDRs were invited and we

2   signed some people up there.

3           BBM is the ballot by mail application

4   drive.

5       Q.   Okay.

6       A.   Column C, non-PO volunteers are -- so for

7   the ballot by mail drive, we have our own Project

8   Orange volunteers and Tiffany at the jail, she also

9   reaches out to other jail volunteers, because it

10  takes more people than we can do on our own.  So

11  those volunteers next to the Ys there are not

12  Project Orange people regular volunteers.

13          Volunteer is whether or not they are

14  volunteers, and they all are.

15          Reasons for -- okay.  Reasons are not

16  showing up, but that's self-explanatory.

17          On BDR hours is how many hours we spent

18  doing -- the BDRs did voter registration.

19          Ballot by mail is how many hours were

20  spent on ballot by mail efforts, application

21  efforts.

22          Unique number, I believe is the number

23  assigned to all of the people in the spreadsheet,

24  where Grace is No. 1, I'm No. 2.

25      Q.   I see.

Austin Justice Coalition - 5/20/2020

57

1      A.    You can go down and see where we all are

2  on the spreadsheet.

3      Q.    So like I could easily pull all the

4  records with each volunteer's name by their unique

5  number?

6      A.    I'm not sure how easy that is, but yes.

7      Q.    Fair enough.

8      A.    Because the people are listed in more

9  than one instance.  It's organized by date, some

10  people come multiple times, obviously.  So like

11  Grace goes every single time and so you'll find her

12  name repeated for every different date, except for

13  the voter engagement talk.

14      Q.    And who reports the hours?  Do the

15  volunteers self-report, or does someone report it

16  for them?

17      A.    Grace keeps track of them.  We all enter

18  the jail together and stay together as a group and

19  we all leave at the same time.  So she just keeps

20  track of who was there on what date.  And that is

21  then reported to Tiffany Taylor at the jail.

22      Q.    And you mentioned doing a voter education

23  class?

24      A.    Yes.

25      Q.    What do you discuss in your voter

Austin Justice Coalition - 5/20/2020

58

1  education class?

2      A.    We discuss different types of elections

3  and we talk about why it is important to vote.  We

4  go through some election basics, like the voter ID

5  law, you know, how to vote when you're in jail, how

6  to vote when you're not in jail.  We cover our

7  ballot by mail efforts at the jail also.  We'll

8  cover the upcoming election.  I usually schedule

9  them before an upcoming election so that we can talk

10  about who is on the ballot in that election.

11      Q.    Okay.  And this spreadsheet, Exhibit 6,

12  was the only one that we received in discovery.  Are

13  there any other records of the volunteer hours that

14  were dedicated to Project Orange?

15      A.    This -- sorry?  This document is one that

16  Grace started after we took over the coordinating

17  duties.  The other documents I believe you received

18  as e-mails.  And mostly those were Hope e-mailing

19  details to Tiffany at the jail, because we need to

20  report who showed up every week to Tiffany.

21      Q.    And I'm sorry, can you remind me who

22  Tiffany is?  The --

23      A.    She worked in programs at the Travis

24  County Correctional Complex.

25      Q.    Okay.  Got it.

59

1      A.     She's our contact at the jail.

2      Q.     And have all of these visits that you've

3  made for Project Orange, have they all been to the

4  Travis County Correctional Complex or have you gone

5  to any other places?

6      A.     All to the Travis County Correctional

7  Complex.

8      Q.     Do you track whether -- so you

9  register -- you assist people in registering to

10 vote.  Do you track how many of them ultimately cast

11 a ballot?

12     A.     No, not directly.

13     Q.     Do you track it indirectly?

14     A.     So we are not -- as jail volunteers, we

15 are not allowed to have any contact with inmates,

16 aside from doing our voter registration and ballot

17 by mail drive.  So we are unable to follow up

18 directly with the inmates to find out if they have

19 voted.

20            When we do the ballot by mail, Tiffany

21 tracks some information.  I'm not sure how she

22 gathers that information, but she -- when she

23 reports back to us how many ballots by mail

24 applications were filled out, she includes

25 information on whether or not those people

1  registered to vote while in jail.

2      Q.    Does Tiffany track any other information

3  about the people who you help apply for a ballot by

4  mail?

5              MR. KALAR:  Objection to form.

6      A.    I do not know for certain what all

7  information she tracks.  The information that she

8  sends to us is how many people filled out the

9  application, I believe she tells us how many people

10  return their ballots and then how many people -- of

11  those, how many people registered to vote from --

12  while they were in jail.

13  BY MS. MACKIN:

14      Q.    So do you learn anything about whether

15  anyone that you assist with a ballot by mail has

16  their ballot rejected?

17              MR. KALAR:  Objection to form.

18      A.    We are not -- as I said, we are not

19  allowed contact with the inmates outside of the

20  times that we come to help them with their

21  applications and their voter registration, so we

22  would have no way of knowing that.

23  BY MS. MACKIN:

24      Q.    And other than Exhibit 6, there are no

25  other records of the time spent on Project Orange;

1  is that right?

2            MR. KALAR:  Objection to form.

3      A.    Again, I don't know what information

4  Tiffany tracks.  This is what we track and the

5  e-mails before we started, Hope would send those

6  e-mails to Tiffany on -- in terms of the time spent,

7  I'm not sure if Hope mentioned in those e-mails how

8  much time was spent, but it is always approximately

9  two hours.  We're scheduled to go to the jail from

10 12:30 to 2:30 on Saturdays.  So if she didn't

11 specifically count hours in those e-mails, it was

12 generally about two hours.

13 BY MS. MACKIN:

14      Q.    That is all I have on that document.

15 Okay.  I am sharing a document with you marked AJC 2

16 through 3 and it will be Exhibit 7 to this

17 deposition.

18            (Deposition Exhibit 7 marked for

19 identification.)

20 BY MS. MACKIN:

21      Q.    Please let me know when you are able to

22 pull up that document and are ready to review it.

23      A.    Yes, I'm ready.

24      Q.    Do you recognize this document?

25      A.    Yes.

1    Q.    What is it?

2    A.    This is a document that we received from

3  Hope that she created.  It is sort of a reminder to

4  us on when we lead ballot by mail application drives

5  at the jail and there's the announcement -- the unit

6  announcement is what we say when we go into the

7  individual pods, what we announce to the inmates.

8  The volunteer group notes are -- so as I said, when

9  we go to the jail, we meet in the lobby as one big

10  group.  And so we -- any information that we need to

11  pass on to the volunteers is given at that time.

12  And these are our notes for what to remind the

13  volunteers of before we go in and start the ballot

14  by mail drive.

15    Q.    And do you know when this document was

16  developed?

17    A.    No.  I believe it was before the first

18  ballot by mail drive, but I am not certain.

19    Q.    Is there a similar document that relates

20  specifically to your voter registration drives?

21    A.    Yes.

22    Q.    Are there any other -- so there's that

23  voter registration document, which I don't think we

24  have.  There's the -- this document that we're

25  looking at here, Exhibit 7.  Are there any other

Austin Justice Coalition - 5/20/2020

73

```
 1              REPORTER'S CERTIFICATION

 2

 3        I, Micheal A. Johnson, Registered Diplomate

 4  Reporter, Certified Realtime Reporter and Notary

 5  Public in and for the State of Texas, certify that

 6  on the 20th day of May, 2020, I reported the Remote

 7  Oral Deposition of LARISSA RODIONOV, after the

 8  witness had first been duly cautioned and sworn to

 9  testify under oath; said deposition was subsequently

10  transcribed by me and under my supervision and

11  contains a full, true and complete transcription of

12  the proceedings had at said time and place; and that

13  reading and signing was requested.

14        I further certify that I am neither counsel

15  for nor related to any party in this cause and am

16  not financially interested in its outcome.

17        GIVEN UNDER MY HAND AND SEAL of office on

18  this 29th day of May, 2020.

19

20

21        _____

22        MICHEAL A. JOHNSON, RDR, CRR
          NCRA Registered Diplomate Reporter
23        NCRA Certified Realtime Reporter

24        Notary Public in and for the
          State of Texas
25        My Commission Expires:  8/8/2020
```

# Exhibit 35

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS, and AMERICAN GI FORUM OF TEXAS, INC., | § § § § § § § § | |
| *Plaintiffs* | § § | |
| v. | § § | Civil Case No. 5:19-cv-00963-OG |
| TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY, | § § § § § § § | |
| *Defendants.* | § § | |

## **DECLARATION OF LARISSA RODIONOV**

My name is Larissa Rodionov.  I am over the age of 18 and capable of making this declaration.

The facts stated herein are within my personal knowledge.

1. I am a learning and education specialist at the University of Texas at Austin School of Nursing.

2. I am a volunteer for the Austin Justice Coalition ("AJC"), and serve as the Co-Coordinator for AJC's Project Orange ("Project Orange").

3. As detailed in its vision and mission statements, AJC is a non-partisan, non-profit community organization dedicated to serving "people who are historically and systematically impacted by gentrification, segregation, over policing, a lack of educational and employment opportunities, and other institutional forms of racism

in Austin." Its aim is to "improve the quality of life for people of color by helping them be the driving force behind their own liberation."

4. Project Orange is a partnership between AJC and Travis County officials through which AJC volunteers enter the Travis County Jail to provide voter education classes and assist eligible inmate voters in registering to vote and applying for ballots by mail. AJC also works with Travis County Jail officials to ensure that mail-in ballots are thereafter properly received and submitted.

5. Project Orange was launched with a voter registration drive at the Travis County Jail in February 2018.

6. In 2019 and 2020, Project Orange volunteers devoted approximately 350 volunteer hours to assisting inmates with voter registration and mail-in ballot applications and providing related voter education classes.

7. Since February 2018, Project Orange has registered over 1,000 voters.

8. Since October 2019, Project Orange has assisted 159 inmates in filling out ballot by mail applications.

9. Jail volunteers are limited in the amount of time they can spend with inmates, but, when assisting with ballot by mail applications, Project Orange volunteers sit down with inmates and walk them through the required forms section by section. Volunteers are instructed to direct inmates to carefully and neatly sign the application material.

10. During the ongoing COVID-19 emergency, Project Orange volunteers have been unable to enter the Travis County Jail. However, Project Orange's voter education, voter registration, and ballot by mail application efforts continue through recorded

2

programs that are offered to inmates.  These recordings also emphasize the need for inmates to sign ballot by mail material carefully and neatly.  Once they are able to, Project Orange volunteers plan to return to the Travis County Jail to assist inmates in person.

11.  The risk of improper rejection of an inmate's mail in ballot due to a perceived signature mismatch significantly frustrates AJC's efforts to empower the individuals it serves by undermining the very means of empowerment—voting—championed by Project Orange.  The improper disenfranchisement of the voters assisted by Project Orange is precisely the type of systemic injustice AJC works to eradicate.

12. This frustration is exacerbated by the fact that Project Orange volunteers, like all jail volunteers, are not allowed any contact with inmates outside of its voter registration and ballot by mail drives.  Project Orange has no ability to obtain redress for or otherwise assist any inmate whose vote is improperly rejected for a perceived signature mismatch.

13. Attached hereto are true and correct copies of documents produced to Defendants in the course of discovery, as follows:

    a.  Instructions For Project Orange Volunteers – Bates AJC-00000002-AJC-00000003

3

This Declaration is made pursuant to 28 U.S.C. § 1745.  I declare under penalty of perjury that the foregoing is true and correct.  Executed on June 21, 2020.

Larissa Rodionov

4

# Exhibit 36

County Elections Division Instructions and Addresses for Ballot by Mail Applications

**Unit announcement (Speak VERY LOUD):**

"If you are a registered voter, we are here today to help you with your ballot by mail application so that you can vote in this year's election."

(Then tell the Unit CO that they can let folks out X numbers at a time, depending on how many volunteers are in a pod.)

**Volunteer group notes:**

When speaking to folks, be sure to confirm that they have NOT been convicted of a felony since registering to vote.

Also, confirm that they have registered either at the jail or prior to incarceration.

Be sure to ask which county they are registered in, Travis County and Williamson County forms are pre-addressed. Use a blank form for other counties and use the mailing address for the county's Elections office.

**Be sure to have everyone write their last name AND inmate number on the Last Name line of the form as well as on the return address. Make sure you tell them to print and sign legibly. If we can't read it, neither can the county!**

See County Address sheet for further instructions.

Project Orange

AJC-00000002

County Elections Division Instructions and Addresses for Ballot by Mail Applications

Bastrop County Elections
804 Pecan St
Bastrop, TX 78602

Bell County Elections
PO Box 1629
Belton, TX 76513

Bexar County Elections
1103 S. Frio, Ste. 100
San Antonio, TX 78207

Burnet County Early Voting Clerk
220 S. Pierce St
Burnet, TX 78611

Caldwell County
Pamela Ohlendorf,
Elections Administrator
1403-C Blackjack St
Lockhardt, TX 78644

Guadalupe County
Early Voting Clerk
PO Box 1346
Seguin, TX 78155

Harris County Elections:
Harris County Clerk
Attn: Elections Division
PO Box 1148
Houston, TX 77251-1148

Hays County Elections
Elections Administrator
712 South Stagecoach Trail
Suite 1012
San Marcos, TX 78666-5999

Mason County Elections
201 F. McKavitt
Mason, TX 76856
Montgomery County
Elections Administrator
PO Box 2646
Conroe, TX 77305-2646

Kara Sands
Nueces County Clerk
ATTN: Elections Division
PO Box 2627
Corpus Christi, TX 78403

Tarrant County Elections
PO Box 961011
Fort Worth, TX 76161-0011

Williamson County Elections
PO Box 209
Georgetown, TX 78627

**Travis County Jail Address:**
**3614 Bill Price Rd**
**Del Valle, TX 78617**

**Application Instructions**

Section 1 - Full legal name including inmate number

Section 2 - Residence Address is voter registration address

Section 3 - Jail address

Section 5 - Confinement in jail

Section 6b - Check XXX Election AND Any Resulting Runoff

Section 7 - Check Address of the jail (or other as applicable)

Section 10 - MUST provide signature and date

Project Orange

AJC-00000003

# Exhibit 37

```
              IN THE UNITED STATES DISTRICT COURT
               FOR THE WESTERN DISTRICT OF TEXAS
                     SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,    *
ROSALIE WEISFELD, AUSTIN  *
JUSTICE COALITION,        *
COALITION OF TEXANS WITH  *
DISABILITIES, MOVE TEXAS  *
CIVIC FUND, LEAGUE OF      *
WOMEN VOTERS OF TEXAS,     *
and AMERICAN GI FORUM OF   *
TEXAS, INC.,               *
                          *
        Plaintiffs,       *
                          *        CIVIL ACTION NUMBER
VS.                       *        5:19-cv-0963
                          *
TEXAS SECRETARY OF         *
STATE, TRUDY HANCOCK, IN  *
HER OFFICIAL CAPACITY AS  *
BRAZOS COUNTY ELECTIONS   *
ADMINISTRATOR, AND PERLA  *
LARA IN HER OFFICIAL       *
CAPACITY AS CITY OF        *
McALLEN, TEXAS            *
SECRETARY,                *
                          *
        Defendants.       *
```

                 Remote Oral Deposition of

          Coalition of Texans with Disabilities,

       By and through their Designated Representative,

                      CHASE BEARDEN

                     May 19, 2020

                      10:05 a.m.

Reported by:

Micheal A. Johnson, RDR, CRR

APPX-000623

1          REMOTE ORAL DEPOSITION OF COALITION OF

2    TEXANS WITH DISABILITIES, BY AND THROUGH THEIR

3    DESIGNATED REPRESENTATIVE, CHASE BEARDEN, produced

4    at the instance of the Defendant, Texas Secretary of

5    State, in the above-styled and numbered cause on the

6    19th day of May, 2020, at 10:05 a.m., before Micheal

7    A. Johnson, RDR, CRR, Notary Public in and for the

8    State of Texas, reported by realtime stenographic

9    means, at the location of the witness, Austin,

10   Texas, pursuant to Notice of Oral Deposition, and in

11   accordance with the Federal Rules of Civil

12   Procedure.

13

14

15

16

17

18

19

20

21

22

23

24

25

1                     REMOTE APPEARANCES

2   ON BEHALF OF THE PLAINTIFFS:

3     JoAnna Suriani
      WILLKIE FARR & GALLAGHER LLP
4     1875 K Street, N.W.
      Washington, D.C. 20006-1238
5     (202) 303-1193
      jsuriani@willkie.com
6
      Samuel Kalar
7     WILLKIE FARR & GALLAGHER LLP
      787 Seventh Avenue
8     New York, New York 10019-6099
      (212) 728-8724
9     skalar@willkie.com

10    Hani Mirza
      Ryan Cox
11    TEXAS CIVIL RIGHTS PROJECT
      1405 Montopolis Drive
12    Austin, Texa 78741
      (512) 474-5073
13    hani@texascivilrightsproject.org
      ryan@texascivilrightsproject.org

14

15  ON BEHALF OF THE DEFENDANT
    TEXAS SECRETARY OF STATE:
16
      Anne Marie Mackin
17    ASSISTANT ATTORNEY GENERAL
      Post Office Box 12548
18    Austin, Texas 78711-2548
      (512) 463-2798
19    anna.mackin@oag.texas.gov

20

21

22

23

24

25

4

```
1              REMOTE APPEARANCES (CONT.)

2  ON BEHALF OF THE DEFENDANT
   TRUDY HANCOCK IN HER OFFICIAL CAPACITY AS BRAZOS
3  COUNTY ELECTIONS ADMINISTRATOR:

4    J. Eric Magee
     ALLISON, BASS & MAGEE, LLP
5    402 West 12th Street
     Austin, Texas 78701
6    (512) 482-0701
     e.magee@allison-bass.com
7
     Bruce L. Erratt
8    BRAZOS COUNTY ATTORNEY'S OFFICE
     300 East 26th Street, Suite 1300
9    Bryan, Texas 77803
     (979) 775-7400
10   berratt@brazoscountytx.gov

11
   ON BEHALF OF THE DEFENDANT
12 PERLA LARA IN HER OFFICIAL CAPACITY AS CITY OF
   McALLEN, TEXAS SECRETARY:
13
     Isaac J. Tawil
14   Austin Stevenson
     CITY OF McALLEN
15   1300 West Houston Avenue
     McAllen, Texas 78501-5002
16   (956) 681-1090
     itawil@mcallen.net
17   astevenson@mcallen.net

18
   ALSO PRESENT:
19
     Amelia Christopher, Video Technician
20

21

22

23

24

25
```

5

                              INDEX
                          CHASE BEARDEN
                          May 19, 2020


     REMOTE APPEARANCES                            3

     PROCEEDINGS                                   7


  EXAMINATION OF CHASE BEARDEN:

     BY MS. MACKIN                                 7

     BY MS. MACKIN                                71

     BY MR. MIRZA                                 75

     BY MR. MAGEE                                 76

     BY MR. TAWIL                                 78


     CORRECTIONS AND SIGNATURE                    80

     REPORTER'S CERTIFICATION                     81

6

```
 1                    DEPOSITION EXHIBITS
                         CHASE BEARDEN
 2                       May 19, 2020

 3
      NUMBER              DESCRIPTION              MARKED
 4
      Exhibit 1     Defendant Secretary of          10
 5                  State's Notice of Oral
                    Deposition Pursuant to
 6                  Federal Rule of Civil
                    Procedure 30
 7
      Exhibit 2     Plaintiffs' Original            20
 8                  Complaint

 9    Exhibit 3     CTD About Us                    28
                    CTD-00000080 -
10                  CTTD-00000083

11    Exhibit 4     CB051920_EX04                   52

12    Exhibit 5     CTD Newsletter                  61
                    CTD-00000026 -
13                  CTD-00000027

14

15

16

17

18

19

20

21

22

23

24

25
```

7

```
 1                     PROCEEDINGS
 2                  CHASE BEARDEN,
 3  called as a witness, having been duly sworn by a
 4  Notary Public, was examined and testified as
 5  follows:
 6                  EXAMINATION
 7  BY MS. MACKIN:
 8      Q.    Good morning.  Will you please speak and
 9  spell your name for the record.
10      A.    Chase Bearden, C-h-a-s-e, last name
11  Bearden, B-e-a-r-d-e-n.
12      Q.    Okay.  Thank you, Mr. Bearden.  My name
13  is Anna Mackin.  I am an attorney with the Texas
14  Attorney General's office and I represent the
15  defendant, the Texas Secretary of State in this
16  lawsuit.  I'm going to be asking you some questions
17  today.
18             Have you ever been deposed before?
19      A.    No.
20      Q.    Okay.  Well, I'm going to go over some
21  ground rules that will kind of, hopefully, help
22  things go as smoothly and as efficiently as
23  possible, as this is obviously somewhat of a unique
24  situation, even beyond being in a deposition,
25  because we are situated remotely and we usually do
```

Coalition of Texans with Disabilities - 5/19/2020

13

1     A.    I was clarifying with him on our budget,

2  where the funds -- how we attach our advocacy to the

3  funding.

4     Q.    Anything else?

5     A.    With Dennis, no.

6     Q.    Okay.  And then you mentioned that you

7  spoke with three of your members?

8     A.    Yes.

9     Q.    What are their names?

10    A.    Juan Munoz, Gloria Angel, and Rene Lopez.

11    Q.    And Rene, is that person male or female?

12    A.    Female.

13    Q.    All right.  And what did you speak with

14 Mr. Munoz about?

15    A.    Originally, he and Gloria contacted me

16 about a week ago on mail-in ballots, wanting to fill

17 them out and asking for assistance on how they

18 should do it.  While we were talking about it, I

19 brought up what we were doing here because this

20 affects them specifically.  Both of them have

21 significant cerebral palsy.  Neither one of them can

22 write.  They use a stamp most of the time or the

23 computer and they were concerned that their ability

24 to sign it and have it done privately would be kind

25 of at risk.  So they have gotten some assistance to

 1  fill it out.  But at the same time, they were

 2  wanting to make sure that in the future they were

 3  able to vote.

 4      Q.    Okay.  And I just want to clarify that

 5  that was Mr. Munoz, and I believe you said it was

 6  also one of the other individuals you spoke with?

 7      A.    Gloria Angel, yes.

 8      Q.    Okay.

 9      A.    She also goes by Susie.

10      Q.    Okay.  And was there anything else that

11  you discussed with Mr. Munoz and Ms. Angel?

12      A.    No.

13      Q.    Okay.  And then you also mentioned

14  speaking with Rene Lopez?

15      A.    Yes.  And it was about --

16      Q.    What did you --

17      A.    Oh, sorry.

18      Q.    No, I'm sorry.  It's a total tendency in

19  normal human conversation, so it happens all the

20  time.

21      A.    We spoke about that I was going to be in

22  the deposition and I was wondering where she stood

23  on the mail-in ballot and if she was going to -- she

24  also has a significant disability like myself and I

25  wanted to make sure where she was at and if she was

1  going to be using a mail-in ballot, trying to

2  understand and make sure that all of our members,

3  the way they're looking right now, many of them are

4  confused about how COVID's going to affect many of

5  them, so we're seeing a greater number of people who

6  are talking about using mail-in ballots and these

7  are the people that a lot of them tend to have

8  signature issues.

9          So when I was talking to her, I asked her

10  if she was going to participate by going to the

11  polls or was she going to end up doing a mail-in

12  ballot, and she said she was actually thinking about

13  leaning towards mail-in ballot just because of all

14  her underlying health conditions, that she was more

15  comfortable that way.

16     Q.    Okay.  Thank you for that information.

17  And I'm probably going to circle back to talk about

18  those folks a little bit more in depth a little bit

19  later on.  But for now, is there anybody else that

20  you spoke with to prepare for the deposition that we

21  haven't already talked about?

22     A.    No.

23     Q.    Okay.  And you also mentioned that you

24  reviewed the Coalition of Texans With Disabilities's

25  discovery responses in this case, I think?

 1  for St. David's Medical Center rehab in their

 2  adaptive sports programs, helping adults and kids to

 3  get back out and do physical activities, like rugby

 4  and camping and all of those fun things and then get

 5  them back to work in that sense.

 6      Q.   How did you get involved in that work?

 7      A.   Let's see.  '94, I was a gymnast.  I

 8  broke my neck in a morning workout and went from

 9  being an elite athlete to being paralyzed from the

10  neck down.  Did my time -- my rehab work at

11  St. David's.  Started participating in their

12  programs and at that point was starting to go to

13  college and found myself finally working for them.

14  So that's kind of how I fell into that there.

15          At the time, years later, St. David's

16  became -- went from for profit -- or nonprofit to

17  for-profit and our program was squeezed down and

18  that's when I started looking for work and I ended

19  up over at CTD.  It was similar.  I mean, most of

20  the problems I heard from the kids and their parents

21  while we were doing things, I was able to then start

22  working on when I moved over to CTD.

23      Q.   Yeah.  Yeah.  Well, thank you for sharing

24  that personal story with me.

25          You mentioned college.  Where did you

25

1   secretary?

2       A.     No.

3       Q.     What about Trudy Hancock or the Brazos

4   County election administrator?

5       A.     No.

6       Q.     Okay.  All right.  Moving right along to

7   deposition notice.  I'm going to start with the

8   first topic.

9              What is CTD's mission?

10      A.     So CTD was started about 1978 by a group

11  of people with disabilities trying to advocate for

12  themselves.  It was kind of that moment in time when

13  disability rights were starting.  And our mission

14  has pretty much stayed the same since the beginning

15  and that was to advocate for people's rights to

16  access.  And that could be from school, to

17  employment, to work, to living in the community, to

18  ensuring that you have the same basic rights.  And

19  voting has been one of those key on that because it

20  is the basic one thing you can do to help adjust

21  your future.  But a big part of it has been access.

22  It always centers around access.  Access to

23  transportation, access to health care, access to

24  employment.  Pretty much that is the mission, is to

25  ensure people have access in the community of their

Coalition of Texans with Disabilities - 5/19/2020

26

1   choice.

2       Q.    And has that mission changed over time?

3       A.    I think it has changed some, but that's

4   just because as we found we moved forward in certain

5   areas, we found areas where there were setbacks and

6   we kind of had to fall back and work on those areas.

7   There's always new things that are changing.  Where

8   we finally had some of the architectural barrier

9   sides of our world fixed, when scooters came along

10  and started parking on the curb cuts in the

11  accessible parking spaces, there was no way to stop

12  it and no way to enforce it.  So that became a new

13  barrier that we had to adjust to and figure out.  So

14  it's always changing in a sense, but it still always

15  comes back to maintaining access in the community of

16  your choice.

17      Q.    Always about access, even if some of the

18  barriers maybe shift --

19      A.    Yes.

20      Q.    -- as time goes on?

21      A.    Right.

22      Q.    That makes sense.  What is Disability

23  Rights Texas?

24      A.    They're a federally funded legal resource

25  for -- in every state.

34

1  if they can access it.

2      Q.    And so did we kind of touch on all the

3  arts and awareness activities?

4      A.    I think so.  Yes.

5      Q.    Let's hop on over to Community

6  Organizing.  It looks like there are conferences in

7  that first little bubble.  Tell me a little bit

8  about that.

9      A.    So we host -- we have, since the

10  beginning, hosted conferences almost every year.

11  There used to be annual, very large conferences.

12  During a legislative session, we always host them in

13  Austin, that way people can come and meet and speak

14  to their representatives here.

15          In the years that we're in that interim

16  year, typically we will choose what's outside of the

17  Austin area, to make sure we can get to our

18  membership and that might be one year in El Paso and

19  another year in Houston, one in Dallas.  We've done

20  them in McAllen.  We've done them, you know, all

21  over the state at different times.

22          We have scaled that down to doing smaller

23  ones, trying to target more areas but with less of a

24  production.  Mainly, trying to host very large

25  conferences took up a lot of our time and bandwidth.

Coalition of Texans with Disabilities - 5/19/2020

35

1  So hosting smaller ones that are more intimate that

2  are going over the similar material each time kind

3  of makes it easier for us to actually hit more

4  people.

5          We're also spending more time trying to

6  train people to be good advocates for themselves and

7  to know what to expect when talking to legislators

8  or state agencies and how to stay to the point and

9  move forward.

10         But we are changing up the way we are

11 doing our conferences this year.  We're actually

12 going to do five of them.  We have always called it

13 Raise Your Voice, and we are going to do them mainly

14 virtually, unless things get better.  We'll hit our

15 top policy issues and we'll host them in short Zoom

16 meeting-style formats regionally and then probably

17 have a more in-depth version a week later.

18         We had planned on traveling for these

19 this year because there were so many big issues that

20 we really wanted to sit down and talk to people

21 about regionally, but for now, we're going take it

22 virtual and see how that goes.

23    Q.    Yeah.  Well, I never thought I would ever

24 be okay with like taking a deposition remotely, and

25 we've had to and it's been fine.

1      A.    Yeah.  One last thing on conferences,

2  just to make sure I get it all in there.  We also

3  get invited and asked to speak at a lot of different

4  conferences.  So they could be disability

5  conferences, pharmaceutical conferences, insurance

6  conferences.  We kind of run the gamut on that,

7  mainly because any chance we can speak about access,

8  we try to.

9      Q.    One quick follow-up that I realize I

10  hadn't asked.  About how many members does CTD have?

11      A.    So currently we have, as we tried to

12  migrate all our stuff over, 2200 active members

13  across the state.  There are many more.  We just

14  don't have -- we don't always include their e-mails.

15  As we shifted things, they've kind of dropped off.

16  But we also have member organizations somewhere over

17  the number of 50, I think, and basically those are

18  other types of disability organizations, some are

19  pharmaceutical companies that have the same beliefs,

20  insurance companies.  And basically, we share our

21  information where we send something out and then

22  they send it out to their members and it kind of

23  gives us a wider population number.

24          But as we've kind of gone digital, to try

25  and get our membership, we've started moving more

1  towards, actually, I guess, grabbing more

2  demographics and try and figure that out.

3      Q.    You mentioned in your answer, you talked

4  a couple times about migrating and shifting over.  I

5  just want to be clear what that -- what's that a

6  reference to?

7      A.    Just an old database system that's been

8  updated and moved to a new platform.

9      Q.    All right.  So let's talk about this

10  Voter Training bubble under Community Organizing.

11  Tell me about the voter training activities that CTD

12  engages in.

13      A.    So over the years, we've done voter

14  trainings at different conferences, and it can be

15  from talking about all the options, especially

16  around accessibility.  A lot of it stemmed after

17  HAVA, when we saw for the first time an accessible

18  voting machine.  So many people had already had bad

19  experiences, especially those who are visually

20  impaired, that after a bad experience or an

21  embarrassing experience at the polling center, be it

22  from a polling official or someone -- or just not

23  being able to do it, never went back to voting and

24  we started losing people voting just because they

25  couldn't do it independently.

1          When HAVA passed, we started spending a

2    lot of time doing training, trying to teach people

3    how to use the accessibility.  It's been hard

4    because there is a small section in the training for

5    poll workers, but the majority of them still don't

6    understand all the functions or the availability of

7    it.  They're also under a lot of pressure that day

8    trying to get through numbers.  So we spend a lot of

9    time trying to make sure people understand how to

10   cast their ballot ahead of time.  And it's really

11   important for those who are visually impaired to

12   know ahead of time.

13          We also work a lot with just different

14   groups on trying to educate newer voters, those who

15   have never voted.  And making sure those who want to

16   vote at home, who can't make it to the polls.

17   Because when you look at the disability community,

18   you have some that are die-hard that they believe

19   it's their civic duty, that they will -- they'll be

20   at a polling site no matter what.  But that also

21   comes down to, do they have transportation to get

22   there?  Are there any other underlying health issues

23   during that period?  And then there are many who

24   they just can't make it.  They don't have

25   transportation.  They don't have a family member

Integrity Legal Support Solutions
www.integrity-texas.com

Coalition of Texans with Disabilities — 5/19/2020

39

1   that can get them there and get off work.  So they

2   use mail-in ballots.

3          So we've spent time trying to help

4   educate people more on mail-in ballots and just

5   figuring out when do I send it in, when do I get it,

6   what do I do with it.  And a lot of times that comes

7   down to just people calling and asking questions.

8          But at every event that we have an

9   opportunity to talk about voting, we talk about

10   them.  Any chance -- here's all the different

11   options that are available to you right now.

12          We traveled with the Secretary of State's

13   office when they were doing HAVA for a couple years

14   each election cycle, doing voter trainings and

15   sitting at fairs and talking to people.  We're

16   working on putting the other big program within that

17   Raise Your Voice that will walk people through all

18   the steps of either mail-in ballot or using new

19   machines coming out and how that works.  How to

20   understand how to use curbside voting, all of those

21   issues.

22      Q.   When -- do you know when -- you mentioned

23   new machines coming out.  Do you know when that is

24   slated to happen?

25      A.   Well, in a sense it already has, with the

1  new ballots that print out.  Even that portion has

2  made it more difficult.  But I believe here in the

3  next year or so, there's opportunity of new

4  machines.  Also as counties buy new machines, they

5  may go with a different vendor.  So someone who

6  understands how to use one machine may show up and

7  not be able to use a new machine.  Because there are

8  differences and I think for someone with a

9  significant disability, a small change can sometimes

10  make it inaccessible.  And if they don't know ahead

11  of time, they don't have time to prepare on how to

12  adjust to that.

13      Q.    I have a question about something I saw

14  in some of the documents that you -- I'm sorry I'm

15  jumping all over the place a little bit.  But some

16  of the documents you produced talked about other

17  states and referred to, like a system that could be

18  done remotely that would allow for someone with a

19  disability to cast a ballot independently.  What --

20  can you tell me what those other states are doing?

21      A.    So currently, like our mail-in ballots

22  right now, if you have a visual impairment and it

23  gets mailed to you, you have to have assistance.  So

24  really that group is the one group who the only way

25  for them to cast a private ballot is to go to a

1  polling site, if they can get there, so that they

2  can use one of the electronic machines, plug in

3  their headphones and have it read it to them, part

4  of the new software on their computers that reads

5  what's on the screen to them.  That's how they work

6  on a daily basis.

7           Currently in other states, they are able

8  to send in an electronic copy of the ballot, where

9  you can basically use the accessible tools that you

10  already have to fill it out and then hit print and

11  then mail it in.  That gives them the option of a

12  private ballot.  Because no matter what, even if you

13  have a witness and you're visually impaired, you

14  don't always have -- you have to know that what they

15  filled out is what they filled out or what you

16  wanted filled out.

17           So we've always pushed that the

18  securest -- most secure ballot a person can have is

19  one where they're able to handle it themselves.  You

20  take other people out of the equation and you'll do

21  a better job and it will give them their privacy.

22  So yeah, there are options we can do to give people

23  more accessible ballots.

24           The other part of it, someone like Susie,

25  that I talked about earlier, with her CP, she uses

 1   doing consulting for different organizations and

 2   groups.

 3        Q.    I see.  Okay.

 4        A.    Yeah.

 5        Q.    And then I see Interest and Other Income.

 6   What -- besides interest, do you know if there is

 7   another income source?

 8        A.    I believe -- sorry.

 9        Q.    No, please.

10        A.    I believe we have -- we've had stock

11   donations in the back in the past.  I think other

12   sources.  Not sure of any others versus that.

13        Q.    That's fine.  And looking down here on

14   the Expenses, rather than kind of make you talk

15   through each of them, because I think these are

16   pretty self-explanatory, I'm wondering if you can

17   identify from this document how much money CTD spent

18   on its voting-related work.

19        A.    I actually can't break that down.  We

20   basically roll everything in.  When you look at the

21   way we do our work, we're covering so many areas.

22   We don't narrow it down to each individual issue

23   area or else we would have 40 or 50 different small

24   accounts.  If it falls under advocacy and that's the

25   work we're doing, that's where we place it.  More of

61

1  a general fund for that.

2      Q.    Would your answer be the same with

3  respect to the other budgets from other years?

4      A.    Yes.

5      Q.    Okay.  I'm showing you a document that I

6  will make Exhibit 5 to this deposition.

7              (Deposition Exhibit 5 marked for

8  identification.)

9  BY MS. MACKIN:

10     Q.    Please take the time you need to pull up

11 that document and review it and then let me know

12 when you're ready to discuss it.

13             (Witness reviews document.)

14     A.    Okay.

15 BY MS. MACKIN:

16     Q.    All right.  This document is marked

17 CTD 26 through 27.  Do you recognize this document?

18     A.    Yes.

19     Q.    And what is it?

20     A.    This is one of our newsletters.

21     Q.    Okay.  How was this document distributed?

22     A.    Electronically.

23     Q.    Okay.  And who is it sent to?

24     A.    It goes out to our members and our member

25 organizations.

64

1          You can answer, Chase.  I think you

2  already did, but you can answer.

3       A.    Yes.

4  BY MS. MACKIN:

5       Q.    Okay.  I want to talk a little bit

6  more -- that's all the questions that I have on this

7  exhibit.

8          I want to talk a little bit more about --

9  we touched on this earlier, but I'm looking at

10 paragraph 82 of the complaint.  It says that CTD

11 wants the defendants to, you know, provide a way for

12 voters, who are disabled and cannot vote in person

13 and due to their disability cannot sign matching

14 signatures, an opportunity to vote that is equal and

15 equally effective as that opportunity provided to

16 others.

17         And so what would that -- what would that

18 look like?

19               MR. MIRZA:  Objection, form.

20      A.    At the end of the day --

21               MR. MIRZA:  Objection, form.

22               You can answer, Chase.

23      A.    At the end of the day, I think the State

24 of Texas and the counties, all giving the people the

25 right to cure a ballot, if the current program stays

1  in place and your ballot is thrown out because

2  you're unable to sign exactly the same each time by

3  people who are chosen to look at signatures and you

4  don't get a letter until ten days later, you don't

5  get the right to have your vote counted.  So finding

6  a way that's reasonable, that gives everyone that

7  opportunity to come in and fix their ballot or to

8  say yes, that was me who signed that, I think it's

9  not only the right thing to do, it's the

10  constitutional thing to do.  We shouldn't be

11  throwing out ballots that should be counted and we

12  should make an effort to consider those as being

13  true ballots and votes.  We've always said

14  everyone's vote matters.  When it's set aside

15  because someone has looked at it because of a

16  signature and in their opinion it doesn't fit and we

17  don't do anything about actually trying to confirm

18  that, it's independently being confirmed by other

19  people, but no one is actually reaching out to that

20  person, then that person's vote isn't being counted.

21  So finding a way to reasonably allow a person to be

22  notified and give them the chance to either cure it

23  or to stop using -- throwing out ballots in that

24  way.

25  BY MS. MACKIN:

66

```
 1        Q.    Do you know if any CTD member has had a
 2   mail-in ballot rejected because of a signature
 3   mismatch?
 4        A.    I do not.
 5        Q.    Do you know if CTD has ever assisted any
 6   voter after their ballot was rejected for a
 7   signature mismatch?
 8                MR. MIRZA:  Objection to form.
 9                You can answer, Chase.
10        A.    No.
11   BY MS. MACKIN:
12        Q.    I want to talk a little bit about the
13   witness process.  We've discussed it a little bit,
14   but I want to understand more how it impacts CTD and
15   CTD's mission.  You know, is it your understanding
16   that if a voter is unable to mark their ballot or
17   sign their name, and I'm talking about a mail-in
18   ballot, that they can have a witness mark the ballot
19   and sign it for them?
20                MR. MIRZA:  Objection, form.
21                You can answer, Chase.
22        A.    Yes.  And if a witness signs it, at the
23   same time that takes away the person's ability to
24   have that private ballot.  Also people will have a
25   hard time finding witnesses who are willing to sign
```

 1 | that.  Also if you have more than one person living
 2 | in a home and you find one witness, or in a nursing
 3 | facility, that person's only witness might be
 4 | someone who works there along with others.  That
 5 | person can only legally sign it for one person.  So
 6 | that creates an even harder burden on someone to
 7 | find a witness.  It also allows a person to look at
 8 | how you're voting.  A person's signature should
 9 | count no matter what, no matter what the mark is if
10 | that's how they sign.
11 |           You're never -- when I was first injured
12 | and I had no use of my arms and I could barely
13 | wiggle a pen, changing a pen was enough.  Changing
14 | the paper -- or the angle was enough to change my
15 | signature.  At the last election that I went in and
16 | I had to fill out my -- sign my name on the new
17 | electronic poll book, they could -- had all the
18 | wires tangled up so they couldn't get it close
19 | enough for me to sign and they said just make a
20 | mark.  Well, that goes into the system, that then
21 | gets counted the next time I sign my ballot and mail
22 | it in, that could be one of the signatures used to
23 | compare and that was told to me by a poll worker,
24 | that didn't matter.
25 |           So I made them move it all so I could

1  actually get to it and sign it as closely as I

2  could.  I think we have to make sure that people's

3  signatures count no matter how they do it and give

4  them the best reasonable way of doing it without

5  having to use a witness if they don't need it.  They

6  may need assistance.  That's the option that needs

7  to be there.  But it shouldn't be the go-to method

8  on a way to make it easier on the state to have to

9  deal with it.  If a person wants -- if their

10  signature doesn't look the same every time, that's

11  their signature.

12  BY MS. MACKIN:

13      Q.    You would agree with me, though, that if

14  an individual who is disabled gets transportation to

15  the polls, that they are able to vote using an

16  accessible machine that allows them to cast a

17  private ballot?

18                  MR. MIRZA:  Objection, form.

19                  You can answer, Chase.

20      A.    I would say most of the time.  Not

21  always.

22  BY MS. MACKIN:

23      Q.    Okay.  Under what circumstances would

24  somebody not be able to do that?

25      A.    If they get there and the poll workers

69

1  don't know how to set up the accessibility, the

2  parts are missing for it; it can be as simple as the

3  new machines were placed too high.  At the last

4  election, it was accessible if it was down lower,

5  but they put them on all new tables.  So there's

6  still things that can create inaccessibility.  A lot

7  of times that can be corrected and fixed with

8  training.  But a majority of people who can make it

9  to the polls, yes, they can vote independently or

10  with the least amount of assistance as possible.

11        But let me add one thing.  That requires

12  the system doing what it was supposed to at the

13  beginning to make it accessible.  So I think when

14  you have those times when it doesn't work, it's

15  because there was a breakdown in the system at the

16  polling site.

17      Q.    Do you know if CTD intends to -- strike

18  that actually.

19              MS. MACKIN:  I actually do not think

20  that I have any more questions for you.  I may

21  follow up in a little bit after the other attorneys

22  have had a turn, but that is all I have for now and

23  I appreciate your time very much.  And I will pass

24  the witness.

25              THE WITNESS:  Thank you, Anna.

71

1   just explore one more quick thing.

2            MR. MIRZA:  Okay.

3                FURTHER EXAMINATION

4   BY MS. MACKIN:

5       Q.    I just want to talk a little bit more

6   about how the Coalition of Texans With Disabilities

7   trains voters on voting by mail.  How does the

8   Coalition of Texans With Disabilities train voters

9   on voting by mail, specifically?

10      A.    So if it -- we're at a conference and

11  we're talking about trainings or we're talking about

12  voting and we walk people through, you know, all the

13  different options out there, it's usually just

14  speaking to the people back and forth.  Also by just

15  trying to put out reminders and documents.  I know

16  now we do, but within our e-mails going out and

17  our -- like any kind of Facebook message about

18  mail-in ballots if you're going to do it and to make

19  sure to try your best to make sure your signature

20  matches as close as possible.  That way people

21  realize that's an issue.  Because for many of them,

22  it's someone holding a piece of paper for them.  I

23  use both hands to sign things, so I actually put my

24  iPhone on top of papers to hold it so I can write,

25  so many times my writing looks different.

Integrity Legal Support Solutions
www.integrity-texas.com

72

1          But I -- you know, I try and make sure

2    every time I sign something, I sign it the correct

3    way, no matter what, or as close as possible.  But

4    for us in trainings, you know, it's just trying to

5    get in front of people and talking to them.  The

6    virtual Raise Your Voice programs that we're

7    planning for -- starting in July, around the ADA

8    30th anniversary, we'll have a voting segment in

9    there and we will actually talk about it, discuss

10   all the options of mail-in ballots, why their

11   signature really needs to have focus.  But also all

12   the ins and outs of what parts of the form to fill

13   out, when do they got to be there.  It's complex.

14   Especially someone being in a hospital like I had at

15   the last election.  I broke my leg and ended up in

16   the hospital for a month, thought I was going to be

17   voting ahead of time at a polling site and I tried

18   to do the mail-in ballots and ran into all kinds of

19   issues of trying to get it to them.  So it's not as

20   easy.

21        Q.    So does -- and I think I know the answer

22   based on what you just said, but does the Coalition

23   of Texans With Disabilities intend to continue

24   training voters on voting by mail?

25        A.    Yes.  Yes.

Integrity Legal Support Solutions
www.integrity-texas.com

73

1    Q.    And then one last thing.  The complaint

2  says that there are members on whose behalf the CTD

3  is suing.  How many members are you suing on behalf

4  of?

5              MR. MIRZA:  Objection, form.

6              You can answer, Chase.

7    A.    So I would say any and every one of our

8  members that this would affect.  And I think

9  something that gets forgotten is not just our

10  membership, we always represent all Texans with

11  disabilities, their family members.  It's -- our

12  sole purpose is to make sure they continue to have

13  access even if they don't know that issue is there.

14  So it's all Texans with disabilities is who we

15  really want to ensure have that access, along with

16  everyone else.

17              But at the end of the day, also to follow

18  up on -- sorry, that last question you said, we will

19  continue to do mail-in ballot training just to

20  remind people that that option's out there, because

21  not everyone uses it each time.  But at the same

22  time, if we do find a way to cure this and the

23  signature issue, that's one less thing I have to

24  work on making sure they understand in the midst of

25  a lot of information in one day they usually

Integrity Legal Support Solutions
www.integrity-texas.com

74

1   receive.  That allows me to move on to the next

2   issue that we're dealing with; be it attendant

3   wages, transportation, education.  So every little

4   thing we fix, you know, we allow people access to,

5   moves us to the next step of something we need to

6   accomplish.

7   BY MS. MACKIN:

8       Q.    This is not a suggestion that you should

9   have done this, because I know that, you know,

10  you've expressed that there are -- you have some

11  concerns about the process, but I'm just curious as

12  to whether CTD has dedicated any resources to try

13  and help folks who can't get to the polling place in

14  person, get a witness for their mail-in ballot?

15              MR. MIRZA:  Objection, form.

16              You can answer.

17      A.    No.

18  BY MS. MACKIN:

19      Q.    That's fair.  That was all I --

20      A.    Actually, let me back up and say, with

21  Susie and Juan, they did ask me about a witness,

22  their witness that they had chosen.  So I did talk

23  them through it.  We have talked to people about --

24  we don't send witnesses out.  We don't do any of

25  that.  We try and help them understand it so that

1  they can ask people around them.

2              MS. MACKIN:  Well, that is all I have

3  and I actually hope to -- maybe I will see you

4  around the capitol next session.

5              THE WITNESS:  Definitely.

6              MS. MACKIN:  Nice visiting with you.

7              MR. MIRZA:  I have a few questions,

8  if that's okay.

9                    EXAMINATION

10  BY MR. MIRZA:

11      Q.    Chase, can you name some of the -- let me

12  scratch that.

13              So you named three members you spoke to

14  earlier in the deposition, correct?

15      A.    Yes.

16      Q.    Can you rename those individuals?

17      A.    Rene Lopez, Gloria Angel and Juan Munoz.

18      Q.    And Rene Lopez, is she a member of CTD?

19      A.    Yes.

20      Q.    Is she planning to vote by mail in the

21  future?

22      A.    Yes.  Yes.

23      Q.    In the next election?

24      A.    Yes.

25      Q.    And how is she eligible to vote by

76

1  mail --

2      A.    She has --

3      Q.    -- to your understanding?  Can you say

4  that again?

5      A.    She has a significant disability, impairs

6  part of her arms and her legs, similar to me.

7      Q.    And, Chase, are you a member of CTD?

8      A.    Yes.

9      Q.    Are you planning to vote by mail in the

10 next election?

11     A.    Yes.

12     Q.    And based on what eligibility?

13     A.    Disability.

14           MR. MIRZA:  I think that's

15 everything.  Pass the witness.  And if there are no

16 other questions, I reserve my time.

17           MR. MAGEE:  I think I have a couple

18 of questions real quick just based on that.

19                  EXAMINATION

20 BY MR. MAGEE:

21     Q.    Mr. Bearden, my name is Eric Magee and I

22 represent the Brazos County Elections Administrator,

23 Trudy Hancock, in her official capacity.  You

24 understand that she's also being sued in this

25 lawsuit?

81

```
 1              REPORTER'S CERTIFICATION

 2

 3         I, Micheal A. Johnson, Registered Diplomate

 4   Reporter, Certified Realtime Reporter and Notary

 5   Public in and for the State of Texas, certify that

 6   on the 19th day of May, 2020, I reported the Remote

 7   Oral Deposition of CHASE BEARDEN, after the witness

 8   had first been duly cautioned and sworn to testify

 9   under oath; said deposition was subsequently

10   transcribed by me and under my supervision and

11   contains a full, true and complete transcription of

12   the proceedings had at said time and place; and that

13   reading and signing was requested.

14         I further certify that I am neither counsel

15   for nor related to any party in this cause and am

16   not financially interested in its outcome.

17         GIVEN UNDER MY HAND AND SEAL of office on

18   this 29th day of May, 2020.

19

20

21   _____
     MICHEAL A. JOHNSON, RDR, CRR
22   NCRA Registered Diplomate Reporter
     NCRA Certified Realtime Reporter
23
     Notary Public in and for the
24   State of Texas
     My Commission Expires:  8/8/2020
25
```

# Exhibit 38

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS, and AMERICAN GI FORUM OF TEXAS, INC., | § § § § § § § § | |
| | § | |
| *Plaintiffs* | § | |
| | § | |
| v. | § | Civil Case No. 5:19-cv-00963-OG |
| | § | |
| TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY, | § § § § § § § | |
| | § | |
| *Defendants*. | § | |

## **DECLARATION OF CHASE BEARDEN**

My name is Chase Bearden. I am over the age of 18 and capable of making this declaration. The

facts stated herein are within my personal knowledge.

1.  I am the Deputy Executive Director of the Coalition of Texans with Disabilities (CTD).

2.  Attached hereto are true and correct copies of documents produced to Defendants in the

    course of discovery, as follows:

    a.  CTD 2019 Annual Report – Bates CTD-00000037 – CTD-00000044

    b.  Webpage about CTD 2019 Annual Report – Bates CTD-00000065 – CTD-
        00000069

    c.  CTD website "About Us" page – Bates CTD-00000080 – CTD-00000081

d.  Disability Rights Texas voting notice – Bates CTD-00000005 – CTD-00000007

e.  May 14, 2012 Electronic Newsletter – Bates CTD-00000026 – CTD-00000027

f.  February 14, 2014 Electronic Newsletter – Bates CTD-00000028 – CTD-00000029

g.  February 20, 2019 Facebook post – Bates CTD-00000108 – CTD-00000109

h.  Web page on Voting – Bates CTD-0000070 – CTD-0000074

i.  February 14 2020 Facebook video post – Bates CTD-0000116 – CTD-0000117

j.  July 4 2019 Facebook post – Bates CTD-0000115

This Declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: 6-19-2020   _____

Chase Bearden
Deputy Executive Director
Coalition of Texans with Disabilities

Exhibit 39



**2222 W. Braker Lane Austin, Texas
78758** MAIN OFFICE **512.454.4816**
TOLL-FREE **800.315.3876** FAX
**512.323.0902**

*Resource Code:  HA28*
*Last Updated:  02/01/18*

### VOTING NOTICE TO VOTERS DISPLACED BY HURRICANE HARVEY

If you were living in a county that was affected by Hurricane Harvey and had to relocate to another county, please know that you can still vote in your home county or the county in which you currently reside. In regards to the voting and residence, the Secretary of State's office has said that, you are the one who decides what you consider to be home.

You will need to make decisions by certain deadlines, as all regular deadlines are still in place and have not been waived.

If you would like to vote in the county you currently reside in (and it is different than where you previously lived), you may register to vote by the deadline date of Monday, February 5, 2018.

In order to participate in your home county's election you must submit a Ballot-By-Mail application to your home county's Voter Registrar.  Complete the application and make sure to fill out what new/temporary address the ballot will be mailed to (Box #8).   The Ballot-By-Mail application must be submitted by February 23, 2018.

> *To obtain a Ballot-By-Mail application, you may visit http://www.sos.state.tx.us/elections/forms/pol-sub/5-15f.pdf , print out the application, fill it out, and mail it (you must include a stamp) to your home county's election official.  To find out the mailing address of your county's election office, visit http://www.sos.state.tx.us/elections/voter/county.shtml#F .*

Also please be aware that if you do not have a state ID or supporting documentation (as outlined by the Secretary of State's Office), you are still able to cast your ballot by completing a Reasonable Impediment form that will be available at your polling site. When completing the form, make sure to mark the reason of "Missing ID" or "Other: Hurricane".

Visual guides on how to complete a Ballot-By-Mail application or Reasonable Impediment form are shown below.

In case you have more voting related questions, please contact the statewide Disability Rights Texas Voter Rights Hotline at 1-888-796-VOTE (8683).

# VOTER RIGHTS HOTLINE: 1-888-796-VOTE
## Video Phone: 1-866-362-2851
## E-mail: VOTE@DRTx.org



### Ballot-By-Mail Application Visual Guide

*Box 5: Check "Expected absence from the county"*

*Box 6b: Be sure to mark which election you want to vote in (next 2018 election is in March) and which political party you will vote with in the March Primary.*

*Box 7: If the ballot must be sent outside your home county, be sure to check "Address outside off county".*

*Box 8: Write the date you may begin to receive mail at the temporary/new address and when you plan to stop receiving mail at this address.*
  *\*\*If you are unsure when you will return to your home county, write down a date past November 7, 2017.  If you end up moving to a new permanent address, please remember to complete a change of address form for your voter registration.*

CTD-00000006

## REASONABLE IMPEDIMENT DECLARATION

### TO BE COMPLETED BY VOTER

Name:_____

### VOTER'S DECLARATION OF REASONABLE IMPEDIMENT OR DIFFICULTY

By signing this declaration, I swear or affirm under penalty of perjury that I am the same individual who personally appeared at the polling place, that I am casting a ballot while voting in-person, and I face a reasonable impediment or difficulty that prevents me from getting an acceptable form of photo identification.

My reasonable impediment or difficulty is due to the following reason(s): (Check at least one box below)

☐ Lack of transportation          ☐ Disability or illness          ☐ Lack of birth certificate or other documents needed to obtain acceptable photo ID

☐ Work schedule Family responsibilities          ☐ Lost or stolen photo ID Photo ID applied for but not received

☐ Other reasonable impediment or difficulty_____
Hurricane

**The reasonableness of your impediment or difficulty cannot be questioned.**

X_____          _____

   Signature of Voter                              Date

Sworn to and subscribed before me this day of ____, 20___

Presiding Judge_____

CTD-00000007

Exhibit 40

Sign Up

Email or Phone          Password          Log In

Forgot account?



Coalition of Texans with Disabilities
October 28, 2016 ·

TODAY is the last day to register for an absentee ballot in Texas. Eligible individuals include people with disabilities and seniors! #CriptheVote

https://www.vote.org/absentee-ballot/texas/

VOTE.ORG
**Texas Absentee Ballots - VOTE.org - The Absentee Ballot Experts**

1                                    1 Comment

Share



**Related Pages**

The Arc of Texas
Social Service

Texas Council for Developmenta...
Government Organization

Isabel Marie Sanchez
Artist

Disability Rights Texas
Nonprofit Organization

Synopsys
Software Company

Texas Parent to Parent
Nonprofit Organization

Texas Center for Disability Studi...
Nonprofit Organization

ABC 7 Amarillo
Broadcasting & Media Production ...

Texas Civil Rights Project
Nonprofit Organization

Cinema Touching Disability Film ...
Charity Organization

Hawkesbury City Council
Government Organization

Texas Advocates
Nonprofit Organization

**Pages Liked by This Page**

Disability Connections, San Ang...

**See more of Coalition of Texans with Disabilities on Facebook**

Log In          or          Create New Account

APPX-000667

CTD-00000021

**Recent Post by Page**

CT**Ǝ** **Coalition of Texans with Disabilities**
Yesterday at 8:42 AM

At 18:06 is a discussion about an extra $1 billion in federal Medica... See More

1           3 Shares

**Share**

CT**Ǝ** **Coalition of Texans with Disabilities**
Yesterday at 7:53 AM

Next Friday, the Texas Governor's Committee on People With Disabilit... See More

2           7 Shares

**Share**

CT**Ǝ** **Coalition of Texans with Disabilities**
April 8 at 10:47 AM

Today, CTD joined 45 TX orgs on a letter to Gov. Abbott office's wit... See More

4       2 Comments   4 Shares

**Share**

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices · Cookies · More
Facebook © 2020

**See more of Coalition of Texans with Disabilities on Facebook**

| Log In | or | Create New Account |
|---|---|---|

APPX-000668

CTD-00000022

# Exhibit 41

Spread the word »  

**May 14**



Logo for CTD Messenger

## CTD Competitions:

**1. Adjusted Lens: CTD's Disability Photo Competition.** This is our very first year for this competition and it's part of this year's Cinema Touching Disability Short Film Competition. We are looking for photos that capture person(s) with disabilities working, living, learning, playing, and fully participating in their communities.

Deadline: August 24, 2012

Who can enter? Anyone who can take a digital photo.

Prizes:

*Grand Prize* -- $150.00 and a framed print of his/her photo. *2nd Place* -- A 1st edition copy of La Vida Brinca: A Book of Tragaluz Photographs by Bill Wittcliff (Value $50.00) and a framed print of his/her photo. *3rd Place* -- A framed print of his/her photo.

***All winning photos and selected entries will be featured at the Cinema Touching Disability Film Festival and displayed in a traveling Adjusted Lens exhibit.

For rules and entry instructions, visit Adjusted Lens

**2. 2012 Cinema Touching Disability Short Film Competition** We want to see your best 3-20 minute film made about disability or by a person with a disability.

Deadline: August 10, 2012

Who can enter? Emerging Filmmakers (18+ yrs) and Scholastic Filmmakers (grades 6th - 12th)

Party primaries for State & Federal Elections are right around the corner. Early voting begins May 14th until May 25th, and then the official Election Day is on Tuesday May 29th. While considering when to vote, keep in mind that early voting is much easier because the voting sites will be less crowded and you don't need to know what precinct you are assigned to. Just take your voters' registration card to any early voting site and vote. Also, be aware that the voter ID laws that were passed by the legislature in 2011 will not be in effect for these primaries. According to Secretary of State Hope Andrade, this is because they are currently under review by the courts & Department of Justice.

Picture: Secreta[...] State Hope Andra[...] talking to CTD St[...] (Left to Right: Bry[...] Smith, William Gr[...] Chase Bearden, De[...] Borel)

CTD urges everyone who is registered to vote to do so. Many people don't realize what exercising their right to vote really means. Not only are you picking your candidate choices, but your vote also shows your interest in what happens in your community and legislators will be more apt to listen to their constituents with disabilities.

*Voting at the Polls:*

There are two ways to cast your ballot if you are a Texas voter with a disability or an ol[...] Texas voter:

1. Independently with an accessible voting machine: Accessible machines are avail[...] every polling place, except in some nonfederal elections that are held in counties [...] have a population under 20,000.
2. At an accessible voting machine with assistance: You can be assisted by a person [...] your choice that isn't an election worker, 2 election workers on Election Day, or [...] election worker at early voting. However, the person you choose cannot be your [...] employer, an agent of your employer, or an officer or agent of your union. He/sh[...] also take an oath which states that he/she will not influence your vote, will mark [...] ballot as you direct, and will not tell anyone how you voted.

*Alternative Methods of Voting:*

Whether you are a Texas voter with a disability or an older Texas voter who is unable to [...] physically get to voting polls or you just can't go into the voting place for some reason, [...] can still exercise your right to vote by using one of the two other ways:

- Curbside voting: An election official can bring the ballot to you at the entrance o[...] car at curbside. After you mark your ballot, give it back to an election official and [...] he/she will put it in the ballot box. You may also request that a companion hand t[...] ballot to you and deposit it for you. If you plan to be alone during curbside voting [...] should call ahead so election officials will expect you.
- By mail: If you will be 65 or older on Election Day, have a disability, or will be o[...] the county during early voting hours and on Election Day, you may apply to vote [...] mail. Simply submit a completed and signed application for a ballot by mail any[...] between now and May 23rd to the proper early voting clerk. Applications for a [...]

APPX-000670

CTD-00000026

Prizes:

**1st Place** -- $500
**2nd Place** -- $250
**3rd Place** -- $100

Click Here to enter our competition.

Or, for the rules and to find out more, visit:
Cinema Touching Disability Short Film Competition

**3. Pen 2 Paper Creative Writing Competition** is still collecting your stories, your perspectives, your fears, and your discoveries about disability.

Deadline: August 20, 2012

Contest is open to Texas writers, with or without disabilities, of all writing levels.

To find out guidelines and to look at entries from past winners, visit Pen 2 Paper.

Follow all the work we do and the progress we're making by checking us out on:

  

By clicking on the donate button below, you will become a supporting member of CTD and help us to keep advocating for Texans with disabilities.



*Table: Your polling places will meet these strict accessibility standards*

Logo for MY MEDICAID MATTERS: REAL PEOPLE REAL VOICES REAL REFORM

by mail may be submitted in person a main early voting polling place, as lo early voting by personal appearance taking place.

If you have any problems voting, ple contact Disability Rights Texas at 51. 4816 or call the voting hotline 1-888- VOTE and someone will investigate matter.

The My Medicaid website has just launched at www.mmmtx.org, so take a moment t learn more about our education campaign. You will be able to learn more about the benefits of Medicaid, what could happen to Texas if Medicaid were reduced or eliminated, and how you can become a supporting organization. If all the information seems overwhelming, please at least find and sign our electronic petition.

Tel: (51
Fax: (51
Email: cotwc
Click here to

APPX-000671

CTD-00000027

Spread the word »  



**www.TXDisabilities.org**                            **February 14, 2014**

## An Exciting Change to the Application for Ballot By Mail

After sending out last week's newsletter about the importance of voting for people with disabilities, one of our readers reached out to us to point out an important omission. On January 1, 2014, House Bill 666 (H.B. 666) was put into effect to establish the Annual Application for Ballot By Mail (Annual ABBM). Now, Texans who are age 65+ and/or have a disability can use the Annual ABBM option to automatically receive a ballot in the mail for each election within that calendar year instead of applying each and every time. The Annual ABBM only operates in elections in which the county clerk is also the early voting clerk. "Annual ABBM" is the terminology used by the Office of the Secretary of State, and will be used in their calendars and other advisories.

### What You Need to Know to Apply for an Annual ABBM:

1. **February 21, 2014** is the last day to submit an application for ballot by mail if you want to vote in the March 4th primaries.
2. If you miss this deadline, you can still apply for the remaining elections for 2014. Applications must be submitted by the 9th day before the first election that you want to vote in. If the 9th day falls on a weekend, the cutoff will move to the 11th day before.
3. You can request an application for a ballot by mail either by sending an email through the Secretary of State's office or order a copy online or just download the application and print it out.


Application form showing where to check

4. When filling out the application, check the "Annual Application" box on #6a (see the example at the left).
5. On #6a of the application, if voting in the primaries, you must indicate whether you are voting Democratic or Republican. **Note: If you don't check either party or you check both parties, your application will be rejected.**
6. If someone helps you fill out the application and/or submits it for you, he or she is required to fill out 11a & 11b.
7. You can submit the application in one of the following methods:
    - In person to the Early Voting Clerk.
    - By mail via U.S. Postal Service.
    - By fax to the Early Voting Clerk.
    - By Common Contract Carrier.

The first method can only be done by the applicant and only until early voting begins. The other methods can be done by either the applicant or an assistant even after early voting begins.
8. If you decide to vote at the polls or take your ballot to the polls after getting approved for an Annual ABBM, the Annual ABBM will become inactive for the rest for the year.
9. If you change any personal information (including name and address) on your voters' registration card, you must re-submit your Annual ABBM.

For more details or information on the Annual ABBM, go to the Secretary

APPX-000672

CTD-00000028

of State website.

# Encountered Any Issues While Voting?

Follow all the work we do and the progress we're making by checking us out on:

  

Just maybe you'll be inspired to join us in the fight!

The Disability Rights Texas' Voter Rights team is available to help voters with disabilities that are experiencing *any* type of voting-related problem. If you run into any problems with the new voter ID law, accessibility at a polling location, applying for ABBM, etc., you can contact the Disability Rights Texas' Voter Rights team at (512) 454-4816 or toll free at 1-888-796-VOTE (8683).

Tel: (512) 478-3366
Fax: (512) 478-3370
Email: info@TXDisabilities.org
Click here to unsubscribe

APPX-000673

CTD-00000029

Exhibit 42







# CTD 2019 ANNUAL REPORT

*Disability Advocacy, Organizing, Arts & Film, Consulting, and Consumer Direction.*

*2019 was a legislative year, and much of our energy was trained on policy change. But the outcomes of our work were not limited to the Capitol (or to Texas!).*

*How did CTD work to bring down barriers for you in 2019? Read on!*

APPX-000675

CTD-00000037

# In this report

03   CTD IN THE 2019 LEGISLATURE

04   REPRESENTING YOU AT THE
     POLITICAL POKER TABLE

05   CONSUMER DIRECTION

06   COMMUNITY & THE ARTS

07   OUR VISION FOR 2020

*Cover photos, from top: Mimi Hau and Armando Martinez shooting a scene for SEW ADAPTIVE (photo by Jennifer Bracy for CTD); actor and disability activist RJ Mitte hosts CTDFF 2019 (photo by William Philpott for CTD); Jean-Paul Mejia, as featured in the CBD is Medicine campaign (photo by POOLHOUSE); Dennis Borel and Chase Bearden at the State Capitol (photo by CTD).*

# 2019 by the numbers

**68** advocacy partners

**$409 M** dollars CTD influenced
in the state budget

**+400,000** hours worked by CDS Division
community attendants

**16** years of the Cinema Touching Disability
Film Festival

APPX-000676

CTD-00000038

# CTD in the 2019 Legislature

Every session has its wins and its losses, and 2019 was no different. While we suffered some crushing moments, it only takes a small step back to recognize that we helped to move the needle a little—or a lot—on all of our priority issues.

How will our policy work affect you in the interim and beyond? If you...

... are an adult in Medicaid, CTD again advanced a dental benefit. For the first time, there is language in Texas statute calling for an adult dental program pilot. For his work on this issue, the DentaQuest Partnerhip named CTD's Dennis Borel a 2019 Health Equity Hero—one of six in the country!

... receive attendant care through Medicaid, CTD achieved three accomplishments to better support the attendant care workforce in Texas. As you know, low pay to attendants is a serious barrier to reliable care.



CTD's Susie Angel and Dennis Borel meet with Nelda Hunter, chief of staff for Rep. Zerwas. Photo by the Texas Tribune.

- Working closely with our partners, CTD secured $87 million to add to attendants' paychecks in 2020-2021.

- We pushed for a budget rider to direct the Texas Health and Human Services Commission (HHSC) to further study attendant care.

- We advocated to the Speaker to add legislative work on the issue during the interim—and he did.

... have a child in special education, CTD and partners advocated for a $204 million increase in state special education funding and set up planning directives.

... aspire to a post-secondary education, CTD had a foundational role in legislation to create, for the first time, a legally-mandated advisory council for post-secondary education for young people with disabilities.

"Partnering with CTD provided a perfect opportunity for dental hygiene students in my public health course to gain greater awareness of the barriers that adults with disabilities face in accessing oral health care in Texas and how to advocate to create change in public policy. By the end of their day at the Capitol, the students confidence grew exponentially and they discovered how they can be agents of change."

Michelle Landrum, RDH, M.Ed.



3

CTD-00000039

... or your child has autism, multiple sclerosis, any kind of seizure disorder, spasticity, terminal cancer, or an incurable neurodegenerative disease like ALS or Parkinson's, CTD was the lead consumer advocate to include all of those diagnoses in expanded access to medical cannabis in Texas. Texans for Responsible Marijuana Policy honored CTD's Chase Bearden with a Leading Advocates Award for his work this session.

In addition, CTD produced a statewide advocacy campaign, CBD is Medicine, which told stories of real Texans whose lives have dramatically improved with legal access to CBD (right).

... or a family member is a person with a guardian, CTD was a principal advocate to expand monitoring of guardianship for compliance with laws and regulations, an area that had very minimal oversight.

... are a voter with a disability, CTD was in the middle of the battle against legislation that would have set new hurdles for voters with disabilities and those who assist them. For those who choose to use mail-in ballots, CTD reminds you to be very clear and consistent with your signatures, which can be used to toss a ballot.



*Jean-Paul Mejia in the CBD is Medicine public awareness campaign. Still by POOLHOUSE.*

All that is progress, but it's not enough. We need to complete the dental initiative, continue our work to significantly raise attendant wages, continue the move forward on special education, make access to medical cannabis more practical for those who choose this medicine, and more.

Our 2019 Legislative Report has more details about our work at the Capitol this year and what we envision for 2020.

Read it at www.TXDisabilities.org/advocacy.

"Working with CTD has been a very valuable experience for me in my journey into advocacy. Protecting the rights of my daughter and others with disabilities is truly my heart. Being disabled myself gives me one perspective, but being a mother to a disabled daughter has changed everything. The testimony at the Capitol changed me and none of that would have been possible without you."

Christiana Voorhes (pictured with Rep. Justin Holland and CTD's Chase Bearden)

APPX-000678

CTD-00000040

# Representing you at the political poker table

When it comes to policy and practice impacting Texans with disabilities, CTD knows that presence matters. That's why we are regularly at the State Capitol and numerous state agencies, testifying at hearings, meeting with policymakers, and building alliances to ensure the voices of Texans with disabilities are heard.

To name a few examples, CTD is in a strategic position to represent your interests if you...

... access prescription medications through Medicaid. CTD is the only consumer advocate on Drug Utilization Review Board, an important body that decides which medicines are on the Medicaid preferred drug list. Statistics show that being a preferred drug often equals access to medicines.

... or a family member is in Medicaid Managed Care. CTD has, from day one, been a vocal, active appointee on the State Medicaid Managed Care Advisory Committee. With over 90% of Texas Medicaid now in the managed care environment, this critical committee is in a position to raise issues and influence policy.

... rely on physical accessibility within built environments. CTD has been a long-time appointee to the Texas Board of Architectural Examiners, a regulatory body over architects, interior designers, and landscape architects. We have leveraged the state appointment into federal advocacy.

... or your child seeks post-secondary educational opportunities. CTD is among the founders of the Aggie Achieve Advisory Committee, overseeing the launch of the Aggie Achieve post-secondary education program at Texas A&M University.

... have public or private health insurance. As a member of United Healthcare's National Advisory Board, CTD addresses disability services for one of America's largest health insurers, both in Texas and beyond.

... value community over institutions. CTD works primarily in Texas, but we recognize that decisions in Washington have an impact on our lives in the states. We maintain relationships with key members of the Texas congressional delegation to advocate on key federal issues. One focus has been the Empower Act to reauthorize the Money Follows the Person Act, providing federal money to relocate people from institutions to the community, acheived in late 2019.

# Consumer Direction

Our CDS Division gives Texans with disabilities the support they need to manage their own attendants. If you are among the nearly 400 individuals served in our Consumer Directed Services program, or their 500 attendants, then you know the benefits.

If you are not, our CDS Division is like having an in-house laboratory for the functional workings of Medicaid community attendant services. In addition to serving those in our program, what we learn from their experience and daily CDS operations allows us to be better informed advocates, helping us to best represent consumers at the Legislature and within stakeholder activities at the Texas Health and Human Services Commission.

APPX-000679

CTD-00000041

# Arts Programs at CTD

Finally, in the media, we are seeing more and more (and better!) representations of people with disabilities. Through our arts programming, we are proud that we have contributed to this cultural shift locally, and around the world.

In 2019, if you are...

... a cinephile, our 16th annual Cinema Touching Disability Film Festival (CTDFF) continued breaking new ground, with sellout crowds! Actor/ activist RJ Mitte joined the Fest as our guest host, running the show and telling stories about his own rise to fame in Hollywood!



*CTDFF staff, guests, and fashion challenge participants and film crew. Photo by William Philpott for CTD.*

For this year's theme of adaptive fashion, we partnered with two essential players in the adaptive fashion movement, the Runway of Dreams Foundation and Cur8able, to present short films on adaptive fashion, as well as a presentation by disability fashion stylist Stephanie Thomas. Then, we debuted garments from our own CTDFF Adaptive Fashion Challenge, which connected local models with disabilities to local designers, in order to solve a clothing-related problem. Our short documentary SEW ADAPTIVE gave the audience a look behind the scenes.

Thanks to our 2019 sponsors and volunteers!

Read this year's full wrap up, with Short Film Competition results and more, at

www.CTDFilmFest.org.

... a writer or reader, we celebrated 10 years of our international Pen 2 Paper disability-focused creative writing contest. We received a ton of outstanding work among nearly 400 entries and are pleased to have partnered with Oleb Books on the Oleb Books Personal Essay Award.

Read this year's finalists and winners at

www.TXDisabilities.org/pen-2-paper.

Plus, we continued our monthly Lion and Pirate Open Mic series with Art Spark Texas at Malvern Books, hosting performers with and without disabilities of all stripes. Featured performers in 2019 included musicians The Old Hats, Cook and Rose, and David and Ann Marie Romero, poet Spirit Thom, and author Skip Bellon.



*Portrait of Tanya (Tanya Winters). Photo by David Borden.*

... interested in painting, CTD embarked on a new collaboration with Austin artist David Borden. Accessible Portraits: Painting People as They See Themselves "dares society to change its perceptions of disability and beauty." We previewed Accessible Portraits at CTDFF and can't wait to share where it's going in 2020!

APPX-000680

CTD-00000042

# Our vision for 2020

Looking ahead to 2020, a legislative interim year, we have big plans to continue our work mentioned above, and invite you to join us!

If you...

... are a voter with a disability, CTD is a leading member of REV UP Texas coalition, and is working to promote the disability vote in the 2020 Presidential election. We remind all individuals who vote by mail: to ensure your vote is counted, make sure the signatures on your Ballot by Mail Application and ballot match as closely as possible.

... are committed to state policy change, CTD is planning a series of Raise Your Voice! Roundtables and training events around the state. Through our RYV! advocacy events, CTD comes to your community, to learn, listen, train, and empower you! We are committed to involving you in meaningful ways in our preparations for the 2021 Legislature.

... enjoy art and performance—or are an artist yourself—our Cinema Touching Disability Short Film Competition is open now! Join us at an upcoming open mic at Malvern Books. And stay tuned for announcements about CTD Film Festival dates, the Pen 2 Paper 2020 deadline, the release of our anthology with Oleb Books, open mic dates, Accessible Portraits events, and more!

Keep up with CTD in 2020 by subscribing to our e-newsletter at txdisabilities.org.

Or follow us on social media:

CTD @TXDisabilities

  

Cinema Touching Disability
@CTDFilmFestival

  

Pen 2 Paper @Pen2Paper





"Such an amazing event!!! Very well planned and organized. Wonderful choice to have a showing here. Spacious theatre, kind service, and great speakers."

Anonymous Cinema Touching Disability audience survey

7

CTD-00000043



**CTE Coalition of Texans with Disabilities**

1716 San Antonio Street, Austin, TX 78701
Phone 512.478.3366 | Fax 512.478.3370
www.TXDisabilities.org | Social Media @TXDisabilities

  

## Board of Directors

CTD's Board reflects the population of Texas in terms of types of disability, geographic representation, ethnicity, and income level.

**Executive Committee**
President: Kenneth Semien, Sr.*
Vice President: Crystal Lyons* **
Secretary: Judy Telge
Treasurer: Jet Schuler

**At Large Members**
Region 1: Rick Razo
Region 2: John Curnutt*
Region 3: Darren Bates*
Region 4: Darrell Wilson*
Region 5: Marshall Burns*
Region 6: Francis Key*
Region 7: Gene Whitten-Lege
Region 8: vacant

## Staff

Executive Director: Dennis Borel
Deputy Executive Director: Chase Bearden*
Chief Operations Officer: Denise Ellison**
Communications Director: Laura Perna
Film Festival Director: William Greer*
Editor/Researcher: Susie Angel*
Development Specialist: Jennifer Bracy*

CDS Director: Kit Cuny
CDS Payroll Administrators: Aracely Menendez, Rosie Williams
CDS Claims Analyst: Laura Harrell

* Person with a disability
** Parent of a child with a disability

CTD is a 501(c)3 nonprofit organization with Federal Tax ID #74-2071160 CTD is a social and economic impact organization benefitting Texans with all disabilities of all ages. CTD is a membership organization controlled by people with disabilities.

The production of this report is made possible with support from

 

General support of CTD provided by





The Texas Council on Developmental Disabilities provided Financial Support for: Raise Your Voice! Advocacy Training, with Federal funds* made available by the United States Department of Health and Human Services, Administration on Developmental Disabilities (*$5,591 (90%) DD funds; $650 (10%) non-federal resources) and Cinema Touching Disability, with Federal funds* made available by the United States Department of Health and Human Services, Administration on Developmental Disabilities (*$6,816 (89%) DD funds; $804 (11%) non-federal resources).

8

CTD-00000044

# Exhibit 43

**Donate Now** | **Contact Us** | **Sign Up for Newsletter**



## Coalition of Texans with Disabilities

HOME    ABOUT US    ADVOCACY    FILM FESTIVAL    BLOG    CONSULTING    GET INVOLVED

Home > News & Events > 2019 Annual Report

CDS DIVISION

# 2019 ANNUAL REPORT

View or download as a PDF   |   Download as text only (Word Document)

2019 was a legislative year, and much of our energy was trained on policy change. But the outcomes of our work were not limited to the Capitol (or to Texas!). **How did CTD work to bring down barriers for you in 2019? Read on!**

## CTD in the 2019 Legislature

Every session has its wins and its losses, and 2019 was no different. While we suffered some crushing moments, it only takes a small step back to recognize that we helped to move the needle a little—or a lot—on all of our priority issues.

How will our policy work affect you in the interim and beyond? If you...

… are an adult in Medicaid, **CTD again advanced a dental benefit**. For the first time, there is language in Texas statute calling for a pilot dental program.



… receive attendant care through Medicaid, CTD achieved three accomplishments to **better support the attendant care workforce** in Texas. As you know, low pay to attendants is a serious barrier to reliable care.

*Right: CTD's Susie Angel and Dennis Borel meet with Nelda Hunter, chief of staff for Rep. Zerwas. Photo by the Texas Tribune.*

- Working closely with our partners, CTD secured **$87 million to add to attendants' paychecks in 2020-2021**.

- We pushed for a budget rider to **direct HHSC to further study attendant care**.

- We advocated to the Speaker to **add legislative work on the issue during the interim**—and he did.

… have a child in special education, CTD and partners advocated for a **$204 million increase in the state special education and set up planning directives**.

APPX-000684

CTD-00000065

Coalition of Texans with Disabilities - Coalition of Texans with Disabilities


**Coalition of Texans with Disabilities**

HOME     ABOUT US     ADVOCACY     FILM FESTIVAL     BLOG     CONSULTING     GET INVOLVED

CDS DIVISION

ballots, CTD reminds you to be very clear and consistent with your signatures, which can be used to toss a ballot.

All that is progress, but it's not enough. We need to complete the dental initiative, continue our work to significantly raise attendant wages, continue the move forward on special education, make medical cannabis a more practical process for those that choose this medicine, and more. Our **2019 Legislative Report** has more details about our work at the Capitol this year and what we envision for 2020.

## Representing you at the political poker table

When it comes to policy and practice impacting Texans with disabilities, CTD knows that presence matters. That's why we are regularly in the State Capitol and numerous state agencies, testifying at hearings, meeting with policymakers and building alliances to ensure the voices of Texans with disabilities are heard.

*Below: James Meadors, Kennis Price, and CTD's Dennis Borel visit with Rep. Bill Flores (left) on issues of concern to Texans with developmental disabilities.*

To name just a few examples, CTD is in a strategic position to represent your interests if you...



… access prescription medications through Medicaid. CTD is the only consumer advocate on **Drug Utilization Review Board**, an important body that decides which medicines are on the Medicaid preferred drug list. Statistics show that being a preferred drug often equals access to medicines.

… or a family member is in Medicaid Managed Care. CTD has, from day one, been a vocal, active appointee on the **State Medicaid Managed Care Advisory Committee**. With over 90% of Texas Medicaid now in the managed care environment, this critical committee is in a position to raise issues and influence policy.

… or your child seeks post-secondary educational opportunities. CTD is among the founders of the **Aggie Achieve Advisory Committee**, overseeing the launch of the Aggie Achieve post-secondary education at Texas A&M.

… rely on accessibility within built environments. CTD has been a long-time appointment to the **Texas Board of Architectural Examiners**, a regulatory body over architects, interior designers and landscape architects. We have leveraged the state appointment into federal advocacy.

APPX-000685

CTD-00000066

Donate Now | Contact Us | Sign Up for Newsletter

**CTD** Coalition of Texans with Disabilities

HOME        ABOUT US        ADVOCACY        FILM FESTIVAL        BLOG        CONSULTING        GET INVOLVED

manage their own attendants. If you are among the nearly 400 individuals served in our Consumer Directed Services program, you know the benefits.



### CDS DIVISION

If you are not, our CDS Division is like having an in-house laboratory for the functional workings of Medicaid community attendant services. In addition to serving those in our program, what we learn from their experience and daily CDS operations allows us to be better informed advocates, helping us to best represent consumers at the Legislature and within stakeholder activities at the Texas Health and Human Services Commission.

*Right: Anita Longoria, an attendant employed by a CDS Division consumer, receives a certificate of appreciation at Amerigroup's annual Caregivers' Luncheon.*

## Arts Programs at CTD

Finally, in the media, we are seeing more and more (and better!) representations of people with disabilities. Through our arts programming, we are proud that we have contributed to this cultural shift locally, and around the world.

In 2019, if you are…



… a cinephile, our **16th annual Cinema Touching Disability Film Festival** (CTDFF) continued breaking new ground, with sellout crowds, our celebrity guest host, RJ Mitte, a focus on adaptive fashion, and a slate of the best international disability short films! Read the full wrap up.

*Right: CTDFF organizers, guests, and fashion challenge participants and film crew somehow managed to be in one spot at one time for a photo!*

… a writer or reader, we celebrated 10 years of our international **Pen 2 Paper disability-focused creative writing contest**. We received a ton of outstanding work among nearly 400 entries and are pleased to have partnered with Oleb Books on the Oleb Books Personal Essay Award. Plus, we continued our monthly **Lion and Pirate Open Mic series** with Art Spark Texas at Malvern Books, featuring performers with and without disabilities of all stripes.

… into painting, CTD embarked on a new collaboration with Austin artist David Borden. **Accessible Portraits: Painting People as They See Themselves** "dares society to change its perceptions of disability and beauty." We previewed Accessible Portraits at CTDFF at can't wait to share where it's going in 2020!

## Our vision for 2020

APPX-000686

CTD-00000067

Donate Now | Contact Us | Sign Up for Newsletter

**CTD**   **Coalition of Texans with Disabilities**

HOME     ABOUT US     ADVOCACY     FILM FESTIVAL     BLOG     CONSULTING     GET INVOLVED

2021 Legislature.

CDS DIVISION

… enjoy art and performance-or are an artist yourself-our Cinema Touching Disability Short Film Competition is open now! Join us at an upcoming open mic Jan. 4 or Feb. 2 at Malvern Books. And stay tuned for announcements about CTD Film Festival dates, the Pen 2 Paper 2020 deadline, the release of our anthology with Oleb Books, open mic dates, Accessible Portraits events, and more!

**CTD @TXDisabilities**

 

**CTDFF @CTDFilmFest**

  

**Pen 2 Paper @Pen2Paper**



View or download as a PDF   |   Download as text only (Word Document)



**CTD**   **Coalition of Texans with Disabilities**

1716 San Antonio St.
Austin, Texas 78701
Phone: (512) 478-3366
Fax: (512) 478-3370
email: info@txdisabilities.org

APPX-000687

CTD-00000068

**Donate Now** | **Contact Us** | **Sign Up for Newsletter**



Home | About Us   Advocacy   Film Festival   Blog   Consulting   Get Involved   CDS Division

Donate Now   Contact Us   Sign Up for Newsletter

Site Map   Site Information   Accessibility   Report A Website Problem

© 2020 Coalition of Texans with Disabilities
Site by: Mighty Citizen

APPX-000688

CTD-00000069

Exhibit 44



**CTD** Coalition of Texans with Disabilities

HOME    ABOUT US    ADVOCACY    FILM FESTIVAL    BLOG    CONSULTING    GET INVOLVED

Home >

CDS DIVISION

# VOTING



## Our Position

CTD supports legislation that protects the rights of all Texans with disabilities to participate fully in the voting process, including: accessible voting technologies at all polling locations, the elimination of architectural and communication barriers at polling locations, and protecting the rights of eligible voters to participate in elections.

## The Latest

April 10: New voting dates for the 2020 Election:

- Monday, June 15: New Voter Registration Deadline

- Friday, July 3: New Mail-In Ballot Application Deadline

- Monday - Friday July 6 - 10: New Early Voting (note, 5 days only)

- Tuesday, July 14: New Election Day and Mail-In Ballot Return Deadline (7pm CST). This includes the May Primary Run-offs and Kirk Watson special election.

- The November 2020 election will now also include local run-offs (that were to be held in early May).

April 6: By a 5–4 Vote, SCOTUS Lets Wisconsin Throw Out Tens of Thousands of Mail-In Ballots. "The court will nullify the votes of citizens who mailed in their ballots late, because they did not receive ballots until after Election Day due to the coronavirus pandemic." CTD's response: Thought your right to vote was safe? Think again. Not only will many Wisconsin mail-in voters be disenfranchised, but 95% of polling places in blue Milwaukee will not be open. Worse yet, this is blessed by the Supreme Court. Take nothing for granted, be an advocate.

NOTE: If you vote by mail, make sure the signatures on your Ballot by Mail Application and ballot match as closely as possible. Otherwise, your vote may be thrown out

## Partners

REV UP! Texas

## Background

APPX-000690

CTD-00000070

Donate Now | Contact Us | Sign Up for Newsletter



## Coalition of Texans with Disabilities

HOME    ABOUT US    ADVOCACY    FILM FESTIVAL    BLOG    CONSULTING    GET INVOLVED

From the letter the coalition sent to Senate: "We the undersigned members and supporters of REV UP Texas collectively and strongly urge you to oppose **SB 9**. **SB 9**, by creating new requirements for individuals providing assistance to voters with disabilities with potential criminal penalties, would have a chilling effect on the number of people willing to assist Texas voters with disabilities and increase barriers for voters with disabilities." Read the full letter

## Take Action

- Register to Vote

## Further Reading

- Blog: Voting Independently with a Disability Is Possible Susie Angel

## Resources

- The Texas Tribune's Texas 2020 Election Dates

- REV UP! Texas' Resources

- Disability Rights Texas' Voting Resources for People with Disabilities and Election Workers

## ADVOCACY

**Take Action!**
   ▶ Find Your Reps

**2019 Priorities**

- Attendant Wages

- Access to Medical Canabis

- Access to Oral and Dental Care
  Acceso a Servicio Dental

- Special Education Reform

- Student Mental Health Services

- State Budget & Appropriations

APPX-000691

CTD-00000071

Donate Now | Contact Us | Sign Up for Newsletter

# Coalition of Texans with Disabilities

HOME     ABOUT US     ADVOCACY     FILM FESTIVAL     BLOG     CONSULTING     GET INVOLVED

Andrew Pulrang
@AndrewPulrang

CTD DIVISION

"Netflix's "Crip Camp" Is For Everyone" @Forbes @CripCampFilm #DisabilityTwitter #DisabledTwitter #DisabilityRights #CripTheVote #Netflix #CripCamp
forbes.com/sites/andrewpu…

**Netflix's "Crip Camp" Is For Everyone**
It's the true story of how a group of disabled people learned about themselves, expl...
forbes.com

Apr 9, 2020

Embed                                          View on Twitter

## SUPPORT CTD

Help us continue our work throughout the year to build a barrier-free society for people with disabilities!





APPX-000692

CTD-00000072



HOME    ABOUT US    ADVOCACY    FILM FESTIVAL    BLOG    CONSULTING    GET INVOLVED

# LEGISLATIVE REPORTS
CDS DIVISION

Current Legislative Report:

- 2019 (PDF)

- 2019 text only (Word Document)

Earlier Reports



1716 San Antonio St.
Austin, Texas 78701
Phone: (512) 478-3366
Fax: (512) 478-3370
email: info@txdisabilities.org

*CTD works to ensure that persons with disabilities may work, live, learn, play and participate fully in the community of their choice. CTD is a 501(c)(3) nonprofit organization with Federal Tax ID #74-2071160.*

Home | About Us    Advocacy    Film Festival    Blog    Consulting    Get Involved    CDS Division

Donate Now    Contact Us    Sign Up for Newsletter

Site Map    Site Information    Accessibility    Report A Website Problem

© 2020 Coalition of Texans with Disabilities
Site by: Mighty Citizen

APPX-000693

CTD-00000073

Donate Now | Contact Us | Sign Up for Newsletter



HOME     ABOUT US     ADVOCACY     FILM FESTIVAL     BLOG     CONSULTING     GET INVOLVED

CDS DIVISION

CTD-00000074

# Exhibit 45

Donate Now | Contact Us | Sign Up for Newsletter



HOME    ABOUT US    ADVOCACY    FILM FESTIVAL    BLOG    CONSULTING    GET INVOLVED

Home >
CDS DIVISION

# ABOUT US

Founded in 1978, CTD is the largest and oldest member-driven cross-disability organization in the state. "Cross-disability" refers to all types of disabilities and different functional needs, rather than a particular disability or subset of disabilities. CTD envisions a future where all Texans with all disabilities may work, live, learn, play, and participate fully in the community of their choice.

We focus on governmental advocacy, public awareness activities, and professional disability consulting to make Texas a leader in disability-related public policy and culture.

_See full-sized Infographic_

APPX-000696

CTD-00000080

Donate Now | Contact Us | Sign Up for Newsletter

# CTD  Coalition of Texans with Disabilities

HOME　　ABOUT US　　ADVOCACY　　FILM FESTIVAL　　BLOG　　CONSULTING　　GET INVOLVED

Engaging the general public contributes to positive cultural shifts, and for this reason, CTD is committed to holding outstanding **public awareness** initiatives. Each year, we produce events and presentations that focus on disability in the arts, sports & recreation, and consumer education, most notably, our award winning Cinema Touching Disability Film Festival & Short Film Competition.

CTD DIVISION



*Our staff (L-R, back row): Aracely Menendez, Rosie Williams, Denise Ellison, Dennis Borel, Chris Masey, Tiffany Williams, William Greer, Kit Cuny. (L-R, front row) Jennifer Bracy, Susie Angel, Chase Bearden, Laura Perna.*

## ABOUT US

Our Staff
Based in Austin, CTD's staff is composed of dedicated individuals with and without disabilities.

APPX-000697

CTD-00000081

Donate Now | Contact Us | Sign Up for Newsletter



| HOME | ABOUT US | ADVOCACY | FILM FESTIVAL | BLOG | CONSULTING | GET INVOLVED |

Members of the media interested in leveraging our expertise or scheduling an interview about an issue or upcoming event are encouraged to contact Dennis Borel at 512-478-3366.

CDS DIVISION

View the CTD Media Kit

## ANNUAL REPORT

Learn about this year's advocacy and organizing activities, arts and community events, and more in our detailed, easy to read annual reports.

**2019 Annual Report**

More reports



1716 San Antonio St.
Austin, Texas 78701
Phone: (512) 478-3366
Fax: (512) 478-3370
email: info@txdisabilities.org

*CTD works to ensure that persons with disabilities may work, live, learn, play and participate fully in the community of their choice. CTD is a 501(c)(3) nonprofit organization with Federal Tax ID #74-2071160.*

Home | About Us | Advocacy | Film Festival | Blog | Consulting | Get Involved | CDS Division
Donate Now | Contact Us | Sign Up for Newsletter

Site Map | Site Information | Accessibility | Report A Website Problem

© 2020 Coalition of Texans with Disabilities
Site by: Mighty Citizen

APPX-000698

CTD-00000082



**Coalition of Texans with Disabilities**

HOME    ABOUT US    ADVOCACY    FILM FESTIVAL    BLOG    CONSULTING    GET INVOLVED

CDS DIVISION

APPX-000699

CTD-00000083

# Exhibit 46

| Sign Up | | Email or Phone [        ] Password [        ] [ Log In ] |
|---|---|---|
| | | Forgot account? |

 **Coalition of Texans with Disabilities**
February 20 ·

TOMORROW (Friday Feb 21) is the deadline to request a mail in ballot for the primaries! If you're voting by mail, take care that the signature on your APPLICATION is as close as possible to the signature on your BALLOT. Texas Civil Rights Project explains why in the video below.

---

 **Texas Civil Rights Project**
February 19 ·

Texans! This Friday, Feb 21st, is the deadline to request a mail-in ballot for the 2020 Primary! This is an important resource for voters who are elderly, living with disabilities, or may be out of town during this election. Here are the directions to apply:
https://www.sos.texas.gov/elections/voter/reqabbm.shtml

If you plan to use this method to cast your ballot, we want you to be aware of some of the flaws involved in the process. Every election, Texas counties reject hundreds of mail-in ballots solely on the basis of perceived mismatched signatures. Learn more:

*to vote by mail in Texas,*

YOUTUBE.COM
**Texas' Mail-in Ballot Process Disenfranchises Thousands**
Texas' mail-in ballot process is broken and it's disenfranchising voters....

| 1 | 4 Shares |
|---|---|

Share

## Related Pages

 **The Arc of Texas**
Social Service

 **Texas Council for Developmenta...**
Government Organization

 **Isabel Marie Sanchez**
Artist

 **Disability Rights Texas**
Nonprofit Organization

 **Synopsys**
Software Company

 **Texas Parent to Parent**
Nonprofit Organization

 **Texas Center for Disability Studi...**
Nonprofit Organization

 **ABC 7 Amarillo**
Broadcasting & Media Production ...

 **Texas Civil Rights Project**
Nonprofit Organization

 **Cinema Touching Disability Film ...**
Charity Organization

 **Hawkesbury City Council**
Government Organization

 **Texas Advocates**
Nonprofit Organization

## Pages Liked by This Page

 **Detroit ADAPT**

---

### See more of Coalition of Texans with Disabilities on Facebook

| [ Log In ] | or | [ Create New Account ] |
|---|---|---|

APPX-000701

CTD-00000108

**Recent Post by Page**

CT∃ **Coalition of Texans with Disabilities**
Yesterday at 8:42 AM

At 18:06 is a discussion about an extra $1 billion in federal Medica... See More

1        3 Shares

**Share**

CT∃ **Coalition of Texans with Disabilities**
Yesterday at 7:53 AM

Next Friday, the Texas Governor's Committee on People With Disabilit... See More

2        7 Shares

**Share**

CT∃ **Coalition of Texans with Disabilities**
April 8 at 10:47 AM

Today, CTD joined 45 TX orgs on a letter to Gov. Abbott office's wit... See More

4     2 Comments   4 Shares

**Share**

English (US) · Español · Português (Brasil) · Français (France) · Deutsch

Privacy · Terms · Advertising · Ad Choices Cookies · More
Facebook © 2020

**See more of Coalition of Texans with Disabilities on Facebook**

| Log In | or | Create New Account |
|--------|----|--------------------|

APPX-000702

CTD-00000109

# Exhibit 47

Sign Up

Email or Phone          Password
jbs1992@aol.com         ●●●●●●●●          Log In

Forgot account?

**Watch**    Home    Shows    Live                    ▢ Search videos



                                                    4:17

**CTƎ**  **Coalition of Texans with Disabilities** was live.
         February 14

It's The CTD Big Reveal! Each month, we take a close look at commonly held ideas about policy that affects people with disabilities
—and the real story. With early voting for the primaries starting next week, CTD's Dennis Borel and William Greer chat about the
Disability Vote and mail in ballots.

References:
Rutgers study: https://smlr.rutgers.edu/.../voter-turnout-surges-among-peopl...

ACC study: https://drive.google.com/.../1NwNA1s8Xiab1EXgu5Zo5oG0kXU.../view

Time article: https://time.com/5622652/disability-voter-turnout-2020/

335 Views

9 Likes  1 Comment  8 Shares

                                                    Share

## Related Videos

|                                    | 3:19 |                                 | 0:31 |                                 | 0:31 |

**The CTD Big Revel: Medicaid Fraud in**    **A letter to the TxLege from Jean Paul**    **A letter to the TxLege from Mike**
**Texas**                                    Coalition of Texans with Disabilities      Coalition of Texans with Disabilities
Coalition of Texans with Disabilities        302 views · May 7, 2019                    264 views · May 6, 2019
225 views · February 3

APPX-000704

CTD-00000116

0:31

**A letter to the TxLege from Thalia and Lance**

Coalition of Texans with Disabilities

4.6K views · May 6, 2019

0:31

**A Letter to the TxLege from Julia**

Coalition of Texans with Disabilities

521 views · May 6, 2019

8:11

**Points of Advocacy (2019, with Autism Society of Texas)**

Coalition of Texans with Disabilities

142 views · May 1, 2019

18:46

Coalition of Texans with Disabilities

1K views · April 11, 2019

2:28

**Susie's Medicaid story**

Coalition of Texans with Disabilities

11K views · June 27, 2017

51:51

**Coalition of HHS Advocates press conf: Say NO to ACA Repeal, Block Grants,...**

Coalition of Texans with Disabilities

1.7K views · February 2, 2017

## Related Pages

See All



**The Arc of Texas**

7,570 Followers · Social Service



**El Chucoviché-Mariscos y Michéladas**

20,375 Followers · Food Truck



**Texas Council for Developmental Disabilities - TCDD**

8,261 Followers · Government Organization



**Texas Parent to Parent**

6,088 Followers · Nonprofit Organization

Video Transcript

Pages     Businesses     Nonprofit Organization     Coalition of Texans with Disabilities     Videos     **It's The CTD Big Reveal! Each month, we take a close look at...**

APPX-000705

CTD-00000117

# Exhibit 48

```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
                    SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,    *
ROSALIE WEISFELD, AUSTIN  *
JUSTICE COALITION,        *
COALITION OF TEXANS WITH  *
DISABILITIES, MOVE TEXAS  *
CIVIC FUND, LEAGUE OF     *
WOMEN VOTERS OF TEXAS,    *
and AMERICAN GI FORUM OF  *
TEXAS, INC.,              *
                          *
        Plaintiffs,       *
                          *          CIVIL ACTION NUMBER
VS.                       *          5:19-cv-0963
                          *
TEXAS SECRETARY OF        *
STATE, TRUDY HANCOCK, IN  *
HER OFFICIAL CAPACITY AS  *
BRAZOS COUNTY ELECTIONS   *
ADMINISTRATOR, AND PERLA  *
LARA IN HER OFFICIAL      *
CAPACITY AS CITY OF       *
McALLEN, TEXAS            *
SECRETARY,                *
                          *
        Defendants.       *



             Remote Oral Deposition of

              MOVE Texas Civic Fund,

    By and through their Designated Representative,

              HILLIARD DREW GALLOWAY

                  May 22, 2020

                   10:02 a.m.



Reported by:

Micheal A. Johnson, RDR, CRR
```

2

1          REMOTE ORAL DEPOSITION OF MOVE TEXAS CIVIC

2    FUND, BY AND THROUGH THEIR DESIGNATED

3    REPRESENTATIVE, HILLIARD DREW GALLOWAY, produced at

4    the instance of the Defendant, Texas Secretary of

5    State, in the above-styled and numbered cause on the

6    22nd day of May, 2020, at 10:02 a.m., before Micheal

7    A. Johnson, RDR, CRR, Notary Public in and for the

8    State of Texas, reported by realtime stenographic

9    means, at the location of the witness, Austin,

10   Texas, pursuant to Notice of Oral Deposition, and in

11   accordance with the Federal Rules of Civil

12   Procedure.

13

14

15

16

17

18

19

20

21

22

23

24

25

APPX-000708

3

```
 1              REMOTE APPEARANCES

 2   ON BEHALF OF THE PLAINTIFFS:

 3     JoAnna Suriani
       WILLKIE FARR & GALLAGHER LLP
 4     1875 K Street, N.W.
       Washington, D.C. 20006-1238
 5     (202) 303-1193
       jsuriani@willkie.com
 6
       Samuel Kalar
 7     WILLKIE FARR & GALLAGHER LLP
       787 Seventh Avenue
 8     New York, New York 10019-6099
       (212) 728-8724
 9     skalar@willkie.com

10     Zachary Dolling
       Hani Mirza
11     Ryan Cox
       TEXAS CIVIL RIGHTS PROJECT
12     1405 Montopolis Drive
       Austin, Texas 78741
13     (512) 474-5073
       zachary@texascivilrightsproject.org
14     hani@texascivilrightsproject.org
       ryan@texascivilrightsproject.org
15
16   ON BEHALF OF THE DEFENDANT
     TEXAS SECRETARY OF STATE:
17
       Anne Marie Mackin
18     ASSISTANT ATTORNEY GENERAL
       Post Office Box 12548
19     Austin, Texas 78711-2548
       (512) 463-2798
20     anna.mackin@oag.texas.gov

21

22

23

24

25
```

4

```
 1              REMOTE APPEARANCES (CONT.)

 2  ON BEHALF OF THE DEFENDANT
    TRUDY HANCOCK IN HER OFFICIAL CAPACITY AS BRAZOS
 3  COUNTY ELECTIONS ADMINISTRATOR:

 4    J. Eric Magee
      ALLISON, BASS & MAGEE, LLP
 5    402 West 12th Street
      Austin, Texas 78701
 6    (512) 482-0701
      e.magee@allison-bass.com
 7
      Bruce L. Erratt
 8    BRAZOS COUNTY ATTORNEY'S OFFICE
      300 East 26th Street, Suite 1300
 9    Bryan, Texas 77803
      (979) 775-7400
10    berratt@brazoscountytx.gov

11
    ON BEHALF OF THE DEFENDANT
12  PERLA LARA IN HER OFFICIAL CAPACITY AS CITY OF
    McALLEN, TEXAS SECRETARY:
13
      Isaac J. Tawil
14    Austin Stevenson
      CITY OF McALLEN
15    1300 West Houston Avenue
      McAllen, Texas 78501-5002
16    (956) 681-1090
      itawil@mcallen.net
17    astevenson@mcallen.net

18
    ALSO PRESENT:
19
      Amelia Christopher, Video Technician
20

21

22

23

24

25
```

5

1                                INDEX
                        HILLIARD DREW GALLOWAY
2                          May 22, 2020

3
   REMOTE APPEARANCES                          3
4
   PROCEEDINGS                                7
5

6
EXAMINATION OF HILLIARD DREW GALLOWAY:
7
   BY MS. MACKIN                              7
8
   BY MR. STEVENSON                           49
9

10
   CORRECTIONS AND SIGNATURE                  59
11
   REPORTER'S CERTIFICATION                   60
12

13

14

15

16

17

18

19

20

21

22

23

24

25

APPX-000711

6

```
 1                    DEPOSITION EXHIBITS
                   HILLIARD DREW GALLOWAY
 2                      May 22, 2020

 3
     NUMBER              DESCRIPTION           MARKED
 4
     Exhibit 1     Defendant Secretary of       10
 5                 State's Notice of Oral
                   Deposition Pursuant to
 6                 Federal Rule of Civil
                   Procedure 30
 7
     Exhibit 2     Plaintiffs' Original         19
 8                 Complaint

 9   Exhibit 3     MOE Texas 2020 Budgets       35
                   MOVE-00000917 -
10                 MOVE-00000919

11   Exhibit 4     09/05/2019 through          45
                   09/09/2019 E-mail Chain
12                 MOVE-00000519 -
                   MOVE-00000522
13
     Exhibit 5     07/05/2019 E-mail Chain      50
14                 MOVE-00000004 -
                   MOVE-00000007
15

16

17

18

19

20

21

22

23

24

25
```

APPX-000712

1                    PROCEEDINGS

2                HILLIARD DREW GALLOWAY,

3    called as a witness, having been duly sworn by a

4    Notary Public, was examined and testified as

5    follows:

6                    EXAMINATION

7    BY MS. MACKIN:

8        Q.    Good morning, Mr. Galloway.  If I could

9    please have you speak and spell your name for the

10   record.

11       A.    Good morning.  My name is Hilliard,

12   H-i-l-l-i-a-r-d, Drew, D-r-e-w, Galloway,

13   G-a-l-l-o-w-a-y.

14       Q.    Thank you.  And we had the opportunity to

15   cover some ground when I took your deposition for

16   another case, so I'm going to try to avoid

17   duplicative things, but -- and hopefully get us out

18   of here maybe a little earlier on our Friday.

19            Just a couple of those reminders.  We

20   will both try not to speak over one another so that

21   Mr. Johnson can get an accurate record of everything

22   that is said.  And obviously, if you need a break at

23   any time, just let me know.  Okay?

24       A.    Yes.  It's good to see you again.

25       Q.    You too.  I think -- was it a Friday the

1    Q.    Okay.  And how about Trudy Hancock or the

2    Brazos County election administrator?

3    A.    Not to my knowledge, other than if our

4    organizers engaged Brazos County election

5    administrator on voter registration, like

6    deputization, like those general items.

7    Q.    Okay.  But you're not sure whether or not

8    that happened?

9    A.    We have organizers that are deputized in

10    Brazos County.

11    Q.    Okay.  That is all that I have on the

12    complaint.  I'm going to put that off to the side.

13         I'm going to pivot to the topics in the

14    notice, starting with the first one.  And again, I

15    know we have covered this, but different case, fresh

16    record.  So what is MOVE Texas Civic Fund's mission?

17    A.    MOVE Texas Civic Fund is a grassroots

18    nonpartisan nonprofit organization building power

19    for young people through civic education, leadership

20    development and issue advocacy.

21    Q.    And who developed that mission statement?

22    A.    That mission statement was developed by

23    the founders of MOVE in 2013, roughly.

24    Q.    I actually -- I had one quick follow-up

25    question on that, to backtrack a little bit.

26

1            You mentioned that the MOVE organization

2    grew out of a student chapter at The University of

3    Texas at San Antonio.  A student chapter of what?

4            A.    MOVE Texas Civic -- the original founders

5    of what is now MOVE Texas Civic Fund and MOVE Texas

6    Action Fund formed a student-led organization at The

7    University of Texas at San Antonio that was called

8    Mobilize, Organize, Vote and Empower UTSA.

9            Q.    Got it.  Okay.  Cool.  Thank you for

10   that.  All right.

11           And so that mission statement that you

12   just discussed, based on our conversation, I think I

13   know the answer, but has that changed over time?

14           A.    No, that's been the overarching mission

15   statement since the organization was founded.

16           Q.    And is it the same as the mission of MOVE

17   Texas Action Fund?

18           A.    MOVE Texas Action Fund's mission is, you

19   know, very, very close, yes.

20           Q.    And I know that they do slight -- they do

21   some different activities, but do they use the same

22   mission statement?

23           A.    They use -- yes.  Yes.  A very similar

24   mission statement.

25           Q.    And so you mentioned civic education,

1  canvassing?  What is that?

2       A.       Canvassing is our third method of voter

3  registration that involves youth organizers walking

4  around a specific campus, community college, high

5  school event and/or community event, with clipboards

6  and voter registration forms and asking individuals

7  if they would like to register to vote.

8       Q.       And then the one time that you mailed

9  voter registration applications out, when was that?

10      A.       That was in December of 2019.

11      Q.       And how did you determine which voters --

12 well, how did you determine which people to send

13 those voter registration applications to?

14      A.       We determined the list by age.

15      Q.       Okay.  What age?

16      A.       We chose voters that we believed were

17 unregistered or were not registered in our system,

18 under the age of 30.

19      Q.       And would you say that -- well, outside

20 of that specific mail-out project that we talked

21 about, in the context of all of MOVE Texas Civic

22 Fund's voter registration efforts, does MOVE Texas

23 Civic Fund target particular voters to get them

24 registered?

25      A.       We specifically target young voters,

1   which we identify as 17 and ten months, which is the

2   beginning age limit for voter registration, all the

3   way through, roughly, 35 years old.  But we target

4   mostly college students, high school students,

5   community college students, but we will register

6   anybody that walks up to the table.

7        Q.    Barely hanging on.  I turned 34 earlier

8   this week.  Got one more year.

9        A.    You passed our target demographic.

10       Q.    So other than those age criteria, does

11  MOVE Texas Civic Fund target voters in any other way

12  for its voter registration efforts?

13                  MR. COX:  Object to form.

14                  You can answer, Drew, if you have --

15  if you understand the question.

16       A.    We will register anybody that is in the

17  classroom or comes to our events regardless of age,

18  political ideology, demographic issues.

19  BY MS. MACKIN:

20       Q.    Okay.  Does MOVE Texas Civic Fund engage

21  in any voter registration efforts that are specific

22  to voting by mail?

23       A.    Can you repeat the question?

24       Q.    Sure.  Does MOVE Texas Civic Fund engage

25  in any voter registration activities that are

1   specific to voting by mail?

2              MR. COX:  Object to form.

3       A.    Voter registration is a precursor to

4   voting, whether that's in person or voting by mail,

5   so we register any Texan that we can register.  But

6   often, vote by mail questions arise in the voter

7   registration process, especially close to election

8   time.  And vote by mail questions arise in other

9   programming environments.

10  BY MS. MACKIN:

11      Q.    Okay.  And again, correct me if I'm

12  wrong, I'm not trying to put words in your mouth.

13  It sounds like vote by mail is a part of your voter

14  registration activities because it comes up.  I

15  mean --

16      A.    It's part of our civic education

17  activities, which a bucket of civic education work

18  is voter registration.

19      Q.    Are there specific projects or specific

20  outings, specific class raps or tabling events or

21  canvassing events, where MOVE Texas Civic Fund

22  focuses just on voting by mail?

23      A.    I'm not sure if I understand the

24  question.  So whenever we're doing voter

25  registration, we often talk about other -- or answer

32

1    questions of people that we're registering to vote.

2    Those questions can range from when is the next

3    election, to what IDs do I need to go vote, to what

4    happens if I take an internship and I leave the

5    county for the fall semester.  So when those

6    questions arise, our organizers have to answer them.

7    And so that's how vote by mail would come into that

8    environment.

9         Q.    Thank you for that.  Okay.

10             I want to talk now about the third topic

11   in the notice, the activities on which you, MOVE

12   Texas Civic Fund, have spent funds and to which you

13   have dedicated resources in Texas between

14   January 1st, 2017, and the present.  And based on

15   our earlier conversation, it sounds like the best

16   documents to show this information would be the

17   2017, 2018, 2019 and 2020 budgets that were produced

18   in discovery; is that right?

19        A.    That is correct.

20        Q.    Okay.  Then I am going to share those

21   documents.  And it is part of a larger PDF file that

22   begins on MOVE 916.

23        A.    I see that.  I have the document open

24   now.

25        Q.    Okay.  Thank you.  And then scrolling

37

1  track the number that you -- well, let me backtrack.

2  Do you ever -- so it's my understanding that all

3  your employees are volunteer deputy registrars such

4  that, you know, they can facilitate folks getting

5  registered --

6           MR. COX:  Object to form.

7     A.    I would say that the -- a very high

8  majority of our employees are volunteer voter deputy

9  registrars for at least one county.

10 BY MS. MACKIN:

11    Q.    Okay.  And so you said that you do track

12 the number of folks you come in contact with; is

13 that right?

14    A.    We track the number of people that

15 register to vote with us at an event, whether that

16 is a class rap, a tabling or a canvassing event.

17 And then we track the number of forms that we turn

18 in to the elections department.

19    Q.    Okay.  Do you offer applications for a

20 ballot by mail through any of your voter

21 registration efforts?

22    A.    Voter registration and vote by mail are

23 two different items for us.  So there is some, like,

24 overlap where that happens in the field, but often

25 vote by mail questions come up around election

38

1    times.  So we could be doing voter registration

2    pretty close to the election or the voter

3    registration deadline, but vote by mail often comes

4    up close to election times.

5         Q.    Does MOVE Texas Civic Fund engage in any

6    activities that are specific to vote by mail?

7         A.    Yes.

8         Q.    What are those?

9         A.    We educate young people about the ability

10   to vote by mail if they, one, have a disability or,

11   two, are not going to be in the county during the

12   election cycle; for instance, they have an

13   internship in another state or in Washington, D.C.,

14   or if they move back home for -- and there's a

15   summer election or something to those effects.

16        Q.    Okay.  Anything else?

17        A.    We also do -- MOVE Texas Action Fund and

18   MOVE Texas Civic Fund does some vote by mail

19   advocacy work at the elections administrators'

20   office.

21        Q.    Okay.  Which elections administrators?

22        A.    Bexar, Travis, Dallas, Harris, Webb and

23   Hays.

24        Q.    All right.  So I've got educating young

25   people about the ability to vote by mail if they're

1   eligible --

2        A.     Correct.

3        Q.     -- and advocacy to the elections

4   administrators that you mentioned.  Does MOVE Texas

5   Civic Fund engage in any other activity that is

6   specific to vote by mail?

7        A.     Not that I can think of right now.

8        Q.     Okay.  Can MOVE Texas Civic Fund

9   apportion the cost to register each voter that it

10  registers?

11       A.     We have a generalized cost of how much it

12  cost us to register a voter per year.

13       Q.     And what is that based on?

14       A.     That's based on the budgets that you saw

15  in 2020, 2019 and 2018.

16       Q.     And so what is that cost for 2020?

17       A.     Roughly, about $24 a voter.

18       Q.     And how is that $24 calculated?

19       A.     It's calculated by our projected civic

20  education activities and how many voters we project

21  that we're going to register during all of those --

22  like all of those activities.

23       Q.     Okay.  And is there a cost to register

24  each voter that MOVE Texas Civic Fund calculated for

25  its 2019 voter registration efforts?

1    produced, it looks like the signature block doesn't

2    distinguish between whether they're e-mailing on

3    behalf of the civic fund or the action fund; is that

4    correct?

5         A.    Per law, we put both organizations in our

6    signature line so that we are able to utilize a

7    common e-mail address.

8         Q.    And you don't have to, like, change it

9    every single time you're doing one type of work

10   versus the other?

11        A.    That's correct.

12        Q.    Okay.  So how would I know, in looking at

13   an e-mail sent by staff of the civic fund, whether

14   they were e-mailing in their role with the civic

15   fund or e-mailing in their role with the action

16   fund?

17             MR. COX:  Object to form.

18        A.    It would be determined upon the subject

19   of the e-mail.

20   BY MS. MACKIN:

21        Q.    Okay.  Do you know if MOVE Texas Civic

22   Fund has ever assisted any voter whose mail-in

23   ballot was rejected for signature mismatch?

24        A.    We produced an e-mail from Ms. Weisfeld,

25   or Weisfeld, notifying us that her ballot had been

1  rejected.  We also commonly have to educate young

2  people in classes, tabling, canvassing, other

3  activities, of the importance of making sure that

4  their signature is the same because of the situation

5  in Texas.

6        Q.    What I'm trying to get at, though, here

7  is -- so you passed along -- or someone with MOVE

8  passed along Ms. Weisfeld's information to Texas

9  Civil Rights Project.  Are you aware of any other

10 individual voter who MOVE Texas Civic Fund assisted

11 after their ballot was rejected for signature

12 mismatch?

13       A.    We have no documentation of any

14 discussion; otherwise we would have produced that.

15       Q.    So you're not aware of any specific

16 individual voter?

17       A.    That doesn't mean that it hasn't

18 happened.  We haven't answered those questions

19 orally or directed them to contact the elections

20 department.  We just have nothing else other than

21 what we produced in writing.

22       Q.    Okay.  So sitting here today you couldn't

23 give me the name any other voter who MOVE Texas

24 Civic Fund assisted after their ballot was rejected

25 for signature mismatch?

52

1  lawsuit?"  Do you see that?

2       A.    That's what the e-mail says.

3       Q.    Okay.  And what lawsuit is that referring

4  to?

5       A.    I'm assuming that it would either be this

6  lawsuit or any other voting rights lawsuit, but I'm

7  assuming that it's this lawsuit.

8       Q.    Okay.  Prior to the communications in

9  July of 2019, are you aware of any contact between

10 Texas MOVE Civic Fund and Rosalie Weisfeld?

11      A.    Not to my knowledge.

12      Q.    And were you designated by MOVE Texas

13 Civic Fund to testify on the topics in the

14 deposition today?

15      A.    Yes.

16      Q.    Okay.  And if you could just explain to

17 me a little bit more about the main mission of Texas

18 MOVE Civic Fund; who is the target demographic of

19 the organization?

20            MR. COX:  Object to form.

21      A.    MOVE Texas Civic Fund is a grassroots

22 nonpartisan nonprofit organization that builds power

23 for young Texans through civic education, leadership

24 development and issue advocacy.  We work

25 predominantly for younger Texans on college

53

1  campuses, community colleges, high schools, but as I

2  mentioned before, we register anybody to vote and we

3  assist any Texan.

4  BY MR. STEVENSON:

5      Q.    Did you assist Rosalie Weisfeld in

6  registering to vote?

7               MR. COX:  Objection, asked and

8  answered.

9               But go ahead, Drew.

10     A.    Not to my knowledge.

11  BY MR. STEVENSON:

12     Q.    What precedents or activities does MOVE

13  Civic Fund engage in in Hidalgo County?

14     A.    Currently, our operations are based out

15  of Bexar County, Webb County, Guadalupe County, Hays

16  County, Travis County, Dallas County and Harris

17  County.

18     Q.    Okay.  So based on that reply, I'm

19  guessing that there's not a physical presence in

20  Hidalgo County; is that correct?

21     A.    That is correct.  Even though we do

22  interact with students who are from Hidalgo County

23  that are at a separate college campus.

24     Q.    Okay.  And what is the nature of those

25  interactions?

APPX-000726

61

1              REPORTER'S CERTIFICATION

2

3         I, Micheal A. Johnson, Registered Diplomate

4    Reporter, Certified Realtime Reporter and Notary

5    Public in and for the State of Texas, certify that

6    on the 22nd day of May, 2020, I reported the Remote

7    Oral Deposition of HILLIARD DREW GALLOWAY, after the

8    witness had first been duly cautioned and sworn to

9    testify under oath; said deposition was subsequently

10   transcribed by me and under my supervision and

11   contains a full, true and complete transcription of

12   the proceedings had at said time and place; and that

13   reading and signing was requested.

14        I further certify that I am neither counsel

15   for nor related to any party in this cause and am

16   not financially interested in its outcome.

17        GIVEN UNDER MY HAND AND SEAL of office on

18   this 26th day of May, 2020.

19

20

21   _____
     MICHEAL A. JOHNSON, RDR, CRR
22   NCRA Registered Diplomate Reporter
     NCRA Certified Realtime Reporter
23
     Notary Public in and for the
24   State of Texas
     My Commission Expires:  8/8/2020
25

# Exhibit 49

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS, and AMERICAN GI FORUM OF TEXAS, INC., | § § § § § § § § § | |
| *Plaintiffs* | § § | |
| v. | § § | Civil Case No. 5:19-cv-00963-OG |
| TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY, | § § § § § § § | |
| *Defendants*. | § § | |

**<u>DECLARATION OF HILLIARD DREW GALLOWAY</u>**

My name is Hilliard Drew Galloway. I am over the age of 18 and capable of making this declaration. The facts stated herein are within my personal knowledge.

1.  I am the Executive Director of the MOVE Texas Civic Fund ("MOVE").

2.  MOVE is a non-profit organization with its primary offices in San Antonio, Texas.

3.  MOVE is a grassroots nonpartisan organization that builds power in underrepresented youth communities through civic education, leadership development, and issue advocacy.

4.  Since its inception, MOVE has worked to expand voter registration and equal access to voting.

APPX-000729

5.  MOVE actively works to register eligible young people to vote and ensure that they cast a ballot that actually counts. In doing so, MOVE operates on more than 32 college campuses around the State of Texas, with 14 of those in the San Antonio area, and registers thousands of students to vote every year. MOVE also engages with thousands of potential new voters through its social media platforms, e-mail lists, and through the mail.

6.  MOVE engages with voters throughout the State of Texas regularly. In Brazos County, MOVE regularly conducts activities at Texas A&M University, registering hundreds of students to vote. Organizers from MOVE's offices in Houston regularly travel to Brazos County for this work and are certified Volunteer Deputy Registrars in Brazos County. Additionally, MOVE works with students at college campuses all across Texas that maintain their primary residence in other areas of the State and intend to maintain those addresses rather than designate their school address as their primary residence. This includes students from McAllen, Texas and Brazos County. MOVE additionally educates young voters all over the state through its social media and digital campaigns.

7.  In addition to voter registration activities, MOVE provides voter education related to processes and procedures for voting, including how to vote by mail.

8.  Because college students are often absent from their counties of residence while attending school, while on school vacations, or because of summer internships or jobs, MOVE assists students in applying for mail-in ballots when appropriate and follows up with them to ensure they have mailed their ballots in a timely manner.

9.  MOVE works with several distinct groups of students in relation to mail-in ballots: (1) eligible students who attend schools outside of Texas and away from their county of residence; (2) eligible students who attend a Texas school outside of their county of

2

residence; (3) eligible students who attend a Texas school and consider their address at or nearby school as their residence, but are nevertheless away from school during an election for summer work, holidays, or another conflict; and (4) students with disabilities.

10. Depending on the election, MOVE informs voters statewide about their ability to cast a mail-in ballot, explains the rules and deadlines related to mail-in ballots, and encourages voters who are eligible to utilize mail-in ballots if they cannot vote in-person.

11. Because of the COVID-19 Pandemic that has shuttered many college campuses and threatened the safety of in-person voters, MOVE has expanded its voter education and assistance related to mail-in ballots during 2020, including more extensive information sharing and outreach to voters with whom MOVE has interacted in the past, either by registering those voters or other interactions that have allowed MOVE to collect contact information for these voters. In response to this additional outreach, MOVE has also answered many more questions about mail-in ballots, including through social media, and has sent more than 50,000 text messages to eligible voters about their options for mail-in ballot voting, at a cost to MOVE of $0.06 per text, including any questions received from voters and subsequent responses sent by MOVE.

12. The risk of improper rejection of a student's mail-in ballot frustrates MOVE's mission of expanding voter registration and increasing youth voter turnout. Texas' signature comparison procedure decreases overall confidence in the mail-in ballot process, and elections generally, which directly undermines the efforts MOVE takes to encourage eligible voters to use mail-in ballots and assist said voters with those mail-in ballots, and wastes MOVE's time and resources spent encouraging eligible students to vote by mail.

3

13. A particular difficulty in MOVE's work, evidenced by thousands upon thousands of 1-on-1 interactions with students, is convincing young people that their vote matters. Overcoming this perception in young people is critical to MOVE achieving its goals of increased voter participation.  The risk of an improper rejection or even knowledge of the improper rejection of other voters' ballots undermines this work, reduces confidence in elections, and reinforces some students' perception that their votes do not matter.  Such perception makes it difficult for MOVE to register or otherwise encourage participation in elections, and as to a particular voter, can take months or years to reverse in MOVE's efforts to create life-long voters.

14. Based on years of experience and the registering and tracking of voting habits of more than 80,000 new voters registered by MOVE, MOVE estimates that it takes 6 interactions with a new or young voter to turn them out to vote one time.  MOVE additionally estimates that a new or young voter must vote in three consecutive elections before they become a regular, or "life-long" voter without the need for further outreach or convincing—(80% of voters that MOVE has tracked who vote in three consecutive elections continue to vote in all or most subsequent elections without additional outreach).   If external factors disrupt this streak, MOVE's efforts to create life-long voters usually have to start from scratch.

15. The external factors that can play into a voter's confidence in elections, and whether they achieve a streak of voting in three consecutive elections, often have nothing to do with their own effort, but remain extremely detrimental to MOVE's work to make them a life-long voter.  These can include a young or new voter who has their voter registration processed late, who could not wait in excessively long lines, who was turned away from

4

the polls for lack of ID or because they appeared at the wrong polling place, who could not vote because of work or family obligations, received their ballot by mail to late to submit, or had their ballot—either a mail-in or provisional ballot—rejected by election officials.   In MOVE's experience, when voters encounter these issues, they lose confidence in the electoral process, the fairness of elections, and the importance of their own role in voting, and MOVE must expend significant resources to convince them otherwise through continued contact and education.

16. Additionally, in order to mitigate or preempt the risk of improper rejection of mail-in ballots under the current mail-in ballot process, MOVE diverts resources to further educate and warn mail-in ballot voters about Texas' strict and arbitrary signature comparison procedure, and how to take steps to try to prevent such a rejection. MOVE specifically trains its organizers to warn voters to sign mail-in ballots as clearly and legibly as possible to avoid improper rejection.

17. Based on thousands of interactions with potential voters, MOVE estimates that during its regular voter registration and education activities (such as tabling or canvasing at a college campus or presenting to a college class) it has between 2-5 minutes to engage a potential new voter and provide relevant information to them.   Even the small amount of time needed to explain the risk of signature rejections on mail-in ballots and how to reduce this risk reduces the time that MOVE has to discuss other issues with a voter by as much at 25%.

18. In addition to in-person activities, MOVE sends messages through social media posts and paid texts to make sure that individual voters are following through with their mail-in ballot plans, and specifically warns voters, since the signature comparison procedure is

5

strict and arbitrary, to sign mail-in ballots as clearly and legibly as possible to avoid improper rejection. The resources diverted for these purposes—staff time in drafting, ad buys on social media, and paid text-messaging services—are transferred away from MOVE's in-person voting and voter registration activities, its other education activities, and its limited mail registration drives.

19. Attached to this declaration as Ex. A are true and correct copies of relevant materials in MOVE's custody that were originally marked and produced during discovery in this case as follows:

- MOVE0000051–53, 575–77 - related to drafting text messages to voters on mail-in ballot requirements, reminding voters of upcoming deadlines, and warning of the arbitrary signature matching process that can result in improper rejection of mail-in ballots;

- MOVE 00000064–66 - e-mail to MOVE listserv containing voting deadlines and voting reminders;

- MOVE 00000530–34 - phone and voicemail scripts for MOVE volunteers to use in running phone bank to remind voters that the election has begun, to register voters, and to remind voters of the availability of mail-in ballots;

- MOVE00000578 – list of past social media posts with active links to facebook advocacy and education on mail-in ballots;

- MOVE00000909-MOVE00000915 – examples of outreach and education efforts related to voting by mail through social media and text message;

APPX-000734

- MOVE00000920-MOVE00000922 – Organizational slides explaining MOVE's mission and areas of priority, including civic education and leadership development.

This Declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct. Executed on June 20, 2020.

Hilliard Drew Galloway
MOVE Texas Civic Fund Executive Director

7

Exhibit 50

APPX-000736

Case 5:19-cv-00963-OLG    Document 65-1    Filed 06/22/20    Page 737 of 880



**Charlie Bonner <charlie@movetexas.org>**

---

## mail in ballot text language updated
8 messages

---

**Charlie Bonner** <charlie@movetexas.org>                    Thu, Oct 24, 2019 at 10:12 AM
To: Drew Galloway <drew@movetexas.org>, Raven Douglas <raven@movetexas.org>, Alex Birnel
<alex@movetexas.org>

Hey! MOVE Texas here. Voting is underway in Texas - will you be a voter? Whether you're out of town for an
internship, studying abroad, or are still registered at your home address and not a campus address - you can
still make your voice heard. Your local election office needs your application for a mail-in ballot by THIS
FRIDAY. If you need an application, click this link: https://bit.ly/2oUV5qP

Any questions? Send them our way.
Thanks for being a voter!

--
--
**Charlie Bonner**
Communications Manager (he/him/his)
MOVE Texas Civic Fund & MOVE Texas Action Fund



E: Charlie@movetexas.org
P: (817) 881-3104
A: 1023 N Pine St, San Antonio, TX 78202
W: http://movetexas.org
🐦: @CharlieKBonner

---

**Raven Douglas** <raven@movetexas.org>                    Thu, Oct 24, 2019 at 10:13 AM
To: Charlie Bonner <charlie@movetexas.org>
Cc: Drew Galloway <drew@movetexas.org>, Alex Birnel <alex@movetexas.org>

It looks good to me. I'll wait for Drew's confirmation.

Best,
Raven

**Raven Douglas** *(she/her/hers)*
**Deputy Director | MOVE Texas**
1023 N Pine St, San Antonio, TX 78202
raven@movetexas.org | (281) 827-9687



Help Us Help Democracy: Donate Today!
**Follow Us:** Facebook | Twitter | Instagram

---

APPX-000737

4/9/20, 7:09 PM

MOVE-00000051

[Quoted text hidden]

---

**Drew Galloway** <drew@movetexas.org>                          Thu, Oct 24, 2019 at 10:50 AM
To: Raven Douglas <raven@movetexas.org>
Cc: Alex Birnel <alex@movetexas.org>, Charlie Bonner <charlie@movetexas.org>

Edits below — what do you think about the language here?


Hey! [NAME] from MOVE Texas here. Voting is underway in Texas: Will you be a
voter?

Out of town for the election? Whether you're doing an internship in another state,
studying abroad, or just registered at your home address and not a campus address,
you can still make your voice heard. Your local election office needs your application
for a mail-in ballot by TOMORROW. If you need an application, click this
link: https://bit.ly/2oUV5qP

The application must be signed, so make sure your signature is consistent to ensure your vote is counted.

Any questions? Send them our way.
Thanks for being a voter!
[Quoted text hidden]
--
**H. Drew Galloway**
Executive Director (he/him/his)
MOVE Texas Civic Fund & MOVE Texas Action Fund



E: drew@movetexas.org
P: (210) 396-0845
[Quoted text hidden]

---

**Alex Birnel** <alex@movetexas.org>                          Thu, Oct 24, 2019 at 10:52 AM
To: Drew Galloway <drew@movetexas.org>
Cc: Charlie Bonner <charlie@movetexas.org>, Raven Douglas <raven@movetexas.org>

This version is fine with me, but don't we want to include the voter guide??

Alex
[Quoted text hidden]
--
**Alex Birnel**
Advocacy Manager (he/him/his)
MOVE Texas Action Fund



E: alex@movetexas.org
P: 210-422-3223
[Quoted text hidden]

---

**Drew Galloway** <drew@movetexas.org>                          Thu, Oct 24, 2019 at 10:52 AM

APPX-000738

MOVE-00000052

To: Alex Birnel <alex@movetexas.org>
Cc: Charlie Bonner <charlie@movetexas.org>, Raven Douglas <raven@movetexas.org>

No that should be a separate text message
[Quoted text hidden]

---

**Charlie Bonner** <charlie@movetexas.org>                          Thu, Oct 24, 2019 at 10:59 AM
To: Drew Galloway <drew@movetexas.org>
Cc: Alex Birnel <alex@movetexas.org>, Raven Douglas <raven@movetexas.org>

Yeah Drew that works.

-CB

---

**Alex Birnel** <alex@movetexas.org>                                Thu, Oct 24, 2019 at 11:11 AM
To: Charlie Bonner <charlie@movetexas.org>
Cc: Drew Galloway <drew@movetexas.org>, Raven Douglas <raven@movetexas.org>

Ok sounds good. With that in mind, are we good to begin?

Alex

On Thu, Oct 24, 2019 at 11:00 AM Charlie Bonner <charlie@movetexas.org> wrote:
> Yeah Drew that works.
>
> -CB
[Quoted text hidden]

---

**Drew Galloway** <drew@movetexas.org>                              Thu, Oct 24, 2019 at 11:12 AM
To: Alex Birnel <alex@movetexas.org>
Cc: Charlie Bonner <charlie@movetexas.org>, Raven Douglas <raven@movetexas.org>

Yes, this is approved.
[Quoted text hidden]

--
**H. Drew Galloway**
Executive Director (he/him/his)
MOVE Texas Civic Fund & MOVE Texas Action Fund



E: drew@movetexas.org
P: (210) 396-0845
A: 1023 N Pine St, San Antonio, TX 78202
W: http://movetexas.org

MOVE-00000053

# Exhibit 51



**Charlie Bonner <charlie@movetexas.org>**

---

### Re: ELECTION NOTICE for Shoshana: Voting is underway in Texas
3 messages

---

**Shoshana Katz** <shanapaha@gmail.com>                    Wed, Oct 23, 2019 at 5:30 AM
To: charlie@movetexas.org

I vote absentee from Israel.  Where is my ballot?  Shoshana Katz

P.S.  I checked to see that I was registered.  I am.

On Mon, Oct 21, 2019 at 10:36 PM Charlie Bonner, MOVE Texas <charlie@movetexas.org> wrote:



Hey Shoshana,

Today is the first day of early voting, and I've got one question for you - Will you be a voter?

Voting starts today, **Monday, October 21st** and goes until **Friday, November 1st**, followed by your last chance to vote on **Election Day, Tuesday, November 5th.**

**Our voices matter.** When young people showed up to vote in 2018, elected officials finally started talking about the issues affecting our generation like student debt, climate change, and voting rights. This is especially true in local and constitutional elections where our voices are too often silenced.

Not sure where you are registered to vote or your nearest polling location? No

APPX-000741

MOVE-00000064

Case 5:19-cv-00963-OLG   Document 65-1   Filed 06/22/20   Page 742 of 880

problem! You can find the answers to both of those questions right **here** by entering your basic info in the "login" section.

**Look over our voter guide to make sure you're vote ready.** Curated by MOVE Texas, this deep cut voter guide is for everyone — dedicated election fans, music lovers, and voters who just decided to get into the local electoral game. There's a lit playlist to follow inside, so make sure you check it out.

### DEEP CUT THE VOTE

Thanks for being a voter!

Cheers,
Charlie Bonner

Communications Manager, MOVE Texas



MOVE Texas | 1023 North Pine Street, San Antonio, TX 78202

Unsubscribe shanapaha@gmail.com

Update Profile | About Constant Contact

Sent by charlie@movetexas.org in collaboration with



Try email marketing for free today!

---

**Charlie Bonner** <charlie@movetexas.org>                                    Wed, Oct 23, 2019 at 2:10 PM
To: Shoshana Katz <shanapaha@gmail.com>

Hey there,

The deadline to apply for vote by mail is Friday- you can do that here if you need to
https://www.sos.state.tx.us/elections/voter/reqabbm.shtml

hope that helps!

Cheers,
Charlie

APPX-000742

MOVE-00000065

[Quoted text hidden]
--
--
**Charlie Bonner**
Communications Manager (he/him/his)
MOVE Texas Civic Fund & MOVE Texas Action Fund



E: Charlie@movetexas.org
P: (817) 881-3104
A: 1023 N Pine St, San Antonio, TX 78202
W: http://movetexas.org
🐦: @CharlieKBonner

---

**Shoshana Katz** <shanapaha@gmail.com>                     Wed, Oct 23, 2019 at 11:10 PM
To: Charlie Bonner <charlie@movetexas.org>

Hope it does.  Thank you.  Shoshana Katz
[Quoted text hidden]

APPX-000743

MOVE-00000066

# Exhibit 52

**MOVE TEXAS**

**General Information - Read before proceeding**

- Our ultimate goal here is to turn people out to the polls by providing them with a helpful reminder that the election has begun, the tools and information they need to easily cast their ballot, and creating an overall positive experience with voting.
- The questions highlighted in yellow indicate key pieces of information that a voter will need to know to cast their ballot. Not every conversation will follow the script exactly, but it's crucial to make sure those questions are included somewhere in the conversation so the voter is prepared for the election. Of course, adjust the conversation accordingly to the voter and their particular situation/level of knowledge.
- This is a conversation, not a lecture. Make sure to speak like you are talking to someone in your person. Practice taking small pauses in between to ensure you aren't speaking too fast and overwhelming the person with information.
- Ballot by Mail information here
- Deadline to apply for a mail-in ballot - close of business on October 26
- Deadline to submit your completed mail-in ballot - postmarked by November 6th, received no later than November 7th
- Necessary Supplies
  - Phone and phone charger
  - Laptop
  - Headphones optional but highly recommended
- Tabs to Have Open when Phone banking
  - It's helpful to have this information at the ready for any questions you might receive
  - Early voting locations and times
  - https://www.vote411.org/ - easy way to look up your sample ballot
- Election Department Websites
  - Texas Secretary of State
  - Travis County
  - Webb County
  - Bexar County
  - Hays County
  - Seguin

| Early Voting | Monday, Oct 22 - Friday, Nov 2nd | Polling hours: Usually between 7 am and 8 pm (varies depending on the |
|---|---|---|

MOVE-00000530

## MOVE TEXAS

| | | county and day of the week) |
|---|---|---|
| **Election Day** | Tuesday, November 6th | 7am - 7pm |

### 2019 Municipal Runoff Election Early Voting Phone Banking Script

Hello, is (NAME) there?

(Yes/No)

Hi! This is (CALLER NAME) with **MOVE Texas, we're a nonpartisan nonprofit dedicated to increasing youth civic engagement.** We're calling today because **you filled out one of our pledge to vote cards,** and we're making courtesy calls to let you know that **Election Day will be on Saturday, June 8th.**

**Do you plan on voting this election?**

- **(Yes)**
  Great! **This election is very important and your vote can really make a difference.**

- **(No/Maybe)**
  That's okay! **Do you mind telling me why you're not planning on voting?**
  (Have a productive, *nonpartisan* conversation! Talk to them about the importance of voting and how we can make it easier. Try and help them to vote if they can!)

**What's your plan for voting?**

- You can **Vote at your assigned precinct on Election Day, November 6th.**
- **You can look up your registration status on the Secretary of State's Website! Just google: "Texas SOS voter registration verification" It should be the fi**

**Do you know where you can go vote?**

- **(Yes)**

MOVE-00000531

Perfect! You can always **check out all the polling locations on the elections department website for your county**. If you'd like, we can **text you a link to our nonpartisan voter guide** that provides information about the candidates as well as when and where to vote.

- **(No)**
  If you'd like, we can **text you a link to our nonpartisan voter guide,** it provides information about the candidates as well as when and where to vote.

  Movetexasvotes.org

Do you have **any questions for me** or anything I can help you with?

- **(I need more information on [subject])**
  "Okay, give me one moment and I'll look that up for you"
  (Google the information they need, send them one of the resources MOVE has provided you with, or check with a MOVE team member for the information)

Don't forget to look up your **sample ballot** before you go vote!

- You can go to your county election department website and put in your information to see exactly what races are on your ballot. This is really important for county and municipal elections!

Don't forget to **bring your photo ID to the polls with you!**

- List of Acceptable IDs
  - Texas Driver License issued by the Texas Department of Public Safety (DPS)
  - Texas Election Identification Certificate issued by DPS
  - Texas Personal Identification Card issued by DPS
  - Texas Handgun License issued by DPS
  - United States Military Identification Card containing the person's photograph
  - United States Citizenship Certificate containing the person's photograph
  - United States Passport (book or card)

APPX-000747



- If you don't have any of these 7 IDs and cannot reasonably obtain one before early voting, you can also bring one of these and sign a Reasonable Impediment Declaration:
  - Copy or original of a government document that shows the voter's name and an address, including the voter's voter registration certificate;
  - Copy of or original current utility bill;
  - Copy of or original bank statement;
  - Copy of or original government check;
  - Copy of or an original paycheck; or
  - Copy of or original of (a) a certified domestic (from a U.S. state or territory) birth certificate or (b) a document confirming birth admissible in a court of law which establishes the voter's identity (which may include a foreign birth document).


- Relevant Texas Laws
  - Texas Law States your employer must give you two hours to vote on Election Day

  - In order to Vote Absentee in Texas you must apply for it, but unfortunately, the deadline has already passed. You will have to vote in person.

  - In Texas you must register to vote 30 days before any election.


**Thanks again, see you at the polls!**


**Voicemail Script**

Hi! This is (CALLER NAME) calling from MOVE Texas.

I'm calling to remind you that **Midterm Election Day will be this upcoming Tuesday, November 6th.**

You can **vote at your assigned precinct on Election Day!**

**You can look up a full list of polling locations and times on your county's election department website.**


APPX-000748

MOVE-00000533

Don't forget to **take your photo ID to the polls with you!** You can look up a list of acceptable IDs on the Secretary of State website.

**Happy voting!**

**\*\*PRESS #3 IF YOU NEED TO RE-DO YOUR VOICEMAIL!!\*\***

**House District 125 Special Election Run-Off:**

**Election Day: March 12th 2019**
**Candidates: (D) Ray Lopez,  (R) Fred Rangel**

**Ray Lopez:**
A former San Antonio City Council member. He has out-raised every other candidate combined and won endorsements from state officials and law-enforcement unions. In addition to his service on council, Lopez has also held a seat on the Northside Independent School District board of trustees and is a retired AT&T executive. Lopez said he wants to emphasize <u>public school finance reform, transportation projects and economic growth.</u>

**Fred Rangel:**
Rangel is a small-business owner and former city council candidate. As the only Republican, Rangel has received endorsements from notable Texas GOP leaders, including Gov. Greg Abbott and Sen. John Cornyn. Rangel said he would tackle <u>school finance reform, property tax reform and economic development</u> if he is elected.

APPX-000749

# Exhibit 53



Raven Douglas <raven@movetexas.org>

## mail in ballot text language updated
8 messages

**Charlie Bonner** <charlie@movetexas.org>                                           Thu, Oct 24, 2019 at 10:12 AM
To: Drew Galloway <drew@movetexas.org>, Raven Douglas <raven@movetexas.org>, Alex Birnel <alex@movetexas.org>

Hey! MOVE Texas here. Voting is underway in Texas - will you be a voter? Whether you're out of town for an internship, studying abroad, or are still registered at your home address and not a campus address - you can still make your voice heard. Your local election office needs your application for a mail-in ballot by THIS FRIDAY. If you need an application, click this link: https://bit.ly/2oUV5qP

Any questions? Send them our way.
Thanks for being a voter!

--
--
**Charlie Bonner**
Communications Manager (he/him/his)
MOVE Texas Civic Fund & MOVE Texas Action Fund



E: Charlie@movetexas.org
P: (817) 881-3104
A: 1023 N Pine St, San Antonio, TX 78202
W: http://movetexas.org
🐦 : @CharlieKBonner

**Raven Douglas** <raven@movetexas.org>                                           Thu, Oct 24, 2019 at 10:13 AM
To: Charlie Bonner <charlie@movetexas.org>
Cc: Drew Galloway <drew@movetexas.org>, Alex Birnel <alex@movetexas.org>

It looks good to me. I'll wait for Drew's confirmation.

Best,
Raven

**Raven Douglas** *(she/her/hers)*
Deputy Director | MOVE Texas
1023 N Pine St, San Antonio, TX 78202
raven@movetexas.org | (281) 827-9687



Help Us Help Democracy: Donate Today!
**Follow Us:** Facebook | Twitter | Instagram

[Quoted text hidden]

**Drew Galloway** <drew@movetexas.org>                                           Thu, Oct 24, 2019 at 10:50 AM
To: Raven Douglas <raven@movetexas.org>
Cc: Alex Birnel <alex@movetexas.org>, Charlie Bonner <charlie@movetexas.org>

Edits below — what do you think about the language here?

MOVE-00000575

Hey! [NAME] from MOVE Texas here. Voting is underway in Texas: Will you be a voter?

Out of town for the election? Whether you're doing an internship in another state, studying abroad, or just registered at your home address and not a campus address, you can still make your voice heard. Your local election office needs your application for a mail-in ballot by TOMORROW. If you need an application, click this link: https://bit.ly/2oUV5qP

The application must be signed, so make sure your signature is consistent to ensure your vote is counted.

Any questions? Send them our way.
Thanks for being a voter!
[Quoted text hidden]
--
**H. Drew Galloway**
Executive Director (he/him/his)
MOVE Texas Civic Fund & MOVE Texas Action Fund



E: drew@movetexas.org
P: (210) 396-0845
[Quoted text hidden]

---

**Alex Birnel** <alex@movetexas.org>                       Thu, Oct 24, 2019 at 10:52 AM
To: Drew Galloway <drew@movetexas.org>
Cc: Charlie Bonner <charlie@movetexas.org>, Raven Douglas <raven@movetexas.org>

This version is fine with me, but don't we want to include the voter guide??

Alex
[Quoted text hidden]
--
**Alex Birnel**
Advocacy Manager (he/him/his)
MOVE Texas Action Fund



E: alex@movetexas.org
P: 210-422-3223
[Quoted text hidden]

---

**Drew Galloway** <drew@movetexas.org>                       Thu, Oct 24, 2019 at 10:52 AM
To: Alex Birnel <alex@movetexas.org>
Cc: Charlie Bonner <charlie@movetexas.org>, Raven Douglas <raven@movetexas.org>

No that should be a separate text message
[Quoted text hidden]

---

**Charlie Bonner** <charlie@movetexas.org>                       Thu, Oct 24, 2019 at 10:59 AM
To: Drew Galloway <drew@movetexas.org>
Cc: Alex Birnel <alex@movetexas.org>, Raven Douglas <raven@movetexas.org>

Yeah Drew that works.

-CB

---

**Alex Birnel** <alex@movetexas.org>                       Thu, Oct 24, 2019 at 11:11 AM
To: Charlie Bonner <charlie@movetexas.org>
Cc: Drew Galloway <drew@movetexas.org>, Raven Douglas <raven@movetexas.org>

MOVE-00000576

Ok sounds good. With that in mind, are we good to begin?

Alex

On Thu, Oct 24, 2019 at 11:00 AM Charlie Bonner <charlie@movetexas.org> wrote:
> Yeah Drew that works.
>
> -CB
[Quoted text hidden]

---

**Drew Galloway** <drew@movetexas.org>                    Thu, Oct 24, 2019 at 11:12 AM
To: Alex Birnel <alex@movetexas.org>
Cc: Charlie Bonner <charlie@movetexas.org>, Raven Douglas <raven@movetexas.org>

Yes, this is approved.
[Quoted text hidden]
--
**H. Drew Galloway**
Executive Director (he/him/his)
MOVE Texas Civic Fund & MOVE Texas Action Fund



E: drew@movetexas.org
P: (210) 396-0845
A: 1023 N Pine St, San Antonio, TX 78202
W: http://movetexas.org

MOVE-00000577

# Exhibit 54

APPX-000754

**Facebook:**

April 22:
https://www.facebook.com/search/posts/?
q=mail&epa=FILTERS&filters=eyJycF9hdXRob3IiOiJ7XCJuYW1lXCI6XCJhdXRob3JclixcImFyZ3NcIjpcIjM5NzEzMDQ2MzczMDU2MFwifSJ9

June 5:
https://www.facebook.com/search/posts/?
q=mail&epa=FILTERS&filters=eyJycF9hdXRob3IiOiJ7XCJuYW1lXCI6XCJhdXRob3JclixcImFyZ3NcIjpcIjM5NzEzMDQ2MzczMDU2MFwifSJ9

May 16:
https://www.facebook.com/search/posts/?
q=mail&epa=FILTERS&filters=eyJycF9hdXRob3IiOiJ7XCJuYW1lXCI6XCJhdXRob3JclixcImFyZ3NcIjpcIjM5NzEzMDQ2MzczMDU2MFwifSJ9

May 24: https://www.facebook.com/search/posts/?
q=mail&epa=FILTERS&filters=eyJycF9hdXRob3IiOiJ7XCJuYW1lXCI6XCJhdXRob3JclixcImFyZ3NcIjpcIjM5NzEzMDQ2MzczMDU2MFwifSJ9

**Twitter:**

May 17: https://twitter.com/MOVE_texas/status/1129409957265383429
https://twitter.com/MOVE_texas/status/1129409958808829952
https://twitter.com/MOVE_texas/status/1129409959626727425

April 22: https://twitter.com/MOVE_texas/status/1120346367547858944

MOVE-00000578

# Exhibit 55







move_texas • Follow

move_texas 📩NEED TO VOTE BY MAIL
❓ May 26th is the deadline to request
a mail-in ballot for the runoff
election!
1. Print and fill out the application here
(by hand): https://buff.ly/2XvyQmM
2. Scan your application and email to
the Early Voting Clerk for your
county!
3. Mail the signed form to the county
elections department within 4 business
days

27 likes

1 DAY AGO

Log in to like or comment.

MOVE-00000910



APPX-000759



 **MOVE Texas**
Yesterday at 11:08 AM · 🌐

❓ NEED TO VOTE BY MAIL ❓ May 28th is the deadline to request a mail-in ballot for the runoff election!

1. Print and fill out the application here (by hand): https://buff.ly/2XvyQmM
2. Scan your application and email to the Early Voting Clerk for your county
3. Mail the signed form to the county elections department within 4 business days
4. Watch out for your ballot in the mail and return it by the deadline!

Bexar County: votebymail@bexar.org
Dallas County: earlyvotingmail@dallascounty.org

For more information visit: https://buff.ly/2PnD5y0



👍❤️ 8                                    2 Comments  6 Shares

APPX-000760



MOVE-00000913

# Exhibit 56



Wed, May 22, 9:39 AM

Hi! This is MOVE Texas with your first reminder to vote in the June 8th San Antonio municipal *runoff* election. If you are going to be out of town, you will have to apply for an absentee ballot by May 28th. The application is on the following link: https://webservices.sos.state.tx.us/forms/5-15f.pdf

MOVE-00000914

Exhibit 57



APPX-000765

# Exhibit 58

Document Filed Separately Under Seal

# Exhibit 59

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,    *
ROSALIE WEISFELD, AUSTIN  *
JUSTICE COALITION,        *
COALITION OF TEXANS WITH  *
DISABILITIES, MOVE TEXAS  *
CIVIC FUND, LEAGUE OF     *
WOMEN VOTERS OF TEXAS,    *
and AMERICAN GI FORUM OF  *
TEXAS, INC.,              *
                          *
        Plaintiffs,       *
                          *          CIVIL ACTION NUMBER
VS.                       *          5:19-cv-0963
                          *
TEXAS SECRETARY OF        *
STATE, TRUDY HANCOCK, IN  *
HER OFFICIAL CAPACITY AS  *
BRAZOS COUNTY ELECTIONS   *
ADMINISTRATOR, AND PERLA  *
LARA IN HER OFFICIAL      *
CAPACITY AS CITY OF       *
McALLEN, TEXAS            *
SECRETARY,                *
                          *
        Defendants.       *


                Remote Oral Deposition of

           League of Women Voters of Texas,

     By and through their Designated Representative,

                     GRACE CHIMENE

                    May 18, 2020

                     10:08 a.m.



Reported by:

Micheal A. Johnson, RDR, CRR

```
 1              REMOTE ORAL DEPOSITION OF LEAGUE OF WOMEN

 2   VOTERS OF TEXAS, BY AND THROUGH THEIR DESIGNATED

 3   REPRESENTATIVE, GRACE CHIMENE, produced at the

 4   instance of the Defendant, Texas Secretary of State,

 5   in the above-styled and numbered cause on the

 6   18th day of May, 2020, at 10:08 a.m., before Micheal

 7   A. Johnson, RDR, CRR, Notary Public in and for the

 8   State of Texas, reported by realtime stenographic

 9   means, at the location of the witness, Austin,

10   Texas, pursuant to Notice of Oral Deposition, and in

11   accordance with the Federal Rules of Civil

12   Procedure.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

3

```
 1                 REMOTE APPEARANCES

 2   ON BEHALF OF THE PLAINTIFFS:

 3     JoAnna Suriani
       WILLKIE FARR & GALLAGHER LLP
 4     1875 K Street, N.W.
       Washington, D.C. 20006-1238
 5     (202) 303-1193
       jsuriani@willkie.com
 6
       Samuel Kalar
 7     WILLKIE FARR & GALLAGHER LLP
       787 Seventh Avenue
 8     New York, New York 10019-6099
       (212) 728-8724
 9     skalar@willkie.com

10     Zachary Dolling
       Hani Mirza
11     Ryan Cox
       TEXAS CIVIL RIGHTS PROJECT
12     1405 Montopolis Drive
       Austin, Texas 78741
13     (512) 474-5073
       zachary@texascivilrightsproject.org
14     hani@texascivilrightsproject.org
       ryan@texascivilrightsproject.org
15

16   ON BEHALF OF THE DEFENDANT
     TEXAS SECRETARY OF STATE:
17
       Anne Marie Mackin
18     ASSISTANT ATTORNEY GENERAL
       Post Office Box 12548
19     Austin, Texas 78711-2548
       (512) 463-2798
20     anna.mackin@oag.texas.gov

21

22

23

24

25
```

4

```
 1              REMOTE APPEARANCES (CONT.)

 2   ON BEHALF OF THE DEFENDANT
     TRUDY HANCOCK IN HER OFFICIAL CAPACITY AS BRAZOS
 3   COUNTY ELECTIONS ADMINISTRATOR:

 4     J. Eric Magee
       ALLISON, BASS & MAGEE, LLP
 5     402 West 12th Street
       Austin, Texas 78701
 6     (512) 482-0701
       e.magee@allison-bass.com
 7
       Bruce L. Erratt
 8     BRAZOS COUNTY ATTORNEY'S OFFICE
       300 East 26th Street, Suite 1300
 9     Bryan, Texas 77803
       (979) 775-7400
10     berratt@brazoscountytx.gov

11
     ON BEHALF OF THE DEFENDANT
12   PERLA LARA IN HER OFFICIAL CAPACITY AS CITY OF
     McALLEN, TEXAS SECRETARY:
13
       Isaac J. Tawil
14     Austin Stevenson
       CITY OF McALLEN
15     1300 West Houston Avenue
       McAllen, Texas 78501-5002
16     (956) 681-1090
       itawil@mcallen.net
17     astevenson@mcallen.net

18
     ALSO PRESENT:
19
       Brian Christopher, Video Technician
20

21

22

23

24

25
```

5

INDEX
GRACE CHIMENE
May 18, 2020

REMOTE APPEARANCES                                    3

PROCEEDINGS                                           8


EXAMINATION OF GRACE CHIMENE:

  BY MS. MACKIN                                       8

  BY MR. TAWIL                                       88

  BY MR. MAGEE                                       94

  BY MS. SURIANI                                    107

  BY MS. MACKIN                                     110


CORRECTIONS AND SIGNATURE                            118

REPORTER'S CERTIFICATION                            119

6

```
 1                  DEPOSITION EXHIBITS
                      GRACE CHIMENE
 2                    May 18, 2020

 3
     NUMBER              DESCRIPTION          MARKED
 4
     Exhibit 1      Defendant Secretary of       11
 5                  State's First Amended
                    Notice of Oral Deposition
 6                  Pursuant to Federal Rule
                    of Civil Procedure 30
 7
     Exhibit 2      Plaintiffs' Original         20
 8                  Complaint

 9   Exhibit 3      League of Women Voters of    37
                    Texas Education Fund
10                  (TEF) Proposed Budget for
                    2016-2018
11                  LWV-00000575

12   Exhibit 4      Explanation of Proposed      47
                    Budgets for 2016-2018
13                  Excerpts from 2016
                    Convention Workbook
14                  LWV-00000020 -
                    LWV-00000022
15
     Exhibit 5      Explanation of Proposed      65
16                  Budgets
                    LWV-00000068 -
17                  LWV-00000069

18   Exhibit 6      Explanation of Proposed      66
                    Budgets
19                  LWV-00000240 -
                    LWV-00000241
20
     Exhibit 7      Explanation of Proposed      68
21                  Budget for 2020-2022
                    LWV-00000151 -
22                  LWV-00000153

23

24

25
```

7

```
 1                    DEPOSITION EXHIBITS
                         GRACE CHIMENE
 2                        May 18, 2020

 3
     NUMBER               DESCRIPTION           MARKED
 4
     Exhibit 8       PowerPoint, LWV,              71
 5                   Empowering voters
                     Defending democracy, Get
 6                   in the Game
                     LWV-00000272 -
 7                   LWV-00000295

 8   Exhibit 9       PowerPoint, LWV               71
                     Empowering voters
 9                   Defending democracy, Vote
                     by Mail
10                   LWV-00000344 -
                     LWV-00000367
11
     Exhibit 10      Excel Spreadsheet            82
12                   LWV-00000701

13   Exhibit 12      Facebook Screenshot         110
                     LWV-00000702
14
     Exhibit 13      Facebook Screenshot         113
15                   LWV-00000703

16

17

18

19

20

21

22

23

24

25
```

League of Women Voters of Texas - 5/18/2020

8

1                          PROCEEDINGS

2                       GRACE CHIMENE,

3   called as a witness, having been duly sworn by a

4   Notary Public, was examined and testified as

5   follows:

6                        EXAMINATION

7   BY MS. MACKIN:

8        Q.    Good morning, my name is Anna Mackin.

9   I'm an attorney with the Texas Office of the

10  Attorney General and I represent the defendant, the

11  Texas Secretary of State, in this lawsuit.  I'm

12  going to be taking your deposition today.

13            Would you please speak and spell your

14  name for the record.

15       A.    Grace Chimene, G-r-a-c-e C-h-i-m-e-n-e.

16       Q.    And, Ms. Chimene, I understand that you

17  have been deposed before; is that correct?

18       A.    Yes.

19       Q.    How many times?

20       A.    Once.

21       Q.    And was it also a virtual deposition,

22  just like this one today?

23       A.    Yes, it was.  Yes.  But I had an office

24  and now I don't have an office.

25       Q.    Well, thank you for your time today.

League of Women Voters of Texas - 5/18/2020

1    and we try to give kudos to all the different size

2    counties, depending on how well they're doing.

3         Q.    All right.  So now I'm just going to

4    track along the topics in the deposition notice.  I

5    don't need you to pull it back up.

6         A.    Okay.

7         Q.    I'm just letting you know what I'm doing.

8              So how would you describe the mission of

9    the League of Women Voters of Texas?

10        A.    The mission of the league is empowering

11   voters and defending democracy.  I'm very happy that

12   now it's a four-word mission.  Before it was longer

13   and I couldn't memorize it.  So to me those words

14   are perfect for what we're trying to do and what

15   we've been trying to do over the years.  So I really

16   love our mission.  It's hard for me to say

17   defending -- empowering voters and defending

18   democracy without also saying yay at the end.

19        Q.    And you mentioned it used to be a longer

20   mission statement.  I can tell you that you were --

21   that was way too long for your taste.  When did the

22   mission statement -- the current mission

23   statement --

24        A.    I think maybe four years ago.  Maybe

25   four years ago.

League of Women Voters of Texas - 5/18/2020

29

1      Q.    And who developed it?

2      A.    The LWVUS.

3      Q.    Okay.  So you mentioned that the mission

4   statement changed.  Would you say that the

5   mission -- the actual mission of the League of Women

6   Voters of Texas has changed over time?

7      A.    No, I don't think so.  Not since I've

8   been in it.

9      Q.    And this actually pivots nicely into the

10  next thing I want to talk about.  You mentioned

11  League of Women Voters US.

12     A.    Uh-huh.

13     Q.    What is that?

14     A.    The League of Women Voters is a

15  three-tiered organization.  When you join the League

16  of Women Voters as a member, you normally join as

17  a -- into your local league, so the league that

18  serves your community, because that's where your

19  local activities are done.  When you join your local

20  league, you also are joining as a member of the

21  state league and the US league.  So we're all one

22  organization.  We speak with one voice and it is --

23  but it is serving -- the local leagues serve the

24  populations of the community, the state league

25  serves the whole state and the US league serves all

Integrity Legal Support Solutions
www.integrity-texas.com

League of Women Voters of Texas - 5/18/2020

41

1  as they existed in 2016-2018.

2       A.    So at that time, the education fund did

3  the Voters Guide -- my understanding did the Voters

4  Guide and voter education, things like that.

5       Q.    And what type of voter education

6  activities did the League of Women Voters of Texas

7  Education Fund engage in for 2016-2018?

8       A.    I think there's a page that describes it

9  all, but I would presume to say that it says the

10  Voters Guide, the voter education, such as social

11  media, things we put -- you know, bookmarks,

12  trending thing, videos, anything that we created

13  about voter education.  If we did -- I don't know if

14  we did one or not that year, but a forum, any forums

15  or KiNet forums that had gone on would have gone on

16  through that thing too, that business organization.

17       Q.    And what would you educate voters about?

18       A.    So we -- I've got to move these out of

19  the way.  I can't talk to you without seeing your

20  face.  Okay.

21            So what we educate voters about is when

22  there's elections, when the important dates for the

23  election are.  We educate voters on how to register

24  to vote.  We educate voters on how to vote by mail.

25  We educate voters on early voting, on early voting

Integrity Legal Support Solutions
www.integrity-texas.com

1   dates.  We educate voters on -- oh, what's that

2   called?  On the Voters Guide, where we provide

3   voters with -- where we ask candidates questions who

4   are running for office and those answers are put

5   into something called a Voters Guide, where the

6   voters can go and compare candidates and find

7   candidate information so they can make an informed

8   choice about who they're voting for.

9       Q.    And I know that we're looking at a

10  document that's specific to 2016-2018, but --

11      A.    Yes.

12      Q.    -- would your answer be the same if I

13  asked you about 2018 to the present?

14      A.    No.  It would be slightly different

15  because we went through a change in organization in

16  the 2018 convention.

17      Q.    Okay.  How -- and after the change in

18  organization, how did the league's voter education

19  activities change?

20      A.    The voter education activities did not

21  change.  What was improved was that our budget was

22  each year, because we had -- we were doing most of

23  our work through our 501(c)(3), which at that point

24  became, with the members voting on it, the League of

25  Women Voters of Texas.  So we were able to do all of

43

1  our work under the 501(c)(3) League of Women Voters

2  of Texas.

3      Q.    I want to drill down a little on

4  something you mentioned about educating voters about

5  voter registration.  Does that mean that the league

6  is actively trying to register folks or is it more

7  of just a here's the education, here's the

8  information, now go out and register?

9      A.    We have -- we provide the information in

10 many, many different formats.  We also are actively

11 registering voters in person because Texas has the,

12 you know, archaic voter registration method.  And so

13 that our members are very enthusiastic about

14 registering the voters in their community, so that

15 is one of our main activities that we do.

16     Q.    Is that done -- the actual voter

17 registration, is that done by the local leagues or

18 is that done by the League of Women Voters of Texas?

19     A.    The members of the local leagues who are

20 also members of the League of Women Voters of Texas,

21 and US, they are registering voters in their local

22 community.  Yeah.  The board of Texas is just the

23 board.  All of the members are our members who are

24 all across Texas.

25     Q.    And does the League of Women Voters of

League of Women Voters of Texas - 5/18/2020

44

```
 1   Texas provide funding to those voter registration

 2   activities?

 3        A.    Well, we provide some funding.  We also

 4   provide resources.  We provide handouts that we

 5   create at the state level and we provide those for

 6   the local communities to use, to not just leagues

 7   but other partnering organizations or anybody can

 8   actually download those and share them with whoever

 9   they want.  We have a lot of resources we provide

10   that include voter registration information.

11        Q.    And so I want to separate that out in

12   terms of you mentioned some funding and then you

13   also mentioned resources.  And when we're talking

14   about resources, I'm kind of envisioning that as

15   like PowerPoints, videos, like walking scripts, like

16   materials that get created at the state level.  Is

17   that a fair understanding?

18        A.    Almost.

19        Q.    Okay.

20        A.    My understanding would be that we are a

21   all-volunteer organization.  We have one and a half

22   staff.  I consider the resources of all those

23   volunteers to include -- to include the time and

24   energy and efforts of all those volunteers who are

25   actually registering or those volunteers who created
```

League of Women Voters of Texas - 5/18/2020

45

1   those documents and created the videos and created

2   the PowerPoints and did all that effort.  To me,

3   that is one of the biggest resources we have is the

4   volunteers who work for our organization who don't

5   work.  They volunteer for our organization.

6        Q.    And so I just want to make sure I

7   understand about -- does the League of Women Voters

8   of Texas provide money to support voter registration

9   efforts?

10       A.    We provide -- so we provide money for all

11  the efforts that local -- we do provide some money

12  that local could use for voter registration.

13       Q.    Okay.

14       A.    Yes, we do.

15       Q.    Do you provide anything that you say, you

16  have to use this for voter registration?

17       A.    The League of Women Voters of Texas does

18  not provide anything that says they have to use it

19  for voter registration, that I know of.

20       Q.    It's more of just locally use it for what

21  you need it for, basically?

22       A.    We have -- voter registration is such an

23  integral part of what we do.  It is -- it would be a

24  part of the Voters Guide, which we provide or pay

25  for for the leagues to use.  And it's a part of

1  VOTE411, which is also a way that voters can get

2  to -- information on registering.  It is a part of

3  our website.  It is integral to what we do at the

4  league.  So I wouldn't say that we provide resources

5  and money, but it's not like in a little pot that

6  says, just use this for voter registration.  It is

7  in everything that we do.

8      Q.    Fair enough.  I want to also talk about

9  those state-level resources that you mentioned that

10  League of Women Voters of Texas creates and shares

11  with the local leagues.  I know you've listed some

12  examples, but can I get you to kind of maybe refresh

13  me on it because I wasn't writing them down.  You

14  mentioned the Voters Guide?

15      A.    The Voters Guide, yeah.  We have

16  PowerPoints.  We have bookmarks.  We have brochures.

17  We have handouts.  We have YouTubes, videos,

18  websites, web pages, graphics and we have people who

19  support all the voter registration activities, and I

20  consider them a resource.

21      Q.    Absolutely.  Anything else you can think

22  of?

23      A.    About -- ask the question again.  I can't

24  remember.

25      Q.    Sure.  Resources that the League of Women

1  Voters of Texas has available for local leagues.

2       A.    We have a section on our website called

3  Get Out the Vote that has research-based best

4  practices that we also create.  I'm trying to think

5  if there's anything else.  I'm sure there's many

6  more things.  I just cant recall them right now.

7       Q.    Okay.  And I think, based on the

8  conversation we just had, I might be about to ask a

9  question that you can't, like, precisely answer the

10  way I'm asking it, which is fine.  So just let me

11  know that, if that's the case.  I'm not trying to

12  suggest that your budget should look any different

13  than it does, but I just want to kind of be clear

14  about what the document shows.  If we can go back

15  to, let's see, the budget for 2016-2018, which

16  begins on page 19 of the 2016 convention workbook.

17       A.    Yes.

18       Q.    Which is marked League of Women Voters 20

19  and ends on page 21 of the convention workbook,

20  which is marked League of Women Voters 22.  And I'm

21  going to make those three pages an exhibit -- let's

22  see.  That will be Exhibit 4 to this deposition.

23            (Deposition Exhibit 4 marked for

24  identification.)

25

1   Voters of Texas Education Fund and I would say it

2   would be Mission Projects, is probably one of the

3   areas.  I would say the -- it's a part of everything

4   we do, so probably part of the social media is about

5   that.  Probably some of the staff expense because

6   they have to write the newsletters.  Probably some

7   of the -- you know, the software or whatever that we

8   use to send out newsletters and that's what I would

9   think, yes.  So it's mixed up all over in everything

10  we do.

11       Q.    So thank you for -- thank you.  So you

12  can't identify like a specific dollar amount,

13  though?

14       A.    I cannot.

15       Q.    Is it possible to identify which of these

16  resources were dedicated to educating voters about

17  voting by mail?

18       A.    I would -- I would -- it would be very

19  similar, in that it would be mixed up in everything

20  we do because it would be a part of our mission, it

21  would be a part of marketing social media, it would

22  be a part of staff expenses because -- and that

23  would be it, I think.  So it's -- again, it's mixed

24  up.

25       Q.    Fair enough.  All right.  I would like to

League of Women Voters of Texas - 5/18/2020

68

1          (Deposition Exhibit 7 marked for

2   identification.)

3   BY MS. MACKIN:

4       Q.    And I have another document to share with

5   you.

6       A.    Okay.  I'm going to turn this off.

7       Q.    Thank you.  All right.  I'm sharing a

8   document that begins on League of Women Voters 272.

9   Please let me know when you're able to open up that

10  document.

11      A.    I have the document open.

12      Q.    Do you recognize this document?

13      A.    Yes.

14      Q.    And what is it?

15      A.    It is a PowerPoint called Get in the

16  Game, along with the instructions for using it.

17      Q.    And what is this PowerPoint used for?

18      A.    This PowerPoint is used to educate mostly

19  league, but it could be used to educate other

20  members of the community or organizations.

21      Q.    And what is it used to educate about?

22      A.    This one is about voting and elections in

23  Texas.

24      Q.    Do you know who developed this

25  PowerPoint?

League of Women Voters of Texas - 5/18/2020

69

1    A.   This develop -- this was probably -- let

2  me look at the bottom.  No, it doesn't say.  To me

3  this looks like it was developed by -- at least

4  partially by Liz Erkel who developed all our Get Out

5  the Vote educational materials.

6    Q.   Do you know when this PowerPoint was

7  developed?

8    A.   Probably -- I would presume that it was

9  after the 2016 convention, but I don't know exactly

10  when that was developed and when it was updated, but

11  that's when we had -- we funded the Get Out the Vote

12  program that was created.

13    Q.   You mentioned something about this

14  PowerPoint being updated at some point?

15    A.   I would presume, and I'm just guessing,

16  that as election code changes, that the PowerPoint

17  in the Get Out the Vote section of the web page are

18  updated.  Let me see.  Sometimes they say it in here

19  somewhere.  No.  I can see that it has some

20  information from 2018 midterm elections, so I would

21  presume at some point it was updated.

22    Q.   Do you know how long it takes to present

23  this PowerPoint?

24    A.   No, I have not presented the PowerPoint.

25    Q.   And I know that you mentioned Liz Erkel

1  likely developed it.

2       A.    Uh-huh.

3       Q.    Do you know if Ms. Erkel always presents

4  this training or do other --

5       A.    No, she doesn't present the training.

6  She may present it in her league, but it is

7  available for any league or organization to use it,

8  download it and use it from our website.

9       Q.    Has the League of Women Voters of Texas

10  ever gotten any follow-up questions about this

11  training from someone who received it?

12              MS. SURIANI:  Objection, form.

13       A.    In general, we get --

14              MS. SURIANI:  Objection to form.

15              But you can answer if you understand,

16  Grace.

17       A.    I was going to answer in general, that in

18  general we get a lot of, wow, we can't believe what

19  a great job you are doing and how much leagues and

20  other organizations appreciate this material.

21  BY MS. MACKIN:

22       Q.    I have another -- let's see.  If I have

23  not yet made this an exhibit, I will mark it

24  exhibit -- I think we're on 8.

25

League of Women Voters of Texas - 5/18/2020

76

1   number 051.  Now I have to look for the number.

2              MS. SURIANI:  And I think that's

3   Exhibit 5.

4        A.    Did I get the wrong one?  Page number --

5   my page No. 28.  Let me see what the other type of

6   page is.  So Bates number 79 and 80.

7   BY MS. MACKIN:

8        Q.    Okay.

9        A.    You previously asked me about the Get Out

10  the Vote budget.

11       Q.    Yes.

12       A.    And you can ask me again so I know what

13  the question was.  I put it back on you.

14       Q.    I believe that the question was how much

15  did the League of Women Voters of Texas spend on its

16  Get Out the Vote campaign?

17       A.    So we spent exactly what we brought in

18  donated by our members at convention, which was

19  $8,000.

20       Q.    And do you know how much of that was

21  dedicated to preparing the two PowerPoints we looked

22  at in Exhibits 8 and 9?

23       A.    No, I don't know.

24       Q.    Does the League of Women Voters of Texas

25  plan to continue making educational materials

League of Women Voters of Texas - 5/18/2020

77

1  available on its website?

2      A.    Yes.

3      Q.    Including those about voting by mail?

4      A.    Yes.

5      Q.    For how long?

6      A.    As long as people are allowed to vote by

7  mail.

8      Q.    What would -- well, focusing in on the

9  issue of mismatched signatures, are you aware of any

10  individual voter that the League of Women Voters of

11  Texas has assisted in -- well, let me ask that

12  differently.

13          Has the League of Women Voters of Texas

14  ever assisted any individual voter after their

15  mail-in ballot was rejected for signature mismatch?

16          MS. SURIANI:  I'm going to object to

17  form.

18          Grace, if you understand, you can

19  answer.

20      A.    The League of Women Voters -- the League

21  of Women Voters of Texas is a part of the Election

22  Protection Coalition.  The Election Protection

23  Coalition provides a phone number and a service

24  where voters can call in when they have an issue.  I

25  would presume that any issues that came up would go

Integrity Legal Support Solutions
www.integrity-texas.com

League of Women Voters of Texas - 5/18/2020

108

 1  specifically for providing training to leagues and

 2  partnering organizations and communities, whoever

 3  wants to.  It's available on our website.  It's for

 4  training material.  We do -- ask the question one

 5  more time.

 6       Q.    Sure.  Let me -- and I'll ask it a

 7  different way.  So you've testified previously that

 8  your Get Out the Vote work and your mail-in ballot

 9  work specifically touches on multiple areas of your

10  budget; is that right?

11       A.    Right.

12       Q.    And so it's not just -- your vote -- let

13  me rephrase.

14             Your mail-in ballot-related work is not

15  only confined to this Get Out the Vote project?

16       A.    Absolutely.  We have mail-in ballot

17  information on our website, we have vote by mail

18  information on social media, we have vote by mail

19  information on our -- on YouTube and on Facebook

20  media and on Instagram and on Twitter, and we create

21  that information and it changes over time and we

22  create it and try to make it -- keep it fresh for

23  each election.  And so it is very time-consuming and

24  an important part of our work that we do.

25       Q.    Okay.  Great.  Thanks, Grace.  And the

APPX-000792

114

1  you send that response?

2      A.    That response is an automatic response.

3      Q.    I see.  So I didn't see that response on

4  the previous document.  Do you know why it's

5  included on this one and not on the previous one?

6      A.    I don't know.

7      Q.    And do you know if Ms. Motard has ever

8  had a ballot by mail rejected for signature

9  mismatch?

10     A.    No.

11     Q.    Of the education that the League of Women

12 Voters of Texas provides, do you provide any

13 educational materials about signature comparison or

14 document examination?

15            MS. SURIANI:  Objection to form.

16            You can answer if you understand,

17 Grace.

18     A.    Say it again.

19 BY MS. MACKIN:

20     Q.    Sure.  Does the League of Women Voters of

21 Texas provide any voter education materials about

22 signature comparison for mail-in ballots?

23     A.    Signature comparison.  We provide voter

24 education on our website, on the web page called

25 Vote By Mail.  On tips, it tells people -- voters

1  who go there or when we share it, it tells them to

2  make sure they use the same signature.  That

3  information is also provided in a recent YouTube

4  about vote by mail.

5      Q.   And what's the date on the recent YouTube

6  video you referenced?

7      A.   It would be within the last month.  So

8  it's voter education because of the huge concern

9  with more voters wanting to vote by mail because of

10  their concern about catching COVID.

11      Q.   So to the extent that you have voter

12  education materials that relate to signature

13  comparison, those would have been provided to us in

14  discovery in this lawsuit, right?

15      A.   You mean is there something else out

16  there that I don't know about?

17      Q.   Well, I mean is there something else out

18  there that hasn't been provided?

19      A.   The page and the new video, which came

20  out sometime, would -- about -- specifically about

21  signatures, is that what you're talking about?

22  Would be the ones that have -- I don't know if you

23  have those or not because we didn't talk about them.

24  And I don't know if they were in the hundred billion

25  page long list of documents.  Sorry.

League of Women Voters of Texas - 5/18/2020

119

1                    REPORTER'S CERTIFICATION

2

3         I, Micheal A. Johnson, Registered Diplomate

4    Reporter, Certified Realtime Reporter and Notary

5    Public in and for the State of Texas, certify that

6    on the 18th day of May, 2020, I reported the Remote

7    Oral Deposition of GRACE CHIMENE, after the witness

8    had first been duly cautioned and sworn to testify

9    under oath; said deposition was subsequently

10   transcribed by me and under my supervision and

11   contains a full, true and complete transcription of

12   the proceedings had at said time and place; and that

13   reading and signing was requested.

14        I further certify that I am neither counsel

15   for nor related to any party in this cause and am

16   not financially interested in its outcome.

17        GIVEN UNDER MY HAND AND SEAL of office on

18   this 29th day of May, 2020.

19

20

21   _____
     MICHEAL A. JOHNSON, RDR, CRR
22   NCRA Registered Diplomate Reporter
     NCRA Certified Realtime Reporter
23   Notary Public in and for the
     State of Texas
24   My Commission Expires:  8/8/2020

25

# Exhibit 60

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS, and AMERICAN GI FORUM OF TEXAS, INC., | § § § § § § § § | |
| | § | |
| *Plaintiffs* | § § | |
| v. | § § | Civil Case No. 5:19-cv-00963-OG |
| TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY, | § § § § § § § | |
| | § | |
| *Defendants*. | § | |

## **DECLARATION OF GRACE CHIMENE**

My name is Grace Chimene.  I am over the age of 18 and capable of making this declaration.  The

facts stated herein are within my personal knowledge.

1. I am the President of the League of Women Voters of Texas ("LWVTX").

2. LWVTX is a non-profit organization with its main offices in Austin, Texas.

3. LWVTX is a non-partisan organization whose mission includes empowering

    voters, defending democracy and envisioning a democracy where every person has

    the desire, the right, the knowledge, and the confidence to participate.

4. LWVTX has 33 chapters covering 39 Texas counties, with approximately 3,000

    individual members all across the state.

5. LWVTX is a volunteer-based organization.

6.  LWVTX offers a variety of programs to its members and to the public on a wide range of issues including, but not limited to: education, voting rights, the environment, campaign financing, health care, and electoral redistricting.  The local chapters of LWVTX host candidate forums for the public to learn about candidates running for local, state, and national offices.  Every major election, LWVTX produces voter guides to inform voters about candidates and ballot measures.

7.  As part of our efforts to increase civic engagement, LWVTX commits ample member time and resources to conducting voter registration drives and voter education trainings across Texas that reach thousands of Texans each year.  To meet our objective to increase voter participation, LWVTX engages in and promotes voter registration, voter engagement, voter education, get-out-the-vote, and election protection efforts across Texas.

8.  In service of these efforts, LWVTX undertakes a number of activities related to voting by mail, including organizing and running voter registration drives; designing and executing public information campaigns about how to vote by mail; creating brochures about voter registration and early voting; encouraging eligible voters to use mail-in ballots; and educating voters about how to comply with Texas election laws governing early voting and voting by mail.

9.  LWVTX, its chapters, and members must spend time educating voters on how to sign their vote by mail application and ballot to avoid the rejection of their mail-in ballot.  If LWVTX did not have to spend time educating these individuals on the risk of their ballot being rejected as a result of the signature verification process, it

2

would be able to spend that time registering more voters and engaging in its other core activities.

10. LWVTX and its local chapters provide public trainings which include informing voters of their ability to cast a mail-in ballot, explaining the rules and deadlines of voting by mail, instructing voters how to sign their mail-in voting applications and ballots by mail, and cautioning voters on the risks of disenfranchisement while voting by mail.

11. LWVTX engages in get-out-the-vote efforts leading up to and during elections. These efforts include providing voter information at public forums and in public locations as well as communications efforts across multiple platforms. LWVTX produces videos about upcoming elections and how to vote in them, including how to vote by mail. LWVTX's get-out-the-vote efforts are undermined when individuals that we have engaged with—either in person or through media—vote by mail and have their ballot rejected due to a perceived mismatch in their signatures. Any Texas voter who is disenfranchised by the mail-in ballot process impairs our ability to increase voter participation through our get-out-the-vote efforts and other initiatives.

12. LWVTX has approximately 3,000 members statewide, many of whom vote by mail.

13. LWVTX has hundreds of members who have voted by mail in the past, including LWVTX member Mary Claire Rowe.

3

14. Hundreds of LWVTX members plan to vote by mail in the future, including LWVTX members Virginia Marsh, Cathy Murphree, Jean Richards, Mitzi Michelle Rusk, Dennis Wills, Marilyn Wills.

15. LWVTX has experienced a significant uptick in traffic on its vote by mail website in recent months.  LWVTX expects that, due to the ongoing COVID-19 emergency, more LWVTX members than ever will seek to vote by mail in the 2020 General Election.

16. LWVTX's mission is "Empowering Voters. Defending Democracy."  It is critical to our mission that the process of voting by mail is as safe and secure as possible, and that every vote cast by a Texas voter is counted.  The disenfranchisement of any Texas voter impairs our ability to achieve this mission.

17. LWVTX is a volunteer-based group with extremely limited resources. Any time and funds that are spent countering voters' risk of disenfranchisement as a result of Texas' signature mismatch laws are resources that would otherwise go towards accomplishing our primary mission.  This will detract from our normal voter registration, voter education, get-out-the-vote, and election protection efforts surrounding local, state, and federal elections across Texas.

18. Given the ongoing COVID-19 emergency, resources devoted to our vote by mail work are more precious than ever. The drain on our resources away from these efforts is particularly costly in the crucial period leading up to an election— including the upcoming 2020 General Election—when these efforts are most useful to the communities we serve.

4

19. Attached hereto are true and correct copies of documents produced to Defendants in the course of discovery, as follows:

a.  Get in the Game Voter Education Training PowerPoint – Bates LWV-00000272 – LWV-00000295

b.  Vote By Mail Step By Step Voter Education Training PowerPoint – Bates LWV-00000344 – LWV-00000367

c.  Screen capture of LWVTX's "Vote by Mail" webpage – Bates LWV-00000688 – LWV-00000692

d.  Screen capture of LWVTX's YouTube video "Vote By Mail in the Nov 7, 2017 Election" – Bates LWV-00000693 – LWV-00000693

e.  Emails from LWVTX Members to Grace Chimene I – Bates LWV-00000696 – LWV-00000699

f.  Screen capture of LWVTX's YouTube video "Vote by Mail – Texas Style" – Bates LWV-00000710 – LWV-00000710

g.  Emails from LWVTX Members to Grace Chimene II – Bates LWV-00000717 – LWV-00000718

h.  Survey of LVWTX members regarding vote by mail – Bates LWV-00000722 – LWV-00000722

This Declaration is made pursuant to 28 U.S.C. § 1745. I declare under penalty of perjury that the foregoing is true and correct. Executed on June 21, 2020.

Grace Chimene

5

Exhibit 61



- Hello. I am NAME, representing _____. Thank you for inviting me to talk about the League of Women Voters favorite topic—voting!

- Our goal is to empower citizens to shape better communities.

- As a nonpartisan organization, the League never endorses or opposes candidates or political parties. But we do advocate for positions on issues that our members have studied and agreed upon.

- We're not here to tell you who or what to voter for, but to encourage you to get in the game and make your own political decisions – don't let others make those important decisions for you.

*Sources*
https://my.lwv.org/texas/about-league-women-voters-texas
Artwork by Leticia Plate at http://govote.org

LWV-00000272



# Who can vote?

- U. S. citizen
- At least 18 on Election Day
- Not declared mentally incompetent
- Not completing punishment for a felony
- Registered to vote
  - Texas county of residence
  - 30 days before Election Day

LWV

2

Texas college students can vote as long as they are:

- A U.S. citizen
- 18 on Election Day
- Mentally competent
- Not serving a sentence for a felony
- Registered to vote 30 days ahead of time

*Sources*
a)  Texas Secretary of State. (n.d.). *Register to vote.* Retrieved from
    http://www.votetexas.gov/register-to-vote/
b)  Google images. Retrieved from https://images.google.com

2

LWV-00000273



If attending college <u>in Texas</u>, you can register to vote either by using your parents' home address or your college address, depending on where and how you want to vote.

*Sources*

Texas Secretary of State. (n.d.). Students. Retrieved from
https://www.votetexas.gov/voting/index.html#students
Google images. Retrieved from https://images.google.com

3

LWV-00000274



- If you want to vote using your parents' address and will not be returning home to vote, you will vote absentee by mail.
- If you want to vote where you are attending college in Texas, you must register to vote through that county elections office.

**Sources**

Texas Secretary of State. (n.d.). Students. Retrieved from
     https://www.votetexas.gov/voting/index.html#students
Google images. Retrieved from https://images.google.com

LWV-00000275



- Texas allows students to keep their Texas county residency even when they move out-of-county or out-of-state to attend school.

- They only lose their residency if they establish residency in another state for any reason, such as to vote there.

- Thus they can apply for an absentee ballot in their county of residence.

**Sources**
a) Residence, 1 TEX. ELEC. CODE  § 1.015(d).  Retrieved from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.1.htm
b) Campus Vote Project. (n.d.). *Student guides.* Retrieved from http://campusvoteproject.org/studentguides/
c) Google images. Retrieved from https://images.google.com

5

LWV-00000276



## Out-of-state students

**Vote at home** *or*

- Request absentee ballot
- Check student voting guide for home state at:

http://campusvoteproject.org/studentguides/

**In Texas**

- Establish state residency
- Register to vote



6

- Students <u>from another state</u> who are attending college in Texas can vote either at their legal residence in their home state or in Texas using their school address.

- To vote in their home state:
  - They would check the student voting guide in that state at the website shown on the screen.
  - Apply to vote by absentee ballot in their county of residence.

- To vote where they live while going to school in Texas, students must declare Texas residency and register to vote.

***Sources***
a)   Residence, 1 Tᴇx. Eʟᴇᴄ. Cᴏᴅᴇ  § 1.015(d).  Retrieved June 13, 2016, from
      http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.1.ht
b)   Campus Vote Project. (n.d.). *Student guides.* Retrived June 13, 2016, from
      http://campusvoteproject.org/studentguides/
c)   Google images. Retrieved June 1, 2016, from https://images.google.com

6

LWV-00000277



- Students can establish residency for voting in Texas if
    - they intend to remain at their Texas school address for the time being, and
    - they live there except while college is not in session.
- To establish residency requires:
    - Texas mailing address
    - Utility or phone bill using the mailing address
    - If you own a vehicle, establishing residency requires:
        - Vehicle registration within 30 days
        - Texas Driver's License within 90 days
- Voter registration requires:
    - Mailing address within the county.

***Sources***
a) Residence, 1 TEX. ELEC. CODE § 1.015(d). Retrieved June 13, 2016, from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.1.htm
b) Google images. Retrieved June 16, 2016 from https://images.google.com

7

LWV-00000278



## Student ID ≠ voter ID

**Valid photo ID**
- **Issued by Texas DPS**
  - Texas driver license
  - Texas Election ID
  - Texas personal ID
  - Texas concealed handgun license
- **Issued by U.S. Govt.**
  - Military ID card with photo
  - U.S. citizenship certificate with photo
  - U.S. passport



- First-time voters who did not list their Texas driver license number or last four digits of their Social Security number on their Voter Registration Application will be required to:
  - enclose a photocopy of a valid photo ID (from the list) if voting by mail when returning your ballet or
  - show a valid photo ID to vote in person.
- Only one of the seven forms of photo ID listed can be used and
  - the ID cannot have expired more than 4 years before voting
  - Voters age 70 and older may use an expired ID

***Sources***
a) Documentation of Proof of Identification, 63 TEX. ELEC. CODE § 63.0101. from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.63.htm
b) An Act Relating to Requiring a Voter to Present Proof of Identification; Providing a Criminal Penalty and Increasing a Criminal Penalty. SB 5, 85th Texas Legislature 2017). Retrieved from https://legiscan.com/TX/bill/SB5/2017
c) Texas Secretary of State. (2016, January). *Notice to voter who must provide identification (for voters voting by mail).* Retrieved from http://www.sos.state.tx.us/elections/forms/pol-sub/5-22af.pdf

LWV-00000279



## Student ID ≠ voter ID

**Other ID**

- Voter registration certificate
- Certified birth certificate
- Current utility bill
- Bank statement
- Government check
- Paycheck
- Or any other government document showing name and address



9

- Voters who do not have an acceptable ID can sign a simple form and enclose a copy of one of the following other documents.
- The form is called "Voter's Statement of Reasonable Impediment or Difficulty" and will be sent along with the ballot.

***Sources***

a) Documentation of Proof of Identification, 1 TEX. ELEC. CODE § 1.0101. from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.1.htm
b) An Act Relating to Requiring a Voter to Present Proof of Identification; Providing a Criminal Penalty and Increasing a Criminal Penalty. SB 5, 85th Texas Legislature (2017). Retrieved from http://www.capitol.state.tx.us
c) Texas Secretary of State. (2016, January). *Notice to voter who must provide identification (for voters voting by mail). Retrieved from* http://www.sos.state.tx.us/elections/forms/pol-sub/5-22af.pdf

LWV-00000280



- Send your Application for Ballot by Mail as early as 60 days before an election. This will give you plenty of time to receive your ballot, mark it, and mail it back to the county early voting clerk.
- The application must be **received** (not postmarked)
  - by your county early voting clerk
  - not later than the 11th day before Election Day.
    - For this election the date is _____.
- To obtain an application, you can either:
  - Call your local county elections office or the Texas Secretary of State Office or
  - Download and print an application or order one at this website
  - In either case, the completed application must be mailed to your county elections office.
    - Contact information for the elections office is available at the website.

<u>Note to speaker</u>: Information not easily retrievable by <u>searching</u> at VoteTexas.gov home page

***Resources***
a)  Texas Secretary of State. *Application for a ballot by mail.* Retrieved from
    http://www.sos.state.tx.us/elections/voter/reqabbm.shtml
b)  Texas Secretary of State. *Listing of county websites.* Retrieved from
    http://www.sos.state.tx.us/elections/voter/county.shtml
c)  Google images. Retrieved from https://images.google.com

10

LWV-00000281



In completing the application:

- Your name and residence address must match what is on your voter registration card. If you have moved
    - Within the county: Update address online
    - To a different county: Fill out a new Voter Registration Application
- "Mail ballot to:"
    - This is the address where you want your ballot sent
    - And your student address must be out of the county of your primary residence to qualify for voting by mail.

*Sources*
a) Texas Secretary of State. (n.d.). *Application for ballot by mail* [form]. Retrieved from http://www.sos.state.tx.us/elections/forms/pol-sub/5-15f.pdf
b) Texas Secretary of State. (n.d.). *Voter name and address changes.* Retrieved from https://txapps.texas.gov/tolapp/sos/SOSACManager
c) Google images. Retrieved June 1, 2016, from https://images.google.com

LWV-00000282



- Sign and date your Application for Ballot by Mail.
    - Your signature MUST match the one on your voter registration card.
- If you are unable to sign it yourself:
    - A person can witness your mark or attest that you cannot make a mark.
    - The witness or assistant must not only sign the application but provide an address and the relationship to the voter.
        - Unless the witness is a close relative, it is a misdemeanor to to witness more than one Application for Ballot by Mail.
        - It is also a misdemeanor to omit the requested information.

***Sources***
a)  Texas Secretary of State. (n.d.). *Application for ballot by mail* [Form]. Retrieved from http://www.sos.state.tx.us/elections/forms/pol-sub/5-15f.pdf
b)  Google images. Retrieved from https://images.google.com

LWV-00000283



- Next, add the address of your county elections office to the designated spot on the application.
- Then fold the application, tape it shut, and put a first class stamp on it before mailing it.
- It can also be scanned and emailed or faxed to your elections office.

**Sources**
a) Texas Secretary of State. (n.d.). *Application for ballot by mail* [form]. Retrieved from http://www.sos.state.tx.us/elections/forms/pol-sub/5-15f.pdf
b) Google images. Retrieved June 1, 2016, from https://images.google.com

13

LWV-00000284



- When you get your ballot by mail, it will contain:
  - Instructions from the Texas Secretary of State,
  - an official ballot,
  - a ballot envelope, and
  - another envelope addressed to the county elections office (commonly called the carrier envelope).
- The two envelopes are usually different colors and vary from county to county and year to year.

***Sources***
a) Additional Balloting Materials, 7 Tᴇx. Eʟᴇᴄ. Cᴏᴅᴇ § 86.002. Retrieved from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.86.htm
b) Election day. (2008, October 17). *Me and you and Ellie* [Blog]. Retrieved from http://meandyouandellie.blogspot.com/2008/10/election-day.html

LWV-00000285



- For each office, vote for the candidate of your choice.
  - Mark the ballot according to the instructions on the ballot envelope.
  - Some counties specify that the bubble be filled in by using a black or blue ink pen.
  - There is also a place at the top of the ballot to vote a straight ticket for one party.
- After you are done voting, fold the ballot and place it in the ballot envelope.

**Sources**

a) Marking and Sealing the Ballot, 7 Tex. Elec. Code § 86.005.  Retrieved from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.86.htm
b) Lubbock County Elections Department. (2012). *How to mark a ballot by mail*. Retrieved June 8, 2016, from http://www.votelubbock.org/voter-education/how-to-mark-a-ballot/
c) Election day. (2008, October 17). *Me and you and Ellie* [Blog]. Retrieved from http://meandyouandellie.blogspot.com/2008/10/election-day.html

LWV-00000286



Seal the ballot envelope and place it inside the pre-addressed carrier envelope.

*Sources*
a) Marking and Sealing the Ballot, 7 Tex. Elec. Code § 86.005.  Retrieved from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.86.htm
b) Election day. (2008, October 17). *Me and you and Ellie* [Blog]. Retrieved from http://meandyouandellie.blogspot.com/2008/10/election-day.html

LWV-00000287



- Seal the outside envelope before signing your name.
- Sign your name next to the X on the back o the envelope.
- Be sure this signature is exactly the same as the signature on your Application for Ballot by Mail.

***Sources***
a) Marking and Sealing the Ballot, 7 Tᴇx. Eʟᴇᴄ. Cᴏᴅᴇ  § 86.005.  Retrieved from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.86.htm
b) Election day. (2008, October 17). *Me and you and Ellie* [Blog]. Retrieved from http://meandyouandellie.blogspot.com/2008/10/election-day.html

LWV-00000288



- Add the required postage and mail!
- If you are afraid to mail the envelope with your signature showing, you can put it in a larger envelope to mail. But be sure to:
    - have the correct address and
    - add enough postage.
- You can also use UPS or FedEx.
- In any case, only one sealed ballot can be placed in another envelope for mailing (unless ballots are from the same address).
- If you cannot mail your own ballot, give it to a trusted friend to mail. Never give it to a stranger or a someone working for a candidate or political party.

***Sources***
a)  Method of Returning Marked Ballot, 7 Tex. Elec. Code § 86.006.  Retrieved from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.86.htm
b)  Election day. (2008, October 17). *Me and you and Ellie* [Blog]. Retrieved from http://meandyouandellie.blogspot.com/2008/10/election-day.html

18

LWV-00000289

## Deadlines –

**Last day to***
- Register to vote
- Apply for ballot by mail
- Vote by mail

*Date application/ballot must be <u>received</u>





19

- Register to vote _____
- Apply to vote by mail _____
- Vote by mail _____
    - Note that all the deadlines are the dates the application or ballot must be **received** in the elections office–not post marked on the deadline.*
    - This means to get there on time, a local ballot must be mailed at least 3-4 days in advance of the deadline.

*Unless a late-arriving ballot deadline applies: Can be received the following day if it was postmarked on or before Election Day.

***Sources***
a) Delivery of Application to Registrar,  2 Tex. Elec. Code  § 13.042.  Retrieved from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.13.htm
b) Submitting Application for Ballot Voted by Mail: General Rule, 7 Tex. Elec. Code  § 84.008.  Retrieved from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.84.htm
c) Deadline for Returning Marked Ballot, 7 Tex. Elec. Code  § 86.007.  Retrieved from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.86.htm

19

LWV-00000290

# Common Errors

- Envelope not signed
- Signature does not match that on application
- Ballot mailed too late





20

There are always some ballots that don't count because of a simple oversight, such as:

- Forgetting to sign the outside envelope.
- The signature on the envelope and on the Application for Mail Ballot are different.
- Worst of all, it got in the mail too late to arrive by Election Day.

*Sources*
a) California Forward. (2014). Three common errors: Voting by Mail [Image] in *Your final vote by mail cheatsheet!* Retrieved from http://www.cafwd.org/reporting/entry/your-final-vote-by-mail-cheatsheet
b) Google images. Retrieved June 1, 2016, from https://images.google.com

LWV-00000291



In short, there are four basic steps:

- Register to vote
- Plan ahead
    - Apply to vote by mail as soon as you can
    - Or check out your polling place
- Learn about the candidates and their stands on the issues.
- If want a reminder to vote, sign up online to get text messages or emails.

**Source**
AIGA, the Professional Association for Design. (2016). *Get out the vote.* Retrieved from http://www.aiga.org/get-out-the-vote/

LWV-00000292



The power is in numbers!

- Millennials are not only the largest living generation in the U.S., but have caught up with Baby Boomers in their share of the electorate.[a]
  - Millennials comprise 1/3 of the voting-eligible population.[a]
- Politicians listen to the people who vote.
  - Senior citizens in this country have great government programs like Social Security and Medicare. That's because seniors as a group have a high turnout rate. So elected officials are very responsive to their needs.
  - Young people historically have had a low turnout rate, so politicians are less in tune with their needs.
- But more millennials <u>are</u> voting – the proportion of millennials eligible to vote who voted in the 2016 Presidential Election was 49%, an increase of 3% from 2012.[b,c]
- And in the 2018 midterm election, 31% youth ages 18-29 voted, up dramatically from 21% in 2014.[d]

*Sources*

[a]Fry, R. (2016, May 16). Millennials match Baby Boomers as largest generation in the U.S. electorate, but will they vote? *Pew Research Center FactTank.* Retrieved from https://tinyurl.com/y7b7k46c

[b]U.S. Census Bureau. (2017, May). Table 1. Reported voting and registration, by sex and single years of age: November 2016 (P20 Tables). *Voting and registration in the election of November 2016.* Retrieved from https://tinyurl.com/mdxxwza

[c]Fry, R. (2016, August 29). This may be the last presidential election dominated by Boomers and prior generations. *Pew Research Center Fact Tank.* https://tinyurl.com/ztdre2k

[d]CIRCLE. (2018, November 7). *Young people dramatically increase their turnout to 31%, shape 2018 midterm elections.* Retrieved from https://tinyurl.com/y7l9kpva

[e]AIGA, the Professional Association for Design. (2016). *Get out the vote.* Retrieved June 16, 2016, from http://www.aiga.org/get-out-the-vote/

LWV-00000293



Why vote? Because it counts in so many ways!

- Most importantly, voters elect officials who make government policies that effect our lives, such as the
  - Interest rates you pay on your student loan
  - Taxes taken out of your paycheck
  - Health care benefits you get at your job
  - Availability of bike paths, parks, and libraries where you live
- Some of you may not like the choices on the ballot or the fact that your preferred candidate in the last election lost.
  - But in fact, usually half the voters (more or less) win and the rest lose.
  - Close elections encourage elected officials to listen to diverse opinions on an issue.
  - In the upcoming election, we need to vote and make the best choice we can among those running to keep our government functioning.
- And, yes, one vote can make a difference.
  - In the May 2016 Irving city council election, a runoff election was avoided because when one provisional ballot was counted, it pushed the incumbent over the 50% threshold required to avoid a runoff, saving the city $70,000. (Brumfield, 2016)
- The only time your vote doesn't count is when you <u>don't vote</u>.

***Source***
Brumfield, L. (2016, May 13). One vote makes the difference as Meagher declared winner in Irving council race. *Dallas Morning News*. Retrieved fromhttps://tinyurl.com/y9wca8yv



Do you think that:

- College tuition should be free?
- The minimum wage for internships should be enforced?
- Pell grant awards should be increased to 100% of the average in-state tuition?
- Marijuana should be legalized?
- The voting age should be lowered to age 16?

Whatever your issue is that involves government policy, voting is one way to have some control over the decisions.

This is a competitive election, so be a game changer!

LWV-00000295

# Exhibit 62



- Hello. I am NAME, representing _____. Thank you for inviting me to talk about the League's favorite topic—voting!

- Our goal is to empower citizens to shape better communities.

- As a nonpartisan organization, the League never endorses or opposes candidates or political parties.

- But we do advocate for positions on issues that our members have studied and agreed upon.

**Sources**
https://my.lwv.org/texas/about-league-women-voters-texas
*Google images.* Retrieved from https://images.google.com

1



Registered voters in Texas can cast a ballot by mail if they are:

- 65 years of age or older;
- disabled;
- confined in jail, but not convicted of a felony; or
- will be out of the county on Election Day *and* during early voting.

*Sources*:
Texas Secretary of State. *Application for a ballot by mail.* Retrieved from
    https://www.sos.state.tx.us/elections/voter/reqabbm.shtml
Google images. Retrieved from https://images.google.com

LWV-00000345



- Members of the military and their family members and those residing overseas can vote absentee if they are:
  - A U.S. citizen, 18 years old, and absent from voting residence
- Can choose the
  - Regular two-step process to register to vote and apply for ballot by mail *or* the
  - One-step process using the Federal Postcard Application
  - In either case the applications are mailed to the county elections office.
- The Federal Voting Assistance Program (FVAP) website provides
  - Not only the
    - Postcard applications and
    - Deadlines for applications and returned ballots
  - But also links to
    - Absentee voting guidelines
    - State election website
    - Local elections office contact information
    - Recommended mailing dates by country so ballot arrives on time
      - This link is found on the information pages for members of the different branches of the service.

***Sources***

a) Texas Secretary of State. (n.d.). *Military & overseas voters.* Retrieved from http://www.votetexas.gov/military-overseas-voters/
b) U.S. Department of Defense. (n.d.). *Federal voting assistance program.* Retrieved from https://www.fvap.gov

LWV-00000346

## Texas college students

### Can vote absentee

- Must be registered to vote in Texas
- Apply for absentee ballot if living:
  - Out-of-county or
  - Out-of-state





4

- Texas allows students to keep their residency even when they move out-of-county or out-of-state to attend school.

- They only lose their residency if they establish residency in another state for any reason, such as to vote there.

- Thus they can apply for an absentee ballot in their county of residence.

**Sources**
a) Residence, 1 TEX. ELEC. CODE § 1.015(d).  Retrieved from
   http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.1.htm
b) Campus Vote Project. (n.d.). *Student guides.* Retrieved from
   http://campusvoteproject.org/studentguides/



## Out-of-state students

**Vote at home**   *or*   **In Texas**

- Request absentee ballot
- Check student voting guide for home state at:

  http://campusvoteproject.org/studentguides/

- Establish state residency
- Register to vote



5

- Students <u>from another state</u> who are attending college in Texas can vote either at their legal residence in their home state or in Texas using their school address.

- To vote in their home state:
  - They would check the student voting guide in that state at the website shown on the screen.
  - Apply to vote by absentee ballot in their county of residence.

- To vote where they live while going to school in Texas, students must declare Texas residency and register to vote.

**Sources**
a) Residence, 1 TEX. ELEC. CODE § 1.015(d).  Retrieved June 13, 2016, from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.1.ht
b) Campus Vote Project. (n.d.). *Student guides.* Retrived June 13, 2016, from http://campusvoteproject.org/studentguides/
c) Google images. Retrieved June 1, 2016, from https://images.google.com

LWV-00000348



## Student ID ≠ voter ID

**Valid photo ID**

- **Issued by Texas DPS**
  - Texas driver license
  - Texas Election ID
  - Texas personal ID
  - Texas concealed handgun license
- **Issued by U.S. Govt.**
  - Military ID card with photo
  - U.S. citizenship certificate with photo
  - U.S. passport



6

- First-time voters who did not list their Texas driver license number or last four digits of their Social Security number on their Voter Registration Application will be required to:
  - enclose a photocopy of a valid photo ID (from the list) if voting by mail when returning your ballet or
  - show a valid photo ID to vote in person.
- Only one of the seven forms of photo ID listed can be used and
  - the ID cannot have expired more than 4 years before voting
  - Voters age 70 and older may use an expired ID

***Sources***

a) Documentation of Proof of Identification, 63 TEX. ELEC. CODE § 63.0101. from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.63.htm
b) An Act Relating to Requiring a Voter to Present Proof of Identification; Providing a Criminal Penalty and Increasing a Criminal Penalty. SB 5, 85th Texas Legislature 2017). Retrieved from https://legiscan.com/TX/bill/SB5/2017
c) Texas Secretary of State. (2016, January). *Notice to voter who must provide identification (for voters voting by mail). Retrieved from* http://www.sos.state.tx.us/elections/forms/pol-sub/5-22af.pdf



## Student ID ≠ voter ID

**Other ID**
- Voter registration certificate (valid)
- Certified birth certificate
- Current utility bill
- Bank statement
- Government check
- Paycheck
- Or any other government document showing name and address



- Voters who do not have an acceptable ID can sign a simple form and enclose a copy of one of the following other documents.
- The form is called "Voter's Statement of Reasonable Impediment or Difficulty" and will be sent along with the ballot.

*Sources*
a) Documentation of Proof of Identification, 63 TEX. ELEC. CODE § 63.0101. from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.63.htm
b) An Act Relating to Requiring a Voter to Present Proof of Identification; Providing a Criminal Penalty and Increasing a Criminal Penalty. SB 5, 85th Texas Legislature (2017). Retrieved from https://legiscan.com/TX/bill/SB5/2017
c) Texas Secretary of State. (2016, January). *Notice to voter who must provide identification (for voters voting by mail).* Retrieved from http://www.sos.state.tx.us/elections/forms/pol-sub/5-22af.pdf

7

LWV-00000350



- Send your Application for Ballot by Mail as early as 60 days before an election. This will give you plenty of time to receive your ballot, mark it, and mail it back to the county early voting clerk.
- The application must be **received** (not postmarked)
  - by your county early voting clerk
  - not later than the 11th day before Election Day.
    - For this election the date is _____.
- To obtain an application, you can either:
  - Call your local county elections office or the Texas Secretary of State Office or
  - Download and print an application or order one at this website
  - In either case, the completed application must be mailed to your county elections office.
    - Contact information for the elections office is available at the website.

Note to speaker: Information not easily retrievable by searching at VoteTexas.gov home page

***Resources***
a) Texas Secretary of State. *Application for a ballot by mail.* Retrieved from http://www.sos.state.tx.us/elections/voter/reqabbm.shtml
b) Texas Secretary of State. *Listing of county websites.* Retrieved from http://www.sos.state.tx.us/elections/voter/county.shtml
c) Google images. Retrieved from https://images.google.com

LWV-00000351



In completing the application:

- Your name and residence address must match what is on your voter registration card. If you have moved
    - Within the county: Update address online
    - To a different county: Fill out a new Voter Registration Application
- "Mail my ballot to:"
    - This is the address where you want your ballot sent if not your residence address.
    - And that address depends on the reason you are voting by mail.

***Sources***
a) Texas Secretary of State. (n.d.). *Application for ballot by mail* [form]. Retrieved from http://www.sos.state.tx.us/elections/voter/reqabbm.shtml
b) Texas Secretary of State. (n.d.). *Voter name and address changes.* Retrieved from https://txapps.texas.gov/tolapp/sos/SOSACManager
c) Google images. Retrieved from https://images.google.com

9

LWV-00000352

**If age 65+ or disabled:**

**Ballot can be mailed to your:**

- Residence
- Assisted living/retirement center
- Nursing home
- Hospital
- A relative





10

- If the reason you are requesting to vote by mail is that you are age 65 or older, you have several options where the ballot can be mailed, depending on your circumstances.
- It can be mailed to where you are living or will be residing for the time being or even a relative.

***Sources***

a) Texas Secretary of State. (n.d.). *Application for ballot by mail* [Form]. Retrieved from http://www.sos.state.tx.us/elections/voter/reqabbm.shtml

b) Google images. Retrieved from https://images.google.com

LWV-00000353

If you are voting by mail because you are disabled or are 65 or older:

- You can request to vote by mail in all elections in the calendar year.
- While you can submit this annual application anytime during the calendar year, it must be received in the county elections office at least 11 days before the first election in which you seek to request a ballot by mail.
    - The elections clerk should forward your annual application to other entities where you are a qualified voter. This means that the school district or city ballots will also be mailed to you.
- Those voting absentee (i.e., out-of-county)  and those in jail can only apply to vote by mail for the upcoming election.

***Source***
Texas Secretary of State. (n.d.). *Application for ballot by mail* [form]. Retrieved from
  http://www.sos.state.tx.us/elections/voter/reqabbm.shtml

LWV-00000354



- If you are voting absentee because you will not be anywhere in the county on Election Day <u>and</u> during early voting:
  - Your ballot MUST be mailed to an address outside the county where you can get it beginning on a specified date.
  - You must be out of county on all possible voting dates to vote absentee.
- If an inmate is eligible to vote, the ballot can be sent a relative or to the jail.

***Sources***
a) Texas Secretary of State. (n.d.). *Application for ballot by mail* [form]. Retrieved from http://www.sos.state.tx.us/elections/voter/reqabbm.shtml
b) Google images. Retrieved from https://images.google.com

12

LWV-00000355



- Sign and date your Application for Ballot by Mail.
  - Your signature MUST match the one on your voter registration card.
- If you are unable to sign it yourself:
  - A person can witness your mark or attest that you cannot make a mark.
  - The witness or assistant must not only sign the application but provide an address and the relationship to the voter.
    - Unless the witness is a close relative, it is a misdemeanor to to witness more than one Application for Ballot by Mail.
    - It is also a misdemeanor to omit the requested information.

***Sources***

a) Texas Secretary of State. (n.d.). *Application for ballot by mail* [form]. Retrieved from http://www.sos.state.tx.us/elections/voter/reqabbm.shtml

b) Google images. Retrieved from https://images.google.com

LWV-00000356



- Next, add the address of your county elections office to the designated spot on the application.
- Then fold the application, tape it shut, and put a first class stamp on it before mailing it.
- It can also be scanned and emailed or faxed to your elections office.
  - But the original must still be mailed and received at the elections office within 4 business days.

***Source***

a)  Texas Secretary of State. (n.d.). *Application for ballot by mail* [form]. Retrieved from http://www.sos.state.tx.us/elections/voter/reqabbm.shtml

b)  Google images. Retrieved from https://images.google.com

LWV-00000357



- When you get your ballot by mail, it will contain:
  - Instructions from the Texas Secretary of State,
  - an official ballot,
  - a ballot envelope, and
  - another envelope addressed to the county elections office (commonly called the carrier envelope).
- The two envelopes are usually different colors and vary from county to county and year to year.

*Sources*

a) Additional Balloting Materials, 7 Tex. Elec. Code § 86.002.  Retrieved from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.86.htm
b) Election day. (2008, October 17). *Me and you and Ellie* [Blog]. Retrieved from http://meandyouandellie.blogspot.com/2008/10/election-day.html

LWV-00000358



- For each office, vote for the candidate of your choice.
  - Mark the ballot according to the instructions on the ballot envelope.
  - Some counties specify that the bubble be filled in by using a black or blue ink pen.
- After you are done voting, fold the ballot and place it in the ballot envelope.

**Sources**
a) Marking and Sealing the Ballot, 7 TEX. ELEC. CODE § 86.005. Retrieved from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.86.htm
b) Lubbock County Elections Department. (2012). *How to mark a ballot by mail*. Retrieved from http://www.votelubbock.org/voter-education/how-to-mark-a-ballot/
c) Election day. (2008, October 17). *Me and you and Ellie* [Blog]. Retrieved from http://meandyouandellie.blogspot.com/2008/10/election-day.html



Seal the ballot envelope and place it inside the pre-addressed carrier envelope.

*Sources*

a) Marking and Sealing the Ballot, 7 TEX. ELEC. CODE § 86.005.  Retrieved from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.86.htm
b) Election day. (2008, October 17). *Me and you and Ellie* [Blog]. Retrieved from http://meandyouandellie.blogspot.com/2008/10/election-day.html

LWV-00000360



- Seal the outside envelope before signing your name.
- Sign your name next to the X on the back of the envelope.
- Be sure this signature is <u>exactly the same</u> as the signature on your Application for Vote by Mail.

***Sources***
a)  Marking and Sealing the Ballot, 7 Tᴇx. Eʟᴇᴄ. Cᴏᴅᴇ  § 86.005.  Retrieved from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.86.htm
b)  Election day. (2008, October 17). *Me and you and Ellie* [Blog]. Retrieved from http://meandyouandellie.blogspot.com/2008/10/election-day.html

18

LWV-00000361



- Add the required postage and mail!
- If you are afraid to mail the envelope with your signature showing, you can put it in a larger envelope to mail. But be sure to:
  - have the correct address and
  - add enough postage.
- You can also use UPS or FedEx.
- In any case, only one sealed ballot can be placed in another envelope for mailing (unless ballots are from the same address).
- If you cannot mail your own ballot, give it to a family member or trusted friend to mail. <u>Never</u> give it to a stranger or a someone working for a candidate or political party.

***Sources***
a) Method of Returning Marked Ballot, 7 Tᴇx. Eʟᴇᴄ. Cᴏᴅᴇ § 86.006. Retrieved from http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.86.htm
b) Election day. (2008, October 17). *Me and you and Ellie* [Blog]. Retrieved from http://meandyouandellie.blogspot.com/2008/10/election-day.html

LWV-00000362



- If you need help reading, marking, or mailing the actual ballot, ask a family member or trusted friend for help.
    - The assistant may not in any way suggest who you should vote for.
    - Your vote is secret.
    - It is a crime for someone to coach you how to vote or to tell anyone how you voted.
- It's not uncommon for someone from a political organization to offer to help with your ballot soon after you've received it. We recommend you decline this kind of help for several reasons. If you allow your ballot to be mailed by someone you don't know, it might not be mailed at all.
    - If it's delivered to the elections office from the address of a candidate or a campaign's headquarters, your ballot will be rejected.
- Anyone who helps a voter with a mail ballot in person MUST put their name and address on the carrier envelope as a witness or assistant & check the appropriate box.
    - No one may be a witness (for voters who can't sign their name) for more than 1 carrier envelope per election.

*Sources*

a)  Texas Secretary of State. (n.d.) *Helpful hints on voting early by mail.* Retrieved from http://www.votetexas.gov/voting/when.html <Helpful Hints for Voting by Mail>
b)  Election day. (2008, October 17). *Me and you and Ellie* [Blog]. Retrieved from http://meandyouandellie.blogspot.com/2008/10/election-day.html
c)  Google images. Retrieved from https://images.google.com

20

LWV-00000363

## Deadlines –

**Last day to***
- Register to vote
- Apply for ballot by mail
- Vote by mail

*Date application/ballot must be <u>received</u>





21

- Register to vote _____
- Apply to vote by mail _____
- Vote by mail _____

> - Note that all the deadlines are the dates the application or ballot must be **received** in the elections office–not post marked on the deadline.*
> - This means to get there on time, a local ballot must be mailed at least 3-4 days in advance of the deadline.

*Unless a late-arriving ballot deadline applies: Can be received the following day if it was postmarked on or before Election Day.

***Sources***
a) Delivery of Application to Registrar,  2 TEX. ELEC. CODE  § 13.042.  Retrieved from
   http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.13.htm
b) Submitting Application for Ballot Voted by Mail: General Rule, 7 TEX. ELEC. CODE  § 84.008.
   Retrieved from
   http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.84.htm
c) Deadline for Returning Marked Ballot, 7 TEX. ELEC. CODE  § 86.007.  Retrieved from
   http://www.statutes.legis.state.tx.us/Docs/EL/htm/EL.86.htm

LWV-00000364

# Common Errors

- Envelope not signed
- Signature does not match that on application
- Ballot mailed too late





22

There are always some ballots that don't count because of a simple oversight, such as:

- Forgetting to sign the outside envelope.
- The signature on the envelope and on the Application for Mail Ballot are different.
- Worst of all, it got in the mail too late to arrive by Election Day.

*Sources*
a)   California Forward. (2014). Three common errors: Voting by Mail [Image] in *Your final vote by mail cheatsheet!* Retrieved from http://www.cafwd.org/reporting/entry/your-final-vote-by-mail-cheatsheet
b)   Google images. Retrieved from https://images.google.com

LWV-00000365



So you <u>can</u> vote by mail, and now you know how:

1.  Register to vote or check that your voter registration information is up-to-date.
2.  Fill out the Application for Ballot by Mail.
3.  Vote as soon as you get it in the mail.
4.  Put it in the ballot envelope & seal; then stick that envelope in the outer envelope & seal.
5.  Don't forget to sign the back of the envelope.
6.  Add a stamp and mail it off.
7.  Finally, celebrate our democracy and that you, too, can **Be a Texas Voter!**

23

LWV-00000366



Why vote? Because it counts in so many ways!
- Most importantly, voters elect officials who make significant decisions that effect our lives, such as
  - Taxes, roads, minimum wage, teacher pay, social security, health care—you name it
- Politicians listen to the people who vote—and they have access to the list of people who vote and where they live
  - Voting highlights the power of your neighborhood, city and state. The number of people voting from where you live affects the resources allocated to where you live. For example,
  - Senior citizens in this country have great government programs like Social Security and Medicare. That's because seniors as a group have a high turnout rate. So elected officials are very responsive to their needs. Young people on the other hand have a low turnout rate, so politicians are less in tune with their needs.
  - At the local level, have you ever wondered why the streets may be better in some parts of town than in others? If you look into it, you will almost always find that the areas with good streets are where voter turnout is high, and the areas with lots of pot holes are where voter turnout is low. The elected officials responsible for maintaining streets are more sensitive to areas where everybody votes and people talk to them.
- Some of you may not like the choices on the ballot or the fact that your preferred candidate in the last election lost.
  - But in fact, usually half the voters (more or less) win and the rest lose.
  - Close elections encourage elected officials to listen to diverse opinions on an issue.
  - In the upcoming election, we need to vote and make the best choice we can among those running to keep our government functioning.
- Being a voter empowers us to work toward solutions to problems in our community and our nation.
- The only time your vote doesn't count is when you don't vote.

LWV-00000367

# Exhibit 63

MENU

Register (/user)
Forgot password
(/user/password)

Username or email   Password   LOG IN

LEAGUE OF WOMEN VOTERS ®
OF TEXAS (/TEXAS)

DONATE
(HTTPS://MY.LWV.ORG/TEXAS/D

JOIN
(HTTPS://MY.LWV.ORG/TEXAS/J

Empow

MAKE DEMOCRACY WORK IN TEXAS!

# Vote by Mail



SHARE

The League encourages eligible Texans to apply now to stay safe and vote at home!

## Who can vote by mail in Texas?

- 65 years or older
- Sick or disabled
- Out of the county during early voting and election day.
- In jail but otherwise eligible to vote

LWV-00000688

> *One of the grounds for voting by mail is disability. The Election Code defines "disability" to include "a sickness or physical condition that prevents the voter from appearing at the polling place on election day without a likelihood of needing personal assistance or of injuring the voter's health." (Sec. 82.002). Voters who meet this definition and wish to vote a ballot by mail must submit an application for ballot by mail.* **Texas Secretary of State**

Questions or concerns? Please call the Secretary of State at elections@sos.texas.gov (mailto:elections@sos.texas.gov) or call 800.252.VOTE(8683) or your county election official (https://www.sos.state.tx.us/elections/voter/county.shtml)

## To obtain an application to vote by mail:

- Print an application (https://drive.google.com/file/d/1b9dYxmUSqeElvw3C1JZSZByAWxqC0GLa/view?usp=sharing), contact your county election official (http://www.sos.state.tx.us/elections/voter/county.shtml) for an application, or request an appplication from the secretary of state's office (https://www.sos.state.tx.us/elections/voter/reqabbm.shtml).
- Fill out, sign, and mail to your Early Voting Clerk (https://www.sos.state.tx.us/elections/voter/county.shtml), county clerk or election administrator in the county where you are registered to vote.
- Applications must be **received (not postmarked)** by July 3, 2020 for the primary runoff election.

## Fill out the vote by mail application once a year if the voter

- Is 65 years or older
- Is sick or disabled
- Checks the annual application

## Fill out the vote by mail application for each election if the voter

- will be out of the county during early voting and election day. This includes students living away at school.
- is in jail

## Tips for filling out the application

- Avoid any confusion by election officials and sign both your application and ballot in the same way.
- Have ballot mailed to the address where you actually are.
- Include your contact information in case there is a problem with your application.
- Mark the annual box for voters 65 years of age or older and voters with a disability.
- Mark the election you will be voting in. If it is the Primary Election then check the Democratic Primary or the Republican Primary. Check the "any resulting runoff" to automatically receive a ballot.
- Students living away at school check "address outside the county" box.
- Write the dates you are out of the county where you are registered. For example, dates away at school.

**The vote by mail BALLOT must be at your county election office by election day**

For more information:  Texas Secretary of State (http://www.sos.state.tx.us/elections/voter/reqabbm.shtml)



Vote by Mail in Texas

LWV-00000689

# Texas (/texas)

★ VOTING & THE CORONA VIRUS (/TEXAS/VOTING-CORONAVIRUS)

★ VOTING & ELECTIONS (/TEXAS/VOTING-ELECTIONS)

Texas Primary Runoff 7/14/2020 (/texas/voting-elections/election-information)

Election Dates (/texas/voting-elections/election-dates)

Voters Guide (/texas/voting-elections/voters-guide)

Go Vote! (/texas/voting-elections/go-vote)

Vota! (/texas/voting-elections/vota)

Register (/texas/voting-elections/register-vote)

Early Voting (/texas/voting-elections/early-voting)

Voter ID (/texas/voting-elections/voter-id)

Vote by Mail (/texas/voting-elections/vote-mail)

First time voters. (/texas/voting-elections/first-time-voter-texas)

Student Voters (/texas/student-voters)

Military and Overseas Voters (/texas/voting-elections/military-and-overseas-voters)

Naturalized Citizens (/texas/voting-elections/naturalized-citizens-voter-registration)

Election Protection (/texas/voting-elections/election-protection)

County Election Websites! (/texas/voting-elections/find-your-county-election-website)

Election Cycles (/texas/voting/election-cycles)

Get Voting Reminders! (/texas/voting-elections/get-voting-reminders)

Volunteer Deputy Registrar (/texas/voting-elections/volunteer-deputy-registrar)

Candidate Forums (/texas/voting-elections/candidate-forums)

★ GET OUT THE VOTE (/TEXAS/GET-OUT-VOTE-0)

★ TEXAS CENSUS (/TEXAS/TEXAS-CENSUS)

★ REDISTRICTING/CENSUS (/TEXAS/REDISTRICTINGCENSUS)

★ CONVENTION (/TEXAS/CONVENTION)

★ ADVOCACY & ISSUES (/TEXAS/LEAGUE-ADVOCACY)

★ FOR EDUCATORS (/TEXAS/EDUCATORS)

★ 100 YEARS OF WOMEN VOTING (/TEXAS/100-YEARS-WOMEN-VOTING-0)

★ EVENTS (/TEXAS/CALENDAR)

★ LEAGUE IN THE NEWS (/TEXAS/ARTICLES)

★ LEAGUES IN TEXAS (/TEXAS/LEAGUES-TEXAS)

★ START A LEAGUE (/TEXAS/START-LEAGUE)

★ FOR LEAGUE MEMBERS (/TEXAS/LEAGUE-MEMBERS)

★ ABOUT (/TEXAS/ABOUT-LEAGUE-WOMEN-VOTERS-TEXAS)

★ JOIN US (/TEXAS/JOIN)

★ INTERNS & STUDENT VOLUNTEERS (/TEXAS/INTERNS-STUDENT-VOLUNTEERS)

★ SUPPORT THE LEAGUE (/TEXAS/SUPPORT-LEAGUE)

|  | SEARCH |
|---|---|

**SIGN UP HERE FOR ACTION ALERTS** (https://visitor.r20.constantcontact.com/manage/optin?
v=001WVdpo956d6kOO4LUhujpDE4zmWFBValMzDQVWSeSS8r1ciiGa_vFFw1f68TO%20
z_faadBzOOoY0A3v6gfY5WQ5SenlrLrfGlSS9pMde8D3u50%3D)



Find personalized voting, ballot and polling place information.

Street *

City *

State *  Select a state ▼

Zip *

Enter     A project of the League of Women Voters®.



League of W…
10K likes

Like Page

Be the first of your friends to like this

League of Women Voters of Texas
3 hours ago

## Tweets by @LWVTexas



LeagueWomenVotersTX Retweeted

**Texas Civil Rights Project**
@TXCivilRights

Our court hearing on expanding access to vote by mail is back on (after a brief lunch break)! If you believe no one should have to pick between their physical well-being and their right to vote, tune in now to hear closing arguments:
youtube.com/channel/UCpGQM...

1h

**LeagueWomenVotersTX**
@LWVTexas

Today's hearing regarding voting by mail in Texas began at 9AM and is live streamed. The League of Women Voters of Texas is an intervenor in the lawsuit.#lwvyoutube.com/watch?v=2ZzuGf...

4h

**LeagueWomenVotersTX**
@LWVTexas

"But a coalition of voting rights advocates are calling that advisory insufficient. They are demanding more transparency from the Texas secretary of state's office in this time of uncertainty."#lwv #votebymail #COVID2019 tpr.org/post/texas-mat...

Embed                                View on Twitter

League of Women Voters ® of Texas (/texas)

**Address:**

APPX-000856

LWV-00000691

1212 Guadalupe, Suite 107
Austin, TX 78701

**Phone:**
☎ (512) 472-1100

**Email:**
✉ lwvtexas@lwvtexas.org (mailto:lwvtexas@lwvtexas.org)

 (https://www.facebook.com/LWVTX/)   (https://www.instagram.com/lwvtexas/)   (https://twitter.com/LWVTexas)   (https://www.youtube.com/channel/UCbxZG_I0U18_7wa1ZfcJC6w)

© Copyright League of Women Voters of Texas (https://my.lwv.org/texas). All rights reserved.

LWV-00000692

# Exhibit 64

SKIP NAVIGATION

 YouTube



## Vote By Mail in the Nov 7, 2017 Election

49 views • Sep 24, 2017

 1       0       → SHARE       SAVE       •••

**League of Women Voters of Texas**
451 subscribers

SUBSCRIBE

Who can vote by mail in Texas?

Over 65, sick or disabled, out of the county on election day or early voting, in jail but otherwise

SHOW MORE

---

Up next                                                              AUTOPLAY       

     **WATCH LIVE: Biden holds virtual town hall**
PBS NewsHour ✓
1.1K watching
LIVE NOW

     **The Tonight Show: At Home Edition (Ask the Fallons - House Slide Origin Story)**
The Tonight Show Starring Jimmy Fallon ✓

SKIP NAVIGATION

APPX-000859

LWV-00000693

Exhibit 65

Document Filed Separately Under Seal

# Exhibit 66



   



## Vote by Mail - Texas Style

175 views • May 4, 2020

 2    0    SHARE    SAVE   

 **League of Women Voters of Texas**
453 subscribers

SUBSCRIBE

The League of Women Voters of Texas encourages all currently eligible voters, especially those voters over 65 and  voters with disabilities to apply to vote by mail! We are currently working with the disability community and other voting rights organizations to make vote by mail open to all

SHOW MORE

### Up next

AUTOPLAY 


**Whistleblower Rick Bright's Damning Testimony on Trump's COVID-19 Failures: A Closer Look**
Late Night with Seth Meyers ✓
1.8M views • 1 day ago

Fundraiser   New


**Season 7 Bloopers | The Office US | Comedy Bites**
Comedy Bites ✓
Recommended for you

SKIP NAVIGATION

Exhibit 67

Document Filed Separately Under Seal

Exhibit 68

Document Filed Separately Under Seal

# Exhibit 69

# EXHIBIT V

# The State of Texas



Elections Division
P.O. Box 12060
Austin, Texas 78711-2060
www.sos.state.tx.us

Phone: 512-463-5650
Fax: 512-475-2811
Dial 7-1-1 For Relay Services
(800) 252-VOTE (8683)

## Secretary of State

July 1, 2019

Perla Lara
City Secretary of McAllen
1300 Houston Avenue
McAllen, Texas 78505

Dear Ms. Lara,

An election inspector was assigned to observe the conduct of the June 22, 2019 Runoff Election for the City of McAllen. A copy of the inspector's report is included for your review.

We hope you find this information helpful as you evaluate the election in your city and that it may be useful to you as you plan for the training of future election judges and clerks. We appreciate the challenges you face in administering an election, and we thank you for your service to the voters of Texas. If you have any questions regarding this report, please feel free to contact us toll-free at 1-800-252-8683.

Sincerely,

Keith Ingram
Director of Elections

Enclosures

KI:TO

# INSPECTOR REPORT

**Political Subdivision Inspected:** McAllen, TX
*(Name of City, School, County, or other)*

**Date of Election:** 06/22/2019     **Inspector:** Maria Rodriguez

**Instructions:** Fill in Precinct No. and Location for each polling place observed. Answer all questions Y = Yes, N = No, N/O = Not Observed, or N/A = Not Applicable, unless otherwise indicated.

## POLLING PLACE ACCESSIBILITY

| | Pct. No. | Location | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|---|
| | 5 | McAllen High School- | | | | | | | | | |
| 1. Do all doorways allowing entrance to and exit from the polling place appear to be wide enough (32-inches wide) to accommodate a wheelchair or walker? *(Y or N)* | | Y | | | | | | | | | |
| 2. Is the polling place free of any barrier (uneven surfaces, steps, obstacles, etc.) that would impede the path of a person using a wheelchair or walker to the voting area? *(Y or N) (If N, describe the nature of the barrier in the comment section.)* | | Y | | | | | | | | | |
| 3. Is there at least one accessible parking space large enough for a van designated for individuals with disabilities near the entrance? *(Y, N or N/A if there is not a parking area.)* | | Y | | | | | | | | | |
| 4. Does the pathway leading from the parking area to the polling place appear to be at least 36 inches wide? *(Y, N or N/A if there is not a parking area.)* | | Y | | | | | | | | | |
| 5. Does the pathway leading from the parking area to the polling place appear to be free of obstructions? *(Y, N or N/A if there is not a parking area) (If N, describe the obstructions in comment section.)* | | Y | | | | | | | | | |
| 6. Does the pathway leading from the parking area to the polling place appear to be paved and/or slip resistant? *(Y, N or N/A if there is not a parking area) (If N, describe in the comment section.)* | | Y | | | | | | | | | |
| 7. If there are stairs necessary for entering or leaving the polling place, is there a non-slip ramp with handrails on both sides that appears to be 36" wide and not too steep? *(Y, N or N/A if there are no stairs.)* | | N/A | | | | | | | | | |

APPX-000871

8. Do all sidewalk curbs adjacent to the accessible entrance of the polling place have curb cuts or non-slip ramps? *(Y, N or N/A if there are no curbs.)* | Y | | | | | | | | |

9. If the polling place is not on ground level, is it accessible by an elevator with doors wide enough to accommodate a wheelchair/walker (32 inches wide)? *(Y, N or N/A if polling place is on ground level.)* | N/A | | | | | | | | |

10. What type of accessible voting device is in use at the polling place?
*(See list below, and indicate letter, or N/A is there if not an accessible voting device.)*
  a.  HART eSlate
  b.  HART Verity Touch w/Access
  c.  ES&S iVotronic
  d.  ES&S ExpressVote
  e.  ES&S AutoMARK
  f.  Diebold AccuVote TS R6 or TSX | D | | | | | | | | |

11. If a disabled voter used the accessible voting device, was the voter able to cast his or her ballot on the device without assistance (beyond setting the machine up for the voter)?
*(Y, N or N/A if no disabled voter voted on the device.)* | N/A | | | | | | | | |

## ELECTIONEERING AND LOITERING

12. Are 100-foot distance markers established? *(Y or N)* | Y | | | | | | | | |

13. Did you observe electioneering inside distance markers by:
*(Y, N or N/O if electioneering was not observed) (If Y, indicate letter.)*
  a.  Candidates?
  b.  News / Media?
  c.  Campaign Workers?
  d.  Voters after Voting?
  e.  Other? (Describe in comment section.) | N/O | | | | | | | | |

14. Did you observe loitering inside distance markers by:
*(Y, N or N/O if loitering was not observed) (If Y, indicate letter.)*
  a.  Candidates?
  b.  News / Media?
  c.  Campaign Workers?
  d.  Voters after Voting?
  e.  Other? (Describe in comment section.) | N/O | | | | | | | | |

## PAPERWORK

15. Is the official list of registered voters maintained on paper or electronically (such as an e-pollbook)? *("P" for paper or "E" for electronic.)*

16. Is the poll list used by the election official (either the physical list of registered voters or an e-pollbook) notated to show which voters voted early by personal appearance or by applying to vote by mail? *(Y or N)*

17. Is there a Combination Form or Poll List used by the election workers to add the names of the voters after they checked-in to vote? *(The Combination Form/Poll List may be maintained in electronic format.)*

18. Is there a Combination Form or Signature Roster for the voter to sign after being qualified by the election worker? *(The Combination Form/Signature Roster may be maintained in electronic format, and voter will sign electronically.)* *(Y or N)*

19. Are the Voter Information Poster and the Sample Ballot posted in prominent locations in the voting area? *(Y or N)*

20. Is the List of Declared Write-In Candidates (if applicable) posted in each voting booth? *(Y, N or N/A if no list of write-in candidates required.)*

## POLLING PLACE PROCEDURES

21. Did the presiding judge print or produce a report (such as a "zero tape") to indicate that zero votes has been case before opening the polling place? *(Y, N or N/O)*

22. Are the voting booths positioned in a manner that preserves voters' privacy? *(Y or N)*

23. Are all election officials wearing a nametag or badge showing their name and position? *(Y or N)*

24. Is each voter asked if he/she has moved from the address shown on the official list of registered voters? *(Note: The exact form of the question is not important; some workers ask if the address shown is a good address, etc.)* *(Y or N)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| E | | | | | | | | | |
| N | | | | | | | | | |
| Y | | | | | | | | | |
| Y | | | | | | | | | |
| N | | | | | | | | | |
| | | | | | | | | | |
| Y | | | | | | | | | |
| Y | | | | | | | | | |
| Y | | | | | | | | | |
| Y | | | | | | | | | |

APPX-000873

| Question | | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|---|
| 25. If a voter indicated that their residence address was different than their address on the list of registered voters and/or the voter was in "suspense" status, did the election official ask the voter to complete a Statement of Residence? *(Y, N or N/A if the situation did not occur.)* | N | | | | | | | | | |
| 26. Were the completed Statements of Residence placed in envelope designated for the county voter registrar? *(Y, N or N/A if situation did not occur.)* | N/A | | | | | | | | | |
| 27. Are voters required to provide an acceptable form of identification? *(Y or N)* | Y | | | | | | | | | |
| 28. If a voter's name is not an exact match but is substantially similar, is the voter asked to acknowledge the similar name affidavit? *(Y, N or N/A if situation did not occur.)* | N/A | | | | | | | | | |
| 29. If a voter did not appear on the official list of registered voters, but presented an acceptable form of identification and a current voter registration certificate indicating the voter is registered in *this* precinct, was the voter allowed to cast a regular ballot? *(Y, N or N/A if situation did not occur.)* | N/A | | | | | | | | | |
| 30. If a voter did not appear on the official list of registered voters, but presented an acceptable form of ID and a current voter registration certificate indicating the voter is registered in *another* precinct, was the voter required to verify that they are a resident of the precinct at which they are voting by acknowledging the voter's affidavit? *(Y, N or N/A if situation did not occur) (If N/A, proceed to question 32.)* | N/A | | | | | | | | | |
| 31. If a voter cast a ballot under the situation described in Question 30, were they allowed to vote a regular ballot? *(Y or N)* | N/A | | | | | | | | | |
| 32. Did election workers leave ballots and/or voting equipment unattended while the polls were open? *(Y or N) (If 'Y', please describe in comment section.)* | N | | | | | | | | | |
| 33. Did the election judge periodically check for discarded election related materials left by previous voters in the polling place properly discard it? *(Y or N)* | Y | | | | | | | | | |
| 34. In a primary election, are the clerks stamping party affiliation on the voter registration certificate or giving the voter a Certificate of Affiliation? *(Y, N or N/A if this is not a primary election.)* | N/A | | | | | | | | | |
| 35. Were people in line at the time the closing of polls (by 7 p.m.)? *(Y, N, or N/A if you were not at the polling place at the time the polls closed) (If N, please proceed to question 37.)* | Y | | | | | | | | | |

APPX-000874

| | | Y | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 36. | If yes to Question 35, were they allowed to vote? *(Y or N)* | Y | | | | | | | |
| 37. | Did the judge print out and sign the precinct totals after the polls closed? *(Y. N or N/O If you were not at the polling place for the closing of the polls) (Note: You are required to be at one of the polling locations at closing time.)* | Y | | | | | | | |

**ELECTRONIC VOTING SYSTEMS** *(If the polling place is using Optical or hand counted paper ballots, proceed to Question 42.)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 38. | Was the flash memory card secured with a lock and numbered seal? *(Y, N or N/O)* | Y | | | | | | | |
| 39. | Did you witness any illegal tampering of the electronic voting devices? *(Y or N)* | N | | | | | | | |
| 40. | Did the equipment operate properly? *(Y or N) (If N, detail problem and actions taken by the election officials in the comment area.)* | Y | | | | | | | |
| 41. | If a voter walked away from a DRE without pressing the "CAST" button, did the poll workers CANCEL the ballot? *(Y, N or N/A if DREs were not used or no voter walked away.)* | N/A | | | | | | | |

**ASSISTANCE TO VOTER** *(If you did not observe voter assistance move to the Bilingual Assistance, proceed to Question 46)*

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 42. | When assisted by election officials, did two officials perform assistance to the voter? *(Y or N)* | N/A | | | | | | | |
| 43. | Were poll watchers allowed to observe assistance if being assisted by two election officials? *(Y, N or N/A if no poll watchers were present.)* | N/A | | | | | | | |
| 44. | When a voter brought in their own assistant, did the person assisting take the Oath of Assistance? *(Y, N or N/A, if voter did not bring their own assistant.)* | N/A | | | | | | | |
| 45. | When a voter brought in their own assistant, was the name and address of the assistant recorded next to the voter's name on the poll list? *(Y, N or N/A, if voter did not bring their own assistant.)* | N/A | | | | | | | |

**BILINGUAL ASSISTANCE**

| | | | | | | | | | |
|---|---|---|---|---|---|---|---|---|---|
| 46. | Are there bilingual written instructions for voters? *(Y or N)* | Y | | | | | | | |

| Question | Answer | | | | | | | |
|---|---|---|---|---|---|---|---|---|
| 47. Are the ballots bilingual? *(Y or N)* | N/A | | | | | | | |
| 48. Are bilingual election clerks available on site? *(Y or N)* | Y. | | | | | | | |
| 49. Were interpreters requested or needed by voters? *(Y or N) (If N go to question 52.)* | N | | | | | | | |
| 50. Were voters told they could select an interpreter of their choice if needed? *(Y or N)* | N/A | | | | | | | |
| 51. Did you see the interpreters when given the oath of interpreter? *(Y or N)* | N/A | | | | | | | |
| **PROVISIONAL VOTING** *(If you did not observe any persons voting provisionally, please proceed to Question 62.)* | | | | | | | | |
| 52. If a voter did not have an acceptable form of identification, were they notified that they could cast a provisional ballot? *(Y or N or N/A if there were not any voters that appeared without an acceptable ID.)* | N/A | | | | | | | |
| 53. If a voter's name on their ID did not match or was not substantially similar to the name on the list of registered voters, were they notified that they can cast a provisional ballot? *(Y, N or N/A if no voter's name was found to be not identical or substantially similar.)* | N/A | | | | | | | |
| 54. Does the polling place have provisional ballots and provisional ballot affidavit envelopes (the envelopes are usually green in color)? *(Note: If the polling place uses DREs, a provisional ballot may be cast on the electronic voting system.) (Y or N)* | Y | | | | | | | |
| 55. If optical scan paper ballots are used, is "Provisional Ballot" stamped or written on the back of the ballot, along with the judge's name? *(Y, N, or N/A if provisional optical scan paper ballots are not used.)* | N/A | | | | | | | |
| 56. If optical scan paper ballots are used, are secret ballot envelopes (the envelopes are usually white in color) provided to the provisional voter? *(Y, N, or N/A if provisional optical scan paper ballots are not used.)* | N/A | | | | | | | |
| 57. Were all provisional voters given a "Notice to Provisional Voter"? *(Y or N)* | N/A | | | | | | | |
| 58. Were voters required to complete the provisional voter affidavit prior to casting their provisional ballot? *(Y or N)* | N/A | | | | | | | |

APPX-000876

| | | | | | | | | |
|---|---|---|---|---|---|---|---|---|

59. After marking their provisional ballot, did the voter place their sealed provisional ballot affidavit envelope in a secure ballot box or other container? *(Y or N)* — N/A

60. Were the names of voters who voted a provisional ballot recorded on the "List of Provisional Voters" and noted on the Combination Form? *(Y or N)* — N/A

61. After the polls were closed, was the "List of Provisional Voters" placed in the designated envelope? *(Y, N or N-A if not at the polling place for closing of the polls.)* — N/A

**GENERAL QUESTIONS**

62. Were poll watchers in the polling place? *(Note: poll watchers are no longer required to be at the polling place prior to 7:00 a.m.). (Y or N) (If N, please proceed to question 66.)* — Y

63. Did the poll watcher(s) wear a badge identifying them as a poll watcher? *(Y or N)* — Y

64. Did you observe any problems/issues with poll watchers? *(Y or N) (If Y, explain in the comments section of this report or attach another page.)* — Y

65. Did any problems/issues develop between the judge(s) and the clerks? *(Y or N) (If Y, explain in the comments section of this report or attach another page while at the polling location.)* — N/A

**PAPER BALLOTS** *(ONLY answer these questions if you are at a polling using hand counted paper ballots.)*

66. Were there two rotating ballot boxes for receiving voted ballots and one ballot box for depositing counted ballots? *(Y or N)* — N/A

67. Were ballots counted while the polls were open on Election Day? *(Y or N)* — N/A

68. If ballots were counted during the day, was the count begun only after the polls had been open for one hour and there were at least 10 ballots in the ballot box? *(Y or N)* — N/A

69. Were ballots counted by a set of counting officers consisting of at least one officer who removed the ballots from the box and read them aloud, and one or more officers who entered the votes cast on three original tally sheets? *(Y or N)* — N/A

APPX-000877

## COMMENT SECTION

Use this section to describe any noteworthy occurrence you observed while you were present at any of the polling places.  Identify polling place by precinct number.

Provide County Central Counting Station irregularities if you were there at the end of election night for ballot delivery and counting.

This report is true and correct to the best of my knowledge and is an accurate report as observed.

Date: 06/26/2019

Signature of Inspector: MARIA Rodriguez

APPX-000878



**Inspector Report for Early Voting Ballot Board Meeting**

**Political Subdivision Inspected:** McAllen, TX
*(Name of City, School, County, or other)*

**Date of Election:** 6/22/2019      **Inspector:** Maria Rodriguez

**Type of Voting:** ☐ Paper   ☑ Optical Scan

**Instructions:** Answer all questions Y, N, Not/Observed, or Not/Applicable, unless otherwise indicated.

| PAPERWORK: Did officials have... | |
|---|---|
| 1.  Early voting poll list? *(Y or N)* | Y |
| 2.  Jacket Envelopes containing applications, carrier envelopes, and other accompanying information? *(Y or N)* | Y |
| 3.  List of Declared Write-In Candidates, if any. *(Y, N or N/A)* | N/A |
| 4a. Envelope #1? *(Y or N)* | Y |
| 4b. Envelope #2? *(Y or N)* | Y |
| 4c. Envelope #3? *(Y or N)* | Y |
| 4d. Envelope #4? *(Y or N)* | Y |
| **MISCELLANEOUS:** | |
| 5.  How many members did the early voting ballot board consist of? *(Provide number)* | 5 |
| 6.  When were the early voting ballot materials delivered to the early voting ballot board? *(Provide time/estimation)* | 2:30 PM |
| 7.  Did the early voting ballot board/signature verification committee meet prior to election day to qualify the early voting ballots? *(i.e., to compare the signature on the application for a ballot by mail with the signature on the carrier envelope.)* *(Y or N)* | N |
| 8.  In counties with over 100,000 population using electronic voting- did the EVBB begin counting ballots <u>before</u> election day? *(Y, N or N/A)* | N |
| **PROCEDURES:** | |
| 9.  Were the early voting ballot boxes delivered with two locks and a numbered wire seal? *(Y, N or N/A, if ballot boxes were not used)* | N* |
| 10. If the ballots were not pre-qualified the day/night before meeting, did the ballot board members compare signatures properly? *(Y, N or N/A)* | Y |
| 11. Did the ballot board review each application to ensure it was a valid application? *(Y or N)* | Y |
| 12. If you answered no to #10 or #11, what were the procedures? *(Provide explanation below.)* | |
| 13. Once the ballots were qualified, did the ballot board open the carrier envelopes, remove the ballot envelopes, and then deposit the unopened ballot envelopes into a ballot box? *(Y or N)* | Y |
| 14. If you answered no to #13, what procedure were used? *(Provide explanation below.)* | |
| 15. Once qualified, was the voter's name entered on the early voting poll list? *(Y or N)* | Y |
| 16. Were the applications, carrier envelopes, and accompanying papers put back in the voter's jacket envelope? *(Y or N)* | Y |

| | |
|---|---|
| 17. Did the ballot board make sure there were at least 10 ballots in the ballot box before removing ballots from the ballot envelope and COUNTING the ballots? If not, please explain below. *(Y or N)* | Y |
| 18. Were the completed Affidavits and Statements of Residence placed in Envelope Number 4 or another container designated for the county voter registrar? *(Y, N or N/A)* | N/A |
| 19. Were ballots rejected if the carrier envelopes were marked "Statement Enclosed" and did not contain the "Statement of Residence"? *(Y, N or N/A)* | N/A |
| 20. If the statement of residence was not found in the carrier envelope, did the board open the ballot envelope at that time to confirm it was not enclosed with the ballot? *(Y or N)* | N/A |
| 21. Were ballots rejected if the list of registered voters had "ID" marked next to the voter's name and no copy of ID (or no completed Notice to Voter Who Must Provide ID) was enclosed? *(Y or N)* | N/A |
| 22. If no ID was enclosed in the carrier envelope, did the board open the ballot envelope at that time to confirm a copy of ID or completed Notice was not enclosed with the ballot? *(Y or N)* | N/A |
| 23. Were poll watchers present? *(Y or N) ) If not wearing a nametag please write in comment section number 25.* | N |
| 24. Were there any problems with poll watchers? *If yes, explain in the comments section of this report or attach another page.* | N/A |

25. Explanations:

#12 _____

_____

#14 _____

_____

#23 _____

_____

#24 _____

_____

_____

26. Provide specific information concerning any unusual activity personally observed by you.
In my opinion, board members were having a hard time agreeing on signatures and had a little trouble on other issues
When ballots were delivered to the EVBB it was not locked or sealed.

**This report is true and correct to the best of my knowledge and is an accurate report as observed.**

**Date:** 6/22/2019 _____     **Signature of Inspector:** *Maria Rodriguez* _____