IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| Dr. George Richardson, § <br> Rosalie Weisfeld, Austin § <br> Justice Coalition, Coalition § <br> of Texans with Disabilities, § <br> Move Texas Civic Fund, § <br> League of Women Voters § <br> Of Texas and American GI § <br> Forum of Texas, Inc. § <br>     *Plaintiffs,* § <br> § <br> v. § <br> § <br> Texas Secretary of State § <br> Trudy Hancock, in her official § <br> Capacity as Brazos County § <br> Elections Administrator and § <br> Perla Lara in her official § <br> Capacity as City of McAllen, § <br> Texas Secretary, § <br>     *Defendants* § | Civil Action No.: 5:19-CV-00963 |

## APPENDIX FOR DEFENDANT BRAZOS COUNTY ELECTIONS ADMINISTRATOR TRUDY HANCOCK'S MOTION FOR SUMMARY JUDGMENT

| | |
|---|---|
| Exhibit 1 | Deposition of Linton A. Mohammed, Phd |
| Exhibit 2 | Deposition of Dr. George Richardson |
| Exhibit 3 | Deposition of Rosalie Weisfeld |
| Exhibit 4 | Deposition of Austin Justice Coalition, by and through their designated representative, Larissa Rodionov |
| Exhibit 5 | Deposition of Coalition of Texans With Disabilities, by and through their designated representative, Chase Bearden |
| Exhibit 6 | Deposition of Move Texas Civic Fund, by and through their designated representative, Hilliard Drew Galloway |
| Exhibit 7 | Deposition of League of Women Voters of Texas, by and through their designated representative, Grace Chimene <br> - Exhibit 11 |
| Exhibit 8 | Deposition of Trudy Hancock <br> - Exhibit 7 |