IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| **Dr. George Richardson,** | § | |
| **Rosalie Weisfeld, Austin** | § | |
| **Justice Coalition, Coalition** | § | |
| **of Texans with Disabilities,** | § | |
| **Move Texas Civic Fund,** | § | |
| **League of Women Voters** | § | |
| **Of Texas and American GI** | § | |
| **Forum of Texas, Inc.** | § | |
| *Plaintiffs,* | § | |
| | § | |
| **v.** | § | **Civil Action No.: 5:19-CV-00963** |
| | § | |
| **Texas Secretary of State** | § | |
| **Trudy Hancock, in her official** | § | |
| **Capacity as Brazos County** | § | |
| **Elections Administrator and** | § | |
| **Perla Lara in her official** | § | |
| **Capacity as City of McAllen,** | § | |
| **Texas Secretary,** | § | |
| *Defendants* | § | |

## ORDER GRANTING DEFENDANT BRAZOS COUNTY ELECTIONS ADMINISTRATOR TRUDY HANCOCK'S MOTION FOR SUMMARY JUDGMENT

On _____, 2020, the Court considered Defendant Trudy Hancock's, in her official capacity as Brazos County Elections Administrator, Motion for Summary Judgment.

After due consideration of the motion, replies and responses, if any, and the arguments of counsel, the Court hereby **GRANTS** the motion.

Signed on this \_\_\_ day of _____, 2020.

_____
United States District Judge