UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS, and AMERICAN GI FORUM OF TEXAS, INC., | § § § § § § § § § | |
| *Plaintiffs* | § § | |
| v. | § § | Civil Case No. 5:19-cv-00963-OG |
| TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY, | § § § § § § § | |
| *Defendants*. | § § | |

## SUPPLEMENTAL APPENDIX

## TABLE OF CONTENTS

70. Deposition of Dr. Linton A. Mohammed Transcript Excerpts ……………………….4
71. Austin Justice Coalition 30(b)(6) Deposition Transcript Excerpts ………………15
72. League of Women Voters of Texas 30(b)(6) Deposition Transcript Excerpts ……………………………………………………………………………..28
73. MOVE Texas Civic Fund 30(b)(6) Deposition Transcript Excerpts ……………..44
74. Declaration of Chase Bearden……………………………………………………59
75. Deposition of Rosalie Weisfeld ………………………………………………….59
76. Texas Secretary of State 30(b)(6) Deposition Transcript Excerpts ………………70
77. Deposition of Trudy Hancock Transcript Excerpts ……………………………….84
78. Brazos County Elections Administrator 30(b)(6) Deposition Transcript Excerpts ……………………………………………………………………..98
79. Deposition of Perla Lara Transcript Excerpts ……………………………………109
80. City of McAllen City Secretary 30(b)(6) Deposition Transcript Excerpts ……………………………………………………………………………..125
81. Deposition of Dr. George Richardson ……………………………………………136

Dated: July 6, 2020

Respectfully submitted,

/s/  Hani Mirza

**TEXAS CIVIL RIGHTS PROJECT**

Mimi M.D. Marziani
Texas Bar No. 24091906
mimi@texascivilrightsproject.org
Hani Mirza
Texas Bar No. 24083512
hani@texascivilrightsproject.org
Ryan V. Cox
Texas Bar No. 24074087
ryan@texascivilrightsproject.org
Zachary D. Dolling
Texas Bar No. 24105809
zachary@texascivilrightsproject.org

1405 Montopolis Drive
Austin, Texas 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)

**WILLKIE FARR & GALLAGHER LLP**

Richard Mancino (NY Bar No. 1852797)
Samuel Kalar (NY Bar No. 5360995)
JoAnna Suriani (NY Bar No. 5706395)

787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: rmancino@willkie.com
       skalar@willkie.com
       jsuriani@willkie.com

-AND-

Jennifer J. Hardy (TX Bar No. 24096068)
Denis A. Fallon (TX Bar No. 24059731)
Garrett Johnston (TX Bar No. 24087812)
Audra White (TX Bar No. 24098608)

600 Travis Street, Suite 2100

Houston, Texas 77002
Telephone: (713) 510-1700
Facsimile: (713) 510-1799
Email: jhardy2@willkie.com
      afallon@willkie.com
      gjohnston@willkie.com
      awhite@willkie.com

***COUNSEL FOR PLAINTIFFS***

## CERTIFICATE OF SERVICE

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record on July 6, 2020 through the Electronic Case File System of the Western District of Texas.

/s/  Hani Mirza

# Exhibit 70

SUPP APPX-000004

UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT OF TEXAS

SAN ANTONIO DIVISION

---oOo---

DR. GEORGE RICHARDSON, ROSALIE  )
WEISFELD, AUSTIN JUSTICE        )
COALITION, COALITION OF TEXANS  )
WITH DISABILITIES, MOVE TEXAS   )
CIVIC FUND, LEAGUE OF WOMEN     )
VOTERS OF TEXAS, AND AMERICAN   )
GI FORUM OF TEXAS, INC.,        )
                                )
        Plaintiffs,             )
vs.                             ) No. 5:19-cv-00963
                                )
TEXAS SECRETARY OF STATE,       )
TRUDY HANCOCK, IN HER OFFICIAL  )
CAPACITY AS BRAZOS COUNTY       )
ELECTIONS ADMINISTRATOR AND     )
PERLA LARA IN HER OFFICIAL      )
CAPACITY AS CITY OF MCALLEN,    )
TEXAS SECRETARY,                )
                                )
        Defendants.             )
_____ )


Remote Videotaped Oral Deposition of

LINTON A. MOHAMMED, PhD

30(b)(6)

Monday, May 4th, 2020


Reported by:
KIMBERLEE SCHROEDER, CSR, RPR, CCRR
TX CSR 10925 - CA CSR 11414

2

```
 1                      APPEARANCES

 2          (All Appearances Via Remote Videoconference)

 3   For the Plaintiffs:

 4      TEXAS CIVIL RIGHTS PROJECT
        By:  HANI MIRZA
 5           RYAN COX
             ZACHARY DOLLING
 6           Attorneys at Law
        1405 Montopolis Drive
 7      Austin, Texas 78741
        Ph:  512-474-5073
 8      E-mail:  hani@texascivilrightsproject.org
                 ryan@texascivilrightsproject.org
 9               zachary@texascivilrightsproject.org

10   - and -

11      WILLKIE, FARR & GALLAGHER, LLP
        By:  JOANNA SURIANI
12           Attorney at Law
        1875 K Street NW
13      Washington, D.C. 20006
        Ph:  202-303-1193
14      E-mail:  jsuriani@willkie.com

15      By:  SAMUEL KALAR
             Attorney at Law
16      787 Seventh Avenue
        New York, New York 10019
17      Ph:  212-728-8724
        E-mail:  skalar@willkie.com

18

19   For the Defendant Texas Secretary of State:

20      OFFICE OF THE ATTORNEY GENERAL OF TEXAS
        By:  ANNE MARIE MACKIN
21           Assistant Attorney General
        General Litigation Division
22      P.O. Box 12548, Capitol Station
        Austin, Texas 78711
23      Ph:  512-463-2798
        E-mail:  anna.mackin@oag.texas.gov

24
        (Continued)
25
```

Linton Mohammed - 5/4/2020

3

1                       APPEARANCES (Continued)

2  For the Defendant Perla Lara in Her Official Capacity as
   City of McAllen, Texas Secretary:
3
       CITY OF MCALLEN
4      By:  ISAAC JOEL TAWIL
            AUSTIN STEVENSON
5           Attorneys at Law
       1300 W Houston Ave
6      McAllen, Texas 78501-5002
       Ph:  956-681-1090
7      E-mail:  itawil@mcallen.net
                astevenson@mcallen.net
8
9  Also Present:

10     AMELIA CHRISTOPHER, Videographer

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

Integrity Legal Support Solutions
www.integrity-texas.com

1                    I N D E X

2    DEPOSITION OF LINTON A. MOHAMMED, PhD

3    EXAMINATION                                    PAGE

4   BY MS. MACKIN                                    8
     BY MR. MIRZA                                     91
5
     ERRATA AND SIGNATURE                             94
6    REPORTER'S CERTIFICATION                         96
                         ---oOo---
7

                          EXHIBITS
8
     DEFENDANTS'                                      PAGE
9
     Exhibit 1   Defendant Secretary of State's     10
10               Notice of Oral Deposition of Dr.
                 Linton A. Mohammed
11
     Exhibit 2   Declaration of Dr. Linton A.        11
12               Mohammed

13   Exhibit 3   Honors Theses, "Form-Blindness and  79
                 Its Implications:  A Verification
14               Study," Meredith G. Moody

15                       ---oOo---

16

17

18

19

20

21

22

23

24

25

Integrity Legal Support Solutions
www.integrity-texas.com

1           BE IT REMEMBERED that on Monday, May 4, 2020,

2  commencing at the hour of 11:17 a.m., via remote

3  videoconferencing, before me, KIMBERLEE SCHROEDER, a

4  Certified Shorthand Reporter in and for the State of

5  Texas and the State of California, duly authorized to

6  administer oaths pursuant to Section 30(c) of the

7  Federal Rules of Civil Procedure and the Texas Rules of

8  Civil Procedure, personally appeared.

9                LINTON A. MOHAMMED, PhD,

10  called as a witness herein by the Defendants, who,

11  having been duly sworn, was thereupon examined as

12  hereinafter set forth.

13

14

15

16

17

18

19

20

21

22

23

24

25

SUPP APPX-000009

1  **of everything that went into the pot when you prepared**

2  **your report.  So if there is any other information about**

3  **the plaintiffs that we haven't already talked about that**

4  **you considered.**

5      A.   No.  The only thing I had asked plaintiffs'

6  counsel was whether Dr. Richardson was a medical doctor.

7      **Q.   And why did you want to know that?**

8      A.   When I looked at both signatures, the first

9  signature, I guess on the mail-in ballot or the

10 application, was a very quickly written, what I call a

11 mixed-style signature.

12          The second signature on the ballot itself was

13 a more, what I call a more readable text-based styled

14 signature.  So I inquired if Dr. Richardson was a

15 medical doctor because the first signature would have

16 been more what I'm used to seeing from medical doctors

17 on prescriptions:  a very hastily written, scribbled

18 signature.  Whereas, the second signature was more --

19 was a signature of what I would term better quality.

20     **Q.   And why was that relevant?**

21     A.   Because it would give an explanation as to why

22 Dr. Richardson had two different signature styles.  One

23 was his, what I would call his prescription-style

24 signature.  And the other one was a more formal

25 signature.

1      Q.   In your expert opinion as a forensic document

2   examiner, were the two signatures made by Dr. Richardson

3   a match?

4      A.   No.  I would say they were pictorially

5   dissimilar.

6      Q.   Okay.

7           MR. MIRZA:  I just want to note for the record

8   I put in an objection.

9           Mr. Mohammed, just wait a couple of seconds so

10  I can add my objections in.

11          THE WITNESS:  Okay.  Sure.

12          MS. MACKIN:  Q.  On your report, Dr. Mohammed,

13  it mentions that you reviewed the plaintiffs' complaint

14  in this case; correct?

15     A.   Yeah.

16     Q.   Have you reviewed any other pleadings in this

17  case?

18     A.   No.

19     Q.   What is your understanding -- and I'm not

20  asking for a legal conclusion.  I know you're not here

21  to offer that.  But what is your understanding of the

22  complaints that the plaintiffs are making in this case?

23     A.   That they -- they signed -- they signed the

24  mail-in ballot application, and they signed the ballots,

25  and the signatures on the ballots were rejected, and

1    rejections."

2              What did you mean by the phrase "different

3    signature styles and features"?

4         A.   Okay.  So signatures can be classified into

5    three types.  First one is called a text-based signature

6    where you can look at the signature and know the

7    person's name, and in Dr. Richardson's example which is

8    in front of us, the second signature on the ballot would

9    be a text-based signature.  You can look at that

10   signature and read the name "George A." -- excuse me --

11   "George A. Richardson."

12             The top signature, or the first signature on

13   the application, is what I would call a mixed-style

14   signature.  There's a second classification where you

15   can look at the signature, and you can read about two or

16   three legible features in the signature, and the rest

17   you can't see what it means.

18             And then the third type is called a stylized

19   signature, which can read anything, any characters in

20   the signature.  That is basically a pattern.  For

21   example, you find that people who write stylized

22   signatures have more variations in their signatures than

23   people who write text-based signatures.

24             So someone looking at signatures who is

25   unaware of this may not be able to assess the variation

1  in the stylized signatures as much as they should.

2      Q.   Is it more difficult to compare signatures of

3  different styles than it is to compare signatures of the

4  same style?

5      A.   You basically cannot -- cannot compare

6  signatures of different styles.  It has to be like with

7  like, apples with apples, oranges with oranges.  So

8  that's why with Dr. Richardson's case where the first

9  signature was a mixed-style, the second signature was a

10  text-based style, there's not much to compare with those

11  signatures.

12      Q.   Then moving to paragraph 33, so there you

13  describe Type I errors, which the report indicates occur

14  when a non-genuine signature is deemed genuine.  Type II

15  errors occur when a genuine signature is deemed

16  non-genuine.

17          Then you say, "Type II errors are considered

18  more egregious than Type I."  By whom?

19      A.   By FDEs because, as an FDE who spent most of

20  my career in crime labs, if I'm -- let's say a check was

21  written, and someone said, "Oh, this signature has been

22  forged," and I opine incorrectly that it's genuine, then

23  the person gets away with it.

24          If, on the other hand, they bring the

25  signature and said it is forged and I opine it is

SUPP APPX-000013

Linton Mohammed - 5/4/2020

96

1  STATE OF TEXAS     )

2                  REPORTER'S CERTIFICATION

3         I, KIMBERLEE SCHROEDER, CSR, RPR, CCRR,

4  Certified Shorthand Reporter for the State of Texas,

5  License No. 10925 and the State of California, License

6  No. 11414, hereby certify that the witness was duly

7  sworn and that this transcript is a true record of the

8  testimony given by the witness.

9         I further certify that I am neither counsel

10  for, related to, nor employed by any of the parties or

11  attorneys in the action in which this proceeding was

12  taken.  Further, I am not a relative or employee of any

13  attorney of record in this cause, nor am I financially

14  or otherwise interested in the outcome of the action.

15         Subscribed and sworn to by me this day, the

16  21st day of May, 2020.

17

18

19

20  _____

21  KIMBERLEE SCHROEDER, CSR, RPR, CCRR
   TX CSR No. 10925 - CA CSR No. 11414

22

23

24

25

Integrity Legal Support Solutions
www.integrity-texas.com

# Exhibit 71

SUPP APPX-000015

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,    *
ROSALIE WEISFELD, AUSTIN  *
JUSTICE COALITION,        *
COALITION OF TEXANS WITH  *
DISABILITIES, MOVE TEXAS  *
CIVIC FUND, LEAGUE OF     *
WOMEN VOTERS OF TEXAS,    *
and AMERICAN GI FORUM OF  *
TEXAS, INC.,              *
                         *
        Plaintiffs,       *
                         *           CIVIL ACTION NUMBER
VS.                       *           5:19-cv-0963
                         *
TEXAS SECRETARY OF        *
STATE, TRUDY HANCOCK, IN  *
HER OFFICIAL CAPACITY AS  *
BRAZOS COUNTY ELECTIONS   *
ADMINISTRATOR, AND PERLA  *
LARA IN HER OFFICIAL      *
CAPACITY AS CITY OF       *
McALLEN, TEXAS            *
SECRETARY,                *
                         *
        Defendants.       *


Remote Oral Deposition of

Austin Justice Coalition,

By and through their Designated Representative,

LARISSA RODIONOV

May 20, 2020

10:16 a.m.


Reported by:

Micheal A. Johnson, RDR, CRR

2

1              REMOTE ORAL DEPOSITION OF AUSTIN JUSTICE

2    COALITION, BY AND THROUGH THEIR DESIGNATED

3    REPRESENTATIVE, LARISSA RODIONOV, produced at the

4    instance of the Defendant, Texas Secretary of State,

5    in the above-styled and numbered cause on the

6    20th day of May, 2020, at 10:16 a.m., before Micheal

7    A. Johnson, RDR, CRR, Notary Public in and for the

8    State of Texas, reported by realtime stenographic

9    means, at the location of the witness, Austin,

10   Texas, pursuant to Notice of Oral Deposition, and in

11   accordance with the Federal Rules of Civil

12   Procedure.

13

14

15

16

17

18

19

20

21

22

23

24

25

3

```
 1                    REMOTE APPEARANCES

 2   ON BEHALF OF THE PLAINTIFFS:

 3     JoAnna Suriani
       WILLKIE FARR & GALLAGHER LLP
 4     1875 K Street, N.W.
       Washington, D.C. 20006-1238
 5     (202) 303-1193
       jsuriani@willkie.com
 6
       Samuel Kalar
 7     WILLKIE FARR & GALLAGHER LLP
       787 Seventh Avenue
 8     New York, New York 10019-6099
       (212) 728-8724
 9     skalar@willkie.com

10     Zachary Dolling
       Hani Mirza
11     Ryan Cox
       TEXAS CIVIL RIGHTS PROJECT
12     1405 Montopolis Drive
       Austin, Texas 78741
13     (512) 474-5073
       zachary@texascivilrightsproject.org
14     hani@texascivilrightsproject.org
       ryan@texascivilrightsproject.org
15
16   ON BEHALF OF THE DEFENDANT
     TEXAS SECRETARY OF STATE:
17
       Anne Marie Mackin
18     ASSISTANT ATTORNEY GENERAL
       Post Office Box 12548
19     Austin, Texas 78711-2548
       (512) 463-2798
20     anna.mackin@oag.texas.gov

21

22

23

24

25
```

SUPP APPX-000018

4

```
 1                 REMOTE APPEARANCES (CONT.)

 2   ON BEHALF OF THE DEFENDANT
     TRUDY HANCOCK IN HER OFFICIAL CAPACITY AS BRAZOS
 3   COUNTY ELECTIONS ADMINISTRATOR:

 4     J. Eric Magee
       ALLISON, BASS & MAGEE, LLP
 5     402 West 12th Street
       Austin, Texas 78701
 6     (512) 482-0701
       e.magee@allison-bass.com
 7
       Bruce L. Erratt
 8     BRAZOS COUNTY ATTORNEY'S OFFICE
       300 East 26th Street, Suite 1300
 9     Bryan, Texas 77803
       (979) 775-7400
10     berratt@brazoscountytx.gov

11
     ON BEHALF OF THE DEFENDANT
12   PERLA LARA IN HER OFFICIAL CAPACITY AS CITY OF
     McALLEN, TEXAS SECRETARY:
13
       Isaac J. Tawil
14     Austin Stevenson
       CITY OF McALLEN
15     1300 West Houston Avenue
       McAllen, Texas 78501-5002
16     (956) 681-1090
       itawil@mcallen.net
17     astevenson@mcallen.net

18
     ALSO PRESENT:
19
       Amelia Christopher, Video Technician
20

21

22

23

24

25
```

SUPP APPX-000019

Austin Justice Coalition - 5/20/2020

5

1                          INDEX
                    LARISSA RODIONOV
2                     May 20, 2020

3

     REMOTE APPEARANCES                          3
4
     PROCEEDINGS                                 7
5

6
 EXAMINATION OF LARISSA RODIONOV:
7
     BY MS. MACKIN                               7
8
     BY MR. TAWIL                               67
9
     BY MR. MAGEE                               70
10

11
     CORRECTIONS AND SIGNATURE                  72
12
     REPORTER'S CERTIFICATION                   73
13

14

15

16

17

18

19

20

21

22

23

24

25

SUPP APPX-000020

Austin Justice Coalition - 5/20/2020

6

```
 1                    DEPOSITION EXHIBITS
                        LARISSA RODIONOV
 2                        May 20, 2020

 3
      NUMBER                DESCRIPTION            MARKED
 4
      Exhibit 1    Defendant Secretary of           11
 5                 State's Notice of Oral
                   Deposition Pursuant to
 6                 Federal Rule of Civil
                   Procedure 30
 7
      Exhibit 2    Plaintiffs' Original             22
 8                 Complaint

 9    Exhibit 3    Fiscal Sponsorship               31
                   Agreement
10                 AJC-00000029 -
                   AJC-00000031
11
      Exhibit 4    Austin Justice Coalition         36
12                 PowerPoint Presentation
                   AJC-00000017 -
13                 AJC-00000028

14    Exhibit 5    Excel Spreadsheet,               51
                   LRO52020_EX05
15
      Exhibit 6    Excel Spreadsheet,               54
16                 LR052020_EX06

17    Exhibit 7    County Elections Division        61
                   Instructions and
18                 Addresses for Ballot by
                   Mail Application
19                 AJC-00000002 -
                   AJC-00000003
20

21

22

23

24

25
```

SUPP APPX-000021

1                    PROCEEDINGS

2                 LARISSA RODIONOV,

3   called as a witness, having been duly sworn by a

4   Notary Public, was examined and testified as

5   follows:

6                    EXAMINATION

7   BY MS. MACKIN:

8        Q.    Good morning.  May I please have you

9   speak and spell your name for the record.

10       A.    Larissa Rodionov, L-a-r-i-s-s-a

11   R-o-d-i-o-n-o-v.

12       Q.    And I'm sorry, will you pronounce your

13   last name again since I'm going to be using it

14   throughout this deposition and I don't want to mess

15   it up?

16       A.    Okay.  Rodionov.

17       Q.    Rodionov.  Okay.

18       A.    You're welcome to use my first name if

19   that's better.

20       Q.    I appreciate that.  Thank you.

21             Good morning.  My name is Anna Mackin.  I

22   am an attorney and I represent the Secretary of

23   State in this lawsuit.  I'm going to be asking you

24   some questions today.  Have you ever been deposed

25   before?

Austin Justice Coalition - 5/20/2020

67

1                    EXAMINATION

2   BY MR. TAWIL:

3       Q.    Good afternoon, ma'am.  I do not want to

4   mispronounce your name, with a last name like Tawil,

5   I'm sensitive to mispronunciation, so how do you say

6   your last name again?

7       A.    Rodionov.

8       Q.    Rodionov.  Okay.  Ms. Rodionov, I

9   appreciate you taking the time to testify for us

10  today.  I have just a short list of questions I'd

11  like to go over with you.  Does the Austin -- what's

12  the official name of your organization, the Austin

13  Justice Coalition?

14      A.    Yes.

15      Q.    Do you have any members from McAllen,

16  Texas?

17      A.    Not that I'm aware of.

18                MR. KALAR:  Objection to form.

19                But go ahead.

20  BY MR. TAWIL:

21      Q.    Do you know if the Austin Justice

22  Coalition has ever engaged any voter or potential

23  voter in McAllen, Texas?

24                MR. KALAR:  Objection to form.

25                But go ahead.

1    A.    I can't say for certain either way.  We

2  do not keep -- so the jail population can include

3  people from all over Texas.  We don't have records

4  of where all the people we've registered voters, we

5  don't keep records of where they are all from or the

6  same thing with the ballot by mail population, so

7  it's possible, but I can't say for sure.

8  BY MR. TAWIL:

9    Q.    Do you know if you ever -- if the Austin

10  Justice Coalition ever assisted a voter to register

11  to vote in a McAllen election?

12              MR. KALAR:  Object to form.

13  BY MR. TAWIL:

14    Q.    Let me limit that in time.  Since 2017?

15              MR. KALAR:  Same objection.

16    A.    In McAllen, specifically for a McAllen

17  city election?

18  BY MR. TAWIL:

19    Q.    Any election in McAllen.

20    A.    Again, I can't say for certain.  I don't

21  know where all the people have come from.

22    Q.    Has anybody that voted by mail in an

23  election in McAllen ever reached out to the Austin

24  Justice Coalition for assistance as a result of any

25  issue related to the ballot by mail that they cast?

Austin Justice Coalition - 5/20/2020

70

```
 1              THE WITNESS:  Thanks.

 2                    EXAMINATION

 3  BY MR. MAGEE:

 4       Q.    Hi, my name is Eric Magee and I'm the

 5  attorney that represents Brazos County elections

 6  administrator Trudy Hancock in her official

 7  capacity, and my questions are similar to

 8  Mr. Tawil's.  Has the Austin Justice Coalition ever

 9  done any work in Brazos County?

10              MR. KALAR:  Objection to form.

11       A.    We have not gone to Brazos County and

12  done any work in Brazos County, no.

13  BY MR. MAGEE:

14       Q.    So you have not visited any of the Brazos

15  County detention centers, correct?

16       A.    Correct.

17       Q.    Have you had any communications since

18  2016 with the Brazos County elections office?

19       A.    No.

20       Q.    And do you know, have you ever assisted a

21  registered voter in Brazos County in obtaining a

22  mail-in ballot application?

23              MR. KALAR:  Objection to form.

24       A.    Again, I can't say for certain yes or no.

25  We help anybody registering, no matter where they
```

Integrity Legal Support Solutions
www.integrity-texas.com

```
 1   lived in Texas and we don't keep good records of

 2   where all of those people are from.

 3                   MR. MAGEE:  I think I have no further

 4   questions.

 5                   MR. KALAR:  No questions from me.  We

 6   will reserve and pass the witness.

 7                   MS. MACKIN:  All right.  I think

 8   we're finished.

 9                   THE REPORTER:  Transcript orders,

10   please.

11                   MR. KALAR:  I'll put that on the

12   record.

13                   MR. TAWIL:  Sorry, Samuel.  City

14   of -- Perla Lara would like E-Tran, please.

15                   MR. MAGEE:  An E-Tran is fine with us

16   as well, Brazos County.

17                   THE REPORTER:  Samuel, I did not get

18   what you said.

19                   MR. KALAR:  Again, we would like

20   to -- we would like to read and sign, and sending

21   that to TCRP would be great.

22                   THE REPORTER:  Anyone else?  We're

23   off the record.

24                   (Deposition concluded at 12:26 p.m.)

25
```

Austin Justice Coalition - 5/20/2020

73

1                    REPORTER'S CERTIFICATION

2

3        I, Micheal A. Johnson, Registered Diplomate

4  Reporter, Certified Realtime Reporter and Notary

5  Public in and for the State of Texas, certify that

6  on the 20th day of May, 2020, I reported the Remote

7  Oral Deposition of LARISSA RODIONOV, after the

8  witness had first been duly cautioned and sworn to

9  testify under oath; said deposition was subsequently

10  transcribed by me and under my supervision and

11  contains a full, true and complete transcription of

12  the proceedings had at said time and place; and that

13  reading and signing was requested.

14        I further certify that I am neither counsel

15  for nor related to any party in this cause and am

16  not financially interested in its outcome.

17        GIVEN UNDER MY HAND AND SEAL of office on

18  this 29th day of May, 2020.

19

20

21                    _____
                      MICHEAL A. JOHNSON, RDR, CRR
22                    NCRA Registered Diplomate Reporter
                      NCRA Certified Realtime Reporter
23
                      Notary Public in and for the
24                    State of Texas
                      My Commission Expires:  8/8/2020
25

# Exhibit 72

SUPP APPX-000028

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,      *
ROSALIE WEISFELD, AUSTIN    *
JUSTICE COALITION,          *
COALITION OF TEXANS WITH    *
DISABILITIES, MOVE TEXAS    *
CIVIC FUND, LEAGUE OF       *
WOMEN VOTERS OF TEXAS,      *
and AMERICAN GI FORUM OF    *
TEXAS, INC.,                *
                            *
        Plaintiffs,         *
                            *      CIVIL ACTION NUMBER
VS.                         *      5:19-cv-0963
                            *
TEXAS SECRETARY OF          *
STATE, TRUDY HANCOCK, IN    *
HER OFFICIAL CAPACITY AS    *
BRAZOS COUNTY ELECTIONS     *
ADMINISTRATOR, AND PERLA    *
LARA IN HER OFFICIAL        *
CAPACITY AS CITY OF         *
McALLEN, TEXAS              *
SECRETARY,                  *
                            *
        Defendants.         *


          Remote Oral Deposition of

      League of Women Voters of Texas,

  By and through their Designated Representative,

              GRACE CHIMENE

              May 18, 2020

               10:08 a.m.



Reported by:

Micheal A. Johnson, RDR, CRR

League of Women Voters of Texas - 5/18/2020

2

```
1              REMOTE ORAL DEPOSITION OF LEAGUE OF WOMEN

2    VOTERS OF TEXAS, BY AND THROUGH THEIR DESIGNATED

3    REPRESENTATIVE, GRACE CHIMENE, produced at the

4    instance of the Defendant, Texas Secretary of State,

5    in the above-styled and numbered cause on the

6    18th day of May, 2020, at 10:08 a.m., before Micheal

7    A. Johnson, RDR, CRR, Notary Public in and for the

8    State of Texas, reported by realtime stenographic

9    means, at the location of the witness, Austin,

10   Texas, pursuant to Notice of Oral Deposition, and in

11   accordance with the Federal Rules of Civil

12   Procedure.

13

14

15

16

17

18

19

20

21

22

23

24

25
```

SUPP APPX-000030

League of Women Voters of Texas - 5/18/2020

3

1                     REMOTE APPEARANCES

2     ON BEHALF OF THE PLAINTIFFS:

3       JoAnna Suriani
        WILLKIE FARR & GALLAGHER LLP
4       1875 K Street, N.W.
        Washington, D.C. 20006-1238
5       (202) 303-1193
        jsuriani@willkie.com
6
        Samuel Kalar
7       WILLKIE FARR & GALLAGHER LLP
        787 Seventh Avenue
8       New York, New York 10019-6099
        (212) 728-8724
9       skalar@willkie.com

10      Zachary Dolling
        Hani Mirza
11      Ryan Cox
        TEXAS CIVIL RIGHTS PROJECT
12      1405 Montopolis Drive
        Austin, Texas 78741
13      (512) 474-5073
        zachary@texascivilrightsproject.org
14      hani@texascivilrightsproject.org
        ryan@texascivilrightsproject.org
15

16    ON BEHALF OF THE DEFENDANT
      TEXAS SECRETARY OF STATE:
17
        Anne Marie Mackin
18      ASSISTANT ATTORNEY GENERAL
        Post Office Box 12548
19      Austin, Texas 78711-2548
        (512) 463-2798
20      anna.mackin@oag.texas.gov

21

22

23

24

25

SUPP APPX-000031

League of Women Voters of Texas - 5/18/2020

4

```
 1              REMOTE APPEARANCES (CONT.)

 2  ON BEHALF OF THE DEFENDANT
    TRUDY HANCOCK IN HER OFFICIAL CAPACITY AS BRAZOS
 3  COUNTY ELECTIONS ADMINISTRATOR:

 4    J. Eric Magee
      ALLISON, BASS & MAGEE, LLP
 5    402 West 12th Street
      Austin, Texas 78701
 6    (512) 482-0701
      e.magee@allison-bass.com
 7
      Bruce L. Erratt
 8    BRAZOS COUNTY ATTORNEY'S OFFICE
      300 East 26th Street, Suite 1300
 9    Bryan, Texas 77803
      (979) 775-7400
10    berratt@brazoscountytx.gov

11
    ON BEHALF OF THE DEFENDANT
12  PERLA LARA IN HER OFFICIAL CAPACITY AS CITY OF
    McALLEN, TEXAS SECRETARY:
13
      Isaac J. Tawil
14    Austin Stevenson
      CITY OF McALLEN
15    1300 West Houston Avenue
      McAllen, Texas 78501-5002
16    (956) 681-1090
      itawil@mcallen.net
17    astevenson@mcallen.net

18
    ALSO PRESENT:
19
      Brian Christopher, Video Technician
20

21

22

23

24

25
```

5

1                             INDEX
                         GRACE CHIMENE
2                        May 18, 2020

3
     REMOTE APPEARANCES                          3
4
     PROCEEDINGS                                 8
5

6
  EXAMINATION OF GRACE CHIMENE:
7
     BY MS. MACKIN                               8
8
     BY MR. TAWIL                               88
9
     BY MR. MAGEE                               94
10
     BY MS. SURIANI                            107
11
     BY MS. MACKIN                             110
12

13
     CORRECTIONS AND SIGNATURE                 118
14
     REPORTER'S CERTIFICATION                  119
15

16

17

18

19

20

21

22

23

24

25

SUPP APPX-000033

6

```
 1                 DEPOSITION EXHIBITS
                      GRACE CHIMENE
 2                    May 18, 2020

 3
      NUMBER              DESCRIPTION           MARKED
 4
      Exhibit 1    Defendant Secretary of         11
 5                 State's First Amended
                   Notice of Oral Deposition
 6                 Pursuant to Federal Rule
                   of Civil Procedure 30
 7
      Exhibit 2    Plaintiffs' Original           20
 8                 Complaint

 9    Exhibit 3    League of Women Voters of      37
                   Texas Education Fund
10                 (TEF) Proposed Budget for
                   2016-2018
11                 LWV-00000575

12    Exhibit 4    Explanation of Proposed        47
                   Budgets for 2016-2018
13                 Excerpts from 2016
                   Convention Workbook
14                 LWV-00000020 –
                   LWV-00000022
15
      Exhibit 5    Explanation of Proposed        65
16                 Budgets
                   LWV-00000068 –
17                 LWV-00000069

18    Exhibit 6    Explanation of Proposed        66
                   Budgets
19                 LWV-00000240 –
                   LWV-00000241
20
      Exhibit 7    Explanation of Proposed        68
21                 Budget for 2020-2022
                   LWV-00000151 –
22                 LWV-00000153

23

24

25
```

SUPP APPX-000034

7

```
1                    DEPOSITION EXHIBITS
                        GRACE CHIMENE
2                       May 18, 2020

3
    NUMBER              DESCRIPTION           MARKED
4
    Exhibit 8      PowerPoint, LWV,             71
5                  Empowering voters
                   Defending democracy, Get
6                  in the Game
                   LWV-00000272 -
7                  LWV-00000295

8   Exhibit 9      PowerPoint, LWV              71
                   Empowering voters
9                  Defending democracy, Vote
                   by Mail
10                 LWV-00000344 -
                   LWV-00000367
11
    Exhibit 10     Excel Spreadsheet            82
12                 LWV-00000701

13  Exhibit 12     Facebook Screenshot         110
                   LWV-00000702
14
    Exhibit 13     Facebook Screenshot         113
15                 LWV-00000703

16

17

18

19

20

21

22

23

24

25
```

SUPP APPX-000035

League of Women Voters of Texas - 5/18/2020

8

```
 1                  PROCEEDINGS
 2                  GRACE CHIMENE,
 3   called as a witness, having been duly sworn by a
 4   Notary Public, was examined and testified as
 5   follows:
 6                  EXAMINATION
 7   BY MS. MACKIN:
 8        Q.    Good morning, my name is Anna Mackin.
 9   I'm an attorney with the Texas Office of the
10   Attorney General and I represent the defendant, the
11   Texas Secretary of State, in this lawsuit.  I'm
12   going to be taking your deposition today.
13             Would you please speak and spell your
14   name for the record.
15        A.    Grace Chimene, G-r-a-c-e C-h-i-m-e-n-e.
16        Q.    And, Ms. Chimene, I understand that you
17   have been deposed before; is that correct?
18        A.    Yes.
19        Q.    How many times?
20        A.    Once.
21        Q.    And was it also a virtual deposition,
22   just like this one today?
23        A.    Yes, it was.  Yes.  But I had an office
24   and now I don't have an office.
25        Q.    Well, thank you for your time today.
```

League of Women Voters of Texas - 5/18/2020

29

```
 1        Q.    And who developed it?

 2        A.    The LWVUS.

 3        Q.    Okay.  So you mentioned that the mission

 4   statement changed.  Would you say that the

 5   mission -- the actual mission of the League of Women

 6   Voters of Texas has changed over time?

 7        A.    No, I don't think so.  Not since I've

 8   been in it.

 9        Q.    And this actually pivots nicely into the

10   next thing I want to talk about.  You mentioned

11   League of Women Voters US.

12        A.    Uh-huh.

13        Q.    What is that?

14        A.    The League of Women Voters is a

15   three-tiered organization.  When you join the League

16   of Women Voters as a member, you normally join as

17   a -- into your local league, so the league that

18   serves your community, because that's where your

19   local activities are done.  When you join your local

20   league, you also are joining as a member of the

21   state league and the US league.  So we're all one

22   organization.  We speak with one voice and it is --

23   but it is serving -- the local leagues serve the

24   populations of the community, the state league

25   serves the whole state and the US league serves all
```

Integrity Legal Support Solutions
www.integrity-texas.com

League of Women Voters of Texas - 5/18/2020

30

1  the US.

2       Q.    And can you explain to me a little bit

3  more -- I know this might not be a great question.

4  I'm just -- so I'm sorry.  Let me know if it doesn't

5  make sense -- but a little bit more about the

6  relationship between the US league, the state

7  leagues and the local leagues.

8       A.    The relationship?  So we're all members

9  of the same organization.  All our membership data

10  is kept up at the LWVUS.  So when you join, you

11  join -- you pay the money to join.  It's a

12  membership organization.  You pay the money to join.

13  Some of the money stays at the local level, some of

14  the money goes to the state level and some of the

15  money goes to the US level.

16       Q.    That's helpful.

17       A.    The positions -- yeah, okay.  The

18  positions are -- at the national level, we support

19  everything they do.  We support that at the state

20  level and also at the local level.  So we are a

21  membership organization.  We don't do something that

22  is not supported by one of our positions at the US

23  level, state or local level.  Does that make sense?

24       Q.    And so would there maybe be some

25  circumstances in which a state league or a local

League of Women Voters of Texas - 5/18/2020

31

1   league has a specific position that the national

2   league doesn't -- I'm not saying like something

3   contradictory, I mean something like more specific.

4       A.    Right.  And so they would, because a

5   local level league -- a local league is serving

6   their community.  So they may have -- take specific

7   issues in regard to traffic or in regard to access

8   to playgrounds, access to parks.  They may take --

9   you know, just things that have to do with the local

10  level.  So in the Houston area, it might be having

11  to do with the flooding that's going on.  Although

12  they may be using a state position, they may change

13  it a little bit -- they still support it, but to

14  make -- to help more at the local level, to be more

15  specific about what they support at the local level.

16      Q.    And I want to understand a little bit

17  more about how funds move between the different

18  levels, to the extent that they do.  I think you

19  mentioned that the -- that members pay dues and some

20  of it goes to local, some of it goes to state, some

21  of it goes to US; is that right?

22      A.    Yes.  They call it a per-member payment,

23  and you'll see that in some of the documents.  And a

24  per-member payment is what you pay when you join.

25  It's not really dues.  It's really something else, a

1  membership payment.  And that those per-member

2  payments, some stays at the local level, some at the

3  state level and the US level.  And any money that

4  comes in on top of that, the local leagues can keep.

5  So oftentimes people will make donations to their

6  local league to help pay for the Voters Guide or

7  some other activity that's going on and that would

8  be on top of the per-member payment.

9      Q.    And the League of Women Voters of Texas

10 currently -- we're going to get a little bit more

11 into the weeds of this later on -- but currently is

12 a 501(c)(3) organization; is that right?

13     A.    The League of Women Voters of Texas is

14 now a 501(c)(3).

15     Q.    And do you know the tax status of the

16 national League of Women Voters, whether it's a

17 501(c)(3)?

18     A.    They have -- there is a 501(c)(3) called

19 LWVUS Education Fund and there's a 501(c)(4), which

20 is probably -- but I'm not the president of the

21 LWVUS.

22     Q.    Fair enough.

23     A.    But I think -- that's my understanding.

24     Q.    You're not testifying on behalf of the

25 LWVUS, so I --

1  local league, right, in Texas that you have?

2      A.    Yes.

3      Q.    And the number of members?

4      A.    Right.

5      Q.    And then you account for anybody that's

6  not a member of one of the local leagues, down here

7  at the bottom where it says, individual state

8  members?

9      A.    Yes.

10      Q.    And it identifies 34?

11      A.    Yes.

12      Q.    So of those 34, you believe there are

13  members from Brazos County in that 34 total?

14      A.    Yes.

15      Q.    Okay.  How many; do you know?

16      A.    When you're -- we sent in the

17  information, I believe it was three, but I would

18  have to look.

19      Q.    Okay.  Then I wanted to go to Exhibit 5,

20  which is LW3 --

21      A.    Wait a second.

22      Q.    Exhibit 7, which is LW344.

23      A.    344.  Yes.  Just a second.  Yes.

24      Q.    Let me get over here to the right page.

25  I'm sorry, let me just tell you a different one.

1  one last question I wanted to ask you is, so we

2  talked a bit about the structure of the League of

3  Women Voters of Texas and the local leagues.  Is

4  there a local league for all of the 254 counties in

5  Texas?

6       A.    No, there is not.  What we do is -- so

7  any community that doesn't have a local league, the

8  League of Women Voters of Texas provides them the

9  service the best we can.  We provide Voter Guides,

10  we provide voter education and we do the county

11  election website survey and provide election

12  administrators with information to help them provide

13  best -- use best practices to provide voters with

14  information.

15       Q.    Great.  That makes sense.  So if a member

16  doesn't have a local league in their county, you

17  said already -- you testified already that they're

18  members at large.  Is that right, generally?

19       A.    They used to be -- in some places they're

20  called -- in some states they're called members at

21  large.  In Texas, because of the MAL being something

22  that we don't want to call people, we try to call

23  them more often, statewide members.

24       Q.    Understood.

25             MS. SURIANI:  Well, that's all I

League of Women Voters of Texas - 5/18/2020

119

1          REPORTER'S CERTIFICATION

2

3          I, Micheal A. Johnson, Registered Diplomate

4    Reporter, Certified Realtime Reporter and Notary

5    Public in and for the State of Texas, certify that

6    on the 18th day of May, 2020, I reported the Remote

7    Oral Deposition of GRACE CHIMENE, after the witness

8    had first been duly cautioned and sworn to testify

9    under oath; said deposition was subsequently

10   transcribed by me and under my supervision and

11   contains a full, true and complete transcription of

12   the proceedings had at said time and place; and that

13   reading and signing was requested.

14          I further certify that I am neither counsel

15   for nor related to any party in this cause and am

16   not financially interested in its outcome.

17          GIVEN UNDER MY HAND AND SEAL of office on

18   this 29th day of May, 2020.

19

20

21   _____
     MICHEAL A. JOHNSON, RDR, CRR
22   NCRA Registered Diplomate Reporter
     NCRA Certified Realtime Reporter
23   Notary Public in and for the
     State of Texas
24   My Commission Expires:  8/8/2020

25

SUPP APPX-000043

# Exhibit 73

SUPP APPX-000044

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,    *
ROSALIE WEISFELD, AUSTIN  *
JUSTICE COALITION,        *
COALITION OF TEXANS WITH  *
DISABILITIES, MOVE TEXAS  *
CIVIC FUND, LEAGUE OF     *
WOMEN VOTERS OF TEXAS,    *
and AMERICAN GI FORUM OF  *
TEXAS, INC.,              *
                          *
          Plaintiffs,     *
                          *          CIVIL ACTION NUMBER
VS.                       *          5:19-cv-0963
                          *
TEXAS SECRETARY OF        *
STATE, TRUDY HANCOCK, IN  *
HER OFFICIAL CAPACITY AS  *
BRAZOS COUNTY ELECTIONS   *
ADMINISTRATOR, AND PERLA  *
LARA IN HER OFFICIAL      *
CAPACITY AS CITY OF       *
McALLEN, TEXAS            *
SECRETARY,               *
                          *
          Defendants.     *


Remote Oral Deposition of

MOVE Texas Civic Fund,

By and through their Designated Representative,

HILLIARD DREW GALLOWAY

May 22, 2020

10:02 a.m.


Reported by:

Micheal A. Johnson, RDR, CRR

1          REMOTE ORAL DEPOSITION OF MOVE TEXAS CIVIC

2    FUND, BY AND THROUGH THEIR DESIGNATED

3    REPRESENTATIVE, HILLIARD DREW GALLOWAY, produced at

4    the instance of the Defendant, Texas Secretary of

5    State, in the above-styled and numbered cause on the

6    22nd day of May, 2020, at 10:02 a.m., before Micheal

7    A. Johnson, RDR, CRR, Notary Public in and for the

8    State of Texas, reported by realtime stenographic

9    means, at the location of the witness, Austin,

10   Texas, pursuant to Notice of Oral Deposition, and in

11   accordance with the Federal Rules of Civil

12   Procedure.

13

14

15

16

17

18

19

20

21

22

23

24

25

SUPP APPX-000046

```
 1                    REMOTE APPEARANCES

 2   ON BEHALF OF THE PLAINTIFFS:

 3     JoAnna Suriani
       WILLKIE FARR & GALLAGHER LLP
 4     1875 K Street, N.W.
       Washington, D.C. 20006-1238
 5     (202) 303-1193
       jsuriani@willkie.com
 6
       Samuel Kalar
 7     WILLKIE FARR & GALLAGHER LLP
       787 Seventh Avenue
 8     New York, New York 10019-6099
       (212) 728-8724
 9     skalar@willkie.com

10     Zachary Dolling
       Hani Mirza
11     Ryan Cox
       TEXAS CIVIL RIGHTS PROJECT
12     1405 Montopolis Drive
       Austin, Texas 78741
13     (512) 474-5073
       zachary@texascivilrightsproject.org
14     hani@texascivilrightsproject.org
       ryan@texascivilrightsproject.org
15

16   ON BEHALF OF THE DEFENDANT
     TEXAS SECRETARY OF STATE:
17
       Anne Marie Mackin
18     ASSISTANT ATTORNEY GENERAL
       Post Office Box 12548
19     Austin, Texas 78711-2548
       (512) 463-2798
20     anna.mackin@oag.texas.gov

21

22

23

24

25
```

SUPP APPX-000047

```
 1              REMOTE APPEARANCES (CONT.)

 2  ON BEHALF OF THE DEFENDANT
    TRUDY HANCOCK IN HER OFFICIAL CAPACITY AS BRAZOS
 3  COUNTY ELECTIONS ADMINISTRATOR:

 4    J. Eric Magee
      ALLISON, BASS & MAGEE, LLP
 5    402 West 12th Street
      Austin, Texas 78701
 6    (512) 482-0701
      e.magee@allison-bass.com
 7
      Bruce L. Erratt
 8    BRAZOS COUNTY ATTORNEY'S OFFICE
      300 East 26th Street, Suite 1300
 9    Bryan, Texas 77803
      (979) 775-7400
10    berratt@brazoscountytx.gov

11
    ON BEHALF OF THE DEFENDANT
12  PERLA LARA IN HER OFFICIAL CAPACITY AS CITY OF
    McALLEN, TEXAS SECRETARY:
13
      Isaac J. Tawil
14    Austin Stevenson
      CITY OF McALLEN
15    1300 West Houston Avenue
      McAllen, Texas 78501-5002
16    (956) 681-1090
      itawil@mcallen.net
17    astevenson@mcallen.net

18
    ALSO PRESENT:
19
      Amelia Christopher, Video Technician
20

21

22

23

24

25
```

SUPP APPX-000048

5

1                              INDEX
                     HILLIARD DREW GALLOWAY
2                         May 22, 2020

3
    REMOTE APPEARANCES                              3
4
    PROCEEDINGS                                     7
5

6
  EXAMINATION OF HILLIARD DREW GALLOWAY:
7
    BY MS. MACKIN                                   7
8
    BY MR. STEVENSON                               49
9

10
    CORRECTIONS AND SIGNATURE                      59
11
    REPORTER'S CERTIFICATION                       60
12

13

14

15

16

17

18

19

20

21

22

23

24

25

SUPP APPX-000049

```
 1                    DEPOSITION EXHIBITS
                    HILLIARD DREW GALLOWAY
 2                       May 22, 2020

 3
      NUMBER               DESCRIPTION            MARKED
 4
      Exhibit 1      Defendant Secretary of        10
 5                   State's Notice of Oral
                     Deposition Pursuant to
 6                   Federal Rule of Civil
                     Procedure 30
 7
      Exhibit 2      Plaintiffs' Original          19
 8                   Complaint

 9    Exhibit 3      MOE Texas 2020 Budgets        35
                     MOVE-00000917 -
10                   MOVE-00000919

11    Exhibit 4      09/05/2019 through            45
                     09/09/2019 E-mail Chain
12                   MOVE-00000519 -
                     MOVE-00000522
13
      Exhibit 5      07/05/2019 E-mail Chain       50
14                   MOVE-00000004 -
                     MOVE-00000007
15

16

17

18

19

20

21

22

23

24

25
```

SUPP APPX-000050

```
 1                    PROCEEDINGS
 2               HILLIARD DREW GALLOWAY,
 3   called as a witness, having been duly sworn by a
 4   Notary Public, was examined and testified as
 5   follows:
 6                    EXAMINATION
 7   BY MS. MACKIN:
 8       Q.    Good morning, Mr. Galloway.  If I could
 9   please have you speak and spell your name for the
10   record.
11       A.    Good morning.  My name is Hilliard,
12   H-i-l-l-i-a-r-d, Drew, D-r-e-w, Galloway,
13   G-a-l-l-o-w-a-y.
14       Q.    Thank you.  And we had the opportunity to
15   cover some ground when I took your deposition for
16   another case, so I'm going to try to avoid
17   duplicative things, but -- and hopefully get us out
18   of here maybe a little earlier on our Friday.
19            Just a couple of those reminders.  We
20   will both try not to speak over one another so that
21   Mr. Johnson can get an accurate record of everything
22   that is said.  And obviously, if you need a break at
23   any time, just let me know.  Okay?
24       A.    Yes.  It's good to see you again.
25       Q.    You too.  I think -- was it a Friday the
```

12

1   what did you communicate to them?

2       A.    I shared the deposition notice with them

3   and instructed them that I would be representing the

4   organization in this capacity.

5       Q.    And is that what you communicated to the

6   Alliance for Youth Organizing as well?

7       A.    That's correct.

8       Q.    Anything else?

9       A.    Other than reviewing the files that were

10  produced, that's it.

11      Q.    Okay.  And what did the staff of MOVE

12  Texas Civic Fund search for in providing documents

13  to respond to this request?

14      A.    I directed the staff of MOVE Texas Action

15  Fund, which, again, is shared with MOVE Texas Civic

16  Fund, to search their e-mail account, to search

17  their cloud drives, storage drives, and to search

18  their computers for a series of terms.  There were

19  nine of them.  And they ranged from mail-in ballot,

20  to signature, to signature rejection.

21      Q.    Okay.  Thank you for that.  And other

22  than the documents that were produced to us, did you

23  review any other documents to prepare for the

24  deposition today?

25      A.    No.

1   campuses, community colleges, high schools, but as I

2   mentioned before, we register anybody to vote and we

3   assist any Texan.

4   BY MR. STEVENSON:

5        Q.    Did you assist Rosalie Weisfeld in

6   registering to vote?

7                   MR. COX:  Objection, asked and

8   answered.

9                   But go ahead, Drew.

10       A.    Not to my knowledge.

11  BY MR. STEVENSON:

12       Q.    What precedents or activities does MOVE

13  Civic Fund engage in in Hidalgo County?

14       A.    Currently, our operations are based out

15  of Bexar County, Webb County, Guadalupe County, Hays

16  County, Travis County, Dallas County and Harris

17  County.

18       Q.    Okay.  So based on that reply, I'm

19  guessing that there's not a physical presence in

20  Hidalgo County; is that correct?

21       A.    That is correct.  Even though we do

22  interact with students who are from Hidalgo County

23  that are at a separate college campus.

24       Q.    Okay.  And what is the nature of those

25  interactions?

1   that -- or does the organization have knowledge that

2   that has actually occurred, specifically somebody

3   from Hidalgo County received education from Texas

4   MOVE Civic Fund?

5        A.    Yes.  We helped a UTSA student about four

6   weeks ago that was -- this person's a UTSA student,

7   maybe this was mid-March, and when the coronavirus

8   situation happened and UTSA closed its doors, this

9   student went back to Hidalgo County and -- which is

10  where their parents lived.  And they contacted us

11  with some questions on housing and how to like --

12  and how to like advocate for student housing and

13  that kind of stuff.  So that is an example of us

14  interacting with young people from Hidalgo County

15  that we might know or we might not know where

16  they're, like, originally from.

17       Q.    Okay.

18            MR. STEVENSON:  Thank you for your

19  time today and I'll pass the witness.

20            THE WITNESS:  Thank you.

21            MR. MAGEE:  Sorry, I couldn't find my

22  button.  I'm going to pass the witness.

23            MR. COX:  Okay.  Anna, we're just

24  going to reserve any questions, but if you have any

25  follow-ups.

61

1               REPORTER'S CERTIFICATION

2

3        I, Micheal A. Johnson, Registered Diplomate

4   Reporter, Certified Realtime Reporter and Notary

5   Public in and for the State of Texas, certify that

6   on the 22nd day of May, 2020, I reported the Remote

7   Oral Deposition of HILLIARD DREW GALLOWAY, after the

8   witness had first been duly cautioned and sworn to

9   testify under oath; said deposition was subsequently

10  transcribed by me and under my supervision and

11  contains a full, true and complete transcription of

12  the proceedings had at said time and place; and that

13  reading and signing was requested.

14       I further certify that I am neither counsel

15  for nor related to any party in this cause and am

16  not financially interested in its outcome.

17       GIVEN UNDER MY HAND AND SEAL of office on

18  this 26th day of May, 2020.

19

20

21  _____

    MICHEAL A. JOHNSON, RDR, CRR
22  NCRA Registered Diplomate Reporter
    NCRA Certified Realtime Reporter
23
    Notary Public in and for the
24  State of Texas
    My Commission Expires:  8/8/2020
25

SUPP APPX-000055

# Exhibit 74

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS, and AMERICAN GI FORUM OF TEXAS, INC., | § § § § § § § § | |
| *Plaintiffs* | § § | |
| v. | § § | Civil Case No. 5:19-cv-00963-OG |
| TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY, | § § § § § § § | |
| *Defendants*. | § § | |

## <u>DECLARATION OF CHASE BEARDEN</u>

My name is Chase Bearden. I am over the age of 18 and capable of making this declaration. The facts stated herein are within my personal knowledge.

1. I am the Deputy Executive Director of the Coalition of Texans with Disabilities (CTD).

2. CTD is a non-partisan, non-profit membership organization that works to ensure that people with disabilities may "live, work, learn, play, and participate fully in the community of their choice."

3. CTD has members, including me, who use the mail-in ballot process based on their eligibility due to a disability.

4.  CTD organizes events about, advocates around, and educates the public on subjects such as accessible voting, civil rights, and new state level initiatives with the potential to affect the disability community.

5.  Depending on the election, CTD informs voters statewide about their ability to cast a mail-in ballot, explains the rules and deadlines related to mail-in ballots, and encourages voters who are eligible to utilize mail-in ballots if they cannot vote in-person.

6.  Because persons with disabilities, including me, are especially likely to have variations in signatures because of a disability, CTD's mission is significantly frustrated by the improper rejection of disabled voters' mail-in ballots based on a signature mismatch determination.

7.  CTD must divert resources, such as staff and volunteer time and resources, to instruct voters (during trainings, through CTD's website, through CTD's reports, and through email or social media) to write out signatures neatly or to try to make signatures match when completing mail-in ballot applications and carrier envelopes in order to help reduce the chance of an improper rejection due to an alleged signature mismatch.

8.  CTD specifically diverts these resources away from other projects, such as educating people with disabilities about other mail-in voting issues, or educating people with disabilities about attendant wages or accessibility issues related to transportation, education, or other forms of voting.

This Declaration is made pursuant to 28 U.S.C. § 1746. I declare under penalty of perjury that the foregoing is true and correct.

Executed on: July 5, 2020

Chase Bearden
Deputy Executive Director
Coalition of Texans with Disabilities

# Exhibit 75

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
                       SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,      )
ROSALIE WEISFELD, AUSTIN    )
JUSTICE COALITION,          )
COALITION OF TEXANS WITH    )
DISABILITIES, MOVE TEXAS    )
CIVIC FUND, LEAGUE OF       )
WOMEN VOTERS OF TEXAS, and  )
AMERICAN GI FORUM OF        )
TEXAS, INC.,                )
      Plaintiffs,           )
                            )
vs.                         )   CASE NO. 5:19-cv-00963
                            )
TEXAS SECRETARY OF STATE,   )
TRUDY HANCOCK, IN HER       )
OFFICIAL CAPACITY AS        )
BRAZOS COUNTY ELECTIONS     )
ADMINISTRATOR, AND PERLA    )
LARA IN HER OFFICIAL        )
CAPACITY AS CITY OF         )
MCALLEN, TEXAS SECRETARY,   )
      Defendants.           )
```

ORAL AND VIDEO DEPOSITION

ROSALIE WEISFELD

MAY 13, 2020

(REPORTED REMOTELY)

1       ORAL AND VIDEO DEPOSITION OF ROSALIE WEISFELD,

2   produced as a witness at the instance of Defendant Texas

3   Secretary of State and duly sworn, was taken in the

4   above-styled and numbered cause on the 13th day of May,

5   2020, from 2:04 p.m. to 4:40 p.m., before Dana

6   Richardson, Certified Shorthand Reporter in and for the

7   State of Texas, reported remotely by computerized

8   stenotype machine, witness located at the residence of

9   Rosalie Weisfeld, 9206 Cliffwood Drive, Houston, Texas

10  77096, pursuant to the Federal Rules of Civil Procedure

11  and the provisions stated on the record or attached

12  hereto.

13

14

15

16

17

18

19

20

21

22

23

24

25

SUPP APPX-000061

Rosale Weisfeld - 5/13/2020

```
                                                               3
 1                     APPEARANCES

 2   FOR PLAINTIFFS:

 3        Mr. Hani Mirza - (via webconference)
          TEXAS CIVIL RIGHTS PROJECT
 4        1412 Main Street, Suite 330
          Dallas, Texas 75202
 5        Telephone: (972) 333-9200
          E-mail: hani@texascivilrightsproject.org
 6
             - and -
 7
          Mr. Zachary D. Dolling - (via webconference)
 8        TEXAS CIVIL RIGHTS PROJECT
          2202 Alabama Street
 9        Houston, Texas 77004
          Telephone: (832) 767-3650
10        E-mail: zachary@texascivilrightsproject.org

11           - and -

12        Mr. Samuel Kalar - (via webconference)
          WILLKIE, FARR & GALLAGHER
13        787 Seventh Avenue
          New York, New York 10019-6099
14        Telephone: (212) 728-8000
          Fax:  (212) 728-8111
15        E-mail: skalar@willkie.com

16           - and -

17        Ms. JoAnna Suriani - (via webconference)
          WILLKIE, FARR & GALLAGHER
18        1875 K Street, N.W.
          Washington, DC 20006-1238
19        Telephone: (202) 303-1193
          Fax:  (202) 303-2193
20        E-mail: jsuriani@willkie.com

21   FOR DEFENDANT TEXAS SECRETARY OF STATE:

22        Ms. Anne Marie Mackin - (via webconference)
          ASSISTANT ATTORNEY GENERAL
23        P.O. Box 12548, Capitol Station
          Austin, Texas 78711-2548
24        Telephone: (512) 463-2798
          Fax:  (512) 320-0667
25        E-mail: anna.mackin@oag.texas.gov
```

4

```
 1              APPEARANCES - (CONT'D)

 2   FOR DEFENDANT PERLA LARA IN HER OFFICIAL CAPACITY AS
     CITY OF MCALLEN, TEXAS SECRETARY:
 3
          Mr. Isaac J. Tawil - (via webconference)
 4            - and -
          Mr. Austin Stevenson - (via webconference)
 5        CITY OF MCALLEN
          1300 West Houston Avenue
 6        McAllen, Texas 78501-5002
          Telephone: (956) 681-1090
 7        E-mail: itawil@mcallen.net; astevenson@mcallen.net

 8
     FOR DEFENDANT TRUDY HANCOCK IN HER OFFICIAL CAPACITY AS
 9   BRAZOS COUNTY ELECTIONS ADMINISTRATOR:

10        Mr. J. Eric Magee - (via webconference)
          ALLISON, BASS & MAGEE, LLP
11        402 West 12th Street
          Austin, Texas 78701
12        Telephone: (512) 482-0701
          Fax:  (512) 480-0902
13        E-mail: e.magee@allison-bass.com

14   ALSO PRESENT:

15        Mr. Bruce Erratt, Brazos County - (via web)
          Ms. Trudy Hancock - (via web)
16        Ms. Amelia Christopher, Video Technician - (via web)

17

18

19

20

21

22

23

24

25
```

SUPP APPX-000063

5

```
 1                          INDEX

 2                                             PAGE

 3   Examination by Ms. Mackin .........................9
     Examination by Mr. Tawil .........................67
 4   Examination by Mr. Dolling .......................81
     Signature Page  ..................................84
 5   Court Reporter's Certificate .....................85

 6

 7                        EXHIBITS

 8   EXHIBIT              DESCRIPTION              PAGE

 9
     Exhibit 1    Defendant Secretary of State's    12
10                First Amended Notice of Oral
                  Deposition of Rosalie Weisfeld
11
     Exhibit 2    Application for Ballot by Mail     29
12
     Exhibit 3    Carrier Envelope For Early         36
13                Voting Ballot

14   Exhibit 4    Notice of Rejected Ballot          40

15   Exhibit 5    Plaintiffs' Original Complaint     47

16   Exhibit 6    Plaintiff Rosalie Weisfeld's       55
                  Objections and Responses to
17                Defendant Secretary of State's
                  First Requests For Admission,
18                Interrogatories, and Requests
                  For Production
19
     Exhibit 7    Printout of a July 4, 2019,        55
20                post from the Facebook page of
                  Rosalie Weisfeld
21
     Exhibit 8    April 11, 2019, e-mail from        57
22                Rosalie Weisfeld to Yesenia
                  Rodriguez
23
     Exhibit 9    July 5, 2019, e-mail from          61
24                Rosalie Weisfeld to Justin
                  Perez
25
```

1                    EXHIBITS (cont.)

2   EXHIBIT                    DESCRIPTION                PAGE

3

4   Exhibit 10      July 5, 2019, e-mail from          62
                    Rosalie Weisfeld to Charlie
5                   Bonner

6   Exhibit 11      Early Voting Ballot Board &        81
                    Signature Verification
7                   Committee, Handbook for
                    Election Judges and Clerks 2020
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

SUPP APPX-000065

Rosalie Weisfeld - 5/13/2020

7

1              THE REPORTER:  We're on the record.

2   Today's date is May 13, 2020.  The time is 2:04 p.m.

3   This is the deposition of Rosalie Weisfeld in the matter

4   of Dr. George Richardson, Rosalie Weisfeld, Austin

5   Justin (sic) Coalition, Coalition of Texans With

6   Disabilities, Move Texas Civic Fund, League of Women

7   Voters of Texas and American GI Forum of Texas, Inc.,

8   Plaintiffs, v. Texas Secretary of State, Trudy Hancock,

9   In Her Official Capacity at Brazos County Elections

10  Administrator, and Perla Lara In her Official Capacity

11  as City of McAllen, Texas Secretary, Defendants, pending

12  in the United States District Court for the Western

13  District of Texas, San Antonio Division in Civil Action

14  No. 5:19-cv-00963, and is being conducted by the Federal

15  Rules and agreement of the parties to the remote

16  swearing of the witness.

17              The witness located at 9206 Cliffwood

18  Drive, Houston, Texas 77096.

19              My name is Dana Richardson, Texas

20  Certified Shorthand Reporter No. 5386.  I am

21  administering the oath and reporting the deposition

22  remotely by stenographic means from my residence within

23  the state of Texas.  My business address is care of

24  Integrity Legal Support Solutions, P.O. Box 245,

25  Manchaca, Texas 78652.

Rosalie Weisfeld - 5/13/2020

8

1          Ms. Weisfeld, please raise your right hand

2     to be sworn.

3               (Witness sworn)

4          THE REPORTER:  And, Counsel, would you

5     please state your appearance and location for the

6     record, beginning with Plaintiff counsel.

7          MR. DOLLING:  Hi.  This is Zachary Dolling

8     for the plaintiffs.  I'm in Houston, Texas.

9          MR. MIRZA:  My name is Hani Mirza with the

10    Texas Civil Rights Project.  I'm also representing

11    Plaintiffs.  And I'm in Dallas, Texas.

12         MR. KALAR:  Also for the plaintiffs, I'm

13    Samuel Kalar of the law firm Willkie, Farr & Gallagher.

14    And I am dialing in from New York, New York.

15         MS. SURIANI:  And also for the plaintiffs,

16    I am JoAnna Suriani with the law firm Willkie, Farr &

17    Gallagher.  I'm in Washington, DC.

18         MR. TAWIL:  My name is Isaac Tawil,

19    attorney for Perla Lara in her official capacity of

20    Secretary of City of McAllen.  I'm in McAllen, Texas.

21         MR. MAGEE:  I'm Eric Magee.  I represent

22    Trudy Hancock in her official capacity as the Brazos

23    County Elections Administrator.  And I'm in Austin,

24    Texas.

25         MS. MACKIN:  My name is Anna Mackin with

SUPP APPX-000067

1   signature verification committee?

2        A.    Yes.   But we called it the early voting ballot

3   board.

4        Q.    Okay.   So did you serve on an early voting

5   ballot board?

6        A.    Yes.   And the signature verification committee

7   was a component of the early voting ballot board.

8        Q.    Okay.   Did you have to fill out an application

9   to -- to volunteer to do that?

10       A.    No.

11       Q.    Did you -- did you have to receive some form of

12  appointment?

13       A.    Yes.

14       Q.    Do you know who made that appointment?

15       A.    Either the Democratic Party chair -- but it --

16  or the -- probably the Democratic Party chair, but the

17  confirmation came through the county commissioner's

18  court.   It -- so it could have been the county judge or

19  one of the county commissioners.

20       Q.    Okay.   So you -- did you receive some

21  notification from the county court?

22       A.    I received a notification either through the

23  party or the election administrator.

24       Q.    Okay.   And did you serve on the signature

25  verification committee component of the EBBB that you

```
 1  STATE OF TEXAS
    COUNTY OF MONTGOMERY
 2                   REPORTER'S CERTIFICATE

 3      I, Dana Richardson, a Certified Shorthand Reporter

 4  in and for the State of Texas, do certify that this

 5  deposition transcript is a true record of the testimony

 6  given by the witness named herein, after said witness

 7  was duly sworn by me.  The witness was requested to

 8  review the deposition.

 9      I further certify that I am neither attorney or

10  counsel for, related to, nor employed by any parties to

11  the action in which this testimony is taken and,

12  further, that I am not a relative or employee of any

13  counsel employed by the parties hereto or financially

14  interested in the action.

15      I further certify that the amount of time used by
    each party at the deposition is as follows:
16
            Ms. Anna Mackin - 01:41
17          Mr. Isaac Tawil - 00:20
            Mr. Zachary D. Dolling - 00:01
18
        SUBSCRIBED AND SWORN TO under my hand and seal of
19  office on this the 26th day of May, 2020.

20  _____
    Dana Richardson, RPR, TX CSR 5386
21  Expiration:  01/31/22
    Integrity Legal Support Solutions
22  Firm Registration No. 528
    PO Box 245
23  Manchaca, Texas 78652
    (512) 320-8690
24  (512) 320-8692 (fax)

25
```

SUPP APPX-000069

# Exhibit 76

Page 1

```
 1                UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;          )
     ROSALIE WEISFELD; AUSTIN JUSTICE )
 4   COALITION; COALITION OF TEXANS   )
     WITH DISABILITIES; MOVE TEXAS    )
 5   CIVIC FUND; LEAGUE OF WOMEN      )
     VOTERS OF TEXAS; and AMERICAN GI )
 6   FORUM OF TEXAS, INC.,            )
                                      )
 7             Plaintiffs,            )
                                      )Civil Case No.
 8   v.                               )5:19-cv-00963-OLG
                                      )
 9   TEXAS SECRETARY OF STATE; TRUDY  )
     HANCOCK, in her official         )
10   capacity as BRAZOS COUNTY        )
     ELECTIONS ADMINISTRATOR; and     )
11   PERLA LARA, in her official      )
     capacity as CITY OF McALLEN,     )
12   TEXAS, SECRETARY,                )
                                      )
13             Defendants.           )
     *****************************************
14      REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF
                   BRIAN KEITH INGRAM
15                    May 11, 2020
     *****************************************
16       REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF

17   BRIAN KEITH INGRAM, produced as a witness at the

18   instance of the Plaintiffs, and duly sworn, was

19   taken in the above-styled and numbered cause on

20   May 11, 2020, from 1:37 p.m. to 4:17 p.m.,

21   remotely before Rebecca A. Graziano, CSR, RPR,

22   CRR, in and for the State of Texas, reported by

23   machine shorthand, pursuant to the Federal Rules

24   of Civil Procedure and the provisions stated on

25   the record.
```

**CERTIFIED TRANSCRIPT**



Page 2

1                    A P P E A R A N C E S

2

3    REPRESENTING THE PLAINTIFFS:

4    Mr. Ryan Cox (via videoconference)
     Mr. Hani Mirza (via videoconference)
5    Mr. Zachary D. Dolling (via videoconference)
     TEXAS CIVIL RIGHTS PROJECT
6    1405 Montopolis Drive
     Austin, Texas  78741
7    (512) 474-5073
     ryan@texascivilrightsproject.org
8    hani@texascivilrightsproject.org
     zachary@texascivilrightsproject.org
9
            and
10
     Mr. Samuel Kalar (via videoconference)
11   Ms. Joanna Suriani (via videoconference)
     WILLKIE FARR & GALLAGHER, LLP
12   787 Seventh Avenue
     New York City, New York  10019
13   (212) 728-8000
     skalar@willkie.com
14   jsuriani@willkie.com

15
     REPRESENTING THE DEFENDANT, TEXAS SECRETARY OF
16   STATE:

17   Ms. Anna Mackin (via videoconference)
     OFFICE OF THE ATTORNEY GENERAL
18   300 West 15th Street
     Austin, Texas  78701
19   (512) 463-2100
     anna.mackin@texasattorneygeneral.gov
20
     REPRESENTING THE DEFENDANT, TRUDY HANCOCK, in her
21   official capacity as BRAZOS COUNTY ELECTIONS
     ADMINISTRATOR:
22
     Mr. J. Eric Magee (via videoconference)
23   ALLISON, BASS & MAGEE, LLP
     402 West 12th Street
24   Austin, Texas  78701
     (512) 482-0701
25   e.magee@allison-bass.com



SUPP APPX-000072

Page 3

```
 1              A P P E A R A N C E S

 2

 3    REPRESENTING THE DEFENDANT, PERLA LARA, in her
      official capacity as CITY OF McALLEN, TEXAS,
 4    SECRETARY:

 5     Mr. Isaac J. Tawil (via videoconference)
       Mr. Austin W. Stevenson (via videoconference)
 6     CITY OF McALLEN CITY ATTORNEY'S OFFICE
       1300 Houston Avenue, Second Floor
 7     McAllen, Texas  78501
       (956) 681-3111
 8     itawil@mcallen.net
       astevenson@mcallen.net
 9

10    VIDEOCONFERENCE TECHNICIAN:

11     Ms. Maygun Flanagan

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



SUPP APPX-000073

RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

```
                                                         Page 4
 1                            INDEX
                                                         PAGE
 2

 3     EXAMINATION BY MR. MIRZA.........................  8

 4

 5                           EXHIBITS

 6     NUMBER          DESCRIPTION                       PAGE

 7     Exhibit 1       Notice of Deposition.................  10

 8     Exhibit 2       Email Chain; Bates SOS_001316

 9                     through 001318.......................  40

10     Exhibit 3       Survey Responses; Bates SOS_001336...  41

11     Exhibit 4       Survey Responses; Bates SOS_001392...  42

12     Exhibit 5       Survey Responses; Bates SOS_001408...  44

13     Exhibit 6       Survey Responses; Bates SOS_001411...  46

14     Exhibit 7       Inspector Report for Early Voting

15                     Ballot Board Meeting; Bates

16                     SOS_001935 through 001937............  47

17     Exhibit 8       Inspector Report for Early Voting

18                     Ballot Board Meeting;

19                     Bates SOS_004398.....................  50

20     Exhibit 9       Election Advisory; Bates SOS_025088

21                     through 025095.......................  56

22     Exhibit 10      Email Chain; Bates SOS_034540

23                     through 034541.......................  59

24

25
```



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

Page 5

```
                              EXHIBITS
 1
 2   NUMBER          DESCRIPTION                            PAGE

 3   Exhibit 11      Email Chain with Attachment;

 4                   Bates SOS_034653 through 034662

 5                   **CONFIDENTIAL DOCUMENT**............ 62

 6   Exhibit 12      Operating Budget for Fiscal Year

 7                   2020 (no Bates range)................ 71

 8   Exhibit 13      Training Manual for Voting History

 9                   in TEAM; Bates SOS_035102 through

10                   035124 - ATTORNEYS' EYES ONLY........ 81

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25
```



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

```
1                    PROCEEDINGS
2          (On the record at 1:37 p.m.)
3           THE VIDEOGRAPHER:  We are going on
4    the video record.  Today is May 11th,
5    2020.  The time is 1:37 p.m.
6           The civil action number is
7    5:19-cv-00963-OLG in the matter of
8    Dr. George Richardson, et al., versus
9    Texas Secretary of State.  The deponent is
10   Texas Secretary of State 30(b)(6), Keith
11   Ingram.  The video deposition is requested
12   by the plaintiffs' counsel, Texas Civil
13   Rights Project, Austin.
14          My name is Maygun Flanagan.  I'm
15   the videographer.  The court reporter
16   today is Becky Graziano.  We are both
17   representing HG Litigation Services.
18          Would counsel like to state their
19   appearances on the record or transcript?
20          MR. MIRZA:  Hello.  Can you hear
21   me?
22          THE VIDEOGRAPHER:  Yes.
23          MR. MIRZA:  Oh, you can hear me?
24   Okay.
25          I'd like to -- we can state it on
```



Page 7

1    the record.  My name is Hani Mirza.  I'm

2    with the Texas Civil Rights Project, and

3    I'm representing plaintiffs.

4         MR. COX:  Ryan Cox, also with the

5    Texas Civil Rights Project on behalf of

6    the plaintiffs.

7         MS. MACKIN:  Anna Mackin with the

8    Texas Office of the Attorney General,

9    representing the defendant Texas Secretary

10   of State, in her official capacity.

11        MR. MAGEE:  This is Eric Magee.

12   I'm here on behalf of defendant Trudy

13   Hancock, the Brazos County

14   electric -- elections administrator, in

15   her official capacity.

16        MR. TAWIL:  Isaac Tawil on behalf

17   of Perla Lara, City of McAllen city

18   secretary.

19        MR. KALAR:  On behalf of

20   plaintiffs, Samuel Kalar of the law firm

21   Willkie Farr & Gallagher.

22        MS. SURIANI:  And Joanna Suriani

23   from the law firm Willkie Farr & Gallagher

24   on behalf of plaintiff.

25        THE VIDEOGRAPHER:  The deponent may



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

1      now be sworn in.

2          (Witness duly sworn.)

3              BRIAN KEITH INGRAM,

4    being first duly sworn, testified as follows:

5                  EXAMINATION

6    BY MR. MIRZA:

7     Q      Okay.  Welcome back, Mr. Ingram.  I'm

8    going -- can you please state your full name for

9    the record?

10    A      Brian Keith Ingram.

11    Q      And do you remember the general guidelines

12    I spoke about for depositions this morning?

13    A      Yes.

14    Q      Are your responses to those

15    questions -- to the questions related to those

16    guidelines the same?

17    A      Yes.

18    Q      And you are the director of elections,

19    correct, for the Secretary of State?

20    A      I am.

21    Q      Okay.  And what did you do to prepare for

22    this deposition?

23    A      Well, I reviewed some documents and I met

24    with my attorneys.

25    Q      Okay.  Did you review -- did you review



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

Page 45

1    A      Okay.  I'm done.

2    Q      **Okay.  Do you believe what is mentioned**

3  **here complies with the Texas Election Code?**

4              MS. MACKIN:  Objection; form.

5              THE WITNESS:  I do.

6  BY MR. MIRZA:

7    Q      **Okay.**

8    A      Yes, it does.

9    Q      **Okay.  So early voting clerks -- well, let**

10 **me rephrase it.**

11              **Can early voting clerks help early**

12 **voting ballot boards manage the review of mail-in**

13 **ballots?**

14   A      The early voting clerk is responsible for

15 all the early voting activity, including the

16 ballot board, yes.

17   Q      **Okay.  And they -- so they can help manage**

18 **the -- their -- the signature verification review**

19 **of the mail-in ballots?**

20   A      It says that they answer questions and

21 they "deliver all replies backed by the election

22 code."  So if they have a question, the ballot

23 board has a question, then the person answering

24 this responds with election code provisions, and

25 they use the ballot board manual and direct them



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

Page 46

```
1   as needed to follow the manual.  That's perfectly
2   right.
3              They "open, reconcile, close, and lock
4   everything for the board," which is what they're
5   supposed to do because they're the custodian of
6   records, and have the judges sign off on all of
7   the forms.  That's all perfectly fine.
8   Q      Okay.  Okay.  And then this is -- I think
9   I'm on Exhibit 6 or -- I'm going to mark this as
10  Bates Number SOS_001411.
11             (Exhibit 6 marked.)
12  BY MR. MIRZA:
13  Q      I'm going to have you review the document.
14  Let me know when you want me to scroll down.
15  A      Okay.  Okay.  Okay.
16  Q      Okay.  This appears to be more survey
17  responses by local election officials; correct?
18  A      It does.
19  Q      Okay.  If you could review the first row
20  of the page and let me know when you're done.
21  A      I'm done.
22  Q      Okay.  Does the process listed in the
23  longer paragraph comply -- in that row comply with
24  the Texas Election Code?
25  A      It does.
```



Page 47

1             MS. MACKIN:  Objection; form.

2    BY MR. MIRZA:

3    **Q      And so this process does not conflict in**

4    **any way with SOS guidance?**

5    A      It doesn't appear to.  Asking a board for

6    an explanation and then explaining to them what

7    the law is does not conflict with anything.  It's

8    probably a good idea.

9    **Q      Okay.  And local election officials are**

10   **allowed to create, what's stated here, "a**

11   **shorter/more laymen-friendly version of --**

12   **version," end quote, of SOS manuals?**

13   A      Yeah.  I'd prefer that we review it before

14   they use it, if we're going to use that one or

15   not.

16   **Q      Okay.  This document starts at**

17   **Bates SOS_1935 and ends at Bates SOS_1937.  We'll**

18   **mark this as Exhibit 7.**

19           (Exhibit 7 marked.)

20   BY MR. MIRZA:

21   **Q      And I'll give you a chance to review this.**

22   **Let me know when you want me to scroll down.**

23   A      Yes, scroll down.  Go down.  Go down.  Go

24   down, down.  Go down.  Go down.  Okay.

25   **Q      Okay.  On Bates SOS_00137 [sic], can**



RICHARDSON: BRIAN KEITH INGRAM - 30(B)(6)

Page 87

```
 1              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF TEXAS
 2                 SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;            )
     ROSALIE WEISFELD; AUSTIN JUSTICE  )
 4   COALITION; COALITION OF TEXANS    )
     WITH DISABILITIES; MOVE TEXAS     )
 5   CIVIC FUND; LEAGUE OF WOMEN       )
     VOTERS OF TEXAS; and AMERICAN GI  )
 6   FORUM OF TEXAS, INC.,             )
                                       )
 7         Plaintiffs,                 )
                                       )Civil Case No.
 8   v.                                )5:19-cv-00963-OLG
                                       )
 9   TEXAS SECRETARY OF STATE; TRUDY   )
     HANCOCK, in her official          )
10   capacity as BRAZOS COUNTY         )
     ELECTIONS ADMINISTRATOR; and      )
11   PERLA LARA, in her official       )
     capacity as CITY OF McALLEN,      )
12   TEXAS, SECRETARY,                 )
                                       )
13         Defendants.                 )

14
                    REPORTER'S CERTIFICATION
15          REMOTE VIDEOTAPED DEPOSITION OF
                    BRIAN KEITH INGRAM
16                    May 11, 2020

17         I, Rebecca A. Graziano, Certified Shorthand

18    Reporter in and for the State of Texas, hereby

19    certify to the following:

20         That the witness, BRIAN KEITH INGRAM, was

21    duly sworn and that the transcript of the oral

22    deposition is a true record of the testimony given

23    by the witness;

24         I further certify that pursuant to FRCP Rule

25    30(f)(1) that the signature of the deponent:
```



SUPP APPX-000082

1        ____ was requested by the deponent or a

2    party before the completion of the deposition and

3    returned within 30 days from date of receipt of

4    the transcript.  If returned, the attached Changes

5    and Signature Page contains any changes and the

6    reasons therefor.

7        _X__ was not requested by the deponent or a

8    party before the completion of the deposition.

9        I further certify that I am neither attorney

10   nor counsel for, related to, nor employed by any

11   of the parties to the action in which this

12   testimony was taken.

13       Further, I am not a relative or employee of

14   any attorney of record in this cause, nor do I

15   have a financial interest in the action.

16       Subscribed and sworn to on this 26_ day of

17   _MAY_____ , 2020.

18

19

20

21   _____

22   Rebecca A. Graziano, CSR, RPR, CRR
     Texas CSR No. 9306
     Expiration Date:  07/31/22
23   DALLAS 69

24

25

# Exhibit 77

SUPP APPX-000084

Page 1

```
 1            UNITED STATES DISTRICT COURT
               WESTERN DISTRICT OF TEXAS
 2                SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;          )
     ROSALIE WEISFELD; AUSTIN JUSTICE )
 4   COALITION; COALITION OF TEXANS  )
     WITH DISABILITIES; MOVE TEXAS   )
 5   CIVIC FUND; LEAGUE OF WOMEN     )
     VOTERS OF TEXAS; and AMERICAN GI )
 6   FORUM OF TEXAS, INC.,           )
                                     )
 7          Plaintiffs,              )
                                     )Civil Case No.
 8   v.                              )5:19-cv-00963-OLG
                                     )
 9   TEXAS SECRETARY OF STATE; TRUDY )
     HANCOCK, in her official        )
10   capacity as BRAZOS COUNTY       )
     ELECTIONS ADMINISTRATOR; and    )
11   PERLA LARA, in her official     )
     capacity as CITY OF McALLEN,    )
12   TEXAS, SECRETARY,               )
                                     )
13          Defendants.              )
```

**CERTIFIED TRANSCRIPT**

```
14       *********************************
              REMOTE VIDEOTAPED DEPOSITION OF
15                  TRUDY HANCOCK
                    May 5, 2020
16       *********************************

17   REMOTE VIDEOTAPED DEPOSITION OF TRUDY HANCOCK,

18   produced as a witness at the instance of the

19   Plaintiffs, and duly sworn, was taken in the

20   above-styled and numbered cause on May 5, 2020,

21   from 9:39 a.m. to 1:44 p.m., remotely before

22   Rebecca A. Graziano, CSR, RPR, CRR, in and for the

23   State of Texas, reported by machine shorthand,

24   pursuant to the Federal Rules of Civil Procedure

25   and the provisions stated on the record.
```



RICHARDSON: TRUDY HANCOCK

Page 2

```
 1              A P P E A R A N C E S

 2

 3    REPRESENTING THE PLAINTIFFS:

 4    Mr. Hani Mirza (via videoconference)
      Mr. Zachary D. Dolling (via videoconference)
 5    TEXAS CIVIL RIGHTS PROJECT
      1405 Montopolis Drive
 6    Austin, Texas  78741
      (512) 474-5073
 7    hani@texascivilrightsproject.org
      zachary@texascivilrightsproject.org
 8
            and
 9
      Mr. Samuel Kalar (via videoconference)
10    Ms. Joanna Suriani (via videoconference)
      WILLKIE FARR & GALLAGHER, LLP
11    787 Seventh Avenue
      New York City, New York  10019
12    (212) 728-8000
      skalar@willkie.com
13    jsuriani@willkie.com

14
      REPRESENTING THE DEFENDANT, TEXAS SECRETARY OF
15    STATE:

16    Ms. Anna Mackin (via videoconference)
      OFFICE OF THE ATTORNEY GENERAL
17    300 West 15th Street
      Austin, Texas  78701
18    (512) 463-2100
      anna.mackin@texasattorneygeneral.gov
19

20    REPRESENTING THE DEFENDANT, TRUDY HANCOCK, in her
      official capacity as BRAZOS COUNTY ELECTIONS
21    ADMINISTRATOR:

22    Mr. J. Eric Magee (via videoconference)
      ALLISON, BASS & MAGEE, LLP
23    402 West 12th Street
      Austin, Texas  78701
24    (512) 482-0701
      e.magee@allison-bass.com

25
```



SUPP APPX-000086

RICHARDSON: TRUDY HANCOCK

Page 3

```
1                    A P P E A R A N C E S

2


3    REPRESENTING THE DEFENDANT, PERLA LARA, in her
     official capacity as CITY OF McALLEN, TEXAS,
4    SECRETARY:

5      Mr. Isaac J. Tawil (via videoconference)
       Mr. Austin W. Stevenson (via videoconference)
6      CITY OF McALLEN CITY ATTORNEY'S OFFICE
       1300 Houston Avenue, Second Floor
7      McAllen, Texas  78501
       (956) 681-3111
8      itawil@mcallen.net
       astevenson@mcallen.net

9


10   VIDEOCONFERENCE TECHNICIAN:

11     Mr. Justin McAdams

12

13   ALSO PRESENT:

14     Mr. Bruce Erratt (via videoconference)

15

16

17

18

19

20

21

22

23

24

25
```



SUPP APPX-000087

Page 4

1                            INDEX
                                                      PAGE
2

3    EXAMINATION BY MR. KALAR......................... 5

4

5                           EXHIBITS

6    NUMBER          DESCRIPTION                      PAGE

7    Exhibit 2       Ballot Applications Spreadsheet;

8                    Bates BRAZOS - 000001............... 49

9    Exhibit 3       February 2020 Election Advisory

10                   Email; Bates SOS_000737 through

11                   000741.............................. 83

12   Exhibit 4       12/5/2016 Letter to Colton

13                   Kilpatrick; Bates BRAZOS - 000053.... 108

14   Exhibit 5       11/26/2018 Letter to George

15                   Richardson; Bates BRAZOS - 000052.... 117

16

17

18

19

20

21

22

23

24

25



RICHARDSON: TRUDY HANCOCK

Page 5

1                     PROCEEDINGS
2             (On the record at 9:39 a.m.)
3                 (Witness duly sworn.)
4                   TRUDY HANCOCK,
5     being first duly sworn, testified as follows:
6                     EXAMINATION
7    BY MR. KALAR:
8     Q      Good morning, Ms. Hancock.
9     A      Good morning.
10    Q      My name is Sam Kalar, and I'm an attorney
11   representing the plaintiffs in this case, and I
12   will be taking your deposition today.
13             First things off, please state and
14   spell your first name.
15    A      Trudy Hancock, T-r-u-d-y, H-a-n-c-o-c-k.
16    Q      I'd like to go over a few general rules to
17   make sure we're both on the same page about how
18   things should go today.
19             Have you ever been deposed before?
20    A      Yes.
21    Q      This might all sound familiar.
22             So in addition to being videotaped, my
23   questions and your answers are being recorded by a
24   court reporter.  Because of this, I'm going to ask
25   that you give verbal answers so that the record is



RICHARDSON: TRUDY HANCOCK

Page 75

```
 1   election, like a primary, then the party pays
 2   them.
 3   Q      And how is the EVBB budget determined?
 4   A      I don't -- as far as I know, they don't
 5   have a budget.
 6   Q      Does the money that goes towards their
 7   salaries come from your office?
 8   A      No.
 9   Q      Where does it come from?
10   A      It comes out of the county general budget.
11   If it's a -- if it's a general election and the
12   county's paying them, then it comes out of the
13   general budget as a payroll --
14   Q      And who supervises -- oh, apologies.
15   A      I'm sorry -- as a payroll expense.
16   Q      And who supervises the EVBB?
17   A      The early -- the EVBB judge.
18   Q      And who supervises the EVBB judge?
19   A      No one, to my knowledge.
20   Q      If the EVBB rejects a mail-in ballot for
21   any reason, what happens?
22   A      They fill out a letter letting them know
23   why their ballot was rejected, and then they turn
24   those over to myself, and we make copies of those
25   letters and mail them out to them.
```



RICHARDSON: TRUDY HANCOCK

Page 89

1   Q     Do you see that?

2   A     I do.

3   Q     What does your office do to implement this

4 recommendation?

5   A     When the early voting ballot board turns

6 the paperwork over to us at the end of the day, we

7 copy those letters, put them in envelopes, address

8 them, and mail them out the next mailing day.

9   Q     And was this procedure implemented after

10 you received this advisory?

11   A     That has been our procedure.

12   Q     You always receive the ballots from the

13 advisory -- excuse me.  Withdrawn.

14         You receive the rejected ballots from

15 the EVBB, and then the following day, you mail out

16 the notices?

17   A     Yes, sir.  If it -- well, if it's a -- the

18 next mailing day.  If it's a Saturday, the mail

19 won't go out until Monday.

20   Q     So if it's a Saturday, you would mail out

21 the notices on Monday?

22   A     Correct.

23   Q     So with respect to this specific election

24 advisory, did any policy or procedure of your

25 office change?



RICHARDSON: TRUDY HANCOCK

Page 90

1    A       No, sir.

2    **Q       Did you speak with anyone at the EVBB**

3    **about this advisory?**

4    A       No, sir.

5    **Q       Did you speak with any other county**

6    **election officials about this advisory?**

7    A       Only my staff, and we didn't speak of the

8    advisory itself.  That's just our normal

9    procedure.

10   **Q       Did you speak about this bolded**

11   **recommendation with anyone on your staff?**

12   A       No, because that is already our process.

13   **Q       And what is the benefit of mailing notices**

14   **of rejected ballots out as soon as possible?**

15   A       To notify the voter.

16   **Q       And why is it beneficial to notify them**

17   **earlier rather than later?**

18   A       I had -- the way the mail service is,

19   there's not really a benefit to mailing it out as

20   soon as possible, because they're not going to get

21   it prior to election day.

22   **Q       When do you usually receive the notices**

23   **from the EVBB that you then mail out?**

24   A       At the end of the day, when they're

25   through processing their ballots, they turn all



RICHARDSON: TRUDY HANCOCK

Page 91

1  the paperwork back to us.  We get the ballots in a

2  locked box, any rejected ballots with their

3  letters, and their receipts showing that they

4  received those ballot boxes.  I'll come back to my

5  office for retention, and then at that time, we

6  process those letters.

7  **Q      And this is always on the same day that**

8  **the EVBB meets?**

9  A      Correct.

10  **Q      And on what days does the EVBB meet?**

11  A      Generally it's the Saturday before the

12  election, they meet election day, and then they

13  meet six days after the election.

14  **Q      So they usually meet twice during an**

15  **election period; is that correct?**

16  A      Two to three times, determinant on -- it's

17  just determined by how large that election is and

18  then the need.

19  **Q      I'm sorry.  I didn't catch that.**

20  **Determined by what?**

21  A      The size of the election and if there's a

22  need for them to meet more than once.

23  **Q      And who determines how often they meet?**

24  A      For our county, our size, they always meet

25  the weekend before to process those -- those



RICHARDSON: TRUDY HANCOCK

Page 92

1   ballots.  Then they meet again election day to

2   process anything that came in after, and then

3   they're required to meet six -- at least six days

4   after the election to process any late ballots or

5   provisionals.  So it's set out in the code.

6   **Q      Could they meet additional times if they**

7   **chose?**

8   A      If it's necessary.  The board -- the judge

9   would set those times.

10  **Q      And who makes that decision?**

11  A      The EVBB judge.

12  **Q      And where does the EVBB meet in Brazos**

13  **County?**

14  A      Currently they meet in the training room

15  in my office at the Ruth McLeod Building.

16  **Q      And do they coordinate with your office**

17  **every time they meet on logistics?**

18  A      Correct.

19  **Q      Is your office generally in contact with**

20  **the EVBB throughout their process?**

21  A      We're on-site in case they need any backup

22  of documentation.

23  **Q      So when the EVBB meets, is somebody from**

24  **your office present?**

25  A      We're in the office, but we are not in



Page 93

1   with the board.

2   **Q      And who from your office is in the office**

3   **during those times?**

4   A      Typically myself, Krystal Ocon, and

5   Victoria Elliott.

6   **Q      And that's every time the EVBB meets for**

7   **every election?**

8   A      Yes.

9   **Q      Is there anything in the Texas Election**

10  **Code that dictates when you need to mail a**

11  **rejection notice to a voter?**

12  A      Not to my knowledge.

13  **Q      But it is your office's practice to mail**

14  **that notice the day after receiving it from the**

15  **EVBB; correct?**

16  A      Correct.

17  **Q      And what was your process in Robertson**

18  **County?**

19  A      It was similar.

20  **Q      Was it the same?**

21  A      In Robertson County, they're smaller.  So

22  by population, their early voting ballot board

23  does not meet until the day before the election.

24  They can't meet until -- because of their size,

25  they can't meet as early, and so most of the time,



Page 130

```
 1              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF TEXAS
 2                 SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;          )
     ROSALIE WEISFELD; AUSTIN JUSTICE )
 4   COALITION; COALITION OF TEXANS  )
     WITH DISABILITIES; MOVE TEXAS   )
 5   CIVIC FUND; LEAGUE OF WOMEN     )
     VOTERS OF TEXAS; and AMERICAN GI )
 6   FORUM OF TEXAS, INC.,           )
                                     )
 7           Plaintiffs,             )
                                     )Civil Case No.
 8   v.                              )5:19-cv-00963-OLG
                                     )
 9   TEXAS SECRETARY OF STATE; TRUDY )
     HANCOCK, in her official        )
10   capacity as BRAZOS COUNTY       )
     ELECTIONS ADMINISTRATOR; and    )
11   PERLA LARA, in her official     )
     capacity as CITY OF McALLEN,    )
12   TEXAS, SECRETARY,               )
                                     )
13           Defendants.             )

14

15               REPORTER'S CERTIFICATION
             REMOTE VIDEOTAPED DEPOSITION OF
16                    TRUDY HANCOCK
                      May 5, 2020

17           I, Rebecca A. Graziano, Certified Shorthand

18   Reporter in and for the State of Texas, hereby

19   certify to the following:

20           That the witness, TRUDY HANCOCK, was duly

21   sworn and that the transcript of the oral

22   deposition is a true record of the testimony given

23   by the witness;

24           I further certify that pursuant to FRCP Rule

25   30(f)(1) that the signature of the deponent:
```



SUPP APPX-000096

1    ____ was requested by the deponent or a

2    party before the completion of the deposition and

3    returned within 30 days from date of receipt of

4    the transcript.  If returned, the attached Changes

5    and Signature Page contains any changes and the

6    reasons therefor.

7    _X_ was not requested by the deponent or a

8    party before the completion of the deposition.

9    I further certify that I am neither attorney

10   nor counsel for, related to, nor employed by any

11   of the parties to the action in which this

12   testimony was taken.

13   Further, I am not a relative or employee of

14   any attorney of record in this cause, nor do I

15   have a financial interest in the action.

16   Subscribed and sworn to on this _18 day of

17   MAY_____ , 2020.

18

19

20

21   _____

     Rebecca A. Graziano, CSR, RPR, CRR

22   Texas CSR No. 9306
     Expiration Date:  07/31/22

23   DALLAS 69

24

25

# Exhibit 78

SUPP APPX-000098

Page 1

```
 1                UNITED STATES DISTRICT COURT
                   WESTERN DISTRICT OF TEXAS
 2                    SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;             )
     ROSALIE WEISFELD; AUSTIN JUSTICE   )
 4   COALITION; COALITION OF TEXANS     )
     WITH DISABILITIES; MOVE TEXAS      )
 5   CIVIC FUND; LEAGUE OF WOMEN        )
     VOTERS OF TEXAS; and AMERICAN GI   )
 6   FORUM OF TEXAS, INC.,              )
                                        )
 7           Plaintiffs,               )
                                        )Civil Case No.
 8   v.                                 )5:19-cv-00963-OLG
                                        )
 9   TEXAS SECRETARY OF STATE; TRUDY    )
     HANCOCK, in her official           )
10   capacity as BRAZOS COUNTY          )
     ELECTIONS ADMINISTRATOR; and       )
11   PERLA LARA, in her official        )
     capacity as CITY OF McALLEN,       )
12   TEXAS, SECRETARY,                  )
                                        )
13           Defendants.               )

14        *****************************************
          VIDEOTAPED REMOTE 30(b)(6) DEPOSITION OF
15                   TRUDY HANCOCK
                     May 5, 2020
16        *****************************************

17        VIDEOTAPED REMOTE 30(b)(6) DEPOSITION OF

18   TRUDY HANCOCK, produced as a witness at the

19   instance of the Plaintiffs, and duly sworn, was

20   taken in the above-styled and numbered cause on

21   May 5, 2020, from 1:44 p.m. to 3:30 p.m., remotely

22   before Rebecca A. Graziano, CSR, RPR, CRR, in and

23   for the State of Texas, reported by machine

24   shorthand, pursuant to the Federal Rules of Civil

25   Procedure and the provisions stated on the record.
```

**CERTIFIED TRANSCRIPT**



RICHARDSON: TRUDY HANCOCK - 30(B)(6)

```
                                                          Page 2
1              A P P E A R A N C E S

2

3   REPRESENTING THE PLAINTIFFS:

4     Mr. Hani Mirza (via videoconference)
      Mr. Zachary D. Dolling (via videoconference)
5     TEXAS CIVIL RIGHTS PROJECT
      1405 Montopolis Drive
6     Austin, Texas  78741
      (512) 474-5073
7     hani@texascivilrightsproject.org
      zachary@texascivilrightsproject.org
8
            and
9
      Mr. Samuel Kalar (via videoconference)
10    Ms. Joanna Suriani (via videoconference)
      WILLKIE FARR & GALLAGHER, LLP
11    787 Seventh Avenue
      New York City, New York  10019
12    (212) 728-8000
      skalar@willkie.com
13    jsuriani@willkie.com

14

    REPRESENTING THE DEFENDANT, TEXAS SECRETARY OF
15  STATE:

16    Ms. Anna Mackin (via videoconference)
      OFFICE OF THE ATTORNEY GENERAL
17    300 West 15th Street
      Austin, Texas  78701
18    (512) 463-2100
      anna.mackin@texasattorneygeneral.gov
19

20  REPRESENTING THE DEFENDANT, TRUDY HANCOCK, in her
    official capacity as BRAZOS COUNTY ELECTIONS
21  ADMINISTRATOR:

22    Mr. J. Eric Magee (via videoconference)
      ALLISON, BASS & MAGEE, LLP
23    402 West 12th Street
      Austin, Texas  78701
24    (512) 482-0701
      e.magee@allison-bass.com

25
```



SUPP APPX-000100

RICHARDSON: TRUDY HANCOCK - 30(B)(6)

Page 3

1          A P P E A R A N C E S

2

3   REPRESENTING THE DEFENDANT, PERLA LARA, in her
    official capacity as CITY OF McALLEN, TEXAS,
4   SECRETARY:

5    Mr. Isaac J. Tawil (via videoconference)
     Mr. Austin W. Stevenson (via videoconference)
6    CITY OF McALLEN CITY ATTORNEY'S OFFICE
     1300 Houston Avenue, Second Floor
7    McAllen, Texas  78501
     (956) 681-3111
8    itawil@mcallen.net
     astevenson@mcallen.net

9

10   VIDEOCONFERENCE TECHNICIAN:

11    Mr. Justin McAdams

12

     ALSO PRESENT:
13
      Mr. Bruce Erratt (via videoconference)
14

15

16

17

18

19

20

21

22

23

24

25



Page 4

```
 1                          INDEX
                                                    PAGE
 2

 3     EXAMINATION BY MR. KALAR.......................  6

 4

 5                         EXHIBITS

 6     NUMBER          DESCRIPTION                     PAGE

 7     Exhibit 6       30(b)(6) Deposition Notice...........  7

 8     Exhibit 7       2020 Early Voting Ballot Board and

 9                     Signature Verification Committee

10                     Handbook for Election Judges and

11                     Clerks; Bates SOS_000428 through

12                     000477.............................. 17

13     Exhibit 8       2016 General Election Early Voting

14                     Ballot Board Sign-in Sheets;

15                     BRAZOS 000054 through 000057......... 20

16     Exhibit 9       2018 General Election Early Voting

17                     Ballot Board Sign-in Sheets; Bates

18                     BRAZOS - 000059 through 000064....... 31

19     Exhibit 10      2018 General Election Notice of

20                     Rejected Ballots (miscellaneous

21                     Bates range)......................... 32

22

23

24

25
```



Page 5

1              PREVIOUSLY MARKED EXHIBITS

2   NUMBER          DESCRIPTION                        PAGE

3   Exhibit 2       Ballot Applications Spreadsheet;

4                   Bates BRAZOS - 000001................ 26

5   Exhibit 4       12/5/2016 Letter to Colton

6                   Kilpatrick; Bates BRAZOS - 000053.... 28

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



SUPP APPX-000103

RICHARDSON: TRUDY HANCOCK - 30(B)(6)

Page 6

```
 1                     PROCEEDINGS
 2              (On the record at 1:44 p.m.)
 3               (Witness duly sworn.)
 4                    TRUDY HANCOCK,
 5    being first duly sworn, testified as follows:
 6                    EXAMINATION
 7   BY MR. KALAR:
 8    Q     Hello again, Ms. Hancock.
 9           Do you understand that this portion of
10   the deposition -- or in this portion of the
11   deposition, you will be testifying on behalf of
12   Brazos County?
13    A     Yes, sir.
14    Q     And all the guidelines that I talked about
15   this morning in terms of talking over each other,
16   sharing of documents, things like that, those are
17   all in effect.  Does that make sense?
18    A     Yes, sir.
19    Q     Okay.  And once again, can you please
20   state your full name for the record?
21    A     Trudy Hancock.
22    Q     And what is your current position?
23    A     Elections administrator for Brazos County.
24    Q     And other than what we talked about this
25   morning, what did you do to prepare for this
```



RICHARDSON: TRUDY HANCOCK - 30(B)(6)

Page 43

1    A       Yes.

2    Q       Do you see the very bottom note reads:

3    "The board, like the committee, may also compare

4    signatures with any two or more signatures of the

5    voter made within the preceding six years and on

6    file with the voter registrar."

7             Do you see that?

8    A       Yes.

9    Q       What is your understanding of what that

10   means?

11   A       The board can ask to see any voter

12   registration applications that we have on

13   our -- on file in our office up to six years.

14   Q       And where are those records stored?

15   A       We maintain those electronically.

16   Q       And that is the office of the elections

17   administrator that retains those?

18   A       Correct.

19   Q       Are those records a part of the 22-month

20   shredding policy that you have?

21   A       No.  Those are permanent records.

22   Q       So those records are kept indefinitely?

23   A       Correct.

24   Q       So if the early voting ballot board wants

25   to compare additional signatures, how would they



RICHARDSON: TRUDY HANCOCK - 30(B)(6)

Page 44

1   go about attaining those records?

2   A      The early voting ballot board judge would

3   come to my office and ask us to print those for

4   them.

5   Q      And just to confirm, he would essentially

6   walk next door to your office from the meeting

7   room that he's in?

8   A      Correct.

9   Q      And what information would he provide you

10  to find those records?

11  A      The name and the VUID, voter unique

12  identifier, for that voter, and we would print

13  those records for him.

14  Q      And would you personally get that request

15  or somebody in your office?

16  A      Just depends.  If I was busy, then someone

17  else in the office would see to it.

18  Q      And what is the process like to find those

19  records?

20  A      You just search the name in the voter

21  registration database in Laserfiche, print the

22  records that are up to six years old.

23  Q      And then you would bring them back to the

24  judge, or he would wait in your office for them?

25  A      Normally, he would just wait for those.



Page 62

```
 1              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF TEXAS
 2                 SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;          )
     ROSALIE WEISFELD; AUSTIN JUSTICE )
 4   COALITION; COALITION OF TEXANS   )
     WITH DISABILITIES; MOVE TEXAS    )
 5   CIVIC FUND; LEAGUE OF WOMEN      )
     VOTERS OF TEXAS; and AMERICAN GI )
 6   FORUM OF TEXAS, INC.,           )
                                      )
 7           Plaintiffs,             )
                                      )Civil Case No.
 8   v.                              )5:19-cv-00963-OLG
                                      )
 9   TEXAS SECRETARY OF STATE; TRUDY  )
     HANCOCK, in her official         )
10   capacity as BRAZOS COUNTY        )
     ELECTIONS ADMINISTRATOR; and     )
11   PERLA LARA, in her official      )
     capacity as CITY OF McALLEN,     )
12   TEXAS, SECRETARY,               )
                                      )
13           Defendants.             )

14
                   REPORTER'S CERTIFICATION
15       REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF
                       TRUDY HANCOCK
16                    May 5, 2020

17          I, Rebecca A. Graziano, Certified Shorthand

18   Reporter in and for the State of Texas, hereby

19   certify to the following:

20          That the witness, TRUDY HANCOCK, was duly

21   sworn and that the transcript of the oral

22   deposition is a true record of the testimony given

23   by the witness;

24          I further certify that pursuant to FRCP Rule

25   30(f)(1) that the signature of the deponent:
```



1          ____ was requested by the deponent or a

2     party before the completion of the deposition and

3     returned within 30 days from date of receipt of

4     the transcript.  If returned, the attached Changes

5     and Signature Page contains any changes and the

6     reasons therefor.

7          _X_ was not requested by the deponent or a

8     party before the completion of the deposition.

9          I further certify that I am neither attorney

10    nor counsel for, related to, nor employed by any

11    of the parties to the action in which this

12    testimony was taken.

13          Further, I am not a relative or employee of

14    any attorney of record in this cause, nor do I

15    have a financial interest in the action.

16          Subscribed and sworn to on this _18 day of

17    _MAY_____, 2020.

18

19

20

21    _____

      Rebecca A. Graziano, CSR, RPR, CRR

22    Texas CSR No. 9306

      Expiration Date:  07/31/22

23    DALLAS 69

24

25

# Exhibit 79

RICHARDSON: PERLA LARA

Page 1

```
 1              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF TEXAS
 2                 SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;              )
     ROSALIE WEISFELD; AUSTIN JUSTICE    )
 4   COALITION; COALITION OF TEXANS      )
     WITH DISABILITIES; MOVE TEXAS       )
 5   CIVIC FUND; LEAGUE OF WOMEN         )
     VOTERS OF TEXAS; and AMERICAN GI    )
 6   FORUM OF TEXAS, INC.,               )
                                         )
 7           Plaintiffs,                 )
                                         )Civil Case No.
 8   v.                                  )5:19-cv-00963-OLG
                                         )
 9   TEXAS SECRETARY OF STATE; TRUDY     )
     HANCOCK, in her official            )
10   capacity as BRAZOS COUNTY           )
     ELECTIONS ADMINISTRATOR; and        )
11   PERLA LARA, in her official         )
     capacity as CITY OF McALLEN,        )
12   TEXAS, SECRETARY,                   )
                                         )
13           Defendants.                 )

14           ********************************
             REMOTE VIDEOTAPED DEPOSITION OF
15                     PERLA LARA
                     May 14, 2020
16           ********************************

17           REMOTE VIDEOTAPED DEPOSITION OF PERLA LARA,

18      produced as a witness at the instance of the

19      Plaintiffs, and duly sworn, was taken in the

20      above-styled and numbered cause on May 14, 2020,

21      from 9:34 a.m. to 1:40 p.m., remotely before

22      Rebecca A. Graziano, CSR, RPR, CRR, in and for the

23      State of Texas, reported by machine shorthand,

24      pursuant to the Federal Rules of Civil Procedure

25      and the provisions stated on the record.
```

**CERTIFIED TRANSCRIPT**



RICHARDSON: PERLA LARA

Page 2

```
 1                A P P E A R A N C E S

 2

 3    REPRESENTING THE PLAINTIFFS:

 4     Mr. Hani Mirza (via videoconference)
       Mr. Ryan Cox (via videoconference)
 5     Mr. Zachary D. Dolling (via videoconference)
       TEXAS CIVIL RIGHTS PROJECT
 6     1405 Montopolis Drive
       Austin, Texas  78741
 7     (512) 474-5073
       hani@texascivilrightsproject.org
 8     ryan@texascivilrightsproject.org
       zachary@texascivilrightsproject.org
 9
           and
10
       Mr. Samuel Kalar (via videoconference)
11     Ms. Joanna Suriani (via videoconference)
       WILLKIE FARR & GALLAGHER, LLP
12     787 Seventh Avenue
       New York City, New York  10019
13     (212) 728-8000
       skalar@willkie.com
14     jsuriani@willkie.com

15
      REPRESENTING THE DEFENDANT, TEXAS SECRETARY OF
16    STATE:

17     Ms. Anna Mackin (via videoconference)
       OFFICE OF THE ATTORNEY GENERAL
18     300 West 15th Street
       Austin, Texas  78701
19     (512) 463-2100
       anna.mackin@texasattorneygeneral.gov
20
      REPRESENTING THE DEFENDANT, TRUDY HANCOCK, in her
21    official capacity as BRAZOS COUNTY ELECTIONS
      ADMINISTRATOR:
22
       Mr. J. Eric Magee (via videoconference)
23     ALLISON, BASS & MAGEE, LLP
       402 West 12th Street
24     Austin, Texas  78701
       (512) 482-0701
25     e.magee@allison-bass.com
```



RICHARDSON: PERLA LARA

Page 3

```
 1              A P P E A R A N C E S

 2


 3    REPRESENTING THE DEFENDANT, PERLA LARA, in her
      official capacity as CITY OF McALLEN, TEXAS,
 4    SECRETARY:

 5      Mr. Isaac J. Tawil (via videoconference)
        Mr. Austin W. Stevenson (via videoconference)
 6      CITY OF McALLEN CITY ATTORNEY'S OFFICE
        1300 Houston Avenue, Second Floor
 7      McAllen, Texas  78501
        (956) 681-3111
 8      itawil@mcallen.net
        astevenson@mcallen.net

 9

10    ALSO PRESENT:

11      Mr. Bruce Erratt (via videoconference)

12
      VIDEOCONFERENCE TECHNICIAN:
13
        Ms. Maygun Flanagan
14

15

16

17

18

19

20

21

22

23

24

25
```



RICHARDSON: PERLA LARA

Page 4

1                                   INDEX

                                                        PAGE
2

3     EXAMINATION BY MR. COX............................  7

4

5                                 EXHIBITS

6     NUMBER           DESCRIPTION                       PAGE

7     Exhibit 1        Notice of Deposition................. 14

8     Exhibit 2        City of McAllen's Objections and

9                      Answers to Plaintiffs' First Set of

10                     Discovery Requests................... 94

11    Exhibit 3        Exhibit E to Document Production..... 104

12    Exhibit 4        Exhibit L to Document Production..... 110

13    Exhibit 5        Exhibit M to Document Production..... 116

14    Exhibit 6        Exhibit O to Document Production..... 120

15    Exhibit 7        Exhibit S to Document Production..... 123

16    Exhibit 8        Exhibit V to Document Production..... 131

17

18

19

20

21

22

23

24

25



SUPP APPX-000113

Page 5

1                    PROCEEDINGS
2              (On the record at 9:34 a.m.)
3              THE VIDEOGRAPHER:  We are going on
4     the video record.  Today is May 14th,
5     2020.  The time is 9:34 a.m.
6              The civil action number is
7     5:19-cv-00963-OLG in the matter of
8     Dr. George Richardson, et al., versus
9     Texas Secretary of State.  The deponent is
10    Perla Lara.  The video deposition is
11    requested by plaintiffs' counsel, Texas
12    Civil Rights Project, Austin.
13             My name is Maygun Flanagan.  I'm
14    the videographer.  The court reporter
15    today is Becky Graziano.  We are both
16    representing HG Litigation Services.
17             Will counsel please identify
18    themselves for the record?
19             MR. COX:  My name is Ryan Cox,
20    C-o-x, with the Texas Civil Rights Project
21    on behalf of the plaintiffs.
22             MR. STEVENSON:  Austin --
23             MR. TAWIL:  Isaac --
24             MR. STEVENSON:  -- Stevenson,
25    S-t-e-v-e-n-s-o-n, for Perla Lara in her



RICHARDSON: PERLA LARA

Page 6

```
 1   official capacity as the McAllen city

 2   secretary.

 3          MR. TAWIL:  Isaac Tawil for

 4   Ms. Lara as well.

 5          THE VIDEOGRAPHER:  Okay.  The

 6   deponent may now be sworn in.

 7          MR. COX:  We do have some

 8   other -- I'm sorry.  We do have some other

 9   folks here from TCRP, but they may be

10   coming in and out.

11          But if any of you-all did want to

12   make an appearance, now would be the time

13   to do that.

14          MR. MIRZA:  Yeah.  This is

15   Hani -- Hani Mirza with the Texas Civil

16   Rights Project on behalf of plaintiffs.

17          MR. KALAR:  Also on behalf of

18   plaintiffs, this is Samuel Kalar with the

19   law firm Willkie Farr & Gallagher.

20          MS. SURIANI:  And also on behalf of

21   plaintiffs, this is Joanna Suriani with

22   the law firm Willkie Farr & Gallagher.

23          MR. MAGEE:  This is Eric Magee.

24   I'm with defendant Trudy Hancock in her

25   official capacity as the Brazos County
```



SUPP APPX-000115

Page 7

1          elections administrator.

2              MS. MACKIN:  And this is Anna

3      Mackin.  I represent the defendant Texas

4      Secretary of State, sued in her official

5      capacity.

6              (Witness duly sworn.)

7                      PERLA LARA,

8    being first duly sworn, testified as follows:

9                      EXAMINATION

10   BY MR. COX:

11   Q      Excellent.  Thank you, Ms. Lara.

12              Good morning.  My name is Ryan Cox.

13   I'm an attorney, like I said, with the Texas Civil

14   Rights Project on behalf of the plaintiffs, and so

15   I'm going to be conducting your deposition today.

16              To start things off, can you please

17   just state and spell your name for the record?

18   A      Perla Lara, P-e-r-l-a, Lara, L-a-r-a.

19   Q      Okay.  Have you ever been deposed before?

20   A      No.

21   Q      Okay.  So, you know, here at the

22   beginning, I like to go over kind of a few general

23   rules, you know, for this deposition, make sure

24   we're clear on a few things.

25              The first thing is that, you know, in



RICHARDSON: PERLA LARA

Page 31

1    Q      Okay.  And so if -- if, say, the --

2    someone that you report to, like the mayor or the

3    city commission, I believe you said, came to you

4    with an issue about an election, would they be

5    able to direct your actions on that, or do you

6    exercise kind of independent authority to

7    administer the elections?

8                 MR. TAWIL:  Objection; form.

9    BY MR. COX:

10    Q      Did that question make sense?  I'm sorry.

11    A      I -- I usually come to my -- we have

12    several assistant city attorneys, and I usually

13    consult with them.

14    Q      Okay.

15    A      Yeah.

16    Q      But someone like the mayor or people you

17    report to directly wouldn't direct your actions as

18    to how to conduct an election; is that correct?

19    Or is that a fair statement?

20    A      Correct.

21    Q      Okay.  Now, how does your office receive

22    funding?

23    A      We budget.  It's budgeted.  We don't get

24    funding like our elections administrator.  It's

25    the -- I -- every election year, I'll budget for



RICHARDSON: PERLA LARA

Page 32

1   an election.  We have elections every other year,

2   but I always budget for one just in case we call a

3   special election or somebody resigns or what have

4   you.  I always budget every year, even though we

5   have elections every other year.

6   Q      Okay.  And so in that process, you would

7   propose a budget for, say, elections, along with

8   the other activities that your office does, and go

9   to the city council -- or I guess it's called the

10  city commission -- and present that to the city

11  commission for approval; is that correct?

12  A      No.  I mean, I budget for it, but the --

13  we have a city commission liaison that does that

14  budget, so she comes to me and she asks, you know,

15  "Should we budget?"  And, of course, every year I

16  tell her, "Yes, just go ahead and plan for -- you

17  know, for an election just in case, that way, you

18  know, the funds are there."  But I don't -- don't

19  go for approval.  That would be our city

20  commission liaison, and she handles that line

21  item.

22  Q      Okay.  And so your involvement in that

23  process would be just to explain to that liaison

24  person how much you think that line item should

25  be?



RICHARDSON: PERLA LARA

Page 33

1    A       Correct.

2    Q       **And in doing so, would you have to break**

3    **that out by, you know, individual staff, you know,**

4    **paying election workers, things like that, or is**

5    **it just one flat line item for the whole election?**

6    A       It's just one flat item.  We've got one

7    just for the election, and then we've got one just

8    for payroll and overtime.

9    Q       **Okay.  And what -- is that -- is the**

10   **amount proposed for that the same every year?**

11   A       It varies.  If I know I'm having an

12   election --

13   Q       **And --**

14   A       If I know I'm having an election and it's,

15   you know -- if it includes the mayoral, it's going

16   to be different because by -- we run by district,

17   and so I know I'm going to be having all the

18   polling places open, 1 through 6, because it's a

19   position at large, versus when I know it's just

20   the commissioners running, it's going to be only

21   that single-member district.  So on a mayoral,

22   state commission year, it's going to be more than

23   when it's just that single-member district -- 1

24   and 2, 3, you know, versus when it's at large.

25   Q       **Understood.**

**hg**

SUPP APPX-000119

RICHARDSON: PERLA LARA

Page 51

```
 1    A      Yes.
 2    Q      And so what do you understand the duties
 3   of an early voting clerk to be, according to the
 4   election code?
 5            MR. TAWIL:  Objection --
 6   BY MR. COX:
 7    Q      And I know you're not an attorney, so I
 8   don't expect you to be, like, very technical about
 9   this.  But just generally, what are -- what is
10   your understanding of the early voting clerk's
11   responsibilities?
12            MR. TAWIL:  Objection; form.
13            Perla, you can answer that question
14        if you know.
15            THE WITNESS:  Yes.  It's just
16        basically the administration of the
17        election, running the election to form,
18        and providing the information to the
19        judges and the alternate judges, and just
20        making sure that we run a fair election.
21   BY MR. COX:
22    Q      Okay.  Anything else?
23    A      That's it.
24    Q      And if you had a question about what your
25   obligations under the election code were, who
```



RICHARDSON: PERLA LARA

Page 112

 1    Q      Okay.  No problem there.

 2           The -- I'd like you to scroll down to

 3    Page 31.

 4    A      Okay.  Guadalupe.

 5    Q      And this is really just a random rejection

 6    notice I picked out, on Page 31.

 7           This is just the standard notice of

 8    rejected ballot that you or -- that McAllen sends

 9    to someone if their ballot is rejected for any

10    reason; is that right?

11    A      Uh-huh.  Correct.

12    Q      And this one -- and this one in particular

13    has checked Box Number 2, which says:  "It was

14    determined that the signature on the application

15    for ballot by mail and carrier envelope was not

16    signed by the same person."

17           Is that right?

18    A      Correct.

19    Q      And the signature at the bottom, do you

20    recognize whose signature that is?

21    A      I think that's Dan's.  It could be Dan

22    Codina.

23    Q      Early voting ballot board judge in 2018?

24    A      Yeah.

25    Q      If you know.  If you don't, that's okay.



Page 113

```
 1    A      No.   Okay.

 2    Q      So once the -- this form is filled out by

 3   the early voting ballot board judge; is that

 4   right?

 5    A      Correct, yes.

 6    Q      Okay.  And so once it's filled out by that

 7   person, what happens to this form from there?

 8    A      We mail out the original and keep a copy

 9   for our records.

10    Q      Okay.  And so who mails out the original?

11   I mean, who -- yeah, who emails out the original?

12    A      He puts everything in the envelopes.  Of

13   course, we make copies and return the originals.

14   He puts everything in the envelopes, seal them,

15   and then we take them downstairs.  And we have a

16   carrier that picks up the information, the mail,

17   in the mornings and in the afternoons.

18    Q      Okay.  And if those were, say, returned to

19   sender, they would come back to your office?

20    A      Yes.

21    Q      Okay.  Now, I want you to scroll up four

22   pages to Page 27.  This looks to me like another

23   notice of rejected ballot.

24           Let me know if you're there.

25    A      Okay.
```



SUPP APPX-000122

Page 146

```
 1                  UNITED STATES DISTRICT COURT
                     WESTERN DISTRICT OF TEXAS
 2                     SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;          )
     ROSALIE WEISFELD; AUSTIN JUSTICE )
 4   COALITION; COALITION OF TEXANS  )
     WITH DISABILITIES; MOVE TEXAS   )
 5   CIVIC FUND; LEAGUE OF WOMEN     )
     VOTERS OF TEXAS; and AMERICAN GI )
 6   FORUM OF TEXAS, INC.,           )
                                     )
 7          Plaintiffs,              )
                                     )Civil Case No.
 8   v.                              )5:19-cv-00963-OLG
                                     )
 9   TEXAS SECRETARY OF STATE; TRUDY )
     HANCOCK, in her official        )
10   capacity as BRAZOS COUNTY       )
     ELECTIONS ADMINISTRATOR; and    )
11   PERLA LARA, in her official     )
     capacity as CITY OF McALLEN,    )
12   TEXAS, SECRETARY,               )
                                     )
13          Defendants.              )

14
                    REPORTER'S CERTIFICATION
15           REMOTE VIDEOTAPED DEPOSITION OF
                          PERLA LARA
16                     May 14, 2020

17          I, Rebecca A. Graziano, Certified Shorthand

18      Reporter in and for the State of Texas, hereby

19      certify to the following:

20           That the witness, PERLA LARA, was duly sworn

21      and that the transcript of the oral deposition is

22      a true record of the testimony given by the

23      witness;

24           I further certify that pursuant to FRCP Rule

25      30(f)(1) that the signature of the deponent:
```



1          _X_ was requested by the deponent or a

2     party before the completion of the deposition and

3     returned within 30 days from date of receipt of

4     the transcript.  If returned, the attached Changes

5     and Signature Page contains any changes and the

6     reasons therefor.

7          ____ was not requested by the deponent or a

8     party before the completion of the deposition.

9          I further certify that I am neither attorney

10    nor counsel for, related to, nor employed by any

11    of the parties to the action in which this

12    testimony was taken.

13         Further, I am not a relative or employee of

14    any attorney of record in this cause, nor do I

15    have a financial interest in the action.

16         Subscribed and sworn to on this _28 day of

17    _MAY_____, 2020.

18

19

20    _____

21    Rebecca A. Graziano, CSR, RPR, CRR

22    Texas CSR No. 9306
      Expiration Date:  07/31/22

23    DALLAS 69

24

25

Exhibit 80

SUPP APPX-000125

Page 1

```
 1              UNITED STATES DISTRICT COURT
                WESTERN DISTRICT OF TEXAS
 2                 SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;          )
     ROSALIE WEISFELD; AUSTIN JUSTICE )
 4   COALITION; COALITION OF TEXANS   )
     WITH DISABILITIES; MOVE TEXAS    )
 5   CIVIC FUND; LEAGUE OF WOMEN      )
     VOTERS OF TEXAS; and AMERICAN GI )
 6   FORUM OF TEXAS, INC.,           )
                                      )
 7              Plaintiffs,          )
     v.                               )Civil Case No.
 8                                    )5:19-cv-00963-OLG
     TEXAS SECRETARY OF STATE; TRUDY  )
 9   HANCOCK, in her official         )
     capacity as BRAZOS COUNTY        )
10   ELECTIONS ADMINISTRATOR; and     )
     PERLA LARA, in her official      )
11   capacity as CITY OF McALLEN,     )
     TEXAS, SECRETARY,                )
12                                    )
                Defendants.          )
13
         ****************************************
14     REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF
                     PERLA LARA
15                  May 14, 2020
         ****************************************
16     REMOTE VIDEOTAPED 30(b)(6) DEPOSITION OF

17   PERLA LARA, produced as a witness at the instance

18   of the Plaintiffs, and duly sworn, was taken in

19   the above-styled and numbered cause on

20   May 14, 2020, from 1:41 p.m. to 3:15 p.m.,

21   remotely before Rebecca A. Graziano, CSR, RPR,

22   CRR, in and for the State of Texas, reported by

23   machine shorthand, pursuant to the Federal Rules

24   of Civil Procedure and the provisions stated on

25   the record.
```

**CERTIFIED TRANSCRIPT**



RICHARDSON: PERLA LARA - 30(B)(6)

Page 2

```
 1                    A P P E A R A N C E S

 2

 3    REPRESENTING THE PLAINTIFFS:

 4    Mr. Hani Mirza (via videoconference)
      Mr. Ryan Cox (via videoconference)
 5    Mr. Zachary D. Dolling (via videoconference)
      TEXAS CIVIL RIGHTS PROJECT
 6    1405 Montopolis Drive
      Austin, Texas  78741
 7    (512) 474-5073
      hani@texascivilrightsproject.org
 8    ryan@texascivilrightsproject.org
      zachary@texascivilrightsproject.org
 9
            and
10
      Mr. Samuel Kalar (via videoconference)
11    Ms. Joanna Suriani (via videoconference)
      WILLKIE FARR & GALLAGHER, LLP
12    787 Seventh Avenue
      New York City, New York  10019
13    (212) 728-8000
      skalar@willkie.com
14    jsuriani@willkie.com

15
      REPRESENTING THE DEFENDANT, TEXAS SECRETARY OF
16    STATE:

17    Ms. Anna Mackin (via videoconference)
      OFFICE OF THE ATTORNEY GENERAL
18    300 West 15th Street
      Austin, Texas  78701
19    (512) 463-2100
      anna.mackin@texasattorneygeneral.gov
20
      REPRESENTING THE DEFENDANT, TRUDY HANCOCK, in her
21    official capacity as BRAZOS COUNTY ELECTIONS
      ADMINISTRATOR:
22
      Mr. J. Eric Magee (via videoconference)
23    ALLISON, BASS & MAGEE, LLP
      402 West 12th Street
24    Austin, Texas  78701
      (512) 482-0701
25    e.magee@allison-bass.com
```



RICHARDSON: PERLA LARA - 30(B)(6)

Page 3

```
 1            A P P E A R A N C E S

 2

 3   REPRESENTING THE DEFENDANT, PERLA LARA, in her
     official capacity as CITY OF McALLEN, TEXAS,
 4   SECRETARY:

 5    Mr. Isaac J. Tawil (via videoconference)
      Mr. Austin W. Stevenson (via videoconference)
 6    CITY OF McALLEN CITY ATTORNEY'S OFFICE
      1300 Houston Avenue, Second Floor
 7    McAllen, Texas  78501
      (956) 681-3111
 8    itawil@mcallen.net
      astevenson@mcallen.net
 9

10   ALSO PRESENT:

11    Mr. Bruce Erratt (via videoconference)

12
     VIDEOCONFERENCE TECHNICIAN:
13
      Ms. Maygun Flanagan
14

15

16

17

18

19

20

21

22

23

24

25
```



RICHARDSON: PERLA LARA - 30(B)(6)

Page 4

```
1                           INDEX
                                                    PAGE
2

3     EXAMINATION BY MR. COX............................  6

4

5                          EXHIBITS

6    NUMBER            DESCRIPTION                    PAGE

7    Exhibit 1         Notice of Deposition.................  9

8    Exhibit 2         Early Voting Ballot Board &

9                      Signature Verification Committee

10                     Handbook for Election Judges and

11                     Clerks, 2020; Bates SOS_000428

12                     through 000477..................... 18

13   Exhibit 3         February 2020 Election Advisory

14                     Email; Bates SOS_000737 through

15                     000741............................. 46

16

17

18

19

20

21

22

23

24

25
```



RICHARDSON: PERLA LARA - 30(B)(6)

```
                                              Page 5
 1                PROCEEDINGS
 2          (On the record at 1:41 p.m.)
 3          THE VIDEOGRAPHER:  We are going on
 4   the video record.  Today is May 14th,
 5   2020.  The time is 1:41 p.m.
 6          The civil action number is
 7   5:19-cv-00963-OLG in the matter of
 8   Dr. George Richardson, et al., versus
 9   Texas Secretary of State.  The deponent is
10   City of McAllen, Texas, secretary, Perla
11   Lara.  The video deposition is requested
12   by plaintiffs' counsel, Texas Civil Rights
13   Project, Austin.
14          My name is Maygun Flanagan.  I am
15   the videographer.  The court reporter
16   today is Becky Graziano.  We are both
17   representing HG Litigation Services.
18          Will counsel please identify
19   themselves for the record?
20          MR. COX:  My name is Ryan Cox,
21   C-o-x, with the Texas Civil Rights Project
22   on behalf of the plaintiffs.
23          MR. MIRZA:  My name is Hani Mirza
24   with the Texas Civil Rights Project, also
25   on behalf of the plaintiffs.
```



Page 6

```
 1              MR. KALAR:  Also on behalf of
 2      plaintiffs, my name is Samuel Kalar of the
 3      law firm Willkie Farr & Gallagher.
 4              MS. SURIANI:  And also on behalf of
 5      plaintiffs, my name is Joanna Suriani of
 6      the law firm Willkie Farr & Gallagher.
 7              MR. STEVENSON:  Austin Stevenson on
 8      behalf of defendant Perla Lara in her
 9      official capacity, McAllen city secretary.
10              MR. TAWIL:  And Isaac Tawil on
11      behalf of Ms. Lara as well.
12              MR. MAGEE:  This is Eric Magee on
13      behalf of Trudy Hancock, the Brazos County
14      elections administrator, in her official
15      capacity.
16              MS. MACKIN:  This is Anna Mackin
17      with the Texas Attorney General's office
18      on behalf of the Secretary of State in her
19      official capacity.
20          (Witness duly sworn.)
21                  PERLA LARA,
22   being first duly sworn, testified as follows:
23                  EXAMINATION
24   BY MR. COX:
25   Q      Thank you, Ms. Lara.  I appreciate being
```



RICHARDSON: PERLA LARA - 30(B)(6)

Page 13

1    individual trainings, and we're here to give them

2    guidance and answer any questions and point them

3    out to all the resources that our SOS makes

4    available to us on the internet.  We let them know

5    of all the advisories.  They -- they're -- they

6    equip us with a lot of advisories for every year,

7    and that's where we refer them to, to all those

8    sources.

9    Q     Okay.  And when you're saying "they,"

10   you're talking about early voting ballot board

11   members or SVC committee members?

12   A     Right, our board members, our -- right,

13   our judge and alternate judge and our -- our

14   clerks.

15   Q     Great.

16         And one thing that I was thinking

17   about at lunch, where -- where does the early

18   voting ballot board or election -- or EVC actually

19   physically meet?

20   A     Here at city hall.

21   Q     Okay.  Is that in your offices in

22   election -- or in the city secretary's office?

23   A     No.  We designate a conference room for

24   them.

25   Q     Okay.  And what is -- it's just a random



Page 14

1   conference room somewhere at city hall?  Or it's
2   always the same one?
3    A      It's -- most of the time, it's the same
4   one.  I think there was one year that it was a
5   different one that we used.  Because we've got
6   several.  But for the most part, it's the -- it's
7   one on the second floor.
8    Q      Okay.  And so they -- so they -- when they
9   arrive to convene the early voting ballot board,
10  do they -- they come to your office first to pick
11  up the ballots, or you hand deliver the ballots to
12  that room that they're already working in?
13   A      Right.  No, they -- they report to us to
14  pick up their supplies, materials, and take their
15  oath of office.  And then after that, I've got
16  staff that will go unlock the cabinets and get the
17  ballots and give that information to them, and
18  then we walk them over to the conference room.
19   Q      So those ballots and information are kind
20  of handed to the judge, the --
21   A      At that point.
22   Q      -- the judge of the EVBB at that time?
23   A      Yes.
24   Q      Okay.  And can you please describe what
25  the duties of an EVB- -- EVBB member are?



Page 72

```
 1            UNITED STATES DISTRICT COURT
              WESTERN DISTRICT OF TEXAS
 2               SAN ANTONIO DIVISION

 3   DR. GEORGE RICHARDSON;        )
     ROSALIE WEISFELD; AUSTIN JUSTICE )
 4   COALITION; COALITION OF TEXANS  )
     WITH DISABILITIES; MOVE TEXAS   )
 5   CIVIC FUND; LEAGUE OF WOMEN     )
     VOTERS OF TEXAS; and AMERICAN GI )
 6   FORUM OF TEXAS, INC.,          )
                                     )
 7            Plaintiffs,           )
     v.                             )Civil Case No.
 8                                  )5:19-cv-00963-OLG
     TEXAS SECRETARY OF STATE; TRUDY )
 9   HANCOCK, in her official       )
     capacity as BRAZOS COUNTY      )
10   ELECTIONS ADMINISTRATOR; and   )
     PERLA LARA, in her official    )
11   capacity as CITY OF McALLEN,   )
     TEXAS, SECRETARY,              )
12                                  )
              Defendants.           )
13

14            REPORTER'S CERTIFICATION
          REMOTE VIDEOTAPED DEPOSITION OF
15                  PERLA LARA
                  May 14, 2020
16

17         I, Rebecca A. Graziano, Certified Shorthand

18   Reporter in and for the State of Texas, hereby

19   certify to the following:

20         That the witness, PERLA LARA, was duly sworn

21   and that the transcript of the oral deposition is

22   a true record of the testimony given by the

23   witness;

24         I further certify that pursuant to FRCP Rule

25   30(f)(1) that the signature of the deponent:
```



1          __X__ was requested by the deponent or a

2    party before the completion of the deposition and

3    returned within 30 days from date of receipt of

4    the transcript.  If returned, the attached Changes

5    and Signature Page contains any changes and the

6    reasons therefor.

7          ____ was not requested by the deponent or a

8    party before the completion of the deposition.

9          I further certify that I am neither attorney

10   nor counsel for, related to, nor employed by any

11   of the parties to the action in which this

12   testimony was taken.

13         Further, I am not a relative or employee of

14   any attorney of record in this cause, nor do I

15   have a financial interest in the action.

16         Subscribed and sworn to on this __28 day of

17   _MAY_____, 2020.

18

19

20

21   _____

                    Rebecca A. Graziano, CSR, RPR, CRR
22                  Texas CSR No. 9306
                    Expiration Date:  07/31/22
23                  DALLAS 69

24

25

# Exhibit 81

SUPP APPX-000136

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

```
DR. GEORGE RICHARDSON,      )
ROSALIE WEISFELD, AUSTIN    )
JUSTICE COALITION,          )
COALITION OF TEXANS WITH    )
DISABILITIES, MOVE TEXAS    )
CIVIC FUND, LEAGUE OF       )
WOMEN VOTERS OF TEXAS, and  )
AMERICAN GI FORUM OF        )
TEXAS, INC.,                )
        Plaintiffs,         )
                            )
vs.                         )  CASE NO. 5:19-cv-00963
                            )
TEXAS SECRETARY OF STATE,   )
TRUDY HANCOCK, IN HER       )
OFFICIAL CAPACITY AS        )
BRAZOS COUNTY ELECTIONS     )
ADMINISTRATOR, AND PERLA    )
LARA IN HER OFFICIAL        )
CAPACITY AS CITY OF         )
MCALLEN, TEXAS SECRETARY,   )
        Defendants.         )
```

ORAL AND VIDEO DEPOSITION

DR. GEORGE RICHARDSON

MAY 13, 2020

(REPORTED REMOTELY)

1        ORAL AND VIDEO DEPOSITION OF DR. GEORGE RICHARDSON,

2    produced as a witness at the instance of Defendant Texas

3    Secretary of State and duly sworn, was taken in the

4    above-styled and numbered cause on the 13th day of May,

5    2020, from 9:59 a.m. to 11:32 a.m., before Dana

6    Richardson, Certified Shorthand Reporter in and for the

7    State of Texas, reported remotely by computerized

8    stenotype machine, the witness located at the residence

9    of Dr. George Richardson, 4070 Sweetwater Drive, College

10   Station, Texas 77845, pursuant to the Federal Rules of

11   Civil Procedure and the provisions stated on the record

12   or attached hereto.

13

14

15

16

17

18

19

20

21

22

23

24

25

SUPP APPX-000138

3

```
 1                       APPEARANCES

 2    FOR PLAINTIFFS:

 3         Mr. Hani Mirza - (via webconference)
           TEXAS CIVIL RIGHTS PROJECT
 4         1412 Main Street, Suite 330
           Dallas, Texas 75202
 5         Telephone: (972) 333-9200
           E-mail: hani@texascivilrightsproject.org
 6
               - and -
 7
           Mr. Zachary D. Dolling - (via webconference)
 8         TEXAS CIVIL RIGHTS PROJECT
           2202 Alabama Street
 9         Houston, Texas 77004
           Telephone: (832) 767-3650
10         E-mail: zachary@texascivilrightsproject.org

11             - and -

12         Mr. Samuel Kalar - (via webconference)
           WILLKIE, FARR & GALLAGHER
13         787 Seventh Avenue
           New York, New York 10019-6099
14         Telephone: (212) 728-8000
           Fax:  (212) 728-8111
15         E-mail: skalar@willkie.com

16             - and -

17         Ms. JoAnna Suriani - (via webconference)
           WILLKIE, FARR & GALLAGHER
18         1875 K Street, N.W.
           Washington, DC 20006-1238
19         Telephone: (202) 303-1193
           Fax:  (202) 303-2193
20         E-mail: jsuriani@willkie.com

21    FOR DEFENDANT TEXAS SECRETARY OF STATE:

22         Ms. Anne Marie Mackin - (via webconference)
           ASSISTANT ATTORNEY GENERAL
23         P.O. Box 12548, Capitol Station
           Austin, Texas 78711-2548
24         Telephone: (512) 463-2798
           Fax:  (512) 320-0667
25         E-mail: anna.mackin@oag.texas.gov
```

SUPP APPX-000139

4

1                    APPEARANCES - (CONT'D)

2  FOR DEFENDANT PERLA LARA IN HER OFFICIAL CAPACITY AS
   CITY OF MCALLEN, TEXAS SECRETARY:
3
       Mr. Isaac J. Tawil - (via webconference)
4          - and -
       Mr. Austin Stevenson - (via webconference)
5      CITY OF MCALLEN
       1300 West Houston Avenue
6      McAllen, Texas 78501-5002
       Telephone: (956) 681-1090
7      E-mail: itawil@mcallen.net; astevenson@mcallen.net

8
   FOR DEFENDANT TRUDY HANCOCK IN HER OFFICIAL CAPACITY AS
9  BRAZOS COUNTY ELECTIONS ADMINISTRATOR:

10      Mr. J. Eric Magee - (via webconference)
        ALLISON, BASS & MAGEE, LLP
11      402 West 12th Street
        Austin, Texas 78701
12      Telephone: (512) 482-0701
        Fax:  (512) 480-0902
13      E-mail: e.magee@allison-bass.com

14  ALSO PRESENT:

15      Mr. Bruce Erratt, Brazos County - (via web)
        Ms. Trudy Hancock - (via web)
16      Ms. Amelia Christopher, Video Technician - (via web)

17

18

19

20

21

22

23

24

25

5

1                                 INDEX

2                                                    PAGE

3  DR. GEORGE RICHARDSON

4  Examination by Ms. Mackin ........................8
   Examination by Mr. Mirza ........................43
5  Examination by Mr. Magee ........................44
   Examination by Mr. Tawil ........................51
6  Signature Page  .................................54
   Court Reporter's Certificate ....................55

7

8                               EXHIBITS

9

10  EXHIBIT                  DESCRIPTION              PAGE

11

12  Exhibit 1        Defendant Secretary of State's     11
                    First Amended Notice of Oral
13                  Deposition of Dr. George
                    Richardson

14  Exhibit 2        Ballot By Mail Request Form         24

15  Exhibit 3        Carrier Envelope For Early          26
                    Voting Ballot
16
    Exhibit 4        Notice of Rejected Ballot           28
17
    Exhibit 5        Information About Returning         32
18                  Your Carrier Envelope

19  Exhibit 6        "Opinions" page from The Eagle,     36
                    November 19, 2018
20
    Exhibit 7        Statement of Compensation and       38
21                  Oaths

22  Exhibit 8        Plaintiff Dr. George               40
                    Richardson's Objections and
23                  Responses to Defendant
                    Secretary of State's First
24                  Requests For Admission,
                    Interrogatories, and Requests
25                  For Production

1              THE REPORTER:  We're on the record.

2    Today's date is May 13, 2020.  The time is 9:59 a.m.

3    This is the deposition of Dr. George Richardson taken in

4    the matter of Dr. George Richardson, Rosalie Weisfeld,

5    Austin Justin (sic) Coalition, Coalition of Texans With

6    Disabilities, Move Texas Civic Fund, League of Women

7    Voters of Texas and American GI Forum of Texas, Inc.,

8    Plaintiffs, v. Texas Secretary of State, Trudy Hancock,

9    In Her Official Capacity as Brazos County Elections

10   Administrator, and Perla Lara In her Official Capacity

11   as City of McAllen, Texas Secretary, Defendants.  This

12   is pending in the United States District Court for the

13   Western District of Texas, San Antonio Division in Civil

14   Action No. 5:19-cv-00963, and it is being conducted by

15   the Federal Rules and agreement of the parties to the

16   remote swearing of the witness.

17              The witness is -- is located at

18   4070 Sweetwater Drive, College Station, Texas 77845.

19              My name is Dana Richardson, Texas

20   Certified Shorthand Reporter No. 5386.  I'm

21   administering the oath and reporting the deposition

22   remotely by stenographic means from my residence within

23   the state of Texas.  My business address is care of

24   Integrity Legal Solutions, P.O. Box 245, Manchaca, Texas

25   78652.

SUPP APPX-000142

```
 1                   Dr. Richardson, please raise your right
 2    hand to be sworn.
 3                   (Witness sworn)
 4                   THE REPORTER:  Would counsel please state
 5    your -- state your appearance and location for the
 6    record, beginning with Plaintiff counsel.
 7                   MR. MIRZA:  My name is Hani Mirza with the
 8    Texas Civil Rights Project.  I am representing
 9    plaintiffs in this case; and I am located in Dallas,
10    Texas.
11                   THE REPORTER:  Ms. Mackin --
12                   MR. KALAR:  I'm Samuel Kalar -- I'm Samuel
13    Kalar, also with the plaintiffs in this case, with the
14    law firm Willkie, Farr & Gallagher; and I'm located in
15    New York, New York.
16                   THE REPORTER:  Thank you.
17                   MS. SURIANI:  I'm JoAnna Suriani of the
18    law firm Willkie, Farr & Gallagher, also on behalf of
19    Plaintiffs.  I'm located in Washington, DC.
20                   MS. MACKIN:  This is Anna Mackin with the
21    Texas Attorney General's Office.  I represent the
22    Defendant Texas Secretary of State in her official
23    capacity; and I am located in Austin, Texas.
24                   MR. TAWIL:  My name is Isaac Tawil.  I
25    represent Perla Lara in her official capacity as
```

43

1    Q.   (BY MS. MACKIN)  It's okay if you don't know.

2    A.   I'm not sure.  I mean, I -- I assumed it was

3  the patient that signed -- tried to sign my name, but

4  I -- I don't see how that would have -- I don't know

5  what tipped them off, to tell you the truth.

6    Q.   Are you aware of any other circumstances in

7  which a prescription has been rejected because of the

8  signature on it?

9    A.   No.  I mean, I can't recall any.  It doesn't

10  mean it didn't happen, but...

11          MS. MACKIN:  All right, Dr. Richardson, I

12  don't have any other questions for you; and I appreciate

13  your time.  And I'll pass the witness.

14          MR. MIRZA:  I have a few questions,

15  Dr. Richardson.

16                  EXAMINATION

17    Q.   (BY MR. MIRZA)  You were not asked to serve on

18  the board of the Coalition of Texans With Disabilities

19  specifically, correct?

20    A.   That's correct.

21    Q.   Okay.  Do you know who will review your

22  signatures the next time you submit a mail-in ballot and

23  the times afterwards when you submit a mail-in ballot?

24    A.   No.

25    Q.   Do you know if the individuals who review your

1  future mail-in ballots will know who you are?

2      A.   No.

3      Q.   Okay.  Do you know, then, whether those

4  individuals will reject your mail-in ballot for a

5  signature mismatch in the future?

6      A.   No.

7              MR. MIRZA:  Thank you.  Pass the witness.

8              MS. MACKIN:  Anything further?

9              MR. MAGEE:  Yeah.  This is Eric Magee.

10  Can we have about a 10-minute break for me to go through

11  my notes?  And then I can probably make it really short.

12              THE REPORTER:  Okay.  We're off the record

13  at 11:06 a.m.

14              (Recess taken)

15              THE REPORTER:  We're back on the record at

16  11:20 a.m.

17                      EXAMINATION

18      Q.   (BY MR. MAGEE)  Dr. Richardson, my name is Eric

19  Magee; and I represent Brazos County, Trudy Hancock, the

20  elections administrator, in her official capacity.  Do

21  you understand that?

22      A.   Yes.

23      Q.   I just want to follow up on a few things

24  Ms. Mackin asked you about to make sure I had a full

25  understanding.  Earlier in the deposition, she asked you

55

```
 1  STATE OF TEXAS
    COUNTY OF MONTGOMERY
 2                  REPORTER'S CERTIFICATE

 3      I, Dana Richardson, a Certified Shorthand Reporter

 4  in and for the State of Texas, do certify that this

 5  deposition transcript is a true record of the testimony

 6  given by the witness named herein, after said witness

 7  was duly sworn by me.  The witness was requested to

 8  review the deposition.

 9      I further certify that I am neither attorney or

10  counsel for, related to, nor employed by any parties to

11  the action in which this testimony is taken and,

12  further, that I am not a relative or employee of any

13  counsel employed by the parties hereto or financially

14  interested in the action.

15      I further certify that the amount of time used by
    each party at the deposition is as follows:
16
            Ms. Anne Marie Mackin - 01:03
17          Mr. Hani Mirza - 00:01
            Mr. Eric Magee - 00:11
18          Mr. Isaac J. Tawil - 00:01

19      SUBSCRIBED AND SWORN TO under my hand and seal of
    office on this the 26th day of May, 2020.
20

21          _____

22          Dana Richardson, RPR, TX CSR 5386
            Expiration:  01/31/22
23          Integrity Legal Support Solutions, CFR 528
            PO Box 245
24          Manchaca, Texas 78652
            (512) 320-8690
25          (512) 320-8692 (fax)
```