# EXHIBIT A

                    IN THE UNITED STATES DISTRICT COURT
                    FOR THE WESTERN DISTRICT OF TEXAS
                          SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,    *
ROSALIE WEISFELD, AUSTIN  *
JUSTICE COALITION,        *
COALITION OF TEXANS WITH  *
DISABILITIES, MOVE TEXAS  *
CIVIC FUND, LEAGUE OF     *
WOMEN VOTERS OF TEXAS,    *
and AMERICAN GI FORUM OF  *
TEXAS, INC.,              *
                          *
         Plaintiffs,      *
                          *          CIVIL ACTION NUMBER
VS.                       *          5:19-cv-0963
                          *
TEXAS SECRETARY OF        *
STATE, TRUDY HANCOCK, IN  *
HER OFFICIAL CAPACITY AS  *
BRAZOS COUNTY ELECTIONS   *
ADMINISTRATOR, AND PERLA  *
LARA IN HER OFFICIAL      *
CAPACITY AS CITY OF       *
McALLEN, TEXAS            *
SECRETARY,                *
                          *
         Defendants.      *


                    Remote Oral Deposition of

                    Austin Justice Coalition,

        By and through their Designated Representative,

                       LARISSA RODIONOV

                         May 20, 2020

                          10:16 a.m.



Reported by:

Micheal A. Johnson, RDR, CRR

Austin Justice Coalition — 5/20/2020

25



1

2    Q.    Has AJC had any prior dealings with the

3  Texas Secretary of State's office?

4    A.    No.

5    Q.    How about Perla Lara, the McAllen city

6  secretary?

7    A.    No.

8    Q.    And how about Trudy Hancock, the Brazos

9  County election administrator?

10    A.    No.

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25



1

2

3

4

5

6

7

8

9      Q.    Do you know if you ever -- if the Austin

10  Justice Coalition ever assisted a voter to register

11  to vote in a McAllen election?

12                MR. KALAR:   Object to form.

13  BY MR. TAWIL:

14      Q.    Let me limit that in time.   Since 2017?

15                MR. KALAR:   Same objection.

16      A.    In McAllen, specifically for a McAllen

17  city election?

18  BY MR. TAWIL:

19      Q.    Any election in McAllen.

20      A.    Again, I can't say for certain.   I don't

21  know where all the people have come from.

22      Q.    Has anybody that voted by mail in an

23  election in McAllen ever reached out to the Austin

24  Justice Coalition for assistance as a result of any

25  issue related to the ballot by mail that they cast?

```
1              MR. KALAR:  Objection to form.

2       A.   No.

3              THE WITNESS:  Sorry.

4       A.   No.

5  BY MR. TAWIL:

6       Q.   Has the Austin Justice Coalition ever

7  visited a detention facility in McAllen, Texas?

8       A.   No.

9       Q.   Has the Austin Justice Coalition ever

10 visited a detention facility in Hidalgo County?

11      A.   No.

12      Q.   Do you know if the Austin Justice

13 Coalition has ever had any interaction with Perla

14 Lara, who is the city secretary of the City of

15 McAllen, since 2017?

16      A.   No.

17      Q.   Has the Austin Justice Coalition

18 communicated with the City of McAllen city

19 secretary's office since 2017 regarding mail-in

20 ballots?

21      A.   No.

22

23

24

25
```

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,    *
ROSALIE WEISFELD, AUSTIN  *
JUSTICE COALITION,        *
COALITION OF TEXANS WITH  *
DISABILITIES, MOVE TEXAS  *
CIVIC FUND, LEAGUE OF     *
WOMEN VOTERS OF TEXAS,    *
and AMERICAN GI FORUM OF  *
TEXAS, INC.,              *
                         *
        Plaintiffs,       *
                         *          CIVIL ACTION NUMBER
VS.                       *          5:19-cv-0963
                         *
TEXAS SECRETARY OF        *
STATE, TRUDY HANCOCK, IN  *
HER OFFICIAL CAPACITY AS  *
BRAZOS COUNTY ELECTIONS   *
ADMINISTRATOR, AND PERLA  *
LARA IN HER OFFICIAL      *
CAPACITY AS CITY OF       *
McALLEN, TEXAS            *
SECRETARY,                *
                         *
        Defendants.       *


Remote Oral Deposition of

Coalition of Texans with Disabilities,

By and through their Designated Representative,

CHASE BEARDEN

May 19, 2020

10:05 a.m.


Reported by:

Micheal A. Johnson, RDR, CRR

Coalition of Texans with Disabilities - 5/19/2020

24



23    Q.    Okay.  That's fine.  All right.  Has the

24  Coalition of Texans With Disabilities had any prior

25  dealings with Perla Lara or the McAllen city



1  secretary?

2      A.      No.

Coalition of Texans with Disabilities - 5/19/2020

78



```
 1
 2
 3
 4
 5
 6
 7
 8        Q.    Any of the individuals you mentioned in
 9   response to Mr. Magee's questions, do any of them
10   vote in McAllen elections, McAllen city elections?
11        A.    No.
12
13
14
15
16
17
18
19
20
21
22
23
24
25
```

```
                IN THE UNITED STATES DISTRICT COURT
                 FOR THE WESTERN DISTRICT OF TEXAS
                       SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,      )
ROSALIE WEISFELD, AUSTIN    )
JUSTICE COALITION,          )
COALITION OF TEXANS WITH    )
DISABILITIES, MOVE TEXAS    )
CIVIC FUND, LEAGUE OF       )
WOMEN VOTERS OF TEXAS, and)
AMERICAN GI FORUM OF        )
TEXAS, INC.,                )
      Plaintiffs,           )
                            )
vs.                         )  CASE NO. 5:19-cv-00963
                            )
TEXAS SECRETARY OF STATE,   )
TRUDY HANCOCK, IN HER       )
OFFICIAL CAPACITY AS        )
BRAZOS COUNTY ELECTIONS     )
ADMINISTRATOR, AND PERLA    )
LARA IN HER OFFICIAL        )
CAPACITY AS CITY OF         )
MCALLEN, TEXAS SECRETARY,   )
      Defendants.           )
```

ORAL AND VIDEO DEPOSITION

DR. GEORGE RICHARDSON

MAY 13, 2020

(REPORTED REMOTELY)

George Richardson - 5/13/2020

35



23    Q.    Have you had any prior dealings with Perla Lara

24  or the McAllen city secretary?

25    A.    City of Bryan or College Station?

1     Q.   So I was going to ask that one next, but I'm

2   just -- I just want to cover all the defendants in this

3   lawsuit.  So Perla Lara is the City of McAllen, Texas,

4   secretary.  And so --

5     A.   Oh.

6     Q.   -- I was wondering if you had familiarity with

7   her or with that office.

8     A.   Okay.  No.  No.



George Richardson - 5/13/2020

51



22      Q.   (BY MR. TAWIL)  Dr. Richardson, my name is

23   Isaac Tawil.  I'm an attorney representing Perla Lara in

24   this lawsuit.  You don't have any complaints about Perla

25   Lara or the City of McAllen, do you?

1      A.   Who are you?

2      **Q.   I'm an attorney representing the City of**

3  **McAllen --**

4      A.   Okay.

5      **Q.   -- and Perla Lara, who is a defendant in this**

6  **lawsuit.  You don't have any complains about Perla Lara,**

7  **do you --**

8               MR. MIRZA:  Objection.

9      A.   No.

10     **Q.   (BY MR. TAWIL)  -- as it relates to your --**

11 **your ballot?**

12              MR. MIRZA:  Objection.

13              Go ahead.  You can answer.

14     A.   I don't think so.  No.

15

16

17

18

19

20

21

22

23

24

25



```
             IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TEXAS
                    SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,      )
ROSALIE WEISFELD, AUSTIN    )
JUSTICE COALITION,          )
COALITION OF TEXANS WITH    )
DISABILITIES, MOVE TEXAS    )
CIVIC FUND, LEAGUE OF       )
WOMEN VOTERS OF TEXAS, and  )
AMERICAN GI FORUM OF        )
TEXAS, INC.,                )
      Plaintiffs,           )
                            )
vs.                         )   CASE NO. 5:19-cv-00963
                            )
TEXAS SECRETARY OF STATE,   )
TRUDY HANCOCK, IN HER       )
OFFICIAL CAPACITY AS        )
BRAZOS COUNTY ELECTIONS     )
ADMINISTRATOR, AND PERLA    )
LARA IN HER OFFICIAL        )
CAPACITY AS CITY OF         )
MCALLEN, TEXAS SECRETARY,   )
      Defendants.           )
```

ORAL AND VIDEO DEPOSITION

ROSALIE WEISFELD

MAY 13, 2020

(REPORTED REMOTELY)

Rosale Weisfeld - 5/13/2020



1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21      Q.    And why didn't you send a copy of this e-mail

22  to anyone at the City of McAllen Secretary's Office?

23      A.    The only thing I can remember is that after I

24  became a client of the Texas Civil Rights Project they

25  said they would take care of -- they -- they would --

Rosale Weisfeld - 5/13/2020

64

1  they would represent me and communicate with those --

2  they would communicate as necessary with -- regarding

3  the case, regarding what happened to me.



IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,      *
ROSALIE WEISFELD, AUSTIN    *
JUSTICE COALITION,          *
COALITION OF TEXANS WITH    *
DISABILITIES, MOVE TEXAS    *
CIVIC FUND, LEAGUE OF       *
WOMEN VOTERS OF TEXAS,      *
and AMERICAN GI FORUM OF    *
TEXAS, INC.,                *
                            *
        Plaintiffs,         *
                            *        CIVIL ACTION NUMBER
VS.                         *        5:19-cv-0963
                            *
TEXAS SECRETARY OF          *
STATE, TRUDY HANCOCK, IN    *
HER OFFICIAL CAPACITY AS    *
BRAZOS COUNTY ELECTIONS     *
ADMINISTRATOR, AND PERLA    *
LARA IN HER OFFICIAL        *
CAPACITY AS CITY OF         *
McALLEN, TEXAS              *
SECRETARY,                  *
                            *
        Defendants.         *


               Remote Oral Deposition of

           League of Women Voters of Texas,

      By and through their Designated Representative,

                     GRACE CHIMENE

                    May 18, 2020

                     10:08 a.m.



Reported by:

Micheal A. Johnson, RDR, CRR

League of Women Voters of Texas - 5/18/2020

25



1

2

3

4

5

6       Q.    And how about -- to your knowledge, has

7   the League of Women Voters of Texas had any prior

8   dealings with the City of McAllen's secretary?

9       A.    No.

10      Q.    What about the --

11      A.    No.

12

13

14

15

16

17

18

19

20

21

22

23

24

25

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,    *
ROSALIE WEISFELD, AUSTIN  *
JUSTICE COALITION,        *
COALITION OF TEXANS WITH  *
DISABILITIES, MOVE TEXAS  *
CIVIC FUND, LEAGUE OF     *
WOMEN VOTERS OF TEXAS,    *
and AMERICAN GI FORUM OF  *
TEXAS, INC.,              *
                          *
        Plaintiffs,       *
                          *        CIVIL ACTION NUMBER
VS.                       *        5:19-cv-0963
                          *
TEXAS SECRETARY OF        *
STATE, TRUDY HANCOCK, IN  *
HER OFFICIAL CAPACITY AS  *
BRAZOS COUNTY ELECTIONS   *
ADMINISTRATOR, AND PERLA  *
LARA IN HER OFFICIAL      *
CAPACITY AS CITY OF       *
McALLEN, TEXAS            *
SECRETARY,                *
                          *
        Defendants.       *


                Remote Oral Deposition of

                 MOVE Texas Civic Fund,

    By and through their Designated Representative,

                 HILLIARD DREW GALLOWAY

                      May 22, 2020

                       10:02 a.m.



Reported by:

Micheal A. Johnson, RDR, CRR



22    Q.    Has the -- has MOVE Texas Civic Fund had

23   any prior dealings with Perla Lara or the McAllen

24   city secretary?

25    A.    No, not to my knowledge.

1   ███        ████████████████████

2   ████████████████████████████████

3   ████████

4     Q. Do you have volunteers at Hidalgo County?

5   I know you said there's not a physical presence as

6   in an office, but do you send volunteers down on an

7   occasional basis?

8     A. To my knowledge, we have not -- we do not

9   volunteer in Hidalgo County at this time.

10    Q. Okay.  Has MOVE Civic Fund had any

11  contact or communication with Perla Lara in her

12  official capacity as the McAllen city secretary?

13    A. Not to my knowledge.

14  ███        ████████████████████████████

15  ██████████████████████████████████

16  ████████

17        ████████    ████████████

18  ███        ██████████████████████████████

19  █████████████████████████████

20  ████████████████████████████████

21  ██████████████████

22  ████████████

23  ███    ████████    ██████████    ██████████████

24  ███████████████████████████████

25  ███        ██████████████████████   █