# EXHIBIT B

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON; ROSALIE WEISFELD; AUSTIN JUSTICE COALITION; COALITION OF TEXANS WITH DISABILITIES; MOVE TEXAS CIVIC FUND; LEAGUE OF WOMEN VOTERS OF TEXAS; and AMERICAN GI FORUM OF TEXAS, INC.,

Plaintiffs,

v.

Civil Case No. 5:19-cv-00963-OLG

TEXAS SECRETARY OF STATE; TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR; and PERLA LARA, in her official capacity as CITY OF McALLEN, TEXAS, SECRETARY,

Defendants.

CERTIFIED TRANSCRIPT

**********************************
REMOTE VIDEOTAPED DEPOSITION OF
BRIAN KEITH INGRAM
May 11, 2020
**********************************

REMOTE VIDEOTAPED DEPOSITION OF BRIAN KEITH INGRAM, produced as a witness at the instance of the Plaintiffs, and duly sworn, was taken in the above-styled and numbered cause on May 11, 2020, from 9:32 a.m. to 12:38 p.m., remotely before Rebecca A. Graziano, CSR, RPR, CRR, in and for the State of Texas, reported by machine shorthand, pursuant to the Federal Rules of Civil Procedure and the provisions stated on the record.



**Q Okay. And are local elections officials required to use these forms?**

A So some yes, some no. Mostly -- mostly they're not required, and if they want to modify it, they send the modification list to us to review and see if it complies with the law. So they can do that with any of the forms, modify them and get it -- get it approved by our office.

Applications for ballot-by-mail do not have to follow any particular form. Those are -- those can be handwritten. They can do anything. They just have to have the required material, and they do not need prior approval for



the changes for those.

