UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS, and AMERICAN GI FORUM OF TEXAS, INC., | § § § § § § § § § | |
| *Plaintiffs* | § § | |
| v. | § § | Civil Case No. 5:19-cv-00963-OG |
| TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY, | § § § § § § § | |
| *Defendants*. | § § | |

## SECOND SUPPLEMENTAL APPENDIX

## TABLE OF CONTENTS

82. 2018 Texas EAC Data ………………………………………………...4
83. 2016 Texas EAC Data ………………………………………………...7
84. Public Information Act Request dated June 15, 2019………………………..10
85. Email Correspondence regarding Public Information Action Request……………12
86. League of Women Voters of Texas 30(b)(6) Deposition Transcript
    Excerpts ……………………………………………………………17
87. Internal Email Correspondence from MOVE Texas ……………………………...31
88. Internal Email Correspondence from MOVE Texas ……………………………...35
89. Social Media Post from Coalition of Texans with Disabilities……………………37

Dated: July 13, 2020

Respectfully submitted,

/s/  Hani Mirza _____

**TEXAS CIVIL RIGHTS PROJECT**

Mimi M.D. Marziani
Texas Bar No. 24091906
mimi@texascivilrightsproject.org
Hani Mirza
Texas Bar No. 24083512
hani@texascivilrightsproject.org
Ryan V. Cox
Texas Bar No. 24074087
ryan@texascivilrightsproject.org
Zachary D. Dolling
Texas Bar No. 24105809
zachary@texascivilrightsproject.org

1405 Montopolis Drive
Austin, Texas 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)

**WILLKIE FARR & GALLAGHER LLP**

Richard Mancino (NY Bar No. 1852797)
Samuel Kalar (NY Bar No. 5360995)
JoAnna Suriani (NY Bar No. 5706395)

787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: rmancino@willkie.com
       skalar@willkie.com
       jsuriani@willkie.com

-AND-

Jennifer J. Hardy (TX Bar No. 24096068)
Denis A. Fallon (TX Bar No. 24059731)
Garrett Johnston (TX Bar No. 24087812)
Audra White (TX Bar No. 24098608)

600 Travis Street, Suite 2100
Houston, Texas 77002
Telephone: (713) 510-1700
Facsimile: (713) 510-1799
Email: jhardy2@willkie.com

afallon@willkie.com
gjohnston@willkie.com
awhite@willkie.com

***COUNSEL FOR PLAINTIFFS***

**CERTIFICATE OF SERVICE**

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record on July 13, 2020 through the Electronic Case File System of the Western District of Texas.

/s/  Hani Mirza

# Exhibit 82

# Document Produced in Native Format

GENERAL-00000872

# Document Mailed to Court on Hard Drive

# Exhibit 83

# Document Produced in Native Format

GENERAL-00000871

# Document Mailed to Court on Hard Drive

2nd SUPP APPX-000009

Exhibit 84

2nd SUPP APPX-000010



1412 Main St. #608
Dallas, TX 75202
972.333.9200(p)    972.957.7867(f)
texascivilrightsproject.org

June 25, 2019

Public Information Officer
Secretary of State
Elections Division
P.O. Box 12060
Austin, TX 78711-2060
elections@sos.texas.gov                                via: email

To the Public Information Officer,

Several sections of the Help America Vote Act require the Texas Secretary of State (SOS) to provide voter registration and election related data on a biennial basis to the U.S. Election Assistance Commission (EAC). Pursuant to section 552.221 of the Texas Government Code, we respectfully request one copy of the following:

1.    A copy of all materials submitted by the SOS to the EAC in 2017 covering the previous two years.
2.    A copy of all materials submitted by the SOS to the EAC in 2015 covering the previous two years.
3.    A copy of all materials submitted by the SOS to the EAC in 2013 covering the previous two years.

Responsive documents may be sent to me by email to chris@texascivilrightsproject.org.

We make this request for nonprofit purposes and to serve the public interest. The information requested will be used without charge, including for the purpose of informing others in improving civil society. We are a nonprofit, tax-exempt organization, and those whom we assist and represent are low-income people. Therefore, we respectfully request, pursuant to Government Code, section 552.267, that fees are waived. If you choose not to waive fees and the cost of copying exceeds $25, please advise us of the actual costs before producing copies.

Thank you for your time and assistance in this matter.

Sincerely,

Chris Rainbolt
Texas Civil Rights Project
972-333-9200 ext. 170
chris@texascivilrightsproject.org

2nd SUPP APPX-000011

# Exhibit 85



Chris Rainbolt <chris@texascivilrightsproject.org>

---

## RE: PIA Request - SOS - Previous EAVS Data
1 message

**Brenda Hester** <BHester@sos.texas.gov>                                           Wed, Jul 3, 2019 at 1:34 PM
To: Chris Rainbolt <chris@texascivilrightsproject.org>
Cc: Lillian Eder <LEder@sos.texas.gov>, Kristi Hart <KHart@sos.texas.gov>

Good afternoon Mr. Rainbolt:

Attached is the 2012 EAVS survey per your request.  Should you need further assistance, please let me know.  Thanks, Brenda

Brenda Hester

TEAM Program Specialist, Voter Registration

The Office of the Secretary of State

(o) 800-252-8683 Opt. 1

(f) 512-475-2811

bhester@sos.texas.gov

http://www.sos.state.tx.us/

http://votetexas.gov/



---

**From:** Chris Rainbolt <chris@texascivilrightsproject.org>
**Sent:** Wednesday, July 3, 2019 12:49 PM
**To:** Brenda Hester <BHester@sos.texas.gov>
**Cc:** Lillian Eder <LEder@sos.texas.gov>; Kristi Hart <KHart@sos.texas.gov>
**Subject:** Re: PIA Request - SOS - Previous EAVS Data

---

**CAUTION:** This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to Informationsecurity@sos.texas.gov.

---

Ms. Hester,

Thank you for clarifying.  I didn't realize the "All Counties" file was the 2016 EAVS report.

Unfortunately, there is still missing information that was requested.  To clarify an apparent miscommunication between the documents produced and my request,  my request referred to when the data was submitted to the EAC.  For example, I requested data submitted to the EAC in 2017.  This refers to the data for the 2016 election which you have provided and refer to as "2016 EAVS listed as all counties."  So on one end, you provided 2018 EAVS which was not requested and have not provided the 2012 EAVS which was submitted in 2013.

Please send the last requested report.

Thank you.

**Chris Rainbolt**

*Paralegal/Office Manager*

Texas Civil Rights Project

O: 972-333-9200 ext.170

F: 972-957-7867

www.texascivilrightsproject.org

Facebook | Twitter | Instagram

---

**2nd SUPP APPX-000013**

GENERAL-00000842

Donate Now!

This email and any files attached are privileged and confidential, and is/are intended only for the individual named. If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.

On Tue, Jul 2, 2019 at 8:13 AM Brenda Hester <BHester@sos.texas.gov> wrote:

Good morning Mr. Rainbolt:

The files we provided were for your request:

2018 EAVS – you requested 2017

2016 EAVS listed as all counties – you requested 2015

2014 EAVS – you requested 2013

If there is something else you need, please let us know. Thanks, Brenda

Brenda Hester

TEAM Program Specialist, Voter Registration

The Office of the Secretary of State

(o) 800-252-8683 Opt. 1

(f) 512-475-2811

bhester@sos.texas.gov

http://www.sos.state.tx.us/

http://votetexas.gov/



---

**From:** Chris Rainbolt <chris@texascivilrightsproject.org>
**Sent:** Monday, July 1, 2019 5:45 PM
**To:** Brenda Hester <BHester@sos.texas.gov>
**Cc:** Lillian Eder <LEder@sos.texas.gov>; Kristi Hart <KHart@sos.texas.gov>; Elections Internet <Elections@sos.texas.gov>
**Subject:** Re: PIA Request - SOS - Previous EAVS Data

> **CAUTION:** This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to Informationsecurity@sos.texas.gov.

Ms. Hester,

Thank you for providing these documents. The response, however, appears incomplete.

We requested all data submitted to the EAC in 2017, 2015, and 2013. You sent data that appears to have been submitted in 2019 and 2015 only.

I don't see any data submitted in 2017 covering the previous two years or in 2013 covering the previous two years.

Please send the data submitted for all requested periods.

Let me know if you have any questions.

Thank you.

**Chris Rainbolt**

*Paralegal/Office Manager*

Texas Civil Rights Project

O: 972-333-9200 ext.170

F: 972-957-7867

www.texascivilrightsproject.org

Facebook | Twitter | Instagram

Donate Now!

This email and any files attached are privileged and confidential, and is/are intended only for the individual named.  If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer.  Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.

On Mon, Jul 1, 2019 at 2:14 PM Brenda Hester <BHester@sos.texas.gov> wrote:

Good afternoon Mr. Rainbolt:

Per your PIR request attached, are the attached EAC survey's you requested.  Pursuant to Government Code Section 552.267 the fees will be waived for this request.  Thank you, Brenda

Brenda Hester

TEAM Program Specialist, Voter Registration

The Office of the Secretary of State

(o) 800-252-8683 Opt. 1

(f) 512-475-2811

bhester@sos.texas.gov

http://www.sos.state.tx.us/

http://votetexas.gov/



---

**From:** Chris Rainbolt <chris@texascivilrightsproject.org>
**Sent:** Tuesday, June 25, 2019 5:38 PM
**To:** Elections Internet <Elections@sos.texas.gov>
**Subject:** PIA Request - SoS - Previous EAVS Data

**CAUTION:** This email originated from OUTSIDE of the SOS organization. Do not click on links or open attachments unless you are expecting the email and know that the content is safe. If you believe this to be a malicious or phishing email, please send this email as an attachment to Informationsecurity@sos.texas.gov.

To the Officer for Public Information,

Please find the attached request for public information.

Thank you.

**Chris Rainbolt**

*Paralegal/Office Manager*

GENERAL-00000844

Texas Civil Rights Project

O: 972-333-9200 ext.170

F: 972-957-7867

www.texascivilrightsproject.org

Facebook | Twitter | Instagram

Donate Now!

This email and any files attached are privileged and confidential, and is/are intended only for the individual named.  If you are not the intended recipient or otherwise have reason to believe that you have received this message in error, please notify the sender by email and delete this message immediately from your computer. Any other use, retention, dissemination, forwarding, printing, or copying of this message and any attachments is strictly prohibited.

---

**2 attachments**

📄 **2012_EAVS_ 1of2.pdf**
2200K

📄 **2012_EAVS_2of2.pdf**
608K

2nd SUPP APPX-000016

# Exhibit 86

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

DR. GEORGE RICHARDSON,    *
ROSALIE WEISFELD, AUSTIN  *
JUSTICE COALITION,        *
COALITION OF TEXANS WITH  *
DISABILITIES, MOVE TEXAS  *
CIVIC FUND, LEAGUE OF     *
WOMEN VOTERS OF TEXAS,    *
and AMERICAN GI FORUM OF  *
TEXAS, INC.,              *
                          *
        Plaintiffs,       *
                          *        CIVIL ACTION NUMBER
VS.                       *        5:19-cv-0963
                          *
TEXAS SECRETARY OF        *
STATE, TRUDY HANCOCK, IN  *
HER OFFICIAL CAPACITY AS  *
BRAZOS COUNTY ELECTIONS   *
ADMINISTRATOR, AND PERLA  *
LARA IN HER OFFICIAL      *
CAPACITY AS CITY OF       *
McALLEN, TEXAS            *
SECRETARY,                *
                          *
        Defendants.       *


            Remote Oral Deposition of

         League of Women Voters of Texas,

     By and through their Designated Representative,

                  GRACE CHIMENE

                 May 18, 2020

                  10:08 a.m.



Reported by:

Micheal A. Johnson, RDR, CRR

1          REMOTE ORAL DEPOSITION OF LEAGUE OF WOMEN

2    VOTERS OF TEXAS, BY AND THROUGH THEIR DESIGNATED

3    REPRESENTATIVE, GRACE CHIMENE, produced at the

4    instance of the Defendant, Texas Secretary of State,

5    in the above-styled and numbered cause on the

6    18th day of May, 2020, at 10:08 a.m., before Micheal

7    A. Johnson, RDR, CRR, Notary Public in and for the

8    State of Texas, reported by realtime stenographic

9    means, at the location of the witness, Austin,

10   Texas, pursuant to Notice of Oral Deposition, and in

11   accordance with the Federal Rules of Civil

12   Procedure.

13

14

15

16

17

18

19

20

21

22

23

24

25

2nd SUPP APPX-000019

League of Women Voters of Texas - 5/18/2020

3

```
 1                 REMOTE APPEARANCES

 2   ON BEHALF OF THE PLAINTIFFS:

 3     JoAnna Suriani
       WILLKIE FARR & GALLAGHER LLP
 4     1875 K Street, N.W.
       Washington, D.C. 20006-1238
 5     (202) 303-1193
       jsuriani@willkie.com
 6
       Samuel Kalar
 7     WILLKIE FARR & GALLAGHER LLP
       787 Seventh Avenue
 8     New York, New York 10019-6099
       (212) 728-8724
 9     skalar@willkie.com

10     Zachary Dolling
       Hani Mirza
11     Ryan Cox
       TEXAS CIVIL RIGHTS PROJECT
12     1405 Montopolis Drive
       Austin, Texas 78741
13     (512) 474-5073
       zachary@texascivilrightsproject.org
14     hani@texascivilrightsproject.org
       ryan@texascivilrightsproject.org
15
16   ON BEHALF OF THE DEFENDANT
     TEXAS SECRETARY OF STATE:
17
       Anne Marie Mackin
18     ASSISTANT ATTORNEY GENERAL
       Post Office Box 12548
19     Austin, Texas 78711-2548
       (512) 463-2798
20     anna.mackin@oag.texas.gov

21

22

23

24

25
```

2nd SUPP APPX-000020

League of Women Voters of Texas - 5/18/2020

4

```
 1            REMOTE APPEARANCES (CONT.)

 2  ON BEHALF OF THE DEFENDANT
    TRUDY HANCOCK IN HER OFFICIAL CAPACITY AS BRAZOS
 3  COUNTY ELECTIONS ADMINISTRATOR:

 4     J. Eric Magee
       ALLISON, BASS & MAGEE, LLP
 5     402 West 12th Street
       Austin, Texas 78701
 6     (512) 482-0701
       e.magee@allison-bass.com
 7
       Bruce L. Erratt
 8     BRAZOS COUNTY ATTORNEY'S OFFICE
       300 East 26th Street, Suite 1300
 9     Bryan, Texas 77803
       (979) 775-7400
10     berratt@brazoscountytx.gov

11
    ON BEHALF OF THE DEFENDANT
12  PERLA LARA IN HER OFFICIAL CAPACITY AS CITY OF
    McALLEN, TEXAS SECRETARY:
13
       Isaac J. Tawil
14     Austin Stevenson
       CITY OF McALLEN
15     1300 West Houston Avenue
       McAllen, Texas 78501-5002
16     (956) 681-1090
       itawil@mcallen.net
17     astevenson@mcallen.net

18
    ALSO PRESENT:
19
       Brian Christopher, Video Technician
20

21

22

23

24

25
```

2nd SUPP APPX-000021

5

1                          INDEX
                     GRACE CHIMENE
2                     May 18, 2020

3

    REMOTE APPEARANCES                        3
4
    PROCEEDINGS                               8
5


6

 EXAMINATION OF GRACE CHIMENE:
7
    BY MS. MACKIN                            8
8
    BY MR. TAWIL                            88
9
    BY MR. MAGEE                            94
10
    BY MS. SURIANI                         107
11
    BY MS. MACKIN                          110
12


13
    CORRECTIONS AND SIGNATURE              118
14
    REPORTER'S CERTIFICATION               119
15

16

17

18

19

20

21

22

23

24

25

```
 1                    DEPOSITION EXHIBITS
                        GRACE CHIMENE
 2                       May 18, 2020

 3
     NUMBER              DESCRIPTION              MARKED
 4
     Exhibit 1    Defendant Secretary of            11
 5                State's First Amended
                  Notice of Oral Deposition
 6                Pursuant to Federal Rule
                  of Civil Procedure 30
 7
     Exhibit 2    Plaintiffs' Original             20
 8                Complaint

 9   Exhibit 3    League of Women Voters of        37
                  Texas Education Fund
10                (TEF) Proposed Budget for
                  2016-2018
11                LWV-00000575

12   Exhibit 4    Explanation of Proposed          47
                  Budgets for 2016-2018
13                Excerpts from 2016
                  Convention Workbook
14                LWV-00000020 -
                  LWV-00000022
15
     Exhibit 5    Explanation of Proposed          65
16                Budgets
                  LWV-00000068 -
17                LWV-00000069

18   Exhibit 6    Explanation of Proposed          66
                  Budgets
19                LWV-00000240 -
                  LWV-00000241
20
     Exhibit 7    Explanation of Proposed          68
21                Budget for 2020-2022
                  LWV-00000151 -
22                LWV-00000153

23

24

25
```

2nd SUPP APPX-000023

League of Women Voters of Texas - 5/18/2020

7

```
 1                  DEPOSITION EXHIBITS
                      GRACE CHIMENE
 2                    May 18, 2020

 3
    NUMBER              DESCRIPTION           MARKED
 4
    Exhibit 8       PowerPoint, LWV,              71
 5                  Empowering voters
                    Defending democracy, Get
 6                  in the Game
                    LWV-00000272 -
 7                  LWV-00000295

 8  Exhibit 9       PowerPoint, LWV              71
                    Empowering voters
 9                  Defending democracy, Vote
                    by Mail
10                  LWV-00000344 -
                    LWV-00000367
11
    Exhibit 10      Excel Spreadsheet           82
12                  LWV-00000701

13  Exhibit 12      Facebook Screenshot        110
                    LWV-00000702
14
    Exhibit 13      Facebook Screenshot        113
15                  LWV-00000703

16

17

18

19

20

21

22

23

24

25
```

League of Women Voters of Texas - 5/18/2020

8

```
 1                    PROCEEDINGS
 2                  GRACE CHIMENE,
 3  called as a witness, having been duly sworn by a
 4  Notary Public, was examined and testified as
 5  follows:
 6                    EXAMINATION
 7  BY MS. MACKIN:
 8       Q.    Good morning, my name is Anna Mackin.
 9  I'm an attorney with the Texas Office of the
10  Attorney General and I represent the defendant, the
11  Texas Secretary of State, in this lawsuit.  I'm
12  going to be taking your deposition today.
13            Would you please speak and spell your
14  name for the record.
15       A.    Grace Chimene, G-r-a-c-e C-h-i-m-e-n-e.
16       Q.    And, Ms. Chimene, I understand that you
17  have been deposed before; is that correct?
18       A.    Yes.
19       Q.    How many times?
20       A.    Once.
21       Q.    And was it also a virtual deposition,
22  just like this one today?
23       A.    Yes, it was.  Yes.  But I had an office
24  and now I don't have an office.
25       Q.    Well, thank you for your time today.
```

81

1      A.    I would presume all of our members, which

2  is somewhere around -- it goes up and down, but

3  somewhere around 3,000.

4  BY MS. MACKIN:

5      Q.    Do you know if any of those league

6  members have ever had a mail-in ballot rejected

7  based on a signature mismatch?

8      A.    No, I don't know.

9      Q.    I'm going to share a document with you

10 that was produced to us this morning and it's

11 actually an Excel file.  And please let me know when

12 you're able to pull up that document.

13     A.    What number is it?

14     Q.    It -- the title of the Excel file is

15 LWV-00000701.

16     A.    I don't see it.

17          MS. SURIANI:  And I don't think it's

18 in --

19 BY MS. MACKIN:

20     Q.    I accidentally didn't send it.  User

21 error.  All right.  Let me know if that works.

22          THE WITNESS:  Do y'all see it?  Oh,

23 there it is down there at the bottom.

24     A.    Okay.  It's up.

25

1              (Deposition Exhibit 10 marked for

2   identification.)

3   BY MS. MACKIN:

4        Q.    Do you recognize this Excel file?

5        A.    Yes.

6        Q.    What is it?

7        A.    It is the -- it is the report spreadsheet

8   from a survey we sent out on Friday to our league

9   members.

10        Q.    And Friday would have been May 15th,

11   2020?

12        A.    15, yes.  And we sent it out in the

13   afternoon on the 15th.

14        Q.    And what questions did the survey ask?

15        A.    Can I open it and --

16        Q.    Absolutely.  Yes.  Yes.

17        A.    I'm going to make it be a wrap so I

18   can -- a wrap text so I can see it.  I can't do it.

19              Okay.  It says, have you voted by mail in

20   the past and are you planning on voting by mail in

21   the future.  That was the first question.  And the

22   answers available were yes and no.

23              And then it says, are you planning on

24   voting by mail in the future?  And the answers --

25   possible answers were yes and no.

1          And then it was, if you answered yes to
2     either of the questions above, under what category
3     were you eligible to vote by mail in the next
4     election?  And then it had the eligibility
5     categories for vote by mail.
6          And then I had -- we had people say which
7     league they were with.
8          Q.    Okay.  Did the survey collect any other
9     information?
10         A.    No.
11         Q.    So it didn't -- it didn't collect the
12    names of any respondents?
13         A.    No.  No, ma'am.
14         Q.    And how -- how was it -- how was this
15    survey prepared?  Was it Google Forms or Survey
16    Monkey?
17         A.    Google Forms.
18         Q.    And you may have said this, but I don't
19    recall.  Who was it sent out to?
20         A.    It was sent out to the member list.
21         Q.    Of the League of Women Voters of Texas?
22         A.    Texas, uh-huh.
23         Q.    And the first column shows a time stamp,
24    looks like a date and a time.
25         A.    Uh-huh.

League of Women Voters of Texas - 5/18/2020

85

1    A.    Yeah.  This is a really important issue

2  to our members.  Our members tend to be older.  They

3  care a lot about voting in elections and I think

4  within the first -- you can look down here.  Within

5  the first hour we had already gotten 100 answers, so

6  I was pretty proud of the league members.

7    Q.    It is a very robust response.

8    A.    Yeah.

9    Q.    And prompt.  Do you know, then, if any of

10 the individuals who responded to this survey have

11 ever had their mail-in ballot rejected because of

12 signature mismatch?

13    A.    I did not --

14            MS. SURIANI:  Objection to form.

15 Sorry.

16            Grace, you can answer.

17    A.    I don't know and I did not read all the

18 responses.  I'm looking at them now.

19            (Witness reviews document.)

20    A.    Okay.  I don't see anything in there.

21 BY MS. MACKIN:

22    Q.    Okay.  There were also a few e-mails

23 produced to us and I think I might be able to make

24 this go a little bit more quickly if the answer is

25 the same for all of them, but I'm happy to pull up

Integrity Legal Support Solutions
www.integrity-texas.com

League of Women Voters of Texas - 5/18/2020

119

```
 1              REPORTER'S CERTIFICATION

 2

 3          I, Micheal A. Johnson, Registered Diplomate

 4   Reporter, Certified Realtime Reporter and Notary

 5   Public in and for the State of Texas, certify that

 6   on the 18th day of May, 2020, I reported the Remote

 7   Oral Deposition of GRACE CHIMENE, after the witness

 8   had first been duly cautioned and sworn to testify

 9   under oath; said deposition was subsequently

10   transcribed by me and under my supervision and

11   contains a full, true and complete transcription of

12   the proceedings had at said time and place; and that

13   reading and signing was requested.

14          I further certify that I am neither counsel

15   for nor related to any party in this cause and am

16   not financially interested in its outcome.

17          GIVEN UNDER MY HAND AND SEAL of office on

18   this 29th day of May, 2020.

19

20

21   _____
     MICHEAL A. JOHNSON, RDR, CRR
22   NCRA Registered Diplomate Reporter
     NCRA Certified Realtime Reporter
23   Notary Public in and for the
     State of Texas
24   My Commission Expires:  8/8/2020

25
```

2nd SUPP APPX-000030

Exhibit 87

From: **Raven Douglas** raven@movetexas.org
Subject: PLEASE READ: Updates about COVID-19
Date: March 20, 2020 at 3:59 PM
To: Drew Galloway drew@movetexas.org, **Charlie Bonner** charlie@movetexas.org
Bcc: erica@movetexas.org



Hi MOVE fam,

Thank you for patience and flexibility during this week. I know these are unprecedented times and we appreciate you all being team players. I am emailing to update everyone to provide organizational updates as it pertains to Coronavirus.

**Please read this email in its entirety as there is a lot of pertinent information.**

**Work From Home Policy**

**For the safety of our team, we have made the decision to extend our remote working policy to Friday, May 1.** As we continue to see more campuses close for the semester, states moving to complete lockdowns and the pandemic spread, your health and wellbeing is of the utmost importance. During this time, MOVE HQ will continue to be closed and all field shifts have been cancelled for the remainder of the semester.

The CDC now recommends that folks don't attend gatherings larger than 10 people. We continue to ask that non-essential meetings (determined by your supervisor) take place via video conference and that you not attend events with more than 10 people.

**In light of these new guidelines, we have made the decision to cancel graduation on Saturday, May 2.** The Leadership Development team will reach out to fellows and interns to get your address so that we can make sure you get your alumni hat and certificate.

**For those who wish to remain in the Civic Leadership Program, we are committing to paying and supporting you through the end of the semester.** If you are a fellow or intern and you need to reduce your hours or leave the program for any reason, please contact your supervisor and Cecilia. We understand things are unpredictable at this time which may impact your fellowship or internship.

**Summer 2020 Civic Leadership Program**

We anticipate social distancing measures to increase in the upcoming weeks and medical experts are estimating that this pandemic can last until possibly July or August. University officials we have spoken to have indicated the likelihood of campuses opening over the summer to be very low. **After much thought and consideration, we have decided to not host a Civic Leadership Program for the Summer 2020 semester.**

This is a heartbreaking decision for each of us as the Civic Leadership Program is at the core of MOVE Texas' work. At this time, we cannot provide the hands-on trainings or field experience needed to adequately serve the Civic Leadership Program class next semester.

2nd SUPP APPX-000032

MOVE-00000371

We will still have ways for you to volunteer with us over the summer, including advocacy, digital, and communications. If the opportunity to return to the field over the summer arises, we plan to hire part-time paid youth canvassers: **Civic Leadership Program alumni will be given special priority for these paid, hourly positions**.

Additionally, we have made the decision that the Spring 2020 semester will not have any impact on the two-semester term limit. We highly encourage all current fellows and interns to apply for the Fall 2020 semester once the application becomes available.

**Paid Time Off Requests (Staff Only)**

I know most of us had planned post-primary/summer vacations that have now been impacted by the Coronavirus. If you would like to cancel or amend your PTO request please email your supervisor and CC Jamilyn.

**Online Voter Registration Tools**

We will be working with Register2Vote.org next week to build out a page on our website that allows young Texans to register to vote "online." People who complete our form online will be mailed their completed voter registration application where then they will have to sign it and mail it back in. This is the closest we can get to online voter registration at this time and doesn't require a prospective voter to print out their form. Additionally, postage is already included.

Once this page is up it will allow us to conduct class raps in online classes and use tools like OutVote to connect with young people across the state. Additionally, Charlie is working to create a video that can be sent to professors and shared on social media on how to use our register 2 vote link. We have a unique, MOVE Texas Register2Vote link that your supervisor will share with you next week. Using our unique link allows us to track how many people complete the application, follow up with the voter to ensure their application is mailed, and determine when the registration application arrives at the elections department.

**Protecting our Democracy During a Pandemic**

We recognize that advocacy and organizing work is vital now more than ever. Coronavirus is impacting not only our schools and jobs, but also our elections. We are launching a new "Protecting our Democracy During a Pandemic" campaign which advocates for the following three measures:
- Online Voter Registration
- Vote-by-mail
- Non-postponement of the November election

The Communications and Advocacy Departments are working together to launch a microsite and petition which will be accessible on our website. More information will be

MOVE-00000372

coming over the next two weeks related to this campaign.

**Moving Forward**

**This guidance is subject to change.** We'll make sure to give you plenty of notice if there are any changes. As things evolve, we'll be passing around updated resources and best practices every week. Drew, Charlie, and I will continue to be our organization's point for being alerted with guidance and measures taken by the state health department, CDC, and the World Health Organization.

Let me know if you have any questions on this thread. Chances are if you have a question,
someone has a similar one. Thank you for patience, flexibility, and understanding during this time. Continue to take care of yourself, your family, and your team.

Thanks everyone,
Raven, Drew and Charlie

**Raven Douglas** *(she/her/hers)*
Political Director I MOVE Texas
1023 N Pine St, San Antonio, TX 78202
raven@movetexas.org I (281) 827-9687



Help Us Help Democracy: Donate Today!
Follow Us: Facebook I Twitter I Instagram

MOVE-00000373

Exhibit 88



---

## (TEXT VERSION): Innovating to meet the challenge

---

**H. Drew Galloway** <drew@movetexas.org>                                    Fri, Apr 3, 2020 at 10:28 AM
Reply-To: john@movetexas.org
To: John Wingert <john@movetexas.org>

Dear John ,

I hope this note finds you and your family well. We join many around the world in closely following developments on the spread of COVID-19 and are sending our thoughts to those affected and the brave healthcare workers on the front line of this pandemic.

The recommended need for social distancing led MOVE Texas to make the difficult decision to temporarily halt all in-person field organizing and voter registration efforts for the health and safety of our organizers and our community. That said, our work will not stop.

When campuses closed, MOVE quickly pivoted to a digital organizing model and launched a new program to keep young people engaged in this time of self-isolation. MOVE University, tagged "social justice for social distancing," seeks to engage our communities in live conversations on topics like the census, voting rights, LGBTQIA+ rights, and Paid Sick Time from the comfort of their living rooms. To continue building upon this year's voter registration efforts, we've implemented new tools to allow our organizers to register and engage voters online.

Our work not only continues, but it is more important than ever. The issues MOVE has championed for years, like paid sick time, online voter registration, and vote by mail could not be more relevant. As COVID-19 illuminates the inequities in our system, the MOVE Texas team is doubling down on our advocacy efforts to protect the most vulnerable.

None of this work would be possible without your generous support. Thank you.

Stay safe out there, wash your hands, and take the downtime at home to make sure your friends and neighbors are registered to vote at their current address .

Sincerely,

H. Drew Galloway,

Executive Director

MOVE Texas

MOVE Texas
1023 North Pine Street
San Antonio, TX 78202
United States

If you believe you received this message in error or wish to no longer receive email from us, please (Unsubscribing is not supported in previews).

MOVE-00000453

# Exhibit 89



**Coalition of Texans with Disabilities is on Facebook.** To connect with Coalition of Texans with Disabilities, log into Facebook.

Log In

or

Join

**Coalition of Texans with Disabilities**

Happy Independence Day! Exercise your freedom by registering to vote, learn how here: https://www.votetexas.gov/register-to-vote/index.html
Pro tip: Signature discrepancies may cause your vote to go uncounted! Make sure the signature on your mail in ballot is as close as possible to the to the signature on your voter registration form.



July 4 at 3:37 PM · Public

 **Pages Liked by Page**

 **Rafael Anchía** ◎
7K likes this
Rafael Anchía was elected in November 2004 as the representative of House District 103 in the Texas...

CTD-00000115