# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, and LEAGUE OF WOMEN VOTERS OF TEXAS, <br><br> *Plaintiffs*, <br><br>*v.* <br><br>TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA, in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY, <br><br> *Defendants*. | § § § § § § § § § § § § § § § § § § § § | Civil No. SA-19-cv-00963-OLG |

## ORDER

On this date, the Court considered the status of the above-captioned action. As the Court considers the merits of the various pending Motions for Summary Judgment (*se*e docket nos. 64, 65, 66 & 70), the Court believes it is appropriate for the record to contain the complete deposition transcript (and any deposition exhibits) for each deposition cited in the parties' summary judgment briefing.

Accordingly, it is hereby **ORDERED** that—within two (2) days of the date of this Order—the parties file a supplemental appendix on the docket in this case containing the complete deposition transcript for each deposition cited in the parties' summary judgment briefing, as well as any exhibit that is referenced in each deposition transcript. Any filed transcript should not

2

contain highlights or any other notations. To avoid duplication, the parties should confer so that only one appendix is filed with the requested materials.

**IT IS SO ORDERED**.

**SIGNED** this 28th day of July, 2020.

_____
ORLANDO L. GARCIA
Chief United States District Judge