R Create an Alert for This Case on RECAP

MAG

**U.S. District Court**
**SOUTHERN DISTRICT OF TEXAS (McAllen)**
**CIVIL DOCKET FOR CASE #: 7:18-cv-00113**

Galvan et al v. Pablos et al                                          Date Filed: 04/16/2018
Assigned to: Judge Ricardo H Hinojosa                                Jury Demand: None
Cause: 28:1441 Notice of Removal                                     Nature of Suit: 441 Civil Rights: Voting
                                                                     Jurisdiction: Federal Question

**Plaintiff**
**Leticia Garza Galvan**                          represented by   **Jerad Wayne Najvar**
*TERMINATED: 03/19/2019*                                           Najvar Law Firm
                                                                   2180 North Loop West
                                                                   Suite 255
                                                                   Houston, TX 77018
                                                                   281-404-4696
                                                                   Fax: 281-582-4138
                                                                   Email: jerad@najvarlaw.com
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Austin Michael Bryan Whatley**
                                                                   Najvar Law
                                                                   2180 N Loop W
                                                                   Ste .255
                                                                   Houston, TX 77018
                                                                   281-404-4696
                                                                   Email: austin@najvarlaw.com
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Martie Garcia Vela**                            represented by   **Jerad Wayne Najvar**
*TERMINATED: 03/19/2019*                                           (See above for address)
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Austin Michael Bryan Whatley**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Federico Flores, Jr.**                          represented by   **Austin Michael Bryan Whatley**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Jerad Wayne Najvar**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Amelia Martinez**                               represented by   **Austin Michael Bryan Whatley**
*TERMINATED: 05/09/2019*                                           (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Jerad Wayne Najvar**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Maria Guerrero**                                represented by   **Austin Michael Bryan Whatley**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Jerad Wayne Najvar**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

**Plaintiff**
**Vicente Guerrero**                              represented by   **Austin Michael Bryan Whatley**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Jerad Wayne Najvar**
                                                                   (See above for address)
                                                                   *ATTORNEY TO BE NOTICED*

V.

**Defendant**
**David Whitley**                                 represented by   **Michael Raphael Abrams**
*in his official capacity as Texas Secretary of State*             Office of the Attorney General
*TERMINATED: 08/25/2019*                                           PO Box 12548, Capital Station
                                                                   Austin, TX 78711
                                                                   512-475-4103
                                                                   Email: Michael.Abrams@oag.texas.gov
                                                                   *LEAD ATTORNEY*
                                                                   *ATTORNEY TO BE NOTICED*

                                                                   **Eric Alan Hudson**
                                                                   Texas Attorney General
                                                                   300 W. 15th St.
                                                                   Austin, TX 78711
                                                                   512-463-2120
                                                                   Fax: 512-320-0667
                                                                   Email: Eric.hudson@oag.texas.gov
                                                                   *TERMINATED: 06/12/2019*

**Henry Carl Myers**
Office of the Attorney General
General Litigation Division
300 W. 15th St
11th Floor
Austin, TX 78701
512-475-4103
Fax: 512-320-0667
Email: carl.myers@oag.texas.gov
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Alma Garcia**        represented by **Jose Garza**
Texsa Riogrande Legal Aid
1111 N Main Ave
San Antonio, TX 78212
210-212-3700
Email: garzpalm@aol.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Golando**
Garza Golando Moran, PLLC
405 Saint Marys Ste. 700
San Antonio, TX 78205
210-892-8543
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Alicia Dougherty**        represented by **Jose Garza**
*No. 1*        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Golando**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Alicia Dougherty**        represented by **Jose Garza**
*No. 2*        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Golando**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Yolanda Martinez**        represented by **Jose Garza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Armandina Martinez**        represented by **Jose Garza**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Martin Golando**
(See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Defendant**</u>

**Ruth R. Hughs**        represented by **Michael Raphael Abrams**
*in her official capacity as Secretary of State*        (See above for address)
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

**Eric Alan Hudson**
(See above for address)
*TERMINATED: 06/12/2019*

**Henry Carl Myers**
(See above for address)
*ATTORNEY TO BE NOTICED*

<u>**Intervenor Plaintiff**</u>

**Starr County Democratic Party**        represented by **Martie Garcia-Vela**
Attorney at Law
509 N. San Antonio Street
Rio Grande City, TX 78582
956-488-8170
Email: martie.garcia@gmail.com
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

<u>**Movant**</u>

**Magaly Serna**        represented by **Austin Michael Bryan Whatley**
(See above for address)
*ATTORNEY TO BE NOTICED*

**Jerad Wayne Najvar**
(See above for address)
*ATTORNEY TO BE NOTICED*

V.

**Interested Party**

**Nelson Martinez**

**Interested Party**

**Hector Manuel Martinez**

**Interested Party**

**Hector Manuel Martinez, Jr.**

**Interested Party**

**Yoana Martinez**               represented by **Martin Golando**
                                        (See above for address)
                                        *LEAD ATTORNEY*
                                        *ATTORNEY TO BE NOTICED*

**Interested Party**

**Rosalva Avila**

| Date Filed | # | Docket Text |
|---|---|---|
| 04/16/2018 | 1 | NOTICE OF REMOVAL from Starr County District Court, case number DC-18-189 (Filing fee $ 400 receipt number 0541-19914288) filed by Rolando B. Pablos. (Attachments: # 1 Civil Cover Sheet, # 2 Civil Cover Sheet Supplement, # 3 Docket Sheet, # 4 Index of State Court Documents, # 5 State Court Documents)(Hudson, Eric) (Entered: 04/16/2018) |
| 04/17/2018 | 2 | ORDER for Initial Pretrial and Scheduling Conference and Order to Disclose Interested Persons. Initial Conference set for 7/19/2018 at 02:30 PM before Judge Ricardo H Hinojosa( by Judge Ricardo H Hinojosa) Parties notified.(BelindaSaenz, 7) (Entered: 04/17/2018) |
| 04/26/2018 | 3 | NOTICE *of Vacation Dates* by Rolando B. Pablos, filed. (Hudson, Eric) (Entered: 04/26/2018) |
| 05/02/2018 | 4 | CERTIFICATE OF INTERESTED PARTIES by Leticia Garza Galvan, Martie Garcia Vela, filed.(Najvar, Jerad) (Entered: 05/02/2018) |
| 05/09/2018 | 5 | ANSWER to 1 State Court Petition/Notice of Removal by Armandina Martinez, filed.(Garza, Jose) (Entered: 05/09/2018) |
| 07/06/2018 | 6 | CERTIFICATE OF INTERESTED PARTIES by Rolando B. Pablos, filed.(Hudson, Eric) (Entered: 07/06/2018) |
| 07/09/2018 | 7 | JOINT DISCOVERY/CASE MANAGEMENT PLAN by Rolando B. Pablos, filed.(Hudson, Eric) (Entered: 07/09/2018) |
| 07/19/2018 | 8 | MOTION for Preliminary Injunction by Leticia Garza Galvan, Martie Garcia Vela, filed. Motion Docket Date 8/9/2018. (Najvar, Jerad) (Entered: 07/19/2018) |
| 07/19/2018 | 9 | ORDER striking 8 Motion for Preliminary Injunction. (Signed by Judge Ricardo H Hinojosa) Parties notified.(adelagarza, 7) (Entered: 07/19/2018) |
| 07/19/2018 | | Minute Entry for proceedings held before Judge Ricardo H Hinojosa. INITIAL PRETRIAL CONFERENCE held on 7/19/2018. Case called on the docket. All parties present. The Court announced to the parties it had stricken Plaintiffs' 8 Motion for Preliminary Injunction. After some discussion, the Court issued a Docket Control Order (60 days). Appearances: Jerad Wayne Najvar, Jose Garza, Eric Alan Hudson.(ERO:Tony Tijerina (2:49-3:05), filed.(adelagarza, 7) (Entered: 07/19/2018) |
| 07/19/2018 | 10 | SCHEDULING ORDER. Joinder of Parties due by 9/27/2018 Discovery due by 9/17/2018. Dispositive Motion Filing due by 9/27/2018. Non-Dispositive Motion Filing due by 9/27/2018. Joint Pretrial Order due by 10/31/2018. Motions for Extension of Time to Complete Discovery due by 8/18/2018. Pretrial Conference set for 11/7/2018 at 02:30 PM before Judge Ricardo H Hinojosa(Signed by Judge Ricardo H Hinojosa) Parties notified.(SandraSilva, 7) (Entered: 07/20/2018) |
| 08/02/2018 | | ORAL ORDER, Pretrial Conference has been reset for 10/31/2018 at 02:30 P.M. before Judge Ricardo H Hinojosa (previously set for 11/7/2018) (by Judge Ricardo H Hinojosa) Parties notified. (adelagarza, 7) (Entered: 08/02/2018) |
| 08/14/2018 | 11 | NOTICE *letter of leave* by Rolando B. Pablos, filed. (Hudson, Eric) (Entered: 08/14/2018) |
| 09/18/2018 | 12 | NOTICE of Resetting. Parties notified. Pretrial Conference reset to 10/23/2018 at 02:30 PM before Judge Ricardo H Hinojosa (previously set for 10/31/2018), filed. (adelagarza, 7) (Entered: 09/18/2018) |
| 09/19/2018 | 13 | NOTICE of Appearance by H. Carl Myers on behalf of Rolando B. Pablos, filed. (Myers, Henry) (Entered: 09/19/2018) |
| 09/19/2018 | 14 | AO 435 TRANSCRIPT REQUEST by H. Carl Myers for Transcript of Initial Pretrial Conference on 7-19-18 before Judge Hinojosa. 3-Day turnaround requested. Court Reporter/Transcriber: Exceptional Reporting Services, filed. (Myers, Henry) (Entered: 09/19/2018) |
| 09/25/2018 | 15 | Joint MOTION to Modify Scheduling Order as to 10 Scheduling Order, by Leticia Garza Galvan, Martie Garcia Vela, filed. Motion Docket Date 10/16/2018. (Attachments: # 1 Proposed Order modifying scheduling order)(Najvar, Jerad) (Entered: 09/25/2018) |
| 09/25/2018 | 16 | TRANSCRIPT re: INITIAL PRETRIAL CONFERENCE held on 7/19/18 before Judge Ricardo H Hinojosa. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party H. CARL MYERS Release of Transcript Restriction set for 12/24/2018., filed. (thudson, ) (Entered: 09/25/2018) |
| 09/25/2018 | 17 | Notice of Filing of Official Transcript as to 16 Transcript. Party notified, filed. (atijerina, 7) (Entered: 09/26/2018) |
| 10/01/2018 | 18 | ORDER Striking Document re: 15 Joint MOTION to Modify Scheduling Order as to 10 Scheduling Order, (Signed by Judge Ricardo H Hinojosa) Parties notified.(klopez, 7) (Entered: 10/02/2018) |
| 10/03/2018 | 19 | Joint MOTION for Leave to File motion to extend discovery by Leticia Garza Galvan, Martie Garcia Vela, filed. Motion Docket Date 10/24/2018. (Attachments: # 1 Proposed Order granting leave to file mtn to extend, # 2 Exhibit A, # 3 Exhibit B)(Najvar, Jerad) (Entered: 10/03/2018) |
| 10/04/2018 | 20 | ORDER granting 19 Joint MOTION for Leave to File motion to extend discovery (Discovery due by 11/19/2018. Dispositive Motion Filing due by 11/30/2018. Joinder of Parties due by 11/30/2018, Joint Pretrial Order due by 1/2/2019. Non-Dispositive Motion Filing due by 11/30/2018. Pretrial Conference reset for 1/9/2019 at 02:30 PM before Judge Ricardo H Hinojosa) (Signed by Judge Ricardo H Hinojosa) Parties notified.(klopez, 7) (Entered: 10/09/2018) |
| 11/20/2018 | 21 | NOTICE of Appearance by Michael R. Abrams on behalf of Rolando B. Pablos, filed. (Abrams, Michael) (Entered: 11/20/2018) |
| 11/30/2018 | 22 | MOTION for Summary Judgment by Rolando B. Pablos, filed. Motion Docket Date 12/21/2018. (Attachments: # 1 Appendix Appendix to MSJ, # 2 Proposed Order)(Hudson, Eric) (Entered: 11/30/2018) |
| 11/30/2018 | 23 | FIRST MOTION to Dismiss ( Motion Docket Date 12/21/2018.), First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Alicia Dougherty(No. 1), Alicia Dougherty (No. 2), Alma Garcia, Armandina Martinez, Yolanda Martinez, filed. (Attachments: # 1 Exhibit attachment no. 1, # 2 Exhibit attachment no. 2, # 3 Exhibit attachment no. 3, # 4 Proposed Order granting motion)(Garza, Jose) (Entered: 11/30/2018) |
| 11/30/2018 | 24 | First AMENDED COMPLAINT against All Defendants filed by Martie Garcia Vela, Leticia Garza Galvan, Federico Flores, Jr., Amelia Martinez, Maria Guerrero, Vicente Guerrero.(Najvar, Jerad) (Entered: 11/30/2018) |
| 11/30/2018 | 25 | MOTION for Summary Judgment by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Martie Garcia Vela, filed. Motion Docket Date 12/21/2018. (Attachments: # 1 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 12, # 8 Exhibit 13, # 9 Exhibit 14, # 10 Exhibit 15, # 11 Exhibit 16, # 12 Exhibit 17)(Najvar, Jerad) (Entered: 11/30/2018) |
| 12/07/2018 | 26 | Unopposed MOTION for Extension of Time Extend Deadlines and Modify Scheduling Order by Rolando B. Pablos, filed. Motion Docket Date 12/28/2018. (Attachments: # 1 Proposed Order) (Abrams, Michael) (Entered: 12/07/2018) |
| 12/12/2018 | 27 | ORDER STRIKING DOCUMENT re: 24 Amended Complaint/Counterclaim/Crossclaim etc. (Signed by Judge Ricardo H Hinojosa) Parties notified.(SandraSilva, 7) (Entered: 12/13/2018) |
| 12/13/2018 | 28 | ORDER granting 26 Unopposed MOTION for Extension of Time Extend Deadlines and Modify Scheduling Order. (Dispositive Motion Filing due by 1/16/2019, Joinder of Parties due by 1/16/2019, Joint Pretrial Order due by 1/31/2019, Non-Dispositive Motion Filing due by 1/16/2019, Responses due by 1/11/2019, Pretrial Conference set for 2/7/2019 at 02:30 before Judge Ricardo H Hinojosa) (Signed by Judge Ricardo H Hinojosa) Parties notified.(klopez, 7) (Entered: 12/13/2018) |
| 12/13/2018 | 29 | Additional EXHIBITS re: 25 MOTION for Summary Judgment by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Martie Garcia Vela, filed. (Najvar, Jerad) (Entered: 12/13/2018) |
| 12/13/2018 | 30 | Additional EXHIBITS re: 25 MOTION for Summary Judgment by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Martie Garcia Vela, filed. (Attachments: # 1 Exhibit 7A, # 2 Exhibit 7B)(Najvar, Jerad) (Entered: 12/13/2018) |

| | | |
|---|---|---|
| 12/13/2018 | 31 | Additional EXHIBITS re: 25 MOTION for Summary Judgment by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Martie Garcia Vela, filed. (Najvar, Jerad) (Entered: 12/13/2018) |
| 12/14/2018 | 32 | Additional EXHIBITS re: 25 MOTION for Summary Judgment by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Martie Garcia Vela, filed. (Najvar, Jerad) (Entered: 12/14/2018) |
| 12/14/2018 | 33 | Additional EXHIBITS re: 25 MOTION for Summary Judgment by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Martie Garcia Vela, filed. (Najvar, Jerad) (Entered: 12/14/2018) |
| 12/14/2018 | 34 | Additional EXHIBITS re: 25 MOTION for Summary Judgment by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Martie Garcia Vela, filed. (Najvar, Jerad) (Entered: 12/14/2018) |
| 12/14/2018 | 35 | Additional EXHIBITS re: 25 MOTION for Summary Judgment by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Martie Garcia Vela, filed. (Attachments: # 1 Exhibit 11 part 3)(Najvar, Jerad) (Entered: 12/14/2018) |
| 12/14/2018 | 36 | Additional EXHIBITS re: 25 MOTION for Summary Judgment by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Martie Garcia Vela, filed. (Najvar, Jerad) (Entered: 12/14/2018) |
| 12/14/2018 | 37 | Additional EXHIBITS re: 25 MOTION for Summary Judgment by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Martie Garcia Vela, filed. (Najvar, Jerad) (Entered: 12/14/2018) |
| 12/21/2018 | 38 | NOTICE *of Death of Plaintiff Amelia Martinez* by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Martie Garcia Vela, filed. (Najvar, Jerad) (Entered: 12/21/2018) |
| 01/08/2019 | 39 | MOTION for Reconsideration of 27 Order Striking Document by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Martie Garcia Vela, filed. Motion Docket Date 1/29/2019. (Attachments: # 1 Proposed Order)(Najvar, Jerad) (Entered: 01/08/2019) |
| 01/09/2019 | 40 | ADVISORY by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Martie Garcia Vela, filed.(Najvar, Jerad) (Entered: 01/09/2019) |
| 01/11/2019 | 41 R | RESPONSE in Opposition to 25 MOTION for Summary Judgment , filed by Rolando B. Pablos. (Hudson, Eric) (Entered: 01/11/2019) |
| 01/11/2019 | 42 | RESPONSE in Opposition to 25 MOTION for Summary Judgment , filed by Alicia Dougherty(No. 1), Alicia Dougherty (No. 2), Alma Garcia, Armandina Martinez, Yolanda Martinez. (Garza, Jose) (Entered: 01/11/2019) |
| 01/11/2019 | 43 | RESPONSE in Opposition to 22 MOTION for Summary Judgment by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Martie Garcia Vela. (Attachments: # 1 Exhibit 18, # 2 Exhibit 19, # 3 Proposed Order denying Pablos MSJ)(Najvar, Jerad) (Entered: 01/11/2019) |
| 01/11/2019 | 44 | RESPONSE in Opposition to 23 First MOTION to Dismiss First MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , filed by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Martie Garcia Vela. (Attachments: # 1 Proposed Order)(Najvar, Jerad) (Entered: 01/11/2019) |
| 01/16/2019 | 45 | MOTION to Substitute Party in place of Amelia Martinez by Magaly Serna, filed. Motion Docket Date 2/6/2019. (Attachments: # 1 Exhibit A, # 2 Appendix Notice of Hearing., # 3 Proposed Order)(Najvar, Jerad) (Entered: 01/16/2019) |
| 01/18/2019 | 46 | REPLY in Support of 22 MOTION for Summary Judgment , filed by Rolando B. Pablos. (Hudson, Eric) (Entered: 01/18/2019) |
| 01/18/2019 | 47 | REPLY in Support of 25 MOTION for Summary Judgment , filed by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Magaly Serna, Martie Garcia Vela. (Attachments: # 1 Exhibit 20, # 2 Exhibit 21)(Najvar, Jerad) (Entered: 01/18/2019) |
| 01/18/2019 | 48 | REPLY in Support of 25 MOTION for Summary Judgment , filed by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Magaly Serna, Martie Garcia Vela. (Najvar, Jerad) (Entered: 01/18/2019) |
| 01/30/2019 | 49 | Joint MOTION to Stay *Pretrial Deadlines Pending Resolution of Cross Motions for Summary Judgment,* Unopposed MOTION for Continuance of Pretrial Conference( Motion Docket Date 2/20/2019.) by Rolando B. Pablos, filed. (Attachments: # 1 Proposed Order)(Hudson, Eric) (Entered: 01/30/2019) |
| 01/30/2019 | | ORAL ORDER Granting 49 Joint Motion to Stay Pretrial Deadlines Pending Resolution of Cross Motions for Summary Judgment and Unopposed Motion for Continuance of Pretrial Conference. Motions Hearing set for 3/19/2019 at 02:30 P.M. before Judge Ricardo H Hinojosa. (by Judge Ricardo H Hinojosa) Parties notified.(adelagarza, 7) (Entered: 01/30/2019) |
| 03/12/2019 | 50 | NOTICE of Appearance by Austin M. B. Whatley on behalf of Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Magaly Serna, Martie Garcia Vela, filed. (Whatley, Austin) (Entered: 03/12/2019) |
| 03/18/2019 | 51 | Supplemental EXHIBITS re: 25 MOTION for Summary Judgment by Federico Flores, Jr., Leticia Garza Galvan, Maria Guerrero, Vicente Guerrero, Amelia Martinez, Martie Garcia Vela, filed. (Attachments: # 1 Exhibit 23, # 2 Exhibit 24)(Najvar, Jerad) (Entered: 03/18/2019) |
| 03/19/2019 | 52 | WAIVER OF SERVICE Returned Executed as to Nelson Martinez served on 3/13/2019, answer due 5/13/2019; Hector Manuel Martinez served on 3/12/2019, answer due 5/13/2019; Hector Manuel Martinez, Jr served on 3/13/2019, answer due 5/13/2019; Yoana Martinez served on 3/12/2019, answer due 5/13/2019; Rosalva Avila served on 3/12/2019, answer due 5/13/2019, filed. (Attachments: # 1 R Exhibit Executed Waivers)(Whatley, Austin) (Entered: 03/19/2019) |
| 03/19/2019 | | Minute Entry for proceedings held before Judge Ricardo H Hinojosa. MOTION HEARING held on 3/19/2019. Case called on the docket. Defense counsel Mr. Jose Garza not present. The Court set Mr. Garza for a Show Cause Hearing for 3/20/2019 at 9:30 A.M. Parties addressed Defendant's 22 Motion for Summary Judgment; Defendant's 23 First Motion to Dismiss; Plaintiffs 39 Motion for Reconsideration of 27 Order Striking Document and Plaintiff's 45 Motion to Substitute Party in place of Amelia Martinez. The Court granted leave for Plaintiffs' to file first amended complaint. After considering arguments of counsel, the Court granted 22 Motion for Summary Judgment and Defendant's 23 First Motion to Dismiss Leticia Garza Galva and Martie Garcia Vela as stated on the record. The Court further denied 45 Motion to Substitute Party in place of Amelia Martinez. Court can set deadline of 5/21/2019 for depositions to be taken and any motion for summary judgment to be filed by 6/17/2019. The Court set a Motion Hearing for 7/23/2019 at 04:00 P.M. before Judge Ricardo H Hinojosa. Appearances: Austin Michael Bryan Whatley, Jerad Wayne Najvar, Eric Alan Hudson.(ERO:Tony Tijerina (2:58-3:18), filed.(adelagarza, 7) Modified on 3/25/2019 (adelagarza, 7). (Entered: 03/25/2019) |
| 03/20/2019 | | Minute Entry for proceedings held before Judge Ricardo H Hinojosa. SHOW CAUSE HEARING held on 3/20/2019. Case called on the docket. All parties present. Mr. Garza stated reason for not being present at previous scheduled hearing. The Court informed Mr. Garza of next scheduled hearing. Appearances: Jose Garza.(ERO:Tony Tijerina (9:50-9:51), filed.(adelagarza, 7) (Entered: 03/25/2019) |
| 03/26/2019 | 53 | AO 435 TRANSCRIPT REQUEST by Defendant/Eric A. Hudson for Transcript of Motion Hearing 3/19/19 before Judge Hinojosa. 3-Day turnaround requested. Court Reporter/Transcriber: Exceptional Reporting Services, filed. (Hudson, Eric) (Entered: 03/26/2019) |
| 03/28/2019 | 54 | TRANSCRIPT re: PRETRIAL CONFERENCE held on 3/19/19 before Judge Ricardo H Hinojosa. Court Reporter/Transcriber EXCEPTIONAL REPORTING. Ordering Party ERIC A. HUDSON Release of Transcript Restriction set for 6/26/2019., filed. (thudson, ) (Entered: 03/28/2019) |
| 03/28/2019 | 55 | Notice of Filing of Official Transcript as to 54 Transcript. Party notified, filed. (atijerina, 7) (Entered: 03/28/2019) |
| 04/01/2019 | 56 | AO 435 TRANSCRIPT REQUEST by Jose Garza for Transcript of Motion Hearing, March 19, 2019, Judge Ricardo Hinojosa. Ordinary (30 days) turnaround requested. Court Reporter/Transcriber: Exceptional Reporting Services, filed. (Garza, Jose) (Entered: 04/01/2019) |
| 04/23/2019 | 57 | AO 435 TRANSCRIPT REQUEST by Jerad Najvar for Transcript of Motion Hearing on 3/19/19 before Judge Hinojosa. Ordinary (30 days) turnaround requested. Court Reporter/Transcriber: Exceptional Reporting Services, filed. (Najvar, Jerad) (Entered: 04/23/2019) |
| 05/09/2019 | 58 R | Second AMENDED COMPLAINT against All Defendants filed by Federico Flores, Jr., Vicente Guerrero, Maria Guerrero.(Najvar, Jerad) (Entered: 05/09/2019) |
| 05/23/2019 | 59 R | ANSWER to 58 Amended Complaint/Counterclaim/Crossclaim etc. by Rolando B. Pablos, filed.(Abrams, Michael) (Entered: 05/23/2019) |
| 05/28/2019 | 60 | ANSWER to 58 Amended Complaint/Counterclaim/Crossclaim etc. by Alicia Dougherty(No. 1), Alicia Dougherty (No. 2), Alma Garcia, Armandina Martinez, Yolanda Martinez, filed. (Garza, Jose) (Entered: 05/28/2019) |
| 06/07/2019 | 61 | Unopposed MOTION to Modify Scheduling Order by David Whitley, filed. Motion Docket Date 6/28/2019. (Attachments: # 1 Proposed Order)(Abrams, Michael) (Entered: 06/07/2019) |
| 06/07/2019 | 62 | Unopposed MOTION for Eric A. Hudson to Withdraw as Attorney by David Whitley, filed. Motion Docket Date 6/28/2019. (Attachments: # 1 Proposed Order)(Abrams, Michael) (Entered: 06/07/2019) |
| 06/12/2019 | 63 | ORDER granting 62 Motion to Withdraw as Attorney. Attorney Eric Alan Hudson terminated. (Signed by Judge Ricardo H Hinojosa) Parties notified.(klopez, 7) (Entered: 06/13/2019) |
| 06/15/2019 | 64 R | ORDER (Discovery due by 7/15/2019, Motion Hearing reset for 9/18/2019 at 04:00 PM before Judge Ricardo H Hinojosa, Dispositive Motion Filing due by 7/29/2019, Non-Dispositive Motion Filing due by 7/29/2019) (Signed by Judge Ricardo H Hinojosa) Parties notified.(NelidaLosoya, 7) (Entered: 06/17/2019) |
| 07/29/2019 | 65 R | Amended MOTION for Summary Judgment by David Whitley, filed. Motion Docket Date 8/19/2019. (Attachments: # 1 Exhibit A, # 2 Exhibit B, # 3 Exhibit C, # 4 Proposed Order)(Abrams, Michael) (Entered: 07/29/2019) |
| 07/29/2019 | 66 R | Second MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM by Alicia Dougherty(No.1), Alicia Dougherty (No. 2), Alma Garcia, Armandina Martinez, filed. Motion Docket Date 8/19/2019. (Attachments: # 1 Exhibit M. Guerrero dep, # 2 Exhibit V. Guerrero dep, # 3 Exhibit dep exhibit, # 4 Exhibit dep exhibit, # 5 Proposed Order)(Garza, Jose) (Entered: 07/29/2019) |
| 07/29/2019 | 67 R | Amended MOTION for Summary Judgment by Federico Flores, Jr., Maria Guerrero, Vicente Guerrero, filed. Motion Docket Date 8/19/2019. (Attachments: # 1 Index of Exhibits, # 2 Exhibit 1, # 3 Exhibit 2, # 4 Exhibit 3, # 5 Exhibit 4, # 6 Exhibit 5, # 7 Exhibit 7, # 8 Exhibit 8, # 9 Proposed Order granting summary judgment)(Najvar, Jerad) (Entered: 07/29/2019) |

| Date | Doc | Description |
|---|---|---|
| 07/29/2019 | 68 | Additional EXHIBITS re: 67 Amended MOTION for Summary Judgment by Federico Flores, Jr., Maria Guerrero, Vicente Guerrero, filed.(Najvar, Jerad) (Entered: 07/29/2019) |
| 08/19/2019 | 69 R | RESPONSE in Opposition to 67 Amended MOTION for Summary Judgment , filed by Alicia Dougherty(No. 1), Alicia Dougherty (No. 2), Alma Garcia, Armandina Martinez. (Attachments: # 1 Proposed Order)(Garza, Jose) (Entered: 08/19/2019) |
| 08/19/2019 | 70 R | RESPONSE in Opposition to 67 Amended MOTION for Summary Judgment , filed by David Whitley. (Attachments: # 1 Exhibit A, # 2 Proposed Order)(Abrams, Michael) (Entered: 08/19/2019) |
| 08/19/2019 | 71 R | RESPONSE in Opposition to 65 Amended MOTION for Summary Judgment , filed by Federico Flores, Jr., Maria Guerrero, Vicente Guerrero. (Attachments: # 1 Appendix Index of Exhibits, # 2 R Exhibit Exhibit 9, # 3 Exhibit Exhibit 10, # 4 Exhibit Exhibit 11, # 5 Exhibit Exhibit 12, # 6 Proposed Order Proposed Order)(Whatley, Austin) (Entered: 08/19/2019) |
| 08/19/2019 | 72 R | RESPONSE in Opposition to 66 Second MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , filed by Federico Flores, Jr., Maria Guerrero, Vicente Guerrero. (Attachments: # 1 Proposed Order denying EVBB Defendants motion)(Najvar, Jerad) (Entered: 08/19/2019) |
| 08/22/2019 | 73 | NOTICE of Party Substitution by David Whitley, filed. (Attachments: # 1 Proposed Order)(Abrams, Michael) (Entered: 08/22/2019) |
| 08/25/2019 | 75 | ORDER on 73 Defendant's Notice of Substitution, David Whitley (in his official capacity as Texas Secretary of State) terminated(Signed by Judge Ricardo H Hinojosa) Parties notified.(NelidaLosoya, 7) (Entered: 08/26/2019) |
| 08/26/2019 | 74 R | REPLY in Support of 65 Amended MOTION for Summary Judgment , filed by David Whitley. (Abrams, Michael) (Entered: 08/26/2019) |
| 08/26/2019 | 76 | REPLY in Support of 67 Amended MOTION for Summary Judgment , filed by Federico Flores, Jr., Maria Guerrero, Vicente Guerrero. (Najvar, Jerad) (Entered: 08/26/2019) |
| 08/26/2019 | 77 | REPLY in Support of 67 Amended MOTION for Summary Judgment , filed by Federico Flores, Jr., Maria Guerrero, Vicente Guerrero. (Attachments: # 1 Appendix Index of Exhibits, # 2 R Exhibit Exhibit 13)(Whatley, Austin) (Entered: 08/26/2019) |
| 09/17/2019 | 78 | NOTICE of Resetting. Parties notified. Motion Hearing reset for 10/16/2019 at 04:00 P.M. before Judge Ricardo H Hinojosa (previously set for 9/18/2019), filed. (adelagarza, 7) (Entered: 09/17/2019) |
| 10/16/2019 | | Minute Entry for proceedings held before Judge Ricardo H Hinojosa. MOTION HEARING held on 10/16/2019. Case called on the docket. All parties present. Parties addressed Defendant's 65 R Amended Motion for Summary Judgment, Defendants' 66 R Motion to Dismiss and Plaintiffs' 67 R Amended Motion for Summary Judgment. The Court set a Status Conference for 12/12/2019 at 04:00 P.M. before Judge Ricardo H Hinojosa. Appearances: Jose Garza, Austin Michael Bryan Whatley, Michael Raphael Abrams.(ERO:Tony Tijerina (4:13-4:41), filed. (adelagarza, 7) (Entered: 10/17/2019) |
| 10/17/2019 | 79 | AO 435 TRANSCRIPT REQUEST by Austin Whatley for Transcript of Motion Hearing on 10/16/19 before Judge Hinojosa. Expedited (7 days) turnaround requested. Court Reporter/Transcriber: Judicial Transcribers of Texas, filed. (Whatley, Austin) (Entered: 10/17/2019) |
| 10/26/2019 | 80 | TRANSCRIPT re: Motions Hearing held on October 16, 2019 before Judge Ricardo H Hinojosa. Court Reporter/Transcriber Judicial Transcribers of Texas, LLC. Ordering Party Austin Whatley Release of Transcript Restriction set for 1/24/2020., filed. (mahenry, ) (Entered: 10/26/2019) |
| 10/26/2019 | 81 | Notice of Filing of Official Transcript as to 80 Transcript,. Party notified, filed. (atijerina, 7) (Entered: 10/28/2019) |
| 11/14/2019 | 82 | AO 435 TRANSCRIPT REQUEST by Ruth R. Hughs/Michael R. Abrams for Transcript of Motion Hearing held on 10/16/2019/Judge Ricardo H Hinojosa. Expedited (7 days) turnaround requested. Court Reporter/Transcriber: Judicial Transcribers of Texas, filed. (Abrams, Michael) (Entered: 11/14/2019) |
| 12/04/2019 | 83 | MOTION for Martin Golando to Appear Pro Hac Vice by Alma Garcia, filed. Motion Docket Date 12/26/2019. (Attachments: # 1 Exhibit certificate in good standing)(Garza, Jose) (Entered: 12/04/2019) |
| 12/04/2019 | 84 | ORDER granting 83 Motion for Martin Golando to Appear Pro Hac Vice.(Signed by Judge Ricardo H Hinojosa) Parties notified.(klopez, 7) (Entered: 12/06/2019) |
| 12/09/2019 | 85 | ORAL ORDER, Status Conference of 12/12/2019 has been cancelled until further notice. (by Judge Ricardo H Hinojosa) Parties notified.(adelagarza, 7) (Entered: 12/09/2019) |
| 01/22/2020 | | NOTICE of Setting. Parties notified. Motion Hearing set for 3/25/2020 at 04:00 P.M. before Judge Ricardo H Hinojosa, filed. (adelagarza, 7) (Entered: 01/22/2020) |
| 03/18/2020 | 86 R | Unopposed Motion for Leave to Appear for Motion Hearing via Telephone by Ruth R. Hughs, filed. Motion Docket Date 4/8/2020. (Attachments: # 1 Proposed Order)(Abrams, Michael) (Entered: 03/18/2020) |
| 03/19/2020 | | ORAL ORDER *Granting 86 R Unopposed Motion for Leave to Appear for Motion Hearing via Telephone. (by Judge Ricardo H Hinojosa) Parties notified.(adelagarza, 7) *Modified on 3/19/2020 (adelagarza, 7). (Entered: 03/19/2020) |
| 03/20/2020 | 87 | Unopposed MOTION to appear telephonically by Federico Flores, Jr., Maria Guerrero, Vicente Guerrero, filed. Motion Docket Date 4/10/2020. (Attachments: # 1 Proposed Order granting motion)(Najvar, Jerad) (Entered: 03/20/2020) |
| 03/20/2020 | 88 | Unopposed MOTION for Leave to Attend Hearing Telephonically by Alicia Dougherty(No. 1), Alicia Dougherty (No. 2), Alma Garcia, Armandina Martinez, Yolanda Martinez, filed. Motion Docket Date 4/10/2020. (Attachments: # 1 Proposed Order)(Garza, Jose) (Entered: 03/20/2020) |
| 03/23/2020 | | ORAL ORDER Granting Plaintiffs' 87 Unopposed Motion to appear telephonically and Defendants' 88 Unopposed Motion for Leave to Attend Hearing Telephonically. (by Judge Ricardo H Hinojosa) Parties notified.(adelagarza, 7) (Entered: 03/23/2020) |
| 03/23/2020 | 89 | ADVISORY by Ruth R. Hughs, filed. (Attachments: # 1 Exhibit A, # 2 Exhibit B)(Abrams, Michael) (Entered: 03/23/2020) |
| 03/25/2020 | 90 R | ADVISORY by Federico Flores, Jr., Maria Guerrero, Vicente Guerrero, filed. (Attachments: # 1 Proposed Order granting declaratory judgment and injunction, # 2 Exhibit B - Proposed cure declaration)(Najvar, Jerad) (Entered: 03/25/2020) |
| 03/25/2020 | | Minute Entry for proceedings held before Judge Ricardo H Hinojosa. MOTION HEARING held on 3/25/2020. Case called on the docket. All parties present. Parties addressed Defendant Texas Secretary of State's 65 R First Amended Motion for Summary Judgment, Defendants' Martinez, Garcia, Dougherty No. 1, Dougherty No. 2 and Martinez' 66 R Motion to Dismiss and Motion for Summary Judgment and Plaintiffs' 67 R Amended Motion for Summary Judgment. The Court denied Defendant Texas Secretary of State's 65 R First Amended Motion for Summary Judgment. The Court further denied and granted in part Defendants' Martinez, Garcia, Dougherty No. 1, Dougherty No. 2 and Martinez' 66 R Motion to Dismiss and Motion for Summary Judgment as stated on the record. Plaintiffs and Defendants Martinez, Garcia, Dougherty No. 1, Dougherty No. 2 and Martinez to file a proposed order as stated on the docket. The Court further denied Plaintiffs' 67 R Amended Motion for Summary Judgment without prejudice to refiling as stated on the record. (Notice of setting is forthcoming) Appearances: Martin Golando, Jose Garza, Austin Michael Bryan Whatley, Jerad Wayne Najvar, Michael Raphael Abrams.(ERO:Tony Tijerina (4:02-4:08), filed. (adelagarza, 7) (Entered: 03/25/2020) |
| 03/26/2020 | 91 R | PROPOSED ORDER re: 66 R Second MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM , filed.(Garza, Jose) (Entered: 03/26/2020) |
| 03/30/2020 | 92 | ADVISORY by Federico Flores, Jr., Maria Guerrero, Vicente Guerrero, filed.(Najvar, Jerad) (Entered: 03/30/2020) |
| 03/30/2020 | 93 R | ORDER granting in part and denying in part 66 R Motion to Dismiss for Failure to State a Claim. (Signed by Judge Ricardo H Hinojosa) Parties notified.(klopez, 7) (Entered: 03/30/2020) |
| 04/01/2020 | 94 R | Amended MOTION for Summary Judgment by Federico Flores, Jr., Maria Guerrero, Vicente Guerrero, filed. Motion Docket Date 4/22/2020. (Attachments: # 1 R Exhibit A - signature cure declaration, # 2 Proposed Order granting summary judgment)(Najvar, Jerad) (Entered: 04/01/2020) |
| 04/21/2020 | 95 R | RESPONSE to 94 Amended MOTION for Summary Judgment filed by Alicia Dougherty(No. 1), Alicia Dougherty (No. 2), Alma Garcia. (Garza, Jose) (Entered: 04/21/2020) |
| 04/22/2020 | 96 | RESPONSE to 94 Amended MOTION for Summary Judgment filed by Ruth R. Hughs. (Attachments: # 1 Proposed Order)(Abrams, Michael) (Entered: 04/22/2020) |
| 04/22/2020 | 97 R | ORDER Striking Document re: 95 Response to Motion (Signed by Judge Ricardo H Hinojosa) Parties notified.(AdrianDeLaRosa, 7) (Entered: 04/22/2020) |
| 04/23/2020 | 98 | Amended RESPONSE in Opposition to 94 Amended MOTION for Summary Judgment , filed by Armandina Martinez. (Attachments: # 1 Proposed Order)(Garza, Jose) (Entered: 04/23/2020) |
| 04/29/2020 | 99 R | REPLY in Support of 94 Amended MOTION for Summary Judgment by Federico Flores, Jr., Maria Guerrero, Vicente Guerrero. (Najvar, Jerad) (Entered: 04/29/2020) |
| 05/01/2020 | 100 | Opposed MOTION to Intervene by Starr County Democratic Party, filed. Motion Docket Date 5/22/2020. (Attachments: # 1 Exhibit Governor Abbott Proclamation, # 2 Exhibit Declaration Hilda G. Garza, # 3 Exhibit Appointment Letter, # 4 Exhibit Rejected List)(Garcia-Vela, Martie) (Entered: 05/01/2020) |
| 05/01/2020 | 101 | Supplemental EXHIBITS by Starr County Democratic Party, filed. (Attachments: # 1 R Exhibit Complaint In Intervention, # 2 Exhibit Motion for Injunction, # 3 Proposed Order)(Garcia-Vela, Martie) (Entered: 05/01/2020) |
| 05/01/2020 | 102 | Supplemental EXHIBITS by Starr County Democratic Party, filed. (Attachments: # 1 Exhibit Supplemental Exhibit)(Garcia-Vela, Martie) (Entered: 05/21/2020) |
| 05/22/2020 | 103 | *REPLY IN SUPPORT to 100 Opposed MOTION to Intervene filed by Ruth R. Hughs. (Attachments: # 1 Proposed Order)(Abrams, Michael) *Modified on 6/1/2020 (klopez, 7). (Entered: 05/22/2020) |
| 05/22/2020 | 104 | RESPONSE in Opposition to 100 Opposed MOTION to Intervene, filed by Alicia Dougherty(No. 1), Alicia Dougherty (No. 2), Alma Garcia, Armandina Martinez, Yolanda Martinez. (Attachments: # 1 Proposed Order)(Garza, Jose) (Entered: 05/22/2020) |
| 05/30/2020 | 105 | RESPONSE In Support of Motion to Intervene, filed by Starr County Democratic Party. (Garcia-Vela, Martie) (Entered: 05/30/2020) |
| 06/01/2020 | 106 R | MOTION for Leave to File Response in Support of Intervention by Starr County Democratic Party, filed. Motion Docket Date 6/22/2020. (Garcia-Vela, Martie) (Entered: 06/01/2020) |
| 06/02/2020 | 107 | Opposed MOTION Entry of judgment by Federico Flores, Jr., Maria Guerrero, Vicente Guerrero, filed. Motion Docket Date 6/23/2020. (Attachments: # 1 Proposed Order)(Najvar, Jerad) (Entered: 06/02/2020) |

| 06/02/2020 | 108 | ORDER Striking Document re: 106 [R] MOTION for Leave to File Response in Support of Intervention (Signed by Judge Ricardo H Hinojosa) Parties notified.(klopez, 7) (Entered: 06/02/2020) |
| 06/03/2020 | 109 | MOTION for Leave to File Response in Support of Motion to Intervene by Starr County Democratic Party, filed. Motion Docket Date 6/24/2020. (Attachments: # 1 Proposed Order)(Garcia-Vela, Martie) (Entered: 06/03/2020) |
| 06/17/2020 | 110 | AO 435 TRANSCRIPT REQUEST by Ruth Hughs, Texas Secretary of State/Michael R. Abrams for Transcript of March 25, 2020, Hon. J. Ricardo H. Hinojosa. 3-Day turnaround requested. Court Reporter/Transcriber: Contract Court Reporter, filed. (Abrams, Michael) (Entered: 06/17/2020) |
| 06/23/2020 | 111 | TRANSCRIPT re: Telephonic Motion Hearing held on March 25, 2020 before Judge Ricardo H Hinojosa. Court Reporter/Transcriber Judicial Transcribers of Texas, LLC. Ordering Party Michael Abrams Release of Transcript Restriction set for 9/21/2020., filed. (mahenry, ) (Entered: 06/23/2020) |
| 06/23/2020 | 112 | Notice of Filing of Official Transcript as to 111 Transcript,. Party notified, filed. (atijerina, 7) (Entered: 06/23/2020) |
| 06/23/2020 | 113 | RESPONSE to 107 Opposed MOTION Entry of judgment filed by Ruth R. Hughs. (Attachments: # 1 Proposed Order)(Abrams, Michael) (Entered: 06/23/2020) |

| PACER Service Center | | |
| --- | --- | --- |
| **Transaction Receipt** | | |
| 08/14/2020 17:34:32 | | |
| **PACER Login:** | austinmbwhatley:5804827:0 | **Client Code:** | |
| **Description:** | Docket Report | **Search Criteria:** | 7:18-cv-00113 |
| **Billable Pages:** | 13 | **Cost:** | 1.30 |