IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. GEORGE RICHARDSON, et al. | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | Civil Case No. 5:19-cv-00963 |
| v. | § | |
| | § | |
| TEXAS SECRETARY OF STATE, et al., | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

## [PROPOSED] ORDER

On this day came on to be considered the Federico Flores, Jr., Maria Guerrero, and Vicente Guerrero's, (collectively "Intervenors" or "*Flores* Plaintiffs") Motion to Intervene.  Having considered the motion, any exhibits or other evidence, and the argument of counsel, if any, the Court is of the opinion that the motion should be GRANTED.

Accordingly, it is hereby ORDERED that the *Flores* Plaintiffs intervention is allowed, and the Clerk shall enter Intervenors' Motion for Stay on the docket.

SO ORDERED this _____ day of _____ 2020

_____

HON. ORLANDO L. GARCIA