IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. GEORGE RICHARDSON, et al. | § | |
| | § | |
| *Plaintiffs*, | § | |
| | § | Civil Case No. 5:19-cv-00963 |
| v. | § | |
| | § | |
| TEXAS SECRETARY OF STATE, et al., | § | |
| | § | |
| | § | |
| *Defendants*. | § | |

## [PROPOSED] ORDER

On this day came on to be considered the Federico Flores, Jr., Maria Guerrero, and Vicente Guerrero's, (collectively "Intervenors") Motion for Stay Pursuant to the first to file rule. Having considered the motion, any exhibits or other evidence, and the argument of counsel, if any, the Court is of the opinion that the motion should be GRANTED.

Accordingly, it is hereby ORDERED that the instant litigation is stayed pursuant to the first to file rule pending resolution of Intervenors' motion for summary judgment in *Flores et al. v. Hughs et al.*, No. 7:18-cv-00113 (S.D. Tex. 2018).


SO ORDERED this _____ day of _____ 2020


_____
HON. ORLANDO L. GARCIA