UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS, and AMERICAN GI FORUM OF TEXAS, INC., <br><br>*Plaintiffs*, <br><br>v. <br><br>TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY, <br><br>*Defendants*. | Civil Case No. 5:19-cv-00963-OLG |

## PLAINTIFFS' MOTION TO EXTEND PAGE LIMITS FOR THEIR COMBINED REPLY IN SUPPORT OF COURT-ORDERED SUPPLEMENTAL BRIEFING

Plaintiffs file this Motion requesting leave to file a combined reply in support of their court-ordered Supplemental Briefing that exceeds the page limits permitted by the Court. On August 21, 2020, the Court ordered Plaintiffs to file a Supplemental Brief within 5 days of the Court's Order (Dkt 88), which Plaintiffs filed on August 26, 2020. Each of the the three Defendnats filed a response to that brief on August 31, 2020 (Dkt 91, 92, 93). The response filed by Defendant SOS includes numerous arguments to which Plaintiffs have not yet had the opportunity to respond, and requiring significant briefing. Rather than file three separate responses to Defendants' responses, and due to the significant number of arguments first presented in Defendant SOS's response, Plaintiffs seek leave to file one combined reply to all three of these responses that is no more than 30 pages. Plaintiffs' combined reply would thus be responding to more than 30 pages

1

of briefing by the three Defendants in their three separate motions and would prevent unnecessary repetition of responses from the Plaintiffs. Accordingly, there is good cause for this extension request, as it will assist the Court in its consideration of the issues.

Considering the short 2-day reply deadline following Defendants' responses, Plaintiffs were only able to attempt to confer with Defendants counsel regarding this motion on the same day as its filing and Defendants did not respond to Plaintiffs' same-day request to confer before the filing deadline. Accordingly, the Court may consider the Defendants opposed.

## PRAYER

Plaintiffs request the Court grant this motion to exceed page limitations and file with the papers of this case Plaintiffs' Reply to Defendants' Response to Supplemental Brief.

Respectfully submitted,

/s/     *Hani Mirza*

**TEXAS CIVIL RIGHTS PROJECT**

Mimi M.D. Marziani
Texas Bar No. 24091906
mimi@texascivilrightsproject.org
Hani Mirza
Texas Bar No. 24083512
hani@texascivilrightsproject.org
Ryan V. Cox
Texas Bar No. 24074087
ryan@texascivilrightsproject.org
Zachary D. Dolling
Texas Bar No. 24105809
zachary@texascivilrightsproject.org

1405 Montopolis Drive
Austin, Texas 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)

**WILLKIE FARR & GALLAGHER LLP**

Richard Mancino (NY Bar No. 1852797)
Samuel Kalar (NY Bar No. 5360995)
JoAnna Suriani (NY Bar No. 5706395)

787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: rmancino@willkie.com
skalar@willkie.com
jsuriani@willkie.com

-AND-

Jennifer J. Hardy (TX Bar No. 24096068)
Denis A. Fallon (TX Bar No. 24059731)
Garrett Johnston (TX Bar No. 24087812)
Audra White (TX Bar No. 24098608)

600 Travis Street, Suite 2100
Houston, Texas 77002
Telephone: (713) 510-1700
Facsimile: (713) 510-1799
Email: jhardy2@willkie.com
afallon@willkie.com
gjohnston@willkie.com
awhite@willkie.com

*COUNSEL FOR PLAINTIFFS*

**CERTIFICATE OF CONFERENCE**

By my signature below, I certify that Plaintiffs' Counsel in this case attempted to confer with counsel for Defendants regarding the substance of this motion but received no response to a same-day attempt to confer before the Court-ordered 2-day reply deadline.

/s/ _Ryan V. Cox_____

**CERTIFICATE OF SERVICE**

By my signature below, I certify that a true and correct copy of the foregoing has been served on all counsel of record on September 2, 2020 through the Electronic Case File System of the Western District of Texas.

/s/ _Ryan V. Cox_____

3