IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, and LEAGUE OF WOMEN VOTERS OF TEXAS,<br>        *Plaintiffs*,<br><br>v.<br><br>TEXAS SECRETARY OF STATE; TRUDY HANCOCK, in her official capacity as Brazos County Elections Administrator; and PERLA LARA, in her official capacity as City of McAllen, Texas Secretary,<br>        *Defendants*. | §§§§§§§§§§§§§§§ | No. 5:19-cv-00963 |

### DEFENDANT SECRETARY OF STATE'S NOTICE OF APPEAL

Notice is hereby given that Defendant Ruth R. Hughs, in her Official Capacity as Texas Secretary of State, hereby appeals to the United States Court of Appeals for the Fifth Circuit from the Memorandum Opinion and Order entered on September 8, 2020 in the above-captioned cause. (Dkt. 99).

                                    Respectfully submitted,

                                    KEN PAXTON
                                    Attorney General of Texas

                                    JEFFREY C. MATEER
                                    First Assistant Attorney General

                                    RYAN L. BANGERT
                                    Deputy First Assistant Attorney General

                                    DARREN L. MCCARTY
                                    Deputy Attorney General for Civil Litigation

                                    THOMAS A. ALBRIGHT
                                    Chief for General Litigation Division

                                    */s/ Anne Marie Mackin*

2

                    ANNE MARIE MACKIN
                    Texas Bar No. 24078898
                    Assistant Attorney General
                    P.O. Box 12548, Capitol Station
                    Austin, Texas 78711-2548
                    (512) 463-2798 | FAX: (512) 320-0667
                    anna.mackin@oag.texas.gov

                    **ATTORNEY FOR DEFENDANT**
                    **TEXAS SECRETARY OF STATE**

**CERTIFICATE OF SERVICE**

    I certify that that on September 9, 2020, this document was filed electronically via the Court's CM/ECF system, causing electronic service upon all counsel of record.

                    */s/ Anne Marie Mackin*
                    ANNE MARIE MACKIN
                    Assistant Attorney General