# United States Court of Appeals for the Fifth Circuit



FILED
SEP 11 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

No. 20-50774

DOCTOR GEORGE RICHARDSON; ROSALIE WEISFELD;
MOVE TEXAS CIVIC FUND; LEAGUE OF WOMEN VOTERS OF
TEXAS; AUSTIN JUSTICE COALITION;
COALITION OF TEXANS WITH DISABILITIES,

*Plaintiffs—Appellees,*

versus

TEXAS SECRETARY OF STATE, RUTH R. HUGHS,

*Defendant—Appellant.*

Appeal from the United States District Court
for the Western District of Texas
USDC No. 5:19-CV-963

Before HIGGINBOTHAM, SMITH, and OLDHAM, *Circuit Judges.*
PER CURIAM:

    IT IS ORDERED that appellant's motion for stay pending appeal is temporarily held in abeyance pending further order by this panel. The appellees are directed to respond to the motion for stay by noon Monday September 14, 2020. IT IS FURTHER ORDERED that appellant's alternative motion for a temporary stay pending appeal while the court considers the motion for stay pending appeal is GRANTED.