**United States Court of Appeals**
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
SEP 11 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

September 11, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 20-50774   George Richardson, et al v. Texas Secretary of State
USDC No. 5:19-CV-963-OLG

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Melissa V. Mattingly, Deputy Clerk
504-310-7719

Ms. Jeannette Clack
Mr. Ryan Vincent Cox
Mr. Kyle Douglas Hawkins
Ms. Anne Marie Mackin
Ms. Mimi Murray Digby Marziani
Ms. Audra White