# United States Court of Appeals for the Fifth Circuit

FILED
DEC 24 2020

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

No. 20-50774

DOCTOR GEORGE RICHARDSON; ROSALIE WEISFELD;
MOVE TEXAS CIVIC FUND;
LEAGUE OF WOMEN VOTERS OF TEXAS;
AUSTIN JUSTICE COALITION;
COALITION OF TEXANS WITH DISABILITIES,

*Plaintiffs—Appellees,*

versus

FEDERICO FLORES, JR.; MARIA GUERRERO;
VICENTE GUERRERO,

*Movants—Appellants,*

versus

TEXAS SECRETARY OF STATE, RUTH R. HUGHS,

*Defendant—Appellant—Appellee.*

Appeal from the United States District Court
for the Western District of Texas
No. 5:19-CV-963

No. 20-50774

O R D E R:

IT IS ORDERED that plaintiffs' motion to extend the deadline to file their brief to March 8, 2021, is GRANTED.

> /s/ Jerry E. Smith
> JERRY E. SMITH
> *United States Circuit Judge*