# United States Court of Appeals
FIFTH CIRCUIT
OFFICE OF THE CLERK

LYLE W. CAYCE
CLERK

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

FILED
DEC 24 2020
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____
DEPUTY CLERK

December 24, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW

No. 20-50774    Flores v. TX Secy of State
                USDC No. 5:19-CV-963-OLG

Enclosed is an order entered in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Charles B. Whitney, Deputy Clerk
504-310-7679

Ms. Jeannette Clack
Mr. Ryan Vincent Cox
Mr. Zachary Dolling
Mr. Matthew Hamilton Frederick
Mr. Kyle Douglas Hawkins
Mr. Samuel Maclain Kalar
Ms. Beth Ellen Klusmann
Ms. Anne Marie Mackin
Mr. Richard Mancino
Ms. Mimi Murray Digby Marziani
Mr. Hani Mirza
Mr. Jerad Wayne Najvar
Ms. JoAnna Barbara Suriani
Mr. Austin M.B. Whatley
Ms. Audra White