Case 5:19-cv-00963-OLG   Document 120   Filed 01/22/21   Page 1 of 1

**FILED**
January 22, 2021
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ JU
                      DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, and LEAGUE OF WOMEN VOTERS OF TEXAS,<br><br>    *Plaintiffs*,<br><br>v.<br><br>TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA, in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY,<br><br>    *Defendants*. | Civil No. SA-19-cv-00963-OLG |

## ORDER ADMINISTRATIVELY CLOSING CASE

The appeals of this Court's September 8, 2020 Memorandum Opinion and Order are presently pending before the United States Court of Appeals for the Fifth Circuit. Accordingly, this case shall be **ADMINISTRATIVELY CLOSED** during the pendency of those appeals. This case may be administratively reopened upon receipt of the Fifth Circuit's decision on the merits of the appeal(s), or—if appropriate—by motion of any party.

It is so **ORDERED**.

**SIGNED** this  22nd  day of   January    , 2021.

_____
ORLANDO L. GARCIA
Chief United States District Judge