# United States Court of Appeals
# for the Fifth Circuit

**FILED**

No. 20-50774

MAR - 5 2021

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY_____
DEPUTY CLERK

DOCTOR GEORGE RICHARDSON; ROSALIE WEISFELD;
MOVE TEXAS CIVIC FUND; LEAGUE OF WOMEN VOTERS OF
TEXAS; AUSTIN JUSTICE COALITION;
COALITION OF TEXANS WITH DISABILITIES,

*Plaintiffs—Appellees,*

*versus*

FEDERICO FLORES, JR.; MARIA GUERRERO;
VICENTE GUERRERO,

*Movants—Appellants,*

*versus*

TEXAS SECRETARY OF STATE, RUTH R. HUGHS,

*Defendant—Appellant—Appellee.*

Appeal from the United States District Court
for the Western District of Texas
No. 5:19-CV-963-OLG

ORDER:

IT IS ORDERED that plaintiffs' second motion to file their brief in excess word count is DENIED.

/s/ Jerry E. Smith
JERRY E. SMITH
United States Circuit Judge