# United States Court of Appeals
### FIFTH CIRCUIT
### OFFICE OF THE CLERK

LYLE W. CAYCE  
CLERK

TEL. 504-310-7700  
600 S. MAESTRI PLACE,  
Suite 115  
NEW ORLEANS, LA 70130

April 07, 2022

Ms. Jeannette Clack  
Western District of Texas, San Antonio  
United States District Court  
655 E. Cesar E. Chavez Boulevard  
Suite G65  
San Antonio, TX 78206

   No. 20-50774   Richardson v. TX Secy of State  
                  USDC No. 5:19-CV-963-OLG

Dear Ms. Clack,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                    Sincerely,

                                    LYLE W. CAYCE, Clerk

                                    By: _____
                                    Charles B. Whitney, Deputy Clerk
                                    504-310-7679

cc:
    Mr. Robert A. Atkins
    Ms. Kerissa Barron
    Ms. Farrah Robyn Berse
    Mr. Zachary Dolling
    Ms. Jessica Fuhrman
    Mr. Samuel Maclain Kalar
    Ms. Beth Ellen Klusmann
    Mr. Richard Mancino
    Ms. Mimi Murray Digby Marziani
    Ms. Melina Maria Meneguin Layerenza
    Mr. Hani Mirza
    Mr. Jerad Wayne Najvar
    Ms. JoAnna Barbara Suriani
    Mr. Austin M.B. Whatley

FILED  
APR - 7 2022  
CLERK, U.S. DISTRICT COURT  
WESTERN DISTRICT OF TEXAS  
BY _____ DEPUTY CLERK