**FILED**
March 27, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____PT_____
                    DEPUTY

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| GEORGE RICHARDSON, ROSALIE WEISFELD, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, | § § § § § § § | |
| **Plaintiffs,** | § § | CIVIL NO. SA:19-CV-00963-OLG |
| v. | § § | |
| TEXAS SECRETARY OF STATE, TRUDY HANCOCK, PERLA LARA, | § § § § | |
| **Defendants.** | § § | |

# ORDER

Before the Court is the status of the above-captioned action, which was remanded for further proceedings. (*See* Dkt. No. 125.) Accordingly, the parties are hereby **ORDERED** to file a written advisory, within fourteen (14) days of the entry of this Order, stating whether any claims remain to be resolved. If any claims remain to be resolved, the parties shall specifically list those claims and the relief being sought.

It is so **ORDERED**.

**SIGNED** this   27th   day of March, 2023.

_____
ORLANDO L. GARCIA
United States District Judge