UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | |
|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS,<br><br>*Plaintiffs*<br><br>v.<br><br>TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY,<br><br>*Defendants*. | Civil Case No. 5:19-cv-00963 |

## PARTIES' JOINT ADVISORY

Pursuant to this Court's March 27, 2023 Order (Dkt. 127), Plaintiffs, Defendant Texas Secretary of State, Defendant City of McAllen Secretary, and Defendant Brazos County Elections Administrator provide the following positions:

### DEFENDANT TEXAS SECRETARY OF STATE'S POSITION

Defendant Texas Secretary of State holds the position that while all the claims are technically still live, the Fifth Circuit's opinion would require the trial court to dismiss all claims against the Secretary.

### PLAINTIFFS' POSITION

Plaintiffs list below the claims that remain to be resolved and the relief being sought in this case:

The following claims remain to be resolved: (1) Plaintiffs' constitutional claims against the

Brazos County Elections Administrator and the City of McAllen Secretary, and (2) Plaintiff Coalition of Texans with Disabilities' Americans with Disabilities Act of 1990 ("ADA") and Rehabilitation Act of 1973 ("RA") claims against all Defendants.

Because Plaintiffs hold the position that Texas Senate Bill 1 provides either an impracticable or discretionary notice and opportunity to cure process for mail-in ballots flagged for rejection, Plaintiffs believe their claims are not moot. Tex. Elec. Code §§ 87.0271(b)–(c), 87.0411(b)–(c); *see* Rule 28(j) Letter, *Richardson v. Tex. Sec'y of State*, No. 20-50774 (5th Cir. Feb. 22, 2022), ECF No. 203.

The relief sought by Plaintiffs is for:

1. The Court to enter declaratory judgment that the State of Texas' statutory scheme requiring the rejection of mail-in ballots with alleged signature mismatches is unconstitutional and violates the ADA and the RA.

2. The Court to permanently enjoin the Brazos County Elections Administrator and the City of McAllen Secretary from rejecting any mail-in ballot for signature mismatch reasons, or, in the alternative, require the Brazos County Elections Administrator or the City of McAllen Secretary to (a) provide **all** voters meaningful notice prior to the rejection of a mail-in ballot based on an alleged signature mismatch and (b) offer **all** voters the opportunity to cure a mail-in ballot questioned for an alleged signature mismatch.

3. The Court permanently enjoin the State of Texas, the Texas Secretary of State, the Brazos County Elections Administrator, the City of McAllen Secretary, the 254 county agencies administering elections, and all other political subdivisions administering elections from rejecting any mail-in ballot cast by a **voter with disabilities** for

signature mismatch reasons, or, in the alternative, require the State of Texas, the Texas Secretary of State, the Brazos County Elections Administrator, the City of McAllen Secretary, the 254 county agencies administering elections, and all other political subdivisions administering elections to (a) provide **all voters with disabilities** meaningful notice prior to the rejection of a mail-in ballot based on an alleged signature mismatch and (b) offer **all voters with disabilities** the opportunity to cure a mail-in ballot questioned for an alleged signature mismatch.

*See* Dkt. 1.

Thus, with regard to the notice and opportunity to cure process sought as relief, Plaintiffs request this Court to require the local Defendants to provide a practicable and mandatory notice and opportunity to cure process (whatever process that may be) to all mail-in voters with a ballot flagged for signature mismatch, and the Texas Secretary of State to do the same for all mail-in voters with disabilities with a ballot flagged for signature mismatch.

## DEFENDANT CITY OF McALLEN SECRETARY'S AND DEFENDANT BRAZOS COUNTY ELECTIONS ADMINISTRATOR'S POSITION

It is the City of McAllen Secretary's and the Brazos County Elections Administrator's position that all claims are moot both in law and fact.

## CONCLUSION

The parties jointly file this advisory providing their differing positions pursuant to the Court's order.

Dated: April 10, 2023                                   Respectfully submitted,

                                                        /s/ *Hani Mirza*

                                                        **TEXAS CIVIL RIGHTS PROJECT**

Hani Mirza
Texas Bar No. 24083512
hani@texascivilrightsproject.org
Christina M. Beeler
Texas Bar No. 24096124
christina@texascivilrightsproject.org
Zachary D. Dolling
Texas Bar No. 24105809
zachary@texascivilrightsproject.org

1405 Montopolis Drive
Austin, Texas 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)

**WILLKIE FARR & GALLAGHER LLP**

Richard Mancino (NY Bar No. 1852797) (*pro hac vice*)
Ferdinand G. Suba Jr. (NY Bar No. 5852363) (*pro hac vice forthcoming*)
Frederick Swanstrum (NY Bar No. 5866652) (*pro hac vice forthcoming*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: rmancino@willkie.com
         fsuba@willkie.com
         fswanstrum@willkie.com

JoAnna Suriani (DC Bar No. 1645212) (*pro hac vice*)
Willkie Farr & Gallagher LLP
1875 K Street, N.W.
Washington, D.C. 20006-1238
Telephone: (202) 303-1000
Facsimile: (202) 303-2000
Email: jsuriani@willkie.com

*COUNSEL FOR PLAINTIFFS*

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

4

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief - General Litigation Division

/s/ William D. Wassdorf
WILLIAM D. WASSDORF
Texas Bar No. 24103022
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
will.wassdorf@oag.texas.gov

***COUNSEL FOR DEFENDANT TEXAS SECRETARY OF STATE***

/s/ Isaac J Tawil
 Isaac Tawil
 *Attorney-in-Charge*
 State Bar No. 24013605
 Federal ID No. 29804
 Attorney-in-Charge
 City Attorney
 1300 Houston Avenue
 McAllen, Texas 78501
 Telephone: (956) 681-1090
 Facsimile: (956) 681-1099
 Email: itawil@mcallen.net

 Austin Stevenson
 State Bar No. 24085961
 Federal ID No. 3157070
 Assistant City Attorney
 Email: astevenson@mcallen.net

 BICKERSTAFF HEATH
 DELGADO ACOSTA LLP
 3711 South MoPac Expressway
 Building One, Suite 300

5

Austin, Texas 78746
(512) 472-8021 (Telephone)
(512) 320-5638 (Facsimile)

C. Robert Heath
*Local Counsel*
Texas State Bar No. 09347500
bheath@bickerstaff.com

Gunnar P. Seaquist
*Local Counsel*
Texas State Bar No. 24043358
gseaquist@bickerstaff.com

**ATTORNEYS FOR DEFENDANT
CITY OF McALLEN, TEXAS**

/s/ J. Eric Magee
J. Eric Magee
SBN: 24007585
e.magee@allison-bass.com
ALLISON, BASS & MAGEE L.L.P.
1301 Nueces St.
Austin, Texas 78701
(512) 482-0701 Phone
(512) 480-0902 Fax

**COUNSEL FOR DEFENDANT
BRAZOS COUNTY ELECTIONS
ADMINISTRATOR**

**CERTIFICATE OF SERVICE**

I hereby certify that on the 10th day of April 2023, a true and correct copy of the foregoing *Parties' Joint Advisory* was served upon counsel of record via email and the Court's ECF system.

/s/ *Hani Mirza*

6