UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**
July 20, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____NM_____
DEPUTY

| | |
|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, and LEAGUE OF WOMEN VOTERS OF TEXAS, <br><br> Plaintiffs, <br><br> v. <br><br> TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA, in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY, <br><br> Defendants. | CIVIL NO. SA-19-CV-00963-OLG |

## SHOW CAUSE ORDER

Before the Court is the status of this action. On June 20, 2023, based on the joint advisory filed by the parties, the Court entered a Text Order instructing Plaintiffs to file an amended complaint within twenty days containing only the claims that remain to be resolved. (*See* Dkt. No. 128.) To date, Plaintiffs have not filed an amended complaint or requested an extension of time in which to do so. Accordingly, it is **ORDERED** that Plaintiffs shall show cause, within fourteen (14) days of the entry of this Order, why this case should not be dismissed pursuant to FED. R. CIV. P. 41(b) for failure to prosecute or for failure to comply with a court order.

It is so **ORDERED**.

**SIGNED** this __20th__ day of July, 2023.

_____
ORLANDO L. GARCIA
United States District Judge