# EXHIBIT C



Hani Mirza <hani@texascivilrightsproject.org>

# Activity in Case 5:19-cv-00963-OLG George Richardson, et al v. Texas Secretary of State, et al Order to Show Cause

**TXW_USDC_Notice@txwd.uscourts.gov** <TXW_USDC_Notice@txwd.uscourts.gov>   Wed, Jul 26, 2023 at 9:08 AM
To: cmecf_notices@txwd.uscourts.gov

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**
***NOTE TO PUBLIC ACCESS USERS*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court [LIVE]

Western District of Texas

## Notice of Electronic Filing

The following transaction was entered on 07/21/2023 at 11:47:38 AM CDT and filed on 07/20/2023
**Case Name:**      George Richardson, et al v. Texas Secretary of State, et al
**Case Number:**  5:19-cv-00963-OLG
**Filer:**          American GI Forum of Texas, Inc., Coalition of Texans with Disabilities, League of Women Voters of Texas, MOVE Texas Civic Fund,George Richardson,Rosalie Weisfeld
**Document Number:**  131

**Docket Text:**
**ORDER TO SHOW CAUSE--Accordingly, it is ORDERED that Plaintiffs shall show cause, within fourteen (14) days of the entry of this Order, why this case should not be dismissed pursuant to FED. R. CIV. P. 41(b) for failure to prosecute or for failure to comply with a court order. As to American GI Forum of Texas, Inc., Coalition of Texans with Disabilities, League of Women Voters of Texas, MOVE Texas Civic Fund, George Richardson, Rosalie Weisfeld.. Signed by Judge Orlando L. Garcia. (tm2)**

**5:19-cv-00963-OLG Notice has been electronically mailed to:**

Hani Mirza (Terminated)     hani@texascivilrightsproject.org, chris@texascivilrightsproject.org, hmirza@wustl.edu

Mimi M.D. Marziani (Terminated)     mimi@texascivilrightsproject.org, chris@texascivilrightsproject.org, rolando@texascivilrightsproject.org

Jennifer J. Hardy (Terminated)     jhardy2@willkie.com, mao@willkie.com

Richard Mancino (Terminated)     rmancino@willkie.com, mao@willkie.com

Audra White (Terminated)     awhite@willkie.com, mao@willkie.com

Denis A. Fallon (Terminated)     afallon@wilkie.com, mao@wilkie.com

Garrett Johnston (Terminated)     gjohnston@willkie.com, mao@willkie.com

JoAnna Barbara Suriani (Terminated)     jsuriani@willkie.com

8/1/23, 5:25 PM          CM/ECF - LIVE - U.S. District Court:txwd Activity in Case 5:19-cv-00963-OLG George Richardson, et al v. Texas Secretary of State, et al Or…

Case 5:19-cv-00963-OLG   Document 132-3   Filed 08/03/23   Page 3 of 4

Samuel Kalar (Terminated)          skalar@willkie.com

**5:19-cv-00963-OLG Notice has been delivered by other means to:**

Austin Whatley
Najvar Law Firm
2180 N. Loop W., Ste 255
Houston, TX 77018

Austin W. Stevenson
City of McAllen, City Attorney's Office
P.O. Box 220
McAllen, TX 78505

Claude Robert Heath
Bickerstaff Heath Delgado Acosta LLP
3711 S. MoPac Expressway
Building One, Suite 300
Austin, TX 78746

Ferdinand Gerard Suba
Willkie Farr & Gallagher LLP
787 7th Avenue
New York, NY 10019

Frederick Tom Swanstrum
Willkie Farr & Gallagher
787 Seventh Avenue
New York, NY 10019

Gunnar Peterson Seaquist
Bickerstaff Heath Delgado Acosta LLP
3711 S. Mopac Expressway
Building One
Suite 300
Austin, TX 78746

Isaac J. Tawil
City of McAllen, City Attorney's Office
P.O. Box 220
McAllen, TX 78505

Jason Eric Magee
Allison, Bass & Magee, L.L.P.
1301 Nueces Street
Suite 201
Austin, TX 78701

Jerad W. Najvar
Najvar Law Firm PLLC
2180 North Loop West
Suite 255
Houston, TX 77018

Robert T. Bass
Allison, Bass and Magee, LLP
A.O. Watson House
402 West 12th Street
Austin, TX 78701

Ryan V. Cox
Texas Civil Rights Project
2911 N. Main Ave.
San Antonio, TX 78212

8/1/23, 5:25 PM    Case Civil Rights Project Mail - Activity in Case 5:19-cv-00963-OLG George Richardson, et al v. Texas Secretary of State, et al Or…

Case 5:19-cv-00963-OLG    Document 132-3    Filed 08/03/23    Page 4 of 4

William D. Wassdorf
Office of the Attorney General
General Litigation Division
P.O. Box 12548 (MC-019)
Capitol Station
Austin, TX 78711

Zachary Dolling
Texas Civil Rights Project
1405 Montopolis Drive
Austin, TX 78741

The following document(s) are associated with this transaction:

**Document description:** Main Document
**Original filename:** n/a
**Electronic document Stamp:**
[STAMP dcecfStamp_ID=1080075687 [Date=7/21/2023] [FileNumber=28870849-0] [077288763fdd7e062dd63f6b1c4315bcf1d5b4f84f9713705efece3a1e6ca4759e434c4aed0d979eb8288aa1f8186f4581c2d60c2cf6bd30a43099951e5cf862]]

*This is a re-generated NEF. Created on 7/26/2023 at 9:08 AM CDT*