UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

FILED
August 28, 2023
CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY: _____ps_____
DEPUTY

DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, and LEAGUE OF WOMEN VOTERS OF TEXAS,

Plaintiffs,

v.

TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA, in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY,

Defendants.

CIVIL NO. SA-19-CV-00963-OLG

## ORDER

On July 20, 2023, the Court ordered Plaintiffs to show cause why this case should not be dismissed for failure to prosecute or failure to comply with a court order. (*See* Dkt. No. 131.) On August 3, 2023, Plaintiffs submitted a satisfactory response to the Court's show cause order, explaining that they did not receive electronic notice of the Court's June 20, 2023 Text Order. (*See* Dkt. No. 132.) Accordingly, the Court's July 20, 2023 show cause order is satisfied.

It is hereby **ORDERED** that Plaintiffs may file an amended complaint containing only the claims that remain to be resolved by September 15, 2023.

It is so **ORDERED**.

**SIGNED** this 28th day of August, 2023.

_____
ORLANDO L. GARCIA
United States District Judge