UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

| | | |
|---|---|---|
| DR. GEORGE RICHARDSON, ROSALIE WEISFELD, AUSTIN JUSTICE COALITION, COALITION OF TEXANS WITH DISABILITIES, MOVE TEXAS CIVIC FUND, LEAGUE OF WOMEN VOTERS OF TEXAS,<br><br>*Plaintiffs*<br><br>v.<br><br>TEXAS SECRETARY OF STATE, TRUDY HANCOCK, in her official capacity as BRAZOS COUNTY ELECTIONS ADMINISTRATOR, and PERLA LARA in her official capacity as CITY OF MCALLEN, TEXAS SECRETARY,<br><br>*Defendants*. | § § § § § § § § § § § § § § § § § § § § § | Civil Case No. 5:19-cv-00963 |

## STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby jointly stipulate to the dismissal of Plaintiffs' remaining claims in this lawsuit without prejudice. The parties will bear their own costs and fees with respect to this lawsuit.

Dated: September 7, 2023                                                     Respectfully submitted,

/s/ *Hani Mirza*

**TEXAS CIVIL RIGHTS PROJECT**

Hani Mirza
Texas Bar No. 24083512
hani@texascivilrightsproject.org
Zachary D. Dolling
Texas Bar No. 24105809
zachary@texascivilrightsproject.org
1405 Montopolis Drive
Austin, Texas 78741
512-474-5073 (Telephone)
512-474-0726 (Facsimile)

**WILLKIE FARR & GALLAGHER LLP**

Richard Mancino (NY Bar No. 1852797) (*pro hac vice*)
Ferdinand G. Suba Jr. (NY Bar No. 5852363) (*pro hac vice*)
Frederick Swanstrum (NY Bar No. 5866652) (*pro hac vice*)
787 Seventh Avenue
New York, New York 10019
Telephone: (212) 728-8000
Facsimile: (212) 728-8111
Email: rmancino@willkie.com
       fsuba@willkie.com
       fswanstrum@willkie.com

***COUNSEL FOR PLAINTIFFS***

KEN PAXTON
Attorney General of Texas

BRENT WEBSTER
First Assistant Attorney General

GRANT DORFMAN
Deputy First Assistant Attorney General

SHAWN E. COWLES
Deputy Attorney General for Civil Litigation

CHRISTOPHER D. HILTON
Chief - General Litigation Division

/s/ *William D. Wassdorf*
WILLIAM D. WASSDORF
Texas Bar No. 24103022
Assistant Attorney General
General Litigation Division
P.O. Box 12548, Capitol Station
Austin, Texas 78711-2548
(512) 463-2120 | FAX: (512) 320-0667
will.wassdorf@oag.texas.gov

***COUNSEL FOR DEFENDANT TEXAS SECRETARY OF STATE***

2

/s/ *Austin Stevenson*
 Austin Stevenson
 State Bar No. 24085961
 Federal ID No. 3157070
 Assistant City Attorney
 Email: astevenson@mcallen.net

 Isaac Tawil
 *Attorney-in-Charge*
 State Bar No. 24013605
 Federal ID No. 29804
 Attorney-in-Charge
 City Attorney
 1300 Houston Avenue
 McAllen, Texas 78501
 Telephone: (956) 681-1090
 Facsimile: (956) 681-1099
 Email: itawil@mcallen.net

 BICKERSTAFF HEATH
 DELGADO ACOSTA LLP
 3711 South MoPac Expressway
 Building One, Suite 300
 Austin, Texas 78746
 (512) 472-8021 (Telephone)
 (512) 320-5638 (Facsimile)

 C. Robert Heath
 *Local Counsel*
 Texas State Bar No. 09347500
 bheath@bickerstaff.com

 Gunnar P. Seaquist
 *Local Counsel*
 Texas State Bar No. 24043358
 gseaquist@bickerstaff.com

 ***ATTORNEYS FOR DEFENDANT***
 ***CITY OF McALLEN, TEXAS***

 /s/ *J. Eric Magee*
 J. Eric Magee
 SBN: 24007585
 e.magee@allison-bass.com
 ALLISON, BASS & MAGEE L.L.P.
 1301 Nueces St.
 Austin, Texas 78701

3

x

(512) 482-0701 Phone
(512) 480-0902 Fax

***COUNSEL FOR DEFENDANT
BRAZOS COUNTY ELECTIONS
ADMINISTRATOR***

## CERTIFICATE OF SERVICE

I hereby certify that on the 7th day of September 2023, a true and correct copy of the foregoing *Parties' Stipulation of Dismissal* was served upon counsel of record via the Court's ECF system.

**DATED**: September 7, 2023

/s/ *Hani Mirza*